UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case Number: CCB 16-CR-0267 |
| | : | |
| SHAKEEN DAVIS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

NOTICE OF INTENT TO INTRODUCE
PRIOR CONVICTIONS OF ANY AND ALL GOVERNMENT WITNESSES

Comes now SHAKEEN DAVIS through counsel and pursuant to *Fed. R. Evid.* 609 and gives notice to the government of his intent to introduce evidence of any government witness's prior convictions. In addition, Mr. DAVIS intends to introduce those convictions of government witnesses that exceed the limitations period described at *Fed. R. Evid.* 609(b) if the conviction involves an act that goes directly to the honesty or credibility of the witness.

Respectfully submitted,
ANTHONY D. MARTIN

By:  /S/ *Anthony D. Martin*
Anthony D. Martin, 5224
GREENWAY CENTER OFFICE PARK
7501 Greenway Center Drive, Ste 460
Greenbelt, MD 20770
(301) 220-3700: (301) 220-0791(fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Notice of Intent to Introduce Prior Convictions was sent electronically to the following individual(s):

**Christina A Hoffman, AUSA**
US Attorney's Office
District of Maryland
36 South Charles Street, Suite 400
Baltimore, MD 21201

**Jason Daniel Medinger, AUSA**
Office of the United States Attorney
36 South Charles Street, Sutie 400
Baltimore, MD 21201

**Daniel Charles Gardner, AUSA**
United States Attorney's Office
6406 Ivy Lane, Ste 800
Greenbelt, MD 20770

On this Wednesday, April 26, 2017

By:   /s/ Anthony D. Martin
      ANTHONY D. MARTIN, 5224