June 5, 2018

Honorable Catherine C. Blake
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

        Re:    *United States v. Melvin Lashley*
                16-CCB-0267

Defense Notice of Unilateral Non-Material Modification of the Pre-Trial Agreement

Dear Judge Blake:

     The defense respectfully announces it's limited recission of the pre-trial agreement (Docket # 471), paragraph 6 (stipulation of fact) in so far as it purports to differentiate alleged co-conspirators.

Background and Notice

     Mr. Lashley pled guilty to racketeering and conspiracy to distribute heroin to fulfill his obligations under a pre-trial agreement with the Government.  Mr. Lashley declined to sign an initial iteration of the agreement because a factual stipulation within the agreement named other persons whom he could not implicate in wrongdoing.  Mr. Lashley only agreed to his current pretrial agreement when it apparently omitted reference to other persons.

     Mr. Lashley maintains his continued participation in every part of his pre-trial agreement excepting a portion of paragraph 6 on page 5 where following the word "co-Defendant" a number is identified.  He would substitute therefore the words "a co-defendant" for the instances of co-Defendant "1" through "4."

     During a cursory meeting with his counsel Mr. Lashley relied to his detriment on counsel's statements which inadvertently misled him.  He thereby signed an agreement which could give rise to the mis-impression that he stipulates to the identities of other persons.

     Mr. Lashley, stipulates that he engaged in the conduct detailed in paragraph 6 of his pretrial agreement.  Mr. Lashley does not stipulate to the alleged identity of any other co-defendant.   Mr. Lashley stipulates that other persons were involved as described, but he does not stipulate to their identity, nor to any other convention which names or otherwise identifies them.

Viability of the Pre-Trial Agreement

     Mr. Lashley maintains that this notice is not material to the enforcement of the remaining provisions of the pre-trial agreement.

Sincerely,

/Signed

Kwasi Hawks
Defense Counsel