IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES  ) | |
| ) | |
| v.  ) | **Criminal No.**:  CCB-16-0267 |
| ) | |
| **CORLOYD ANDERSON**  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

**NOTICE OF TRIAL CONFLICT**

***COMES NOW***, Corloyd Anderson, by and through undersigned counsel and responds to the Courts filing of ECF No. 852 regarding trial conflicts and availability:

1. March 18, 2019 through May 5, 2019, counsel is available with no conflicts;

2. November 5, 2018 through February 1, 2019, counsel is not available and has a conflict. Undersigned has a co-defendant trial scheduled to begin on November 27, 2018, which will last approximately 3 weeks. At the time of the last scheduling teleconference hearing on the matter, undersigned informed the Court that she was not available for a fall trial but was available for the 2019 Spring time period.

Respectfully submitted,

/s/
_____
Elita C Amato, Esq.
2111 Wilson Blvd. 8th Floor
Arlington, VA 22201
(703) 522-5900
(703) 997-7775 (fax.)
ATTORNEY FOR ANDERSON

**CERTIFICATE OF SERVICE**

I hereby certify that this Memorandum was filed electronically through the ECF filing system on this 21st day of August 2018, thereby, providing service electronically upon all parties in this case.

/s/
_____
Elita C. Amato