IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA  *

v.  *

    Criminal No.:  CCB-16-0267

*

ADRIAN SPENCE

*

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF TRIAL DATE CONFLICTS

Counsel for Adrian Spence responds to the Court's ECF No. 852 inquiry regarding trial conflicts:

1. **November 5, 2018-February 1, 2019** is conflict free.

2. **March 18, 2019- May 5, 2019** is not conflict free.  On or about June 15, 2018, the Honorable Paula Xinis scheduled the matter of United States v. Tejada-Cruz et al., PX-17-0382, for a 6 week trial beginning March 12, 2019.  It was counsel's understanding, that because numerous attorneys involved in the *Tejada-Cruz* case were also involved in the *Bailey* case, Judge Xinis was going to speak to Your Honor prior to scheduling the *Tejada-Cruz* matter.

    Respectfully submitted,

    /S/
    _____
    Christopher J. Purpura, Esquire
    8 E. Mulberry Street
    Baltimore, Maryland 21202
    410.727.8550