**United States District Court for the District of**

**Maryland  United States of America**      *

v.                                          *      **Crim. No. 1:16-cr-00267-CCB-13**

**Bailey, et al.**                          *
       **[Devon Dent]**


**Notice of Trial Date Conflicts**

Defense Counsel, Marshall T. Henslee, gives notice of the following conflicts in his trial schedule:

1.      **March 18, 2019 through May 5, 2019** – This range of dates remains available with only April 11th and 12th as conflicts, as those are the dates for pretrial motions in the matter of *United States v. Alewine*, et al, GLR-16-453.

2.      **November 5, 2018 through February 1, 2019** – The following conflicts are noted:

November 7, 2018 – *State v. Ryan Schroeder* in the Circuit Court for
    Baltimore County. This case was set for trial after April 17, 2018, and
    should be continued, if necessary.

November 8, 2018 – *State v. Ruslan Currotto* in the Circuit Court for
    Baltimore County.  This case was set for a violation of probation
    hearing after April 17, 2018, and should be continued, if necessary.

November 30, 2018 – *United States v. Kenneth Couplin*, DKC-18-549, which
    is set for a sentencing hearing at 10:00 am and *United States v. Moya
    Pittman*, JKB-17-495, which is set for a sentencing hearing at 2:00

pm.

January 11, 2018 – *State v. William Rose* in the Circuit Court for Baltimore

County.  This is a pre-trial motions hearing.

Respectfully submitted,


___/S/_____

Marshall T. Henslee
The Law Office of Marshall T. Henslee, LLC
606 Baltimore Avenue, Suite 301
Towson, Maryland 21204
410-828-5500
Marshall@HensleeLaw.com
Fed Bar ID# 53861

*Counsel for Devon Dent*


## Certificate of Service

I hereby certify that on this 22nd day of August, 2018, a copy of the foregoing

Notice of Trial Date Conflicts was delivered electronically to Ms. Christina Hoffman

(christina.hoffman@usdoj.gov), Office of the United States Attorney, 36  South

Charles Street, Fourth Floor, Baltimore, Maryland 21201.


___/S/_____

Marshall T. Henslee