September 14th, 2018

Dear Chief Judge Catherine C. Blake

   September 10th, 2018 I Shakeen Davis I.D# 3577767 attended a attorney inquiry hearing for the insufficient job done by my previous counsel. Magistrate Judge Gallagher made a judgement with hopes to resolve the matter by granting me the opportunity to obtain new counsel in the case # CCB-17-0267. With that being stated I would like to request to have a member of the N.A.A.C.P equal rights panel to represent me. If not possible can I be appointed Gary Proctor. I was told at my most recent court date that if I wanted to make a recommendation for counsel I had to write you. Thank you for your time and cooperation.

                                                          Shakeen Davis

Skeen Davis # 3577767
40 E. Madison St.
Baltimore MD 21202

United States District Court
District of Maryland
Catherine C. Blake
U.S District Judge
101 West Lombard St.
Baltimore MD 21201