**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
**CATHERINE C. BLAKE**
**UNITED STATES DISTRICT JUDGE**

U.S. COURTHOUSE
**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-3220**
**Fax (410) 962-6836**

September 24, 2018

Mr. Shakeen Davis
#3577767
401 E. Madison Street
Baltimore, Maryland 21202

> Re:   United States v. Shakeen Davis
>       Criminal Case No. CCB-16-267

Dear Mr. Davis:

You have been appointed new counsel. He is Paul Hazlehurst, Esq., and I am sure he will be in contact with you soon.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge

cc:   Paul Hazlehurst, Esquire
      AUSA Christina A. Hoffman