IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Criminal No. CCB-16-0267 |
| | * |
| DANTE D. BAILEY, et al. | * |

*******

## ORDER

The court has reviewed the motion for miscellaneous relief (ECF No. 967) filed on behalf of Randy Banks. Because it appears that all of the issues raised in the motion already have been resolved, are moot, or are not identified with sufficient specificity to permit this court to rule upon them, the motion is Denied.

So Ordered this 12th of February 2019.

/S/
Catherine C. Blake
United States District Judge

1