

**Hazlehurst Law,** Est. 2018

11350 McCormick Road   Executive Plaza II, Suite 705   Hunt Valley, Maryland 21031   Tel. 410.773.9610

April 16, 2019

via ECF/CM
The Honorable Catherine C. Blake
United States District Judge
   for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re:   United States v. Shakeen Davis
       CCB-16-0267

Dear Judge Blake:

    Mr. Davis has requested that I write you in regard to the resolution of pretrial motions filed by predecessor counsel.

    According to my reading of the docket in this case, predecessor counsel (as indicated) filed the following pretrial motions:

- Document 385, Motion to Sever Counts and Try Defendant Separately (Anthony Martin)
- Document 386, Motion for Notice Pursuant to Federal Rule of Evidence 404(b) (Anthony Martin)
- Document 387, Motion for Notice Pursuant to Federal Rule of Evidence 609 (Anthony Martin)
- Document 388, Motion in Limine to Limit the Testimony of Law Enforcement Officers (Anthony Martin)
- Document 389, Motion for Government to Provide Notice of Expert Witnesses (Anthony Martin)
- Document 390, Motion for Rule of Completeness as it Relates to Recorded Conversations (Anthony Martin)
- Document 391, Motion for Production of Summary Charts (Anthony Martin)
- Document 689, Motion to Dismiss RICO Counts (Anthony Martin)
- Document 690, Motion to Suppress Artwork and Video (Anthony Martin)
- Document 694, Motion for Bill of Particulars (Anthony Martin)
- Document 746, Motion to Adopt Various Motions to Suppress Filed by Other Defendants (Harry McKnett)

The Honorable Catherine C. Blake
April 16, 2019
page 2

    I am aware that a motions hearing was held in this case on August 24, 2018 and that the Court ruled in regard to certain motions on August 31, 2018.  I do not believe that Mr. McKnett was present at the August 24, 2018 hearing due to an impending change of counsel, and Mr. Davis' motions do not appear to have been ruled upon by the court. Mr. Davis has asked that these motions be formally resolved.

    Should you have any questions in regard to this matter, please contact me.


Sincerely,

_____

Paul D. Hazlehurst, Esquire

cc:    All counsel of record (via CM/ECF)