## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA        :
                                :
        v.                      :
                                :      **CRIMINAL NO. CCB-16-0267**
CORLOYD ANDERSON,               :
                                :
        Defendant               :
                            ooOoo

## VERDICT FORM

**Count One: Conspiracy to Participate in the Affairs of a Racketeering Enterprise**

A.    How do you find the defendant CORLOYD ANDERSON as to Count One of the indictment, conspiracy to participate in the affairs of a racketeering enterprise?

    Not Guilty_____        Guilty__X_____

B.    If you have found the defendant CORLOYD ANDERSON not guilty of Count One, proceed to Count Two. If you have found the defendant CORLOYD ANDERSON guilty of Count One, you must next determine unanimously what type or types of racketeering activity were reasonably foreseeable to him in furtherance of the racketeering conspiracy (check all that apply).

| Racketeering Activity | |
|---|---|
| Murder | |
| Extortion | |
| Robbery | |
| Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances | X |
| Distribution and Possession with the Intent to Distribute Controlled Substances | X |
| Witness Tampering | |
| Witness Retaliation | |

C.    If you have found CORLOYD ANDERSON guilty of Count One, and have found that one or more of the racketeering acts foreseeable to him was Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances or Distribution and Possession with the Intent to Distribute Controlled Substances, you must next determine unanimously what type or types of drug(s) were reasonably foreseeable to him as part of that racketeering activity (check all that apply).

| Type of Drug | |
|---|---|
| Heroin | ✗ |
| Cocaine | |
| Cocaine base ("crack") | |
| Fentanyl | |
| Marijuana | |

D1.    As to Count One, if you have found CORLOYD ANDERSON guilty of Count One, and have found that heroin was one of the drugs foreseeable to him as part of the racketeering activity, you must next determine unanimously the quantity of heroin foreseeable to him as part of that racketeering activity (check only one).

| Quantity of Heroin | |
|---|---|
| One kilogram or more | ✗ |
| Less than one kilogram | |

D2.    Finally, as to Count One, if you have found CORLOYD ANDERSON guilty of Count One, and have found that cocaine base ("crack") was one of the drugs foreseeable to him as part of the racketeering activity, you must next determine unanimously the quantity of cocaine base ("crack") foreseeable to him as part of that racketeering activity (check only one).

| Quantity of Cocaine Base ("Crack") | |
|---|---|
| 280 grams or more | |
| Less than 280 grams | |

**Count Two: Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substance**

A.    How do you find the defendant CORLOYD ANDERSON as to Count Two of the indictment, conspiracy to distribute and possess with the intent to distribute controlled substances?

Not Guilty_____          Guilty___ X ___

B.    If you have found the defendant CORLOYD ANDERSON guilty of Count Two, you must next determine unanimously what type or types of drug(s) were reasonably foreseeable to him in furtherance of the drug trafficking conspiracy (check all that apply).

| Type of Drug | |
|---|---|
| Heroin | X |
| Cocaine | |
| Cocaine base ("crack") | |
| Fentanyl | |
| Marijuana | |

C.    As to Count Two, if you have found CORLOYD ANDERSON guilty of Count Two, and have found that heroin was one of the drugs reasonably foreseeable to him in furtherance of the drug trafficking conspiracy, you must next determine unanimously the quantity of heroin reasonably foreseeable to him (check only one).

| Quantity of Heroin | |
|---|---|
| One kilogram or more | X |
| Less than one kilogram | |

D.    Finally, as to Count Two, if you have found CORLOYD ANDERSON guilty of Count Two, and have found that cocaine base ("crack") was one of the drugs reasonably foreseeable to him in furtherance of the drug trafficking conspiracy, you must next determine unanimously the quantity of cocaine base ("crack") reasonably foreseeable to him (check only one).

| Quantity of Cocaine Base ("Crack") | |
|---|---|
| 280 grams or more | |
| Less than 280 grams | |

3

**Count Twenty-Four: Possession of a Firearm by a Felon**

A.    How do you find the defendant CORLOYD ANDERSON as to Count Twenty-Four of the indictment, possession of a firearm by a felon?

Not Guilty_____          Guilty  X_____

The foregoing constitutes the unanimous verdict of the jury.

4/30/ 20 19
DATE:

**SIGNATURE REDACTED**

FOREPERSON

4