IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| SHAKEEN DAVIS, | : CRIMINAL NO. CCB-16-0267 |
| Defendant | : |

ooOoo

## VERDICT FORM

**Count One: Conspiracy to Participate in the Affairs of a Racketeering Enterprise**

A.   How do you find the defendant SHAKEEN DAVIS as to Count One of the indictment, conspiracy to participate in the affairs of a racketeering enterprise?

   Not Guilty_____      Guilty   X

B.   If you have found the defendant SHAKEEN DAVIS not guilty of Count One, proceed to Count Two. If you have found the defendant SHAKEEN DAVIS guilty of Count One, you must next determine unanimously what type or types of racketeering activity were reasonably foreseeable to him in furtherance of the racketeering conspiracy (check all that apply).

| Racketeering Activity | |
|---|---|
| Murder | X |
| Extortion | |
| Robbery | |
| Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances | X |
| Distribution and Possession with the Intent to Distribute Controlled Substances | X |
| Witness Tampering | |
| Witness Retaliation | |

1

C. If you have found SHAKEEN DAVIS guilty of Count One, and have found that one or more of the racketeering acts foreseeable to him was Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances or Distribution and Possession with the Intent to Distribute Controlled Substances, you must next determine unanimously what type or types of drug(s) were reasonably foreseeable to him as part of that racketeering activity (check all that apply).

| Type of Drug | |
|---|---|
| Heroin | X |
| Cocaine | |
| Cocaine base ("crack") | X |
| Fentanyl | |
| Marijuana | |

D1. As to Count One, if you have found SHAKEEN DAVIS guilty of Count One, and have found that heroin was one of the drugs foreseeable to him as part of the racketeering activity, you must next determine unanimously the quantity of heroin foreseeable to him as part of that racketeering activity (check only one).

| Quantity of Heroin | |
|---|---|
| One kilogram or more | X |
| Less than one kilogram | |

D2. Finally, as to Count One, if you have found SHAKEEN DAVIS guilty of Count One, and have found that cocaine base ("crack") was one of the drugs foreseeable to him as part of the racketeering activity, you must next determine unanimously the quantity of cocaine base ("crack") foreseeable to him as part of that racketeering activity (check only one).

| Quantity of Cocaine Base ("Crack") | |
|---|---|
| 280 grams or more | X |
| Less than 280 grams | |

**Count Two: Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substance**

A.  How do you find the defendant SHAKEEN DAVIS as to Count Two of the indictment, conspiracy to distribute and possess with the intent to distribute controlled substances?

   Not Guilty_____   Guilty _X_____

B.  If you have found the defendant SHAKEEN DAVIS guilty of Count Two, you must next determine unanimously what type or types of drug(s) were reasonably foreseeable to him in furtherance of the drug trafficking conspiracy (check all that apply).

| Type of Drug | |
|---|---|
| Heroin | X |
| Cocaine | |
| Cocaine base ("crack") | X |
| Fentanyl | |
| Marijuana | |

C.  As to Count Two, if you have found SHAKEEN DAVIS guilty of Count Two, and have found that heroin was one of the drugs reasonably foreseeable to him in furtherance of the drug trafficking conspiracy, you must next determine unanimously the quantity of heroin reasonably foreseeable to him (check only one).

| Quantity of Heroin | |
|---|---|
| One kilogram or more | X |
| Less than one kilogram | |

D.  Finally, as to Count Two, if you have found SHAKEEN DAVIS guilty of Count Two, and have found that cocaine base ("crack") was one of the drugs reasonably foreseeable to him in furtherance of the drug trafficking conspiracy, you must next determine unanimously the quantity of cocaine base ("crack") reasonably foreseeable to him (check only one).

| Quantity of Cocaine Base ("Crack") | |
|---|---|
| 280 grams or more | X |
| Less than 280 grams | |

3

**Count Sixteen: Possession of Firearms by a Felon**

A.  How do you find the defendant SHAKEEN DAVIS as to Count Sixteen of the indictment, possession of firearms by a felon?

    Not Guilty_____          Guilty__X____

**Count Thirty: Possession of a Firearm by a Felon**

B.  How do you find the defendant SHAKEEN DAVIS as to Count Thirty of the indictment, possession of a firearm by a felon?

    Not Guilty_____          Guilty__X____

**Count Thirty-One: Possession with Intent to Distribute Cocaine Base**

C.  How do you find the defendant SHAKEEN DAVIS as to Count Thirty-One of the indictment, possession with intent to distribute cocaine base?

    Not Guilty_____          Guilty__X____

**Count Thirty-Two: Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

D.  How do you find the defendant SHAKEEN DAVIS as to Count Thirty-Two of the indictment, possession of a firearm in furtherance of a drug trafficking crime?

    Not Guilty_____          Guilty__X____

The foregoing constitutes the unanimous verdict of the jury.

4/30/2019
DATE:

**SIGNATURE REDACTED**
FOREPERSON

4.