### *BRIAN SARDELLI-ATTORNEY AT LAW*

TO:  The Honorable Judge Catherine C. Blake
FROM: Attorney Brian Sardelli
SUBJECT: US v. Randy Banks, 16-CR-267-5 (Case Close Out)
DATE: 9-3-19

Judge Blake:

1) Per my earlier discussions and communications with the prosecution and Court, my work in this case is at an end.  Since this case will be appealed and other legal challenges are likely by Mr. Banks, I thought it appropriate to file this letter to record the end of my work on this case.
2) Because I am starting new employment, I have recently closed my office and will be unable to continue on this case.
3) In any event, the recent sentencing would seem to complete my work on this case.
4) On 8-26-19, the Court announced the sentence in open court.  On 8-29-19, the Judgement was filed.  (Please see ECF#1275)
5) On 8-27-19, the Court denied Mr. Banks post trial motion (joining the original motion filed by a Co-Defendant) for a new trial or acquittal.  (Please see ECF#1272)
6) On 8-28-19, I filed a notice of appeal (ECF#1274) on behalf of Mr. Banks.  For the record, Mr. Banks does appeal this case.  Mr. Banks further requests that all aspects of his case from start to finish are reviewed and that all aspects of his case be appealed as broadly as possible.  On 8-29-19, that Notice of Appeal was transmitted and opened with the appropriate Court of Appeals.  I have also been in contact with the appellate court case manager and will remain available if they need any further information.  (Please see ECF#1277 and 1278)
7) As stated in the Notice of Appeal, Mr. Banks is unable to afford appellate counsel and requests that appellate counsel be provided by the Court and appointed as soon as possible.  Additionally, once appointed, that he/she contact and confer with Mr. Banks on his appeal as soon as possible.  If needed, I will be available for appellate counsel to discuss any case related matters or provide any needed materials from the case file.
8) Attorney Sardelli will coordinate with CJA staff to file his voucher in this case as soon as possible.
9) If needed, the Court or opposing Counsel may contact Attorney Sardelli if any additional issues arise in this case.
10) Since my office has been closed, I may be contacted (if needed) via telephone at 202-904-6287.
11) After sentencing, I have meet with or discussed the case with both Mr. Banks and his family.  I send them my best wishes moving ahead.
12) This was a long case with many significant disagreements.  However, I wish to send my thanks and best wishes to the Court, opposing counsel, and the trial defense counsel I worked with on this case.

Thank you.

Respectfully,

 /s/ Brian Sardelli_____
BRIAN SARDELLI-ATTORNEY AT LAW
Cell Number 202-904-6287
Email: brian.sardelli@outlook.com

Confidentiality Note: This e-mail or document may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please notify me immediately at the above address.

CC: Served via ECF on all counsel of record in this case.