```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
                       NORTHERN DISTRICT

- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :   Criminal No. 16-00267-CCB
                              :
     v.                       :
                              :
RANDY BANKS,                  :
                              :
          Defendant.          :   Baltimore, Maryland
                              :
- - - - - - - - - - - - - - - x   May 16, 2017
```

**INITIAL APPEARANCE HEARING**

   BEFORE:  THE HONORABLE BETH P. GESNER, Magistrate Judge


APPEARANCES:                     CHRISTINA HOFFMAN, Esq.
                                 LAUREN PERRY, Esq.
                                 Office of the U.S. Attorney
                                 36 South Charles Street
                                 4th Floor
                                 Baltimore, MD 21201
                                    On Behalf of the Government

                                 CHARLES CURLETT, JR., Esq.
                                 Rosenberg, Martin, Greenberg, LLC
                                 25 South Charles Street
                                 21st Floor
                                 Baltimore, MD 21201
                                    On Behalf of the Defendant

Audio Operator:                  Kathy Vockroth

Transcription Company:           CompuScribe
                                 P.O. Box 789
                                 Cheltenham, Maryland  20706-9998



Proceeding recorded by electronic sound recording,
transcript produced by transcription service.

*CompuScribe*
*(301) 577-5882*

I N D E X

|                                                           | Page |
|-----------------------------------------------------------|------|
| Preliminary Matters                                       | 3    |
| Court and Defendant                                       | 3    |
| Comments by Christina Hoffman, Esq. Attorney for the Government | 7 |

Keynote:   "---" indicates inaudible in transcript.

1                    P R O C E E D I N G S

2           (Whereupon, at 1:26 p.m., the hearing begins.)

3                THE COURT: Ms. Hoffman, you want to call the case.

4                MS. HOFFMAN:  This is the United States of America

5    versus Randy Banks aka Dirk(sic).  Case number CCB-16-0267.

6    I am Christina Hoffman on behalf of the United States.  With

7    me here at counsel table is AUSA Lauren Perry and we are here

8    for Mr. Banks' initial appearance.

9                THE COURT:  Good afternoon to both of you.

10   Mr. Curlett?

11               MR. CURLETT:  Good afternoon, Your Honor.  Charles

12   Curlett for the defendant, Randy Banks.  I understand the

13   gentleman seated next to me to my right.  I just had an

14   opportunity to meet him a moment ago and to review in broad

15   terms the indictment before him.

16               THE COURT:  Okay, very well.  Thank you.  Good

17   afternoon, Mr. Banks.  Mr. Banks, we are here for your

18   initial appearance and the purpose of this proceeding is to

19   make sure you understand the charges, what your rights are

20   and to discuss your release status pending your next court

21   appearance.  Do you understand that?

22               THE DEFENDANT:  Yes, ma'am.

23               THE COURT:  I am going to ask you to pull the

24   microphone down a little bit.  There you go.  Thank you.  You

25   are charged in -- is this the superceding indictment.

1              MS. HOFFMAN: It is.

2              THE COURT: You are charged in Count 1 of the

3    superceding indictment with racketeering conspiracy in

4    violation of Title 18 of the United States Code, Section

5    1962(d). The maximum penalty for that charge is up to life

6    imprisonment with five years of supervised release so it

7    would follow any incarceration and a $250,000 fine. You are

8    also charged in Count 2 of the indictment with conspiracy to

9    distribute narcotics in violation of Title 21 of the United

10   States Code Section 846. The maximum penalty for that is up

11   to life imprisonment with a minimum mandatory term of 10

12   years. Which means that if you are found guilty of the

13   offense, the Court with some exceptions will be required to

14   sentence you to that minimum term.

15             There is also the possibility of five years of

16   supervised release that would follow any period of

17   incarceration as well as maximum possible fine of $10

18   million. Do you understand what the charges are and what the

19   maximum possible penalties are?

20             THE DEFENDANT: Yes, ma'am.

21             THE COURT: There is also at the end of the

22   indictment what is called a forfeiture count asking that

23   anything that was obtained or used in the course of  the

24   charges in the indictment be forfeited or given up to the

25   Government. There is no jail time associated with that but

1    you are named in that count as well.  You understand that as

2    well?

3              THE DEFENDANT:  Yes, ma'am.

4              THE COURT:  Now, you have the right to remain

5    silent with respect to the charges, Mr. Bank, you are not

6    required to make any statements.  If you did, it could be

7    used against you.  You also the right to have an attorney

8    represent you at all stages of the proceedings and if you

9    can't afford one, I will appoint one for you.  Do you

10   understand both of those rights?

11             THE DEFENDANT:  Yes, ma'am.

12             THE COURT:  And I am going to ask you to please

13   stand and raise your right hand, the clerk is going to swear

14   you in and I am going to ask you a few questions.

15        (Whereupon, the defendant was sworn in.)

16             THE DEFENDANT:  Yes, ma'am.

17             THE CLERK:  Please state your name for the record.

18             THE DEFENDANT:  Randy Darnell Banks.

19             THE CLERK:  Thank you.

20             THE COURT:  Be seated, Mr. Banks.  Can you tell me

21   your age please?

22             THE DEFENDANT:  39.

23             THE COURT:  And what year, just the year that you

24   were born in?

25             THE DEFENDANT:  '77.

1              THE COURT:  And what is your current address?

2              THE DEFENDANT:  34 ---

3              THE COURT:  And where is that?  Baltimore?

4              THE DEFENDANT:  Baltimore, Maryland.

5              THE COURT:  Within the last 24 hours, have you had

6   anything to drink or take any kind of drugs, prescription or

7   otherwise that are currently affecting your ability to

8   understand what is going on here?

9              THE DEFENDANT:  I took a prescription drug but that

10  is for medication for hypertension.  That is all --

11             THE COURT:  But that is not having any effect on

12  your ability to understand the proceeding?

13             THE DEFENDANT:  No, ma'am.

14             THE COURT:  You understand everything so far?

15             THE DEFENDANT:  Yes.

16             THE COURT: And the financial information that you

17  provided, is that correct to the best of your knowledge?

18             THE DEFENDANT:  Yes, ma'am.

19             THE COURT:  And you would like me to appoint an

20  attorney?

21             THE DEFENDANT:  Yes, ma'am.

22             THE COURT:  And there is a conflict with the

23  Federal Defender?

24             MS. HOFFMAN:  Yes, Your Honor.

25             THE COURT:  I know you already met Mr. Curlett

1    seated next to you, Mr. Banks.  I am going to appoint him to

2    represent you.  He is a member of our criminal justice act

3    panel of attorneys in private practice who have agreed to

4    accept appointments from the Court and whom the Court has

5    found qualified to handle cases like yours.  So he will be

6    available to represent you through the rest of the case.

7             THE DEFENDANT:  Okay.

8             THE COURT:  You understand that?

9             THE DEFENDANT:  Yes, ma'am.

10            THE COURT:  Okay.  And the Government's position on

11   release?

12            MS. HOFFMAN:  We are seeking detention.  Both on

13   grounds of danger to the community and flight risk.

14            THE COURT:  And Mr. Curlett?

15            MR. CURLETT:  I have spoken with Mr. Banks about

16   the Government's request and we will consent to detention at

17   this time, Your Honor.

18            THE COURT:  Okay.

19            MR. CURLETT:  Subject to requesting detention

20   hearing at a later date.

21            THE COURT:  Okay.  So you understand, Mr. Banks, by

22   agreeing to be held in custody today, if circumstances change

23   and you want to have a hearing, you can always ask Mr.

24   Curlett to schedule -- to ask the Court to schedule one.  Do

25   you understand that?

```
 1              THE DEFENDANT:  I do.
 2              THE COURT:  And does Mr. Banks have any medical or
 3   mental health needs that need to be addressed?
 4              MR. CURLETT:  Your Honor, apparently Mr. Banks does
 5   need some medicine while he is in incarcerated.  I will
 6   review this form with him and complete that to make that
 7   request.
 8              THE COURT:  Okay.  Very well.  Normally I would
 9   like to do an arraignment but I suspect your haven't had time
10   to go through the indictment with Mr. Banks?
11              MR. CURLETT:  Not in detail, Your Honor.
12              THE COURT:  Okay.  So I will schedule that in the
13   normal course then.
14              MR. CURLETT:  Yes, thank you.
15              THE COURT:  Okay.  So why don't you complete that
16   and while you are doing that, I am going to ask Mr. Fish to
17   come on up.
18         (Whereupon, at 1:31 p.m. another case was discussed and
19   at 1:31 p.m., the case continued.)
20              THE COURT:  Here is your indictment back,
21   Ms. Hoffman.  Thank you.
22         (Pause.)
23              THE COURT:  Okay, we will send that along with the
24   marshals.  Is there anything else?
25              MR. CURLETT:  Nothing further, Your Honor.
```

```
 1                    THE COURT:  Okay.  Thank you.
 2                    MS. HOFFMAN:  Thank you.
 3              (Whereupon, at 1:34 p.m., the hearing concluded.)
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

     I certify that the foregoing is correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

/s/ Lisa N. Contreras        11-18-2019
Lisa N. Contreras              Date
Certified Transcriber
Certificate No.:  CET**D-474