```
 1                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF MARYLAND
 2                          NORTHERN DIVISION

 3   UNITED STATES OF AMERICA,    )
          Plaintiff,              )
 4                               )
          vs.                     ) CRIMINAL CASE NO. CCB-16-0267
 5                               )
     DANTE BAILEY, et al.,        )
 6        Defendants.             )
     _____)
 7

 8
                          Monday, March 25, 2019
 9                          Courtroom 1A
                          Baltimore, Maryland
10

11          BEFORE:  THE HONORABLE CATHERINE C. BLAKE, JUDGE
                      (AND A JURY)
12

13                            VOLUME IV

14

15   For the Plaintiff:

16   Christina Hoffman, Esquire
     Lauren Perry, Esquire
17   Assistant United States Attorneys

18   For the Defendant Dante Bailey:

19   Paul Enzinna, Esquire
     Teresa Whalen, Esquire

20   _____

21

22
                          Reported by:
23
                     Douglas J. Zweizig, RDR, CRR, FCRR
24                    Federal Official Court Reporter
                      101 W. Lombard Street, 4th Floor
25                      Baltimore, Maryland  21201
```

1  <u>For the Defendant Randy Banks</u>:

2  Brian Sardelli, Esquire

3

   <u>For the Defendant Corloyd Anderson</u>:

4
   Elita Amato, Esquire

5

6  <u>For the Defendant Jamal Lockley</u>:

7  Harry Trainor, Esquire

8
   <u>For the Defendant Shakeen Davis</u>:

9
   Paul Hazlehurst, Esquire

10

11 <u>For the Defendant Sydni Frazier</u>:

12 Christopher Davis, Esquire

13

14 <u>Also Present</u>:

15 Special Agent Christian Aanonsen, ATF

16

17

18

19

20

21

22

23

24

25

<u>P R O C E E D I N G S</u>

(10:04 a.m.)

**THE COURT:**  Good morning, everyone.

All right.  So is there any issue relating to the first witness?

**MS. HOFFMAN:**  No, Your Honor.

**THE COURT:**  All right.  Then are we ready for the jury?

**MR. HAZLEHURST:**  Your Honor, if I may, Paul Hazlehurst on behalf of Mr. Davis.  There is not an issue related to the first witness.

But Mr. Davis has consistently asked me to ask the Court -- he is -- wants to know why he was not brought over for a motions hearing and why his co-defendants were not brought over for a motions hearing.

And I have explained to him, to the best of my ability, what the reason for that was.  But he has asked me to ask the Court, so I am doing that now.

**THE COURT:**  You can specify -- I don't even know which particular motions your client is concerned about.  The motions that I've ruled upon, I presumably ruled on the papers and/or there was no evidence required, in which case the defendants' presence is not required.

If there are particular motions that Mr. Davis is concerned about, you can let me know the numbers.

*DiPAOLA - DIRECT*

4

```
 1              MR. HAZLEHURST:  I will specify.  Your Honor.

 2              THE COURT:  Thank you.

 3              All right.  Let's get the jury.

 4          (Jury entered the courtroom at 10:06 a.m.)

 5              THE COURT:  All right.  Good morning and welcome back,

 6    ladies and gentlemen.

 7              I'm sure the Government has a few more witnesses for

 8    us.

 9              Ms. Perry.

10              MS. PERRY:  Yes, Your Honor.  At this point the

11    Government calls Detective Jason DiPaola.

12              THE COURT:  All right.

13              THE CLERK:  Please raise your right hand.

14          DETECTIVE JASON DiPAOLA, GOVERNMENT'S WITNESS, SWORN.

15              THE CLERK:  Please be seated.

16              Please speak directly into the microphone.  State and

17    spell your full name for the record, please.

18              THE WITNESS:  My name is Jason DiPaola, J-A-S-O-N,

19    D-i-P-A-O-L-A.

20              THE CLERK:  Thank you.

21                          DIRECT EXAMINATION

22    BY MS. PERRY:

23    Q.   Good morning.

24    A.   Good morning.

25    Q.   Where do you work?
```

1    **A.**    I work for Baltimore City Police.

2    **Q.**    And how long have you worked for the Baltimore City

3    Police?

4    **A.**    I'm in my eighth year.

5    **Q.**    Can you tell us your unit and title currently.

6    **A.**    Yes, ma'am.  I'm a detective with the Anticrime Section,

7    West Side Major Case Squad.

8    **Q.**    And how long have you been a detective with the Baltimore

9    Police Department?

10    **A.**    Since July.

11    **Q.**    Now, I want to direct your attention back to 2012 through

12    2016, what was your unit and title then?

13    **A.**    2012, I was walking foot.  I was just a police officer

14    walking foot in the downtown corridor, Baltimore Street and

15    Lexington Market.

16    **Q.**    And what about after 2012?

17    **A.**    I went to the Northwest District, started in parole, and

18    then I went to the drug unit in Northwest.

19    **Q.**    Now, you mentioned that you were with the

20    Northwest Drug Unit at one point.

21         What area of Baltimore does the Northwest Drug Unit cover?

22    **A.**    It covers from Park Heights and Belvedere all the way down

23    to Garrison Boulevard, Liberty, and Gwynn Oak.

24    **Q.**    And during your approximately eight years with the

25    Baltimore Police, did you receive any training in making

1   drug-related arrests?

2   **A.**   Yes, ma'am.

3   **Q.**   Can you briefly describe that training for the jurors.

4   **A.**   Yes.   Through the academy, I had 40 hours of specialized

5   training in recollection -- or, I'm sorry, the detection of

6   narcotics and street-level enforcement.   And then I took

7   another eight-hour class through St. Petersburg College for

8   multi-jurisdictional drug training.   Sorry.

9   **Q.**   Detective, approximately how many drug-related arrests

10   have you made or assisted in over the course of your career

11   with the Baltimore Police?

12   **A.**   Approximately 1500.

13   **Q.**   Now, you told us that you worked with the Northwest -- you

14   worked in Northwest Baltimore and that that assignment covered

15   the area of Gwynn Oak and Liberty Heights; is that right?

16   **A.**   Yes, ma'am.

17   **Q.**   How frequently did your work take you to or past this

18   particular intersection?

19   **A.**   Usually on a daily basis.   It was one of the more -- more

20   active areas for violence and drugs.

21   **Q.**   Can you describe the area generally.

22   **A.**   Yes, ma'am.   The actual intersection of Liberty and

23   Gwynn Oak is -- it's got like a grocery store, a liquor store

24   on two corners, a bunch of food carryouts, and then a gas

25   station.   So it's a highly traveled area, and there are a lot

1  of drugs sold on the corners.

2  **Q.**   And didn't you become familiar with individuals who

3  frequented that area during your time working with the

4  Northwest Drug Unit?

5  **A.**   Yes, ma'am.

6  **Q.**   Now, I want to take a step much further back and begin by

7  directing your attention to November 4th of 2012.

8  **A.**   Yes.

9  **Q.**   Remind us what unit you were in at that particular time.

10  **A.**   At that time I was walking foot in the Lexington Market

11  and the 400 block of East Baltimore Street.

12  **Q.**   And were you working on that particular day, on

13  November 4th of 2012?

14  **A.**   Yes, ma'am.

15  **Q.**   I want to direct your attention to about 2:15 in the

16  morning on that day.

17      Where were you located at that time?

18  **A.**   I was right on the intersection of 400 East Baltimore

19  Street and the unit block south of Custom House Road.

20  **Q.**   And what were you doing in that particular location?

21  **A.**   That evening, we were walking foot and trying to close the

22  bars there that were in the area.

23  **Q.**   What, if anything, happened around 2:15 on that day?

24  **A.**   Officer Thomas and I saw -- there's like a small parking

25  lot of Custom House across the street from Norma Jean's.  Saw a

1    large group of people kind of making a disturbance -- causing a

2    disturbance in the parking lot around a silver Acura.

3    **Q.**    Now, you mentioned "across from Norma Jean's."  What is

4    Norma Jean's?

5    **A.**    Norma Jean's is a strip club in the unit block of

6    Custom House.

7    **Q.**    And you mentioned that there was a silver Acura in the

8    area.

9    **A.**    Yes, ma'am.

10   **Q.**    What did you do after you saw this group and the silver

11   Acura?

12   **A.**    At that time we -- Officer Tonks and I approached that

13   vehicle.

14   **Q.**    And what did you observe as you approached the vehicle?

15   **A.**    As we started to approach it, we could smell a very strong

16   odor of marijuana coming from the area and the vehicle.

17   **Q.**    Were you able to tell whether or not anyone was inside of

18   the vehicle?

19   **A.**    Yes, ma'am.  There was a person in the driver's seat and a

20   person in the backseat.

21   **Q.**    Did you ultimately identify the person who was in the

22   driver's seat?

23   **A.**    Yes, ma'am.

24   **Q.**    Who was that?

25   **A.**    Devon Dent.

1    **Q.**   I'm going to show you what's already in evidence as

2    Government's Exhibit IND-22 -- I'm sorry, IND-21.  My

3    apologies.

4         Do you recognize the individual in IND-21?

5    **A.**   Yes, ma'am.

6    **Q.**   Who is that?

7    **A.**   Devon Dent.

8    **Q.**   And did you -- over the course of your time as a Baltimore

9    police officer, did you become familiar with Mr. Dent?

10    **A.**   Yes, ma'am.

11    **Q.**   And do you know if he has any aliases that he goes by?

12    **A.**   He has a nickname of Tech.

13    **Q.**   You also mentioned that there was someone in the backseat

14    of the car.

15    **A.**   Yes, ma'am.

16    **Q.**   Could you identify that person?

17    **A.**   Yes, ma'am.

18    **Q.**   Who was that?

19    **A.**   Desean McCorkle.

20    **Q.**   I'm going to show you IND-63.

21         Do you recognize this individual?

22    **A.**   Yes, ma'am.

23    **Q.**   Who is that?

24    **A.**   Desean McCorkle.

25    **Q.**   You also -- you've already mentioned several times that it

 1  was a silver Acura.  Were you able to determine the license

 2  plate on that particular car?

 3  **A.**   Yes, ma'am.

 4  **Q.**   What was the license plate?

 5  **A.**   Would you mind if I could read the notes?  I don't

 6  remember off the top of my head.

 7  **Q.**   Would perhaps looking at your report refresh your

 8  recollection as to the plate number?

 9  **A.**   Yes, ma'am.

10        **MS. PERRY:**  Your Honor, permission to approach the

11  witness?

12        **THE COURT:**  Certainly.

13  **BY MS. PERRY:**

14  **Q.**   (Handing.)

15  **A.**   Thank you.

16  **Q.**   Detective, if you could just take a look at that and let

17  us know if it refreshes your recollection.

18  **A.**   Yes, ma'am.

19  **Q.**   Can you tell us what the plate was.

20  **A.**   Yes.  It's 3, Adam, Tom, 9858.

21  **Q.**   Now, you mentioned it was 3, Adam, Tom, does that just

22  mean 3AT?

23  **A.**   Yes, ma'am.  3; A, as in Adam; T, as in Tom.  I'm sorry.

24  **Q.**   And the last four were?

25  **A.**   9858.

1   Q.   Officer -- or, Detective, when you approached the car, was

2   there anyone else in the area that you recognized?

3   A.   Yes, ma'am.

4   Q.   Who else was in the area?

5   A.   A male by the name of Dante Bailey.  I'm sorry.

6   Q.   And where was Mr. Bailey?

7   A.   He started to approach the passenger side of the vehicle.

8   Q.   I'm going to show you IND-3.

9        Do you recognize this person?

10  A.   Yes, ma'am.

11  Q.   Who is this?

12  A.   Dante Bailey.

13  Q.   Now, you've already testified that you approached the car

14  and were able to identify the individuals in the car.  What did

15  you do next?

16  A.   At that time, due to the smell of the marijuana and also

17  there was open containers, I believe it was a bottle of Patron

18  in the front passenger cup holder, the keys were in the

19  ignition, and Mr. Devon Dent was in the driver's seat, we asked

20  both to step out of the vehicle to further our investigation.

21  Q.   What did you do next?

22  A.   At that time Officer Tonks and Officer McCarthy began to

23  search the vehicle looking for the smell -- the odor of

24  marijuana that was coming from it.

25  Q.   And was anything ultimately recovered from inside of the

1    car?

2    **A.**    Yes, ma'am.   Inside the car was a paper towel in the cup

3    holder that had a large amount of white rock substance that was

4    suspected to be cocaine; another 27 bags of brown/tan powder,

5    which was suspected to be heroin; and in the trunk of the

6    vehicle was a clear plastic bag containing green plant

7    substance, which was marijuana.

8    **Q.**   Was there anything else recovered from inside the car

9    other than the drugs you just described?

10   **A.**    Yes, ma'am.   There was a wallet that didn't belong to

11   anybody in the vehicle, some gang material paperwork, and a CD.

12   **Q.**   Now, I want to start with the drug evidence you just

13   described, and I'm going to show you what's been marked as

14   Government's Exhibit D-1 for identification.

15           **MS. PERRY:**   Your Honor, permission to approach the

16   witness?

17           **THE COURT:**   Yes.

18   **BY MS. PERRY:**

19   **Q.**   (Handing.)

20        Showing you in front of you what has been marked as

21   Government's Exhibit D-1, do you recognize this?

22   **A.**   Yes, ma'am.

23   **Q.**   What is it?

24   **A.**   This is the package of when we submitted the actual CDS.

25   This was -- this is all the drugs inside.

*DIPAOLA - DIRECT*

1  **Q.**   And so are the -- is the -- what you believe to be

2  crack cocaine as well as the heroin and marijuana contained in

3  D-1?

4  **A.**   Yes, ma'am.

5  **Q.**   And was Government's Exhibit D-1 ultimately submitted to

6  the police, the Baltimore Police laboratory for testing?

7  **A.**   Yes, ma'am.

8  **Q.**   Now, you mentioned that there was also a wallet recovered.

9  Where was that recovered from?

10  **A.**   I believe that and the paperwork and the CD were in the

11  passenger-side door, the little storage compartment.

12  **Q.**   I'm going to show you what has been marked as Government's

13  Exhibit GP-2 and GP-3.

14        **MS. PERRY:**  Permission to approach?

15        **THE COURT:**  Yes.

16  **BY MS. PERRY:**

17  **Q.**   (Handing.)

18       Can you tell us what's contained in the exhibit in front

19  of you.

20  **A.**   Yes, ma'am.  There's the -- do you mind if I take it out?

21  **Q.**   Please.

22  **A.**   That's a wallet (indicating) that belonged to another

23  individual who was not in the vehicle at the time.  This is the

24  gang paperwork and materials that were in the vehicle

25  (indicating).

DIPAOLA - DIRECT

1  **Q.**   Now, I'd like to show you what I've marked as Government's

2  Exhibits 3A --

3          **THE COURT:**  Ms. Perry, I'm not sure he had finished.

4          **MS. PERRY:**  Oh, I'm sorry.

5          **THE WITNESS:**  These are the extra license plate tags

6  that were inside the vehicle also.  I'm sorry.

7  **BY MS. PERRY:**

8  **Q.**   My apologies.

9  **A.**   And the CD that went with it (indicating).

10 **Q.**   Thank you.

11 **A.**   You're welcome.  Sorry.

12 **Q.**   So now I do want to turn your attention to

13 Government's Exhibit 3A -- sorry, GP-3-A.

14     Do you recognize what we're looking at here on the screen?

15 **A.**   Yes, ma'am.

16 **Q.**   What is this?

17 **A.**   That's the wallet.

18 **Q.**   This is a photograph of the wallet that you recovered on

19 that particular night?

20 **A.**   Yes, ma'am.

21 **Q.**   And turning your attention now to GP-3-B, what are we

22 looking at here?

23 **A.**   That is their insurance card and a picture of a person.

24 **Q.**   And is this the inside of the wallet that you just

25 described?

*DIPAOLA - DIRECT*

15

```
 1   A.    Yes, ma'am.
 2   Q.    Turning now to GP-3-C, can you tell us what we're looking
 3   at here.
 4   A.    Yes.   The name of -- on the insurance card of the person's
 5   wallet.
 6   Q.    And what is that name?
 7   A.    Davon Temple.
 8   Q.    And turning to GP-3-D, what are we looking at here?
 9   A.    Looks like his dental card for Davon Temple.
10   Q.    And finally, GP-3-E?
11   A.    A prescription for Davon Temple.
12   Q.    And were all of these items contained in GP-3, the wallet
13   that is in front of you?
14   A.    Yes, ma'am.
15   Q.    Now, I want to turn to the gang paperwork.   I believe you
16   mentioned that the gang paperwork was recovered inside the door
17   of the car.
18   A.    Yes.
19   Q.    Was all the paperwork together --
20   A.    Yes, ma'am.
21   Q.    -- in the door of the car?
22   A.    Yes, ma'am.
23   Q.    So I want to turn your attention to GP-2-A.
24         What are we looking at here?
25   A.    That is the front page of the gang material that I found.
```

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1   Q.   And is this a copy of the materials that were contained in

2   GP-2 in front of you?

3   A.   Yes, ma'am.

4   Q.   Now, I do want to walk you through a portion of this, but

5   I would like to hand you a paper copy, because I think it might

6   be easier for you to take a look at.

7           MS. PERRY:  Your Honor, permission to approach the

8   witness?

9           THE COURT:  That's fine.

10  BY MS. PERRY:

11  Q.   (Handing.)

12      So starting here on the first page of GP-2-A, can you tell

13  us what it says here at the very top.

14  A.   My All Family I Am.

15  Q.   And turning now to Page 2, can you tell us what it says

16  here in bold (indicating).

17  A.   Yes.  It says [reading]:  Keeping our hearts beating

18  double time.  As long as you live, I live.  And I not only live

19  for me; I live for you.

20  Q.   Now, turning to Page 3.

21  A.   Yes.  Says [reading]:  La Cosa Nostra, 2012 edition,

22  La Cosa Nostra is a reflection and reminder of why we are here

23  and how we get here -- we got here.  September 20th of every

24  year, we will celebrate, for this is the day a legacy was born.

25  Q.   Turning now to Page 4, can you read what's here in the

1   middle of the page (indicating).

2   **A.**   Yes.   [Reading]:   We hold the birthright to

3   Insane Red Devil Treetop Piru.   That was a gang only in

4   Maryland.   It never existed anywhere else.   Baltimore City made

5   Insane Red Devil Treetop Pirus famous.   As you all know, Insane

6   was a most loved and hated gang in our city's history, and we

7   are all descendants from that era.

8   **Q.**   Okay.   Turning to Page 7.

9   **A.**   [Reading]:   In February 2008, a 28-person indictment

10   rocked the Treetop Piru family, marking the first Blood gang

11   RICO case ever in Baltimore City's history.   During that time

12   of duress, a lot of turmoil happened that those -- or that once

13   considered themselves brothers who would kill, who would ride,

14   and who would even die for one another, because of federal

15   intimidation, became adversaries to each other.   With the

16   ejection of Chu because of his snitching, the oldest triple OG

17   was Wild Child; thus, he became the leader of the Treetop Piru

18   family.

19   **Q.**   And can you read for us what's the last couple of

20   paragraphs on the next page.

21   **A.**   Yes.   [Reading]:   Tree was long destroyed before that

22   occurred.   The Government destroyed it by creating separation

23   between brothers.   From that separation, a new foundation was

24   established, a foundation that had to be built on loyalty first

25   and honor second, a foundation that thrived off of being

1    respected and loving the feeling of just being looked at as a

2    stand-up type.  Loyalty being royalty; thus, being honorable

3    meant never to have your name in question in regards to

4    anything that had anything to do with cowardice.  In Murdaland,

5    the mafia was built.

6         [Reading]:  Murdaland Mafia Piru, the name alone said a

7    lot.  It didn't just target the Mecca of the state, Baltimore,

8    like other blood gangs that came into their own like BTTP, BRL,

9    or BHL.  Murdaland targeted the entire state.  It gave those

10   that loved this life a chance to become a part of our own

11   history [sic] instead of living out the history of our

12   counterparts 3,000 miles away.

13        [Reading]:  Murdaland gave us back strength.  And it gave

14   us something to believe in, something to put our all in,

15   something to live for -- sorry -- thus, something to be proud

16   to die for.  It represents the place where we were birthed, the

17   land that we protect, the location that we bang, slang, and

18   hang.  It represents our turf.  Being a good leader, BG chose

19   those that he saw fit to lead at the time of the induction of

20   Murdaland, those that he felt had ability to lead and whose

21   characters -- or characters were unquestioned.

22   **Q.**   Turning to the next page here --

23        **MR. ENZINNA:**  Your Honor, the detective is reading

24   from a hard copy which doesn't seem to be the same with what's

25   on the screen, so I would just ask that the hard copy be

 1  marked.

 2        **THE COURT:**  Sure.  We can have a paper copy marked and

 3  perhaps you can -- it should be, I assume, the same as what's

 4  on the screen.

 5        **MS. PERRY:**  Yes, Your Honor.  There are certain

 6  portions which are highlighted on the detective's copy, just

 7  portions of the exhibit that he's reading from.  But certainly

 8  I have no problem marking Government's Exhibit 2A as the paper

 9  copy.

10  **BY MS. PERRY:**

11  **Q.**   So, Detective, looking here up at the top in this very

12  first paragraph, can you read us this first paragraph.

13  **A.**   Yes, ma'am.

14      [Reading]:  Those chosen were those closest to him:

15  Lucky, Werewolf, Murda, Silent, Brock, Darqu, Black Blizz,

16  Ways, and Shooter.  The mob flourished in West Baltimore within

17  the Gwynn Oak area under the tutelage of Dirt, who was a

18  reflection of Murda.  A reflection of Werewolf came to the

19  streets and reported to the queen, Bhandie.  His name was

20  Lil Nick.  Other reputable names that deserve mention are

21  Reckless and Tech from Gwynn Oak -- the Gwynn Oak area.  They

22  represented Murdaland to the fullest on the streets.

23  **Q.**   Now, Detective DiPaola you mentioned that your patrol took

24  you by the Gwynn Oak area of Baltimore on a regular -- on a

25  frequent basis.  Did you become familiar with someone who went

1   by the name of Dirt?

2   **A.**   Yes, ma'am.

3   **Q.**   And who was that?

4   **A.**   Randy Banks.

5   **Q.**   Now, turning down here to the bottom paragraph on this

6   page, can you tell us what Government's Exhibit GP-2 says.

7   **A.**   Yes, ma'am.

8       [Reading]:   On January 21st, 2011, Wolf was suddenly,

9   immediately released from federal custody because of a

10  non [sic] pro tunc petition that he had going since 2009.  When

11  he hit the streets, the life was separated.  The legacy that

12  those mentioned before created was now gone.  Murdaland was

13  functioning, but at a capacity doomed to fail.

14      [Reading]:   There was no strong leadership who had the

15  gall to step up to the plate and question the things that were

16  happening within the B life.  There were kids who knew no

17  better attempting to play the role of Gs.

18  **Q.**   Turning to the next page, can you read these middle two

19  paragraphs for us.

20  **A.**   Yes.  [Reading]:  When Wolf saw this, he began -- he --

21  I'm sorry.

22      [Reading]:   When Wolf saw this, him being a groomed,

23  authenticated G, he did what was necessary.  First, he got his

24  family together and set an agenda.  He placed those that needed

25  to be in position in the proper spots for the family to

```
 1   prosper.  Those that were already in position but didn't
 2   deserve to be were quickly oust by aggression.
 3        [Reading]:  Dirt was placed in control of the West, and
 4   Silent was placed in control of the East.  Silent's position
 5   was eventually revoked when him and his seed got handled and
 6   they disappeared, never to be seen again.  So the East landed
 7   into the hands of Killa from Ilchester and Greenmount, a/k/a,
 8   the 4.  Wolf had seed -- Wolf had a seed over there by the name
 9   of Gambino, who eventually became a leader in his own right.
10   And he was the first to earn a pinky ring from the boss
11   himself.
12   Q.   I'm turning now to a section here in the middle.
13        Can you read us this portion.
14   A.   Yes, ma'am.
15        [Reading]:  Moon was put out of the family because he
16   wouldn't handle business on a rat that was telling on his
17   brothers.  He took flight.  Instead of manning up, he ducked
18   out.
19   Q.   And the last sentence of that paragraph?
20   A.   Yes.
21        [Reading]:  KOMO easily -- Easy sat at the top with T-Rock
22   and Sheisty as the Gs for the street.
23   Q.   Turning to the next page, can you read us a portion from
24   this -- a couple of portions from this top paragraph.
25   A.   Yes.
```

1    [Reading]:  From mob gained Lauretta and Warwick as one of

2    its blocks through Nizzy.  Tracy, who is Wild Child's son's

3    mother, was also chosen to be a part of the mafia.  During her

4    month of training, she did a dishonorable thing and denounced

5    her role in the mob because of some personal dislikes.

6    [Reading]:  Wolf felt blatantly disrespected, so he found

7    the leader, Mike Leroy, and questioned him about the situation.

8    Wolf told him that Tracy was not to rep anything if it wasn't

9    mob, but he refused the order.  Thus, he got -- he got his

10   issue on sight.

11   **Q.**   And then the last sentence of the next paragraph and the

12   next -- the paragraph following that.

13   **A.**   Yes, ma'am.

14   [Reading]:  Wolf let her live, hoping that she would learn

15   from her mistake.  Territories were established as mob hoods:

16   GO, Ilchester, 5200, Lauretta and Warwick, Harlem and Dukeland.

17   Upon B-Easy's release, the streets were being built.  Now was

18   time for the prison system to get right.

19   **Q.**   Now, Detective, skipping ahead to the next page, can you

20   read us the title of this particular page.

21   **A.**   "The Mafioso Way."

22   **Q.**   And then this first question?

23   **A.**   [Reading]:

24   Who are the founders of LaEMM?

25   We are.

1       Why does LaEMM exist?

2       To separate the strong from the weak, the real from the

3  fake, and to protect the interests of this blood line.

4  **Q.**   Turning down to -- skipping ahead one question, can you

5  read us this question and answer.

6  **A.**   Yes.

7       [Reading]:

8       What is LaEMM's blood line?

9       We are 600 percent Murdaland, 60 [sic] percent mafia, and

10  70 [sic] percent Piru.  60 [sic] percent Murdaland symbolizes

11  that through the 6 mafia morals embedded in us, we become

12  100 percent M gang riders.  60 percent mafia symbolizes why we

13  always give more than half in effort in everything that we do.

14  The 7 percent Piru symbolizes our connection with blood, our

15  gift that connects us with others around the world.

16  **Q.**   And skipping ahead . . .

17  **A.**   [Reading]:

18       What are our colors?

19       Red for the blood line that ties us together.  Black for

20  our dominance over all.  Green for the financial security that

21  we have amongst us through collective saving.

22       Who is our enemy?

23       Anyone who poses a threat to our existence, anyone who

24  opposes us.

25  **Q.**   And skipping ahead one more page, can you read the top of

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1  this page.

2  **A.**  Yes.

3      [Reading]:

4      What are the two mottos of LaEMM?

5      Family over everything, get money or get lost.

6  **Q.**  Now, I'd like to skip ahead to Page 19.  Can you tell

7  us -- can you read for us this middle section again.

8  **A.**  Yes, ma'am.  That's the seven laws of death.

9      [Reading]:

10      One, any acts or attempted acts of treason.

11      Two, any cooperation with authorities that lead to

12  incriminating others.

13      Three, any transgression against family without

14  authorization.

15      Four, the display of any -- enemy characteristics.

16      Five, when at war, fight like you're ready to die.

17      Six, whenever we forced to strike, our only option is to

18  kill.

19      And, seven, any form of slander against my [sic] family

20  member without facts.

21  **Q.**  Moving on to Page 22, can you read us the title and the

22  first three numbers on this page.

23  **A.**  Yes, ma'am.

24      [Reading]:

25      Seven mob mandates.

1         One, family first.  The agenda of LaEMM is before all.

2         Two, never let your emotions overpower your intelligence.

3         And, three, retaliation is a must.

4  **Q.**  Turning to Page 24, can you read us this paragraph down

5  here (indicating).

6  **A.**  Yes.  The prospect legacy.

7         [Reading]:  If you're not born into this family or vouched

8  for by one of the elders, then you are automatically placed

9  into the realm of the prospect.  Prospects are placed under

10  immediate 26-day investigation that invades every aspect of

11  their life.  Even those entire [sic] society from prison -- who

12  enter, I'm sorry, enter society from prison are subjected to

13  being categorized as a prospect if they are not vouched for by

14  the elders behind the G wall.

15  **Q.**  And turning to the next page, I'm just asking you about

16  one sentence here in the middle.

17  **A.**  [Reading]:  The QOD is obligated to bless all the children

18  of LaEMM in -- at birth by kissing them on both of their

19  cheeks, then whispering the Omertà code in their right ear.

20  **Q.**  And the last paragraph on this particular page?

21  **A.**  [Reading]:  After the 26-day investigation and the

22  prospect proves to be worthy, then they are officially and

23  blessed in with the blood and honor oath.  If they are not

24  worthy, two things are optional.  The first, death at all cost,

25  because info was received that could be of great detriment to

1    the family.  The family member who sponsored this prospect will

2    also be penalized.

3        [Reading]:  The second option is that they will remain on

4    prospect status forever.  They were not strong enough to fit

5    into our family, but they were not liabilities; thus, they

6    became sympathizers.

7    **Q.**   Moving ahead a couple of pages, can you read us the first

8    portion of this paragraph here at the top.

9    **A.**   [Reading]:  After the 26th hour, the new brother is sent

10   to the five-star general of the Wolf pack legacy where all

11   males in society fall under.  The five-star general asks the

12   new brother:  What them EMMs pee like?  The new brother will

13   spit the Omertà code's first two lines.  Then the five-star

14   general will finish with him saying the last two.

15   **Q.**   And can you tell us the first sentence in this third

16   paragraph.

17   **A.**   [Reading]:  The house of finance is overseen by a boss of

18   all bosses.

19   **Q.**   And then the last paragraph?

20   **A.**   [Reading]:  Once the BOB appoints a boss, a boss has the

21   ability to built his brand with -- within his own financial

22   district.  His lineup consists of two underbosses.  One

23   underboss is the spokesman for the boss.  Everything that the

24   boss wants done is told to his right-hand UB.  This UB is

25   responsible for getting all info from the boss onto the boss's

1  regime through his two capos.  The left-hand UB is not a

2  talker.  He is the boss's enforcer.  When he comes, things will

3  get physical.  He is the boss's muscle, as well as the

4  disciplinarian system.  These two underbosses are appointed to

5  keep balance within the boss's regime.

6  **Q.**   Moving on to the top of the next page.

7  **A.**   The right-hand underboss's two capos are responsible for

8  building the regimes of soldiers and are responsible for

9  properly preparing them to do the things needed to be done that

10 are sent down from the boss.  They have the ability to appoint

11 one lieutenant each.  The sole purpose for any lieutenant in

12 the house of finance is to collect money and that is all.  He

13 is also responsible for collecting the dues money from all of

14 the soldiers that are a part of his regime.  The soldiers are

15 those who put in the footwork.

16     Sorry.

17 **Q.**   Turning to the next page, just the sentence here in the

18 middle.

19 **A.**   Yes.

20     [Reading]:  We prepare ourselves for -- by training

21 soldiers to defend our family.

22 **Q.**   Flipping down to the next page to this last paragraph.

23 **A.**   [Reading]:  The Wolf pack legacy is how the men of LaEMM

24 move in society.  Our family in society is built like any

25 successful organization.  Our foundation is a firm financial

1    system that consistently accumulates funds.  Like wolves, we

2    band together and mark our territory.  We expand our territory

3    by educating ourselves.  We keep our territory by defending

4    ourselves.  We crush those who get in the way of our longevity.

5    **Q.**    That was the sentence that continued onto the next page?

6    **A.**    Yes, ma'am.

7    **Q.**    So turning to the paragraph here in the middle of the

8    page, can you read that for us.

9    **A.**    Yes.

10       [Reading]:  The rock of blood and honor.  In a world

11   dominated by others, the reality for some family members is

12   prison; therefore, we must properly prepare ourselves to be a

13   dominant force behind the G wall receiving our percentage of

14   the monetary proceeds which are abundant within the penal

15   atmosphere.

16   **Q.**    Down here?

17   **A.**    [Reading]:  For the sole purpose of building LaEMM's

18   foundation within the prison system.

19   **Q.**    I'll skip to Page 33.  I'm looking here at the first

20   sentence of this last paragraph.  Can you tell us what that

21   says.

22   **A.**    Whenever an unvouched-for family member is released,

23   within the first 26 days, they must be vouched for by a boss

24   from behind the G wall.

25   **Q.**    And then jumping ahead to the very -- or the -- to

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1   Page 36, can you tell us what the bottom of this page says.

2   **A.**   Yes, ma'am.  It's [Reading]:  LaEMM 4 life.

3   **Q.**   I want to turn to the next page of Government's

4   Exhibit 2A.  Can you tell us what we're looking at here on

5   Page 37.

6   **A.**   Yes, ma'am.  This seems to be a letter from jail.

7   **Q.**   And can you just tell us who the letter is addressed to.

8   **A.**   Guttaman.

9   **Q.**   And what's the first line?

10  **A.**   [Reading]:  What it do G?  I hope all is well with you.

11  **Q.**   Now, I want to direct your attention to the last line of

12  this second paragraph.

13      Can you tell us what that says.

14  **A.**   Yes.

15      [Reading]:  I really need those 50 brooks of frenemies.

16  **Q.**   Now I want to jump ahead to the second page.  Can you tell

17  us what this last part says.

18  **A.**   [Reading]:  Tell Bino I send my love.

19  **Q.**   And just to be clear, Detective, was that just a portion

20  of Government's Exhibit 2A that we read?

21  **A.**   Yes, ma'am.

22  **Q.**   Detective, did there come a time when you listened to a

23  jail call that was related to this incident?

24  **A.**   Yes, ma'am.

25  **Q.**   So at this point I want to play you what has come into

1  evidence as a jail call from Government's Exhibit JAIL-1.  This

2  is J7.

3          THE COURT:  Should the jury be turning to the

4  transcript book?

5          MS. PERRY:  Yes.  So turning, first, to the jail call

6  section of your transcript book, beginning on Page 25.

7  BY MS. PERRY:

8  Q.  So looking first over here on the right-hand side of the

9  screen, can you tell us who the inmate was making this

10 particular call.

11 A.  Yes, ma'am.  It was Devon Dent.

12 Q.  Okay.  So I'm going to play the call but begin at about

13 12 minutes and 50 seconds into the call.

14         MS. PERRY:  And for the members of the jury, this will

15 be the bottom of Page 28 in the transcript binder.

16     (Audio was played but not reported.)

17 BY MS. PERRY:

18 Q.  I'm going to stop the call right there.

19     Agent DiPaola, did you hear where the caller said:  Desean

20 was in the car; Desean was in the back?

21 A.  Yes.

22 Q.  And did you hear the part where the caller said:  And in

23 his car, he got out the car when the police came?

24 A.  Yes.

25 Q.  Detective, I want to jump ahead a few years and direct

1    your attention to May 12th of 2016.

2        Can you remind us what unit you were working for at this

3    particular time.

4    **A.**    Yes, ma'am.  I was working for the Northwest District drug

5    unit.

6    **Q.**    And did you make an arrest on May 12th of 2016?

7    **A.**    Yes, ma'am.

8    **Q.**    Who was arrested on that day?

9    **A.**    I arrested Glenn Shelton, Eric Jordan, and Randy Banks.

10   **Q.**    And if you saw Mr. Banks again, would you recognize him?

11   **A.**    Yes, ma'am.

12   **Q.**    Could you please look around the courtroom and let us know

13   if you see him.

14   **A.**    Yes.

15   **Q.**    And if you do, point to him and indicate an article of

16   clothing.

17   **A.**    The yellow shirt, yellow button-down shirt.

18   **Q.**    Do you know if Randy Banks went by any other names on the

19   streets?

20   **A.**    Yes; Dirt.

21   **Q.**    So I want to direct your attention to May 12th of 2016 at

22   about 9:00 p.m.  Were you working at that particular time?

23   **A.**    Yes, ma'am.

24   **Q.**    Where were you at about 9:00 p.m. that evening?

25   **A.**    I was in the 5500 block of Gwynn Oak Avenue in a covert

```
 1   location.

 2   Q.    Can you tell us what you mean by a "covert location."

 3   A.    Yes, ma'am.  I was basically concealing myself, hiding

 4   from the suspected drug dealers who were selling across the

 5   street.  I was trying to put together a CDS investigation, and

 6   I was watching and observing the transactions going on in the

 7   area.

 8   Q.    Now, you just mentioned a CDS case.  What does CDS stand

 9   for?

10   A.    CDS is controlled, dangerous substances.

11   Q.    So where were you located specifically?  Where was your

12   covert at about 9 o'clock that evening?

13   A.    I was in a empty field next to a vacant house, kind of in

14   some bushes behind some trees.

15   Q.    And what were you observing?

16   A.    I was observing 5509 Gwynn Oak.  It's a large, vacant

17   house.  Late at night it provides a real dark corner.  And

18   through my training, knowledge, and experience and complaints

19   from other officers and 9-1-1 calls, I know that they sell

20   drugs in that dark, concealed area.

21   Q.    Now, I want to show you Government's Exhibit MAP-15.

22         Can you tell us what we're looking at here.

23   A.    Yes, ma'am.  That's an aerial shot of the Gwynn Oak area.

24   Q.    And if you could, using your finger on the screen, can you

25   tell us where you were located that evening.
```

33

1   **A.**   Yes, ma'am (indicating).

2   **Q.**   And where were you surveilling?

3   **A.**   Oh, I'm sorry.  That's the wrong one -- wrong lot.

4        I was right -- right here, surveilling that area

5   (indicating).

6   **Q.**   Now, you mentioned that you were surveilling a particular

7   house.  What was the address of that location, if you recall?

8   **A.**   5509 Gwynn Oak.

9   **Q.**   I'm going to show you MAP-16.

10       Do you recognize this?

11   **A.**   Yes, ma'am.

12   **Q.**   What are we looking at here?

13   **A.**   That's 5509 Gwynn Oak.  And to the -- to this area here

14   (indicating) is the -- late at night it's very dark, and it

15   casts a huge shadow back there.

16   **Q.**   And you're, just for the record, indicating the house

17   directly in the center of Government's Exhibit MAP-16?

18   **A.**   Yes.

19   **Q.**   Now, before we jump into what you saw from that location

20   on that particular evening, can you tell the members of the

21   jury a little bit about how your operation was set up.

22   **A.**   Yes, ma'am.  So I was in covert by myself.  I had a radio

23   and I had two arrest teams set up, one on the east side and one

24   on the west side to get whatever buyers would come in whatever

25   directions they would disappear to.

*DIPAOLA - DIRECT*

1    **Q.**   And so just to be clear, you were observing the location,

2    and you were prepared to call out over your radio to other

3    members of your team who were in the area?

4    **A.**   Yes, ma'am.

5    **Q.**   So at approximately 9:00 p.m., tell us what, if anything,

6    happened.

7    **A.**   I saw a black male wearing all black, kind of standing on

8    the front right corner.  If you're looking at the house, it

9    would be the front right corner of 5509 Gwynn Oak.  He's

10   standing there by himself.  I know that the houses are vacant.

11   I know that's where they sell drugs at.

12       I saw another male who I did not know approach that male.

13   I could see him hand him a paper currency.  And in exchange, he

14   gave him a small object.  Through my training and experience in

15   that area, I know that I just witnessed a hand-to-hand drug

16   transaction.

17       Mr. Shelton -- I'm sorry.

18       The buyer then turned and walked away from Mr. Jordan, who

19   was standing on the corner.

20   **Q.**   So let me unpack that a little bit.

21       You said you saw an individual standing on the corner.

22   Did you later learn that individual's name?

23   **A.**   Yes.

24   **Q.**   Who was that?

25   **A.**   Eric Jordan.

1  Q.   And you said you saw an individual approach Mr. Jordan?

2  A.   Yes.

3  Q.   Did you later learn that individual's name?

4  A.   Yes.

5  Q.   And who was that?

6  A.   Glenn Shelton.

7  Q.   Now, I believe you said you saw some sort of U.S. currency

8  exchanged.  Who handed the U.S. currency to who?

9  A.   Mr. Shelton handed Mr. Jordan the currency and then

10 Mr. Jordan then handed him a small object.  Through my

11 training, knowledge, and experience, that would be consistent

12 with small, prepackaged drugs, CDS.

13 Q.   Where did Mr. Shelton and Mr. Jordan go after you saw

14 this?

15 A.   Mr. Jordan stand -- stood on the same corner, didn't

16 leave.  And Mr. Shelton, I believe, walked eastbound back onto

17 Rogers Avenue.

18 Q.   When you observed this, what did you do?

19 A.   At that time I used my radio to notify my arrest team.  I

20 gave a description of Glenn Shelton and the direction of travel

21 he was walking.

22 Q.   Did there come a time when you received a response back

23 from a member of your team?

24 A.   Yes, ma'am.

25 Q.   Without telling us what that member of your team said,

1   what did you do?

2   **A.**   I continued my -- making my observations for the CDS

3   investigation.

4   **Q.**   Why?

5   **A.**   Just to continue the investigation to make it a better

6   case.

7   **Q.**   What happened next?

8   **A.**   Next a blue Hyundai Sonata parked in the block and a male

9   exited and walked up to Eric Jordan, talked to him for a

10   second, and then walked to the back to the shadow.

11   **Q.**   And do you know who this particular individual was?

12   **A.**   Yes, ma'am.

13   **Q.**   Who was that?

14   **A.**   Randy Banks.

15   **Q.**   What happened after you saw Mr. Banks arrive?

16   **A.**   A few minutes later, an additional four males that went

17   unidentified approached and walked to the back of the house.

18   **Q.**   And where was Mr. Banks when those individuals arrived?

19   **A.**   He was still in the back of the house.

20   **Q.**   What happened next?

21   **A.**   Mr. Banks then came from -- back from the street from

22   behind the house and met with a male on the -- on the steps

23   right in front of 5509 Gwynn Oak.  Like right next to the

24   street, it's a long walkway to the house.  So he was right on

25   the street talkin' to him.

1  **Q.**   And what did you observe them doing?

2  **A.**   They were just having a conversation.

3  **Q.**   What happened next?

4  **A.**   A silver, I believe, Mitsubishi pulled up, and a female

5  exited the vehicle.  She was later identified as Trayvon James.

6  She approached Mr. Banks, and Mr. Banks then pointed her to

7  Eric Jordan.  She got back to Eric Jordan, and he then pointed

8  her to the back of the house.

9     It was very quick.  Like maybe a minute, minute later, she

10 walked back out, got into the vehicle, and left.

11 **Q.**   After she got back into the vehicle and left -- at the

12 time she got back into the vehicle and left, where was

13 Mr. Banks?

14 **A.**   He was still on the front sidewalk having a conversation

15 with somebody.

16 **Q.**   And after she got into the vehicle and left, what did you

17 do?

18 **A.**   I notified our arrest team again.

19 **Q.**   And did you provide them any information?

20 **A.**   Yes, ma'am.  I provided them the description of the

21 vehicle and the direction of travel and the passenger.  I let

22 him -- let them know that the passenger was a person who

23 received the suspected drugs.

24 **Q.**   Did there come a time when you received a response back

25 from a member of your team?

38

1  A.   Yes, ma'am.

2  Q.   Without telling us what that member of your team said,

3  what did you do?

4  A.   I continued to conduct surveillance in that -- on that

5  same corner.

6  Q.   What happened next?

7  A.   A white Mercury Marquis pulled up.  A male exited that

8  vehicle, who was -- I can't remember his name.

9  Q.   Did you later identify that individual?

10  A.   Yes, I later identified him.  He walked up to Mr. Banks

11  again.  Also, Mr. Banks pointed him back to Eric Jordan.

12  Eric Jordan then sent him to the rear of the house.  Same

13  thing:  A minute later, he came back out, got into his vehicle,

14  and left.  And I had notified our arrest team of the make/model

15  of the vehicle and the direction of travel.

16  Q.   And did there come a time again when you received a

17  response back from the members of your team?

18  A.   Yes, ma'am.

19  Q.   And without telling us what they said, what did you do?

20  A.   I continued to surveil and requested the help of our

21  aviation unit, Foxtrot.

22  Q.   Now, before I get into what happened next, I just want to

23  ask you, based on your training, what did you believe was going

24  on at this location?

25  A.   I believed that Eric Jordan and Randy Banks were directing

1  sales of -- the sales back to where the dealers were actually

2  sitting and hitting all the sales.

3  **Q.**  So you said at that point you requested backup.  Who did

4  you request backup from?

5  **A.**  The aviation unit.

6  **Q.**  And when you say "the aviation unit," can you just tell us

7  what you mean.

8  **A.**  Foxtrot, our helicopter unit.

9  **Q.**  And did there come a time when Foxtrot arrived?

10  **A.**  Yes, ma'am.

11  **Q.**  About how long later did Foxtrot arrive?

12  **A.**  I really don't remember.  It wasn't too long.  I think the

13  whole thing took maybe 30 minutes for -- from start to finish

14  of the investigation.

15  **Q.**  And when Foxtrot did arrive, what happened?

16  **A.**  They actually -- Foxtrot actually beat our guys there, my

17  arrest teams, and they had the spotlights.

18      Mr. Banks and Eric Jordan were looking at the helicopter

19  and quickly realized that the helicopter was focusing in on

20  them, and everybody took off running in different directions.

21  **Q.**  And what did you do?

22  **A.**  At that time our arrest team showed up and gave chase,

23  caught Mr. Jordan.  And I came out of my covert location and

24  saw Mr. Banks coming back across Gwynn Oak, trying to get to

25  the vehicle he had pulled up in.

1    **Q.**    I'm going to show you again MAP-15.

2         Looking at MAP-15, can you describe, using the map in

3    front of you, what direction -- what happened when Foxtrot

4    arrived.

5    **A.**    Yes, ma'am.  So they're all back here (indicating) in the

6    yards going this direction (indicating).  I'm not sure -- I

7    can't remember which house Eric Jordan was caught at, but

8    Mr. Banks came out to the street right here (indicating).  And

9    that's where I confronted him and ordered him to the ground.

10   **Q.**    Did he comply?

11   **A.**    Yes, ma'am.

12   **Q.**    And were both Mr. Jordan and Mr. Banks placed under

13   arrest?

14   **A.**    Yes, ma'am.

15   **Q.**    Did you search Mr. Jordan?

16   **A.**    Yes, ma'am.

17   **Q.**    And did you recover anything from Mr. Jordan?

18   **A.**    Yes.

19   **Q.**    What did you recover?

20   **A.**    It was $158, I believe, in U.S. currency.

21   **Q.**    And can you describe how that currency was on Mr. Jordan's

22   person.

23   **A.**    Yes, ma'am.  It was kind of scattered.  It wasn't

24   organized.  It was just in different pockets.  It was like

25   indicative of fast, hand-to-hand transactions, just taking the

1    money and putting it in his pocket.

2    **Q.**    And after Mr. Banks was placed under arrest, did you

3    search him?

4    **A.**    Yes, ma'am.

5    **Q.**    Did you recover anything?

6    **A.**    Yes; $500 -- I think it was $519 U.S. currency.

7    **Q.**    And how was that U.S. currency on Mr. Banks' person?

8    **A.**    It was the same, it was different bundles in different

9    pockets, unorganized.

10   **Q.**    Now, Detective, you mentioned a few moments ago when you

11   were describing the operation that you believed that at the

12   back that that was where the sales were taking place.  What did

13   you mean by "sales"?

14   **A.**    The sales of the controlled, dangerous substances.

15   **Q.**    Detective, did there come a time when you received any

16   additional evidence from another member of your team that was

17   relevant to this particular case?

18   **A.**    Yes, ma'am.

19   **Q.**    What did you receive?

20   **A.**    The drugs that were taken off of the three buyers.

21   **Q.**    I'm going to show you what I've marked as

22   Government's Exhibits D-17A, 17B, and 17C.

23        **MS. PERRY:**  Permission to approach?

24        **THE COURT:**  Yes.

25   **BY MS. PERRY:**

```
 1   Q.    (Handing.)

 2         Do you recognize these exhibits?

 3   A.    Yes, ma'am.

 4   Q.    What are they?

 5   A.    They are the small Ziplocs that contained the white rock

 6   substance that was being sold from behind 5509 Gwynn Oak.

 7   Q.    And were Government's D-17A, 17B, and 17C ultimately

 8   submitted to the Baltimore Police laboratory for testing?

 9   A.    Yes, ma'am.

10         MS. PERRY:  Court's indulgence.

11         Nothing further.  Thank you.

12         THE COURT:  Okay.  All right.  Thank you.

13         Mr. Sardelli.

14         MS. PERRY:  May I just approach and retrieve the

15   exhibits?

16         THE COURT:  Oh, sure.

17                         CROSS-EXAMINATION

18   BY MR. SARDELLI:

19   Q.    Good morning, sir.

20   A.    Good morning.  How are you?

21   Q.    Good.  Thank you, sir.

22         So the 2012 incident you just testified about earlier,

23   Randy Banks was not arrested in that incident; correct?

24   A.    No, sir.

25   Q.    Now, going back to the call you talked about, Randy Banks
```

1   was not in that phone call; correct?

2   **A.**   No.

3   **Q.**   All right.  Let's turn back to May of 2016.  It was 21:00,

4   9:00 p.m.; am I correct?

5   **A.**   Correct.

6   **Q.**   It was dark out?

7   **A.**   Yes.

8   **Q.**   And I think you showed them a photo that you were

9   literally across the street, across a vacant lot in some bushes

10  looking at what you were seeing; correct?

11  **A.**   Yes.

12  **Q.**   At nighttime?

13  **A.**   Yes.

14  **Q.**   And there were more than just my client there.  I think

15  you described numerous people.  You mentioned a

16  Mr. Eric Jordan.  I don't know if you mentioned this person,

17  but there was a Mr. Shelton --

18  **A.**   Yes.

19  **Q.**   -- Trayvon Jones, a Brian Kennedy, more than just my

20  client there?

21  **A.**   Correct.  And not all at the same time.

22  **Q.**   But overall, there were multiple people coming and going;

23  correct?

24  **A.**   Yes.

25  **Q.**   Now, you said that the transactions that happened, they

*DIPAOLA - CROSS*

```
 1   were small amounts; correct?  You said it was crack cocaine?

 2   A.   Yes.

 3   Q.   Okay.  Suspected crack cocaine?

 4   A.   Yes.

 5   Q.   You didn't field-test it, though; right?

 6   A.   No.  That's what our evidence control does after we submit

 7   it.

 8   Q.   I'm asking what you did, though --

 9   A.   No.

10   Q.   Did you --

11   A.   No, I did not field -- I didn't field-test anything.

12   Q.   Okay.  And rocks of crack cocaine are small items; right?

13   A.   Depending on what's -- what size and how much they

14   purchase; yes.

15   Q.   Okay.  But a $10 rock, you're talking about small amounts;

16   right?

17   A.   Correct.

18   Q.   Especially when it's nighttime, you're across the street,

19   across a vacant alley or a vacant lot in some bushes; correct?

20   A.   Correct.

21   Q.   Now, I'm correct that you didn't actually talk to any of

22   the people that suspected or suspected of buying the drugs to

23   see what Randy Banks said to them; correct?

24   A.   No, I did not.

25   Q.   So you have no idea what Randy Banks said to them?
```

*DIPAOLA - CROSS*

45

```
 1   A.   No.

 2   Q.   You're just saying that you saw him point; correct?

 3   A.   Correct.

 4   Q.   You weren't involved in taking any fingerprints or DNA.

 5   As far as you know, there was no DNA or fingerprints; correct?

 6   A.   Correct.

 7   Q.   And you realize there's been another Banks discussed in

 8   this case, a William Banks.  You're not familiar with a

 9   William Banks, are you?

10   A.   No, sir.

11   Q.   So in short, he had $500, approximately, cash on him.

12   That's your testimony; correct?

13   A.   Yes.

14   Q.   And he pointed; right?

15   A.   Correct.

16   Q.   Okay.  He didn't touch any drugs.

17   A.   No.

18   Q.   He didn't deal any drugs.

19   A.   No.

20   Q.   He didn't have drugs on him at the time of his arrest.

21   A.   No.

22   Q.   In fact, the case was dismissed against him; correct?

23   A.   Correct.  That was due to the --

24   Q.   That's not what I'm asking.  Was the case dismissed?

25            THE COURT:  Well, then just strike that line of
```

1    questioning.

2            **MR. SARDELLI:**  All right.

3    **BY MR. SARDELLI:**

4    **Q.**   Did you take some photography -- or some photos in this

5    case?

6    **A.**   Yes, sir.

7    **Q.**   Okay.  What happened to those photos?

8    **A.**   The case was over three years old.  It was dismissed due

9    to the -- the analysis wasn't back in time for

10   District Court --

11           **THE COURT:**  All right.  The case was dismissed.  And?

12   **BY MR. SARDELLI:**

13   **Q.**   Okay.  What happened to the photos?  Were they lost?

14   **A.**   No.  They -- I guess they were lost or deleted.  It was

15   over three years ago before I found out I would need them

16   again.

17   **Q.**   Okay.  So they were lost or deleted?

18   **A.**   Yes.

19   **Q.**   And you took those photos; right?

20   **A.**   Correct.

21   **Q.**   And that was a muddy puddle?

22   **A.**   Yes.  It was the muddy area and the mud that was on

23   Mr. Jordan and Mr. Banks' clothes and feet.

24   **Q.**   Okay.  And a picture of my client as well; correct?

25   **A.**   Correct.

1    **Q.**   And other pictures; correct?

2    **A.**   No.  I believe it was just the pictures of Mr. Banks and

3    Mr. Jordan with all the mud on them and then the mud in the

4    area that they were standing in.

5    **Q.**   By "others," I mean more than just my client; correct?

6    **A.**   No.  I believe it was just those two.

7    **Q.**   That's more than just my client; correct?

8    **A.**   Yes.

9              **MR. SARDELLI:**  No further questions, Your Honor.

10             **THE COURT:**  All right.  Thank you.

11             Mr. Enzinna.

12             **MR. ENZINNA:**  Thank you, Your Honor.

13                           CROSS-EXAMINATION

14   **BY MR. ENZINNA:**

15   **Q.**   Good morning, Detective.

16   **A.**   Good morning, sir.  How are you?

17   **Q.**   You testified about an incident that occurred in 2012 with

18   the silver Acura; correct?

19   **A.**   Yes, sir.

20   **Q.**   That was in 2012?

21   **A.**   Yes.

22   **Q.**   And I think you said you saw a disturbance in the parking

23   lot?

24   **A.**   Yes.

25   **Q.**   There were a number of people there?

1    **A.**    Yes.

2    **Q.**    And one of the people there was Mr. Bailey; correct?

3    **A.**    Yes.

4    **Q.**    And that was -- now, you also testified about a telephone

5    call, a jail call earlier; correct?

6    **A.**    Yes.

7    **Q.**    When did that jail call occur in relation to the incident

8    with the silver Acura in 2012?

9    **A.**    I'm not a hundred percent sure.  I don't remember off the

10   top of my head.

11   **Q.**    Would it refresh your recollection if I showed you the

12   jail transcript --

13   **A.**    Yes.

14   **Q.**    -- jail call transcript?

15   **A.**    Yes.

16          **MR. ENZINNA:**  Your Honor, may I?

17          **THE COURT:**  Yes.

18   **BY MR. ENZINNA:**

19   **Q.**    (Handing.)

20   **A.**    September of 2014.

21   **Q.**    So does that refresh your recollection?

22   **A.**    Yes.

23   **Q.**    So that call was in 2014; correct?

24   **A.**    Correct.

25   **Q.**    Two years later?

1   **A.**   Yes.

2   **Q.**   Now, you -- on the night of November 4th, I believe it

3   was, 2012 --

4   **A.**   Yes.

5   **Q.**   -- the incident with the silver Acura, did you arrest

6   Mr. Dent?

7   **A.**   Yes.

8   **Q.**   Did you arrest Mr. McCorkle?

9   **A.**   Yes.

10  **Q.**   You did not arrest Mr. Bailey, did you?

11  **A.**   No, sir.

12  **Q.**   There was no probable cause to arrest him, was there?

13  **A.**   No.  He just approached the vehicle, and I asked him to

14  leave while we were conducting our investigation.

15  **Q.**   Okay.  Now, you said that you found gang paperwork.

16  **A.**   Yes, sir.

17  **Q.**   Who told you it was gang paperwork?

18  **A.**   Through my knowledge of gangs when I went through the

19  academy.  I also did four years in corrections at

20  Anne Arundel County corrections, so I had a little bit more of

21  a gang background than most.

22  **Q.**   But you read it and you made the judgment that it was gang

23  paperwork?

24  **A.**   Yes, sir.

25  **Q.**   When you checked it into evidence, did you describe it as

*DIPAOLA - CROSS*

1   gang paperwork?

2   **A.**   I don't recall what I labeled it as.

3   **Q.**   You read some of that.

4        Well, first of all, let me ask you this:  Those papers,

5   are they true?

6            **MS. PERRY:**  Objection.

7            **THE COURT:**  Sustained.

8   **BY MR. ENZINNA:**

9   **Q.**   Well, let me -- I believe this is GP-2-A, and I'd like to

10  show you the first page of that.

11       Do you see that, Detective?

12  **A.**   Yes.

13  **Q.**   Now, you read portions of this earlier; correct?

14  **A.**   Correct.

15  **Q.**   I think you read the first couple of entries there on that

16  page?

17  **A.**   Yes.

18  **Q.**   You skipped the third entry; correct?

19  **A.**   Okay.

20  **Q.**   What is LaEMM's purpose?

21  **A.**   Okay.

22  **Q.**   Could you read that, please.

23  **A.**   Can you zoom in a little bit for me?  Or can I have the

24  paper back to make it a little easier to read.

25            **MS. PERRY:**  (Handing.)

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

```
 1              MR. ENZINNA:  May I, Your Honor?

 2              THE COURT:  Sure.

 3   BY MR. ENZINNA:

 4   Q.   (Handing.)

 5   A.   [Reading]:

 6        What is LaEMM's purpose?

 7        To instill morals and principles back into the mindsets of

 8   the adults and children, giving us back the proper discipline

 9   needed to become a successful family-oriented network; to build

10   a resource center within our environment that keeps our

11   bloodline strong, enabling our children -- our kids to benefit

12   and achieve greater heights than what we did.

13   Q.   Now, that paragraph is not highlighted on your copy, is

14   it?

15   A.   No.

16   Q.   Who did that highlighting?  Who put the highlighting on

17   there?

18   A.   The State -- the State's Attorneys (indicating).

19   Q.   All right.  Turn, if you would -- and I'm sorry.  I don't

20   have page numbers here.  But the page, it's about seven or

21   eight pages farther into the document, page entitled "The Seven

22   Mob Mandates."

23   A.   Do you have a page number?

24   Q.   I don't have a page number.  This doesn't appear to have

25   pages on it.  I can find it for you.
```

 1              MR. ENZINNA:  Your Honor, may I?

 2              THE COURT:  Sure.

 3              THE WITNESS:  Okay (handing).

 4    BY MR. ENZINNA:

 5    Q.   (Indicating.)

 6         Earlier you read the first three entries on that page;

 7    correct?

 8    A.   Yes.

 9    Q.   And those were highlighted?

10    A.   Yes.

11    Q.   You didn't read the last four, did you?

12    A.   No.

13    Q.   Can you just read number 6 and number 7.

14    A.   [Reading]:  Number 6:  Always give back to the people in

15    some form.

16         And [Reading]:  Number 7, find God.  Pray for your family.

17    Q.   Turn, if you would, to the next page that's entitled "The

18    Mafioso Way" -- oh, I'm sorry.  That was the page we just did.

19    I apologize.

20    A.   That's all right.

21    Q.   Turn three pages farther on.  There is a page that begins

22    with the paragraph "The female is known as the queen of

23    diamonds."

24    A.   Okay.

25    Q.   Look, if you would, at the last paragraph on that page.

1   "After the 26-day investigation," do you see that?

2   **A.**   After the 26 -- yes.

3   **Q.**   And you see the second sentence there that is highlighted

4   on the screen, it says -- this talks about a 26-day

5   investigation of a prospect; correct?

6   **A.**   Correct.

7   **Q.**   And it says [reading]:  If they are not worthy, two things

8   are optional.

9   **A.**   Yes.

10   **Q.**   And it says [reading]:  The first, death at all cost

11   because info was received that could be of great detriment to

12   the family.

13   **A.**   Correct.

14   **Q.**   Do you know if that ever happened?

15       **MS. PERRY:**   Objection.

16       **THE COURT:**   Sustained unless you want to come up to

17   the bench about that.

18       **MR. ENZINNA:**   No.  I'll withdraw the question.

19   **BY MR. ENZINNA:**

20   **Q.**   Now, if you would, turn to -- again, I apologize.  I don't

21   have page numbers.  But it's one, two, three pages further,

22   page that begins with the line "The right-hand underbosses."

23       Do you have that page?

24   **A.**   Yes.

25   **Q.**   Can you look at the last paragraph there.

1  **A.**   Yes.

2  **Q.**   And can you just read the first sentence of that

3  paragraph.

4  **A.**   [Reading]:  The next house under the Wolf pack legacy is

5  our educational system, which is called the school of thought.

6  **Q.**   That wasn't highlighted on your version, was it?

7  **A.**   No.

8  **Q.**   Now, if you would, turn to the last two pages of that

9  document, the handwritten portions.

10      Is that page highlighted as well?

11  **A.**   Yes.

12  **Q.**   Again, the prosecutors highlighted that?

13  **A.**   Yes.

14  **Q.**   Look at the second paragraph.  And this is -- this is a

15  letter that was written to Mr. Bailey; correct?

16       **MS. PERRY:**  Objection.

17  **BY MR. ENZINNA:**

18  **Q.**   Well, let me rephrase that.

19      This is addressed to Guttaman; correct?

20  **A.**   Correct.

21  **Q.**   Now, if you look in the second paragraph, it begins with

22  the word "aye," A-Y-E?

23  **A.**   In the second paragraph?

24  **Q.**   I'm sorry.  The second paragraph, yes.

25  **A.**   I'm not -- where are you looking at?  I'm sorry.

1          MR. ENZINNA:  Your Honor, may I?

2          THE COURT:  Yes.

3     BY MR. ENZINNA:

4     Q.   (Indicating.)

5     A.   Oh, I'm sorry.  Yes.

6     Q.   And if you would read the second sentence -- second and

7     third sentences of that paragraph.

8     A.   [Reading]:  In two weeks, maybe three, the streets will be

9     blessed with my literally [sic] presence once again.  I have a

10    few moves that I want to do as far as presented both books to

11    some out-of-state stores.

12    Q.   What did you understand that to mean?

13         MS. PERRY:  Objection.

14         THE COURT:  Do you want to come up to the bench?

15    (Bench conference on the record:

16         THE COURT:  I think that all this witness has been

17    doing is reading parts of the documents which sort of speak for

18    themselves.  What would you be expecting him to say in response

19    to this?

20         MR. ENZINNA:  Well, Your Honor, he says that he sees

21    the document; he read it and determined it was gang paperwork.

22    And what I want to ask him is what is his understanding of

23    those pages, of those particular portions of them.

24         THE COURT:  But he has not been the -- he has not been

25    asked to interpret what any of these things mean.

1     **MR. ENZINNA:**  Well, he's interpreted the entire thing

2 by saying it's gang paperwork.

3     **THE COURT:**  Yes, although not this letter.  I mean,

4 he's interpreted the other documents.  This has just been

5 interpreted as a letter to Mr. Bailey.

6     **MR. ENZINNA:**  No.  I think this was -- this was part

7 of the exhibit, part of the single exhibit that's been marked

8 as gang paperwork, that he characterized as gang paperwork.

9     **THE COURT:**  They were separated.  I mean, they're

10 clearly different -- they may have been together, but they're

11 clearly different documents.

12     And you just brought out in your questioning that this

13 is a letter.  And it was, I believe when it was in direct, it

14 was identified as a letter from jail.  And it was questioned

15 about after the -- all the stuff about the -- allegedly about

16 the gang.

17     **MR. ENZINNA:**  Well, then, can I ask him if this is, in

18 fact, part of the gang paperwork?  Or should it be not marked

19 as a separate exhibit?

20     **THE COURT:**  I don't understand.

21     **MR. ENZINNA:**  Well --

22     **THE COURT:**  If you simply want to ask him whether he

23 considered that part of the gang paperwork, you can ask him

24 that.  But I am sustaining an objection to asking him to

25 interpret any of this.

1    **MR. ENZINNA:**  Well, if he says that he did interpret

2    this as part of the gang paperwork --

3            **THE COURT:**  I'm sorry?

4            **MR. ENZINNA:**  If he says that he did interpret this as

5    part of the gang paperwork, can I ask him what he based that

6    interpretation on?

7            **THE COURT:**  That gets into a lot more than what the

8    particular sentence is that you've highlighted, and I don't

9    know what he would say in response to that.

10           **MR. ENZINNA:**  Nor do I.

11           **THE COURT:**  So sustained.  That's not a good idea.

12           **MR. ENZINNA:**  Okay.

13           **THE COURT:**  Okay.

14           **MR. ENZINNA:**  Thank you, Your Honor.)

15      (Bench conference concluded.)

16   BY MR. ENZINNA:

17   **Q.**   All right.  Detective, turn, if you would, to the very

18   last page of that exhibit and the first full paragraph on that

19   page that begins with the word "so what's."

20   **A.**   Yes.  [Reading]:  So what's up with your book?  Stop

21   bullshittin' and get that thing out.

22   **Q.**   Okay.  And can you just read the very last sentence there

23   too, in the exhibit.

24   **A.**   Yes.

25      [Reading]:  And put some music out, nigga.

```
 1              MR. ENZINNA:  Nothing further, Your Honor.  Thank you.

 2         Thank you, Detective.

 3              THE COURT:  Thank you.

 4         Let's see.  Mr. Trainor.

 5              MR. TRAINOR:  Mr. Lockley has no questions.

 6              THE COURT:  All right.

 7              MS. AMATO:  No questions, Your Honor.

 8              THE COURT:  Okay.

 9              MR. HAZLEHURST:  Nothing on behalf of Mr. Davis,

10    Your Honor.

11              THE COURT:  All right.

12              MR. DAVIS:  And same for Mr. Frazier.

13              THE COURT:  Okay.  Any redirect?

14              MS. PERRY:  Just very briefly, Your Honor.

15                          REDIRECT EXAMINATION

16    BY MS. PERRY:

17    Q.   Detective, when you were -- when we listened to the

18    jail call, did you hear the portion of the call where it

19    described a quantity of drugs?

20    A.   Yes, ma'am.

21    Q.   And was that consistent with the quantity that you

22    recovered on -- in November of 2012?

23    A.   Yes, ma'am.

24    Q.   And were the individuals described consistent with what

25    your memory of the incident in 2012 were?
```

1    **A.**    Yes, ma'am.

2    **Q.**    I just have one more question for you about the incident

3    in May of 2016.

4         I believe you testified on direct examination that you

5    were observing the location from a covert area.  How were you

6    able to see 5509?

7    **A.**    Yes, ma'am.  So the -- there's streetlights on Gwynn Oak

8    itself, and then the front of the actual yard was lit up with

9    the light.  So it would cast the darker shade back behind the

10   corner of the house where they all would go walk back to.

11   **Q.**    But from where you were able to observe, what portion of

12   the house could you see?

13   **A.**    I could see the front that was lit up.

14        **MS. PERRY:**  Thank you.  Nothing further.

15        **THE COURT:**  Okay.  Thank you, sir.

16        **THE WITNESS:**  Thank you.

17        **THE COURT:**  You are excused.

18        (Witness excused.)

19        **THE COURT:**  Can I see counsel just on the schedule for

20   a minute.

21        (Bench conference on the record:

22        **THE COURT:**  I'm just wondering who is the next witness

23   and how long.

24        **MS. PERRY:**  The next witness will be Jerry Dixon.

25   He's a civilian.  And I expect his direct will probably last 20

```
 1   to 30 minutes.
 2         THE COURT:  20 to 30 minutes.  All right.  Then I
 3   suppose this is as good a time as any for our mid-morning
 4   recess.
 5         MS. HOFFMAN:  Thank you.)
 6      (Bench conference concluded.)
 7         THE COURT:  All right, ladies and gentlemen, we're
 8   going to take the mid-morning recess, and then we'll have
 9   another witness.
10         Ladies and gentlemen of the jury, if you would be
11   excused for the break.
12      (Jury left the courtroom at 11:17 a.m.)
13         THE COURT:  All right.  And now we'll excuse the
14   gallery.
15      (Pause.)
16         THE COURT:  All right.  We'll take our recess.
17      (Recess taken.)
18         THE COURT:  I guess I should ask, after this next
19   witness, is there anyone for whom we anticipate a particular
20   issue, either a 9-1-1 call or the other matter, the jail call?
21         MS. HOFFMAN:  No.  We expect the third witness will be
22   Frank Friend, and there won't be any 9-1-1 calls or the
23   jail call played through him.
24         I did want to flag for Your Honor, though, with
25   respect to the August 23rd, 2015 jail call, we will be playing
```

1    a wire call through Sergeant Friend that we believe is actually

2    the same female speaker as in the August 23rd, 2015 jail call.

3    So I did want to flag that for Your Honor before we play it,

4    because I think that call also supports our position that she

5    is a co-conspirator.

6              THE COURT:  Okay.  All right.  We'll get the jury.

7         (Jury entered the courtroom at 11:39 a.m.)

8              THE COURT:  Is the Government calling another witness?

9              MS. PERRY:  Yes, Your Honor.  The Government calls

10   Jarrud Dixon.

11             THE CLERK:  Please raise your right hand.

12        JARRUD DIXON, GOVERNMENT'S WITNESS, SWORN.

13             THE CLERK:  Please be seated.

14        Please speak directly into the microphone.  State and

15   spell your full name for the record, please.

16             THE WITNESS:  I am Jarrud Michael Dixon, J-A-R-R-U-D,

17   D-I-X-O-N.

18             THE CLERK:  Thank you.

19                          DIRECT EXAMINATION

20   BY MS. PERRY:

21   Q.   Mr. Dixon, how old are you?

22   A.   29 years old.

23   Q.   If you want to get some water, go right ahead.

24        Mr. Dixon, are you currently under the supervision of the

25   U.S. Department of Probation?

1    **A.**    Yes.

2    **Q.**    Is that because you were convicted of a crime?

3    **A.**    Yes.

4    **Q.**    What crime were you convicted of?

5    **A.**    Fraud, defrauding on some ATF form.

6    **Q.**    Was it making a false statement in a firearms dealer

7    record?

8    **A.**    Yes.  Yes.

9    **Q.**    And did you plead guilty to that charge?

10   **A.**    Yes, I did.

11   **Q.**    As part of that guilty plea, did you agree to cooperate

12   with the Government?

13   **A.**    Yes.

14   **Q.**    What is your understanding of the cooperation agreement?

15   **A.**    I give my testimony, and then nothing was promised.  So

16   I'm just waitin' to see the outcome.

17   **Q.**    And under the agreement, are you required to testify?

18   **A.**    Yes.

19   **Q.**    And are you required to testify truthfully?

20   **A.**    Yes.

21   **Q.**    Have you been sentenced yet?

22   **A.**    No.

23   **Q.**    Have you made -- been made any promises as to what your

24   sentence will be?

25   **A.**    No.

1  **Q.**   Do you expect to receive a benefit as part of your

2  cooperation?

3  **A.**   No.  It would be nice, but no.

4  **Q.**   So are you expecting that or hoping that you will receive

5  leniency as part of your cooperation agreement?

6  **A.**   It's a possibility.

7  **Q.**   Mr. Dixon, do you know what happens to your cooperation

8  agreement if you lie?

9  **A.**   Yes.  It gets taken away, and I also get charges on top of

10  that.

11  **Q.**   Mr. Dixon, in addition to your criminal conviction in this

12  case, do you have any others?

13  **A.**   Yes.

14  **Q.**   Can you summarize them briefly for us.

15  **A.**   Two convictions of handgun in vehicle, one theft between

16  one and ten thousand dollars.  I can't remember anything else

17  at the moment.

18  **Q.**   And have you been arrested again since you pled guilty in

19  this case?

20  **A.**   No.

21  **Q.**   Mr. Dixon, are you currently living in Western Maryland?

22  **A.**   Yes.

23  **Q.**   And did there come a time in your life when you began

24  using drugs?

25  **A.**   Yes.

1   **Q.**   Can you tell us approximately when that was.

2   **A.**   I started by smoking marijuana at age 18.  Alcohol came in

3   as well.  One thing led to another.  I ended up trying cocaine;

4   ended up being on heroin at the very end, which is when it got

5   really bad, and on Xanax as well.

6   **Q.**   Did there come a time when you stopped using drugs?

7   **A.**   There were sporadic times when I would quit, but I would

8   always go back.

9   **Q.**   Did there come a time when you stopped using completely?

10  **A.**   Yes; August 3rd, 2014, the last time I got arrested.

11  **Q.**   Have you attended any treatment since you were arrested?

12  **A.**   Yes.  I've been continuously in programs.  I think I'm on

13  my fourth right now.

14  **Q.**   And how long have you been clean?

15  **A.**   Since August 3rd, 2014, going on five years.

16  **Q.**   So I want to direct your attention back to late 2013 and

17  2014.  Were you still using back then?

18  **A.**   Yes.

19  **Q.**   Which drugs were you using in about that time frame?

20  **A.**   Smoking marijuana, using Xanax, heroin, alcohol.

21  **Q.**   Can you describe how much heroin and other drugs you were

22  using around that time.

23  **A.**   I was using about 6 to 7 grams of heroin a day, eating up

24  to 12 bars of Xanax, drinking a fifth on top of it, and smoking

25  the occasional joint here and there.

1   Q.   Now, I want to direct your attention to an even earlier

2   date, to around 2009, and circle back to the crime that you

3   pled guilty to.

4        Back in 2009, were you working?

5   A.   Yes.

6   Q.   Where were you working?

7   A.   I was working at Crazy Ray's Junkyard.

8   Q.   And is that in Western Maryland?

9   A.   Yes.

10  Q.   And did there come a time when you met someone who played

11  a role in your crime?

12  A.   Yes, I did.

13  Q.   Who was that?

14  A.   Mr. Charles Alexander.

15  Q.   And what happened?

16  A.   We got on the subject -- he was workin' as a security

17  guard at the junkyard, and we got on the discussion of

18  firearms.  And one thing led to another, and I bought my first

19  one from him, a rifle.

20       And then we got on a discussion -- I had a girlfriend who

21  had a West Virginia driver's license, and started buying

22  firearms through him with her driver's license.

23  Q.   Why did you start buying firearms?

24  A.   It's a hobby -- was a hobby.

25  Q.   And how were you able to purchase them?  Can you explain

1   that.

2   **A.**   We had a scheme going on at the junkyard where we were

3   basically stealing money.

4   **Q.**   And were you using that money to purchase firearms?

5   **A.**   Yes.

6   **Q.**   And specifically how were you able to use your

7   girlfriend's identity to purchase firearms?

8   **A.**   He would bring the form in.   I would sign it.   And while I

9   was signing it, he'd go smoke a cigarette so he didn't

10  physically watch it being signed so he could, you know --

11  liability.

12  **Q.**   And so were you purchasing the firearms in someone else's

13  name?

14  **A.**   Yes.

15  **Q.**   And why did you need to use a West Virginia license to do

16  it?

17  **A.**   Maryland has much stricter gun laws.   It was a lot easier

18  with West Virginia.

19  **Q.**   Approximately how many firearms did you buy using this

20  scheme?

21  **A.**   About 40.

22  **Q.**   Did you know it was illegal to do it the way you were

23  doing it?

24  **A.**   Yes.

25  **Q.**   And did there come a time when you were approached by

1   law enforcement about this particular scheme?

2   **A.**   It wasn't until I'd been arrested on another charge that

3   law enforcement finally became aware of the crimes I'd

4   committed.

5   **Q.**   And when you were first approached by law enforcement

6   about this purchasing of firearms using someone else's

7   identification, did you originally tell them what had really

8   happened?

9   **A.**   No.

10  **Q.**   Why not?

11  **A.**   I was locked up at the time, so I saw no -- no real reason

12  to discuss it, truthfully.

13  **Q.**   What changed?

14  **A.**   They came back and they knew everything, ins and out.

15  They knew how much I, you know, spent on food, everything.

16  **Q.**   Now, Mr. Dixon, you told us that you started buying the

17  guns, I believe you said, as a hobby.

18  **A.**   Yes.

19  **Q.**   Did you keep every gun that you obtained during this time

20  frame?

21  **A.**   No.

22  **Q.**   What did you -- what were you doing with the guns?

23  **A.**   I was target shootin' with 'em on, you know, days I had

24  extra time and just stockpiling 'em until the point in my

25  addiction where, you know, I got bad.  So I sold everything.

1    **THE COURT:**  I'm having a little trouble hearing.

2    Could you just speak into the microphone.

3  **BY MS. PERRY:**

4  **Q.**  If you could just slide forward and keep your voice up, if

5  you would.

6  **A.**  All right.  I kept 'em up until my drug addiction got bad,

7  and then I started selling everything.  Anything that wasn't

8  bolted down to the ground, I sold.

9  **Q.**  And did this include some of the firearms you were

10  purchasing?

11  **A.**  Yes.

12  **Q.**  Why were you selling them?

13  **A.**  To get drugs.

14  **Q.**  Now, I want to jump forward in time to about 2014.  I

15  believe you've already described how -- the height of your

16  addiction, but what was your addiction like in 2014?

17  **A.**  If I wasn't using drugs, I was sick.  And it was a very

18  scary, low place to be.  Nothing -- drugs quit working.  I

19  basically burned every bridge that I ever had.  And it was just

20  a sad existence.  Lost my job.  Lost everything.

21  **Q.**  And how much were you using on a daily basis around then?

22  **A.**  6 to 7 grams of heroin a day.

23  **Q.**  How did the heroin affect you physically?

24  **A.**  At first, it was inebriating.  After about four months in,

25  it just kept me well, didn't impact anything.  Just went about

1    a normal day like I was clear-minded.

2    **Q.**   Did it affect your ability to remember?

3    **A.**   No.

4    **Q.**   Mr. Dixon, where were you getting the heroin you were

5    using?

6    **A.**   Getting it on Forest Park in Baltimore.

7    **Q.**   Why were you coming to Baltimore to get heroin?

8    **A.**   A lot more potent out here.  A lot cheaper.  And there's a

9    lot more of it at different times of the day as well.  So it

10   was just an availability thing.  I'm -- I was only 40 or

11   50 miles away, so it was just a lot easier.

12   **Q.**   How often would you come to Baltimore during this time

13   period in 2014 to get heroin?

14   **A.**   Once a day.

15   **Q.**   And I believe you told us you would go to a specific area.

16   Where was that?

17   **A.**   Forest Park.

18   **Q.**   I'm going to show you what's already in evidence as

19   MAP-34.

20        Do you recognize what's on the screen here?

21   **A.**   Yes.  It's Forest Park Avenue.

22   **Q.**   And can you describe, using the exhibit on the screen,

23   where you would go to purchase heroin in 2014.

24   **A.**   (Indicating.)

25   **Q.**   And you circled the -- sorry.  Go ahead.

1   **A.**   (Indicating.)

2   **Q.**   So you circled the area down here near Clifton Avenue, an

3   area just north of Windsor Mill on Forest Park Avenue; and the

4   area over to the right of the screen, that's labeled

5   "Tucker Lane."  Are those the areas that you would go to?

6   **A.**   Yes.

7   **Q.**   How many times would you say that you came to this

8   particular area to purchase drugs?

9   **A.**   The Clifton Avenue portion, hundreds of times.  The Tucker

10  and other place, a dozen times each.

11  **Q.**   Can you describe what this area was like, this north --

12  the Forest Park area.

13  **A.**   It was a bunch of row houses.  And you'd just make a phone

14  call, and somebody would be out there to meet you.  And you'd

15  buy the drugs and then drive off.

16  **Q.**   What did the area look like when you would drive in on any

17  given day?

18  **A.**   There would be people outside and just people hangin' out

19  generally.

20  **Q.**   Were there often other cars in the area?

21  **A.**   Yes.

22  **Q.**   Now, I believe you just mentioned that you would call

23  someone when you were coming to the area.

24       Did you have a specific contact?

25  **A.**   Yes; a gentleman named AJ.

1    **Q.**   How did you contact AJ?

2    **A.**   I had his phone number memorized at the time.

3    **Q.**   I'm going to show you Government's Exhibit IND-81.

4         Do you recognize this person?

5    **A.**   Yes.   That's AJ.

6    **Q.**   And I believe you said that you had a phone number for

7    him.   Do you recall that number as you sit here today?

8    **A.**   No.

9    **Q.**   But did you provide that number to law enforcement on a

10   prior occasion?

11   **A.**   Yes.

12   **Q.**   Now, when you would come -- when you would call AJ, can

13   you just describe generally what would happen.

14   **A.**   You would say how far out you are, and then he'd tell you

15   where to go, which location.   And that'd be it.   You'd meet him

16   there, get the drugs, and then leave.

17   **Q.**   And would you normally tell AJ how much you were looking

18   to purchase?

19   **A.**   Yes.

20   **Q.**   Approximately how many times did you buy heroin from AJ?

21   **A.**   Five or six hundred times.

22   **Q.**   And how much did you usually purchase?   And I don't

23   believe I actually asked you this:   What would you purchase

24   from AJ?

25   **A.**   I would buy heroin.

1   **Q.**   Was it always heroin?

2   **A.**   I believed it to be.

3   **Q.**   How much would you usually purchase from AJ when you would

4   come to the Forest Park area?

5   **A.**   At first, it'd be, you know, in the half grams.  I had a

6   half gram here, and then it ended up going up and just keep

7   going up.  So I'd buy by the gram at the very end.

8   **Q.**   What did the heroin you bought from AJ look like?

9   **A.**   It came in many different colors.  It just depended on the

10  week.  You'd have real white, brown, a little bit tarry.  Just

11  depended.

12  **Q.**   How much did you pay for the heroin you got from AJ?

13  **A.**   $120 a gram.

14  **Q.**   Did you always pay in cash?

15  **A.**   No.

16  **Q.**   How else would you pay?

17  **A.**   Towards the very end, I used guns to pay for the drugs.

18  **Q.**   How many times did you provide a gun in exchange for drugs

19  with AJ?

20  **A.**   About a dozen times.

21  **Q.**   Do you recall which guns you provided him?

22  **A.**   Walther PPK, SIG SAUER 320, Bersa Thunder.  Those are the

23  ones I can remember off the top of my head.

24  **Q.**   Were they always handguns?

25  **A.**   Yes.

1    **Q.**   How much heroin would you get per firearm?

2    **A.**   It depended on which gun.  A Ruger LCP would be like a

3    gram or two or up to a nice SIG SAUER P227 would bring like 7

4    or 8 grams.

5    **Q.**   Now, I believe that you testified that when you would call

6    AJ, he would give you a location.

7    **A.**   Yes.

8    **Q.**   What locations did you purchase heroin from when you would

9    call AJ?

10   **A.**   Mainly the parking lots off of Carmine.

11   **Q.**   Let me pull back up MAP-34.

12        If you could use MAP-34 and tell us what locations you

13   would purchase drugs from AJ from.

14   **A.**   Generally, that location (indicating).

15   **Q.**   Indicating the area down near Clifton Avenue and

16   Carmine Avenue?

17   **A.**   Yes.

18   **Q.**   Now, Mr. Dixon, when you called, did you always call AJ?

19   **A.**   For the most part.  And if he wasn't available, he'd have

20   somebody else call me.

21   **Q.**   And was it always AJ that brought you the drugs?

22   **A.**   No.  Occasionally there'd be runners.

23   **Q.**   Can you describe how that would work.  What do you mean by

24   a runner?

25   **A.**   He'd tell me the location, and somebody else would show

1  up.  It wouldn't exactly always be him; but for the most part,

2  it was.

3  **Q.**   Do you remember any of the other names of the people that

4  brought you drugs when you would call AJ, or did you ever learn

5  any other names?

6  **A.**   There was quite a few that came, but the only ones that I

7  remember was a gentleman named PJ.

8  **Q.**   I'm going to show you IND-43.

9       Do you recognize this person?

10 **A.**   Yes.

11 **Q.**   Who is this?

12 **A.**   That is PJ.

13 **Q.**   And approximately how many times did you purchase heroin

14 from PJ?

15 **A.**   About a dozen.

16 **Q.**   And when you purchased from PJ, did you always contact AJ

17 first?

18 **A.**   Yes.

19 **Q.**   Now, I want to show you one other photograph.  This is

20 IND-60.

21      Do you recognize this person?

22 **A.**   Yes.

23 **Q.**   Who is this?

24 **A.**   T-Roy.

25 **Q.**   Now, did you ever purchase drugs from T-Roy?

1   **A.**   No.

2   **Q.**   Did you ever see T-Roy in the area that you described at

3   Forest Park?

4   **A.**   Yes.  I believed him to be a watcher, an overseer.

5   **Q.**   And why did you believe that?

6   **A.**   He was always generally in the same location, never said

7   anything.  I never actually physically dealt with him.  But

8   just gave me that appearance/belief.

9   **Q.**   Now, in addition to the runners that you've just

10  described, did AJ ever introduce you to anyone other than the

11  runners?

12  **A.**   Yes.

13  **Q.**   Who did he introduce you to?

14  **A.**   I don't know his name, but referred to him as Big Mo.

15  **Q.**   And do you remember when he introduced you to Big Mo?

16  **A.**   It was in 2014.

17  **Q.**   And how did he introduce Big Mo?

18  **A.**   As his brother, and I don't know if he was talking

19  biologically or a gang member.

20  **Q.**   What did Big Mo look like?

21  **A.**   He is a bigger, stocky guy, I guess about 6'2" or so.

22  Pretty stocky.

23  **Q.**   And if you saw him again, would you recognize him?

24  **A.**   Yes.

25  **Q.**   I'm going to show you IND-3.

1    Do you recognize the person on the screen?

2  **A.**   Yes.

3  **Q.**   Who is that?

4  **A.**   Big Mo.

5  **Q.**   When AJ introduced you to Big Mo, did you have any contact

6  with Big Mo beyond that first introduction?

7  **A.**   Yes.  I got drugs from him a couple times.

8  **Q.**   What would you purchase from Big Mo?

9  **A.**   Just heroin.

10  **Q.**   And how did you get in touch with Big Mo?

11  **A.**   The last couple of times, I physically had a phone number

12  for him.

13  **Q.**   How much would you pay for heroin from Big Mo?

14  **A.**   Same price.

15  **Q.**   And what did the heroin that you got from Big Mo look

16  like?

17  **A.**   It was brown.  It was kind of sandy.

18  **Q.**   Did you always pay Big Mo in cash?

19  **A.**   No.

20  **Q.**   How else would you pay Big Mo?

21  **A.**   With guns.

22  **Q.**   Can you recall how many times you paid Big Mo for drugs

23  with firearms?

24  **A.**   I believe it was four times.

25  **Q.**   And how much heroin would you receive per firearm when you

1  exchanged them with Big Mo?

2  **A.**   It just depended on the gun.   The nicer the gun, the more

3  I'd get.

4  **Q.**   Do you remember any of the firearms that you gave Big Mo?

5  **A.**   Yes.   There was a SIG SAUER P220 that I exchanged for

6  drugs.   It was an olive color with green handles.

7  **Q.**   Do you remember any of the other firearms?

8  **A.**   Yes.   Ruger LCP and Ruger KSR.

9  **Q.**   Did you ever have any conversations with Big Mo about

10  firearms?

11  **A.**   Yes.   At one point he asked me if I could get firearms by

12  the truckloads, and it wasn't exclusive to firearms,

13  anything -- any destructive devices, basically.

14  **Q.**   What specifically was he asking for?

15  **A.**   AKs, ARs, rocket launchers, if I could get 'em.

16  **Q.**   Did you ever provide any of those firearms or any other

17  devices to Big Mo?

18  **A.**   No.

19  **Q.**   Why not?

20  **A.**   Having more than two firearms in a car when it's illegal

21  is major liability, so I never carried more than one that I was

22  taking and one that I had.

23  **Q.**   Was there anything specific about Big Mo's appearance that

24  stood out to you?

25  **A.**   The tattoos on the face.

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1   **Q.**   Now, Mr. Dixon, did the individuals who sold or who you

2   saw out in the area of Forest Park in and around the gas

3   station and the other areas you described, did they appear to

4   you to be working together or separately?

5   **A.**   They appeared to be working together.

6   **Q.**   And why do you believe that?

7   **A.**   Body language whenever I'd roll up, and it would appear

8   that they would be talking to each other and be looking out for

9   each other.  In case there were any police presence, they could

10   forewarn each other.

11        **MS. PERRY:**   Court's indulgence.

12   (Counsel conferred.)

13        **MS. PERRY:**   Nothing further.  Thank you.

14        **THE COURT:**   All right.  Mr. Enzinna.

15        **MR. ENZINNA:**   Thank you, Your Honor.

16                    CROSS-EXAMINATION

17   **BY MR. ENZINNA:**

18   **Q.**   Good afternoon, Mr. Dixon.

19        You said that you were arrested in August of 2014?

20   **A.**   Yes.

21   **Q.**   What were you arrested for?

22   **A.**   I was arrested for a violation of probation.

23   **Q.**   What were you on probation for?

24   **A.**   Handgun and vehicle charge.

25   **Q.**   And you said that it was after you were arrested that

1  law enforcement agents came to you to talk to you about the

2  matters you've testified to today; correct?

3  **A.**   Yes.

4  **Q.**   About the gun sales?

5  **A.**   Yes.

6  **Q.**   And you initially lied to them about it.

7  **A.**   Yes.

8  **Q.**   You told them you weren't involved in it?

9  **A.**   Yes.

10  **Q.**   And it was only when they came back and proposed a

11  cooperation deal that you told them what you've told us today?

12  **A.**   No.  They laid out exactly what had happened, so to lie

13  about it was -- there is no reason to.

14  **Q.**   Okay.  And you said you signed these forms to get these

15  guns from Mr. Alexander.  You signed your girlfriend's name;

16  correct?

17  **A.**   Yes.

18  **Q.**   Okay.  Now, you testified also that your -- I believe you

19  said your heroin use got very bad in 2014; correct?

20  **A.**   Yes.

21  **Q.**   And you said you were using several grams of heroin every

22  day?

23  **A.**   Yes.

24  **Q.**   And Xanax?

25  **A.**   Yes.

*DIXON - CROSS*

80

```
 1   Q.   And alcohol?

 2   A.   Yes.

 3   Q.   And marijuana?

 4   A.   Yes.

 5   Q.   And that was during all of 2014?

 6   A.   Not all of 2014.  The heroin, yes, it was all of 2014.

 7   Q.   Okay.

 8   A.   They came in spurts.

 9   Q.   And what's the distinction you're drawing in terms of

10   time?

11   A.   Can you repeat that.

12   Q.   Well, you said that you used heroin all through 2014 --

13   A.   Yes.

14   Q.   -- correct?

15        Did you use Xanax all through 2014?

16   A.   Not all of it.

17   Q.   When in 2014 did you use Xanax?

18   A.   It was the very beginning of the year and towards the end.

19   Q.   Okay.  And what about alcohol?

20   A.   That was daily.

21   Q.   Pardon me?

22   A.   Daily.

23   Q.   Daily.

24        And what about marijuana?

25   A.   It was an occasional use here and there.  It just depended
```

1   on who had it.

2   **Q.**   And you said you went to Baltimore every day --

3   **A.**   Yes.

4   **Q.**   -- to get drugs.

5        And you said you bought drugs from Mr. -- from AJ --

6   **A.**   Yes.

7   **Q.**   -- five or six hundred times; correct?

8        And that was once per day?

9   **A.**   Approximately.

10  **Q.**   So would that be five or six hundred days?

11  **A.**   (No response.)

12  **Q.**   Did you buy drugs from Mr. -- from AJ on five or six

13  hundred days?

14  **A.**   I wouldn't say that was -- being a whole chunk, it would

15  be spread out over the two years or so that I used.

16  **Q.**   Right.  But there were five or six hundred different days.

17  You didn't buy drugs from him twice on a day, did you?

18  **A.**   No.

19  **Q.**   Okay.  All right.  And you said that you traded guns with

20  this gentleman Big Mo on four occasions; correct?

21  **A.**   Yes.

22  **Q.**   But you only listed three guns; right?

23  **A.**   Yes.

24  **Q.**   The SIG SAUER P220 and two Rugers?

25  **A.**   Yes.

1   **Q.**   Do you just not recall the fourth one?

2   **A.**   I don't recall the fourth one.

3   **Q.**   Now, the Rugers, you said that was a relatively

4   inexpensive gun; correct?

5   **A.**   Yes.

6   **Q.**   And you would only get one or two grams for one of those?

7   **A.**   Yes.

8   **Q.**   And you also -- and when exactly were these four

9   occasions?  Were they in 2014?

10  **A.**   I believe them to be.

11  **Q.**   Could they have been in 2013?

12  **A.**   They possibly could have.

13  **Q.**   Okay.  And you also testified -- you also testified before

14  the grand jury, didn't you, that this gentleman, Big Mo, drove

15  a -- an Audi A8?

16  **A.**   Yes.  I saw him driving one, so I believed he drove one.

17          **MR. ENZINNA:**  Nothing further, Your Honor.

18          Thank you.

19          **MR. SARDELLI:**  No questions for Mr. Banks.

20          **THE COURT:**  All right.

21                          CROSS-EXAMINATION

22  **BY MR. TRAINOR:**

23  **Q.**   Good afternoon, Mr. Dixon.  My name is Harry Trainor.

24          We haven't talked before, have we?

25  **A.**   Not that I believe.

1    **Q.**   Thank you.

2        But you've met with the prosecutors in this case?  You've

3    met with Ms. Hoffman (indicating)?

4    **A.**   Yes.

5    **Q.**   And you've met with Agent Brad Hood?

6    **A.**   Yes.

7    **Q.**   And one of those meetings was on April 14th, 2016, in

8    which you were shown a -- the same photograph of the person you

9    identified as T-Roy.

10           **MS. PERRY:**  Objection.

11           **THE COURT:**  Is it something you need to consult with

12   counsel about?  Is this a correction?  Or do you want to

13   approach the bench?

14           **MS. PERRY:**  May we approach, Your Honor?

15       (Bench conference on the record:

16           **MS. PERRY:**  Your Honor, I believe it's just a

17   correction, but I didn't know that I could make it at the

18   table.

19           Mr. Dixon was not shown the same photograph on a prior

20   occasion.  It was a different photograph that was shown to him.

21           **THE COURT:**  Oh, okay.

22           **MR. TRAINOR:**  It was a different photograph.  All

23   right.  Thank you very much.

24           **THE COURT:**  Okay.)

25       (Bench conference concluded.)

1            **THE COURT:**  All right.  If you want to just rephrase,

2    Mr. Trainor.

3            **MR. TRAINOR:**  Thank you.

4    **BY MR. TRAINOR:**

5    **Q.**   Mr. Dixon, you know what a proffer session is, don't you?

6    **A.**   Repeat that.

7    **Q.**   You know what a proffer meeting or a proffer session is,

8    don't you?

9    **A.**   Offhand, no.

10   **Q.**   You don't.

11          Well, while you were charged federally with other crimes,

12   you had meetings with at least one prosecutor here, Agent Hood,

13   and your attorney, Mr. Mitchell, didn't you?

14   **A.**   Yes.

15   **Q.**   And you were shown a picture of or a photograph of the

16   person you said -- who you said was T-Roy here in the

17   courtroom; correct?

18   **A.**   Yes.

19   **Q.**   And when you were shown that photograph at the meeting,

20   you indicated that might be T-Roy, but you're not sure?

21   **A.**   It's possible that I might have said that and then

22   remembered later.

23   **Q.**   Ah.  All right.  Well, during the time of 2014, you were

24   coming to Baltimore every single day to buy heroin; correct?

25   **A.**   Yes.

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1  Q.   And the person you dealt with was AJ?

2  A.   Yes.

3  Q.   All right.  And you came every single day because you had

4  a very bad heroin habit.

5  A.   Yes.

6  Q.   And you indicated that the place that you would generally

7  go would be a parking lot off of Carmine Avenue; is that right?

8  A.   Yes.

9  Q.   And that would be the Blue Fountain apartments; am I

10  right?

11  A.   I don't know their name, but I know the location.

12  Q.   All right.  Apartments, it was an apartment parking lot;

13  right?

14  A.   I believe that area to have been townhouses.  You've got

15  the apartment complex at the very beginning and then the row

16  homes started, Carmine.

17  Q.   All right.  So there would be apartments and townhouses?

18  A.   Yes.

19  Q.   But it was purely a residential area, and there were

20  people coming and going that lived in that area; correct?

21  A.   Yes.

22  Q.   All right.  Now, the person you have identified as being

23  in the photograph and the person you identified as T-Roy here

24  in the courtroom is a person that you never got drugs from.

25  A.   No.

1   **Q.**   I'm correct?

2   **A.**   You are correct; I never physically bought drugs from him.

3   **Q.**   All right.  And you never traded guns for drugs with him?

4   **A.**   No.

5   **Q.**   You never saw him do anything except stand around in that

6   residential neighborhood, did you?

7   **A.**   Yes, that's correct.

8   **Q.**   That is correct.

9        And even then, during the 400 or 500 times that you came

10  there to buy heroin, you only saw him a few times; correct?

11  **A.**   That's correct.

12  **Q.**   And those times you didn't see him doing anything at all,

13  did you, except standing around?

14  **A.**   Yes.

15  **Q.**   That is correct?

16  **A.**   That's correct.

17          **MR. TRAINOR:**  I have no further questions.

18          Thank you.

19          **MS. AMATO:**  No questions, Your Honor.

20          **THE COURT:**  All right.

21          **MR. HAZLEHURST:**  Nothing on behalf of Mr. Davis,

22  Your Honor.

23          **MR. DAVIS:**  Nothing on behalf of Mr. Frazier.

24          **THE COURT:**  Thank you, all.

25          Any redirect?

1        **MS. PERRY:**  No, Your Honor.  Thank you.

2        **THE COURT:**  Okay.  Thank you very much, Mr. Dixon.

3    You're excused.

4      (Witness excused.)

5        **THE COURT:**  Is the Government calling another witness?

6        **MS. HOFFMAN:**  The Government will call Frank Friend.

7        **MS. WHALEN:**  Your Honor, could we approach?  This

8    is . . .

9        **THE COURT:**  Okay.

10      (Bench conference on the record:

11       **MS. WHALEN:**  Thank you.  This is one of the witnesses

12   that I indicated to Ms. Moyé that I might have an issue on, and

13   it also, I think, pertains to calls.  Did you say that

14   Frank Friend will be testifying about a wire call and the

15   disputed --

16       **MS. HOFFMAN:**  So he will not be testifying about the

17   disputed August 23rd call.  He will be testifying about a wire

18   call that the agents believe is the same female speaker, and so

19   I just wanted to flag it for the Court because we believe the

20   call indicates that she's a co-conspirator.

21       **MS. WHALEN:**  And which wire call is that?

22       **MS. HOFFMAN:**  It's a call from June 18th of 2015, just

23   after Dante Bailey's arrest, close in time to Dante Bailey's

24   arrest.

25       **MS. WHALEN:**  And my understanding of that is it's an

1   unknown female, and you intend to play it to the jury as well?

2          **MS. HOFFMAN:**  Yes.

3          **MS. WHALEN:**  So I guess I would object more to the

4   one -- the jail call that we objected to in the motion in

5   limine, which is that the speaker -- and I have to look and see

6   this one in particular because it's unknown, and this is the

7   first time I'm hearing that they're going to use this call.

8          **MS. HOFFMAN:**  That's not quite right.

9          **MS. WHALEN:**  We have been asking for exhibits with the

10  witnesses, and that was not provided to us.

11         So -- but to the extent that it is an unknown female

12  and the unknown female is not someone that has otherwise been

13  determined to be part of the conspiracy and if she is

14  speaking -- and I'm somewhat operating blind here -- then I

15  would object to that being not a member of the conspiracy, and

16  her statements would not be in furtherance of the conspiracy.

17         So I would object to that.

18         I have an additional --

19         **THE COURT:**  Sure.  Let me do one at a time.

20         What call is it?

21         **MS. HOFFMAN:**  Sure.  So it's Call-- it's B-863.

22         **THE COURT:**  Can you possibly give me the page number.

23         **MS. HOFFMAN:**  Yes.  It's Page 278 of the --

24         **THE COURT:**  Page 278?

25         **MS. HOFFMAN:**  Of the wire, wiretap.

1          And --

2          **THE COURT:**  Oh, so it's a wire call.

3          **MS. HOFFMAN:**  Yeah.

4          **THE COURT:**  Okay.  Sorry.  Page 278 of the wire calls.

5          **MS. HOFFMAN:**  And so this is one of the wire calls

6    that -- we did turn over our wire call exhibits in the

7    beginning of February.  I believe it was February 4th.

8          But in this call, Dante Bailey -- it's about the same

9    time that Dante Bailey is arrested by Sergeant Frank Friend,

10   who's about to testify.  And AJ Spence has this wire

11   conversation with this unknown female.

12         And the unknown female -- he says that he's ducking

13   down low in his car, and she tells him basically what's going

14   on.

15         She says [reading]:  You need to get out of there.

16         She says [reading]:  They too deep.  Is your car up

17   there?  You need to get away.

18         He says [reading]:  I'm ducking and dip, dip low.

19         And then she says [reading]:  They -- they beeped.  I

20   had pulled off.  I had got that shit out of Reese's car, and I

21   pulled off.

22         I believe in context that she's referring to drugs or

23   some other sort of contraband that she got out of Reese's car

24   and then pulled away.

25         And then she continues to give him information about

1   where the police are and how to get away without being caught

2   by the police.

3          And so we do believe that, based on the context of the

4   call, she's clearly a co-conspirator.

5          **THE COURT:**  This is also the same one that you

6   responded to the motion in limine by indicating that she's --

7          **MS. HOFFMAN:**  Tentatively identified her.

8          **THE COURT:**  Tentatively identified her.

9          **MS. HOFFMAN:**  Yeah.  There won't be a witness

10  testifying -- sorry.

11         There won't be a witness testifying in trial about her

12  identity, but we have -- there is a witness who has identified

13  her as Shante Everett.  So that's why I said "tentatively."  It

14  won't come out in trial, but there is somebody who has

15  identified her as Shante --

16         **THE COURT:**  Right, which is what you proffered in the

17  other . . .

18         All right.  Any other argument?

19         **MS. WHALEN:**  No, Your Honor.  Thank you.

20         **THE COURT:**  All right.  It appears to me in reading

21  this particular jail call that it is, even though she may not

22  be identified in the course of the trial, that the female is

23  someone who certainly appears to know what's going on and be

24  providing information that would be helpful to others involved

25  in the drug conspiracy.  So I'm going to overrule the

1  objection.

2        **MS. WHALEN:**  I'll try to be quick on the other.

3        Sergeant Friend testified at a motions hearing in this

4  case, and he testified that essentially he walked up on a group

5  after getting a call from an armed -- that there was an armed

6  subject in the area.

7        The group was five feet, approximately, away from the

8  car.  He saw a gun in the wheel well of the car.  He then

9  approaches the group, and later the gun is taken.

10       First, our position is that the gun -- if the

11 Government is attempting to bring the gun into evidence, which

12 I think they are --

13       **MS. HOFFMAN:**  Not the actual gun, but he will be

14 testifying about what he saw and recovered.

15       **MS. WHALEN:**  Okay.  So then to the extent that he is

16 able to testify about the gun, I would object because I don't

17 think the gun -- that there's a nexus to the conspiracy.

18       A gun being in a wheel well that is 5 and a half --

19 5 feet away from a group, that he also testified that he had no

20 probable cause to arrest Mr. Bailey or anyone else; he had no

21 indication that that gun was one of the participant's in the

22 group, that -- I think that the gun is too far attenuated from

23 a conspiracy to be -- and the inference simply is a gun by

24 them, they must have possessed when -- we're not talking about

25 a gun in a car.

1    So that's one issue.

2    The second is, I don't know how much the Government

3    intends to elicit of -- an individual named Ivan Potts was --

4    so the Court recalls, what happened was that they take a

5    flashlight, look in the car, and find marijuana -- see

6    marijuana.

7    My client allegedly tells -- gets arrested, tells

8    Ivan Potts, another person there, something to the effect of,

9    Take your marijuana, like it was his marijuana.  And he is then

10   arrested.

11   There is a conversation between Sergeant Friend and

12   Ivan Potts that I would object to coming into evidence as well.

13   The conversation -- it's like one question:  Where was

14   it?

15   And he answers where it was.

16   The inference from his answer is that he was not the

17   person that possessed the pop or the marijuana.  And I don't

18   believe the Government will show that Ivan Potts was a member

19   of the conspiracy or that his statements to a police officer in

20   this regard will be statements made in furtherance of the

21   conspiracy.

22   **MS. HOFFMAN:**  Your Honor, if I could address those

23   two.

24   **THE COURT:**  Go ahead.

25   **MS. HOFFMAN:**  So, first of all, with respect to the

```
 1    gun, I believe Sergeant Friend was very honest at the motions

 2    hearing about the fact that he didn't charge Dante Bailey with

 3    the gun.  He didn't know whose gun it was.

 4          It was found just 5 feet away from where this group

 5    was standing.  And they had responded to the location because

 6    of the report of an armed person.

 7          But even more importantly, we will be playing a wire

 8    call from the day following that call -- I'm sorry, from the

 9    day following that arrest in which Dante Bailey tells

10    Adrian Jamal Spence that the police recovered the joint from

11    the wheel well of the car.  And so we believe that is certainly

12    a suggestion that it was his gun or at least that he knew it

13    was there.

14          MS. WHALEN:  And, again, I'd renew my request that the

15    Government provide us with some indication of what exhibits,

16    when we're talking about social media and wire calls, they

17    intend to elicit from these officers.

18          THE COURT:  Okay.  In light of that proffer, I will

19    overrule the objection to Sergeant Friend's testimony.

20          MS. HOFFMAN:  And then with respect to the second

21    issue, first of all, Ivan Potts was identified by William Banks

22    as Spotty.  He identified him by photo.  He didn't know his

23    real name, but he said, "That's Spotty."  And he was a

24    co-conspirator of Gutta, who was part of Black Blood and was

25    frequently with Gutta.  We saw a photo of him with Gutta.
```

1          And the conversation that Ms. Whalen is referring to,

2   I believe it came out to some extent at the motions hearing,

3   but essentially when Mr. Bailey was placed under arrest, he

4   called over to Spotty, Ivan Potts, and said, You gotta take

5   this charge.

6          And Ivan Potts then said, That's my marijuana.

7          So then Sergeant Friend put both of them under arrest.

8          Sergeant Friend, testing this claim that the marijuana

9   was Mr. Potts', asked Mr. Potts, "Where in the car is the

10  marijuana?" to which he replied, "It's in the back of the car,"

11  which I believe is what Sergeant Friend testified to.

12         He did not know that there was also -- there was

13  marijuana in the front of the car as well.  So we are not

14  eliciting the statement for the truth of the matter.  To the

15  contrary, we are eliciting it to show that it was not actually

16  Mr. Potts' marijuana but he was taking the charge because he

17  was instructed to do so by somebody who was his superior.

18         **THE COURT:**  By Mr. Bailey.  Okay.  Objection is

19  overruled.

20         **MS. WHALEN:**  Thank you, Your Honor.)

21     (Bench conference concluded.)

22         **THE COURT:**  Go ahead.

23         **MS. HOFFMAN:**  Oh, I'm sorry.  I believe we have to

24  call the witness.

25         We will call Frank Friend to the stand.

1     **THE CLERK:**  Please raise your right hand.

2     SERGEANT FRANK FRIEND, JR., GOVERNMENT'S WITNESS, SWORN.

3     **THE CLERK:**  Please be seated.  Please speak directly

4  into the microphone.

5     State and spell your full name for the record, please.

6     **THE WITNESS:**  Sergeant Frank Friend, Jr., F-R-A-N-K,

7  F-R-I-E-N-D, Jr.

8     **THE CLERK:**  Thank you.

9                    DIRECT EXAMINATION

10  **BY MS. HOFFMAN:**

11  **Q.**   Good afternoon, Sergeant Friend.

12  **A.**   Good afternoon, ma'am.

13  **Q.**   With which law enforcement agency are you employed?

14  **A.**   The Baltimore City Police Department.

15  **Q.**   And can you tell us your unit and title.

16  **A.**   I'm a sergeant and I'm in the Southern District, district

17  action team.

18  **Q.**   How long have you been with the Baltimore Police

19  Department?

20  **A.**   I just started my 22nd year.

21  **Q.**   And as of June of 2015, what unit were you in?

22  **A.**   I was in the Southwest District drug enforcement unit.

23  **Q.**   I want to direct your attention to June 18th of 2015,

24  about 11:00 p.m.  Were you asked to assist with a 9-1-1 call

25  about an armed person?

96

1   **A.**   Yes, ma'am.

2   **Q.**   And where were you asked to go?

3   **A.**   To the 1900 block of Forest Park Avenue.

4   **Q.**   And without providing the description, can you tell me,

5   did the 9-1-1 dispatcher give you a description of the armed

6   person?

7   **A.**   Yes, ma'am.

8   **Q.**   And did you respond to the 1900 block of

9   Forest Park Avenue?

10  **A.**   Yes, ma'am.

11  **Q.**   And can you describe what that area is like there.

12  **A.**   That area, one side of the street is like a residential

13  house; the other side has an apartment complex that is known

14  for its high drug trafficking and the violence that occurs in

15  and around that area of the apartment complex.

16  **Q.**   Had you made arrests in that area before?

17  **A.**   Yes, ma'am.

18  **Q.**   I'm going to show you Government's Exhibit MAP-34.

19      And can you point to the approximate area on this map

20  where you responded to.

21  **A.**   Right there, ma'am (indicating).

22  **Q.**   You should be able to actually touch -- oh, it did show up

23  a little bit.

24  **A.**   Yes, ma'am.

25  **Q.**   And, for the record, it looks like you pointed to -- is

1  that a parking lot in front of the Blue Fountain apartments?

2  **A.**   Yes, ma'am.

3  **Q.**   Was there anyone with you when you responded?

4  **A.**   Yes, ma'am.

5  **Q.**   And who was with you?

6  **A.**   Officer McNish and Officer Kritzer.

7  **Q.**   And were you in a -- well, let me ask you this:  What

8  happened when you got there?

9  **A.**   When we got there, I observed five individuals.  They were

10  kind of like huddled around each other.  And it appeared later

11  on that they were all actually watching what I think was a

12  phone.

13  **Q.**   And did anyone in the group match the description of the

14  armed person that had been provided to you?

15  **A.**   Yes, ma'am.

16  **Q.**   Did you notice anything -- did you approach the group of

17  individuals?

18  **A.**   Yes, ma'am, I did.

19  **Q.**   And did you notice anything unusual in the parking lot

20  when you approached?

21  **A.**   Yes, ma'am.  I observed a vehicle.  It was like a

22  dark-colored Lexus that appeared to be running, and it appeared

23  to be unoccupied.

24       And then, also, I observed a handgun which was sitting on

25  a wheel well of, I believe it was a black Chrysler.

1  **Q.**   And approximately can you tell us where in relation to the

2  Lexus and the Chrysler this group of individuals was standing.

3  **A.**   The individuals were actually standing between the

4  Chrysler and another vehicle.  I believe it was a Volkswagen.

5  They were actually standing in the middle but like in a --

6  almost like a semicircle watching this phone.

7  **Q.**   And can you give an estimate of about how far away they

8  were standing from the Chrysler where you saw the gun.

9  **A.**   Roughly about 5 feet.

10 **Q.**   Did you approach the -- when you saw the gun, what did you

11 do?

12 **A.**   Due to the nature of the call, still with the individual

13 fitting the description, our threat was still in front of us

14 due to the call, so at which time I engaged in conversation

15 with the individuals, asking any of the individuals if any of

16 them had any weapons on 'em, at which time they all replied

17 "no," and basically gave myself and the other officers

18 permission to search their persons.

19 **Q.**   And did you search their persons?

20 **A.**   Yes, ma'am.

21 **Q.**   And did any of them have weapons on them?

22 **A.**   No, ma'am.

23 **Q.**   At that point did you recover the gun on the wheel well of

24 the Chrysler?

25 **A.**   Yes, ma'am.

1   **Q.**   And what kind of gun was it?

2   **A.**   It was a black handgun.  I can't remember the exact type.

3   I don't remember the exact type, ma'am.

4   **Q.**   Would it refresh your recollection to look at your notes?

5   **A.**   Yes, ma'am.

6   **Q.**   Or, I'm sorry, a report?

7   **A.**   Yes, ma'am.

8           **MS. HOFFMAN:**  Permission to approach?

9           **THE COURT:**  Yes.

10  **BY MS. HOFFMAN:**

11  **Q.**   (Handing.)

12  And if you could just take a look at that.  And then when

13  you're ready, let me know.

14  **A.**   Yes, ma'am.  I'm ready.

15  **Q.**   Does that report refresh your recollection?

16  **A.**   Yes, ma'am.

17  **Q.**   And what kind of gun was it?

18  **A.**   It was one black Ruger P89, 9-millimeter handgun with the

19  serial number of 310-86581, with one magazine and with 6 live

20  9-millimeter rounds.

21  **Q.**   Now, you mentioned that, that you noticed another car

22  nearby.  I believe you said it was a dark Lexus that was

23  running; is that right?

24  **A.**   Yes, ma'am.

25  **Q.**   And did you ask the members of the group whose car it was?

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1    A.    Yes, ma'am, I did.

2    Q.    And did anyone indicate that it was their car?

3    A.    Yes, ma'am.  An individual that was wearing a black

4    T-shirt, black shorts, who was later identified as

5    Mr. Dante Bailey, advised the vehicle belonged to him.

6    Q.    And would you recognize Dante Bailey if you saw him again

7    today?

8    A.    Yes, ma'am.

9    Q.    Do you see him in the courtroom today?

10   A.    Yes, ma'am.  He's sitting with defense counsel, what looks

11   like a gray button-up shirt, gray tie (indicating).

12   Q.    What happened after Mr. Bailey indicated that the car, the

13   dark Lexus, was his?

14   A.    Officer McNish then walked down to the dark Lexus and with

15   his departmental flashlight illuminated the inside of the

16   vehicle, at which time he -- he advised he observed --

17   Q.    Well, without telling me what Officer McNish said, what

18   did you do next?

19   A.    I then walked down to the black -- I'm sorry, the

20   dark-colored Lexus; and then with my departmental flashlight, I

21   illuminated the inside of the vehicle, ma'am.

22   Q.    And what did you see inside the vehicle?

23   A.    Inside the vehicle, I observed a clear plastic bag with

24   plant material, suspected marijuana, sitting on the front

25   console.

1      And then due to the -- there was a console in the rear.

2  There was also a clear plastic bag containing marijuana also on

3  the rear console, too.

4  **Q.**   And were photographs taken of what you were able to

5  illuminate with your flashlight?

6  **A.**   Yes, ma'am.

7  **Q.**   I'm going to show you Government's Exhibit AP-3A.

8      And can you tell us what we're looking at here.

9  **A.**   Yes, ma'am.  This is the rear console of the Lexus.

10 **Q.**   And is this how the interior of the vehicle looked to you

11 illuminating with your flashlight?

12 **A.**   Yes, ma'am.

13 **Q.**   And can you indicate what we're looking at in this rear

14 console area.

15 **A.**   Right here is a -- the clear plastic bag with plant

16 material, suspected marijuana.

17     And right here is also a black scale which had plant

18 material on top of the scale, suspected marijuana.

19 **Q.**   And based on your 20-some years in the police force, are

20 you familiar with how marijuana looks?

21 **A.**   Yes, ma'am.

22 **Q.**   And did you recognize the substance to be marijuana?

23 **A.**   Yes, ma'am.

24 **Q.**   Did the quantity of marijuana or suspected marijuana look

25 to you to be consistent with personal use or with distribution?

1          **MS. WHALEN:**  Objection; relevance.

2          **THE COURT:**  Overruled.

3          **THE WITNESS:**  With the scale, I -- my personal opinion

4    was distribution, ma'am.

5    **BY MS. HOFFMAN:**

6    **Q.**    At that point did you place Dante Bailey under arrest?

7    **A.**    Yes, ma'am.

8    **Q.**    And was a search of the vehicle conducted?

9    **A.**    Yes, ma'am, it was.

10   **Q.**    And what, if anything, was recovered?

11   **A.**    The clear plastic bag containing plant materials,

12   suspected marijuana, from the front console and then the plant

13   material in the clear plastic bag, suspected marijuana, on the

14   rear console and the digital scale, ma'am.

15   **Q.**    I'm going to approach and show you

16   Government's Exhibit D5.  (Handing.)

17         Do you recognize that exhibit?

18   **A.**    Yes, ma'am.  It appears to be the marijuana that was

19   submitted on that night.

20   **Q.**    And I'm going to show you Government's Exhibit AP-3B.

21         And can you tell us what we're looking at here.

22   **A.**    What you're looking at is -- Item 1 is a clear plastic bag

23   containing plant material, suspected marijuana.

24         Item 2 is another clear plastic bag containing plant

25   material, suspected marijuana.

1    And then Item 3 is the digital scale which has plant

2  material residue on it, suspected marijuana.

3  **Q.**   And is this a photograph of the contents of

4  Government's Exhibit D5 that you have in front of you?

5  **A.**   Yes, ma'am, it is.

6  **Q.**   Now, when you placed Mr. Bailey under arrest, did he make

7  any statements?

8  **A.**   Yes, ma'am, he did.

9  **Q.**   And what did he say?

10  **A.**   He advised that the marijuana wasn't his.  And then he

11  yelled over to the individuals that walked away, one of the

12  individuals, and advised him to take his marijuana charge.

13  **Q.**   And you said Mr. Bailey said to take his charge.  What

14  does that mean?

15  **A.**   Meaning that the marijuana -- suspected marijuana wasn't

16  his and that it belonged to somebody else.

17  **Q.**   Did it seem to you like a direction or order?

18          **MS. WHALEN:**  Objection.

19          **THE COURT:**  Sustained.

20  **BY MS. HOFFMAN:**

21  **Q.**   What did the individual who Mr. Bailey told to take the

22  charge do at that point?

23  **A.**   At which time a gentleman wearing a white tank top, I

24  believe it was black shorts, later identified as Ivan Potts,

25  walked over to me and advised me that the marijuana was his.

*FRIEND - DIRECT*

```
 1    Q.   And did you -- did Mr. -- did you ask Mr. Potts anything
 2    at that point?
 3    A.   Yes, ma'am.  At that point I then -- I asked Mr. Potts, I
 4    said, "Well, if the marijuana's yours, where was the marijuana
 5    in the vehicle?"
 6    Q.   And what did he say?
 7    A.   I believe he -- he replied that the rear console -- the
 8    rear of the vehicle that the marijuana was.
 9    Q.   And was that accurate?
10    A.   No, ma'am, it wasn't.
11    Q.   Can you explain.
12    A.   Because there was additional marijuana in the front of the
13    car, front console, and also there was a scale in the car.
14    Q.   Was Mr. Potts placed under arrest as well?
15    A.   Yes, ma'am, he was.
16    Q.   And was the marijuana sent to the Baltimore Police
17    Department laboratory for testing?
18    A.   Yes, ma'am, it was.
19    Q.   Were either Mr. Bailey or -- well, I'm sorry.  I should
20    have asked you:  Were you later able to identify the individual
21    who took the charge, who came over?
22    A.   Yes, ma'am.  He was identified as Mr. Ivan Potts.
23    Q.   Thank you.
24         And I'm going to show you Government's Exhibit IND-70,
25    which has come into evidence as a photograph of Ivan Potts.
```

1          Were either Mr. Bailey or Mr. Potts charged with the gun

2    that you recovered from the wheel well of the Chrysler?

3    **A.**   No, ma'am.

4    **Q.**   And why not?

5    **A.**   I had no probable cause to charge any of the individuals

6    'cause I didn't observe them in and around that vehicle or go

7    to that wheel well.

8    **Q.**   Following Mr. Bailey's arrest, did you have an opportunity

9    to review any wire calls of potential relevance?

10   **A.**   Yes, ma'am.

11   **Q.**   And I'm going to play you a few calls from

12   Government's Exhibit Wire B which has come into evidence as a

13   disc of wire calls intercepted over a phone number belonging to

14   Adrian Jamal Spence.

15          I'm going to start with -- by playing you Wire Call B863.

16          **MS. HOFFMAN:**  And the jurors can find the transcript

17   of this call on Page 278 of the wire call tab of their

18   transcript binders.

19          And I'm pulling up the transcript on the right side of

20   the screen.

21   **BY MS. HOFFMAN:**

22   **Q.**   Are you able to see that there, Sergeant Friend?

23   **A.**   Yes, ma'am.

24   **Q.**   And are you able to read the -- are you able to read the

25   date of the call?

1    **A.**   The start date, yes, ma'am.

2    **Q.**   What's the date of the call?

3    **A.**   It's going to be 6/18/2015, June 18th.

4    **Q.**   Is that the same day that Mr. Bailey was arrested?

5    **A.**   Yes, ma'am.

6    **Q.**   And can you tell us the time of the call here

7    (indicating).

8    **A.**   Ma'am, the arrow is over top of some of the numbers.   I

9    can't see the exact --

10   **Q.**   Oh, sorry.

11   **A.**   Yes, ma'am.   It's at 23:06:42 seconds, which is 11 o'clock

12   and -- 11 -- 11:06 p.m.

13   **Q.**   And is that around the time that you and your fellow

14   officers had responded to that area?

15   **A.**   Yes, ma'am.

16   **Q.**   All right.   I'll play this call.

17          (Audio was played but not reported.)

18   **BY MS. HOFFMAN:**

19   **Q.**   And, Sergeant Friend, I forgot to ask you, for the record,

20   can you also indicate who the speaker is here on the right side

21   of the screen.

22   **A.**   Adrian Spence.

23   **Q.**   Thank you.

24          I'm going to play you Wire Call B877, and I'm actually

25   going to hand out transcripts of this one.

```
 1          (Counsel conferred.)

 2   BY MS. HOFFMAN:

 3   Q.   (Handing.)

 4          MS. HOFFMAN:  I apologize.  Does everyone have a

 5   transcript?

 6   BY MS. HOFFMAN:

 7   Q.   Sergeant Friend, I'm going to play Call 877.  And would

 8   you mind, before I play it, reading the date of the call here

 9   (indicating).

10   A.   Yes, ma'am.  6/19/2015, June 19th.

11   Q.   And when is that in relation to the arrest we've just been

12   talking about?

13   A.   It's the next day.

14   Q.   And then could you also read for the record the

15   conversants in this conversation?

16   A.   Dontray Johnson to Adrian Spence.

17   Q.   All right.  I'm going to play this call.

18          (Audio was played but not reported.)

19   BY MS. HOFFMAN:

20   Q.   Sergeant Friend, I'm going to play you one more call, and

21   this one is Wire Call B912.  And this one is at Page 282 of the

22   transcript, the wire call transcripts tab of the transcript

23   binders.

24          And, again, Sergeant Friend, can you start by telling us

25   the date of this call.
```

1  **A.**   Yes, ma'am.  It's 6/19/2015, June 19th.

2  **Q.**   And, again, is that the day after Mr. Bailey was placed

3  under arrest?

4  **A.**   Yes, ma'am.

5  **Q.**   And can you tell us the conversants in this call.

6  **A.**   Dante Bailey to Adrian Spence.

7  **Q.**   Okay.  I'm going to play from the beginning.

8      (Audio was played but not reported.)

9  **BY MS. HOFFMAN:**

10 **Q.**   Sergeant Friend, who are they talking about there?

11 **A.**   Me, ma'am.

12     (Audio was played but not reported.)

13        **MS. HOFFMAN:**  And I'm going to pause here at two

14 minutes and fifty three seconds and skip to six minutes and one

15 second.

16     (Audio was played but not reported.)

17        **THE COURT:**  What page would that be?

18        **MS. HOFFMAN:**  And -- sorry.  I believe it's Page 287

19 of the binders.

20     (Audio was played but not reported.)

21 **BY MS. HOFFMAN:**

22 **Q.**   And I'm going to pause here at seven minutes and thirteen

23 seconds and play -- I'm going to skip ahead to eight minutes

24 and forty-six seconds, which is the same page of the transcript

25 binders.

 1          (Audio was played but not reported.)

 2   **BY MS. HOFFMAN:**

 3   **Q.**   Sergeant Friend, I'm going to show you Government's --

 4          **MS. HOFFMAN:**   Well, actually, Your Honor, may we

 5   approach briefly?

 6          **THE COURT:**   Sure.

 7          (Bench conference on the record:

 8          **MS. HOFFMAN:**   So, Your Honor, with the witness

 9   William Banks last week, we used Government's Exhibit DEM-6,

10   which was a glossary of terms.   And Mr. Hazlehurst had objected

11   to it coming into evidence as an exhibit.

12          And I think we don't need to move it into evidence as

13   an actual exhibit, but we would like to use it as a

14   demonstrative to refer back to during the trial with different

15   witnesses.

16          And so what I was going to do was refer

17   Sergeant Friend to the definition of a joint in the DEM-6.   I

18   thought I should flag it before doing it.

19          **THE COURT:**   Why do you need DEM-6?   Why don't you ask

20   him, based on his 22 years, what does a joint mean to him?

21          **MS. HOFFMAN:**   I suppose I could.   But I guess the

22   bigger issue is that we did want to use DEM-6, the glossary of

23   terms, with multiple witnesses in the trial, not to have them

24   interpret things themselves, but to refer to the definitions of

25   things as they're written in that glossary.

1    **THE COURT:**  I'm still not quite seeing -- I mean,

2    there are a couple of ways of asking.  Just like with this

3    witness:  What does a joint mean to you?

4        If you've got a witness who you think might know what

5    a particular term means, you would ask them that term, what do

6    they -- what they understand it to be or something like that.

7    I don't know.

8        For this witness, I can't see that you need it.  Maybe

9    we could have a more full conversation about why you would need

10   to use it or how you would use it --

11   **MS. HOFFMAN:**  Sure.

12   **THE COURT:**  -- before the next witness.)

13   (Bench conference concluded.)

14   **THE COURT:**  I guess I should ask -- I don't know how

15   much more you have -- whether this is a good breaking point.

16   **MS. HOFFMAN:**  Sure.  I really just had one or two more

17   questions.

18   **THE COURT:**  Well, then go ahead.

19   **BY MS. HOFFMAN:**

20   **Q.**  Sergeant Friend, did you hear when Dante Bailey said,

21   "They got the joint"?

22   **A.**  Yes, ma'am.

23   **Q.**  And based on your 20-some years of experience in the

24   police force, what did you understand -- what is a joint?

25   **A.**  It's a street name for a game -- a gun, I'm sorry, a gun.

1           **MS. HOFFMAN:**  I have no further questions.

2           **THE COURT:**  All right.  We'll be continuing with this

3    witness after the lunch break, but we'll take the lunch recess

4    until 2:00.

5           I'll start by excusing the jury.

6        (Jury left the courtroom at 12:57 p.m.)

7           **THE COURT:**  All right.  And the witness can step down.

8           Be back at 2:00.

9           And before I excuse the gallery, if I could just

10   indicate that it would be best if there were not outbursts that

11   are audible as those were during the course of the previous

12   testimony.  It's not helpful.  If you can refrain from doing

13   that, thank you.

14          The gallery is excused.

15          And just one quick thing for the Government.  Who

16   would you be expecting to call your next couple of witnesses

17   after cross-examination?

18          **MS. HOFFMAN:**  After Frank Friend, the next witness

19   will be Juan Diaz, a Homicide detective.

20          **THE COURT:**  Okay.

21          **MS. HOFFMAN:**  And I'm sorry.  And then

22   Detective Richard Moore, another Homicide detective.

23          **THE COURT:**  Okay.  So we should perhaps anticipate

24   having a short conversation at 2:00, right before we get

25   started.

1          **MS. WHALEN:**  To start with -- I'll have something with

2    Detective Moore.

3          **THE COURT:**  Okay.  All right.  I'll see you all at

4    2:00.

5       (Luncheon recess taken.)

6          **THE COURT:**  All right.  Before the jury comes in,

7    Ms. Whalen, you had an issue?

8          **MS. WHALEN:**  Yes, Your Honor, but it was with regard

9    to -- I'm sorry.  I jumped back to Sergeant Friend.

10         So -- Sergeant Moore or Detective Moore.

11         Your Honor, I am advised that the Government intends

12    to elicit from this witness:  Did you meet with William Banks?

13         And I don't know how far they're going to go.

14         But did you meet with William Banks?

15         And this is the investigator who investigated the

16    Ricardo Johnson, or Nutty B, murder.

17         **MS. HOFFMAN:**  Brian Johnson.

18         **MS. WHALEN:**  I'm sorry.  Brian Johnson, or Nutty B,

19    murder.

20         What occurred this weekend, on Saturday I was going

21    through the regular discovery that had been provided to us; and

22    there was a report, a two-page report.  Much of it had been

23    blacked out or redacted.

24         It appeared that there was someone who talked to the

25    detective, and it had been redacted.  So I made a request of

1    the Government to find out is that someone we should know about

2    and, in fact, was told that that was William Banks.

3           Our -- if you may recall, my cross and others

4    cross-examined -- and I think one attorney actually

5    specifically said, So if you did speak with a Homicide

6    detective about this murder, then there should be a report

7    about that.

8           And there were other questions exactly like that.

9           There is no <u>Jencks</u> material that indicates that

10   Mr. Banks told a Homicide detective about any of the homicides,

11   and I specifically asked questions about that because there is

12   <u>Jencks</u> material about his handlers.  And if you recall, he said

13   his handlers -- he told his handlers.

14          Anyways, the long and short of it is I think the

15   Government should be precluded at this stage, when there was a

16   <u>Jencks</u> violation, when we have been essentially caught because

17   our cross-examination was based upon what was provided to us.

18   And they should not be able to try to rehabilitate Mr. Banks by

19   bringing out the fact that he talked to the Homicide detective

20   at all.

21          **THE COURT:**  Okay.

22          **MS. HOFFMAN:**  So, Your Honor, there is a report in

23   Detective Moore's Homicide file.  It is a two-page progress

24   report that starts out by saying:  On September 30th of 2015,

25   which is the day after the murder occurred, I met with a source

1   who wished to remain anonymous.

2          And then there is a paragraph of information that the

3   source provided that is fully consistent with the information

4   that William Banks testified to on the stand last week.  So the

5   anonymous source says that in the weeks leading up to the -- I

6   don't have it right in front of me, but in substance, that

7   Nutty B was killed because he would not pay gang dues that were

8   being collected for Dante Bailey.

9          And Ms. Whalen is completely right.  She flagged that

10  this paragraph was redacted.

11         When I went and looked at it, I realized this

12  anonymous source is probably William Banks.  That was confirmed

13  with the Homicide detective that that was William Banks, and I

14  turned over the unredacted paragraph.

15         I think Ms. Whalen concedes that the information that

16  he provided the day after the murder was fully consistent with

17  what he testified to on the stand.

18         The report is, of course, Richard Moore's Jencks, and

19  everyone has it now.

20         I did not intend to question Detective Moore about the

21  substance of what William Banks told him.  I did intend to ask

22  him, "Did you meet with William Banks during your

23  investigation, you know, show him a photo and have him say that

24  he did, in fact, meet with him the day after the murder?"

25  without getting into the substance at all of what was said.

1          **THE COURT:**  Okay.  So you're not getting into the

2    substance of it.  In that case, how would it be inconsistent?

3    I mean, didn't -- I could be remembering wrong.  I thought that

4    the point was, while Mr. Banks may have met with Baltimore City

5    Homicide detectives, you didn't have any way of knowing that he

6    had told this particular story.

7          **MS. WHALEN:**  As I understand his testimony on various

8    cross, that he, in fact, told detectives or his handler, excuse

9    me, about the homicides.

10          And we questioned him about that and said, "In other

11   words, the inference is you did not do that and you are lying."

12          Well, now the Government wishes to put on the Homicide

13   detective to say, "I met with him."

14          The inference left with the jury is, Oh, he wasn't

15   lying, and our cross-examination was faulty.  And we can now

16   not go into the substance -- even if there is an inconsistent

17   statement in there, we can't go into the substance because the

18   substance may be consistent; we shoot ourselves in the foot,

19   number one.

20          And, number two, any inconsistency we bring up, then

21   the Government may be able to bring up something about the

22   content.

23          **THE COURT:**  Okay.  Well, I think Ms. Whalen has good

24   points here, and you should simply not ask Detective Moore

25   about his having a conversation with Mr. Banks the day after

 1 that particular murder.

 2          Anything else relating to the next --

 3          **MS. WHALEN:**  This is really a procedural issue right

 4 at this moment.

 5          I'm not sure if it was aware -- or if I made it clear.

 6 We are not being told what exhibits are being used with these

 7 detectives, and these detectives are not the sponsoring

 8 witness, for instance, of wire calls, social media.  They are

 9 just simply being asked to publish them to the jury for the

10 first time, whether it be transcripts or the actual calls.

11          There are -- we've collectively at lunch discussed the

12 various issues and problems with that and our ability to object

13 and whether this is truly a basis -- a witness who has a basis

14 of knowledge and should be the sponsoring witness.

15          Given the time, what I'm asking for this next witness,

16 Detective Moore, is:  What exhibits is he going to be seeing --

17 or to be shown?  And I guess Detective Ellis, too, is coming up

18 as well -- I'm sorry, Detective Diaz on the Ellis murder.

19          And so I guess just -- we'd ask for that now.  And

20 then at the end of the day, we may want to address the issues

21 further.

22          **THE COURT:**  Okay.

23          **MS. HOFFMAN:**  Your Honor, we can certainly do our best

24 to flag the calls that we're going to use.  Frequently we don't

25 know which specific calls we're going to use with each witness

until, you know, meeting with them that morning.  And so it's hard for us to, long ahead of time, give the numbers of the specific calls that we're going to play.

We did, as I have mentioned, turn over the -- all the wire calls and jail calls that we intended to use in this trial back at the end of January and early February.  And so the defendants have had it for -- well, I should say we turned it over in discovery two years ago, but they have had the exact calls that we intend to play for almost two months now.

And it's -- you know, there are a lot of witnesses in this case.  There are a lot of calls.  We are making decisions sometimes up until the last minute about which particular calls we're going to play through each witness, and so it would be virtually impossible to give a lot of advanced notice about which specific calls are to be played.

We can -- I mean, I do now know which calls I intend to play with Detective Moore, for instance.  And so I'm happy to let defense counsel know what those calls are.  But I do want to be clear that going forward, it's not going to be something that's easy to do.  And it may be something that we're not able to do until right before the witness gets on the stand.

**THE COURT:**  Okay.  Well, let's start with Detective Moore.

**MS. HOFFMAN:**  Sure.

1          Detective Moore, I plan to play J-29, J-34, and J-36.

2          **THE COURT:**  Okay.  And do you know about

3    Detective Diaz?

4          **MS. PERRY:**  Your Honor, I do not intend to play any

5    calls with Detective Diaz.  I do intend to show him excerpts

6    from social media, SM-2, Pages 18, 19, and 20.

7          **THE COURT:**  Okay.  Thank you.

8          Let's see.  We had a witness on the stand.

9          **MS. HOFFMAN:**  And, Your Honor, did you prefer to

10   address the 9-1-1 calls before the Homicide detective?

11         **THE COURT:**  Oh, I guess I thought if there was an

12   issue about a 9-1-1 call in either of these detectives, that

13   Ms. Whalen would have reminded me about it.

14         But so, yes, I guess I need to.

15         Sorry.  We'll have to wait on the witness.

16         Which 9-1-1 calls are you planning to call with the

17   two witnesses this afternoon?

18         **MS. PERRY:**  Yes, Your Honor.  We intend to play 9-1-1

19   calls CAD-1-A, B, and C.  They're 9-1-1 calls made just after

20   the Antoine Ellis murder.  And we do intend to -- are seeking

21   to introduce them through Detective Diaz.

22         **THE COURT:**  Okay.  Tell me those again.  That's -- or

23   which -- what's the date of the murder?

24         **MS. HOFFMAN:**  Sure.  And, Your Honor, you should have

25   them in your transcript binder.  If you go to the 9-1-1 calls,

1  the three that will be played through Detective Diaz are

2  CAD-1-A, CAD-1-B, and CAD-1-C.  So they're the first three

3  calls in your transcript binder behind the 9-1-1 calls tab.

4         **THE COURT:**  See, the first three calls in my book are

5  all CAD-1-B.

6         **MS. HOFFMAN:**  And if you look down below in the

7  exhibit sticker, they should be correctly labeled in the

8  exhibit sticker.  I'm sorry about that.  That is an error in

9  the heading.

10         **THE COURT:**  I see.  Okay.  But it's the calls relating

11  to the November 22nd, 2012 event?

12         **MS. HOFFMAN:**  That's correct.

13         **THE COURT:**  Yes.  Okay.  I've reviewed all the

14  transcript.  I have reviewed the case law and your memos.

15         But if you want to say anything, Mr. Enzinna.

16         **MR. ENZINNA:**  Well, Your Honor, just addressing the

17  November 22nd, 2012 calls, you know, as we said in our briefs,

18  the factual basis for these hearsay exceptions aren't there,

19  for one thing.

20         In one of the calls, the Government describes it as

21  the caller saying he just heard gunshots.  In fact, he doesn't

22  say he just heard gunshots.  He says he heard gunshots.

23  There's nothing to indicate when he heard them.

24         There's also discussion that he describes the shooter

25  as -- in a certain way; but, in fact, he says he saw a guy run

1    from a car.  He doesn't say that that's the shooter.

2           But -- so I don't think that the bases for the hearsay

3    exceptions are present in these because we don't know the time

4    interval between when whatever happened happened and the

5    statements that are being made.

6           But the other sort of overarching comment, Your Honor,

7    is that these calls are simply cumulative.  I mean, they may

8    add a little drama to the case, but they don't -- they're not

9    relevant to prove any issue other than that somebody was shot

10   and at that time and on that day and at that place.  And there

11   is no dispute about that.  These calls are just -- just

12   cumulative.

13          **THE COURT:**  Okay.  Ms. Hoffman.

14          **MS. HOFFMAN:**  Thank you.

15          We do believe that the calls come in as excited

16   utterances and as present-sense impressions.  These are classic

17   hearsay exceptions.

18          I don't think it can be really disputed that as to

19   each of these calls, the caller has just witnessed a startling

20   event, either a fatal shooting or, with respect to

21   Ricardo Johnson, his abduction, which was observed or heard

22   over the phone, and that they were all still under the stress

23   of excitement that those events caused.

24          I think these types of calls are routinely admitted in

25   the Fourth Circuit.  And, of course, the Supreme Court has

1    endorsed their admission as well, although dealing with the

2    Confrontation Clause issue has held that these types of calls

3    are not testimonial and there's no Confrontation Clause bar to

4    their admission.

5         I did want to respond to the argument that they're

6    cumulative.  They're not cumulative.  They -- each of the calls

7    advances the ball in some way, whether because there's a

8    description of a suspect fleeing -- that's what we have with

9    respect to the Antoine Ellis murder -- or because they help

10   establish the time, location, and manner of death or, with

11   respect to Ricardo Johnson, the time, location, and manner of

12   his abduction.

13        And we culled through dozens and dozens and dozens of

14   9-1-1 calls and picked just the calls that do advance the ball

15   in some way.

16        And they're all probative when they're linked up with

17   other evidence.  So, for example, with respect to the

18   Antoine Ellis murder, there are two callers who describe a

19   suspect fleeing.  One of them refers to him as the shooter.

20   The other does not.

21        But they both describe someone fleeing the scene

22   wearing a gray, hooded sweatsuit, which will be linked up with

23   surveillance footage.  And I see that Your Honor may have heard

24   enough, so I will stop talking unless you have more questions.

25        **THE COURT:**  No.  I'm fine.

1        I did.   As I said, I reviewed all of these over the

2   weekend, knowing that they were coming up.   And I've reviewed

3   the arguments for them.   I think all of the calls that have

4   been offered and that I have read the transcripts of are

5   admissible.

6        They -- it seems to me, taken in any commonsense way,

7   whether or not a particular caller says, "I just heard

8   shots" -- and I note in the first group of the three, one of

9   the three does use the word "just."   "Someone just got shot."

10  They all appear -- again, considered in a commonsense way -- to

11  have happened very shortly after the time of certainly a

12  startling event, several of them being shootings, the one

13  abduction.   They are either present-sense impression or excited

14  utterance or both.

15       I think the Davis case from the Supreme Court at

16  547 U.S. 813 is one of the most helpful, in addition to the

17  other cases that were cited by counsel.

18       What we have, again, are statements that are being

19  made under the stress of a very recent and startling event.

20  They all appear to be related to calls for help, trying to get

21  the police to respond in an emergency situation, not something

22  testimonial.

23       To the extent that there is interrogation by police or

24  the dispatcher during the 9-1-1 call, all of that appears to be

25  in response, the primary purpose, that is, being enabling the

1     police to provide assistance in an ongoing emergency.

2          These are situations where there are armed shooters --

3     according to the calls -- that have not been taken into custody

4     or an ongoing abduction.

5          And I note that in regard to the abduction relating to

6     Mr. Johnson, there was an argument made, which certainly is

7     correct, that the second call is longer after the abduction.

8          But what the witness in that case is describing is

9     events unfolding right in front of her, meaning the door being

10    open, which she is -- she says is making her nervous because it

11    is obviously adding to her anxiety and is not what she is

12    accustomed to seeing.

13         So for those reasons, I think that the 9-1-1 calls are

14    admissible.

15         **MS. HOFFMAN:**  Thank you.

16         And I did just want to flag that one of the three

17    jail calls that I just mentioned would be played through

18    Detective Richard Moore is the jail call -- the August 23rd

19    jail call that Ms. Whalen has objected to, and I know

20    Your Honor addressed at the bench this morning that you did

21    believe that she was a co-conspirator, based on the wire

22    call --

23         **THE COURT:**  Right.

24         **MS. HOFFMAN:**  -- but I wanted to clarify that.

25         **MS. WHALEN:**  I was going to highlight that as well,

 1   Your Honor.  And I don't have additional argument other than
 2   what we argued at the bench earlier.
 3          There is one other request that I would make, just
 4   because we're here.  To the extent I've seen that the
 5   Government has on some other audio calls played them more than
 6   once or gone back and highlighted certain sections, I would ask
 7   that -- and would object in advance if they intend to do that.
 8          I think they play it once and the jury has the
 9   transcript to aid them and that it would be improper to replay
10   these calls.  And now I'm talking specifically about Agent --
11   or Detective Moore's calls that I was just informed, which is
12   J-29, J-34, and J-36.
13          THE COURT:  Okay.  Well, I recall the Government
14   pausing from time to time.  I don't recall a lot of replaying.
15   I may not be remembering it, but a pause from time to time in
16   the middle of a call to ask a clarifying question seems
17   perfectly appropriate.
18          MS. WHALEN:  That's not the problem that I have.  I
19   agree; pause is fine.  It's just the replaying of evidence.
20          THE COURT:  Okay.  Well, we'll try to avoid that.
21          MS. HOFFMAN:  There is one part of a call that will be
22   played through Detective Moore where there's some whispering,
23   and I wasn't sure whether I would replay that part.  But
24   depending on how loud it comes out of the speaker, I thought I
25   might -- it's maybe a 15-second portion of whispering.  That

```
 1    was one portion that I thought I might replay, depending on how

 2    it comes out.

 3              THE COURT:  Okay.

 4              MS. WHALEN:  Well, we're probably going to object,

 5    just to let you know.  And then you'll know what my objection

 6    is, because I think that's disputed.  And so to the extent the

 7    Government wants a transcript in front of the jury to get their

 8    version of the whispering, I think that would be improper,

 9    having it more than once.

10              THE COURT:  Okay.  All right.  Now let's get the

11    witness back on the stand and get the jury back in.

12         (Jury entered the courtroom at 2:23 p.m.)

13              THE CLERK:  Sergeant Friend, you're still under oath.

14              THE WITNESS:  Yes, ma'am.

15              THE COURT:  Ms. Whalen.

16              MS. WHALEN:  Thank you, Your Honor.

17                         CROSS-EXAMINATION

18    BY MS. WHALEN:

19    Q.   Good afternoon, Sergeant.

20    A.   Good afternoon, ma'am.

21    Q.   Let me take you back to June 18th of 2015, what you told

22    us about when you stopped -- or, actually, you got a call to go

23    to the parking lot area; is that correct?

24    A.   Yes, ma'am.

25    Q.   And where specifically was that?
```

```
 1   A.    1900 block of Forest Park Avenue.

 2   Q.    All right.  And that is in the Southwestern District of

 3   the city; is that correct?

 4   A.    Yes, ma'am.

 5   Q.    All right.  As opposed to I think there's been some talk

 6   of Northwestern District and the like; is that right?

 7   A.    That's part of the Southwest District, so that's how I

 8   know it, ma'am.

 9   Q.    All right.  Because you actually worked at that time frame

10   in that district; is that correct?

11   A.    In the Southwest, yes, ma'am.

12   Q.    So you knew the area pretty well?

13   A.    Yes, ma'am.

14   Q.    All right.  And you didn't know a person by the name of

15   Dante Bailey at that time, did you?

16   A.    I knew of him, yes, ma'am.

17   Q.    You knew of him?

18   A.    Yes, ma'am.

19   Q.    All right.  But you did not know him, in other words,

20   interact and, you know, "Hello.  How are you?" and the like; is

21   that correct?

22   A.    No, ma'am, I didn't say, "Hello.  How are you?"  No,

23   ma'am.

24   Q.    All right.  Now, you indicated that you got a call to go

25   there.
```

1        Did you have some specific information about the clothing

2   of the individual that you were to look for?

3   **A.**   Yes, ma'am.

4   **Q.**   And that clothing was blue and gray; is that correct?

5   **A.**   Yes, ma'am.

6   **Q.**   Blue top; is that right?

7   **A.**   I believe it was a blue -- yes, ma'am.  Blue shirt, yes,

8   ma'am.

9   **Q.**   And Dante Bailey was wearing what that day?

10  **A.**   He was wearing -- I believe it was a black shirt, black

11  shorts, I believe it was, ma'am.

12  **Q.**   All right.  And so when you kind of pulled into this

13  parking lot, you saw a group of five men in somewhat of a

14  semicircle; is that right?

15  **A.**   Yes, ma'am.

16  **Q.**   On one side of them was a Volkswagen?

17  **A.**   Yes, ma'am.

18  **Q.**   And then on the other side of the group, is this correct,

19  was a Chrysler?

20  **A.**   Yes, ma'am.

21  **Q.**   All right.  Were they parked in spaces, parking spaces?

22  **A.**   Yes, ma'am.

23  **Q.**   And how many spaces in between the two vehicles or cars?

24  **A.**   I don't recall how many exact spaces, ma'am.

25  **Q.**   Enough to fit at least the five gentlemen standing around;

 1    is that correct?

 2    **A.**    Yes, ma'am.

 3    **Q.**    Okay.  And they were looking at a phone, you believe; is

 4    that right?

 5    **A.**    Yes, ma'am.

 6    **Q.**    Now, about -- as you're approaching, you see a wheel well

 7    in the Chrysler; right?

 8    **A.**    Yes, ma'am.

 9    **Q.**    And that is 5 feet away from the group; right?

10    **A.**    Yes, ma'am.

11    **Q.**    And it could have been more than 5 feet; is that correct?

12    **A.**    Roughly, give or take, 5 feet, yes, ma'am.

13    **Q.**    Now, the group is standing there looking at the phone;

14    right?

15    **A.**    Yes, ma'am.

16    **Q.**    And even as you approach, they're looking at the phone; is

17    that correct?

18    **A.**    Yes, ma'am.

19    **Q.**    In other words, they didn't disperse and run; right?

20    **A.**    Correct.

21    **Q.**    Okay.  And you say to -- well, first of all, did you walk

22    up to them with your gun drawn initially?

23    **A.**    No, ma'am.

24    **Q.**    So you walked up, and then you saw the gun in the wheel

25    well; is that correct?

1  A.   Yes, ma'am.

2  Q.   All right.  And did you draw your weapon at that point?

3  A.   No, ma'am.

4  Q.   So the group, again, do they turn to look at you?

5  A.   No.  I actually walked -- they were like -- I guess, you

6  know -- because I pulled into the parking lot.  They were

7  already facing -- as I get out of the car, they would

8  actually -- if I turn, they were facing to me.  So I just

9  walked up as they were facing me, ma'am.

10 Q.   All right.  And you asked them questions like:  Are any of

11 you armed?

12      Right?

13 A.   I asked if any of them had any weapons, ma'am.

14 Q.   And they said "no"; correct?

15 A.   Correct.

16 Q.   When I say "they," that included Dante Bailey said, "No, I

17 don't have a weapon on me"; right?

18 A.   Yes, ma'am.

19 Q.   And you -- at that point there was some backup coming; is

20 that correct?

21 A.   Yes, ma'am.

22 Q.   Now, you also asked if you could pat them down; right?

23 A.   Yes, ma'am.

24 Q.   And that means to touch their body to determine whether

25 you can feel a weapon; right?

1    A.    Yes, ma'am.

2    Q.    And did you do that with these individuals?

3    A.    Yes, ma'am.

4    Q.    Did you ask them to sit on the -- I guess it would be the

5    sidewalk.

6    A.    The ground, yes, ma'am.

7    Q.    Was it ground?

8    A.    Yes, ma'am.

9    Q.    And they all did what you said; right?

10   A.    Correct.

11   Q.    Dante Bailey let you pat him down; right?

12   A.    Yes.

13   Q.    And there was no weapon on him; right?

14   A.    Correct.

15   Q.    Now, at some point you went over and retrieved or took

16   this gun in the wheel well; right?

17   A.    Yes, ma'am.

18   Q.    Now, you mentioned to us you had no probable cause to

19   arrest anyone for the gun; right?

20   A.    Yes, ma'am.

21   Q.    That means you had no indication that that gun was in the

22   possession of or owned by any one of the people in the group;

23   right?

24   A.    At that time, yes, ma'am.  Correct.

25   Q.    All right.  So at that time you had no indication that

1    that gun had anything to do with Dante Bailey; right?

2    A.    Correct.

3    Q.    And then you and Officer McNish shine a light into a

4    Lexus; right?

5    A.    Yes, ma'am.

6    Q.    Now, where was the Lexus parked in relation to the

7    Chrysler?

8    A.    It was -- if I had to take a wild guess for, you know,

9    purposes of the feet, I would say probably about like 20,

10   25 feet to the right of the Chrysler, meaning if I'm looking at

11   the -- all five men, it's down to the right.  So it's a

12   little -- it's down from where they were, down from the

13   Chrysler, ma'am.

14   Q.    And what drew your attention to it was it was running; is

15   that correct?

16   A.    Yes, ma'am.

17   Q.    And you said "a wild guess."  So it could have been more

18   than 25 feet; right?

19   A.    Well, I'm saying roughly about that.  But I don't want to

20   sit here and say it was 20, but it was 22.  So a rough

21   estimate, about 20 feet, ma'am.

22   Q.    All right.  But not close.  Let's put it that way.

23   A.    No, ma'am.

24   Q.    And so you walked over and you looked in there and you saw

25   a baggie in the front and a baggie in the back; right?

1   **A.**   Yes, ma'am.

2   **Q.**   Okay.  "In the back" meaning console area; correct?

3   **A.**   Yes, ma'am.

4   **Q.**   Okay.  And at that point you indicated you arrested

5   Dante Bailey for the marijuana; right?

6   **A.**   Yes, ma'am.

7   **Q.**   And there was a scale; correct?

8   **A.**   Yes, ma'am.

9   **Q.**   Okay.  And it was -- and it was his car, you said.  So you

10   thought, okay, I've got the right person; right?

11   **A.**   Yes, ma'am.

12   **Q.**   And he says to someone you later learned to be Ivan Potts

13   something to the effect of, Ivan, take your charge; right?

14   **A.**   Yes, ma'am.

15   **Q.**   All right.  And, you know, of course, we already know he

16   didn't have a weapon, so he wasn't threatening Ivan Potts with

17   a weapon to get him to take a charge; right?

18   **A.**   Correct.

19   **Q.**   And you wanted to test whether Ivan Potts, who had owned

20   up to the marijuana, was actually telling the truth; right?

21   **A.**   Yes, ma'am.

22   **Q.**   And the way you did that was to say, "Where was it?

23   Right?

24   **A.**   Yes, ma'am.

25   **Q.**   And he correctly told you that there was some marijuana in

1    the back console area of the car; right?

2    **A.**   He said it was in the back, ma'am.

3    **Q.**   Right.  And there was some in the back; right?

4    **A.**   But there was also additional in the front and a scale in

5    the back, ma'am.

6    **Q.**   Right.  Was the scale in the front or the back?

7    **A.**   I believe it was in the rear, ma'am.

8    **Q.**   All right.  So in the back is a scale and some marijuana,

9    and Ivan Potts tells you it's there; right?

10   **A.**   Yes, ma'am.

11   **Q.**   So he's indicating that that's his marijuana; correct?

12   **A.**   He's stating that there was marijuana in the rear; but,

13   you know, when they come in -- if you would have said that, you

14   know, all the marijuana, then it would have been a different

15   story.  Then I would have believed him.

16       But him leaving out the rest of it, I kind of like got the

17   indication that he was just there to take the charge for

18   Mr. Bailey.

19   **Q.**   Okay.  Or he was there to own up to his marijuana and the

20   front marijuana was Mr. Bailey's; right?

21   **A.**   That ain't what I believed at that time, ma'am.

22   **Q.**   And I'm asking you right now:  Ivan Potts says, "My stuff

23   is in the back"; right?

24   **A.**   He didn't say his stuff, ma'am.  He advised me that there

25   was some marijuana in the rear, and that's it.  Nowhere else in

1    the car.

2    **Q.**   And you still arrested Dante Bailey; right?

3    **A.**   Yes, ma'am.

4    **Q.**   Now, you were shown a couple of transcripts, and we heard

5    calls when you testified before the lunch hour; remember those?

6    **A.**   Yes, ma'am.

7    **Q.**   All right.  Did you prepare the transcripts for those

8    calls?

9    **A.**   No, ma'am.

10   **Q.**   The first time you saw those transcripts of those calls

11   was when, this morning?

12   **A.**   No, ma'am.

13   **Q.**   What day?

14   **A.**   I don't know the exact date, ma'am.

15   **Q.**   Okay.  But in preparation for this case; right?

16   **A.**   Yes, ma'am.

17   **Q.**   Okay.  Were you involved in listening to the call and

18   deciphering what the words were to put on a transcript?

19   **A.**   No, ma'am.

20   **Q.**   And you were not asked to, for instance, identify at the

21   top of the transcript -- remember you -- well, let me strike

22   that and go back.

23        Earlier you were asked to read the names at the top of the

24   transcript identifying whose voices they were.  Remember that?

25   **A.**   Yes, ma'am.

1   **Q.**   And I think they may have even been highlighted for you?

2   **A.**   Yes, ma'am.

3   **Q.**   Okay.  So you read what you saw; right?

4   **A.**   Yes, ma'am.

5   **Q.**   But you didn't place those names on any transcript; right?

6   **A.**   Correct, ma'am.

7   **Q.**   Okay.  And so you don't know, for instance, every person

8   that was talking in that tape; right?

9   **A.**   Correct.

10  **Q.**   Okay.  Now, I'm going to ask you a couple of things about

11  them.

12       Session No. 912, which is Exhibit B-912-T -- do you have a

13  transcript book in front of you, sir?

14  **A.**   No, ma'am, I don't.

15       **MS. WHALEN:**  This would be Page 282 of the

16  transcripts.

17       **THE COURT:**  That's 282 of the wire calls?

18       **MS. WHALEN:**  Of the wire calls.  Thank you,

19  Your Honor.

20  **BY MS. WHALEN:**

21  **Q.**   Please just let me know if you can't read it from here,

22  and we'll do it another way.

23  **A.**   Yes, ma'am.

24  **Q.**   All right.  Now, we've talked about you didn't prepare

25  this.  You were not identifying voices on this; right?

```
 1   A.   Correct.

 2   Q.   But farther down -- let's see.  I'll try to go into it.

 3        Do you see where somebody else has written "Spence"

 4   (indicating)?

 5   A.   Yes, ma'am.

 6   Q.   All right.  And that's -- that is written [reading]:

 7   Jakir ran past the car and threw the joint; right?

 8   A.   Yes, ma'am.

 9   Q.   And do you remember hearing the response to that by,

10   supposedly, Mr. Bailey that was, What the "F" word?

11        Do you remember that from the tape?

12   A.   Yes, ma'am.

13   Q.   Okay.  And there was a question mark in his inflection,

14   right, from the tape?

15   A.   On the paper, yes, ma'am, there's a question mark.

16   Q.   Do you remember the question -- the questioning nature of

17   the, What the "F" word?

18   A.   Yes, ma'am.

19   Q.   Now, further on in that particular call, I'm going to ask

20   you if you remember that the person that the transcript says

21   was Mr. Bailey talks about how -- I think it was friend or

22   friendly, and you were asked, "Do you think they're talking

23   about you?"

24        Do you remember that?

25   A.   Yes, ma'am.
```

1    **Q.**   Okay.  And the response by the person on the call was

2    basically, He wanted me to give up Dwight Jenkins on a silver

3    platter; remember that?

4    **A.**   Yes, ma'am.

5    **Q.**   Okay.  And so the content of that call is like, Hey, the

6    police wanted me to trade information with them; right?

7    **A.**   That's the call, yes, ma'am.

8    **Q.**   And that's not unusual, from your experience as a

9    detective or a sergeant out there, is that sometimes you do

10   trade information with people on the street; right?

11   **A.**   Yes, ma'am.

12   **Q.**   Okay.  And then later on in the call, do you remember

13   there being a reference to the gang squad?

14          **THE COURT:**  I'm sorry.  The what?

15          **MS. WHALEN:**  The gang squad.

16   **BY MS. WHALEN:**

17   **Q.**   Do you remember that in the call?

18   **A.**   No, ma'am.

19   **Q.**   Okay.  I'm going to also show you another place.

20          **MS. WHALEN:**  I'm going to flip to Page 288.

21   **BY MS. WHALEN:**

22   **Q.**   Can you see that okay, Sergeant?

23   **A.**   Yes, ma'am, I can.

24   **Q.**   All right.  So where I've kind of marked, do you remember

25   the conversation is they're talking about whether there was a

 1  gun that was seized?

 2  **A.**   Yes, ma'am.

 3  **Q.**   All right.  And that person by the name of Spence on the

 4  transcript says [reading]:  Man, that probably -- that probably

 5  was they gun, yo.  You know, sometimes they play like that.

 6      Right?

 7  **A.**   Yes, ma'am.

 8  **Q.**   And that means, Hey, sometimes they drop a gun or leave a

 9  gun on the scene, plant a gun; right?

10          **MS. HOFFMAN:**  Objection.

11          **THE COURT:**  Overruled.

12          **THE WITNESS:**  I don't know if he's referring to that.

13  I mean, I don't know of any nature of that doing [sic], ma'am.

14  **BY MS. WHALEN:**

15  **Q.**   Well, I guess maybe that -- then that's because you really

16  don't know -- I mean, you didn't have any involvement in this

17  transcript; right?

18  **A.**   Correct, ma'am.

19  **Q.**   Okay.  Then on here it says, according to this [reading]:

20  Bailey:  No.  They got the gun off the tire, yo, and put it in

21  the plastic bag.

22      In other words, Bailey is responding:  No.  There was a

23  gun there.  I saw them.  They put it in the plastic bag.

24      Is that a fair interpretation?

25  **A.**   Yes, ma'am.

1   Q.   Okay.  And then Bailey is also saying, I'm talking -- down

2   farther where there's a note [reading]:  I'm talking about on

3   the tire right behind us.

4        Okay?

5   A.   Yes, ma'am.

6   Q.   Now, you remember the phone call as it goes on, this

7   person by the name of Bailey, at least on the transcript, is

8   basically saying, This is what happened.  I saw it.  I saw it.

9        Right?

10  A.   I don't -- I don't remember exacts, ma'am.

11  Q.   Do you know who Jakir is?

12  A.   No, ma'am.

13  Q.   All right.  And in reference to the earlier point, Jakir

14  threw the gun there?

15  A.   I don't know -- I don't know who he is, ma'am.

16       **MS. WHALEN:**  Court's indulgence.

17       Thank you, Sergeant.

18       **THE COURT:**  Mr. Sardelli?

19       **MR. SARDELLI:**  No questions for Mr. Banks.

20       **MR. TRAINOR:**  I have no questions.

21       **MS. AMATO:**  No.  Thank you, Your Honor.

22       **MR. HAZLEHURST:**  Nothing on behalf of Mr. Davis,

23  Your Honor.

24       **MR. DAVIS:**  Nothing on behalf of Mr. Frazier.

25       **THE COURT:**  Thank you.

```
 1            Any redirect?

 2            MS. HOFFMAN:  No, Your Honor.

 3            THE COURT:  Thank you, sir.  You are excused.

 4       (Witness excused.)

 5            THE COURT:  Does the Government have another witness?

 6            MS. PERRY:  Yes, Your Honor.  The Government calls

 7   Detective Juan Diaz.

 8            THE CLERK:  Please raise your right hand.

 9         DETECTIVE JUAN DIAZ, GOVERNMENT'S WITNESS, SWORN.

10            THE CLERK:  Please be seated.

11            THE WITNESS:  Thank you.

12            THE CLERK:  Please speak directly into the microphone.

13            State and spell your full name for the record, please.

14            THE WITNESS:  My name is Detective Juan Diaz.  My

15   first name is spelled J-U-A-N, Diaz, D, as in David, I-A-Z, as

16   in zebra.

17            THE CLERK:  Thank you.

18                        DIRECT EXAMINATION

19   BY MS. PERRY:

20   Q.   Good afternoon.

21   A.   Good afternoon, counselor.

22   Q.   Where do you work?

23   A.   I work for the Baltimore City Homicide Unit.

24   Q.   And how long have you worked with the Baltimore Police

25   Department?
```

1   **A.**   18 years.

2   **Q.**   And how long have you been with the Homicide Unit?

3   **A.**   15.

4   **Q.**   What is your title with the Homicide Unit?

5   **A.**   Homicide detective.

6   **Q.**   And over the course of your 15 years as a Homicide

7   detective, approximately how many homicides have you

8   investigated as the lead or primary detective?

9   **A.**   I would say approximately 80.

10  **Q.**   Have you assisted in other homicide investigations over

11  your 15 years?

12  **A.**   Yes, ma'am.

13  **Q.**   Approximately how many?

14  **A.**   Hundreds.

15  **Q.**   Detective, I want to direct your attention to

16  November 22nd of 2012.  Were you assigned to a homicide that

17  occurred on that particular day?

18  **A.**   Yes, ma'am.

19  **Q.**   What day was November 22nd of 2012?

20  **A.**   It was Thanksgiving.

21  **Q.**   Can you tell us how you got assigned this particular

22  homicide.

23  **A.**   Yeah.  I was scheduled to work 2:00 p.m. to 11:00 p.m.

24  And I was working.  I was the up person during that rotation.

25      In the Homicide Unit, we work -- when you are the up

1  person, anything that comes in as a possible homicide or as a

2  homicide, you are the person who's going to be assigned as the

3  primary.

4       And that day when that call came into our office, I was

5  assigned to that case.

6  Q.   Approximately what time did you get the call that day?

7  A.   We received our call around 2:43 p.m.

8  Q.   And did you learn the location of the homicide?

9  A.   Yes, ma'am.

10 Q.   What was that location?

11 A.   It was right at the intersection of Forest Park and

12 Windsor Mill Road, 5200 block.

13 Q.   Did you respond to that location, the 5200 block of

14 Windsor Mill Road?

15 A.   Yes, ma'am.

16 Q.   Are you familiar with that particular location?

17 A.   Yes, ma'am.

18 Q.   Can you tell us about that location generally.

19 A.   The area is almost at the -- almost in the border with the

20 county line, Baltimore County line.  You have a BP gas station

21 right at the intersection.

22      Also, you have a baseball field right across the gas

23 station.  You have a school nearby.  It's a busy intersection,

24 a lot of vehicle traffic.

25      And, also, the gas station is a -- is also busy in terms

 1    of a lot of activity that's going on in that gas station.

 2    **Q.**   Now, I'm going to show you what's already in evidence as

 3    MAP-34.

 4         Do you recognize this exhibit?

 5    **A.**   Yes, ma'am.

 6    **Q.**   And is this the location that you responded to on

 7    November 22nd?

 8    **A.**   Yes, ma'am.

 9    **Q.**   Can you tell us where in this particular intersection in

10    the 5200 block you learned the homicide had occurred.

11    **A.**   The homicide took place right on the baseball field, which

12    is next to the North Forest Park, the closest to

13    Forest Park Avenue.

14    **Q.**   And if you could just -- you can use your finger to

15    indicate on the map the location you're talking about.

16    **A.**   Talking right here (indicating).

17    **Q.**   Now, you mentioned that you arrived at this location after

18    receiving a call that a homicide had occurred.

19         Did you later learn that there had been calls made to

20    9-1-1?

21    **A.**   Yes, ma'am; multiple calls.

22    **Q.**   I'm going to approach and show you what's been marked as

23    Government's Exhibit CAD-1, A through C.

24         **MS. PERRY:**   Permission to approach?

25         **THE COURT:**   Yes.

1   **BY MS. PERRY:**

2   **Q.**   (Handing.)

3       Detective, looking at this disc, is this a disc containing

4   certified records kept by the Baltimore Police Department of

5   9-1-1 calls?

6   **A.**   Yes, ma'am.

7   **Q.**   And have you -- are you aware that these 9-1-1 calls were

8   made at or about the time of the homicide you were

9   investigating?

10  **A.**   Yes, ma'am.

11  **Q.**   Do you know approximately what time the first 9-1-1 call

12  came in?

13  **A.**   I -- I don't recall that.

14  **Q.**   But would it have been sometime before you got the call at

15  around 2:45?

16  **A.**   Absolutely.

17  **Q.**   So I want to play for you now the first call contained on

18  Government's Exhibit CAD-1.  This is CAD-1-A.  And there's a

19  transcript of the call.  It's labeled CAD-1-AT, and it's

20  contained in the 9-1-1 call tab of the transcript binders

21  beginning on Page 1.

22       (Audio was played but not reported.)

23       **MS. PERRY:**   I'm now going to play CAD-1-B.  The

24  transcript of this is contained on the next page, Page 3 of the

25  transcript binder.

1          (Audio was played but not reported.)

2          **MS. PERRY:**  Finally, turning to CAD-1-C, the

3    transcript of which is on Page 4 of your transcript binders.

4          (Audio was played but not reported.)

5    **BY MS. PERRY:**

6    **Q.**   Detective Diaz, approximately what time did you arrive to

7    the 5200 block of Windsor Mill?

8    **A.**   We received the call around 2:43, so I would say maybe

9    between half an hour, 40 minutes.

10   **Q.**   And when you arrived, where did you go?

11   **A.**   I went straight to my crime scene right -- located on the

12   baseball field.

13   **Q.**   And when you got to that location, what, if anything, did

14   you observe?

15   **A.**   Well, you know, first, the officers, first-responding

16   officers, they -- they already -- the area is, you know,

17   secure.  And I was directed to -- to the area where the victim

18   fell after he was shot, which is near a bench located in the

19   baseball field.

20   **Q.**   And what led you to believe that that was the area where

21   the victim fell?

22   **A.**   Well, during the assessment of the crime scene, clearly

23   there was evidence there, and that's where the -- the shooting

24   took place.  And one thing is that we observed ballistic

25   evidence right there next to the bench, near the bench area,

1  and other items there that we observed and the other officer.

2      As the primary investigator, when you're going to make an

3  assessment of the crime scene, you know, you try to collect as

4  much evidence as you can, in your best judgment, that it

5  belongs to your crime scene.

6  **Q.**  And so you said that there was ballistic evidence there.

7  Specifically, were there shell casings in that area?

8  **A.**  Yes, ma'am.

9  **Q.**  Now, I believe you mentioned that you went to the location

10  where the victim fell.  Was the victim still at the location

11  when you arrived?

12  **A.**  When I arrived -- when I responded to the scene, when I

13  arrived to the scene, no, he wasn't.

14  **Q.**  Did you later learn the identity of the victim?

15  **A.**  Yes, ma'am.

16  **Q.**  Who was that?

17  **A.**  His name was Antoine Ellis.

18  **Q.**  I'm going to show you Government's Exhibit IND-28.

19      Do you recognize this person?

20  **A.**  Yes, ma'am.

21  **Q.**  Who is it?

22  **A.**  That's the deceased, the victim.

23  **Q.**  And did you learn if Mr. Ellis went by a nickname?

24  **A.**  Yes, ma'am.

25  **Q.**  What was that?

1    **A.**    Poppy [sic].

2    **Q.**    Detective, did you attend the autopsy of Mr. Ellis?

3    **A.**    Yes, ma'am.

4    **Q.**    And can you tell us the nature of the injuries to

5    Mr. Ellis, just generally.

6    **A.**    The victim received multiple gunshots to his body and

7    torso.  According to the Medical Examiner, they counted, you

8    know, approximately 13 gunshot wounds.

9    **Q.**    Were photos taken of the crime scene?

10   **A.**    Yes, ma'am.

11   **Q.**    I want to show you, first, what is marked as

12   Government's Exhibit CS-1-1.

13        Can you tell us what we're looking at here.

14   **A.**    Yes, ma'am.  Right here (indicating), we're looking at

15   Forest Park.  And straight down between these two trees

16   (indicating), you can see the bench and the baseball field,

17   right in this location right there (indicating).

18   **Q.**    Indicating right in the center of the photo where we can

19   see a bench?

20   **A.**    Yes, ma'am.

21   **Q.**    And where was this photograph taken from?

22   **A.**    So I believe it was taken from standing on Forest Park,

23   almost in front of the -- on the corner of Forest Park and

24   Windsor Mill.

25   **Q.**    I'm going to show you CS-1-2.  Can you first tell us what

1   we're looking at here.

2   **A.**   Yes.   Right here you can -- it's a photo of the bench and

3   the baseball field and the fence.

4   **Q.**   And using CS-1-2, can you tell us the location that the

5   homicide occurred.

6   **A.**   Took place in this area right there (indicating).

7   **Q.**   Indicating right near the bench in the center of the

8   photo?

9   **A.**   Yes, ma'am.

10  **Q.**   And from this perspective, which street is this photograph

11  looking towards?

12  **A.**   So on the left side of the photo, where you see the gas

13  station right here (indicating), this is Forest Park.   And

14  right in the other side, straight down right there

15  (indicating), that's Windsor Mills.

16  **Q.**   Turning your attention to CS-1-3, can you tell us what

17  we're looking at here.

18  **A.**   Here you see the crime scene.   You see the bench.   And you

19  can clearly see the devices that we use to mark evidence on the

20  ground by our crime lab technicians where it indicates where

21  evidence was located and recovered.

22  **Q.**   And so just to be clear, the little yellow squares we're

23  looking at in this photograph are markers of some kind?

24  **A.**   Yes.

25  **Q.**   Now, was evidence recovered?   Did you actually recover

1    items from this particular location?

2    **A.**    The crime lab technician did.

3    **Q.**    I'm going to show you, first, what is marked as CS-1-4.

4         What are we looking at here?

5    **A.**    Here you can see the markers a little bit closer.  The

6    markers are numbers on here, which indicates ballistic

7    evidence.  In this case it was casings.

8    **Q.**    And were you able to determine what kind of casings those

9    were?

10   **A.**    Yes, ma'am.

11   **Q.**    What kind of casings were they?

12   **A.**    It was 9-millimeter casings.

13   **Q.**    Now, looking at CS-1-5, what are we looking at here?

14   **A.**    Here it says -- I believe it is -- I don't know if that's

15   a 1 or that's an I.  That depends.

16        But if it's a 1, you can see the casing right here.

17        **MS. AMATO:**  Objection; speculative.

18        **THE COURT:**  Overruled.

19        **THE WITNESS:**  If it's a 1, you can see right here

20   between that square, there's a casing right here on the floor,

21   on the ground.

22   **BY MS. PERRY:**

23   **Q.**    And could you just circle it with your finger what you're

24   describing.

25   **A.**    (Witness complies.)

*DIAZ - DIRECT*

Q.   Thank you.

Turning now to CS-1-6, can you tell us what we're looking at here.

A.   Yeah.  This is Marker No. 2, and you can see a casing right there (indicating).

Q.   CS-1-7, can you describe what we're looking at here.

A.   Yeah.  This is a Marker No. 3, and there's a casing right there (indicating).

Q.   CS-1-8, can you tell us what we're looking at here.

A.   This is Marker No. 4, and you can see another casing in this area (indicating).

Q.   CS-1-9, what are we looking at here, Detective.

A.   This is Marker No. 5, another casing that was located and recovered.

Q.   Turning to CS-1-10, what are we looking at here?

A.   It is Marker No. 6, and you can see a casing right here (indicating).

Q.   CS-1-11, can you tell us what we're looking at here.

A.   Yes, ma'am.  This is Marker No. 7, and you can see a casing right there (indicating).

Q.   CS-1-12, what are we looking at here?

A.   This is Marker No. 8, and you can see the casing right there (indicating).

Q.   And finally, CS-1-13, can you tell us what we're looking at here.

1    **A.**    Yes, ma'am.  This is Marker No. 9.

2    **Q.**    And would Marker No. 9 have indicated ballistic evidence

3    as well?

4    **A.**    It should be evidence as well, yes, ma'am.

5    **Q.**    Now, Detective Diaz, did you return to the crime scene

6    after November 22nd of 2012?

7    **A.**    Yes, ma'am.

8    **Q.**    Why did you return to the crime scene after that day?

9    **A.**    You know, as an investigator, when you go -- you want to

10   return back to the crime scene, take a look, examine it again.

11   Maybe you missed something.  Maybe you can find additional

12   evidence.

13   **Q.**    And when you returned, was anything additional recovered?

14   **A.**    Yes, ma'am.

15   **Q.**    What did you recover?

16   **A.**    Another casing, 9-millimeter casing.

17   **Q.**    I'm going to show you CS-1-14.

18          Can you tell us what we're looking at in CS-1-14.

19   **A.**    Yeah.  You can see the casing right there (indicating).

20   **Q.**    Detective, in addition to looking at the physical evidence

21   in the case, did you attempt to obtain any surveillance or

22   determine whether or not there were surveillance cameras in the

23   area?

24   **A.**    Yeah.  During the course of the investigation, we --

25   there's -- we respond -- I responded to the gas station, BP gas

1    station.  And, in fact, they have exterior surveillance

2    cameras, and we actually reviewed the cameras from the gas

3    station.

4    **Q.**   And did you actually obtain a copy of the video from the

5    gas station?

6    **A.**   Yes, ma'am.

7    **Q.**   And after you obtained and reviewed the video from the gas

8    station, did you determine or attempt to determine if there was

9    video anywhere else?

10   **A.**   Yes, ma'am.  Once we -- during the course of the

11   investigation, we also went to the community that's next to the

12   baseball field, which was the direction where the suspect,

13   after the shooting, he ran to.  And that's the

14   Gwynnbrook Apartments.

15        And actually, the first building right there in the

16   community is the leasing office, and actually the leasing

17   office also have exterior cameras.

18   **Q.**   And so were you able to watch and obtain surveillance

19   video from that location?

20   **A.**   Yes, ma'am.

21   **Q.**   Okay.  I'm going to show you a disc which is marked as

22   SF-3, Government's Exhibit SF-3 (handing).

23        Detective, does this contain a compilation of the

24   surveillance footages that you just described?

25   **A.**   Yes, ma'am.

1  Q.   And did you have an opportunity to review the footage

2  that's on SF-3 before coming to court today?

3  A.   Yes, ma'am.

4  Q.   And is it a fair and accurate compilation of the footage?

5  A.   Yes, ma'am.

6  Q.   So before I turn to playing the footage, I just want to

7  ask a few more questions.  And I want to look back at MAP-34.

8       Now, I believe you described obtaining footage from one of

9  the other locations.  Can you tell us where that location was

10  indicated on -- using MAP-34.

11  A.   Okay.  So you can see the BP gas station right here

12  (indicating), in this area here (indicating).  And then you can

13  see the Gwynnbrook Townhomes right here (indicating).  And the

14  first building, that's where the leasing office is located,

15  right there (indicating).  And that's where we recovered the

16  exterior footages, surveillance footages.

17  Q.   I'm going to show you Government's Exhibit CS-1-15.

18       Can you tell us what we're looking at here.

19  A.   Yeah.  Here we're looking at the crime scene from -- and

20  we are looking at -- on the right side is Forest Park

21  (indicating) and then on the left side right here (indicating),

22  this is in the direction towards the townhomes, the

23  Gwynnbrook Apartments.

24  Q.   And just to be clear, the location you're indicating is

25  towards the sort of top left of the photograph?

1    A.    Yes, ma'am.

2    Q.    Okay.  And finally, I'm going to show you

3    Government's Exhibit MAP-4.

4         Can you tell us what we're looking at here.

5    A.    Yes, ma'am.  So right here, this is the leasing office

6    (indicating).  This first building on the middle of the

7    picture, this is the leasing office of the Gwynnbrook Apartment

8    Community Townhomes.

9    Q.    And using MAP-4, can you indicate where the BP gas station

10   is.

11   A.    Yes.  The BP gas station, you can clearly see it right

12   there (indicating).  And right in the middle right here

13   (indicating), you can see the baseball field.  And if you look

14   right between the -- those trees, right in the middle in this

15   area (indicating), you can see the fence, chain link fence and

16   the bench location.

17   Q.    So a couple more questions before I turn to the video

18   itself.  Detective, did you receive property from the victim

19   from this day, from November 22nd of 2012?

20   A.    Once the victim was transported to Sinai Hospital and

21   pronounced deceased, yes, one of the officers received clothing

22   and recovered that clothing from the victim, and it was

23   submitted to evidence control.

24   Q.    And were you able to determine what clothing the victim

25   was wearing on that day?

1    A.    Yes, ma'am.

2    Q.    Can you describe what clothing the victim was wearing.

3    A.    He was wearing some blue jeans.  He was wearing like a

4    black jacket, some type of light-colored shirt, and a white

5    knit cap (indicating) on his head.

6    Q.    So now I do want to turn to SF-3.

7        (Video played.)

8    BY MS. PERRY:

9    Q.    And I'm going to just pause it here at the very beginning

10   for a second and start by asking you:  Where -- what are we

11   looking at here?

12   A.    So this is an exterior camera from the BP gas station,

13   clearly looking at the pumps right here (indicating).

14       This individual right in the middle with the big images

15   with the back towards the camera with the knit cap, that's

16   Antoine Ellis, the victim.

17   Q.    And where is the baseball field in relation to what we're

18   looking at here?

19   A.    So the baseball field is -- if you look at the -- it's

20   right here in this area, this green area just above the gas

21   pump (indicating).

22   Q.    So now I'm going to play about five minutes of the video.

23       Oh, before I do that, let me ask you one other question.

24       I believe you testified earlier that you got the call

25   about the homicide at about 2:45 p.m.

1    Looking here at the timestamp, can you tell us what it

2  says.

3  **A.**    Yeah.  It says -- first is the date, 11/22 of 2012.  The

4  time says 2:50:40 p.m.

5  **Q.**    And what can you tell us about that timestamp.

6  **A.**    During the investigation, when we reviewed the footages,

7  it's clearly that the time on the video was one hour fast.

8  **Q.**    So I'm going to play about five minutes of this video.

9  **A.**    Yes, ma'am.

10    (Video played.)

11  **BY MS. PERRY:**

12  **Q.**    I'm going to pause it here.

13    Detective, were you able to see where the individual in

14  the white hat went?

15  **A.**    Yes.

16  **Q.**    Where did he go?

17  **A.**    He left.  He walked towards Forest Park.  Actually, you

18  can see it right there (indicating), that black dot.

19  **Q.**    As sort of walking out of view of the camera?

20  **A.**    Yes.

21  **Q.**    So I'm going to jump ahead now to about 11 minutes into

22  the video, 11 minutes and 25 seconds.

23    (Video played.)

24  **BY MS. PERRY:**

25  **Q.**    And I want to draw your attention to the same area of the

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1    screen, sort of the top right corner.

2    **A.**    Yes, ma'am.

3    **Q.**    And do you see two individuals walking towards the camera

4    here?

5    **A.**    Yes, ma'am.

6    **Q.**    And can you just tell us what the individual on the

7    left -- pausing here for a moment -- the individual on the left

8    of the screen, does he appear to be wearing a white cap?

9    **A.**    Yes, ma'am.

10   **Q.**    And what does the individual on the right appear to be

11   wearing?

12   **A.**    A gray hoodie, gray pants.

13   **Q.**    I'm going to play it for a couple more minutes.

14        (Video played.)

15   **BY MS. PERRY:**

16   **Q.**    Detective, can you see the two individuals at the very top

17   of the screen?

18   **A.**    Yes, ma'am.

19   **Q.**    And, again, the person on the left in the white hat, who

20   is that?

21   **A.**    That's the victim, Antoine Ellis.

22   **Q.**    And -- thank you.

23        And in what direction are they traveling?

24   **A.**    They're walking toward -- they just crossed Forest Park,

25   and they're right now walking on the field towards the baseball

1    field.

2    **Q.**   I'm going to pause it here and jump ahead to about 20

3    minutes into the video.

4         (Video played.)

5    **BY MS. PERRY:**

6    **Q.**   And drawing your attention to the individual on the left

7    side of your screen --

8    **A.**   Yes, ma'am.

9    **Q.**   Did you see his reaction just then?

10   **A.**   Yes, ma'am.

11   **Q.**   And what did you believe his reaction was to?

12        **MR. ENZINNA:**   Objection, Your Honor.

13        **THE COURT:**   Sustained.

14        **MS. PERRY:**   I'm just going to keep playing from here.

15   **BY MS. PERRY:**

16   **Q.**   I'm going to pause here for a second.

17        What are we looking at here?  What area?  What direction

18   are we looking in, rather?

19   **A.**   Right now, this is cameras from the Gwynnbrook Townhomes,

20   right here (indicating).  This is the camera located in the

21   front of the leasing office.

22   **Q.**   Okay.  I'm going to play it from here.

23        (Video played.)

24   **BY MS. PERRY:**

25   **Q.**   Detective, I'm doing to stop the video here and turn back

1    to MAP-4.

2         The individual who we just observed in the video, can you

3    just describe, using MAP-4, the direction of travel we saw.

4    **A.**   Yes, ma'am.  So he came from the baseball field area

5    (indicating) towards -- towards the townhomes, the leasing

6    office.  He passed right by this area right here (indicating),

7    this area right here (indicating), and then he made a left turn

8    and came across right here (indicating).

9    **Q.**   Thank you.

10        Now, I'm going to just turn your attention to SF-3-A.

11        Do you recognize this?

12   **A.**   Yes, ma'am.  That is the victim, Antoine Ellis.

13   **Q.**   And is this a still shot from the video that we just

14   watched?

15   **A.**   Yes, ma'am.

16   **Q.**   And SF-3-B, again, what are we looking at here?

17   **A.**   The victim.

18   **Q.**   SF-3-C?

19   **A.**   Yes, ma'am.

20   **Q.**   Is this a still shot from the video that we just watched?

21   **A.**   Yes, ma'am.

22   **Q.**   And SF-3-D, is this another still shot of the video?

23   **A.**   Yes, ma'am.

24   **Q.**   Now, Detective, in the course of your investigation, did

25   you become familiar with an individual by the name of

1   Dontray Johnson?

2   **A.**   Yes, ma'am.

3   **Q.**   I'm going to show you IND-53.

4        Do you recognize this person?

5   **A.**   Yes, ma'am.

6   **Q.**   Who is this?

7   **A.**   That is Mr. Johnson.

8   **Q.**   And I'm putting him up on the right side of the screen or

9   that Exhibit IND-53 up on the right side of the screen and

10  SF-3-D on the left side of the screen.

11       Now, Detective, were you able to tell if the person in the

12  video was consistent in size and stature with Mr. Johnson?

13            **MR. ENZINNA:**   Objection, Your Honor.

14            **THE COURT:**   I guess you need to lay a little more

15  foundation.

16  **BY MS. PERRY:**

17  **Q.**   Detective, over the course of your investigation, did you

18  become familiar with Mr. Johnson's physical characteristics?

19  **A.**   Yes, ma'am.

20  **Q.**   And were you aware of how he appeared?

21  **A.**   Yes, ma'am.

22  **Q.**   And based on that, would you -- did you form an opinion as

23  to whether or not the individual in SF-3-D was similar in size

24  and stature with Mr. Johnson?

25  **A.**   Yes, ma'am.

1   **Q.**   And what was your opinion?

2   **A.**   It was very similar.

3   **Q.**   Now, Detective, you've told us that you've been a Homicide

4   detective with the Baltimore Police for about 15 years.

5   Does the Baltimore Police Department keep statistics on

6   how many homicides occur each year?

7   **A.**   Yes, ma'am.

8   **Q.**   And are those numbers sometimes reported in the media?

9   **A.**   Yes.

10   **Q.**   Are you aware of whether any such reporting occurred close

11   in time to this homicide?

12   **A.**   Yes.

13   **Q.**   What can you tell us was reported.

14   **A.**   In the media that we were 198 homicides at the time.

15   **Q.**   Now, I want to show you what has already come into

16   evidence as SM-2 as an excerpt from Dontray Johnson's Facebook

17   page.

18   **MR. ENZINNA:**   Your Honor, we have an objection to

19   this.  May we approach?

20   **THE COURT:**   All right.

21   (Bench conference on the record:

22   **MR. ENZINNA:**   Your Honor, I believe where this is

23   going is this is -- this is part of the -- Mr. Johnson's

24   Facebook page where he -- you see the post here?  It says, "198

25   and Rising"?

1          **THE COURT:**  Right.

2          **MR. ENZINNA:**  On that date, on November 22nd, 2012.

3          **THE COURT:**  Right.

4          **MR. ENZINNA:**  I don't know what this witness is going

5    to say about this.  I don't believe this witness was involved

6    in compiling these exhibits or -- I mean, I believe he's going

7    to be asked to offer an opinion as to whether or not this

8    refers to the number of murders in Baltimore at that time, and

9    I don't think he's qualified to --

10         **THE COURT:**  I don't know whether he would be asked

11   that opinion.  I would assume not.

12         **MS. PERRY:**  I'm going to simply ask him to read it.

13         **MR. ENZINNA:**  Will you ask him further posts in time?

14         **MS. PERRY:**  Yes.  I simply plan to ask him to read --

15         **THE COURT:**  To read it.  You're not going to ask him

16   what it refers to.

17         **MS. PERRY:**  Correct.

18         **THE COURT:**  It will be for the jury.

19         Thank you, sir.

20         **MR. ENZINNA:**  Thank you.

21         **THE COURT:**  Okay.)

22      (Bench conference concluded.)

23   **BY MS. PERRY:**

24   **Q.**   So I believe I was telling you I was going to show you

25   SM-2, which is -- has already come into evidence as an excerpt

1    of the Facebook business records of Dontray Johnson, and I'm

2    going to turn to Page 2, first, of SM-2 and direct your

3    attention here just to the red box in the center of your

4    screen.

5        And starting here at the bottom, can you tell us what the

6    date is next to the word "posted."

7    **A.**   It says [reading]:  2012-11-22nd.  In other words,

8    November 22nd, 2012.

9    **Q.**   And was that the date of the homicide you were

10   investigating?

11   **A.**   Yes, ma'am.

12   **Q.**   And what does it say next to status?

13   **A.**   [Reading]:  198 and rising -- rising.

14   **Q.**   Now, looking just above that, can you tell us the date of

15   the post above that.

16   **A.**   November 23rd, 2012.

17   **Q.**   And can you just read the status for us.

18   **A.**   It says [reading]:  Time to go.  Batman has work to do.

19   The city has to be cleaned up from it bullshitter and

20   boots-lickers.  I love Gotham City.  Ckooock, doo, doo, doo,

21   hi, hi, hi, hi, dummies, love you, bro.

22   **Q.**   Now, I'm going to turn your attention again to SM-2.  This

23   time I'm going to put up on the left Page 18, and on the right

24   I'm going to put up Page 19 of SM-2.

25       And I want to start by drawing your attention on Page 18

1  down here.  Can you tell us the date that this top thing is

2  posted.

3  **A.**   November 24th, 2012.

4  **Q.**   And can you read the status.

5  **A.**   It says [reading]:  Nigga told me I am one of the loyal --

6  loyalist young nigga.  He knows, then -- he knows, then, gave

7  me a couple of hunnids.  I said, What is this for?  He said,

8  For being you.  Started to give me -- started to give it back,

9  but I ain't want to be rude.

10  **Q.**   And then looking over here to Page 19 at the top, was

11  there a post by user Dante Great One?

12  **A.**   Yes, ma'am.

13  **Q.**   And what was the text?

14  **A.**   [Reading]:  Oh, yeah.

15  **Q.**   And was there another post by user Gambino.

16  **A.**   Yes, ma'am.

17  **Q.**   And what was that text?

18  **A.**   [Reading]:  Yeah, I love you, bro.

19  **Q.**   I'm going to turn your attention back to SM-2, Page 20,

20  for just a moment and focus back in on the red box.

21       Now, you read the top status and the bottom status.  Is

22  there text in the middle of the screen here under "User,

23  Tone Hoodstar Hawkins"?

24  **A.**   Yes, ma'am.

25  **Q.**   And what does that text say?

*DIAZ - CROSS*

```
 1   A.    [Reading]:  What mobbin', big brova?

 2              MS. PERRY:  Thank you, Detective.

 3              Court's indulgence.

 4              Nothing further.  Thank you.

 5              THE COURT:  All right.  Thank you.

 6              Mr. Enzinna.

 7                        CROSS-EXAMINATION

 8   BY MR. ENZINNA:

 9   Q.    Good afternoon, Detective.

10   A.    Good afternoon, counselor.

11   Q.    Let me start where we left -- where you left off on this

12   page of SM-2.  This is the post 11/23/2012 at 36:50 UTC.

13         Do you see that?

14   A.    Yes, sir.

15   Q.    What is UTC?

16   A.    I don't know, sir.

17   Q.    Is 36:50 the time?

18   A.    Could be 12 -- 12:00 a.m., :36 a.m.

19   Q.    Okay.  Now, you were asked about this comment in the

20   middle here, Tone Hoodstar Hawkins.

21         Who is that?

22   A.    I don't know, sir.

23   Q.    Now, I think you testified earlier that this SM-2 was

24   Mr. Dontray Johnson's Facebook account?

25   A.    I'm sorry, sir?
```

*DIAZ - CROSS*

1  Q.   Did you testify earlier that this exhibit, SM-2, is

2  Dontray Johnson's Facebook account?

3  A.   Yes, sir.

4  Q.   Okay.

5  A.   Known as Gambino, yeah.

6  Q.   So when the account says "posted," that means it's

7  something that the user is putting up on the account; correct?

8  A.   Yes, sir.

9  Q.   So those would be by Mr. Johnson; correct?

10 A.   Yes, sir.

11 Q.   All right.  Now, you were also showed two pages earlier,

12 Page 19, right here, right, of the exhibit?

13      Do you remember that?

14 A.   Yeah.

15 Q.   And you were showed Page 18 of the exhibit; correct?

16 A.   Yes, sir.

17 Q.   Now, Page 18, if you look up here in the corner, is

18 Page 604 (indicating); correct?

19 A.   Yes, sir.

20 Q.   And Page 19, up here in the corner is Page 605

21 (indicating); correct?

22 A.   Yes, sir.

23 Q.   And now Page 20, Page 607 (indicating); correct?

24 A.   Yes, sir.

25 Q.   So that means Page 606 is missing; correct?

1    **A.**    I don't -- it wasn't showed to me.

2    **Q.**    Well, if 607 is 20 and 605 is 19, that means 606 is

3    missing; correct?

4              **MS. PERRY:**  Objection.

5              **THE COURT:**  Sustained.

6    **BY MR. ENZINNA:**

7    **Q.**    All right.  Now, let's look here on Page 19 of the

8    exhibit.  Here is a post at the very top here.  It says

9    [reading]:  User:  Dante Great One.  Text:  Oh, yeah.

10        Do you see that?

11   **A.**    Yes, sir.

12   **Q.**    And this was the time of that post, 11/26/12?

13   **A.**    I'm sorry.  Say that again.

14   **Q.**    Is this the date and time of that post, 11/26/12?

15   **A.**    11/26/12.

16   **Q.**    15:32?

17   **A.**    15:32, yes, sir.

18   **Q.**    So that's four days after the murder; correct?

19   **A.**    I'm sorry?

20   **Q.**    Four days after the murder?

21   **A.**    Based on this, yes, sir.

22   **Q.**    Okay.  And you believe that's -- Mr. Bailey posted that?

23   **A.**    Yes, sir.

24   **Q.**    And he said, "Oh, yeah"?

25   **A.**    Yes, sir.

1      **MS. WHALEN:**  Court's indulgence.

2      **MR. ENZINNA:**  Excuse me, Your Honor.

3      **THE COURT:**  Sure.

4      (Counsel conferred.)

5  **BY MR. ENZINNA:**

6  **Q.**   Detective Diaz, are you familiar with a homicide victim in

7  Baltimore in November 2012 named Donnell Johns [sic]?

8  **A.**   November 2012?

9  **Q.**   Yes.

10 **A.**   What date?

11 **Q.**   I believe it may have been the 22nd.

12      **MS. PERRY:**  Objection, Your Honor.

13      **THE COURT:**  Do you want to approach the bench.

14      (Bench conference on the record:

15      **THE COURT:**  Relevance?

16      **MR. ENZINNA:**  The relevance is that it's my

17 understanding that Mr. Johnson's nephew was killed around the

18 same time and that the one ninety -- "198 and rising" may be

19 referring to the nephew.

20      **THE COURT:**  Okay.

21      **MS. PERRY:**  And that's fine, Your Honor, though I

22 don't have any reason to believe that this detective has any

23 knowledge of that or ability to answer.

24      **THE COURT:**  Right.  He may say he knows nothing about

25 it, and then that's the answer.  But if that's your basis for

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

```
 1    asking, that's fine.
 2            MS. WHALEN:  I think you said "Johns" instead of
 3    "Johnson.")
 4        (Bench conference concluded.)
 5    BY MR. ENZINNA:
 6    Q.   Detective, I'm sorry.  I misspoke.  The name of the murder
 7    victim was Donnell Johnson.
 8        Are you familiar with that victim?
 9    A.   No, sir.
10            MR. ENZINNA:  All right.  Thank you very much.
11            Nothing further, Your Honor.
12            THE COURT:  All right.  Thank you.
13            Any other questions?
14        (No response.)
15            THE COURT:  Any redirect?
16            MS. PERRY:  No, Your Honor.  Thank you.
17            THE COURT:  Thank you very much, sir.
18            THE WITNESS:  Thank you, Your Honor.
19            THE COURT:  You are excused.
20        (Witness excused.)
21            THE COURT:  All right.  I'm assuming this might be a
22    good time for the mid-afternoon break.
23            MS. HOFFMAN:  Sure.  Thank you.
24            THE COURT:  So the ladies and gentlemen of the jury
25    are excused.
```

```
 1          (Jury left the courtroom at 3:40 p.m.)

 2          THE COURT:  And, Ms. Perry, just one comment.  Perhaps

 3   this is all going to be tied up later.  There was a lot of

 4   video with not a lot happening, so . . .

 5          MS. PERRY:  Yes, Your Honor.

 6          THE COURT:  Okay.  We'll excuse the gallery.

 7          And who's up after the break?

 8          MS. HOFFMAN:  The Government will be calling

 9   Detective Richard Moore, another Homicide detective.

10          THE COURT:  Okay.  And after that?

11          MS. HOFFMAN:  He is our last witness for today.  I

12   think we may even go -- I'm hoping we'll get done by 5:00; but

13   we may go a few minutes past 5:00, depending on cross as well.

14          THE COURT:  All right.  We'll take the recess.

15       (Recess taken.)

16          THE COURT:  All right.  Ready for the jury.

17          Do we have our witness?

18       (Jury entered the courtroom at 4:03 p.m.)

19          THE COURT:  Do you have another witness?

20          MS. HOFFMAN:  The Government calls

21   Detective Richard Moore.

22          THE CLERK:  Please raise your right hand.

23          DETECTIVE RICHARD MOORE, GOVERNMENT'S WITNESS, SWORN.

24          THE CLERK:  Please be seated.

25          Please speak directly into the microphone.
```

*MOORE - DIRECT*

1          State and spell your full name for the record, please.

2          **THE WITNESS:**  My name is Detective Richard Moore.   My

3    name is spelled R-I-C-H-A-R-D, M-O-O-R-E.

4          **THE CLERK:**  Thank you.

5                    DIRECT EXAMINATION

6    **BY MS. HOFFMAN:**

7    **Q.**   Good afternoon, Detective Moore.

8    **A.**   Good afternoon.

9    **Q.**   Where are you employed?

10   **A.**   Baltimore City Police Department.

11   **Q.**   And what's your unit and title?

12   **A.**   I'm a Homicide detective.

13   **Q.**   How long have you worked for the Baltimore Police

14   Department?

15   **A.**   Approximately 14 and a half years.

16   **Q.**   And where did you work before that?

17   **A.**   I worked with the Housing Authority police force.

18   **Q.**   How long did you work for the Housing Authority?

19   **A.**   14 years.  It was from 1990, September, to October 2004.

20   And I've been with the Baltimore City from 2004, October, to

21   current.

22   **Q.**   How long have you been a Homicide detective?

23   **A.**   Since 2011.

24   **Q.**   And approximately how many homicides would you say that

25   you've investigated?

*MOORE - DIRECT*

1   **A.**   Homicides in which I'm the primary detective?

2   **Q.**   Sure, let's start with that.

3   **A.**   53.

4   **Q.**   And approximately how many homicide investigations have

5   you been involved in?

6   **A.**   Over 500.

7   **Q.**   I want to direct your attention to September 29th of 2015.

8        Were you the lead detective on a homicide that occurred on

9   that day?

10  **A.**   Yes, ma'am.

11  **Q.**   And who was the victim of that homicide?

12  **A.**   Brian Johnson.

13  **Q.**   I'm showing you Government's Exhibit IND-51.

14       Who are we looking at there?

15  **A.**   That's Brian Johnson.

16  **Q.**   And did you learn whether he went by any nicknames?

17  **A.**   They called him Nutty B.

18  **Q.**   Approximately what time did the murder happen on

19  September 29th of 2015?

20  **A.**   Our department received notification at 3:15,

21  approximately 3:15 p.m.

22  **Q.**   And where was the crime scene located?

23  **A.**   The 5200 block of Windsor Mill Road.

24  **Q.**   I'm going to show you Government's Exhibit MAP-34.

25       And can you point on this map to approximately where the

1  crime scene was.

2  **A.**   Yes.  You can see where I'm pointin' from here?

3  **Q.**   You should be able to touch your screen in front of you,

4  and it will come up on the screen.

5  **A.**   Okay.  I touched it.

6  **Q.**   Oh, I see.  So it looks like you made a little dot near

7  the BP gas station; is that right?

8  **A.**   Yes; just around the side of the BP gas station.

9  **Q.**   Did you respond to the crime scene?

10  **A.**   I did, but it was later on.  We didn't get notification

11  about the victim actually dying until it was 8:10 p.m.

12  **Q.**   Where did you go first?

13  **A.**   I went to Sinai Hospital.  And I met with the victim's

14  next of kin, who was Ronea Johnson, his mother.  And then I

15  responded over to the crime scene.

16  **Q.**   And maybe -- you might have just mentioned this, but what

17  was the victim's condition when you responded to the crime

18  scene?  Had he passed away?

19  **A.**   Yes.  Dr. Parks pronounced him deceased at, I believe it

20  was 6:53 p.m.

21  **Q.**   Was there any evidence recovered from -- well, first, let

22  me ask you this:  Did you attend the autopsy of the victim?

23  **A.**   Yes.  It was the next day, on September the 30th, 2015.

24  Dr. Locke was the doctor, the pathologist.

25  **Q.**   And can you tell me, just generally speaking, what were

 1    the nature of Mr. Johnson's wounds or wound.

 2    **A.**   He had a single gunshot wound.  It entered through the

 3    left side, front side of his body, went through, I think, his

 4    liver, his stomach, and then through his kidney; came out

 5    his -- the left side of his left flank.

 6    **Q.**   I want to turn back to the crime scene.

 7         Was there any evidence recovered from the scene?

 8    **A.**   There was a .40-caliber cartridge case that was recovered

 9    from the scene.

10    **Q.**   And --

11    **A.**   And there was also like a green Buick LeSabre that was

12    recovered from the scene or towed from the scene and also the

13    victim's vehicle, which was, I think, a 2002 Lexus, car.

14    **Q.**   Were there any surveillance cameras in that area?

15    **A.**   Yes, ma'am.

16    **Q.**   And were you able to collect surveillance footage?

17    **A.**   Yes, ma'am.

18    **Q.**   And where was surveillance footage collected from?

19    **A.**   There's a check cashing -- there's a Windsor

20    Check Cashing Express that's located at 5209 Windsor Mill Road.

21    They have two interior cameras that face the parking lot where

22    the homicide happened.  And they also have four exterior

23    cameras.  One is located directly in the rear of the store,

24    which is the 5200 block of Muth Street, and then there is one

25    on the side of the store.  And then there's two in the front.

1  **Q.**   And was there another establishment where surveillance

2  footage was collected from?

3  **A.**   Yes, ma'am.  It was called the Convenient Food Market, and

4  in that location they had interior cameras that faced out

5  through the glass storefront.

6  **Q.**   I'm showing you Government's Exhibit CS-5-2.

7       And can you tell us what we're looking at here.

8  **A.**   Okay.  That's the check cashing at Windsor Express and the

9  Convenient Food Market.

10  **Q.**   And are those the two establishments where surveillance

11  footage was recovered from?

12  **A.**   Yes, ma'am.

13  **Q.**   And can you tell us what, if any, relevance this vehicle

14  has right here (indicating) --

15  **A.**   The victim --

16  **Q.**   -- to your investigation?

17  **A.**   -- was located in the backseat of this vehicle.

18  **Q.**   Did you -- well, let me show you Government's

19  Exhibit CS-5-3.

20       And what are we looking at here?

21  **A.**   It's the same vehicle from a different angle.  It's a

22  green Buick LeSabre.  It's a 1999.  That's the year.

23  **Q.**   I'm going to show you Government's Exhibit CS-5-5.

24       And what are we looking at here?

25  **A.**   Detective Jimmy Dease, the Convenient Food Market in which

1    the incident occurred in front of.  You could see the broken

2    glass where the victim -- after he was shot, he fell through

3    this window and landed inside the store on his back.

4    **Q.**   And I'm going to show you Government's Exhibit CS-5-6.

5         And what are we looking at here?

6    **A.**   That's a closer view, and you can see actually inside the

7    store through the broken glass.  You can see suspected blood on

8    the ground, and you can see the broken glass and the sign that

9    was in the window that fell onto the floor when the victim fell

10   through the glass window.

11   **Q.**   And Government's Exhibit CS-5-7, what are we looking at

12   here?

13   **A.**   That's an interior still photo from the video of the same

14   locations, just from the inside of the store showing the same

15   area of the floor, the glass, the suspected blood where the

16   victim was found.

17   **Q.**   And CS-5-8, what are we looking at here?

18   **A.**   Different angle, still photo from the -- from inside the

19   store showing the same location, just a different angle.

20   Everything is the same.

21   **Q.**   And Government's Exhibit CS-5-9, what are we looking at

22   here?

23   **A.**   That's the cartridge case that was recovered.

24   **Q.**   And, finally, CS-5-10, what are we looking at here?

25   **A.**   Okay.  That's looking from the side angle of the store.

 1  You actually can see cameras on the side wall there.  That's

 2  the side of the Check Cashing Express.

 3  **Q.**   And can you tell us what this is with the green awning

 4  here (indicating).

 5  **A.**   That's the BP gas station.

 6  **Q.**   Did you review the footage on the surveillance camera

 7  systems that you just mentioned?

 8  **A.**   Yes, ma'am.

 9  **Q.**   I'm going to approach and show you Government's

10  Exhibit SF-7.  (Handing.)

11       Do you recognize that exhibit?

12  **A.**   Yes, ma'am.

13  **Q.**   And what is it?

14  **A.**   It's -- it's actually a video footage from both locations

15  on this disc.

16  **Q.**   And is it a fair and accurate compilation of the video

17  surveillance footage you've just been discussing?

18  **A.**   Yes, ma'am.

19  **Q.**   I'm going to play you some of that footage.  But before I

20  do that, I want to show you Government's Exhibit IND-53.

21       Are you familiar with this person?

22  **A.**   Yes, ma'am.  That's Dontray Johnson, a/k/a Gambino,

23  a/k/a Bino, a/k/a Tray.

24  **Q.**   And did you have an occasion to speak with him in person

25  during your investigation?

1    **A.**    Yes, ma'am.

2    **Q.**    And when was that?

3    **A.**    October the 4th.

4    **Q.**    2015?

5    **A.**    2015.

6    **Q.**    And what were the circumstances in which you talked to

7    him?

8    **A.**    He was arrested, and he was brought to our office.  And I

9    attempted to do -- conduct an interview with him.

10   **Q.**    When you met with him in person, were you able to observe

11   his height and his build?

12   **A.**    Yes.

13   **Q.**    Were you able to observe how Dontray Johnson walked?

14   **A.**    Yes.

15   **Q.**    All right.  I'm going to show you Government's

16   Exhibit IND-58.

17          Do you recognize that individual?

18   **A.**    Yes, ma'am.

19   **Q.**    Who is that?

20   **A.**    That's Melvin Lashley.

21   **Q.**    And did you have an occasion to speak with him in person

22   during your investigation?

23   **A.**    Yes, ma'am.

24   **Q.**    And do you remember when that was?

25   **A.**    It was October the 19th, 2015, if I'm not mistaken.

1   Q.   When you spoke to Mr. Lashley, were you able to observe

2   his height and his build?

3   A.   Yes.

4   Q.   Were you able to observe how he walked?

5   A.   Yes, ma'am.

6   Q.   All right.  I'm going to pull up Government's

7   Exhibit SF-7, which you identified as the surveillance video

8   footage.

9        And I'm going to play you some clips of the footage

10  beginning from seven minutes of this recording.

11       (Video played.)

12  BY MS. HOFFMAN:

13  Q.   And I'm going to pause it here for a minute.

14       Can you read the date and timestamp up here in the corner

15  (indicating).

16  A.   This is 9/29/2015, Tuesday, p.m., 3:06:37.

17  Q.   And when you watched this video surveillance footage --

18  well, first of all, which establishment is this video

19  surveillance footage from?

20  A.   That's from the Windsor Check Cashing Express.

21  Q.   And when you watched the footage there, were you able to

22  determine whether the timestamp was accurate?

23  A.   Yes.  It's fairly accurate.

24  Q.   I'm going to keep playing a bit.

25       (Video played.)

1   BY MS. HOFFMAN:

2   **Q.**   Do you see this gentleman on the left here wearing black

3   clothing (indicating)?

4   **A.**   Yes, yes, ma'am.

5   **Q.**   And can you indicate -- have you reviewed this footage

6   before coming in here today?

7   **A.**   Yes, ma'am; several times.

8   **Q.**   And can you tell us, for the record, what, if any, role he

9   has in the homicide that we're about to see, in the footage

10  we're about to see.

11  **A.**   He's the shooter.

12  **Q.**   I'm going to keep playing.

13       (Video played.)

14  BY MS. HOFFMAN:

15  **Q.**   I'm going to pause here.  Obviously, we just switched

16  camera angles.  Can you tell us which camera we're viewing

17  here.

18  **A.**   That's the camera that's inside the food mart, the

19  Convenient Food Market.

20  **Q.**   And would you mind reading the date and time here

21  (indicating).

22  **A.**   It says 9/29/2015, 2:04 p.m.

23       That -- that time is about an hour off.

24  **Q.**   Is it an hour behind or ahead?

25  **A.**   Behind.

1   **Q.**   Behind.   Thank you.

2         I'm going to continue playing.

3         (Video played.)

4   **BY MS. HOFFMAN:**

5   **Q.**   And can you tell us again what, if any, role this

6   individual here (indicating) had in the shooting we just saw.

7   **A.**   The guy gettin' inside the car is the shooter; inside the

8   silver Acura is the shooter.

9   **Q.**   That was going to be my next question as to whether you

10  could describe that car.   You said it's a silver Acura?

11  **A.**   Yeah; four-door, tinted windows, sunroof.

12  **Q.**   I'm going to continue playing.

13        (Video played.)

14  **BY MS. HOFFMAN:**

15  **Q.**   Now we're switching to a different camera angle.

16        (Video played.)

17  **BY MS. HOFFMAN:**

18  **Q.**   I'm going to pause here and skip ahead.

19        (Video played.)

20  **BY MS. HOFFMAN:**

21  **Q.**   And I believe you testified earlier about this vehicle

22  here (indicating).   And can you explain what happened with this

23  vehicle.

24  **A.**   It was -- an unknown person drove the vehicle to the front

25  of the store.   Two people then carried the victim from the

1    store, from the Convenient Food Market, and put him in the

2    backseat of the vehicle.  And then they left the victim in the

3    backseat of the vehicle and they left.  The medic came a

4    little -- short period of time after that.

5    **Q.**   I'm going to continue playing.

6        (Video played.)

7            **MS. HOFFMAN:**  Now we're looking at a different camera

8    angle.

9        (Video played.)

10   **BY MS. HOFFMAN:**

11   **Q.**   Detective Moore, I'm going to approach and show you

12   Government's Exhibits SF-7, A through Z.   (Handing.)

13       And can you tell me, generally speaking, what you're

14   looking at there.

15   **A.**   These are still photos from the surveillance camera that's

16   located inside the Convenient Food Market.

17   **Q.**   Just let me know when you're ready.

18   **A.**   I'm ready.

19   **Q.**   I'm going to pull up Government's Exhibit SF-7-A.

20       And I'm also going to pull up Government's Exhibit IND-53,

21   which we looked at a minute ago.

22       Based on your in-person observations of Mr. Johnson on the

23   right, of his height and build and the way he walked, were you

24   able to determine whether he's consistent or inconsistent with

25   the shooter in this video, who you identified as the person

1   over here in all black (indicating)?

2   **A.**   Yes.   That's Dontray, Dontray Johnson.

3   **Q.**   I'm going to show you Government's Exhibit SF-7-D, and

4   what are we looking at here?

5   **A.**   It's Dontray Johnson again.

6   **Q.**   Government's Exhibit SF-7-T, and what are we looking at,

7   the still photo on the left here?

8   **A.**   That's Dontray Johnson shootin' at Brian Johnson right

9   before he fell through the window.   He had his arm extended

10  with the gun inside his right hand.

11  **Q.**   I'm going to show you Government's Exhibit SF-7-U.   And

12  what are we looking at SF-7-U on the left here?

13  **A.**   That's Dontray Johnson getting ready to come inside the

14  Convenient Food Market.

15       There's another person over to the left who I recognize,

16  too.

17  **Q.**   Okay.   And we may get to him in a minute.

18       Let me show you SF-7-V.

19  **A.**   That's Dontray Johnson when he [sic] inside the store from

20  a different angle.

21  **Q.**   And SF-7-Y.   And what are we looking at here?

22  **A.**   That's Dontray Johnson outside the store pointin' the gun

23  at Brian Johnson as he's falling through the glass window.

24  **Q.**   And, finally, SF-7-Z.

25  **A.**   That's same -- same view; just Brian Johnson is further

1   through the window, the broken-glass window and Dontray Johnson

2   is outside walking away, but he's still pointin' the gun in the

3   direction of Brian Johnson.

4   **Q.**   I'm going to show you Government's Exhibit SF-7-D.

5       And were you ever able to identify this person

6   (indicating)?

7   **A.**   No, ma'am.

8   **Q.**   I'm going to show you Government's Exhibit SF-7-E.  So,

9   again, you are not able to identify this person (indicating)?

10  **A.**   No, ma'am.

11  **Q.**   And I'm going to show you SF-7-F.

12      And what are we looking at here?

13  **A.**   It's the still photo from the surveillance camera footage.

14  Three black males are inside the photo.

15  **Q.**   And SF-7-G.

16  **A.**   It's the same camera.  Now it's two black males inside the

17  photo.

18  **Q.**   I'm going to show you Government's Exhibit IND-56.

19      Do you recognize that individual?

20  **A.**   Yes, ma'am.

21  **Q.**   Who is that?

22  **A.**   That's Dominic Kane, a/k/a Fish, a/k/a Craig.

23  **Q.**   And I'm going to show you Government's Exhibit SF-7-H.

24      And looking at SF-7-H on the left side of the screen, were

25  you able to determine whether the person in the black hat and

 1   black T-shirt here (indicating) is consistent or inconsistent

 2   with the person you've identified as Dominic Kane or Fish or

 3   Craig?

 4   **A.**   Yes.   That's Dominic Kane.

 5   **Q.**   I'm going to show you Government's Exhibit SF-7-I.

 6        And what are we looking at there on the left side of the

 7   screen?

 8   **A.**   Just him -- same view, camera view, just Dominic Kane a

 9   little further inside the store.

10   **Q.**   And, for the record, was Mr. Kane one of the people who --

11   was he in the group of people who confronted the victim prior

12   to his death in the video we just saw?

13   **A.**   Yes.   He actually was the person that hit the victim, and

14   then he started fightin' with the victim right before

15   Dontray Johnson shot him.

16   **Q.**   And I'm showing you Government's Exhibit SF-7-W.

17        And what are we looking at here?

18   **A.**   That's Dominic Kane as he's walkin' inside the

19   Convenient Food Market.

20   **Q.**   I'm going to show you Government's Exhibit SF-7-J.

21        I'm also going to pull up Government's Exhibit IND-58,

22   which you identified a few minutes ago as Melvin Lashley.

23        Based on your in-person observations of Mr. Lashley, were

24   you able to determine whether this individual here in the black

25   baseball cap and black T-shirt (indicating) was consistent or

1  inconsistent with Mr. Lashley?

2  A.   That's Melvin Lashley.  Yes.

3  Q.   And I'm going to show you Government's Exhibit SF-7 --

4  well, I'm sorry.

5       For the record, can you tell us in the video we just

6  watched, was Mr. Lashley one of the people who confronted the

7  victim before he was shot?

8  A.   He was standing directly in front of the victim when the

9  victim walked up to the front of the store.  He was standing

10  right there when Dominic Kane hit the victim and they started

11  fightin'.  He was standing there the entire time.  Even when

12  Dontray Johnson pulled out the gun and shot the victim through

13  the window, he was standing there.  And then he walked away

14  with -- in the same direction as Dominic Kane.

15  Q.   I'm going to show you Government's Exhibit SF-7-K.

16       And what are we looking at there?

17  A.   Yes.  That's Melvin Lashley with his hat turned backwards

18  inside the store camera.  It's a still photo of Melvin Lashley.

19  Q.   And Government's Exhibit SF-7-Q, what are we looking at

20  here?

21  A.   That's Melvin Lashley with his phone in his right hand

22  looking down at the victim laying on the floor.

23  Q.   And Government's Exhibit SF-7-R, what are we looking at

24  here?

25  A.   Pretty much the same thing, Melvin Lashley with the phone

 1   in his hand looking down at the victim.

 2   **Q.**   And Government's Exhibit SF-7-S.

 3   **A.**   Melvin Lashley.

 4   **Q.**   As part of your investigation into this homicide, did you

 5   review jail recordings of potential relevance to the murder?

 6   **A.**   Yes, ma'am.

 7   **Q.**   And did you find anything of relevance?

 8   **A.**   Yes, ma'am.

 9   **Q.**   I'm going to play you some calls from Government's

10   Exhibit JAIL-1, which has come into evidence as a disc of

11   certified jail recordings.

12        And I'm going to start with Call J-29, which the jurors

13   can find on Page 96 of their transcript binders behind the

14   jail call tab.

15        And before we start, would you mind reading the inmate

16   name here (indicating).

17   **A.**   Adrian Spence.

18   **Q.**   And would you mind reading the date of the call.

19   **A.**   It's August 23rd, 2015.

20   **Q.**   I'm going to first play just the first 39 seconds of this

21   call.

22        (Audio was played but not reported.)

23   **BY MS. HOFFMAN:**

24   **Q.**   And now I'm going to skip to 8 minutes and 13 seconds into

25   this call.

1          And before I do that, I should have asked you:  The date

2     that you just read, August 23rd of 2015, when is that relative

3     to the murder we've been talking about?

4     **A.**   It was a month and six days before the murder, or

5     approximately six days.  Maybe seven, 'cause I think there's 31

6     days in August.

7     **Q.**   Picking up from 8 minutes and 13 seconds.

8          (Audio was played but not reported.)

9     **BY MS. HOFFMAN:**

10    **Q.**   And I'm going to pause it there.

11         And turning to the first page of this transcript, did you

12    hear when the female speaker said [reading]:  Tiffany came home

13    and then Gutta out here sending threats and shit, talking about

14    "N" words gotta give up $150 every week?

15    **A.**   Yes.

16    **Q.**   And is there anyone who came up in the course of your

17    investigation who went by the name Gutta?

18    **A.**   Yes.

19    **Q.**   Who is that?

20    **A.**   Dante Bailey.

21    **Q.**   And was there anyone in your investigation who came up

22    with the name Tiffany?

23    **A.**   Yes.

24    **Q.**   And who is that?

25    **A.**   His wife, Tiffany Bailey.

1  **Q.**  Did you also have occasion to listen to a recorded jail

2  visit?

3  **A.**  Yes.

4  **Q.**  I'm going to show you Government's Exhibit MISC-4, which

5  has come into evidence as a certified log of Dante Bailey's

6  jail visits.  And I'm going to show you Page 5.

7       Could you read the first entry that's blown up here on the

8  screen.

9  **A.**  Sure.  It says [reading]:  9/29/2015, 19:30 hours, which

10  is 7:30 p.m.

11      Got [reading]:  Family/friend, Dontray Samuel Johnson,

12  friend/acquaintance.

13      And it says -- Cliftview Avenue is the address that's used

14  for him.  And then --

15  **Q.**  Thank you.

16      Did you listen to the recording of the corresponding jail

17  visit to this entry?

18  **A.**  Yes, ma'am.

19  **Q.**  I'm going to play for you Call J -- or Recording J34,

20  which the jurors can find at Page 110 of the jail call tab of

21  their transcript binders.

22      I'm going to start the recording at 55 seconds in or

23  thereabouts.

24      (Audio was played but not reported.)

25  **BY MS. HOFFMAN:**

1    **Q.**   Now, I just want to pause it for a minute.

2         You mentioned that you met with Dontray Johnson in person.

3    Are you able to recognize his voice in this recording?

4    **A.**   Yes.   That's Dontray Johnson talking and Dante Bailey.

5         (Audio was played but not reported.)

6    **BY MS. HOFFMAN:**

7    **Q.**   And was there someone who came up in your investigation

8    who went by the name of Craig?

9    **A.**   Dominic Kane, a/k/a Fish, a/k/a Craig.

10        (Audio was played but not reported.)

11   **BY MS. HOFFMAN:**

12   **Q.**   In the course of your experience as a -- your 14-some

13   years' experience as a Baltimore Police Department officer, are

14   you familiar with the term "girl" or "girls"?

15   **A.**   Yes.

16   **Q.**   And do you know what that refers to?

17   **A.**   It's a street slang for cocaine.   Usually they'll just say

18   "girl."   They usually don't put an S on the end.

19        (Audio was played but not reported.)

20   **BY MS. HOFFMAN:**

21   **Q.**   I'm going to skip ahead.   I've just stopped at 9 minutes

22   and 22 seconds.   And I'm going to skip ahead to 16 minutes and

23   50 seconds.

24        (Audio was played but not reported.)

25             **MS. HOFFMAN:**   And let me see if I can figure out the

 1   page number.

 2          This is Page 116 of the transcript, of the jail

 3   recordings tab.

 4        (Audio was played but not reported.)

 5   **BY MS. HOFFMAN:**

 6   **Q.**   And I'm stopping at 17 minutes and 19 seconds.  And I'm

 7   going to skip ahead to 21 minutes and 4 seconds, which is

 8   Page 119 in that tab.

 9        (Audio was played but not reported.)

10   **BY MS. HOFFMAN:**

11   **Q.**   And I'm pausing at 22 minutes, 33 seconds.  And I'm going

12   to skip ahead to 26 minutes and 58 seconds, which is Page 121.

13        (Audio was played but not reported.)

14   **BY MS. HOFFMAN:**

15   **Q.**   I'm putting up the first page of the transcript here.  And

16   can you tell what the date and time of this recording is

17   (indicating).

18   **A.**   It was September the 29th at 19:30 hours, which is

19   7:30 p.m.

20   **Q.**   And when is that in relation to the murder?

21   **A.**   It's after the murder.  The same day, but after the

22   murder.

23   **Q.**   I'm turning to the second page of the transcript.  Did you

24   hear when Johnson said [reading]:  Yeah, he -- he -- he slapped

25   him first?

1  **A.**    Yes.

2  **Q.**    And did you hear when he said Craig slapped him first?

3  **A.**    Yes.

4  **Q.**    Did you hear when Johnson said he was trying to fight

5  back?

6  **A.**    Yes, ma'am.

7  **Q.**    Page 3 of the transcript, did you hear when --

8          **MS. WHALEN:**  Objection, Your Honor.

9          **THE COURT:**  Do you want to come up to the bench.

10         **MS. WHALEN:**  We can.  Certainly.

11      (Bench conference on the record:

12         **MS. WHALEN:**  I would suggest it's improper use of the

13  transcript.  The evidence is the recording.  And what the

14  Government is attempting to do is say, Did you hear?  And

15  instead of using the recording, they're using the transcript,

16  which is just an aid of what's in the recording.

17         So since we've gone over it and they've seen the

18  transcript, heard the call, I would suggest it's improper use.

19         **MS. HOFFMAN:**  So, Your Honor, there is one part of the

20  call, as you heard, that is muffled whispering.  And this

21  particular detective, we've -- he's listened to this recording

22  probably dozens of times, and so I did want to ask him about

23  that portion and ask him if he heard what's in this transcript.

24  He assisted in preparing it.

25         **THE COURT:**  I think it was clear when you asked him

1   the question that it's what he heard on the recording.  He's

2   saying that he thinks the transcript is accurate, but it's got

3   to be what he heard on the recording.

4        **MS. WHALEN:**  But I think it's what the jury hears and

5   not what this officer hears.  So now what we're going into is

6   this officer heard that; and, therefore, the jury must hear it.

7   And I think he's invading the province of the jury at this

8   point in evaluating the evidence.

9        **MS. HOFFMAN:**  Well, I mean, we could play that portion

10  of the call again.  I know that Ms. Whalen had earlier objected

11  to us playing that portion of the call again.

12        I do think it's important and that this witness has

13  listened to it over and over again and is confident that that

14  is what he's heard him saying, and so I would like to either

15  play it again or ask him whether the transcript here is correct

16  and if that's what he heard.

17        **THE COURT:**  I think it's appropriate generally when

18  you're authenticating and you're saying the transcript, there's

19  usually someone who testifies that they've listened to the call

20  and they believe the transcript is accurate.

21        I'm happy to remind the jury that what they hear is

22  what controls and not what the witness heard.  And if they can

23  do something different than what they heard --

24        **MS. WHALEN:**  And so would the Government be limited

25  to:  Have you reviewed the transcript?  You reviewed the call,

and you believe that the transcript's accurate?  As opposed to what she wants to do is go back over the specific words in the whispering portion and ask him --

THE COURT:  She's going to be allowed to highlight certain portions out of the transcript.  This is a very lengthy and complex case.  There are pieces of the evidence that are of greater significance and/or may require greater explanation than others of it.  There are a couple of passages that she wants to ask him about, and you all can do the same thing.

MS. WHALEN:  I guess that's my next question with the timing.  Would we do cross today?

THE COURT:  Do you know what the witness's schedule is --

MS. HOFFMAN:  I think I have --

THE COURT:  -- or how much more you have?

MS. HOFFMAN:  -- maybe another five minutes.

THE COURT:  Okay.  Do you have an idea of how long you would be?

MS. WHALEN:  I don't know exactly.  I'm digesting how much I do given Your Honor's ruling.

THE COURT:  Well, I think we should rather finish him and recess for the day unless you're aware of some absolute reason that he can't come back.

MS. HOFFMAN:  No.  I think we can finish with him in five minutes, and we're happy to go longer if defense would

1   like or bring him back in the morning.  Whatever works.

2          **THE COURT:**  Would you prefer that he come back in the

3   morning?

4          **MS. WHALEN:**  I think so, if he can.

5          **THE COURT:**  Okay.  Sure.)

6      (Bench conference concluded.)

7   **BY MS. HOFFMAN:**

8   **Q.**   Detective Moore, I wanted to focus your attention on

9   Page 4 of the transcript here.  It's about 7 minutes, 20

10  seconds into the recording we just listened to.

11         Have you listened to this recording a number of times?

12  **A.**   Yes.

13  **Q.**   And have you reviewed this transcript?

14  **A.**   Yes.

15  **Q.**   And is this transcript -- does this transcript reflect

16  what you heard in the recording?

17  **A.**   Yes, ma'am.

18  **Q.**   And did you hear Mr. Bailey say [reading]:  I told you

19  about this.  Blow his fucking head off.  Blow another "N"

20  word's head off.  I said I'm through with 'em.  Don't play with

21  'em.  Make 'em scared?

22  **A.**   Yes, ma'am.

23         **THE COURT:**  Let me just take this opportunity, of

24  course, to remind the jury that the recording is what is the

25  evidence, not the transcript.  And the ultimate question is

1    what you all hear on the recording.  That's the evidence, what

2    you hear.  The transcript is just an aid.

3    **BY MS. HOFFMAN:**

4    **Q.**   Detective Moore, I'd like to play you one more call, and

5    this is Call J-34.

6           **MS. HOFFMAN:**  It's on Page 110 of the jurors'

7    transcript binders behind the jail recordings tab.

8           **THE COURT:**  What page?

9           **MS. HOFFMAN:**  It should be Page 110 behind the jail --

10   oh, no.  I'm sorry.  I just went to the same exact thing that I

11   just did.

12          What I meant was, I'm sorry, J-36, which is on

13   Page 130 of the jail call tab.

14          **THE COURT:**  130.  Okay.

15          **MS. HOFFMAN:**  Yes.

16   **BY MS. HOFFMAN:**

17   **Q.**   And I believe you testified earlier, Detective Moore, that

18   Dontray Johnson was arrested on October 4th of 2015; is that

19   right?

20   **A.**   That's correct.

21   **Q.**   And did you have occasion to listen to any jail calls that

22   Dontray Johnson made after his arrest?

23   **A.**   Yes.

24   **Q.**   And I'd like to, before I start playing the call, ask you

25   if you could read the inmate name for this call.  I'm so sorry.

*MOORE - DIRECT*

1    **A.**    Inmate name is Dontray Johnson.

2    **Q.**    And can you tell us the date.

3    **A.**    October the 7th, 2015.

4    **Q.**    And about how long is that after the murder of Nutty B?

5    **A.**    Eight days.

6    **Q.**    I'm going to play you, first, just a short snippet from

7    23 seconds to 30 seconds.

8         (Audio was played but not reported.)

9    **BY MS. HOFFMAN:**

10   **Q.**    And I'm going to skip ahead to 10 minutes and 25 seconds.

11        (Audio was played but not reported.)

12   **BY MS. HOFFMAN:**

13   **Q.**    Detective Moore, were you able to recognize the voice of

14   the male speaking in that call?

15   **A.**    Yes, ma'am.

16   **Q.**    And who is it?

17   **A.**    Dontray Johnson.

18   **Q.**    And did you hear when Mr. Johnson said [reading]:  I need

19   you to go over there and holler at yo?

20   **A.**    Yes.

21   **Q.**    Did you hear when he said [reading]:  Tell him I need 500

22   or a thousand or something to my lawyer?

23   **A.**    Yes.

24   **Q.**    And did you hear when he said [reading]:  His name Dirt?

25   **A.**    Yes.

 1          **MS. HOFFMAN:**  I have no further questions.

 2          **THE COURT:**  All right.  Ladies and gentlemen, I think

 3   it's a bit late to start on cross-examination.  Will you be

 4   able to come back tomorrow, sir?

 5          **THE WITNESS:**  Yes, ma'am.

 6          **THE COURT:**  Okay.  All right.  We're going to start by

 7   excusing the -- ah, before I excuse the ladies and gentlemen, I

 8   just want to tell you one thing more about the schedule.

 9          We will have a full day tomorrow.  I'll ask you to

10   come back at 10:00.

11          On Wednesday I am asking you -- it will just be a half

12   a day.  It will be the afternoon.  I will be asking you to come

13   back Wednesday at 2:00.  So you will not be here in the morning

14   on Wednesday.

15          And then Thursday it's a full day again.

16          And you will not be here on Friday.  Okay?

17          So that's the schedule for the week.

18          So for right now, thank you very much.  Have a good

19   evening.  Leave your notes here.  Don't talk about the case.

20   And we'll see you at 10:00 tomorrow.

21       (Jury excused at 5:14 p.m.)

22          **THE COURT:**  All right.  Thank you.

23          The witness can be excused.

24          Thank you, sir.

25          **THE WITNESS:**  Okay.

1         (Witness excused.)

2         THE COURT:  All right.  And the gallery is free to

3    leave.

4         Actually, before I excuse everyone else, can you give

5    us an idea of witnesses after the detective finishes.

6         MS. HOFFMAN:  Yes.  So after Detective Moore, it will

7    be Dr. James Laron Locke.  He's a Medical Examiner.

8         And then we believe the next witness will be Don Rudy,

9    a Special Agent who forensically examined or assisted with the

10   forensic examination of the phones, cell phones in the case.

11        The next witness will be Mark Fisher, a detective,

12   Baltimore County detective, and then another Baltimore County

13   Detective named Trae Corbin.

14        THE COURT:  Okay.  Any issues that anybody anticipates

15   particularly as to those, any of those witnesses?

16        MS. WHALEN:  Your Honor, we have a signed stipulation

17   that I think is right here for the Medical Examiner by all

18   parties.

19        THE COURT:  Oh.

20        MS. HOFFMAN:  Your Honor, we had let counsel know over

21   the weekend, we have now met with the Medical Examiners.  And

22   Dr. Locke has -- well, two of them have kind of shifted things

23   around in order to be here today, and we didn't go over

24   anything from the autopsy with the detectives who testified

25   today.  And so we do, at the very least, intend to call

1    Dr. Locke tomorrow.

2           But in addition, what we had told defense counsel is

3    that, given that we've now met with the Medical Examiners and

4    they've taken time out of their busy lives to prepare to

5    testify, that we would stipulate to the Medical Examiners if

6    the defendants are willing to stipulate to the chemists.

7           **THE COURT:**  All right.  Well, you all can continue

8    those conversations.  Otherwise, we'll hear from Dr. Locke

9    tomorrow, at least.

10          Anything else?

11          **MS. HOFFMAN:**  I did just want to flag for Your Honor

12   that we believe that the first ballistic expert, James Wagster,

13   may testify.  As early as this Thursday, we might get to him.

14   So I just wanted to put that on the radar.

15          **THE COURT:**  Ballistics.  Okay.  I've got ballistics

16   here.

17          Cell site, is that this week?

18          **MS. HOFFMAN:**  I think that won't be until next week.

19          **THE COURT:**  Next week.  Okay.

20          **MS. WHALEN:**  I think this -- I will be speaking for

21   everyone that -- can we get some exhibits for the agent who

22   assisted in the cell phones?  'Cause I think everyone's

23   cell phone was intercepted, and we have no idea what that agent

24   will be doing.

25          **THE COURT:**  Okay.

1           **MS. HOFFMAN:**  Sure.  So the -- Don Rudy, we will be

2   qualifying -- asking to qualify him as an expert, and we've

3   given the defense counsel certifications; and I know 214

4   certifications for all the cell phones in the case.

5           And so what we plan to do with him actually was not to

6   go through any of the cell phone excerpts, but he has carefully

7   reviewed all of them and compared them to the full extraction

8   reports for all of the phones that we'll be introducing.

9           And so the plan is simply to have him testify

10  regarding the examination, the general practices used to

11  examine those phones, and the fact that the excerpts that we

12  are introducing are accurate excerpts from the cell phone

13  extraction reports.

14          But we will not be having him -- so he will talk about

15  all, I believe it's 16 of the cell phone excerpts inasmuch as

16  he'll say that they're accurate portions of the extraction

17  reports, but he won't be walking through the actual text.

18          **THE COURT:**  Okay.  All right.  Anything else?

19          All right.  Then we'll be in recess until 10 o'clock

20  tomorrow.

21          (Court adjourned at 5:19 p.m.)

22

23

24

25

```
                    INDEX - GOVERNMENT'S EVIDENCE

WITNESS                      DR         CR        RDR      RCR

DET. JASON DiPAOLA            4        42, 47      58       --

JARRUD DIXON                 61        78, 82      --       --

SGT. FRANK FRIEND, JR.       95         125        --       --

DET. JUAN DIAZ              140         165        --       --

DET. RICHARD MOORE          171         --         --       --
```

I, Douglas J. Zweizig, RDR, CRR, do hereby certify that the foregoing is a correct transcript from the stenographic record of proceedings in the above-entitled matter.

_____/s/_____

Douglas J. Zweizig, RDR, CRR, FCRR
Registered Diplomate Reporter
Certified Realtime Reporter
Federal Official Court Reporter
DATE:  November 13, 2019

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

BY MR. ENZINNA: [14] 47/14
48/18 50/8 51/3 52/4 53/19
54/17 55/3 57/16 78/17 165/8
167/6 168/5 169/5
BY MR. SARDELLI: [3] 42/18
46/3 46/12
BY MR. TRAINOR: [2] 82/22
84/4
BY MS. HOFFMAN: [36] 95/10
99/10 102/5 103/20 105/21
106/18 107/2 107/6 107/19
108/9 108/21 109/2 110/19
171/6 179/12 180/1 180/14
181/4 181/14 181/17 181/20
182/10 187/23 188/9 189/25
190/6 190/11 190/20 191/5
191/10 191/14 195/7 196/3
196/16 197/9 197/12
BY MS. PERRY: [26] 4/22
10/13 12/18 13/16 14/7 16/10
19/10 30/7 30/17 41/25 58/16
61/20 68/3 140/19 144/1 145/5
149/22 155/8 156/11 156/24
157/15 158/5 158/15 158/24
160/16 162/23
BY MS. WHALEN: [5] 125/18
135/20 137/16 137/21 138/14
MR. DAVIS: [3] 58/12 86/23
139/24
MR. ENZINNA: [32] 18/23
47/12 48/16 51/1 52/1 53/18
55/1 55/20 56/1 56/6 56/17
56/21 57/1 57/4 57/10 57/12
57/14 58/1 78/15 82/17 119/16
158/12 160/13 161/18 161/22
162/2 162/4 162/13 162/20
168/2 168/16 169/10
MR. HAZLEHURST: [5] 3/9 4/1
58/9 86/21 139/22
MR. SARDELLI: [4] 46/2 47/9
82/19 139/19
MR. TRAINOR: [5] 58/5 83/22
84/3 86/17 139/20
MS. AMATO: [4] 58/7 86/19
139/21 149/1
MS. HOFFMAN: [67] 3/6 60/5
60/21 87/6 87/16 87/22 88/2
88/8 88/21 88/23 88/25 89/3
89/5 90/7 90/9 91/13 92/22
92/25 93/20 94/23 99/8 105/16
107/4 108/13 108/18 109/4
109/8 109/21 110/11 110/16
111/1 111/18 111/21 112/17
113/22 116/23 117/25 118/9
118/24 119/6 119/12 120/14
123/15 123/24 124/21 138/10
140/2 169/23 170/8 170/11
170/20 182/7 190/25 192/19
193/9 194/14 194/16 194/24
196/6 196/9 196/15 198/1
199/6 199/20 200/11 200/18
201/1
MS. PERRY: [43] 4/10 10/10
12/15 13/14 14/4 16/7 19/5
30/5 30/14 41/23 42/10 42/14
50/6 50/25 53/15 54/16 55/13
58/14 59/14 59/24 61/9 78/11

78/13 83/10 83/14 83/16 87/1
118/4 118/18 140/6 145/24
144/23 145/2 158/14 162/12
162/14 162/17 165/2 167/4
168/12 168/21 169/16 170/5
MS. WHALEN: [39] 87/7 87/11
87/21 87/25 88/3 88/9 90/19
91/2 91/15 93/14 94/20 102/1
103/18 112/1 112/8 112/18
115/7 116/3 123/25 124/18
125/4 125/16 135/15 135/18
137/15 137/20 139/16 168/1
169/2 192/8 192/10 192/12
193/4 193/24 194/10 194/19
195/4 199/16 200/20
THE CLERK: [17] 4/13 4/15
4/20 61/11 61/13 61/18 95/1
95/3 95/8 125/13 140/8 140/10
140/12 140/17 170/22 170/24
171/4
THE COURT: [174] 3/3 3/7
3/19 4/2 4/5 4/12 10/12 12/17
13/15 14/3 16/9 19/2 30/3
41/24 42/12 42/16 45/25 46/11
47/10 48/17 50/7 51/2 52/2
53/16 55/2 55/14 55/16 55/24
56/3 56/9 56/20 56/22 57/3
57/7 57/11 57/13 58/3 58/6
58/8 58/11 58/13 59/15 59/17
59/19 59/22 60/2 60/7 60/13
60/16 60/18 61/6 61/8 68/1
78/14 82/20 83/11 83/21 83/24
84/1 86/20 86/24 87/2 87/5
87/9 88/19 88/22 88/24 89/2
89/4 90/5 90/8 90/16 90/20
92/24 93/18 94/18 94/22 99/9
102/2 103/19 108/17 109/6
109/19 110/1 110/12 110/14
110/18 111/2 111/7 111/20
111/23 112/3 112/6 113/21
115/1 115/23 116/22 117/23
118/2 118/7 118/11 118/22
119/4 119/10 119/13 120/13
121/25 123/23 124/13 124/20
125/3 125/10 125/15 135/17
137/14 138/11 139/18 139/25
140/3 140/5 143/25 149/18
158/13 160/14 161/20 162/1
162/3 162/10 162/15 162/18
162/21 165/5 167/5 168/3
168/13 168/15 168/20 168/24
169/12 169/15 169/17 169/19
169/21 169/24 170/2 170/6
170/10 170/14 170/16 170/19
192/9 192/25 193/17 194/4
194/12 194/15 194/17 194/21
195/2 195/5 195/23 196/8
196/14 198/2 198/6 198/22
199/2 199/14 199/19 200/7
200/15 200/19 200/25 201/18
THE WITNESS: [16] 4/18 14/5
52/3 59/16 61/16 95/6 102/3
125/14 138/12 140/11 140/14
149/19 169/18 171/2 198/5
198/25

$

$10 [1] 44/15
$120 [1] 72/13

$150 [1] 188/14
$158 [1] 40/20
$500 [2] 41/6 45/11
$519 [1] 41/6

'

'cause [3] 105/6 188/5 200/22
'em [8] 67/23 67/24 68/6
77/15 98/16 195/20 195/21
195/21

.

.40 [1] 174/8

/

/s [1] 202/12

0

0267 [1] 1/4

1

10 [3] 150/15 176/24 197/10
10 o'clock [1] 201/19
100 percent [1] 23/12
101 [1] 1/24
10:00 [1] 198/10
10:00 tomorrow [1] 198/20
10:04 a.m [1] 3/2
10:06 a.m [1] 4/4
11 [4] 106/12 150/18 156/21
156/22
11 o'clock [1] 106/11
11/22 [1] 156/3
11/23/2012 [1] 165/12
11/26/12 [3] 167/12 167/14
167/15
110 [3] 189/20 196/6 196/9
116 [1] 191/2
119 [1] 191/8
11:00 p.m [2] 95/24 141/23
11:06 p.m [1] 106/12
11:17 a.m [1] 60/12
11:39 a.m [1] 61/7
12 [6] 64/24 150/24 165/18
167/12 167/14 167/15
12 minutes [1] 30/13
121 [1] 191/12
125 [1] 202/5
12:00 a.m [1] 165/18
12:57 p.m [1] 111/6
12th [3] 31/1 31/6 31/21
13 [5] 147/8 150/24 187/24
188/7 202/15
130 [2] 196/13 196/14
14 [4] 151/17 151/18 171/15
171/19
14-some [1] 190/12
140 [1] 202/6
14th [1] 83/7
15 [8] 32/21 40/1 40/2 141/3
141/6 141/11 153/17 161/4
15-second [1] 124/25
1500 [1] 6/12
15:32 [2] 167/16 167/17
16 [4] 33/9 33/17 190/22
201/15
165 [1] 202/6
17 [1] 191/6
171 [1] 202/7

**1**

17A [2]   41/22 42/7
17B [2]   41/22 42/7
17C [2]   41/22 42/7
18 [7]   64/2 118/6 141/1
 163/23 163/25 166/15 166/17
18th [4]   87/22 95/23 106/3
 125/21
19 [9]   24/6 118/6 163/24
 164/10 166/12 166/20 167/2
 167/7 191/6
1900 [3]   96/3 96/8 126/1
198 [4]   161/14 161/24 163/13
 168/18
1990 [1]   171/19
1999 [1]   175/22
19:30 [1]   191/18
19:30 hours [1]   189/9
19th [3]   107/10 108/1 178/25
1A [1]   1/9

**2**

20 [10]   59/25 60/2 118/6
 131/9 131/20 158/2 164/19
 166/23 167/2 195/9
20 feet [1]   131/21
20-some [2]   101/19 110/23
2002 [1]   174/13
2004 [2]   171/19 171/20
2008 [1]   17/9
2009 [3]   20/10 65/2 65/4
2011 [2]   20/8 171/23
2012 [27]   5/11 5/13 5/16 7/7
 7/13 16/21 42/22 47/17 47/20
 48/8 49/3 58/22 58/25 119/11
 119/17 141/16 141/19 151/6
 154/19 156/3 162/2 163/8
 163/16 164/3 165/12 168/7
 168/8
2012-11-22nd [1]   163/7
2013 [2]   64/16 82/11
2014 [20]   48/20 48/23 64/10
 64/15 64/17 68/14 68/16 69/13
 69/23 75/16 78/19 79/19 80/5
 80/6 80/6 80/12 80/15 80/17
 82/9 84/23
2015 [23]   60/25 61/2 87/22
 95/21 95/23 106/3 107/10
 108/1 113/24 125/21 172/7
 172/19 173/23 178/4 178/5
 178/25 179/16 180/22 187/19
 188/2 189/9 196/18 197/3
2016 [7]   5/12 31/1 31/6 31/21
 43/3 59/3 83/7
2019 [2]   1/8 202/15
20th [1]   16/23
21 [3]   9/2 9/4 191/7
21201 [1]   1/25
214 [1]   201/3
21:00 [1]   43/3
21st [1]   20/8
22 [7]   9/2 24/21 109/20
 131/20 156/3 190/22 191/11
22nd [12]   95/20 119/11 119/17
 141/16 141/19 143/7 151/6
 154/19 162/2 163/7 163/8
 168/11
23 seconds [1]   197/7

**23**:06:42 [1]   196/11
23rd [7]   60/25 61/2 87/17
 123/18 163/16 187/19 188/2
24 [1]   25/4
24th [1]   164/3
25 [4]   1/8 30/6 156/22 197/10
25 feet [2]   131/10 131/18
26 [3]   28/23 53/2 191/12
26-day [4]   25/10 25/21 53/1
 53/4
26th [1]   26/9
27 [1]   12/4
278 [4]   88/23 88/24 89/4
 105/17
28 [2]   30/15 146/18
28-person [1]   17/9
282 [3]   107/21 135/15 135/17
287 [1]   108/18
288 [1]   137/20
29 [4]   61/22 118/1 124/12
 187/12
29th [3]   172/7 172/19 191/18
2:00 [5]   111/4 111/8 111/24
 112/4 198/13
2:00 p.m [1]   141/23
2:04 p.m [1]   180/22
2:15 in [1]   7/15
2:15 on [1]   7/23
2:23 p.m [1]   125/12
2:43 [1]   145/8
2:43 p.m [1]   142/7
2:45 [1]   144/15
2:45 p.m [1]   155/25
2:50:40 p.m [1]   156/4
2A [3]   19/8 29/4 29/20

**3**

3,000 miles [1]   18/12
30 [4]   39/13 60/1 60/2 197/7
30th [2]   113/24 173/23
31 [1]   188/5
310-86581 [1]   99/19
320 [1]   72/22
33 [2]   28/19 191/11
34 [11]   69/19 73/11 73/12
 96/18 118/1 124/12 143/3
 153/7 153/10 172/24 196/5
36 [4]   29/1 118/1 124/12
 196/12
36:50 [1]   165/12
36:50 the [1]   165/17
37 [1]   29/5
39 [1]   187/20
3:06:37 [1]   179/16
3:15 [1]   172/20
3:15 p.m [1]   172/21
3:40 p.m [1]   170/1
3A [3]   14/2 14/13 101/7
3AT [1]   10/22
3B [1]   102/20
3rd [2]   64/10 64/15

**4**

40 [4]   6/4 66/21 69/10 145/9
400 [2]   7/11 86/9
400 East Baltimore [1]   7/18
42 [1]   202/3
43 [1]   74/8
47 [1]   202/3

**4**:03 p.m [1]   170/18
4th [6]   172/4 9/7 47/13 49/2
 89/7 178/3 196/18

**5**

5 feet [6]   91/19 93/4 98/9
 128/9 128/11 128/12
50 [3]   29/15 30/13 190/23
50 miles [1]   69/11
500 [3]   86/9 172/6 197/21
51 [1]   172/13
5200 [1]   22/16
5200 block [6]   142/12 142/13
 143/10 145/7 172/23 174/24
5209 Windsor Mill Road [1]
 174/20
53 [5]   160/3 160/9 172/3
 177/20 182/20
547 U.S. 813 [1]   122/16
55 [1]   189/22
5500 [1]   31/25
5509 [1]   59/6
5509 Gwynn Oak [6]   32/16 33/8
 33/13 34/9 36/23 42/6
56 [1]   184/18
58 [4]   178/16 185/21 191/12
 202/3
5:00 [2]   170/12 170/13
5:14 p.m [1]   198/21
5:19 [1]   201/21

**6**

6 live [1]   99/19
6'2 [1]   75/21
6/18/2015 [1]   106/3
6/19/2015 [2]   107/10 108/1
60 [3]   23/9 23/10 74/20
60 percent [1]   23/12
600 percent [1]   23/9
604 [1]   166/18
605 [2]   166/20 167/2
606 [2]   166/25 167/2
607 [2]   166/23 167/2
61 [1]   202/4
63 [1]   9/20
6:53 p.m [1]   173/20

**7**

7 grams [2]   64/23 68/22
7 percent [1]   23/14
70 [2]   23/10 104/24
78 [1]   202/4
7:30 p.m [2]   189/10 191/19
7th [1]   197/3

**8**

8 grams [1]   73/4
80 [1]   141/9
81 [1]   71/3
813 [1]   122/16
82 [1]   202/4
863 [1]   88/21
86581 [1]   99/19
877 [1]   107/7
8:10 p.m [1]   173/11

**9**

9 o'clock [1]   32/12
9-1-1 [20]   32/19 60/20 60/22

**9**

9-1-1... [17]   95/24 96/5
118/10 118/12 118/16 118/18
118/19 118/25 119/3 121/14
122/24 123/13 143/20 144/5
144/7 144/11 144/20
9-millimeter [4]   99/18 99/20
149/12 151/16
9/29/2015 [3]   179/16 180/22
189/9
912 [1]   135/12
95 [1]   202/5
96 [1]   187/13
9858 [2]   10/20 10/25
9:00 p.m [4]   31/22 31/24 34/5
43/4

**:**

:36 [1]   165/18
:36 a.m [1]   165/18

**A**

a.m [6]   3/2 4/4 60/12 61/7
165/18 165/18
A8 [1]   82/15
Aanonsen [1]   2/15
abduction [6]   120/21 121/12
122/13 123/4 123/5 123/7
ability [7]   3/17 18/20 26/21
27/10 69/2 116/12 168/23
able [37]   8/17 10/1 11/14
59/6 59/11 65/25 66/6 91/16
96/22 101/4 104/20 105/22
105/24 105/24 113/18 115/21
117/21 149/8 152/18 154/24
156/13 160/11 173/3 174/16
178/10 178/13 179/1 179/4
179/21 182/24 184/5 184/9
184/25 185/24 190/3 197/13
198/4
about [123]   3/20 3/25 5/16
7/15 22/7 25/15 30/12 31/22
31/24 32/12 33/21 39/11 42/22
42/25 44/15 47/17 48/4 51/20
53/4 53/17 56/15 56/15 56/15
59/2 64/19 64/23 66/21 67/1
67/6 68/14 68/24 68/25 72/20
74/15 75/21 77/9 77/23 79/1
79/4 79/6 79/13 80/19 80/24
83/12 87/14 87/16 87/17 89/8
89/10 89/25 90/11 91/14 91/16
91/24 93/2 93/16 95/24 95/25
98/7 98/9 107/12 108/10 110/9
113/1 113/6 113/7 113/10
113/11 113/12 114/20 115/9
115/10 115/21 115/25 117/12
117/14 118/2 118/12 118/13
119/8 120/11 124/10 125/22
127/1 128/6 131/9 131/19
131/21 135/10 135/24 136/21
136/23 137/25 139/2 142/18
143/15 144/8 155/22 155/25
155/25 156/5 156/8 156/21
158/2 161/4 162/5 165/19
168/24 173/11 180/9 180/10
180/23 181/21 188/3 188/13
192/22 194/9 195/9 195/19
197/4 198/8 198/19 201/14

above [4]   155/20 163/14
163/15 202/11
above-entitled [1]   202/11
absolute [1]   194/22
Absolutely [1]   144/16
abundant [1]   28/14
academy [2]   6/4 49/19
according [3]   123/3 138/19
147/7
account [4]   165/24 166/2
166/6 166/7
accumulates [1]   28/1
accurate [10]   104/9 153/4
177/16 179/22 179/23 193/2
193/20 194/1 201/12 201/16
accustomed [1]   123/12
achieve [1]   51/12
acquaintance [1]   189/12
across [10]   7/25 8/3 32/4
39/24 43/9 43/9 44/18 44/19
142/22 159/8
action [1]   95/17
active [1]   6/20
activity [1]   143/1
acts [2]   24/10 24/10
actual [7]   6/22 12/24 59/8
91/13 109/13 116/10 201/17
actually [33]   39/1 39/16
39/16 44/21 61/1 71/23 75/7
94/15 96/22 97/11 98/3 98/5
106/24 109/4 113/4 125/22
126/9 129/5 129/8 132/20
148/25 152/2 152/4 152/15
152/16 156/17 173/11 176/6
177/1 177/14 185/13 199/4
201/5
Acura [9]   8/2 8/7 8/11 10/1
47/18 48/8 49/5 181/8 181/10
Adam [3]   10/20 10/21 10/23
add [1]   120/8
addiction [4]   67/25 68/6
68/16 68/16
adding [1]   123/11
addition [5]   63/11 75/9
122/16 151/20 200/2
additional [8]   36/16 41/16
88/18 104/12 124/1 133/4
151/11 151/13
address [5]   33/7 92/22 116/20
118/10 189/13
addressed [3]   29/7 54/19
123/20
addressing [1]   119/16
adjourned [1]   201/21
admissible [2]   122/5 123/14
admission [2]   121/1 121/4
admitted [1]   120/24
Adrian [6]   93/10 105/14
106/22 107/16 108/6 187/17
Adrian Jamal Spence [2]   93/10
105/14
Adrian Spence [4]   106/22
107/16 108/6 187/17
adults [1]   51/8
advance [2]   121/14 124/7
advanced [1]   117/14
advances [1]   121/7
adversaries [1]   17/15
advised [7]   100/5 100/16

103/10 103/12 103/25 112/11
133/24
aerial [1]   32/23
affect [2]   68/23 69/2
after [48]   5/16 8/10 25/21
26/9 35/13 36/15 37/11 37/16
41/2 44/6 53/1 53/2 56/15
60/18 68/24 78/25 87/23 91/5
100/12 108/2 111/3 111/17
111/18 113/25 114/16 114/24
115/25 118/19 122/11 123/7
143/17 145/18 151/6 151/8
152/7 152/13 167/18 167/20
170/7 170/10 176/2 182/4
191/21 191/21 196/22 197/4
199/5 199/6
afternoon [15]   78/18 82/23
95/11 95/12 118/17 125/19
125/20 140/20 140/21 165/9
165/10 169/22 171/7 171/8
198/12
again [34]   21/6 24/7 31/10
37/18 38/11 38/16 40/1 46/16
53/20 54/12 55/9 63/18 75/23
93/14 100/6 107/24 108/2
118/22 122/10 122/18 129/4
151/10 157/19 159/16 163/22
167/13 181/5 183/5 184/9
193/10 193/11 193/13 193/15
198/15
against [3]   24/13 24/19 45/22
age [1]   64/2
agency [1]   95/13
agenda [2]   20/24 25/1
agent [8]   2/15 30/19 83/5
84/12 124/10 199/9 200/21
200/23
Agent Brad Hood [1]   83/5
Agent DiPaola [1]   30/19
Agent Hood [1]   84/12
agents [2]   79/1 87/18
aggression [1]   21/2
ago [5]   41/10 46/15 117/8
182/21 185/22
agree [2]   62/11 124/19
agreement [4]   62/14 62/17
63/5 63/8
ah [2]   84/23 198/7
ahead [25]   22/19 23/4 23/16
23/25 24/6 26/7 28/25 29/16
30/25 61/23 69/25 92/24 94/22
108/23 110/18 117/2 156/21
158/2 180/24 181/18 190/21
190/22 191/7 191/12 197/10
aid [3]   124/9 192/16 196/2
ain't [2]   133/21 164/9
AJ [24]   70/25 71/1 71/5 71/12
71/17 71/20 71/24 72/3 72/8
72/12 72/19 73/6 73/9 73/13
73/18 73/21 74/4 74/16 75/10
76/5 81/5 81/12 85/1 89/10
AKs [1]   77/15
al [1]   1/5
alcohol [4]   64/2 64/20 80/1
80/19
Alexander [2]   65/14 79/15
aliases [1]   9/11
all [148]   3/4 3/7 4/3 4/5
4/12 5/22 12/25 15/12 15/19

**A**

all... [139]   16/14 17/5 17/7
18/14 23/20 25/1 25/17 25/24
26/10 26/18 26/25 27/12 27/13
29/10 34/7 39/2 40/5 42/12
43/3 43/21 46/2 46/11 47/3
47/10 50/4 51/19 52/20 53/10
55/16 56/15 57/17 58/6 58/11
59/10 60/2 60/7 60/13 60/16
61/6 68/6 78/14 80/5 80/6
80/6 80/12 80/15 80/16 81/19
82/20 83/22 84/1 84/23 85/3
85/12 85/17 85/22 86/3 86/12
86/20 86/24 90/18 90/20 92/25
93/21 97/11 98/16 106/16
107/17 111/2 111/7 112/3
112/3 112/6 113/20 114/25
117/4 119/5 119/13 120/22
121/16 122/1 122/3 122/10
122/20 122/24 125/10 126/2
126/5 126/9 126/14 126/19
126/24 127/12 127/21 128/21
129/2 129/10 130/9 130/25
131/11 131/22 132/15 133/8
133/14 134/7 135/24 136/6
137/24 138/3 139/13 161/20
165/5 166/11 167/7 169/10
169/12 169/21 170/3 170/14
170/16 178/15 179/6 179/18
183/1 194/9 196/1 198/2 198/6
198/22 199/2 199/17 200/7
200/7 201/4 201/7 201/8
201/15 201/18 201/19
allegedly [2]   56/15 92/7
alley [1]   44/19
allowed [1]   194/4
almost [5]   98/6 117/9 142/19
142/19 147/23
alone [1]   18/6
already [12]   9/1 9/25 11/13
21/1 68/15 69/18 129/7 132/15
143/2 145/16 161/15 162/25
also [46]   2/14 9/13 9/25
11/16 13/8 14/6 22/3 26/2
27/13 38/11 48/4 49/19 61/4
63/9 79/18 82/8 82/13 82/13
87/13 90/5 91/19 94/12 97/24
101/2 101/2 101/17 104/13
106/20 107/14 119/24 129/22
133/4 137/19 139/1 142/22
142/25 142/25 152/11 152/17
166/11 174/11 174/12 174/22
182/20 185/21 189/1
although [2]   56/3 121/1
always [12]   23/13 52/14 64/8
72/1 72/14 72/24 73/18 73/21
74/1 74/16 75/6 76/18
am [9]   3/18 16/14 43/4 56/24
61/16 85/9 112/11 164/5
198/11
Amato [1]   2/4
AMERICA [1]   1/3
amongst [1]   23/21
amount [1]   12/3
amounts [2]   44/1 44/15
analysis [1]   46/9
Anderson [1]   2/3
angle [7]   175/21 176/18

176/19 176/25 181/15 182/8
183/20
angles [1]   180/16
Anne [1]   49/20
Anne Arundel County [1]   49/20
anonymous [3]   114/1 114/5
114/12
another [33]   6/7 12/4 13/22
17/14 34/12 41/16 45/7 60/9
61/8 64/3 65/18 67/2 87/5
92/8 98/4 99/21 102/24 111/22
135/22 137/19 140/5 150/10
150/13 151/16 159/22 164/15
170/9 170/19 175/1 183/15
194/16 195/19 199/12
answer [4]   23/5 92/16 168/23
168/25
answers [1]   92/15
anticipate [2]   60/19 111/23
anticipates [1]   199/14
Anticrime [1]   5/6
Antoine [7]   118/20 121/9
121/18 146/17 155/16 157/21
159/12
Antoine Ellis [7]   118/20
121/9 121/18 146/17 155/16
157/21 159/12
anxiety [1]   123/11
any [76]   3/4 5/25 9/11 24/10
24/11 24/13 24/15 24/19 27/11
27/24 31/18 37/19 41/15 44/21
45/4 45/16 45/18 55/25 56/25
58/13 60/3 60/22 62/23 63/12
64/11 70/16 74/3 74/5 76/5
77/4 77/7 77/9 77/13 77/16
77/16 78/9 86/25 90/18 98/15
98/15 98/16 98/21 103/7 105/5
105/9 113/10 115/5 115/20
118/4 120/9 122/6 129/10
129/13 129/13 130/22 135/5
138/13 138/16 140/1 151/21
161/10 168/22 168/22 169/13
169/15 172/16 173/21 174/7
174/14 175/13 180/8 181/5
196/21 199/14 199/15 201/6
anybody [2]   12/11 199/14
anyone [13]   8/17 11/2 23/23
23/23 60/19 75/10 91/20 97/3
97/13 100/2 130/19 188/16
188/21
anything [32]   7/23 11/25 12/8
18/4 18/4 22/8 34/5 40/17
41/5 44/11 63/16 68/7 68/25
75/7 77/13 77/23 86/5 86/12
97/16 97/19 102/10 104/1
116/2 119/15 131/1 142/1
145/13 151/13 187/7 199/24
200/10 201/18
Anyways [1]   113/14
anywhere [2]   17/4 152/9
AP [2]   101/7 102/20
apartment [5]   85/12 85/15
96/13 96/15 154/7
apartments [6]   85/9 85/12
85/17 97/1 152/14 153/23
apologies [2]   9/3 14/8
apologize [3]   52/19 53/20
107/4
appear [7]   51/24 78/3 78/7

122/10 122/20 157/8 157/10
appearance [2]   75/8 77/23
appearance/belief [1]   75/8
appeared [6]   78/5 97/10 97/22
97/22 112/24 160/20
appears [4]   90/20 90/23
102/18 122/24
appoint [1]   27/10
appointed [1]   27/4
appoints [1]   26/20
approach [25]   8/15 10/10 11/7
12/15 13/14 16/7 34/12 35/1
41/23 42/14 83/13 83/14 87/7
97/16 98/10 99/8 102/15 109/5
128/16 143/22 143/24 161/19
168/13 177/9 182/11
approached [10]   8/12 8/14
11/1 11/13 36/17 37/6 49/13
66/25 67/5 97/20
approaches [1]   91/9
approaching [1]   128/6
appropriate [2]   124/17 193/17
approximate [1]   96/19
approximately [26]   5/24 6/9
6/12 34/5 45/11 64/1 66/19
71/20 74/13 81/9 91/7 98/1
141/7 141/9 141/13 142/6
144/11 145/6 147/8 171/15
171/24 172/4 172/18 172/21
172/25 188/5
April [1]   83/7
April 14th [1]   83/7
are [156]   3/7 3/24 6/25 13/1
14/5 14/21 15/8 15/24 16/22
17/7 19/5 19/6 19/20 22/24
22/25 23/9 23/18 24/4 25/8
25/9 25/12 25/13 25/22 25/23
25/24 27/4 27/7 27/8 27/10
27/14 27/14 28/14 33/12 34/10
42/4 42/5 42/20 44/12 45/9
47/16 50/5 53/7 53/8 54/25
59/17 61/21 61/24 62/17 62/19
63/4 63/21 70/5 71/14 72/22
86/2 90/1 91/12 94/13 94/15
95/13 101/19 105/22 105/24
105/24 108/10 110/2 111/11
115/11 116/6 116/6 116/7
116/8 116/11 117/10 117/11
117/11 117/15 117/18 118/16
118/20 119/1 119/4 120/3
120/5 120/7 120/11 120/16
120/24 121/3 121/18 122/4
122/13 122/18 122/18 123/2
123/2 123/13 126/20 126/22
129/10 140/3 141/25 142/2
142/16 144/7 148/23 149/4
149/6 149/13 150/12 150/15
150/21 153/20 155/10 157/23
158/17 158/18 159/16 161/8
161/10 168/6 169/8 169/19
169/25 171/9 172/14 175/10
175/20 175/24 176/5 176/11
176/17 176/21 176/24 177/21
182/15 183/4 183/6 183/12
183/21 184/9 184/12 184/14
185/6 185/17 186/16 186/19
186/23 190/3 190/13 194/6
194/6 194/8 200/6 201/12
201/12

## A

area [72]  5/21 6/15 6/21 6/25
7/3 7/22 8/8 8/16 11/2 11/4
19/17 19/21 19/24 32/7 32/20
32/23 33/4 33/13 34/3 34/15
46/22 47/4 59/5 69/15 70/2
70/3 70/4 70/8 70/11 70/12
70/16 70/20 70/23 72/4 73/15
75/2 78/2 85/14 85/19 85/20
91/6 96/11 96/12 96/15 96/16
96/19 101/14 106/14 125/23
126/12 132/2 133/1 142/19
145/16 145/17 145/20 145/25
146/7 148/6 150/11 151/23
153/12 154/15 155/20 155/20
156/25 158/17 159/4 159/6
159/7 174/14 176/15
areas [3]  6/20 70/5 78/3
aren't [1]  119/18
argued [1]  124/2
argument [4]  90/18 121/5
123/6 124/1
arguments [1]  122/3
arm [1]  183/9
armed [8]  91/5 91/5 93/6
95/25 96/5 97/14 123/2 129/11
around [21]  7/23 8/2 23/15
31/12 64/22 65/2 68/21 78/2
86/5 86/13 96/15 97/10 105/6
106/13 127/25 142/7 144/15
145/8 168/17 173/8 199/23
arrest [28]  31/6 33/23 35/19
37/18 38/14 39/17 39/22 40/13
41/2 45/20 49/5 49/8 49/10
49/12 87/23 87/24 91/20 93/9
94/3 94/7 102/6 103/6 104/14
105/8 107/11 108/3 130/19
196/22
arrested [19]  31/8 31/9 42/23
63/18 64/10 64/11 67/2 78/19
78/21 78/22 78/25 89/9 92/7
92/10 106/4 132/4 134/2 178/8
196/18
arrests [3]  6/1 6/9 96/16
arrive [4]  36/15 39/11 39/15
145/6
arrived [8]  36/18 39/9 40/4
143/17 145/10 146/11 146/12
146/13
arrow [1]  106/8
ARs [1]  77/15
article [1]  31/15
Arundel [1]  49/20
as [148]  8/14 8/15 9/1 9/8
10/8 10/23 10/23 12/13 12/20
13/2 13/2 13/12 14/1 16/18
16/18 17/5 18/1 19/3 19/8
21/22 22/1 22/15 25/13 27/3
27/3 30/1 30/20 37/5 41/21
45/5 45/5 46/24 49/25 50/2
52/22 54/10 55/10 55/10 56/5
56/8 56/8 56/14 56/19 57/2
57/4 60/3 60/3 61/2 62/11
62/23 63/1 63/5 64/3 64/5
65/16 67/17 69/9 69/18 71/7
75/14 75/18 83/9 85/22 85/23
88/1 90/13 90/15 92/12 93/22
94/13 95/21 100/4 103/24

104/14 104/22 104/25 105/12
105/11 106/12 109/15 109/25
111/11 115/7 116/18 117/4
119/17 119/20 119/25 120/15
120/16 120/18 121/1 121/19
122/1 123/25 126/5 128/6
128/16 129/7 129/9 137/8
139/6 140/15 140/15 141/6
141/8 142/1 142/1 142/2 143/2
143/22 146/2 146/3 146/4
147/11 149/3 151/3 151/4
151/9 152/21 156/19 160/22
161/16 161/16 162/7 162/25
166/5 170/13 179/7 181/9
182/25 183/23 185/2 185/18
185/22 186/14 187/4 187/10
189/5 190/12 190/13 192/20
194/1 199/15 200/13 200/13
201/2 201/15
ask [40]  3/12 3/18 18/25
38/23 50/4 55/22 56/17 56/22
56/23 57/5 60/18 97/7 99/25
104/1 106/19 109/19 110/5
110/14 114/21 115/24 116/19
124/6 124/16 130/4 135/10
136/19 153/7 155/23 162/12
162/13 162/14 162/15 173/22
192/22 192/23 193/15 194/3
194/9 196/24 198/9
asked [25]  3/12 3/17 11/19
49/13 55/25 71/23 77/11 94/9
95/24 96/2 104/3 104/20
113/11 116/9 129/10 129/13
129/22 134/20 134/23 136/22
162/7 162/10 165/19 188/1
192/25
asking [15]  25/15 44/8 45/24
56/24 77/14 88/9 98/15 110/2
116/15 133/22 155/10 169/1
198/11 198/12 201/2
asks [1]  26/11
aspect [1]  25/10
assessment [2]  145/22 146/3
assigned [4]  141/16 141/21
142/2 142/5
assignment [1]  6/14
assist [1]  95/24
assistance [1]  123/1
Assistant [1]  1/16
assisted [5]  6/10 141/10
192/24 199/9 200/22
assume [2]  19/3 162/11
assuming [1]  169/21
ATF [2]  2/15 62/5
atmosphere [1]  28/15
attempt [2]  151/21 152/8
attempted [2]  24/10 178/9
attempting [3]  20/17 91/11
192/14
attend [2]  147/2 173/22
attended [1]  64/11
attention [24]  5/11 7/7 7/15
14/12 14/21 15/23 29/11 31/1
31/21 64/16 65/1 95/23 131/14
141/15 148/16 156/25 158/6
159/10 163/3 163/22 163/25
164/19 172/7 195/8
attenuated [1]  91/22
attorney [2]  84/13 113/4

Attorneys [2]  1/16 51/18
## Audi [2]  82/15
Audi A8 [1]  82/15
audible [1]  111/11
audio [24]  30/16 106/17
107/18 108/8 108/12 108/16
108/20 109/1 124/5 144/22
145/1 145/4 187/22 188/8
189/24 190/5 190/10 190/9
190/24 191/4 191/9 191/13
197/8 197/11
August [10]  60/25 61/2 64/10
64/15 78/19 87/17 123/18
187/19 188/2 188/6
August 23rd [6]  60/25 61/2
87/17 123/18 187/19 188/2
August 3rd [2]  64/10 64/15
authenticated [1]  20/23
authenticating [1]  193/18
authorities [1]  24/11
Authority [2]  171/17 171/18
authorization [1]  24/14
automatically [1]  25/8
autopsy [3]  147/2 173/22
199/24
availability [1]  69/10
available [1]  73/19
Avenue [14]  31/25 35/17 69/21
70/2 70/3 70/9 73/15 73/16
85/7 96/3 96/9 126/1 143/13
189/13
aviation [3]  38/21 39/5 39/6
avoid [1]  124/20
aware [6]  67/3 116/5 144/7
160/20 161/10 194/22
away [16]  18/12 34/18 63/9
69/11 89/17 89/24 90/1 91/7
91/19 93/4 98/7 103/11 128/9
173/18 184/2 186/13
awning [1]  177/3
aye [1]  54/22

## B

B-863 [1]  88/21
B-Easy's [1]  22/17
B863 [1]  105/15
B877 [1]  106/24
B912 [1]  107/21
back [78]  4/5 5/11 7/6 18/13
30/20 33/15 35/16 35/22 36/10
36/17 36/19 36/21 37/7 37/8
37/10 37/11 37/12 37/24 38/11
38/13 38/17 39/1 39/24 40/5
41/12 42/25 43/3 46/9 50/24
51/7 51/8 52/14 59/9 59/10
64/8 64/16 64/17 65/2 65/4
67/14 73/11 79/10 94/10
109/14 111/8 112/9 117/6
124/6 125/11 125/11 125/21
131/25 132/2 133/1 133/2
133/3 133/5 133/6 133/8
133/23 134/22 151/10 153/7
155/15 158/25 164/8 164/19
164/20 174/6 176/3 192/5
194/2 194/23 195/1 195/2
198/4 198/10 198/13
background [1]  49/21
backseat [5]  8/20 9/13 175/17
182/2 182/3

**B**

backup [3]   39/3 39/4 129/19
backwards [1]   186/17
bad [5]   64/5 67/25 68/6 79/19
85/4
bag [10]   12/6 100/23 101/2
101/15 102/11 102/13 102/22
102/24 138/21 138/23
baggie [2]   131/25 131/25
bags [1]   12/4
BAILEY [49]   1/5 1/17 11/5
11/6 11/12 48/2 49/10 54/15
56/5 89/8 89/9 91/20 93/2
93/9 94/3 94/18 100/5 100/6
100/12 102/6 103/6 103/13
103/21 104/19 105/1 106/4
108/2 108/6 110/20 114/8
126/15 127/9 129/16 130/11
131/1 132/5 133/18 134/2
136/10 136/21 138/20 138/22
139/1 139/7 167/22 188/20
188/25 190/4 195/18
Bailey's [5]   87/23 87/23
105/8 133/20 189/5
balance [1]   27/5
ball [2]   121/7 121/14
ballistic [5]   145/24 146/6
149/6 151/2 200/12
ballistics [2]   200/15 200/15
Baltimore [43]   1/9 1/25 5/1
5/2 5/8 5/14 5/21 5/25 6/11
6/14 7/11 7/18 9/8 13/6 17/4
17/11 18/7 19/16 19/24 42/8
69/6 69/7 69/12 81/2 84/24
95/14 95/18 104/16 115/4
140/23 140/24 142/20 144/4
161/4 161/5 162/8 168/7
171/10 171/13 171/20 190/13
199/12 199/12
Baltimore City [7]   5/2 17/4
95/14 115/4 140/23 171/10
171/20
Baltimore City Police [1]   5/1
Baltimore City's [1]   17/11
Baltimore County [3]   142/20
199/12 199/12
Baltimore Police [5]   5/25
6/11 13/6 42/8 161/4
Baltimore Street [1]   5/14
band [1]   28/2
bang [1]   18/17
Banks [44]   2/1 20/4 31/9
31/10 31/18 36/14 36/15 36/18
36/21 37/6 37/6 37/13 38/10
38/11 38/25 39/18 39/24 40/8
40/12 41/2 42/23 42/25 44/23
44/25 45/7 45/8 45/9 47/2
82/19 93/21 109/9 112/12
112/14 113/2 113/10 113/18
114/4 114/12 114/13 114/21
114/22 115/4 115/25 139/19
Banks' [2]   41/7 46/23
bar [1]   121/3
bars [2]   7/22 64/24
baseball [13]   142/22 143/11
145/12 145/19 147/16 148/3
152/12 154/13 155/17 155/19
157/25 159/4 185/25

based [12]   38/23 57/5 90/3
101/19 109/20 110/23 113/7
123/21 160/22 167/21 182/22
185/23
bases [1]   120/2
basically [8]   32/3 66/3 68/19
77/13 89/13 98/17 137/2 139/8
basis [7]   6/19 19/25 68/21
116/13 116/13 119/18 168/25
Batman [1]   163/18
be [165]   4/15 12/4 12/5 13/1
16/6 17/24 18/15 18/24 18/25
19/3 20/25 21/2 21/6 22/3
25/22 25/25 26/2 27/9 28/12
28/23 29/6 29/19 30/3 30/15
34/1 34/9 35/11 53/11 55/8
55/18 56/18 59/24 60/10 60/21
60/22 60/25 61/13 62/24 63/3
68/18 70/14 70/18 71/15 72/2
72/5 73/2 73/22 74/1 75/4
78/4 78/5 78/8 78/8 81/10
81/15 82/10 84/20 85/7 85/9
85/17 87/14 87/16 87/17 88/13
88/16 90/9 90/11 90/22 90/23
90/24 91/2 91/13 91/23 92/20
93/7 95/3 96/22 97/22 97/23
101/22 101/25 102/18 106/3
108/17 110/6 111/2 111/8
111/10 111/16 111/19 113/6
113/15 113/18 115/2 115/3
115/18 115/21 116/10 116/14
116/16 116/17 117/13 117/15
117/19 117/19 117/20 119/1
119/7 120/18 121/22 122/20
122/24 123/17 124/9 124/15
124/21 125/8 130/4 132/12
135/15 140/10 142/2 148/22
151/4 153/24 157/8 157/10
162/7 162/10 162/18 163/19
164/9 165/18 166/9 168/18
169/21 170/3 170/8 170/24
173/3 181/9 193/3 193/24
194/4 194/18 196/9 198/3
198/11 198/12 198/12 198/13
198/16 198/23 199/7 199/8
199/11 199/23 200/18 200/20
200/24 201/1 201/8 201/14
201/17 201/19
beat [1]   39/16
beating [1]   16/17
became [5]   17/15 17/17 21/9
26/6 67/3
because [30]   16/5 17/14 17/16
20/9 21/15 22/5 25/25 53/11
61/4 62/2 85/3 87/19 88/6
91/16 93/5 94/16 104/12
113/11 113/16 114/7 115/17
120/3 121/7 121/9 123/10
124/4 125/6 126/9 129/6
138/15
become [8]   7/2 9/9 18/10
19/25 23/11 51/9 159/25
160/18
been [46]   5/8 12/13 12/20
13/12 45/7 55/16 55/24 55/24
56/4 56/7 56/10 62/21 62/23
63/18 64/12 64/14 67/2 82/11
85/14 88/9 88/12 95/18 97/14
107/11 112/21 112/22 112/25

113/16 122/4 123/3 126/5
128/14 131/7 133/14 135/1
141/2 143/19 143/22 144/14
161/3 168/11 171/20 171/22
172/5 177/17 188/3
beeped [1]   89/19
before [37]   1/11 17/21 20/12
25/1 33/19 38/22 46/15 61/3
82/13 82/24 96/16 107/8
109/18 110/12 111/9 111/24
112/6 117/21 118/10 134/5
144/14 153/2 153/6 154/17
155/23 171/16 177/19 180/6
183/9 185/14 186/7 187/15
188/1 188/4 196/24 198/7
199/4
began [3]   11/22 20/20 63/23
begin [2]   7/6 30/12
beginning [8]   30/6 80/18
85/15 89/7 108/7 144/21 155/9
179/10
begins [4]   52/21 53/22 54/21
57/19
behalf [6]   3/10 58/9 86/21
86/23 139/22 139/24
behind [15]   25/14 28/13 28/24
32/14 36/22 42/6 59/9 119/3
139/3 180/24 180/25 181/1
187/13 196/7 196/9
being [27]   17/25 18/1 18/2
18/2 18/18 20/22 22/17 25/13
42/6 64/4 66/10 81/14 85/22
88/15 90/1 91/18 114/8 116/6
116/6 116/9 120/5 122/12
122/18 122/25 123/9 137/13
164/8
belief [1]   75/8
believe [78]   11/17 13/1 13/10
15/15 18/14 35/7 35/16 37/4
38/23 40/20 47/2 47/6 49/2
50/9 56/13 59/4 61/1 67/17
68/15 69/15 70/22 71/6 71/23
73/5 75/5 76/24 78/6 79/18
82/10 82/25 83/16 85/14 87/18
87/19 89/7 89/22 90/3 92/18
93/1 93/11 94/2 94/11 94/23
97/25 98/4 99/22 103/24 104/7
108/18 120/15 123/21 127/7
127/10 127/11 128/3 133/7
145/20 146/9 147/22 149/14
153/8 155/24 158/11 161/22
162/5 162/6 162/24 167/22
168/11 168/22 173/19 181/21
193/20 194/1 196/17 199/8
200/12 201/15
believed [7]   38/25 41/11 72/2
75/4 82/16 133/15 133/21
belong [1]   12/10
belonged [3]   13/22 100/5
103/16
belonging [1]   105/13
belongs [1]   146/5
below [1]   119/6
Belvedere [1]   5/22
bench [32]   53/17 55/14 55/15
57/15 59/21 60/6 83/13 83/15
83/25 87/10 94/21 109/7
110/13 123/20 124/2 145/18
145/25 145/25 147/16 147/19

**B**

bench... [12]   148/2 148/7
  148/18 154/16 161/21 162/22
  168/13 168/14 169/4 192/9
  192/11 195/6
benefit [2]   51/11 63/1
Bersa [1]   72/22
Bersa Thunder [1]   72/22
best [4]   3/16 111/10 116/23
  146/4
better [2]   20/17 36/5
between [10]   17/23 63/15
  92/11 98/3 120/4 127/23 145/9
  147/15 149/20 154/14
beyond [1]   76/6
BG [1]   18/18
Bhandie [1]   19/19
BHL [1]   18/9
big [23]   75/14 75/15 75/17
  75/20 76/4 76/5 76/6 76/8
  76/10 76/13 76/15 76/18 76/20
  76/22 77/1 77/4 77/9 77/17
  77/23 81/20 82/14 155/14
  165/1
Big Mo [20]   75/14 75/15 75/17
  75/20 76/4 76/5 76/6 76/8
  76/10 76/13 76/15 76/18 76/20
  76/22 77/1 77/4 77/9 77/17
  81/20 82/14
Big Mo's [1]   77/23
bigger [2]   75/21 109/22
binder [4]   30/15 118/25 119/3
  144/25
binders [9]   105/18 107/23
  108/19 108/25 144/20 145/3
  187/13 189/21 196/7
Bino [2]   29/18 177/23
biologically [1]   75/19
birth [1]   25/18
birthed [1]   18/16
birthright [1]   17/2
bit [9]   33/21 34/20 49/20
  50/23 72/10 96/23 149/5
  179/24 198/3
black [25]   19/15 23/19 34/7
  34/7 93/24 97/25 99/2 99/18
  100/3 100/4 100/19 101/17
  103/24 127/10 127/10 155/4
  156/18 180/2 183/1 184/14
  184/16 184/25 185/1 185/24
  185/25
Black Blizz [1]   19/15
Black Blood [1]   93/24
blacked [1]   112/23
BLAKE [1]   1/11
blatantly [1]   22/6
bless [1]   25/17
blessed [2]   25/23 55/9
blind [1]   88/14
Blizz [1]   19/15
block [14]   7/11 7/19 8/5
  31/25 36/8 96/3 96/8 126/1
  142/12 142/13 143/10 145/7
  172/23 174/24
blocks [1]   22/2
blood [11]   17/10 18/8 23/3
  23/8 23/14 23/19 25/23 28/10
  93/24 176/7 176/15

bloodline [1]   51/11
blow [2]   195/13 195/19
blown [1]   189/7
blue [8]   36/8 85/9 97/1 127/4
  127/6 127/7 127/7 155/3
Blue Fountain [2]   85/9 97/1
BOB [1]   26/20
body [4]   78/7 129/24 147/6
  174/3
bold [1]   16/16
bolted [1]   68/8
book [5]   30/4 30/6 57/20
  119/4 135/13
books [1]   55/10
boots [1]   163/20
boots-lickers [1]   163/20
border [1]   142/19
born [2]   16/24 25/7
boss [9]   21/10 26/17 26/20
  26/20 26/23 26/24 26/25 27/10
  28/23
boss's [4]   26/25 27/2 27/3
  27/5
bosses [1]   26/18
both [8]   11/20 25/18 40/12
  55/10 94/7 121/21 122/14
  177/14
bottle [1]   11/17
bottom [5]   20/5 29/1 30/15
  163/5 164/21
bought [4]   65/18 72/8 81/5
  86/2
Boulevard [1]   5/23
box [2]   163/3 164/20
BP [9]   142/20 151/25 153/11
  154/9 154/11 155/12 173/7
  173/8 177/5
Brad [1]   83/5
brand [1]   26/21
break [4]   60/11 111/3 169/22
  170/7
breaking [1]   110/15
Brian [10]   2/2 43/19 112/17
  112/18 172/12 172/15 183/8
  183/23 183/25 184/3
Brian Johnson [8]   112/17
  112/18 172/12 172/15 183/8
  183/23 183/25 184/3
Brian Kennedy [1]   43/19
Brian Sardelli [1]   2/2
bridge [1]   68/19
briefly [4]   6/3 58/14 63/14
  109/5
briefs [1]   119/17
bring [6]   66/8 73/3 91/11
  115/20 115/21 195/1
bringing [1]   113/19
BRL [1]   18/8
bro [2]   163/21 164/18
Brock [1]   19/15
broken [4]   176/1 176/7 176/8
  184/1
broken-glass [1]   184/1
brooks [1]   29/15
brother [4]   26/9 26/12 26/12
  75/18
brothers [3]   17/13 17/23
  21/17
brought [6]   3/13 3/14 56/12

73/21 74/4 178/8
brova [1]   165/1
brown [3]   12/4 72/10 76/17
brown/tan [1]   12/4
BTTP [1]   18/8
Buick [2]   174/11 175/22
Buick LeSabre [2]   174/11
  175/22
build [4]   51/9 178/11 179/2
  182/23
building [5]   27/8 28/17
  152/15 153/14 154/6
built [5]   17/24 18/5 22/17
  26/21 27/24
bullshitter [1]   163/19
bullshittin' [1]   57/21
bunch [2]   6/24 70/13
bundles [1]   41/8
burned [1]   68/19
bushes [3]   32/14 43/9 44/19
business [2]   21/16 163/1
busy [3]   142/23 142/25 200/4
button [2]   31/17 100/11
button-down [1]   31/17
button-up [1]   100/11
buy [9]   66/19 70/15 71/20
  71/25 72/7 81/12 81/17 84/24
  86/10
buyer [1]   34/18
buyers [2]   33/24 41/20
buying [4]   44/22 65/21 65/23
  67/16

**C**

CAD [11]   118/19 119/2 119/2
  119/2 119/5 143/23 144/18
  144/18 144/19 144/23 145/2
CAD-1-A [3]   118/19 119/2
  144/18
CAD-1-AT [1]   144/19
CAD-1-B [3]   119/2 119/5
  144/23
CAD-1-C [2]   119/2 145/2
caliber [1]   174/8
call [123]   29/23 30/1 30/5
  30/10 30/12 30/13 30/18 34/2
  42/25 43/1 48/5 48/5 48/7
  48/14 48/23 58/18 58/18 60/20
  60/20 60/23 60/25 61/1 61/2
  61/4 70/14 70/22 71/12 73/5
  73/9 73/18 73/20 74/4 87/6
  87/14 87/17 87/18 87/20 87/21
  87/22 88/4 88/7 88/20 88/21
  89/2 89/6 89/8 90/4 90/21
  91/5 93/8 93/8 94/24 94/25
  95/24 98/12 98/14 105/15
  105/17 105/17 105/25 106/2
  106/6 106/16 106/24 107/7
  107/8 107/17 107/20 107/21
  107/22 107/25 108/5 111/16
  118/12 118/16 122/24 123/7
  123/18 123/19 123/22 124/16
  124/21 125/22 126/24 134/17
  136/19 137/1 137/5 137/7
  137/12 137/17 139/6 142/4
  142/6 142/7 143/18 144/11
  144/14 144/17 144/19 144/20
  145/8 155/24 187/12 187/14
  187/18 187/21 187/25 189/19

C

call... [14]  189/20 192/18
192/20 193/10 193/11 193/19
193/25 196/4 196/5 196/13
196/24 196/25 197/14 199/25
Call 877 [1]  107/7
Call J [1]  189/19
Call J-29 [1]  187/12
Call J-34 [1]  196/5
called [5]  54/5 73/18 94/4
172/17 175/3
caller [5]  30/19 30/22 119/21
120/19 122/7
callers [1]  121/18
calling [3]  61/8 87/5 170/8
calls [66]  4/11 32/19 60/22
61/9 87/13 89/4 89/5 93/16
105/9 105/11 105/13 116/8
116/10 116/24 116/25 117/3
117/5 117/5 117/9 117/11
117/12 117/15 117/16 117/18
118/5 118/10 118/16 118/19
118/19 118/25 119/3 119/3
119/4 119/10 119/17 119/20
120/7 120/11 120/15 120/19
120/24 121/2 121/6 121/14
121/14 122/3 122/20 123/3
123/13 123/17 124/5 124/10
124/11 134/5 134/8 134/10
135/17 135/18 140/6 143/19
143/21 144/5 144/7 170/20
187/9 196/21
came [29]  18/8 19/18 30/23
36/21 38/13 39/23 40/8 64/2
67/14 70/7 72/9 74/6 79/1
79/10 80/8 85/3 86/9 94/2
104/21 142/4 144/12 159/4
159/8 174/4 182/3 188/12
188/16 188/21 190/7
camera [16]  155/12 155/15
156/19 157/3 158/20 177/6
180/16 180/16 180/18 181/15
182/7 182/15 184/13 184/16
185/8 186/18
cameras [10]  151/22 152/2
152/2 152/17 158/19 174/14
174/21 174/23 175/4 177/1
can [175]  3/19 3/25 5/5 6/3
6/21 10/19 13/18 15/2 16/12
16/15 16/25 17/19 19/2 19/3
19/12 20/6 20/18 21/13 21/23
22/19 23/4 23/25 24/6 24/7
24/21 25/4 26/7 26/15 28/8
28/20 29/1 29/4 29/7 29/13
29/16 30/9 31/2 32/2 32/22
32/24 33/20 39/6 40/2 40/21
50/23 50/23 51/25 52/13 53/25
54/2 56/17 56/23 57/5 57/22
59/19 63/14 64/1 64/21 65/25
69/22 70/11 71/12 72/23 73/23
76/22 80/11 88/22 95/15 96/4
96/11 96/19 98/1 98/7 101/8
101/13 102/21 104/11 105/16
106/6 106/20 107/24 108/5
111/7 111/12 115/15 116/23
117/16 120/18 129/25 137/22
137/23 141/21 142/18 143/9
143/14 146/4 147/4 147/13

147/16 147/18 147/25 148/2
148/4 148/16 148/19 149/5
149/16 149/19 150/2 150/4
150/6 150/9 150/10 150/16
150/18 150/19 150/22 150/24
151/11 151/18 151/19 153/9
153/11 153/12 153/18 154/4
154/9 154/11 154/13 154/15
155/2 156/1 156/5 156/18
157/6 157/16 159/2 162/13
163/5 163/14 163/17 164/1
164/4 172/25 173/2 173/25
175/7 175/13 176/6 176/7
176/8 177/1 177/3 179/14
180/5 180/8 180/16 181/5
181/22 182/13 186/5 187/13
189/20 190/25 191/16 192/10
193/22 194/9 194/24 195/4
197/2 198/23 199/4 200/7
200/21
can't [9]  38/8 40/7 63/16
99/2 106/9 110/8 115/17
135/21 194/23
cap [4]  155/5 155/15 157/8
185/25
capacity [1]  20/13
capos [2]  27/1 27/7
car [41]  9/14 10/2 11/1 11/13
11/14 12/1 12/2 12/8 15/17
15/21 30/20 30/23 30/23 77/20
89/13 89/16 89/20 89/23 91/8
91/8 91/25 92/5 93/11 94/9
94/10 94/13 99/21 99/25 100/2
100/12 104/13 104/13 120/1
129/7 132/9 133/1 134/1 136/7
174/13 181/7 181/10
card [3]  14/23 15/4 15/9
career [1]  6/10
carefully [1]  201/6
Carmine [4]  73/10 73/16 85/7
85/16
Carmine Avenue [2]  73/16 85/7
carried [2]  77/21 181/25
carryouts [1]  6/24
cars [2]  70/20 127/23
cartridge [2]  174/8 176/23
cartridge case [2]  174/8
176/23
case [34]  1/4 3/22 5/7 17/11
32/8 36/6 41/17 45/8 45/22
45/24 46/5 46/8 46/11 63/12
63/19 78/9 83/2 91/4 115/2
117/11 119/14 120/8 122/15
123/8 134/15 142/5 149/7
151/21 174/8 176/23 194/6
198/19 199/10 201/4
cases [1]  122/17
cash [3]  45/11 72/14 76/18
cashing [5]  174/19 174/20
175/8 177/2 179/20
casing [2]  149/16 149/20
150/4 150/7 150/10 150/13
150/16 150/20 150/22 151/16
151/16 151/19
casings [5]  146/7 149/7 149/8
149/11 149/12
cast [1]  59/9
casts [1]  33/15
categorized [1]  25/13

CATHERINE [1]  1/11
caught [4]  39/23 40/7 90/1
113/16
cause [4]  49/12 91/20 105/5
130/18
caused [1]  120/23
causing [1]  8/1
CCB [1]  1/4
CCB-16-0267 [1]  1/4
CD [3]  12/11 13/10 14/9
CDS [7]  12/24 32/5 32/8 32/8
32/10 35/12 36/2
celebrate [1]  16/24
cell [8]  199/10 200/17 200/22
200/23 201/4 201/6 201/12
201/15
cell phone [4]  200/23 201/6
201/12 201/15
cell phones [3]  199/10 200/22
201/4
Cell site [1]  200/17
center [5]  33/17 51/10 147/18
148/7 163/3
certain [4]  19/5 119/25 124/6
194/5
certainly [8]  10/12 19/7
90/23 93/11 116/23 122/11
123/6 192/10
certifications [2]  201/3
201/4
certified [4]  144/4 187/11
189/5 202/14
certify [1]  202/9
chain [1]  154/15
chain link [1]  154/15
chance [1]  18/10
changed [1]  67/13
characteristics [2]  24/15
160/18
characterized [1]  56/8
characters [2]  18/21 18/21
charge [14]  62/9 67/2 78/24
93/2 94/5 94/16 103/12 103/13
103/22 104/21 105/5 132/13
132/17 133/17
charged [2]  84/21 105/1
charges [1]  63/9
Charles [1]  65/14
chase [1]  39/22
cheaper [1]  69/8
check [5]  174/19 174/20 175/8
177/2 179/20
Check Cashing Express [3]
174/20 177/2 179/20
checked [1]  49/25
cheeks [1]  25/19
chemists [1]  200/6
Child [1]  17/17
Child's [1]  22/2
children [3]  25/17 51/8 51/11
chose [1]  18/18
chosen [2]  19/14 22/3
Christian [1]  2/15
Christian Aanonsen [1]  2/15
Christina [1]  1/15
Christina Hoffman [1]  1/15
Christopher [1]  2/12
Christopher Davis [1]  2/12
Chrysler [11]  97/25 98/2 98/4

**C**

Chrysler... [8]  98/8 98/24
  105/2 127/19 128/7 131/7
  131/10 131/13
Chu [1]  17/16
chunk [1]  81/14
cigarette [1]  66/9
circle [2]  65/2 149/23
circled [2]  69/25 70/2
Circuit [1]  120/25
circumstances [1]  178/6
cited [1]  122/17
city [11]  5/1 5/2 17/4 95/14
  115/4 126/3 140/23 163/19
  163/20 171/10 171/20
city's [2]  17/6 17/11
civilian [1]  59/25
Ckoock [1]  163/20
claim [1]  94/8
clarify [1]  123/24
clarifying [1]  124/16
class [1]  6/7
classic [1]  120/16
Clause [2]  121/2 121/3
clean [1]  64/14
cleaned [1]  163/19
clear [16]  12/6 29/19 34/1
  69/1 100/23 101/2 101/15
  102/11 102/13 102/22 102/24
  116/5 117/19 148/22 153/24
  192/25
clear-minded [1]  69/1
clearly [8]  56/10 56/11 90/4
  145/22 148/19 154/11 155/13
  156/7
client [7]  3/20 43/14 43/20
  46/24 47/5 47/7 92/7
Clifton [3]  70/2 70/9 73/15
Clifton Avenue [3]  70/2 70/9
  73/15
Cliftview [1]  189/13
Cliftview Avenue [1]  189/13
clips [1]  179/9
close [4]  7/21 87/23 131/22
  161/10
closer [2]  149/5 176/6
closest [2]  19/14 143/12
clothes [1]  46/23
clothing [8]  31/16 127/1
  127/4 154/21 154/22 154/24
  155/2 180/3
club [1]  8/5
co [6]  3/14 61/5 87/20 90/4
  93/24 123/21
co-conspirator [5]  61/5 87/20
  90/4 93/24 123/21
co-defendants [1]  3/14
cocaine [7]  12/4 13/2 44/1
  44/3 44/12 64/3 190/17
code [1]  25/19
code's [1]  26/13
collect [3]  27/12 146/3
  174/16
collected [3]  114/8 174/18
  175/2
collecting [1]  27/13
collective [1]  23/21
collectively [1]  116/11

College [1]  6/3
color [1]  7/6
colored [3]  97/22 100/20
  155/4
colors [2]  23/18 72/9
come [35]  29/22 29/25 33/24
  35/22 37/24 38/16 39/9 41/15
  53/16 55/14 63/23 64/6 64/9
  65/10 66/25 69/12 71/12 72/4
  90/14 104/25 105/12 120/15
  133/13 161/15 162/25 173/4
  183/13 187/10 189/5 192/9
  194/23 195/2 198/4 198/10
  198/12
comes [5]  27/2 112/6 124/24
  125/2 142/1
coming [15]  8/16 11/24 39/24
  43/22 69/7 70/23 84/24 85/20
  92/12 109/11 116/17 122/2
  129/19 153/2 180/6
comment [3]  120/6 165/19
  170/2
committed [1]  67/4
commonsense [2]  122/6 122/10
community [3]  152/11 152/16
  154/8
compared [1]  201/7
compartment [1]  13/11
compilation [3]  152/23 153/4
  177/16
compiling [1]  162/6
complaints [1]  32/18
completely [2]  64/9 114/9
complex [4]  85/15 96/13 96/15
  194/6
complies [1]  149/25
comply [1]  40/10
concealed [1]  32/20
concealing [1]  32/3
concedes [1]  114/15
concerned [2]  3/20 3/25
concluded [8]  57/15 60/6
  83/25 94/21 110/13 162/22
  169/4 195/6
condition [1]  173/17
conduct [2]  38/4 178/9
conducted [1]  102/8
conducting [1]  49/14
conference [16]  55/15 57/15
  59/21 60/6 83/15 83/25 87/10
  94/21 109/7 110/13 161/21
  162/22 168/14 169/4 192/11
  195/6
conferred [3]  78/12 107/1
  168/4
confident [1]  193/13
confirmed [1]  114/12
Confrontation [2]  121/2 121/3
Confrontation Clause [2]
  121/2 121/3
confronted [3]  40/9 185/11
  186/6
connection [1]  23/14
connects [1]  23/15
considered [3]  17/13 56/23
  122/10
consistent [11]  35/11 58/21
  58/24 101/25 114/3 114/16
  115/18 160/12 182/24 185/1

185/25
consistently [2]  37/12 28/1
consists [1]  26/22
console [11]  100/25 101/1
  101/3 101/9 101/14 102/12
  102/14 104/7 104/13 132/2
  133/1
conspiracy [8]  88/13 88/15
  88/16 90/25 91/17 91/23 92/19
  92/21
conspirator [5]  61/5 87/20
  90/4 93/24 123/21
consult [1]  83/11
contact [4]  70/24 71/1 74/16
  76/5
contain [1]  152/23
contained [8]  13/2 13/18
  15/12 16/1 42/5 144/17 144/20
  144/24
containers [1]  11/17
containing [6]  12/6 101/2
  102/11 102/23 102/24 144/3
content [2]  115/22 137/5
contents [1]  103/3
context [2]  89/22 90/3
continue [5]  36/5 181/2
  181/12 182/5 200/7
continued [4]  28/5 36/2 38/4
  38/20
continues [1]  89/25
continuing [1]  111/2
continuously [1]  64/12
contraband [1]  89/23
contrary [1]  94/15
control [4]  21/3 21/4 44/6
  154/23
controlled [2]  32/10 41/14
controls [1]  193/22
Convenient [8]  175/3 175/9
  175/25 180/19 182/1 182/16
  183/14 185/19
Convenient Food Market [8]
  175/3 175/9 175/25 180/19
  182/1 182/16 183/14 185/19
conversants [2]  107/15 108/5
conversation [12]  37/2 37/14
  89/11 92/11 92/13 94/1 98/14
  107/15 110/9 111/24 115/25
  137/25
conversations [2]  77/9 200/8
convicted [2]  62/2 62/4
conviction [1]  63/11
convictions [1]  63/15
cooperate [1]  62/11
cooperation [6]  24/11 62/14
  63/2 63/5 63/7 79/11
copy [9]  16/1 16/5 18/24
  18/25 19/2 19/6 19/9 51/13
  152/4
Corbin [1]  199/13
Corloyd [1]  2/3
Corloyd Anderson [1]  2/3
corner [13]  32/17 34/8 34/9
  34/19 34/21 35/15 38/5 59/10
  147/23 157/1 166/17 166/20
  179/14
corners [2]  6/24 7/1
correct [102]  42/23 43/1 43/4
  43/5 43/10 43/21 43/23 44/1

**C**

correct... [94]  44/17 44/19
44/20 44/21 44/23 45/2 45/3
45/5 45/6 45/12 45/15 45/22
45/23 46/20 46/24 46/25 47/1
47/5 47/7 47/18 48/2 48/5
48/23 48/24 50/13 50/14 50/18
52/7 53/5 53/6 53/13 54/15
54/19 54/20 79/2 79/16 79/19
80/14 81/7 81/20 82/4 84/17
84/24 85/20 86/1 86/2 86/7
86/8 86/10 86/11 86/15 86/16
119/12 123/7 125/23 126/3
126/10 126/21 127/4 127/18
128/1 128/11 128/17 128/20
128/25 129/14 129/15 129/20
130/10 130/14 130/24 131/2
131/15 132/2 132/7 132/18
133/11 135/6 135/9 136/1
138/18 162/17 166/7 166/9
166/15 166/18 166/21 166/23
166/25 167/3 167/18 193/15
196/20 202/10
correction [2]  83/12 83/17
corrections [2]  49/19 49/20
correctly [2]  119/7 132/25
corresponding [1]  189/16
corridor [1]  5/14
Cosa [2]  16/21 16/22
cost [2]  25/24 53/10
could [41]  8/15 9/16 10/5
10/16 25/25 31/12 32/24 34/13
50/22 53/11 59/12 59/13 66/10
68/2 68/4 73/12 77/11 77/15
78/9 82/11 82/12 83/17 87/7
92/22 99/12 107/14 109/21
110/9 111/9 115/3 128/11
129/22 131/17 143/14 149/23
165/18 176/1 181/10 189/7
193/9 196/25
counsel [11]  59/19 78/12
83/12 100/10 107/1 117/18
122/17 168/4 199/20 200/2
201/3
counselor [2]  140/21 165/10
counted [1]  147/7
counterparts [1]  18/12
county [5]  49/20 142/20
142/20 199/12 199/12
couple [14]  17/19 21/24 26/7
50/15 76/7 76/11 110/2 111/16
134/4 135/10 154/17 157/13
164/7 194/8
course [15]  6/10 9/8 90/22
111/11 114/18 120/25 132/15
141/6 151/24 152/10 159/24
160/17 188/16 190/12 195/24
court [12]  1/1 1/24 3/13 3/18
46/10 87/19 92/4 120/25
122/15 153/2 201/21 202/15
Court's [5]  42/10 78/11
139/16 165/3 168/1
courtroom [12]  1/9 4/4 31/12
60/12 61/7 84/17 85/24 100/9
111/6 125/12 170/1 170/18
cover [1]  5/21
covered [1]  6/14
covers [1]  5/22

**C**

covert [6]  31/25 32/2 32/12
33/22 59/21 59/3
cowardice [1]  18/4
CR [1]  202/2
crack [4]  13/2 44/1 44/3
44/12
crack cocaine [4]  13/2 44/1
44/3 44/12
Craig [5]  184/22 185/3 190/8
190/9 192/2
Crazy [1]  65/7
created [1]  20/12
creating [1]  17/22
crime [22]  62/2 62/4 65/2
65/11 145/11 145/22 146/3
146/5 147/9 148/18 148/20
149/2 151/5 151/8 151/10
153/19 172/22 173/1 173/9
173/15 173/17 174/6
crimes [2]  67/3 84/11
criminal [2]  1/4 63/11
cross [15]  42/17 47/13 78/16
82/21 111/17 113/3 113/4
113/17 115/8 115/15 125/17
165/7 170/13 194/11 198/3
cross-examination [10]  42/17
47/13 78/16 82/21 111/17
113/17 115/15 125/17 165/7
198/3
cross-examined [1]  113/4
crossed [1]  157/24
CRR [3]  1/23 202/9 202/13
crush [1]  28/4
CS [25]  147/12 147/25 148/4
148/16 149/3 149/13 150/2
150/6 150/9 150/12 150/15
150/18 150/21 150/24 151/17
151/18 153/17 175/6 175/19
175/23 176/4 176/11 176/17
176/21 176/24
CS-1-10 [1]  150/15
CS-1-11 [1]  150/18
CS-1-12 [1]  150/21
CS-1-13 [1]  150/24
CS-1-14 [2]  151/17 151/18
CS-1-2 [2]  147/25 148/4
CS-1-3 [1]  148/16
CS-1-4 [1]  149/3
CS-1-5 [1]  149/13
CS-1-6 [1]  150/2
CS-1-7 [1]  150/6
CS-1-8 [1]  150/9
CS-1-9 [1]  150/12
CS-5-10 [1]  176/24
CS-5-8 [1]  176/17
culled [1]  121/13
cumulative [4]  120/7 120/12
121/6 121/6
cup [2]  11/18 12/2
currency [8]  34/13 35/7 35/8
35/9 40/20 40/21 41/6 41/7
current [1]  171/21
currently [3]  5/5 61/24 63/21
custody [2]  20/9 123/3
Custom [3]  7/19 7/25 8/6
Custom House [2]  7/25 8/6
Custom House Road [1]  7/19

**D**

D-1 [1]  13/3
D-17A [1]  41/22
D-i-P-A-O-L-A [1]  4/19
D-I-X-O-N [1]  61/17
D5 [2]  102/16 103/4
daily [5]  6/19 68/21 80/20
80/22 80/23
dangerous [2]  32/10 41/14
DANTE [28]  1/5 1/17 11/5
11/12 87/23 87/23 89/8 89/9
93/2 93/9 100/5 100/6 102/6
108/6 110/20 114/8 126/15
127/9 129/16 130/11 131/1
132/5 134/2 164/11 167/9
188/20 189/5 190/4
DANTE BAILEY [22]  1/5 1/17
11/5 11/12 89/8 89/9 93/2
93/9 100/6 102/6 108/6 110/20
114/8 126/15 127/9 129/16
130/11 131/1 132/5 134/2
188/20 190/4
Dante Bailey's [3]  87/23
87/23 189/5
Dante Great One [2]  164/11
167/9
dark [9]  32/17 32/20 33/14
43/6 97/22 99/22 100/13
100/14 100/20
dark-colored [2]  97/22 100/20
darker [1]  59/9
Darqu [1]  19/15
date [23]  65/2 105/25 106/1
106/2 107/8 107/25 118/23
134/14 156/3 162/2 163/6
163/9 163/14 164/1 167/14
168/10 179/14 180/20 187/18
188/1 191/16 197/2 202/15
David [1]  140/15
Davis [9]  2/8 2/12 3/10 3/12
3/24 58/9 86/21 122/15 139/22
Davon [3]  15/7 15/9 15/11
Davon Temple [3]  15/7 15/9
15/11
day [48]  7/12 7/16 7/23 16/24
25/10 25/21 31/8 53/1 53/4
64/23 68/22 69/1 69/9 69/14
70/17 79/22 81/2 81/8 81/17
84/24 85/3 93/8 93/9 106/4
107/13 108/2 113/25 114/16
114/24 115/25 116/20 120/10
127/9 134/13 141/17 141/19
142/4 142/6 151/8 154/19
154/25 172/9 173/23 191/21
194/22 198/9 198/12 198/15
days [11]  28/23 67/23 81/10
81/13 81/16 167/18 167/20
188/4 188/5 188/6 197/5
deal [2]  45/18 79/11
dealer [1]  62/6
dealers [2]  32/4 39/1
dealing [1]  121/1
dealt [2]  75/7 85/1
Dease [1]  175/25
death [5]  24/8 25/24 53/10
121/10 185/12
deceased [3]  146/22 154/21
173/19

**D**

deciphering [1]  134/18
decisions [1]  117/11
deep [1]  89/16
defend [1]  27/21
Defendant [6]  1/17 2/1 2/3
2/6 2/8 2/11
defendants [4]  1/6 3/14 117/7
200/6
defendants' [1]  3/22
defending [1]  28/3
defense [5]  100/10 117/18
194/25 200/2 201/3
definition [1]  109/17
definitions [1]  109/24
defrauding [1]  62/5
deleted [2]  46/14 46/17
DEM [4]  109/9 109/17 109/19
109/22
DEM-6 [3]  109/17 109/19
109/22
demonstrative [1]  109/14
denounced [1]  22/4
Dent [6]  8/25 9/7 9/9 11/19
30/11 49/6
dental [1]  15/9
department [12]  5/9 61/25
95/14 95/19 104/17 140/25
144/4 161/5 171/10 171/14
172/20 190/13
departmental [2]  100/15
100/20
depended [5]  72/9 72/11 73/2
77/2 80/25
depending [4]  44/13 124/24
125/1 170/13
depends [1]  149/15
descendants [1]  17/7
describe [17]  6/3 6/21 40/2
40/21 49/25 64/21 69/22 70/11
71/13 73/23 96/1 121/18
121/21 150/6 155/2 159/3
181/10
described [12]  12/9 12/13
14/25 43/15 58/19 58/24 68/15
75/2 75/10 78/3 152/24 153/8
describes [2]  119/20 119/24
describing [3]  41/11 123/8
149/24
description [7]  35/20 37/20
96/4 96/5 97/13 98/13 121/8
Desean [4]  9/19 9/24 30/19
30/20
Desean McCorkle [2]  9/19 9/24
deserve [2]  19/20 21/2
destroyed [2]  17/21 17/22
destructive [1]  77/13
DET [3]  202/3 202/6 202/7
detection [1]  6/5
detective [100]  4/11 4/14 5/6
5/8 6/9 10/16 11/1 18/23
19/11 19/23 22/19 29/19 29/22
30/25 41/10 41/15 47/15 50/11
57/17 58/2 58/17 111/19
111/22 111/22 112/2 112/10
112/25 113/6 113/10 113/19
113/23 114/13 114/20 115/13
115/24 116/16 116/17 116/18

117/17 117/24 118/1 118/3
118/5 118/10 118/21 119/1
123/18 124/11 124/22 137/9
140/7 140/9 140/14 141/5
141/7 141/8 141/15 144/3
145/6 147/10 151/2 151/5
151/20 152/23 154/18 156/13
157/16 158/25 159/24 160/11
160/17 161/3 161/4 165/2
165/9 168/6 168/22 169/6
170/9 170/9 170/21 170/23
171/2 171/7 171/12 171/22
172/1 172/8 175/25 182/11
192/21 195/8 196/4 196/17
197/13 199/5 199/6 199/11
199/12 199/13
Detective Diaz [8]  116/18
118/3 118/5 118/21 119/1
145/6 151/5 168/6
Detective Ellis [1]  116/17
Detective Jason DiPaola [2]
4/11 4/14
Detective Jimmy Dease [1]
175/25
Detective Juan Diaz [2]  140/7
140/14
Detective Moore [16]  112/2
112/10 114/20 115/24 116/16
117/17 117/24 118/1 124/22
171/7 182/11 195/8 196/4
196/17 197/13 199/6
Detective Moore's [2]  113/23
124/11
Detective named [1]  199/13
Detective Richard Moore [6]
111/22 123/18 170/9 170/21
170/23 171/2
detective's [1]  19/6
detectives [6]  115/5 115/8
116/7 116/7 118/12 199/24
determine [11]  10/1 129/24
149/8 151/22 152/8 152/8
154/24 179/22 182/24 184/25
185/24
determined [2]  55/21 88/13
detriment [2]  25/25 53/11
devices [3]  77/13 77/17
148/19
Devil [2]  17/3 17/5
Devon [4]  8/25 9/7 11/19
30/11
Devon Dent [3]  8/25 9/7 30/11
diamonds [1]  52/23
Diaz [14]  111/19 116/18 118/3
118/5 118/21 119/1 140/7
140/9 140/14 140/15 145/6
151/5 168/6 202/6
did [241]
didn't [35]  7/2 12/10 18/7
21/1 35/15 44/5 44/11 44/21
45/16 45/18 45/20 52/11 66/9
68/25 81/17 82/14 83/17 84/13
86/12 93/2 93/3 93/22 105/6
115/3 115/5 126/14 126/22
128/19 132/16 133/24 135/5
135/24 138/16 173/10 199/23
die [3]  17/14 18/16 24/16
different [20]  39/20 40/24
41/8 41/8 56/10 56/11 69/9

72/9 81/16 83/20 83/22 109/14
133/14 157/21 176/18 176/10
181/15 182/7 183/20 193/23
digesting [1]  194/19
digital [2]  102/14 103/1
digital scale [2]  102/14
103/1
dip [2]  89/18 89/18
DiPaola [6]  4/11 4/14 4/18
19/23 30/19 202/3
Diplomate [1]  202/14
direct [19]  4/21 5/11 7/15
29/11 30/25 31/21 56/13 59/4
59/25 61/19 64/16 65/1 95/9
95/23 140/18 141/15 163/2
171/5 172/7
directed [1]  145/17
directing [2]  7/7 38/25
direction [13]  35/20 37/21
38/15 40/3 40/6 103/17 152/12
153/22 157/23 158/17 159/3
184/3 186/14
directions [2]  33/25 39/20
directly [8]  4/16 33/17 61/14
95/3 140/12 170/25 174/23
186/8
disappear [1]  33/25
disappeared [1]  21/6
disc [6]  105/13 144/3 144/3
152/21 177/15 187/10
disciplinarian [1]  27/4
discipline [1]  51/8
discovery [2]  112/21 117/8
discuss [1]  67/12
discussed [2]  45/7 116/11
discussing [1]  177/17
discussion [3]  65/17 65/20
119/24
dishonorable [1]  22/4
dislikes [1]  22/5
dismissed [4]  45/22 45/24
46/8 46/11
dispatcher [2]  96/5 122/24
disperse [1]  128/19
display [1]  24/15
dispute [1]  120/11
disputed [4]  87/15 87/17
120/18 125/6
disrespected [1]  22/6
distinction [1]  80/9
distribution [2]  101/25 102/4
district [13]  1/1 1/1 5/17
26/22 31/4 46/10 95/16 95/16
95/22 126/2 126/6 126/7
126/10
District Court [1]  46/10
disturbance [3]  8/1 8/2 47/22
DIVISION [1]  1/2
Dixon [19]  59/24 61/10 61/12
61/16 61/21 61/24 63/7 63/11
63/21 67/16 69/4 73/18 78/1
78/18 82/23 83/19 84/5 87/2
202/4
DNA [2]  45/4 45/5
do [135]  4/25 8/10 9/4 9/11
9/21 11/9 11/15 11/21 12/21
13/20 14/12 14/14 16/4 18/4

**D**

do... [121]   23/13 27/9 29/10
31/15 31/18 33/10 35/18 36/1
36/11 37/17 38/3 38/19 39/21
42/2 50/11 51/23 53/1 53/14
53/23 55/10 55/14 57/10 63/1
63/7 63/12 66/15 66/22 69/20
71/4 71/7 72/21 73/23 74/3
74/9 74/21 75/15 76/1 77/4
77/7 78/6 82/1 83/12 86/5
88/19 90/3 94/17 98/11 100/9
100/18 102/17 103/22 109/16
109/19 110/5 115/11 116/23
117/16 117/18 117/20 117/21
118/2 118/4 118/5 118/20
120/15 121/14 124/7 129/4
130/2 131/1 135/12 135/22
136/3 136/9 136/11 136/16
136/22 136/24 137/9 137/12
137/17 137/24 139/11 140/22
143/4 144/11 146/19 155/6
155/23 157/3 159/11 160/4
163/18 165/13 166/13 167/10
168/13 170/17 170/19 177/11
177/20 178/9 178/17 178/24
180/2 184/19 188/1 190/16
192/9 192/14 193/12 193/23
194/2 194/9 194/11 194/12
194/17 194/20 199/25 201/5
202/9
doctor [1]   173/24
document [3]   51/21 54/9 55/21
documents [3]   55/17 56/4
56/11
does [21]   5/21 10/21 23/1
32/8 44/6 48/21 99/15 103/14
107/4 109/20 110/3 121/20
122/9 140/5 152/23 157/8
157/10 161/5 163/12 164/25
195/15
doesn't [4]   18/24 51/24
119/21 120/1
doing [12]   3/18 7/20 37/1
55/17 66/23 67/22 86/12
109/18 111/12 138/13 158/25
200/24
dollars [1]   63/16
dominance [1]   23/20
dominant [1]   28/13
dominated [1]   28/11
Dominic [8]   184/22 185/2
185/4 185/8 185/18 186/10
186/14 190/9
Dominic Kane [8]   184/22 185/2
185/4 185/8 185/18 186/10
186/14 190/9
Don [2]   199/8 201/1
Don Rudy [2]   199/8 201/1
don't [63]   3/19 10/5 39/12
43/16 48/9 50/2 51/19 51/24
53/20 56/20 57/8 71/22 75/14
75/18 82/2 84/5 84/8 84/10
85/11 91/16 92/2 92/17 99/3
109/12 109/19 110/7 110/14
112/13 114/6 116/24 120/2
120/3 120/8 120/18 124/1
124/14 127/24 129/17 131/19
134/14 135/7 135/14 138/12

138/13 138/16 139/10 139/10
139/15 139/15 144/15 149/14
162/4 162/5 162/9 162/10
165/16 165/22 167/1 168/22
190/18 194/19 195/20 198/19
done [3]   26/24 27/9 170/12
Donnell [2]   168/7 169/7
Donnell Johns [1]   168/7
Donnell Johnson [1]   169/7
Dontray [25]   107/16 160/1
161/16 163/1 165/24 166/2
177/22 178/13 183/2 183/2
183/5 183/8 183/13 183/19
183/22 184/1 185/15 186/12
189/11 190/2 190/4 196/18
196/22 197/1 197/17
Dontray Johnson [20]   107/16
160/1 163/1 177/22 178/13
183/2 183/5 183/8 183/13
183/19 183/22 184/1 185/15
186/12 190/2 190/4 196/18
196/22 197/1 197/17
Dontray Johnson's [2]   161/16
166/2
doo [3]   163/20 163/20 163/20
doomed [1]   20/13
door [5]   13/11 15/16 15/21
123/9 181/11
dot [2]   156/18 173/6
double [1]   16/18
Douglas [3]   1/23 202/9 202/13
down [28]   5/22 20/5 23/4 25/4
27/10 27/22 28/16 31/17 68/8
70/2 73/15 89/13 100/14
100/19 111/7 119/6 129/22
130/11 131/11 131/12 131/12
136/2 139/1 147/15 148/14
164/1 186/22 187/1
downtown [1]   5/14
dozen [3]   70/10 72/20 74/15
dozens [4]   121/13 121/13
121/13 192/22
DR [1]   202/2
Dr. [6]   173/19 173/24 199/7
199/22 200/1 200/8
Dr. James Laron Locke [1]
199/7
Dr. Locke [4]   173/24 199/22
200/1 200/8
Dr. Parks [1]   173/19
drama [1]   120/8
draw [2]   129/2 156/25
drawing [3]   80/9 158/6 163/25
drawn [1]   128/22
drew [1]   131/14
drinking [1]   64/24
drive [2]   70/15 70/16
driver's [5]   8/19 8/22 11/19
65/21 65/22
driving [1]   82/16
drop [1]   138/8
drove [3]   82/14 82/16 181/24
drug [15]   5/18 5/20 5/21 6/1
6/8 6/9 7/4 12/12 31/4 32/4
34/15 68/6 90/25 95/22 96/14
drug-related [2]   6/1 6/9
drugs [41]   6/20 7/1 12/9
12/25 32/20 34/11 35/12 37/23
41/20 44/22 45/16 45/18 45/20

58/19 63/24 64/6 64/19 64/21
66/11 68/13 68/17 68/18 70/8 70/15
71/16 72/17 72/18 73/13 73/21
74/4 74/25 76/7 76/22 77/6
81/4 81/5 81/12 81/17 85/24
86/2 86/3 89/22
ducked [1]   21/17
ducking [2]   89/12 89/18
due [6]   11/16 45/23 46/8
98/12 98/14 101/1
dues [2]   27/13 114/7
Dukeland [1]   22/16
dummies [1]   163/21
duress [1]   17/12
during [6]   5/24 7/3 17/11
22/3 67/19 69/12 80/5 84/23
86/9 109/14 111/11 114/22
122/24 141/24 145/22 151/24
152/10 156/6 177/25 178/22
Dwight [1]   137/2
Dwight Jenkins [1]   137/2
dying [1]   173/11

**E**

each [12]   17/15 27/11 70/10
78/8 78/9 78/10 97/10 116/25
117/13 120/19 121/6 161/6
ear [1]   25/19
earlier [15]   42/22 48/5 50/13
52/6 65/1 124/2 134/23 139/13
155/24 165/23 166/1 166/11
181/21 193/10 196/17
early [2]   117/6 200/13
earn [1]   21/10
easier [4]   16/6 50/24 66/17
69/11
easily [1]   21/21
east [5]   7/11 7/18 21/4 21/6
33/23
East Baltimore Street [1]
7/11
eastbound [1]   35/16
easy [2]   21/21 117/20
Easy's [1]   22/17
eating [1]   64/23
edition [1]   16/21
educating [1]   28/3
educational [1]   54/5
effect [2]   92/8 132/13
effort [1]   23/13
eight [5]   5/24 6/7 51/21
108/23 197/5
eight-hour [1]   6/7
eighth [1]   5/4
either [7]   60/20 104/19 105/1
118/12 120/20 122/13 193/14
ejection [1]   17/16
elders [2]   25/8 25/14
elicit [3]   92/3 93/17 112/12
eliciting [2]   94/14 94/15
Elita [1]   2/4
Elita Amato [1]   2/4
Ellis [12]   116/17 116/18
118/20 121/9 121/18 146/17
146/23 147/2 147/5 155/16
157/21 159/12
else [18]   11/2 11/4 12/8 17/4
63/16 72/16 73/20 73/25 76/20
91/20 103/16 116/2 133/25

**E**

else... [5]  136/3 152/9 199/4
 200/10 201/18
else's [2]  66/12 67/6
embedded [1]  23/11
emergency [2]  122/21 123/1
EMMs [1]  26/12
emotions [1]  25/2
employed [2]  95/13 171/9
empty [1]  32/13
enabling [2]  51/11 122/25
end [7]  64/4 72/7 72/17 80/18
 116/20 117/6 190/18
ended [3]  64/3 64/4 72/6
endorsed [1]  121/1
enemy [2]  23/22 24/15
enforcement [8]  6/6 67/1 67/3
 67/5 71/9 79/1 95/13 95/22
enforcer [1]  27/2
engaged [1]  98/14
enough [3]  26/4 121/24 127/25
enter [2]  25/12 25/12
entered [5]  4/4 61/7 125/12
 170/18 174/2
entire [4]  18/9 25/11 56/1
 186/11
entitled [3]  51/21 52/17
 202/11
entries [2]  50/15 52/6
entry [3]  50/18 189/7 189/17
environment [1]  51/10
Enzinna [5]  1/18 47/11 78/14
 119/15 165/6
era [1]  17/7
Eric [11]  31/9 34/25 36/9
 37/7 37/7 38/11 38/12 38/25
 39/18 40/7 43/16
Eric Jordan [10]  31/9 34/25
 36/9 37/7 37/7 38/11 38/12
 38/25 39/18 40/7
error [1]  119/8
Especially [1]  44/18
Esquire [9]  1/15 1/16 1/18
 1/19 2/2 2/4 2/7 2/9 2/12
essentially [3]  91/4 94/3
 113/16
establish [1]  121/10
established [2]  17/24 22/15
establishment [2]  175/1
 179/18
establishments [1]  175/10
estimate [2]  98/7 131/21
et [1]  1/5
evaluating [1]  193/8
even [12]  3/19 17/14 25/11
 65/1 86/9 90/21 93/7 115/16
 128/16 135/1 170/12 186/11
evening [6]  7/21 31/24 32/12
 32/25 33/20 198/19
event [4]  119/11 120/20
 122/12 122/19
events [2]  120/23 123/9
eventually [2]  21/5 21/9
ever [10]  17/11 53/14 68/19
 74/4 74/25 75/2 75/10 77/9
 77/16 184/5
Everett [1]  90/13
every [10]  16/23 25/10 67/19

68/19 79/21 81/2 84/24 85/3
 135/7 189/14
everybody [1]  39/20
everyone [5]  3/3 107/4 114/19
 199/4 200/21
everyone's [1]  200/22
everything [9]  23/13 24/5
 26/23 67/14 67/15 67/25 68/7
 68/20 176/20
evidence [42]  3/22 9/1 12/12
 30/1 41/16 44/6 49/25 69/18
 91/11 92/12 104/25 105/12
 109/11 109/12 121/17 124/19
 143/2 145/23 145/25 146/4
 146/6 148/19 148/21 148/25
 149/7 151/2 151/4 151/12
 151/20 154/23 161/16 162/25
 173/21 174/7 187/10 189/5
 192/13 193/8 194/6 195/25
 196/1 202/1
exact [7]  99/2 99/3 106/9
 117/8 127/24 134/14 196/10
exactly [5]  74/1 79/12 82/8
 113/8 194/19
exacts [1]  139/10
examination [19]  4/21 42/17
 47/13 58/15 59/4 61/19 78/16
 82/21 95/9 111/17 113/17
 115/15 125/17 140/18 165/7
 171/5 198/3 199/10 201/10
examine [2]  151/10 201/11
examined [2]  113/4 199/9
Examiner [3]  147/7 199/7
 199/17
Examiners [3]  199/21 200/3
 200/5
example [1]  121/17
except [2]  86/5 86/13
exceptions [3]  119/18 120/3
 120/17
excerpt [2]  161/16 162/25
excerpts [5]  118/5 201/6
 201/11 201/12 201/15
exchange [2]  34/12 72/18
exchanged [3]  35/8 77/1 77/5
excited [2]  120/15 122/13
excitement [1]  120/23
exclusive [1]  77/12
excuse [7]  60/13 111/9 115/8
 168/2 170/6 198/7 199/4
excused [14]  59/17 59/18
 60/11 87/3 87/4 111/14 140/3
 140/4 169/19 169/20 169/25
 198/21 198/23 199/1
excusing [2]  111/5 198/7
exhibit [82]  9/2 12/14 12/21
 13/5 13/13 13/18 14/13 19/7
 19/8 20/6 29/4 29/20 30/1
 32/21 33/17 56/7 56/7 56/9
 57/18 57/23 69/22 71/3 96/18
 101/7 102/16 102/17 102/20
 103/4 104/24 105/12 109/9
 109/11 109/13 119/7 119/8
 135/12 143/4 143/23 144/18
 146/18 147/12 152/22 153/17
 154/3 160/9 166/1 166/12
 166/15 167/8 172/13 172/24
 175/6 175/19 175/23 176/4
 176/11 176/21 177/10 177/11

177/20 178/16 179/7 182/7
 182/20 183/3 183/6 183/11
 184/4 184/8 184/18 184/23
 185/5 185/16 185/20 185/21
 186/3 186/15 186/19 186/23
 187/2 187/10 189/4
Exhibit 2A [1]  29/4
Exhibit B-912-T [1]  135/12
Exhibit CS-5-3 [1]  175/19
Exhibit GP-2 [1]  13/13
Exhibit IND-53 [1]  160/9
Exhibit IND-58 [1]  178/16
Exhibit JAIL-1 [1]  187/10
Exhibit SF-7 [2]  177/10 179/7
exhibits [12]  14/2 41/22 42/2
 42/15 88/9 89/6 93/15 116/6
 116/16 162/6 182/12 200/21
exist [1]  23/1
existed [1]  17/4
existence [2]  23/23 68/20
exited [3]  36/9 37/5 38/7
expand [1]  28/2
expect [3]  59/25 60/21 63/1
expecting [3]  55/18 63/4
 111/16
experience [7]  32/18 34/14
 35/11 110/23 137/8 190/12
 190/13
expert [2]  200/12 201/2
explain [3]  65/25 104/11
 181/22
explained [1]  3/16
explanation [1]  194/7
Express [4]  174/20 175/8
 177/2 179/20
extended [1]  183/9
extent [6]  88/11 91/15 94/2
 122/23 124/4 125/6
exterior [5]  152/1 152/17
 153/16 155/12 174/22
extra [2]  14/5 67/24
extraction [3]  201/7 201/13
 201/16

**F**

F-R-A-N-K [1]  95/6
F-R-I-E-N-D [1]  95/7
face [2]  77/25 174/21
Facebook [5]  161/16 161/24
 163/1 165/24 166/2
faced [1]  175/4
facing [3]  129/7 129/8 129/9
fact [11]  45/22 56/18 93/2
 113/2 113/19 114/24 115/8
 119/21 119/25 152/1 201/11
facts [1]  24/20
factual [1]  119/18
fail [1]  20/13
fair [3]  138/24 153/4 177/16
fairly [1]  179/23
fake [1]  23/3
fall [1]  26/11
falling [1]  183/23
false [1]  62/6
familiar [12]  7/2 9/9 19/25
 45/8 101/20 142/16 159/25
 160/18 168/6 169/8 177/21
 190/14
family [22]  16/14 17/10 17/18

**F**

family... [19]  20/24 20/25 21/15 24/5 24/13 24/19 25/1 25/7 26/1 26/1 26/5 27/21 27/24 28/11 28/22 51/9 52/16 53/12 189/11
family-oriented [1]  51/9
Family/friend [1]  189/11
famous [1]  17/5
far [6]  45/5 55/10 71/14 91/22 98/7 112/13
farther [4]  51/21 52/21 136/2 139/2
fast [2]  40/25 156/7
fatal [1]  120/20
faulty [1]  115/15
FCRR [2]  1/23 202/13
February [4]  17/9 89/7 89/7 117/6
February 2008 [1]  17/9
February 4th [1]  89/7
federal [4]  1/24 17/14 20/9 202/15
federally [1]  84/11
feel [1]  129/25
feeling [1]  18/1
feet [12]  46/23 91/7 91/19 93/4 98/9 128/9 128/11 128/12 131/9 131/10 131/18 131/21
fell [7]  145/18 145/21 146/10 176/2 176/9 176/9 183/9
fellow [1]  106/13
felt [2]  18/20 22/6
female [11]  37/4 52/22 61/2 87/18 88/1 88/11 88/12 89/11 89/12 90/22 188/12
fence [3]  148/3 154/15 154/15
few [11]  4/7 30/25 36/16 41/10 55/10 74/6 86/10 105/11 153/7 170/13 185/22
field [17]  32/13 44/5 44/11 44/11 142/22 143/11 145/12 145/19 147/16 148/3 152/12 154/13 155/17 155/19 157/25 158/1 159/4
field-test [2]  44/5 44/11
fifth [1]  64/24
fifty [1]  108/14
fight [2]  24/16 192/4
fightin' [2]  185/14 186/11
figure [1]  190/25
file [1]  113/23
finally [7]  15/10 67/3 145/2 150/24 154/2 176/24 183/24
finance [2]  26/17 27/12
financial [3]  23/20 26/21 27/25
find [9]  51/25 52/16 92/5 105/16 113/1 151/11 187/7 187/13 189/20
fine [5]  16/9 121/25 124/19 168/21 169/1
finger [3]  32/24 143/14 149/23
fingerprints [2]  45/4 45/5
finish [4]  26/14 39/13 194/21 194/24
finished [1]  14/3

finishes [1]  139/5
firearm [2]  75/7 76/25
firearms [18]  62/6 65/18 65/22 65/23 66/4 66/7 66/12 66/19 67/6 68/9 76/23 77/4 77/7 77/10 77/11 77/12 77/16 77/20
firm [1]  27/25
first [69]  3/5 3/11 16/12 17/10 17/24 19/12 19/12 20/23 21/10 22/22 24/22 25/1 25/24 26/7 26/13 26/15 28/19 28/23 29/9 30/5 30/8 50/4 50/10 50/15 52/6 53/10 54/2 57/18 65/18 67/5 68/24 72/5 74/17 76/6 88/7 91/10 92/25 93/21 116/10 119/2 119/4 122/8 128/21 134/10 140/15 144/11 144/17 145/15 145/15 147/11 147/25 149/3 152/15 153/14 154/6 156/3 163/2 173/12 173/21 179/18 187/20 187/20 188/11 189/7 191/15 191/25 192/2 197/6 200/12
first-responding [1]  145/15
Fish [3]  184/22 185/2 190/9
Fisher [1]  199/11
fit [3]  18/19 26/4 127/25
fitting [1]  98/13
five [19]  24/16 26/10 26/11 26/13 64/15 71/21 81/7 81/10 81/12 81/16 91/7 97/9 127/13 127/25 131/11 155/22 156/8 194/16 194/25
five-star [3]  26/10 26/11 26/13
flag [7]  60/24 61/3 87/19 109/18 116/24 123/16 200/11
flagged [1]  114/9
flank [1]  174/5
flashlight [5]  92/5 100/15 100/20 101/5 101/11
fleeing [3]  121/8 121/19 121/21
flight [1]  21/17
flip [1]  137/20
Flipping [1]  27/22
floor [5]  1/24 149/20 176/9 176/15 186/22
flourished [1]  19/16
focus [2]  164/20 195/8
focusing [1]  39/19
following [4]  22/12 93/8 93/9 105/8
food [11]  6/24 67/15 175/3 175/9 175/25 180/18 180/19 182/1 182/16 183/14 185/19
foot [5]  5/13 5/14 7/10 7/21 115/18
footage [21]  121/23 153/1 153/4 153/6 153/8 174/16 174/18 175/2 175/11 177/6 177/14 177/17 177/19 179/8 179/9 179/17 179/19 179/21 180/5 180/9 184/13
footages [4]  152/24 153/16 153/16 156/6
footwork [1]  27/15
force [4]  28/13 101/19 110/24

171/17
forced [1]  24/17
foregoing [1]  202/10
forensic [1]  199/10
forensically [1]  199/9
Forest [21]  69/6 69/17 69/21 70/3 70/12 72/4 75/3 78/2 96/3 96/9 126/1 142/11 143/12 143/13 147/15 147/22 147/23 148/13 153/20 156/17 157/24
Forest Park [14]  69/6 69/17 70/12 72/4 75/3 78/2 142/11 147/15 147/22 147/23 148/13 153/20 156/17 157/24
Forest Park Avenue [6]  69/21 70/3 96/3 96/9 126/1 143/13
forever [1]  26/4
forewarn [1]  78/10
forgot [1]  106/19
form [5]  24/19 52/15 62/5 66/8 160/22
forms [1]  79/14
forty [1]  108/24
forty-six [1]  108/24
forward [3]  68/4 68/14 117/19
found [6]  15/25 22/6 46/15 49/15 93/4 176/16
foundation [6]  17/23 17/24 17/25 27/25 28/18 160/15
founders [1]  22/24
Fountain [2]  85/9 97/1
four [13]  10/24 24/15 36/16 49/19 52/11 68/24 76/24 81/20 82/8 167/18 167/20 174/22 181/11
four-door [1]  181/11
fourth [4]  64/13 82/1 82/2 120/25
Fourth Circuit [1]  120/25
Foxtrot [7]  38/21 39/8 39/9 39/11 39/15 39/16 40/3
frame [3]  64/19 67/20 126/9
Frank [9]  60/22 87/6 87/14 89/9 94/25 95/2 95/6 111/18 202/5
Frank Friend [6]  60/22 87/6 87/14 94/25 111/18 202/5
Fraud [1]  62/5
Frazier [4]  2/11 58/12 86/23 139/24
free [1]  199/2
frenemies [1]  29/15
frequent [1]  19/25
frequented [1]  7/3
frequently [3]  6/17 93/25 116/24
Friday [1]  198/16
friend [31]  60/22 61/1 87/6 87/14 89/9 91/3 92/11 93/1 94/7 94/8 94/11 94/25 95/2 95/6 95/11 105/22 106/19 107/7 107/20 107/24 108/10 109/3 109/17 110/20 111/18 112/9 125/13 136/21 189/11 189/12 202/5
Friend's [1]  93/19
friend/acquaintance [1]  189/12
friendly [1]  136/22

**F**

front [38]  11/18 12/20 13/18
15/13 15/25 16/2 34/8 34/9
36/23 37/14 40/3 59/8 59/13
94/13 97/1 98/13 100/24
102/12 103/4 104/12 104/13
114/6 123/9 125/7 131/25
133/4 133/6 133/20 135/13
147/23 158/21 173/3 174/3
174/25 176/1 181/24 186/8
186/9
fucking [1]  195/19
full [10]  4/17 57/18 61/15
95/5 110/9 140/13 171/1 198/9
198/15 201/7
fullest [1]  19/22
fully [2]  114/3 114/16
functioning [1]  20/13
funds [1]  28/1
further [19]  7/6 11/20 42/11
47/9 53/21 58/1 59/14 78/13
82/17 86/17 111/1 116/21
136/19 162/13 165/4 169/11
183/25 185/9 198/1
furtherance [2]  88/16 92/20

**G**

gained [1]  22/1
gall [1]  20/15
gallery [5]  60/14 111/9
111/14 170/6 199/2
Gambino [4]  21/9 164/15 166/5
177/22
game [1]  110/25
gang [27]  12/11 13/24 15/15
15/16 15/25 17/3 17/6 17/10
23/12 49/15 49/17 49/21 49/22
50/1 55/21 56/2 56/8 56/8
56/16 56/18 56/23 57/2 57/5
75/19 114/7 137/13 137/15
gangs [2]  18/8 49/18
Garrison [1]  5/23
Garrison Boulevard [1]  5/23
gas [20]  6/24 78/2 142/20
142/22 142/25 143/1 148/12
151/25 151/25 152/2 152/5
152/7 153/11 154/9 154/11
155/12 155/20 173/7 173/8
177/5
gave [10]  18/9 18/13 18/13
34/14 35/20 39/22 75/8 77/4
98/17 164/6
general [4]  26/10 26/11 26/14
201/10
generally [11]  6/21 70/19
71/13 73/14 75/6 85/6 142/18
147/5 173/25 182/13 193/17
gentleman [6]  70/25 74/7
81/20 82/14 103/23 180/2
gentlemen [7]  4/6 60/7 60/10
127/25 169/24 198/2 198/7
get [42]  4/3 16/23 22/18 24/5
24/5 27/3 28/4 33/24 38/22
39/24 57/21 61/6 61/23 63/9
68/13 69/7 69/13 71/16 73/1
76/10 77/3 77/11 77/15 79/14
81/4 82/6 89/15 89/17 90/1
111/24 122/20 125/7 125/10

125/11 123/7 132/17 142/6
170/12 175/10 183/17 200/15
200/21
gets [4]  57/7 63/9 92/7
117/21
gettin' [1]  181/7
getting [7]  26/25 69/4 69/6
91/5 114/25 115/1 183/13
gift [1]  23/15
girl [2]  190/14 190/18
girlfriend [1]  65/20
girlfriend's [2]  66/7 79/15
girls [1]  190/14
give [16]  23/13 52/14 62/15
73/6 88/22 89/25 96/5 98/7
117/2 117/14 128/12 137/2
164/8 164/8 188/14 199/4
given [5]  70/17 116/15 194/20
200/3 201/3
giving [1]  51/8
glass [8]  175/5 176/2 176/7
176/8 176/10 176/15 183/23
184/1
Glenn [3]  31/9 35/6 35/20
Glenn Shelton [3]  31/9 35/6
35/20
glossary [3]  109/10 109/22
109/25
go [37]  22/16 35/13 59/10
61/23 64/8 66/9 69/15 69/23
69/25 70/5 71/15 85/7 92/24
94/22 96/2 105/6 110/18
112/13 115/16 115/17 118/25
125/22 126/24 134/22 136/2
145/10 151/9 156/16 163/18
170/12 170/13 173/12 194/2
194/25 197/19 199/23 201/6
God [1]  52/16
goes [2]  9/11 139/6
going [151]  9/1 9/20 11/8
12/13 13/12 20/10 30/12 30/18
32/6 33/9 38/23 40/1 40/6
41/21 42/25 43/22 60/8 64/15
66/2 69/18 71/3 72/6 72/7
74/8 75/25 85/20 88/7 89/13
90/23 90/25 96/18 101/7
102/15 102/20 104/24 105/11
105/15 106/3 106/24 106/25
107/7 107/17 107/20 108/7
108/13 108/22 108/23 109/3
109/16 112/13 112/20 116/16
116/24 116/25 117/3 117/13
117/19 117/19 123/25 125/4
135/10 136/19 137/19 137/20
142/2 143/1 143/2 143/22
144/23 146/2 146/18 147/25
149/3 151/17 152/21 153/17
154/2 155/9 155/22 156/8
156/12 156/21 157/13 158/2
158/14 158/16 158/22 159/10
160/3 161/23 162/4 162/6
162/12 162/15 162/24 163/2
163/22 163/23 163/24 164/19
170/3 172/24 175/23 176/4
177/9 177/19 178/15 179/6
179/9 179/13 179/24 180/12
180/15 181/2 181/9 181/12
181/18 182/5 182/11 182/19
182/20 183/3 183/11 184/4

184/8 184/11 184/18 184/24
185/7 185/20 185/21 186/3
186/15 187/9 187/12 187/20
187/24 188/10 189/4 189/6
189/19 189/22 190/21 190/22
191/7 191/11 193/5 194/4
197/6 197/10 198/6
gone [3]  20/12 124/6 192/17
good [28]  3/3 4/5 4/23 4/24
18/18 42/19 42/20 42/21 47/15
47/16 57/11 60/3 78/18 82/23
95/11 95/12 110/15 115/23
125/19 125/20 140/20 140/21
165/9 165/10 169/22 171/7
171/8 198/18
got [45]  6/23 16/23 20/23
21/5 22/9 22/9 30/23 37/7
37/10 37/11 37/12 37/16 38/13
64/4 64/10 65/16 65/17 65/20
67/25 68/6 72/12 76/7 76/15
79/19 85/14 85/24 89/20 89/23
97/8 97/9 110/4 110/21 122/9
125/22 126/24 132/10 133/16
138/20 141/21 144/14 145/13
155/24 189/11 193/2 200/15
Gotham [1]  163/20
Gotham City [1]  163/20
gotta [2]  94/4 188/14
Government [28]  4/7 4/11
17/22 61/8 61/9 62/12 87/5
87/6 91/11 92/2 92/18 93/15
111/15 112/11 113/1 113/15
115/12 115/21 119/20 124/5
124/13 125/7 140/5 140/6
170/8 170/20 192/14 193/24
GOVERNMENT'S [72]  4/14 9/2
12/14 12/21 13/5 13/12 14/1
14/13 19/8 20/6 29/3 29/20
30/1 32/21 33/17 41/22 42/7
61/12 71/3 95/2 96/18 101/7
102/16 102/20 103/4 104/24
105/12 109/3 109/9 140/9
143/23 144/18 146/18 147/12
152/22 153/17 154/3 170/23
172/13 172/24 175/6 175/18
175/23 176/4 176/11 176/21
177/9 177/20 178/15 179/6
182/12 182/19 182/20 183/3
183/6 183/11 184/4 184/8
184/18 184/23 185/5 185/16
185/20 185/21 186/3 186/15
186/19 186/23 187/2 187/9
189/4 202/1
Government's D-17A [1]  42/7
Government's Exhibit 2A [2]
19/8 29/20
Government's Exhibit 3A [1]
14/13
Government's Exhibit AP-3A [1]
101/7
Government's Exhibit AP-3B [1]
102/20
Government's Exhibit CAD-1 [2]
143/23 144/18
Government's Exhibit CS-1-1
[1]  147/12
Government's Exhibit CS-1-15
[1]  153/17
Government's Exhibit CS-5-2
[1]  175/6

**G**

Government's Exhibit CS-5-5 [1]  175/23

Government's Exhibit CS-5-6 [1]  176/4

Government's Exhibit CS-5-7 [1]  176/11

Government's Exhibit CS-5-9 [1]  176/21

Government's Exhibit D-1 [3]  12/14 12/21 13/5

Government's Exhibit D5 [2]  102/16 103/4

Government's Exhibit DEM-6 [1]  109/9

Government's Exhibit GP-2 [1]  20/6

Government's Exhibit IND-22 [1]  9/2

Government's Exhibit IND-28 [1]  146/18

Government's Exhibit IND-51 [1]  172/13

Government's Exhibit IND-53 [2]  177/20 182/20

Government's Exhibit IND-56 [1]  184/18

Government's Exhibit IND-58 [1]  185/21

Government's Exhibit IND-70 [1]  104/24

Government's Exhibit IND-81 [1]  71/3

Government's Exhibit JAIL-1 [1]  30/1

Government's Exhibit MAP-15 [1]  32/21

Government's Exhibit MAP-16 [1]  33/17

Government's Exhibit MAP-34 [2]  96/18 172/24

Government's Exhibit MAP-4 [1]  154/3

Government's Exhibit MISC-4 [1]  189/4

Government's Exhibit SF-3 [1]  152/22

Government's Exhibit SF-7 [1]  186/3

Government's Exhibit SF-7-A [1]  182/19

Government's Exhibit SF-7-D [2]  183/3 184/4

Government's Exhibit SF-7-E [1]  184/8

Government's Exhibit SF-7-H [1]  184/23

Government's Exhibit SF-7-I [1]  185/5

Government's Exhibit SF-7-J [1]  185/20

Government's Exhibit SF-7-K [1]  186/15

Government's Exhibit SF-7-Q [1]  186/19

Government's Exhibit SF-7-R [1]  186/23

Government's Exhibit SF-7-S [1]  187/2

Government's Exhibit SF-7-T [1]  183/6

Government's Exhibit SF-7-U [1]  183/11

Government's Exhibit SF-7-W [1]  185/16

Government's Exhibit Wire B [1]  105/12

Government's Exhibits [2]  42/22 182/12

GP [13]  13/13 13/13 14/13 14/21 15/2 15/8 15/10 15/12 15/23 16/2 16/12 20/6 50/9

GP-2 [1]  16/2

GP-2-A [3]  15/23 16/12 50/9

GP-3 [2]  13/13 15/12

GP-3-A [1]  14/13

GP-3-B [1]  14/21

GP-3-C [1]  15/2

GP-3-D [1]  15/8

GP-3-E [1]  15/10

gram [4]  72/6 72/7 72/13 73/3

grams [6]  64/23 68/22 72/5 73/4 79/21 82/6

grand [1]  82/14

grand jury [1]  82/14

gray [6]  100/11 100/11 121/22 127/4 157/12 157/12

great [4]  25/25 53/11 164/11 167/9

greater [3]  51/12 194/7 194/7

green [7]  12/6 23/20 77/6 155/20 174/11 175/22 177/3

Greenmount [1]  21/7

grocery [1]  6/23

groomed [1]  20/22

ground [7]  40/9 68/8 130/6 130/7 148/20 149/21 176/8

group [20]  8/1 8/10 91/4 91/7 91/9 91/19 91/22 93/4 97/13 97/16 98/2 99/25 122/8 127/13 127/18 128/9 128/13 129/4 130/22 185/11

Gs [2]  20/17 21/22

guard [1]  65/17

guess [17]  46/14 60/18 75/21 88/3 109/21 110/14 116/17 116/19 118/11 118/14 129/5 130/4 131/8 131/17 138/15 160/14 194/10

guilty [4]  62/9 62/11 63/18 65/3

gun [50]  66/17 67/19 72/18 73/2 77/2 77/2 79/4 82/4 91/8 91/9 91/10 91/11 91/13 91/16 91/17 91/18 91/21 91/22 91/23 91/25 93/1 93/3 93/3 93/12 98/8 98/10 98/23 99/1 99/17 105/1 110/25 110/25 128/22 128/24 130/16 130/19 130/21 131/1 138/1 138/5 138/8 138/9 138/9 138/20 138/23 139/14 183/10 183/22 184/2 186/12

guns [9]  67/17 67/22 72/17 72/21 76/21 79/15 81/19 81/22 86/3

gunshot [2]  147/8 174/2

gunshots [4]  119/21 119/22 119/22 147/6

Guttta [5]  93/24 93/25 93/25 188/13 188/17

Guttaman [2]  29/8 54/19

guy [3]  75/21 119/25 181/7

guys [1]  39/16

Gwynn [17]  5/23 6/15 6/23 19/17 19/21 19/21 19/24 31/25 32/16 32/23 33/8 33/13 34/9 36/23 39/24 42/6 59/7

Gwynn Oak [10]  5/23 6/15 6/23 19/17 19/21 19/21 19/24 32/23 39/24 59/7

Gwynn Oak Avenue [1]  31/25

Gwynnbrook [5]  152/14 153/13 153/23 154/7 158/19

Gwynnbrook Apartments [2]  152/14 153/23

Gwynnbrook Townhomes [2]  153/13 158/19

**H**

habit [1]  85/4

had [71]  6/4 12/3 14/3 17/24 18/4 18/20 20/10 20/14 21/8 21/8 33/22 33/23 38/14 39/17 39/25 45/11 49/20 65/20 65/21 66/2 67/7 67/23 68/19 71/2 71/6 72/5 76/11 77/22 79/12 81/1 84/12 85/3 89/20 89/20 91/19 91/20 93/5 96/16 97/14 98/16 101/17 105/5 106/14 109/10 110/16 112/7 112/21 112/22 112/25 115/6 117/7 117/8 118/8 129/13 130/18 130/21 130/25 131/1 131/8 132/19 143/10 143/18 143/19 173/18 174/2 175/4 181/6 183/9 193/10 199/20 200/2

half [7]  23/13 72/5 72/6 91/18 145/9 171/15 198/11

hand [20]  4/13 16/5 26/24 27/1 27/7 30/8 34/13 34/15 34/15 40/25 40/25 53/22 61/11 95/1 106/25 140/8 170/22 183/10 186/21 187/1

handed [3]  35/8 35/9 35/10

handgun [5]  63/15 78/24 97/24 99/2 99/18

handguns [1]  72/24

handing [16]  10/14 12/19 13/17 16/11 42/1 48/19 50/25 51/4 52/3 99/11 102/16 107/3 144/2 152/22 177/10 182/12

handle [1]  21/16

handled [1]  21/5

handler [1]  115/8

handlers [3]  113/12 113/13 113/13

handles [1]  77/6

hands [1]  21/7

handwritten [1]  54/9

hang [1]  18/18

hangin' [1]  70/18

happen [2]  71/13 172/18

happened [27]  7/23 17/12 34/6 36/7 36/15 36/20 37/3 38/6 38/22 39/15 40/3 43/25 46/7 46/13 53/14 65/15 67/8 79/12 92/4 97/8 100/12 120/4 120/4

Case 1:16-cr-00267-LKG   Document 1557   Filed 11/21/19   Page 219 of 241

**H**

happened... [4]   122/11 139/8
174/22 181/22
happening [2]   20/16 170/4
happens [1]   63/7
happy [3]   117/17 193/21
194/25
hard [3]   18/24 18/25 117/2
Harlem [1]   22/16
Harry [2]   2/7 82/23
Harry Trainor [2]   2/7 82/23
has [45]   3/12 3/17 4/7 9/11
9/12 12/20 13/12 26/20 29/25
55/16 55/24 55/24 56/4 58/5
66/17 88/12 89/10 90/12 90/14
96/13 103/1 104/25 105/12
114/19 115/23 116/13 120/19
120/25 121/2 123/19 124/5
124/8 136/3 161/15 162/25
163/18 163/19 168/22 175/14
180/9 187/10 189/5 193/12
199/22 201/6
hat [4]   156/14 157/19 184/25
186/17
hated [1]   17/6
have [137]   3/16 5/2 5/8 6/10
18/3 19/2 19/8 23/21 27/10
44/25 45/20 50/23 51/20 51/23
51/24 51/24 53/21 53/23 55/9
56/10 59/2 60/8 62/21 62/23
63/12 63/18 64/11 64/14 70/24
72/10 73/19 76/5 77/9 82/11
82/12 82/24 84/21 85/14 85/22
86/17 87/12 88/5 88/9 88/18
90/12 91/24 94/23 95/18 98/21
103/4 104/20 105/8 107/4
109/23 110/9 110/15 111/1
112/1 113/16 114/6 114/23
115/4 115/5 117/4 117/7 117/8
118/13 118/15 118/24 119/14
121/8 121/23 121/24 122/3
122/4 122/11 122/18 123/3
124/1 124/18 127/1 128/11
129/17 131/17 132/16 133/13
133/14 133/15 135/1 135/12
138/16 139/20 140/5 140/24
141/2 141/7 141/10 142/20
142/22 142/23 144/7 144/14
151/2 152/1 152/17 153/1
161/18 168/11 168/22 170/17
170/19 171/13 171/22 172/4
173/16 174/21 174/22 177/24
178/21 180/5 188/1 189/1
193/25 194/14 194/15 194/17
195/11 195/13 196/21 198/1
198/9 198/18 199/16 199/21
199/22 200/23 201/9
haven't [1]   82/24
having [8]   37/2 37/14 68/1
77/20 111/24 115/25 125/9
201/14
Hawkins [2]   164/23 165/20
Hazlehurst [3]   2/9 3/9 109/10
he [213]
he'd [4]   66/9 71/14 73/19
73/25
he'll [1]   201/16
he's [22]   19/7 34/9 56/1 56/4

59/25 89/12 109/10 133/11
133/12 198/12 182/6 162/9
180/11 182/24 183/23 184/2
185/18 192/21 193/1 193/7
193/14 199/7
head [6]   10/6 48/10 72/23
155/5 195/19 195/20
heading [1]   119/9
hear [19]   30/19 30/22 58/18
110/20 188/12 191/24 192/2
192/4 192/7 192/14 193/6
193/21 195/18 196/1 196/2
197/18 197/21 197/24 200/8
heard [19]   119/21 119/22
119/22 119/23 120/21 121/23
122/7 134/4 192/18 192/20
192/23 193/1 193/3 193/6
193/14 193/16 193/22 193/23
195/16
hearing [8]   3/14 3/15 68/1
88/7 91/3 93/2 94/2 136/9
hears [2]   193/4 193/5
hearsay [3]   119/18 120/2
120/17
hearts [1]   16/17
height [4]   68/15 178/11 179/2
182/23
heights [3]   5/22 6/15 51/12
held [1]   121/2
helicopter [3]   39/8 39/18
39/19
Hello [2]   126/20 126/22
help [3]   38/20 121/9 122/20
helpful [3]   90/24 111/12
122/16
her [16]   22/3 22/5 22/14
22/15 37/6 37/8 65/22 88/16
90/7 90/8 90/11 90/13 90/15
123/9 123/10 123/11
here [168]   14/14 14/22 15/3
15/8 15/24 16/12 16/13 16/16
16/22 16/23 16/23 16/25 18/22
26/8 27/17 28/7 28/16 28/19
29/4 30/8 32/22 33/4 33/12
33/13 40/5 40/8 51/20 64/25
69/8 69/20 70/2 71/7 72/6
80/25 84/12 84/16 85/23 88/14
101/8 101/15 101/17 102/21
106/6 106/20 107/8 108/13
108/22 115/24 124/4 131/20
135/21 138/19 143/16 147/13
147/14 148/1 148/2 148/13
148/17 148/18 149/4 149/5
149/6 149/13 149/14 149/16
149/19 149/20 150/3 150/6
150/9 150/12 150/15 150/16
150/18 150/21 150/25 153/11
153/12 153/13 153/18 153/19
153/21 154/4 154/5 154/12
155/9 155/11 155/13 155/18
155/20 156/1 156/12 157/4
157/7 158/2 158/14 158/16
158/17 158/20 158/22 158/25
159/6 159/7 159/8 159/16
161/24 163/3 163/5 164/1
164/10 164/22 165/20 166/12
166/17 166/20 167/7 167/8
167/8 173/2 175/7 175/14

175/20 175/24 176/5 176/12
176/17 176/22 176/24 177/4
179/13 179/14 180/2 180/6
180/15 180/17 180/20 180/6
181/18 181/22 183/1 183/4
183/7 183/12 183/21 184/12
185/1 185/17 185/24 186/20
186/24 187/16 188/13 189/7
191/15 193/15 195/9 198/13
198/16 198/19 199/17 199/23
200/16
hereby [1]   202/9
heroin [31]   12/5 13/2 64/4
64/20 64/21 64/23 68/22 68/23
69/4 69/7 69/13 69/23 71/20
71/25 72/1 72/8 72/12 73/1
73/8 74/13 76/9 76/13 76/15
76/25 79/19 79/21 80/6 80/12
84/24 85/4 86/10
Hey [2]   137/5 138/8
hi [4]   163/21 163/21 163/21
163/21
hiding [1]   32/3
high [1]   96/14
highlight [2]   123/25 194/4
highlighted [10]   19/6 51/13
52/9 53/3 54/6 54/10 54/12
57/8 124/6 135/1
highlighting [2]   51/16 51/16
highly [1]   6/25
him [120]   3/16 19/14 20/22
21/5 22/7 22/8 26/14 31/10
31/13 31/15 34/13 34/13 34/14
35/10 36/9 36/25 37/22 38/10
38/11 38/12 40/9 40/9 41/3
45/2 45/11 45/20 45/22 49/12
49/13 55/18 55/22 56/17 56/22
56/23 56/24 57/5 60/23 65/19
65/22 71/7 71/15 72/21 74/1
75/4 75/7 75/14 75/23 75/23
76/7 76/12 81/17 82/16 83/20
86/2 86/3 86/5 86/10 86/12
89/13 89/25 93/22 93/25 100/5
100/6 100/9 103/12 109/20
109/20 114/21 114/22 114/23
114/23 114/24 115/10 115/13
118/5 121/19 126/16 126/17
126/19 130/11 130/13 132/17
133/15 133/16 160/8 162/12
162/13 162/14 162/15 172/17
173/19 177/24 178/7 178/9
178/10 178/21 182/1 183/17
185/8 185/15 189/14 191/25
192/2 192/22 192/23 192/25
193/14 193/15 194/3 194/9
194/21 194/24 195/1 197/21
200/13 201/2 201/5 201/9
201/14
himself [2]   21/11 34/10
his [83]   3/14 15/9 17/16
19/19 20/23 21/5 21/9 21/16
22/9 26/21 26/21 26/22 26/24
27/1 27/14 30/23 38/8 38/13
41/1 45/20 55/22 59/25 71/2
75/14 75/18 89/13 92/9 92/16
92/19 93/12 93/22 94/17
100/13 100/15 103/10 103/12
103/13 103/16 103/25 109/20
113/12 113/13 113/13 115/7

Case 1:16-cr-00267-LKG   Document 1359   Filed 11/21/19   Page 220 of 241

**H**

his... [39]   115/8 115/25
120/21 121/12 132/9 133/11
133/19 133/24 136/13 146/17
147/6 155/5 158/9 158/11
173/14 174/3 174/3 174/4
174/4 174/5 174/5 176/3
178/11 178/11 179/2 179/2
182/23 183/9 183/10 185/12
186/17 186/21 186/21 187/1
188/25 190/3 195/19 196/22
197/24
history [4]   17/6 17/11 18/11
18/11
hit [3]   20/11 185/13 186/10
hitting [1]   39/2
hobby [3]   65/24 65/24 67/17
Hoffman [3]   1/15 83/3 120/13
hold [1]   17/2
holder [2]   11/18 12/3
holler [1]   197/19
home [1]   188/12
homes [1]   85/16
homicide [41]   111/19 111/22
113/5 113/10 113/19 113/23
114/13 115/5 115/12 118/10
140/23 141/2 141/4 141/5
141/6 141/10 141/16 141/22
141/25 142/1 142/2 142/8
143/10 143/11 143/18 144/8
148/5 155/25 161/3 161/11
163/9 168/6 170/9 171/12
171/22 172/4 172/8 172/11
174/22 180/9 187/4
Homicide Unit [4]   140/23
141/2 141/4 141/25
homicides [7]   113/10 115/9
141/7 161/6 161/14 171/24
172/1
honest [1]   93/1
honor [75]   3/6 3/9 4/1 4/10
10/10 12/15 16/7 17/25 18/23
19/5 25/23 28/10 47/9 47/12
48/16 51/1 52/1 55/1 55/20
57/14 58/1 58/7 58/10 58/14
60/24 61/3 61/9 78/15 82/17
83/14 83/16 86/19 86/22 87/1
87/7 90/19 92/22 94/20 109/4
109/8 112/8 112/11 113/22
116/23 118/4 118/9 118/18
118/24 119/16 120/6 121/23
123/20 124/1 125/16 135/19
139/21 139/23 140/2 140/6
158/12 160/13 161/18 161/22
168/2 168/12 168/21 169/11
169/16 169/18 170/5 192/8
192/19 199/16 199/20 200/11
Honor's [1]   194/20
honorable [2]   1/11 18/2
Hood [2]   83/5 84/12
hooded [1]   121/22
hoodie [1]   157/12
hoods [1]   22/15
Hoodstar [2]   164/23 165/20
hope [1]   29/10
hoping [3]   22/14 63/4 170/12
Hospital [2]   154/20 173/13
hour [7]   6/7 26/9 134/5 145/9

156/7 180/23 180/24
hours [5]   6/4 189/9 191/18
house [21]   7/19 7/25 8/6
26/17 27/12 32/13 32/17 33/7
33/16 34/8 36/17 36/19 36/22
36/24 37/8 38/12 40/7 54/4
59/10 59/12 96/13
houses [2]   34/10 70/13
Housing [2]   171/17 171/18
how [81]   5/2 5/8 6/9 6/17
16/23 27/23 33/21 39/11 40/21
41/7 42/20 44/13 47/16 59/5
59/23 61/21 64/14 64/21 65/25
66/6 66/19 67/15 68/15 68/21
68/23 69/12 70/7 71/1 71/14
71/17 71/20 71/22 72/3 72/12
72/16 72/18 73/1 73/23 74/13
75/17 76/10 76/13 76/20 76/22
76/25 90/1 92/2 95/18 98/7
101/10 101/20 110/10 110/14
112/13 115/2 124/24 125/1
126/7 126/20 126/22 127/23
127/24 136/21 140/24 141/2
141/7 141/13 141/21 160/20
161/6 171/13 171/18 171/22
171/24 172/4 178/13 179/4
194/15 194/17 194/19 197/4
huddled [1]   97/10
huge [1]   33/15
hundred [6]   48/9 71/21 81/7
81/10 81/13 81/16
hundreds [2]   70/9 141/14
hunnids [1]   164/7
Hyundai [1]   36/8
Hyundai Sonata [1]   36/8

**I**

I'd [11]   14/1 24/6 50/9 67/2
67/3 72/7 77/3 78/7 93/14
196/4 196/24
I'll [9]   28/19 53/18 91/2
106/16 111/5 112/1 112/3
136/2 198/9
I'm [202]   4/7 5/4 5/6 6/5 9/1
9/2 9/20 10/23 11/5 11/8
12/13 13/12 14/3 14/4 14/6
20/21 21/12 25/12 25/15 28/19
30/12 30/18 33/3 33/9 34/17
40/1 40/6 41/21 44/8 44/21
45/24 48/9 51/19 52/18 54/24
54/25 54/25 55/5 57/3 59/22
62/16 64/12 68/1 69/10 69/18
71/3 74/8 75/25 86/1 88/7
88/14 89/18 90/25 93/8 94/23
95/16 95/16 96/18 99/6 99/14
100/19 101/7 102/15 102/20
104/19 104/24 105/11 105/15
105/19 106/24 106/24 107/7
107/17 107/20 108/7 108/13
108/22 108/23 109/3 110/1
110/25 111/21 112/9 112/18
116/5 116/15 116/18 117/17
119/8 121/25 124/10 131/10
131/19 133/22 135/10 136/19
137/14 137/19 137/20 139/1
139/2 143/2 143/22 144/23
146/18 147/25 149/3 151/17
152/21 153/17 154/2 155/9
155/22 156/8 156/12 156/21

157/13 158/2 158/14 158/16
158/22 158/25 159/10 160/3
160/8 162/12 163/1 163/22
163/23 163/24 164/19 165/25
167/13 167/19 169/6 169/21
170/12 171/12 172/1 172/13
172/24 173/2 175/6 175/23
176/4 177/9 177/19 178/15
178/25 179/6 179/9 179/13
179/24 180/12 180/15 181/2
181/12 181/18 182/5 182/11
182/18 182/19 182/20 183/3
183/11 184/4 184/8 184/11
184/18 184/23 185/5 185/16
185/20 185/21 186/3 186/4
186/15 187/9 187/12 187/20
187/24 188/10 189/4 189/6
189/19 189/22 190/21 190/22
191/6 191/6 191/11 191/11
191/15 191/23 193/21 194/19
195/20 196/10 196/12 196/25
197/6 197/10
I've [12]   3/21 14/1 41/21
64/12 119/13 122/2 124/4
132/10 137/24 171/20 190/21
200/15
idea [5]   44/25 57/11 194/17
199/5 200/23
identification [2]   12/14 67/7
identified [20]   37/5 38/10
56/14 83/9 85/22 85/23 90/7
90/8 90/12 90/15 90/22 93/21
93/22 100/4 103/24 104/22
179/7 182/25 185/2 185/22
identify [8]   8/21 9/16 11/14
38/9 104/20 134/20 184/5
184/9
identifying [2]   134/24 135/25
identity [3]   66/7 90/12
146/14
ignition [1]   11/19
Ilchester [2]   21/7 22/16
illegal [2]   66/22 77/20
illuminate [1]   101/5
illuminated [2]   100/15 100/21
illuminating [1]   101/11
images [1]   155/14
immediate [1]   25/10
immediately [1]   20/9
impact [1]   68/25
important [1]   193/12
importantly [1]   93/7
impossible [1]   117/14
impression [1]   122/13
impressions [1]   120/16
improper [4]   124/9 125/8
192/12 192/18
inasmuch [1]   201/15
incident [9]   29/23 42/22
42/23 47/17 48/7 49/5 58/25
59/2 176/1
include [1]   68/9
included [1]   129/16
inconsistency [1]   115/20
inconsistent [5]   115/2 115/16
182/24 185/1 186/1
incriminating [1]   24/12
IND [19]   9/2 9/2 9/4 9/20
11/8 71/3 74/8 74/20 75/25

**I**

IND... [10]  104/24 146/18
 160/3 160/9 172/13 177/20
 178/16 182/20 184/18 185/21
IND-21 [2]  9/2 9/4
IND-3 [2]  11/8 75/25
IND-43 [1]  74/8
IND-53 [1]  160/3
IND-60 [1]  74/20
IND-63 [1]  9/20
INDEX [1]  201/22
indicate [9]  31/15 100/2
 101/13 106/20 111/10 119/23
 143/15 154/9 180/5
indicated [8]  84/20 85/6
 87/12 100/12 126/24 132/4
 151/2 153/10
indicates [4]  87/20 113/9
 148/20 149/6
indicating [81]  13/22 13/25
 14/9 16/16 17/1 25/5 33/1
 33/5 33/14 33/16 40/5 40/6
 40/8 51/18 52/5 55/4 69/24
 70/1 73/14 73/15 83/3 90/6
 96/21 100/11 106/7 107/9
 133/11 136/4 143/16 147/14
 147/16 147/17 147/18 148/6
 148/7 148/13 148/15 150/5
 150/8 150/11 150/17 150/20
 150/23 151/19 153/12 153/12
 153/13 153/15 153/21 153/21
 153/24 154/6 154/12 154/13
 154/15 155/5 155/13 155/21
 156/18 158/20 159/5 159/6
 159/7 159/8 166/18 166/21
 166/23 175/14 177/4 179/15
 180/3 180/21 181/6 181/22
 183/1 184/6 184/9 185/1
 185/25 187/16 191/17
indication [5]  91/21 93/15
 130/21 130/25 133/17
indicative [1]  40/25
indictment [1]  17/9
individual [26]  9/4 9/21
 13/23 34/21 35/1 36/11 38/9
 92/3 98/12 100/3 103/21
 104/20 127/2 155/14 156/13
 157/6 157/7 157/10 158/6
 159/2 159/25 160/23 178/17
 181/6 184/19 185/24
individual's [2]  34/22 35/3
individuals [17]  7/2 11/14
 36/18 58/24 78/1 97/9 97/17
 98/2 98/3 98/15 98/15 103/11
 103/12 105/5 130/2 157/3
 157/16
induction [1]  18/19
indulgence [5]  42/10 78/11
 139/16 165/3 168/1
inebriating [1]  68/24
inexpensive [1]  82/4
inference [4]  91/23 92/16
 115/11 115/14
inflection [1]  136/13
info [3]  25/25 26/25 53/1
information [9]  37/19 89/25
 90/24 114/2 114/3 114/15
 127/1 137/6 137/10

informed [1]  134/11
initially [2]  79/6 126/22
injuries [1]  147/4
inmate [4]  30/9 187/15 196/25
 197/1
ins [1]  67/14
Insane [3]  17/3 17/5 17/5
Insane Red Devil [2]  17/3
 17/5
inside [28]  8/17 11/25 12/2
 12/8 12/25 14/6 14/24 15/16
 100/15 100/21 100/22 100/23
 176/3 176/6 176/14 176/18
 180/18 181/7 181/7 182/16
 183/10 183/13 183/19 184/14
 184/16 185/9 185/18 186/18
instance [4]  116/8 117/17
 134/20 135/7
instead [4]  18/11 21/17 169/2
 192/15
instill [1]  51/7
instructed [1]  94/17
insurance [2]  14/23 15/4
intelligence [1]  25/2
intend [12]  88/1 93/17 114/20
 114/21 117/9 117/16 118/4
 118/5 118/18 118/20 124/7
 199/25
intended [1]  117/5
intends [2]  92/3 112/11
interact [1]  126/20
intercepted [2]  105/13 200/23
interests [1]  23/3
interior [4]  101/10 174/21
 175/4 176/13
interpret [5]  55/25 56/25
 57/1 57/4 109/24
interpretation [2]  57/6
 138/24
interpreted [3]  56/1 56/4
 56/5
interrogation [1]  122/23
intersection [7]  6/18 6/22
 7/18 142/11 142/21 142/23
 143/9
interval [1]  120/4
interview [1]  178/9
intimidation [1]  17/15
introduce [4]  75/10 75/13
 75/17 118/21
introduced [2]  75/15 76/5
introducing [2]  201/8 201/12
introduction [1]  76/6
invades [1]  25/10
invading [1]  193/7
investigated [3]  112/15 141/8
 171/25
investigating [2]  144/9
 163/10
investigation [23]  11/20
 25/10 25/21 32/5 36/3 36/5
 39/14 49/14 53/1 53/5 114/23
 151/24 152/11 156/6 159/24
 160/17 175/16 177/25 178/22
 187/4 188/17 188/21 190/7
investigations [2]  141/10
 172/4
investigator [3]  112/15 146/2
 151/9

involved [6]  45/4 79/8 90/24
 134/7 162/3 162/5 172/5
involvement [1]  138/16
is [392]
issue [13]  3/4 3/10 22/10
 60/20 87/12 92/1 93/21 109/22
 112/7 116/3 118/12 120/9
 121/2
issues [3]  116/12 116/20
 199/14
it [331]
it'd [1]  72/5
it's [81]  6/23 6/25 10/20
 29/2 32/16 33/14 36/24 44/18
 51/20 53/21 56/2 63/6 65/24
 69/21 77/20 83/16 84/21 87/22
 87/25 88/6 88/21 88/21 88/23
 89/2 89/8 92/13 94/10 106/3
 106/11 107/13 108/1 108/18
 110/25 111/12 117/1 117/10
 117/19 119/10 124/19 124/25
 131/11 131/11 131/12 133/9
 142/23 144/19 144/19 148/2
 149/16 149/19 155/19 156/7
 166/6 168/16 175/21 175/21
 175/22 177/14 177/14 177/23
 181/10 183/5 184/13 184/16
 184/16 186/18 187/19 190/17
 191/21 192/12 192/18 193/1
 193/2 193/4 193/12 193/17
 195/9 196/6 198/3 198/15
 201/15
Item [3]  102/22 102/24 103/1
Item 1 [1]  102/22
Item 3 [1]  103/1
items [4]  15/12 44/12 146/1
 149/1
its [2]  22/2 96/14
itself [2]  59/8 154/18
IV [1]  1/13
Ivan [16]  92/3 92/8 92/12
 92/18 93/21 94/4 94/6 103/24
 104/22 104/25 132/12 132/13
 132/16 132/19 133/9 133/22
Ivan Potts [14]  92/3 92/8
 92/12 92/18 93/21 94/4 94/6
 103/24 104/25 132/12 132/16
 132/19 133/9 133/22

**J**

J-29 [2]  118/1 124/12
J-34 [2]  118/1 124/12
J-36 [3]  118/1 124/12 196/12
J-A-R-R-U-D [1]  61/16
J-A-S-O-N [1]  4/18
J34 [1]  189/19
J7 [1]  30/2
jacket [1]  155/4
jail [34]  29/6 29/23 30/1
 30/1 30/5 48/5 48/7 48/12
 48/14 56/14 58/18 60/20 60/23
 60/25 61/2 88/4 90/21 117/5
 123/17 123/18 123/19 187/5
 187/10 187/11 187/14 189/1
 189/6 189/16 189/20 191/2
 196/7 196/9 196/13 196/21
jail call [18]  29/23 30/1
 30/5 48/5 48/7 48/14 58/18
 60/20 60/23 60/25 61/2 88/4

**J**

jail call... [6]   90/21 123/18
 123/19 187/14 189/20 196/13
jail calls [3]   117/5 123/17
 196/21
Jakir [3]   136/7 139/11 139/13
Jamal [3]   2/6 93/10 105/14
Jamal Lockley [1]   2/6
James [3]   37/5 199/7 200/12
James Wagster [1]   200/12
January [2]   20/8 117/6
January 21st [1]   20/8
Jarrud [4]   61/10 61/12 61/16
 202/4
Jarrud Dixon [3]   61/10 61/12
 202/4
Jarrud Michael Dixon [1]
 61/16
Jason [4]   4/11 4/14 4/18
 202/3
Jason DiPaola [2]   4/18 202/3
Jean's [4]   7/25 8/3 8/4 8/5
jeans [1]   155/3
Jencks [4]   113/9 113/12
 113/16 114/18
Jencks material [2]   113/9
 113/12
Jenkins [1]   137/2
Jerry [1]   59/24
Jerry Dixon [1]   59/24
Jimmy [1]   175/25
job [1]   68/20
Johns [2]   168/7 169/2
Johnson [44]   107/16 112/16
 112/17 112/18 120/21 121/11
 123/6 160/1 160/7 160/12
 160/24 163/1 166/9 169/3
 169/7 172/12 172/15 173/14
 177/22 178/13 182/22 183/2
 183/5 183/8 183/8 183/13
 183/19 183/22 183/23 183/25
 184/1 184/3 185/15 186/12
 189/11 190/2 190/4 191/24
 192/4 196/18 196/22 197/1
 197/17 197/18
Johnson's [7]   160/18 161/16
 161/23 165/24 166/2 168/17
 174/1
joint [8]   64/25 93/10 109/17
 109/20 110/3 110/21 110/24
 136/7
Jones [1]   43/19
Jordan [23]   31/9 34/18 34/25
 35/1 35/9 35/10 35/13 35/15
 36/9 37/7 37/7 38/11 38/12
 38/25 39/18 39/23 40/7 40/12
 40/15 40/17 43/16 46/23 47/3
Jordan's [1]   40/21
JR [4]   95/2 95/6 95/7 202/5
Juan [5]   111/19 140/7 140/9
 140/14 202/6
Juan Diaz [3]   111/19 140/9
 202/6
JUDGE [1]   1/11
judgment [2]   49/22 146/4
July [1]   5/10
jump [6]   29/16 30/25 33/19
 68/14 156/21 158/2

jumped [1]   112/9
jumping [1]   28/23
jumps [1]   28/23
June [7]   87/22 95/21 95/23
 106/3 107/10 108/1 125/21
June 18th [4]   87/22 95/23
 106/3 125/21
June 19th [2]   107/10 108/1
junkyard [5]   65/7 65/17 66/2
jurisdictional [1]   6/8
jurors [4]   6/3 105/16 187/12
 189/20
jurors' [1]   196/6
jury [33]   1/11 3/8 4/3 4/4
 30/3 30/14 33/21 60/10 60/12
 61/6 61/7 82/14 88/1 111/5
 111/6 112/6 115/14 116/9
 124/8 125/7 125/11 125/12
 162/18 169/24 170/1 170/16
 170/18 193/4 193/6 193/7
 193/21 195/24 198/21
just [157]   5/13 10/16 10/21
 12/9 12/12 14/24 18/1 18/7
 18/25 19/6 25/15 27/17 29/7
 29/19 29/19 32/8 33/16 34/1
 34/15 36/5 37/2 38/22 39/6
 40/24 40/25 42/14 42/22 43/14
 43/19 45/2 45/25 47/2 47/5
 47/6 47/7 49/13 52/13 52/18
 54/2 56/4 56/12 57/22 58/14
 59/2 59/19 59/22 62/16 67/24
 68/2 68/4 68/19 68/25 68/25
 69/10 69/11 70/3 70/13 70/18
 70/22 71/13 72/6 72/9 72/10
 75/8 75/9 76/9 77/2 80/25
 82/1 83/16 84/1 87/19 87/22
 93/4 95/20 99/12 107/11 110/2
 110/16 111/9 111/15 116/9
 116/19 118/19 119/16 119/21
 119/22 120/11 120/11 120/19
 121/14 122/7 122/9 122/9
 123/16 123/17 124/3 124/11
 124/19 125/5 129/8 133/17
 135/21 143/14 147/5 148/22
 149/23 152/24 153/6 153/24
 155/9 155/20 157/6 157/24
 158/9 158/14 159/2 159/3
 159/10 159/13 159/20 163/3
 163/14 163/17 164/20 170/2
 173/8 173/16 173/25 176/14
 176/19 177/7 177/17 180/15
 181/6 182/17 183/25 185/8
 185/8 185/12 186/5 187/20
 188/2 190/1 190/17 190/21
 192/16 195/10 195/23 196/2
 196/10 196/11 197/6 198/8
 198/11 200/11 200/14

**K**

Kane [9]   184/22 185/2 185/4
 185/8 185/10 185/18 186/10
 186/14 190/9
keep [9]   27/5 28/3 67/19 68/4
 72/6 158/14 161/5 179/24
 180/12
Keeping [1]   116/17
keeps [1]   51/10
Kennedy [1]   43/19
kept [3]   68/6 68/25 144/4
keys [1]   11/18

kidney [1]   174/4
kids [2]   20/16 51/11
kill [2]   17/13 24/18
Killa [1]   21/7
killed [2]   114/7 168/17
kin [1]   173/14
kind [15]   8/1 32/13 34/7
 40/23 76/17 97/10 99/1 99/17
 127/12 133/16 137/24 148/23
 149/8 149/11 199/22
kissing [1]   25/18
knew [7]   20/16 67/14 67/15
 93/12 126/12 126/16 126/17
knit [1]   155/5 155/15
know [94]   3/13 3/19 3/25 9/11
 10/17 17/5 31/12 31/18 32/19
 34/10 34/11 34/12 34/15 36/11
 37/22 43/16 45/5 53/14 57/9
 63/7 66/10 66/22 67/15 67/23
 67/25 72/5 75/14 75/18 83/17
 84/5 84/7 85/11 85/11 90/23
 92/2 93/3 93/22 94/12 99/13
 110/4 110/7 110/14 112/13
 113/1 114/23 116/25 117/1
 117/10 117/16 117/18 118/2
 119/17 120/3 123/19 125/5
 125/5 126/8 126/14 126/19
 126/20 129/6 131/8 132/15
 132/15 133/13 133/14 134/14
 135/7 135/21 138/5 138/12
 138/13 138/16 139/11 139/15
 139/15 144/11 145/15 145/16
 146/3 147/8 149/14 151/9
 162/4 162/10 165/16 165/22
 182/17 190/16 193/10 194/12
 194/19 199/20 201/3
knowing [2]   115/5 122/2
knowledge [5]   32/18 35/11
 49/18 116/14 168/23
known [3]   52/22 96/15 166/5
knows [3]   164/6 164/6 168/24
KOMO [1]   21/21
Kritzer [1]   97/6
KSR [1]   77/8

**L**

La [2]   16/21 16/22
La Cosa Nostra [2]   16/21
 16/22
lab [2]   148/20 149/2
labeled [4]   50/2 70/4 119/7
 144/19
laboratory [3]   13/6 42/8
 104/17
ladies [6]   4/6 60/7 60/10
 169/24 198/2 198/7
LaEMM [7]   22/24 23/1 24/4
 25/1 25/18 27/23 29/2
LaEMM's [4]   23/8 28/17 50/20
 51/6
laid [1]   79/12
land [1]   18/17
landed [2]   21/6 176/3
Lane [1]   70/5
language [1]   78/7
large [3]   8/1 12/3 32/16
Laron [1]   199/7
Lashley [12]   178/20 179/1
 185/22 185/23 186/1 186/2

L

Lashley... [6]  186/6 186/17
186/18 186/21 186/25 187/3
last [24]  10/24 17/19 21/19
22/11 25/20 26/14 26/19 27/22
28/20 29/11 29/17 52/11 52/25
53/25 54/8 57/18 57/22 59/25
64/10 76/11 109/9 114/4
117/12 170/11
late [4]  32/17 33/14 64/16
198/3
later [22]  34/22 35/3 36/16
37/5 37/9 38/9 38/10 38/13
39/11 48/25 84/22 91/9 97/10
100/4 103/24 104/20 132/12
137/12 143/19 146/14 170/3
173/10
launchers [1]  77/15
Lauren [1]  1/16
Lauren Perry [1]  1/16
Lauretta [2]  22/1 22/16
law [7]  67/1 67/3 67/5 71/9
79/1 95/13 119/14
law enforcement [6]  67/1 67/3
67/5 71/9 79/1 95/13
laws [2]  24/8 66/17
lawyer [1]  197/22
lay [1]  160/14
laying [1]  186/22
LCP [2]  73/2 77/8
lead [5]  18/19 18/20 24/11
141/8 172/8
leader [4]  17/17 18/18 21/9
22/7
leadership [1]  20/14
leading [1]  114/5
learn [9]  22/14 34/22 35/3
74/4 142/8 143/19 146/14
146/23 172/16
learned [2]  132/12 143/10
leasing [7]  152/16 152/16
153/14 154/5 154/7 158/21
159/5
least [6]  84/12 93/12 127/25
139/7 199/25 200/9
leave [6]  35/16 49/14 71/16
138/8 198/19 199/3
leaving [1]  133/16
led [3]  64/3 65/18 145/20
left [34]  27/1 37/10 37/11
37/12 37/16 38/14 60/12 111/6
115/14 148/12 153/21 153/25
156/17 157/7 157/17 157/19
158/6 159/7 160/10 163/23
165/11 165/11 170/1 174/3
174/5 174/5 180/2 182/2 182/3
183/7 183/12 183/15 184/24
185/6
left-hand [1]  27/1
legacy [6]  16/24 20/11 25/6
26/10 27/23 54/4
lengthy [1]  194/5
leniency [1]  63/5
Leroy [1]  22/7
LeSabre [2]  174/11 175/22
let [30]  3/25 10/16 22/14
25/2 31/12 34/20 37/21 37/22
50/4 50/9 54/18 73/11 88/19

97/7 89/13 117/18 125/5
125/21 136/11 134/21 135/21
155/23 165/11 173/21 175/18
182/17 183/18 190/25 195/23
199/20
let's [10]  4/3 43/3 58/4
117/23 118/8 125/10 131/22
136/2 167/7 172/2
letter [7]  29/6 29/7 54/15
56/3 56/5 56/13 56/14
level [1]  6/6
Lexington [2]  5/15 7/10
Lexington Market [2]  5/15
7/10
Lexus [10]  97/22 98/2 99/22
100/13 100/14 100/20 101/9
131/4 131/6 174/13
liabilities [1]  26/5
liability [2]  66/11 77/21
Liberty [3]  5/23 6/15 6/22
Liberty Heights [1]  6/15
license [6]  10/1 10/4 14/5
65/21 65/22 66/15
lickers [1]  163/20
lie [2]  63/8 79/12
lied [1]  79/6
lieutenant [2]  27/11 27/11
life [6]  18/10 20/11 20/16
25/11 29/2 63/23
light [4]  59/9 93/18 131/3
155/4
light-colored [1]  155/4
like [55]  6/23 7/24 14/1 15/9
16/5 18/8 18/8 24/6 24/16
26/12 27/24 28/1 36/23 37/9
40/24 50/9 68/16 69/1 70/11
70/16 72/8 73/2 73/3 75/20
76/16 92/9 92/13 96/11 96/12
96/25 97/10 97/21 98/5 98/6
100/11 103/17 109/13 110/2
110/6 113/8 126/6 126/20
129/5 129/10 131/9 133/16
137/5 138/5 155/3 173/6
174/11 193/14 195/1 196/4
196/24
Lil [1]  19/20
Lil Nick [1]  19/20
limine [2]  88/5 90/6
limited [1]  193/24
line [9]  23/3 23/8 23/19 29/9
29/11 45/25 53/22 142/20
142/20
lines [1]  26/13
lineup [1]  26/22
link [1]  154/15
linked [2]  121/16 121/22
liquor [1]  6/23
listed [1]  81/22
listen [3]  189/1 189/16
196/21
listened [7]  29/22 58/17
192/21 193/13 193/19 195/10
195/11
listening [1]  134/17
lit [2]  59/8 59/13
literally [1]  43/9 55/9
little [17]  13/11 33/21 34/20
49/20 50/23 50/24 68/1 72/10
96/23 120/8 131/12 148/22

149/5 160/14 173/6 182/4
185/19
live [7]  16/18 16/18 16/18
16/19 18/15 22/14 99/19
lived [1]  85/20
liver [1]  174/4
lives [1]  200/4
living [2]  18/11 63/21
located [14]  7/17 32/11 32/25
145/11 145/18 148/21 150/13
153/14 158/20 172/22 174/20
174/23 175/17 182/16
location [39]  7/20 18/17 32/1
32/2 33/7 33/19 34/1 38/24
39/23 59/5 71/15 73/6 73/14
73/25 75/6 85/11 93/5 121/10
121/11 142/8 142/10 142/13
142/16 142/18 143/6 143/15
143/17 145/13 146/9 146/10
147/17 148/4 149/1 152/19
153/9 153/24 154/16 175/4
176/19
locations [5]  73/8 73/12
153/9 176/14 177/14
Locke [5]  173/24 199/7 199/22
200/1 200/8
locked [1]  67/11
Lockley [2]  2/6 58/5
log [1]  189/5
Lombard [1]  1/24
long [19]  5/2 5/8 16/18 17/21
36/24 39/11 39/12 59/23 64/14
95/18 113/14 117/2 140/24
141/2 171/13 171/18 171/22
194/17 197/4
longer [2]  123/7 194/25
longevity [1]  28/4
look [25]  10/16 16/6 31/12
52/25 53/25 54/14 54/21 70/16
72/8 75/20 76/15 88/5 92/5
99/4 99/12 101/24 119/6 127/2
129/4 151/10 153/7 154/13
155/19 166/17 167/7
looked [5]  18/1 101/10 114/11
131/24 182/21
looking [86]  10/7 11/23 14/14
14/22 15/2 15/8 15/24 19/11
28/19 29/4 30/8 32/22 33/12
34/8 39/18 40/2 43/10 54/25
71/17 78/8 101/8 101/13
102/21 102/22 128/3 128/13
128/16 131/10 144/3 147/13
147/14 148/1 148/11 148/17
148/23 149/4 149/13 149/13
150/2 150/6 150/9 150/12
150/15 150/18 150/21 150/24
151/18 151/20 153/18 153/19
153/20 154/4 155/11 155/13
155/18 156/1 158/17 158/18
159/16 163/14 164/10 172/14
175/7 175/20 175/24 176/5
176/11 176/17 176/21 176/24
176/25 182/7 182/14 183/4
183/6 183/12 183/21 184/12
184/24 185/6 185/16 186/16
186/19 186/22 186/23 187/1
looks [5]  15/9 96/25 100/10
101/20 173/6
lost [6]  24/5 46/13 46/14

**L**

lost... [3]  46/17 68/20 68/20
lot [31]  6/25 7/25 8/2 17/12
 18/7 33/3 43/9 44/19 47/23
 57/7 66/17 69/8 69/8 69/9
 69/11 85/7 85/12 97/1 97/19
 117/10 117/11 117/14 124/14
 125/23 127/13 129/6 142/24
 143/1 170/3 170/4 174/21
lots [1]  73/10
loud [1]  124/24
love [4]  29/18 163/20 163/21
 164/18
loved [2]  17/6 18/10
loving [1]  18/1
low [3]  68/18 89/13 89/18
loyal [1]  164/5
loyalist [1]  164/6
loyalty [2]  17/24 18/2
Lucky [1]  19/15
lunch [4]  111/3 111/3 116/11
 134/5
Luncheon [1]  112/5
lying [2]  115/11 115/15

**M**

M-O-O-R-E [1]  171/3
ma'am [309]
made [18]  6/10 17/4 49/22
 62/23 62/23 92/20 96/16
 112/25 116/5 118/19 120/5
 122/19 123/6 143/19 144/8
 159/7 173/6 196/22
mafia [6]  18/5 18/6 22/3 23/9
 23/11 23/12
Mafioso [2]  22/21 52/18
magazine [1]  99/19
Mainly [1]  73/10
major [2]  5/7 77/21
make [10]  31/6 36/5 38/14
 50/24 70/13 83/17 103/6 124/3
 146/2 195/21
make/model [1]  38/14
making [7]  5/25 8/1 30/9 36/2
 62/6 117/11 123/10
male [8]  11/5 34/7 34/12
 34/12 36/8 36/22 38/7 197/14
males [4]  26/11 36/16 184/14
 184/16
Man [1]  138/4
mandates [2]  24/25 51/22
manner [2]  121/10 121/11
manning [1]  21/17
many [15]  6/9 66/19 70/7
 71/20 72/9 72/18 74/13 76/22
 127/23 127/24 141/7 141/13
 161/6 171/24 172/4
map [21]  32/21 33/9 33/17
 40/1 40/2 40/2 69/19 73/11
 73/12 96/18 96/19 143/3
 143/15 153/7 153/10 154/3
 154/9 159/1 159/3 172/24
 172/25
MAP-15 [2]  40/1 40/2
MAP-16 [1]  33/9
MAP-34 [6]  69/19 73/11 73/12
 143/3 153/7 153/10
MAP-4 [3]  154/9 159/1 159/3

March [1]  1/8
marijuana [52]  8/16 11/16
 11/24 12/7 13/2 64/2 64/20
 80/3 80/24 92/5 92/6 92/9
 92/9 92/17 94/6 94/8 94/10
 94/13 94/16 100/24 101/2
 101/16 101/18 101/20 101/22
 101/24 101/24 102/12 102/13
 102/18 102/23 102/25 103/2
 103/10 103/12 103/15 103/15
 103/25 104/4 104/8 104/12
 104/16 132/5 132/20 132/25
 133/8 133/11 133/12 133/14
 133/19 133/20 133/25
marijuana's [1]  104/4
mark [5]  28/2 136/13 136/15
 148/19 199/11
Mark Fisher [1]  199/11
marked [14]  12/13 12/20 13/12
 14/1 19/1 19/2 41/21 56/7
 56/18 137/24 143/22 147/11
 149/3 152/21
Marker [9]  150/4 150/7 150/10
 150/13 150/16 150/19 150/22
 151/1 151/2
Marker No. 2 [1]  150/4
Marker No. 3 [1]  150/7
Marker No. 4 [1]  150/10
Marker No. 5 [1]  150/13
Marker No. 6 [1]  150/16
Marker No. 7 [1]  150/19
Marker No. 8 [1]  150/22
Marker No. 9 [2]  151/1 151/2
markers [3]  148/23 149/5
 149/6
Market [10]  5/15 7/10 175/3
 175/9 175/25 180/19 182/1
 182/16 183/14 185/19
marking [2]  17/10 19/8
Marquis [1]  38/7
mart [1]  180/18
MARYLAND [7]  1/1 1/9 1/25
 17/4 63/21 65/8 66/17
match [1]  97/13
material [11]  12/11 15/25
 100/24 101/16 101/18 102/13
 102/23 102/25 103/2 113/9
 113/12
materials [3]  13/24 16/1
 102/11
matter [3]  60/20 94/14 202/11
matters [1]  79/2
may [34]  3/9 31/1 31/6 31/21
 42/14 43/3 48/16 51/1 52/1
 55/1 56/10 59/3 83/14 90/21
 109/4 113/3 115/4 115/18
 115/21 116/20 117/20 120/7
 121/23 124/15 135/1 161/19
 168/11 168/18 168/24 170/12
 170/13 183/17 194/7 200/13
May 12th [3]  31/1 31/6 31/21
maybe [12]  37/9 39/13 55/8
 110/8 124/25 138/15 145/8
 151/11 151/11 173/16 188/5
 194/16
McCarthy [1]  11/22
McCorkle [3]  9/19 9/24 49/8
McNish [4]  97/6 100/14 100/17
 131/3

TO [55]  3/12 3/17 3/25 16/19
 34/22 36/4 50/9 50/23 54/18
 68/25 73/11 73/20 73/25 75/8
 77/11 80/21 88/19 88/22 90/20
 96/4 97/7 99/13 100/17 103/25
 103/25 108/11 114/6 115/9
 118/13 118/22 122/6 125/21
 129/8 129/9 129/17 133/24
 134/21 135/21 137/2 137/6
 155/23 164/5 164/7 164/8
 165/11 167/1 168/2 173/22
 173/25 175/18 182/13 182/17
 183/18 190/25 195/23
mean [21]  10/22 32/2 39/7
 41/13 47/5 55/12 55/25 56/3
 56/9 73/23 103/14 109/20
 110/1 110/3 115/3 117/16
 120/7 138/13 138/16 162/6
 193/9
meaning [4]  103/15 123/9
 131/10 132/2
means [7]  110/5 129/24 130/21
 138/8 166/6 166/25 167/2
meant [2]  18/3 196/12
Mecca [1]  18/7
media [5]  93/16 116/8 118/6
 161/8 161/14
medic [1]  182/3
Medical [6]  147/7 199/7
 199/17 199/21 200/3 200/5
Medical Examiner [3]  147/7
 199/7 199/17
meet [6]  70/14 71/15 112/12
 112/14 114/22 114/24
meeting [3]  84/7 84/19 117/1
meetings [2]  83/7 84/12
Melvin [8]  178/20 185/22
 186/2 186/17 186/18 186/21
 186/25 187/3
Melvin Lashley [8]  178/20
 185/22 186/2 186/17 186/18
 186/21 186/25 187/3
member [11]  24/20 26/1 28/22
 35/23 35/25 37/25 38/2 41/16
 75/19 88/15 92/18
members [6]  28/11 30/14 33/20
 34/3 38/17 99/25
memorized [1]  71/2
memory [1]  58/25
memos [1]  119/14
men [3]  27/23 127/13 131/11
mention [1]  19/20
mentioned [25]  5/19 8/3 8/7
 9/13 9/25 10/21 13/8 15/16
 19/23 20/12 32/8 33/6 41/10
 43/15 43/16 70/22 99/21 117/4
 123/17 130/18 143/17 146/9
 173/16 177/7 190/2
Mercury [1]  38/7
Mercury Marquis [1]  38/7
met [13]  36/22 65/10 83/2
 83/3 83/5 113/25 115/4 115/13
 173/13 178/10 190/2 199/21
 200/3
Michael [1]  61/16
microphone [6]  4/16 61/14
 68/2 95/4 140/12 170/25
mid [3]  60/3 60/8 169/22
mid-afternoon [1]  169/22

225

**M**

mid-morning [2]  60/3 60/8
middle [15]  17/1 20/18 21/12
 24/7 25/16 27/18 28/7 98/5
 124/16 154/6 154/12 154/14
 155/14 164/22 165/20
might [10]  16/5 84/20 84/21
 87/12 110/4 124/25 125/1
 169/21 173/16 200/13
Mike [1]  22/7
miles [2]  18/12 69/11
Mill [7]  70/3 142/12 142/14
 145/7 147/24 172/23 174/20
millimeter [4]  99/18 99/20
 149/12 151/16
Mills [1]  148/15
mind [6]  10/5 13/20 107/8
 180/20 187/15 187/18
minded [1]  69/1
mindsets [1]  51/7
minute [9]  37/9 37/9 38/13
 59/20 117/12 179/13 182/21
 183/17 190/1
minutes [31]  30/13 36/16
 39/13 60/1 60/2 108/14 108/14
 108/22 108/23 145/9 155/22
 156/8 156/21 156/22 157/13
 158/3 170/13 179/10 185/22
 187/24 188/7 190/7 190/22
 191/6 191/7 191/11 191/12
 194/16 194/25 195/9 197/10
MISC [1]  189/4
missed [1]  151/11
missing [2]  166/25 167/3
misspoke [1]  169/6
mistake [1]  22/15
mistaken [1]  178/25
Mitchell [1]  84/13
Mitsubishi [1]  37/4
Mo [20]  75/14 75/15 75/17
 75/20 76/4 76/5 76/6 76/8
 76/10 76/13 76/15 76/18 76/20
 76/22 77/1 77/4 77/9 77/17
 81/20 82/14
Mo's [1]  77/23
mob [7]  19/16 22/1 22/5 22/9
 22/15 24/25 51/22
mobbin' [1]  165/1
model [1]  38/14
moment [4]  63/17 116/4 157/7
 164/20
moments [1]  41/10
Monday [1]  1/8
monetary [1]  28/14
money [6]  24/5 27/12 27/13
 41/1 66/3 66/4
month [2]  22/4 188/4
months [2]  68/24 117/9
Moon [1]  21/15
Moore [24]  111/22 112/2
 112/10 112/10 114/20 115/24
 116/16 117/17 117/24 118/1
 123/18 124/22 170/9 170/21
 170/23 171/2 171/7 182/11
 195/8 196/4 196/17 197/13
 199/6 202/7
Moore's [3]  113/23 114/18
 124/11

morals [2]  23/11 51/7
more [55]  47/7 87/9 6/13 23/13
 23/25 43/14 43/19 47/5 47/7
 49/20 57/7 59/2 69/8 69/9
 77/2 77/20 77/21 88/3 93/7
 107/20 110/9 110/15 110/16
 121/24 124/5 125/9 128/11
 131/17 153/7 154/17 157/13
 160/14 194/15 196/4 198/8
morning [17]  3/3 4/5 4/23
 4/24 7/16 42/19 42/20 47/15
 47/16 60/3 60/8 117/1 123/20
 134/11 195/1 195/3 198/8
most [5]  17/6 49/21 73/19
 74/1 122/16
mother [2]  22/3 173/14
motion [2]  88/4 90/6
motions [8]  3/14 3/15 3/20
 3/20 3/24 91/3 93/1 94/2
mottos [1]  24/4
move [2]  27/24 109/12
moves [1]  55/10
Moving [3]  24/21 26/7 27/6
Moyé [1]  87/12
Mr [3]  81/5 81/12 104/1
Mr. [134]  3/10 3/12 3/24 9/9
 11/6 11/19 31/10 34/17 34/18
 35/1 35/9 35/9 35/10 35/13
 35/13 35/15 35/16 36/15 36/18
 36/21 37/6 37/6 37/13 38/10
 38/11 39/18 39/23 39/24 40/8
 40/12 40/12 40/15 40/17 40/21
 41/2 41/7 42/13 43/16 43/17
 46/23 46/23 47/2 47/3 47/11
 48/2 49/6 49/8 49/10 54/15
 56/5 58/4 58/5 58/9 58/12
 61/21 61/24 63/7 63/11 63/21
 65/14 67/16 69/4 73/18 78/1
 78/14 78/18 79/15 82/19 82/23
 83/19 84/2 84/5 84/13 86/21
 86/23 87/2 91/20 94/3 94/9
 94/9 94/16 94/18 100/5 100/12
 103/6 103/13 103/21 104/1
 104/3 104/14 104/19 104/22
 105/1 105/1 105/8 106/4 108/2
 109/10 113/10 113/18 115/4
 115/25 119/15 123/6 133/18
 133/20 136/10 136/21 139/18
 139/19 139/22 139/24 146/23
 147/2 147/5 160/7 160/12
 160/18 160/24 161/23 165/6
 165/24 166/9 167/22 168/17
 174/1 179/1 182/22 185/10
 185/23 186/1 186/6 195/18
 197/18
Mr. Alexander [1]  79/15
Mr. Bailey [21]  11/6 48/2
 49/10 54/15 56/5 91/20 94/3
 94/18 100/12 103/6 103/13
 103/21 104/19 105/1 106/4
 108/2 133/18 136/10 136/21
 167/22 195/18
Mr. Bailey's [2]  105/8 133/20
Mr. Banks [21]  31/10 36/15
 36/18 36/21 37/6 37/6 37/13
 38/10 38/11 39/18 39/24 40/8
 40/12 41/2 47/2 82/19 113/10
 113/18 115/4 115/25 139/19
Mr. Banks' [2]  41/7 46/23

Mr. Charles Alexander [1]
 85/14
Mr. Dante Bailey [1]  100/5
Mr. Davis [6]  3/10 3/12 3/24
 58/9 86/21 139/22
Mr. Dent [2]  9/9 49/6
Mr. Devon Dent [1]  11/19
Mr. Dixon [14]  61/21 61/24
 63/7 63/11 63/21 67/16 69/4
 73/18 78/1 78/18 82/23 83/19
 84/5 87/2
Mr. Dontray Johnson's [1]
 165/24
Mr. Ellis [3]  146/23 147/2
 147/5
Mr. Enzinna [4]  47/11 78/14
 119/15 165/6
Mr. Eric Jordan [1]  43/16
Mr. Frazier [3]  58/12 86/23
 139/24
Mr. Hazlehurst [1]  109/10
Mr. Ivan Potts [1]  104/22
Mr. Johnson [7]  123/6 160/7
 160/12 160/24 166/9 182/22
 197/18
Mr. Johnson's [4]  160/18
 161/23 168/17 174/1
Mr. Jordan [12]  34/18 35/1
 35/9 35/10 35/13 35/15 39/23
 40/12 40/15 40/17 46/23 47/3
Mr. Jordan's [1]  40/21
Mr. Kane [1]  185/10
Mr. Lashley [4]  179/1 185/23
 186/1 186/6
Mr. Lockley [1]  58/5
Mr. McCorkle [1]  49/8
Mr. Mitchell [1]  84/13
Mr. Potts [5]  94/9 104/1
 104/3 104/14 105/1
Mr. Potts' [2]  94/9 94/16
Mr. Sardelli [2]  42/13 139/18
Mr. Shelton [5]  34/17 35/9
 35/13 35/16 43/17
Mr. Trainor [2]  58/4 84/2
Ms. [15]  4/9 14/3 83/3 87/12
 94/1 112/7 114/9 114/15
 115/23 118/13 120/13 123/19
 125/15 170/2 193/10
Ms. Hoffman [2]  83/3 120/13
Ms. Moyé [1]  87/12
Ms. Perry [3]  4/9 14/3 170/2
Ms. Whalen [9]  94/1 112/7
 114/9 114/15 115/23 118/13
 123/19 125/15 193/10
much [25]  7/6 44/13 64/21
 66/17 67/15 68/21 71/17 71/22
 72/3 72/12 73/1 76/13 76/25
 83/23 87/2 92/2 110/15 112/22
 146/4 169/10 169/17 186/25
 194/15 194/20 198/18
mud [3]  46/22 47/3 47/3
muddy [2]  46/21 46/22
muffled [1]  192/20
multi [1]  6/8
multi-jurisdictional [1]  6/8
multiple [4]  43/22 109/23
 143/21 147/6
Murda [2]  19/15 19/18
Murdaland [9]  18/4 18/6 18/9

Case 1:16-cr-00267-LKG Document 1359 Filed 11/21/11 Page 226 of 241

**M**

Murdaland... [6]  18/13 18/20
19/22 20/12 23/9 23/10
Murdaland Mafia Piru [1]  18/6
murder [23]  112/16 112/19
113/6 113/25 114/16 114/24
116/1 116/18 118/20 118/23
121/9 121/18 167/18 167/20
169/6 172/18 187/5 188/3
188/4 191/20 191/21 191/22
197/4
murders [1]  162/8
muscle [1]  27/3
music [1]  57/25
must [5]  25/3 28/12 28/23
91/24 193/6
Muth [1]  174/24
Muth Street [1]  174/24
my [54]  3/16 4/18 5/4 9/2
10/6 14/8 16/14 24/19 29/18
32/18 34/14 35/10 35/19 35/19
36/2 36/2 39/16 39/23 43/14
43/19 46/24 47/5 47/7 48/10
49/18 55/9 62/15 64/13 65/18
67/24 68/6 68/20 72/23 82/23
87/25 92/7 93/14 94/6 95/20
100/20 102/3 113/3 119/4
125/5 133/22 140/14 140/14
145/11 168/16 171/2 171/2
181/9 194/10 197/22
My All Family I Am [1]  16/14
myself [3]  32/3 33/22 98/17

**N**

name [41]  4/17 4/18 11/5 15/4
15/6 18/3 18/6 19/19 20/1
21/8 34/22 35/3 38/8 61/15
66/13 75/14 79/15 82/23 85/11
93/23 95/5 110/25 126/14
138/3 139/7 140/13 140/14
140/15 146/17 159/25 169/6
171/1 171/2 171/3 187/16
188/17 188/22 190/8 196/25
197/1 197/24
named [4]  70/25 74/7 92/3
168/7 199/13
names [6]  19/20 31/18 74/3
74/5 134/23 135/5
narcotics [1]  6/6
nature [5]  98/12 136/16
138/13 147/4 174/1
near [6]  70/2 73/15 145/18
145/25 148/7 173/6
nearby [2]  99/22 142/23
necessary [1]  20/23
need [14]  29/15 46/15 66/15
83/11 89/15 89/17 109/12
109/19 110/8 110/9 118/14
160/14 197/18 197/21
needed [3]  20/24 27/9 51/9
neighborhood [1]  86/6
nephew [2]  168/17 168/19
nervous [1]  123/10
network [1]  51/9
never [11]  17/4 18/3 21/6
25/2 75/6 75/7 77/21 85/24
86/2 86/3 86/5
new [4]  17/23 26/9 26/12

26/12
next [19]  11/13 11/21 17/20
18/22 20/18 21/23 22/11 22/12
22/19 25/15 27/6 27/17 27/22
28/5 29/3 32/13 36/7 36/8
36/20 36/23 37/3 38/6 38/22
52/17 54/4 59/22 59/24 60/18
100/18 107/13 110/12 111/16
111/18 116/2 116/15 143/12
144/24 145/25 152/11 163/6
163/12 173/14 173/23 181/9
194/10 199/8 199/11 200/18
200/19
nexus [1]  91/17
nice [2]  63/3 73/3
nicer [1]  77/2
Nick [1]  19/20
nickname [2]  9/12 146/23
nicknames [1]  172/16
nigga [3]  57/25 164/5 164/6
night [5]  14/19 32/17 33/14
49/2 102/19
nighttime [2]  43/12 44/18
ninety [1]  168/18
Nizzy [1]  22/2
no [108]  1/4 3/6 3/22 19/8
20/14 20/16 42/24 43/2 44/6
44/9 44/11 44/24 44/25 45/1
45/5 45/10 45/17 45/19 45/21
46/14 47/2 47/6 47/9 49/11
49/12 49/13 51/15 52/12 53/18
54/7 56/6 58/5 58/7 60/21
62/22 62/25 63/3 63/3 63/20
67/9 67/11 67/11 67/21 69/3
71/8 72/15 73/22 75/1 76/19
77/18 79/12 79/13 81/11 81/18
82/9 84/9 85/25 86/4 86/17
86/19 87/1 90/19 91/19 91/20
98/17 98/22 104/10 105/3
105/5 111/1 113/9 120/11
121/3 121/25 126/22 126/22
128/23 129/3 129/5 129/14
129/16 130/13 130/18 130/21
130/25 131/23 134/9 134/12
134/19 135/14 137/18 138/20
138/22 139/12 139/19 139/20
139/21 140/2 146/13 169/9
169/14 169/16 184/7 184/10
194/24 196/10 198/1 200/23
No. [10]  135/12 150/4 150/7
150/10 150/13 150/16 150/19
150/22 151/1 151/2
non [1]  20/10
Norma [4]  7/25 8/3 8/4 8/5
Norma Jean's [4]  7/25 8/3 8/4
8/5
normal [1]  69/1
normally [1]  71/17
north [3]  70/3 70/11 143/12
North Forest Park [1]  143/12
NORTHERN [1]  1/2
Northwest [8]  5/17 5/18 5/20
5/21 6/13 6/14 7/4 31/4
Northwest Baltimore [1]  6/14
Northwest District [2]  5/17
31/4
Northwest Drug Unit [3]  5/20
5/21 7/4
Northwestern [1]  126/6

Northwestern District [1]
126/9
Nostra [2]  16/21 16/22
not [126]  3/10 3/13 3/14 3/23
8/17 13/23 14/3 16/18 22/8
25/7 25/13 25/23 26/4 26/5
27/1 30/16 34/12 40/6 42/23
43/1 43/21 44/11 44/24 45/8
45/24 48/9 49/10 51/13 53/7
54/25 55/24 55/24 56/3 56/18
57/11 67/10 77/19 80/6 80/16
82/1 82/25 83/19 84/20 87/16
88/8 88/10 88/12 88/25 90/16
90/21 91/13 91/24 92/16 94/12
94/13 94/15 105/4 106/17
107/18 108/8 108/12 108/16
108/20 109/1 109/23 110/1
111/10 111/12 113/18 114/7
114/20 115/1 115/11 115/16
115/24 116/5 116/6 116/7
117/19 117/21 118/4 120/8
121/3 121/6 121/20 122/7
122/21 123/3 123/11 124/15
124/18 126/19 131/22 134/20
135/25 137/8 144/22 145/1
145/4 151/22 160/23 162/7
162/11 162/15 170/4 178/25
184/9 187/22 188/8 189/24
190/5 190/10 190/19 190/24
191/4 191/9 191/13 193/5
193/22 195/25 197/8 197/11
198/13 198/16 201/5 201/14
note [3]  122/8 123/5 139/2
notes [3]  10/5 99/4 198/19
nothing [16]  42/11 58/1 58/9
59/14 62/15 68/18 78/13 82/17
86/21 86/23 119/23 139/22
139/24 165/4 168/24 169/11
notice [3]  97/16 97/19 117/14
noticed [1]  99/21
notification [2]  172/20
173/10
notified [2]  37/18 38/14
notify [1]  35/19
November [18]  7/7 7/13 49/2
58/22 119/11 119/17 141/16
141/19 143/7 151/6 154/19
162/2 163/8 163/16 164/3
168/7 168/8 202/15
November 2012 [2]  168/7 168/8
November 22nd [9]  119/11
119/17 141/16 141/19 143/7
151/6 154/19 162/2 163/8
November 23rd [1]  163/16
November 24th [1]  164/3
November 4th [3]  7/7 7/13
49/2
now [123]  3/18 5/11 5/19 6/13
7/6 8/3 10/21 11/13 12/12
13/8 14/1 14/12 14/21 15/2
15/15 16/4 16/15 16/20 16/25
19/23 20/5 20/12 21/12 22/17
22/19 24/6 29/11 29/16 32/8
32/21 33/6 33/19 35/7 38/22
41/10 42/25 43/25 44/21 48/4
49/2 49/15 50/13 51/13 53/20
54/8 54/21 60/13 64/13 65/1
67/16 68/14 70/22 71/12 73/5
73/18 74/19 74/25 75/9 78/1

**N**

now... [64]  79/18 82/3 85/22
99/21 103/6 114/19 115/12
115/15 116/19 117/9 117/16
124/10 125/10 126/24 128/6
128/13 129/22 130/15 130/18
131/6 133/22 134/4 135/10
135/24 136/19 139/6 143/2
143/17 144/17 144/23 146/9
148/25 149/13 150/2 151/5
153/8 155/6 155/22 156/21
157/25 158/19 159/10 159/24
160/11 161/3 161/15 163/14
163/22 164/21 165/19 165/23
166/11 166/17 166/23 167/7
181/15 182/7 184/16 187/24
190/1 193/5 198/18 199/21
200/3
Nowhere [1]  133/25
number [21]  10/8 47/25 51/23
51/24 52/13 52/13 52/14 52/16
71/2 71/6 71/7 71/9 76/11
88/22 99/19 105/13 115/19
115/20 162/18 191/1 195/11
numbers [8]  3/25 24/22 51/20
53/21 106/8 117/2 149/6 161/8
numerous [1]  43/15
Nutty [5]  112/16 112/18 114/7
172/17 197/4
Nutty B [5]  112/16 112/18
114/7 172/17 197/4

**O**

o'clock [3]  32/12 106/11
201/19
Oak [17]  5/23 6/15 6/23 19/17
19/21 19/21 19/24 31/25 32/16
32/23 33/8 33/13 34/9 36/23
39/24 42/6 59/7
oath [2]  25/23 125/13
object [10]  34/14 35/10 88/3
88/15 88/17 91/16 92/12
116/12 124/7 125/4
objected [4]  88/4 109/10
123/19 193/10
objection [20]  50/6 53/15
54/16 55/13 56/24 83/10 91/1
93/19 94/18 102/1 103/18
125/5 138/10 149/17 158/12
160/13 161/18 167/4 168/12
192/8
obligated [1]  25/17
observations [3]  36/2 182/22
185/23
observe [9]  8/14 37/1 59/11
105/6 145/14 178/10 178/13
179/1 179/4
observed [10]  35/18 97/9
97/21 97/24 100/16 100/23
120/21 145/24 146/1 159/2
observing [5]  32/6 32/15
32/16 34/1 59/5
obtain [3]  151/21 152/4
152/18
obtained [2]  67/19 152/7
obtaining [1]  153/8
obviously [2]  123/11 180/15
occasion [6]  71/10 83/20

177/24 178/21 189/1 196/21
occasional [2]  64/25 80/25
Occasionally [1]  73/22
occasions [2]  81/20 82/9
occur [2]  48/7 161/6
occurred [11]  17/22 47/17
112/20 113/25 141/17 143/10
143/18 148/5 161/10 172/8
176/1
occurs [1]  96/14
October [6]  171/19 171/20
178/3 178/25 196/18 197/3
October 2004 [1]  171/19
October 4th [1]  196/18
odor [2]  8/16 11/23
off [16]  10/6 17/25 39/20
41/20 48/9 70/15 72/23 73/10
85/7 89/20 89/21 138/20
165/11 180/23 195/19 195/20
offer [1]  162/7
offered [1]  122/4
Offhand [1]  84/9
office [9]  142/4 152/16
152/17 153/14 154/5 154/7
158/21 159/6 178/8
officer [17]  5/13 7/24 8/12
9/9 11/1 11/22 11/22 92/19
97/6 97/6 100/14 100/17 131/3
146/1 190/13 193/5 193/6
Officer Kritzer [1]  97/6
Officer McCarthy [1]  11/22
Officer McNish [4]  97/6
100/14 100/17 131/3
Officer Thomas [1]  7/24
Officer Tonks [2]  8/12 11/22
officers [7]  32/19 93/17
98/17 106/14 145/15 145/16
154/21
Official [2]  1/24 202/15
officially [1]  25/22
often [2]  69/12 70/20
OG [1]  17/16
oh [19]  14/4 33/3 42/16 52/18
55/5 83/21 89/2 94/23 96/22
106/10 115/14 118/11 155/23
164/14 167/9 167/24 173/6
196/10 199/19
okay [103]  17/8 30/12 42/12
44/3 44/12 44/15 45/16 46/7
46/13 46/17 46/24 49/15 50/19
50/21 52/3 52/24 57/12 57/13
57/22 58/8 58/13 59/15 61/6
79/14 79/18 80/7 80/19 81/19
82/13 83/21 83/24 87/2 87/9
89/4 91/15 93/18 94/18 108/7
111/20 111/23 112/3 113/21
115/1 115/23 116/22 117/23
118/2 118/7 118/22 119/10
119/13 120/13 124/13 124/20
125/3 125/10 128/3 128/21
132/2 132/4 132/9 132/10
133/19 134/15 134/17 135/3
135/7 135/10 136/13 137/1
137/5 137/12 137/19 137/22
138/19 139/1 139/4 152/21
153/11 154/2 158/22 162/21
165/19 166/4 167/22 168/20
170/6 170/10 173/5 175/8
176/25 183/17 194/17 195/5

196/14 198/6 198/16 198/25
199/1 200/15 200/19 200/25
201/18
old [3]  46/8 61/21 61/22
oldest [1]  17/16
olive [1]  77/6
Omertà [2]  25/19 26/13
Omertà code [1]  25/19
Omertà code's [1]  26/13
once [10]  17/12 26/20 55/9
69/14 81/8 124/6 124/8 125/9
152/10 154/20
one [86]  5/20 6/19 17/14 22/1
23/4 23/25 24/10 25/1 25/8
25/16 26/22 27/11 33/3 33/23
33/23 48/2 53/21 59/2 63/15
63/16 64/3 65/18 65/19 74/19
77/11 77/21 77/22 82/1 82/2
82/6 82/6 82/16 82/16 83/7
84/12 87/11 88/4 88/6 88/19
89/5 90/5 91/21 92/1 92/13
96/12 99/18 99/19 103/11
106/25 107/20 107/21 107/21
108/14 110/16 111/15 113/4
115/19 119/19 119/20 121/19
122/8 122/12 122/16 123/16
124/3 124/21 125/1 127/16
130/22 145/24 153/8 154/21
155/23 156/7 164/5 164/11
167/9 168/18 170/2 174/23
174/24 185/10 186/6 192/19
196/4 198/8
ones [2]  72/23 74/6
ongoing [2]  123/1 123/4
only [9]  16/18 17/3 24/17
69/10 74/6 79/10 81/22 82/6
86/10
open [2]  11/17 123/10
operating [1]  88/14
operation [2]  33/21 41/11
opinion [5]  102/3 160/22
161/1 162/7 162/11
opportunity [3]  105/8 153/1
195/23
opposed [2]  126/5 194/1
opposes [1]  23/24
option [2]  24/17 26/3
optional [2]  25/24 53/8
order [3]  22/9 103/17 199/23
ordered [1]  40/9
organization [1]  27/25
organized [1]  40/24
oriented [1]  51/9
originally [1]  67/7
other [53]  12/9 17/15 18/8
19/20 31/18 32/19 34/2 47/1
56/4 60/20 64/21 70/10 70/20
74/3 74/5 74/19 75/10 77/7
77/16 78/3 78/8 78/9 78/10
84/11 89/23 90/17 90/18 91/2
96/13 97/10 98/17 113/8
115/10 120/6 120/9 121/17
121/20 122/17 124/1 124/3
124/5 126/19 127/18 128/19
138/22 141/10 146/1 146/1
148/14 153/9 155/23 163/7
169/13
others [8]  23/15 24/12 28/11
47/5 63/12 90/24 113/3 194/8

**O**

otherwise [2]   88/12 200/8
our [55]   11/20 16/17 17/6
18/10 18/11 18/14 18/18 23/14
23/14 23/18 23/20 23/22 23/23
24/17 26/5 27/21 27/24 27/25
28/2 28/2 28/3 28/4 28/13
37/18 38/14 38/20 39/8 39/16
39/22 44/6 49/14 51/10 51/10
51/11 51/14 54/5 60/3 60/16
61/4 89/6 91/10 98/13 113/3
113/17 115/15 116/12 116/23
119/17 142/4 142/7 148/20
170/11 170/17 172/20 178/8
ourselves [5]   27/20 28/3 28/4
28/12 115/18
oust [1]   21/2
out [50]   11/20 13/20 18/11
21/15 21/18 30/23 34/2 37/10
38/13 39/23 40/8 43/6 46/15
55/11 56/12 57/21 57/25 67/14
69/8 70/14 70/18 71/14 77/24
78/2 78/8 79/12 81/15 89/15
89/20 89/23 90/14 94/2 106/25
112/23 113/1 113/19 113/24
124/24 125/2 129/7 133/16
137/9 156/19 174/4 175/4
186/12 188/13 190/25 194/5
200/4
outbursts [1]   111/10
outcome [1]   62/16
outside [3]   70/18 183/22
184/2
over [42]   3/13 3/15 6/10 9/8
21/8 23/20 24/5 30/8 34/2
46/8 46/15 70/4 81/15 89/6
94/4 103/11 103/25 104/21
105/13 106/8 114/14 117/4
117/8 120/22 122/1 130/15
131/24 141/6 141/10 160/17
164/10 172/6 173/19 183/1
183/15 192/17 193/13 193/13
194/2 197/19 199/20 199/23
overall [1]   43/22
overarching [1]   120/6
overpower [1]   25/2
overrule [2]   90/25 93/19
overruled [4]   94/19 102/2
138/11 149/18
overseen [1]   26/17
overseer [1]   75/4
own [5]   18/8 18/10 21/9 26/21
133/19
owned [2]   130/22 132/19

**P**

p.m [24]   31/22 31/24 34/5
43/4 95/24 106/12 111/6
125/12 141/23 141/23 142/7
155/25 156/4 170/1 170/18
172/21 173/11 173/20 179/16
180/22 189/10 191/19 198/21
201/21
P220 [2]   77/5 81/24
P227 [1]   73/3
P89 [1]   99/18
pack [3]   26/10 27/23 54/4
package [1]   12/24

page [105]   15/25 16/12 16/15
16/20 16/23 17/1 17/8 17/20
18/22 20/6 20/18 21/23 22/19
22/20 23/25 24/1 24/6 24/21
24/22 25/4 25/15 25/20 27/6
27/17 27/22 28/5 28/8 28/19
29/1 29/1 29/3 29/5 29/16
30/6 30/15 50/10 50/16 51/20
51/20 51/21 51/23 51/24 52/6
52/17 52/18 52/21 52/25 53/21
53/22 53/23 54/10 57/18 57/19
88/22 88/23 88/24 89/4 105/17
107/21 108/17 108/18 108/24
112/22 113/23 135/15 137/20
144/21 144/24 144/24 145/3
161/17 161/24 163/2 163/23
163/24 163/25 164/10 164/19
165/12 166/12 166/15 166/17
166/18 166/20 166/20 166/23
166/23 166/25 167/7 187/13
188/11 189/6 189/20 191/1
191/2 191/8 191/12 191/15
191/23 192/7 195/9 196/6
196/8 196/9 196/13
Page 1 [1]   144/21
Page 110 [3]   189/20 196/6
196/9
Page 116 [1]   191/2
Page 119 [1]   191/8
Page 121 [1]   191/12
Page 130 [1]   196/13
Page 18 [4]   163/23 163/25
166/15 166/17
Page 19 [6]   24/6 163/24
164/10 166/12 166/20 167/7
Page 2 [2]   16/15 163/2
Page 20 [2]   164/19 166/23
Page 22 [1]   24/21
Page 24 [1]   25/4
Page 25 [1]   30/6
Page 278 [4]   88/23 88/24 89/4
105/17
Page 28 [1]   30/15
Page 282 [2]   107/21 135/15
Page 287 [1]   108/18
Page 288 [1]   137/20
Page 3 [3]   16/20 144/24 192/7
Page 33 [1]   28/19
Page 36 [1]   29/1
Page 37 [1]   29/5
Page 4 [3]   16/25 145/3 195/9
Page 5 [1]   189/6
Page 604 [1]   166/18
Page 605 [1]   166/20
Page 606 [1]   166/25
Page 607 [1]   166/23
Page 7 [1]   17/8
Page 96 [1]   187/13
pages [9]   26/7 51/21 51/25
52/21 53/21 54/8 55/23 118/6
166/11
Pages 18 [1]   118/6
paid [1]   76/22
pants [1]   157/12
paper [7]   12/2 16/5 19/2 19/8
34/13 50/24 136/15
papers [2]   3/21 50/4
paperwork [18]   12/11 13/10
13/24 15/15 15/16 15/19 49/15

49/17 48/23 50/1 55/21 56/2
56/8 56/8 56/18 56/23 57/2
57/5
paragraph [30]   19/12 19/12
20/5 21/19 21/24 22/11 22/12
25/4 25/20 26/8 26/16 26/19
27/22 28/7 28/20 29/12 51/13
52/22 52/25 53/25 54/3 54/14
54/21 54/23 54/24 55/7 57/18
114/2 114/10 114/14
paragraphs [2]   17/20 20/19
Pardon [1]   80/21
Park [22]   5/22 69/6 69/17
69/21 70/3 70/12 72/4 75/3
78/2 96/3 96/9 126/1 142/11
143/12 143/13 147/15 147/22
147/23 148/13 153/20 156/17
157/24
Park Heights [1]   5/22
parked [3]   36/8 127/21 131/6
parking [13]   7/24 8/2 47/22
73/10 85/7 85/12 97/1 97/19
125/23 127/13 127/21 129/6
174/21
Parks [1]   173/19
parole [1]   5/17
part [24]   18/10 22/3 27/14
29/17 30/22 56/6 56/7 56/18
56/23 57/2 57/5 62/11 63/1
63/5 73/19 74/1 88/13 93/24
124/21 124/23 126/7 161/23
187/4 192/19
participant's [1]   91/21
particular [36]   3/20 3/24
6/18 7/9 7/12 7/20 10/2 14/19
22/20 25/20 30/10 31/3 31/22
33/6 33/20 36/11 41/17 55/23
57/8 60/19 67/1 70/8 88/6
90/21 110/5 115/6 116/1
117/12 122/7 136/19 141/17
141/21 142/16 143/9 149/1
192/21
particularly [1]   199/15
parties [1]   199/18
parts [1]   55/17
passages [1]   194/8
passed [2]   159/6 173/18
passenger [5]   11/7 11/18
13/11 37/21 37/22
passenger-side [1]   13/11
past [3]   6/17 136/7 170/13
pat [2]   129/22 130/11
pathologist [1]   173/24
patrol [1]   19/23
Patron [1]   11/17
Paul [3]   1/18 2/9 3/9
Paul Enzinna [1]   1/18
Paul Hazlehurst [2]   2/9 3/9
pause [14]   60/15 108/13
108/22 124/15 124/19 155/9
156/12 158/2 158/16 179/13
180/15 181/18 188/10 190/1
pausing [3]   124/14 157/7
191/11
pay [8]   72/12 72/14 72/16
72/17 76/13 76/18 76/20 114/7
pee [1]   26/12
penal [1]   28/14
penalized [1]   26/2

**P**

people [17]   8/1 43/15 43/22
44/22 47/25 48/2 52/14 70/18
70/18 74/3 85/20 130/22
137/10 181/25 185/10 185/11
186/6
per [3]   73/1 76/25 81/8
percent [8]   23/9 23/9 23/10
23/10 23/12 23/12 23/14 48/9
percentage [1]   28/13
perfectly [1]   124/17
perhaps [4]   10/7 19/3 111/23
170/2
period [2]   69/13 182/4
permission [8]   10/10 12/15
13/14 16/7 41/23 98/18 99/8
143/24
Perry [4]   1/16 4/9 14/3 170/2
person [56]   8/19 8/20 8/21
9/16 11/9 14/23 17/9 37/22
40/22 41/7 43/16 71/4 74/9
74/21 76/1 83/8 84/16 85/1
85/22 85/23 85/24 92/8 92/17
93/6 95/25 96/6 97/14 126/14
132/10 135/7 136/20 137/1
138/3 139/7 141/24 142/1
142/2 146/19 157/19 160/4
160/11 177/21 177/24 178/10
178/21 181/24 182/22 182/25
183/15 184/5 184/9 184/25
185/2 185/13 185/23 190/2
person's [1]   15/4
personal [3]   22/5 101/25
102/3
persons [2]   98/18 98/19
perspective [1]   148/10
pertains [1]   87/13
Petersburg [1]   6/7
petition [1]   20/10
phone [19]   43/1 70/13 71/2
71/6 76/11 97/12 98/6 105/13
120/22 128/3 128/13 128/16
139/6 186/21 186/25 200/23
201/6 201/12 201/15
phones [6]   199/10 199/10
200/22 201/4 201/8 201/11
photo [15]   43/8 93/22 93/25
114/23 147/18 148/2 148/8
148/12 176/13 176/18 183/7
184/13 184/14 184/17 186/18
photograph [15]   14/18 74/19
83/8 83/19 83/20 83/22 84/15
84/19 85/23 103/3 104/25
147/21 148/10 148/23 153/25
photographs [1]   101/4
photography [1]   46/4
photos [6]   46/4 46/7 46/13
46/19 147/9 182/15
physical [3]   27/3 151/20
160/18
physically [5]   66/10 68/23
75/7 76/11 86/2
picked [1]   121/14
Picking [1]   188/7
picture [4]   14/23 46/24 84/15
154/7
pictures [2]   47/1 47/2
pieces [1]   194/6

pinky [1]   21/19
Pir [Document] 1359   Filed 11/21/19
18/6 23/10 23/14
Pirus [1]   17/5
PJ [4]   74/7 74/12 74/14 74/16
place [12]   18/16 41/12 68/18
70/10 85/6 102/6 120/10 135/5
137/19 143/11 145/24 148/6
placed [11]   20/24 21/3 21/4
25/8 25/9 40/12 41/2 94/3
103/6 104/14 108/2
Plaintiff [2]   1/3 1/14
plan [8]   118/1 162/14 201/5
201/9
planning [1]   118/16
plant [10]   12/6 100/24 101/15
101/17 102/11 102/12 102/23
102/24 103/1 138/9
plastic [10]   12/6 100/23
101/2 101/15 102/11 102/13
102/22 102/24 138/21 138/23
plastic bag [9]   12/6 100/23
101/2 101/15 102/13 102/22
102/24 138/21 138/23
plate [6]   10/2 10/4 10/8
10/19 14/5 20/15
platter [1]   137/3
play [39]   20/17 29/25 30/12
61/3 88/1 105/11 106/16
106/24 107/7 107/8 107/17
107/20 108/7 108/23 117/3
117/9 117/13 117/17 118/1
118/4 118/18 124/8 138/5
144/17 144/23 155/22 156/8
157/13 158/22 177/19 179/9
187/9 187/20 189/19 193/9
193/15 195/20 196/4 197/6
played [45]   30/16 60/23 65/10
106/17 107/18 108/8 108/12
108/16 108/20 109/1 117/15
119/1 123/17 124/5 124/22
144/22 145/1 145/4 155/7
156/10 156/23 157/14 158/4
158/23 179/11 179/25 180/13
181/3 181/13 181/16 181/19
182/6 182/9 187/22 188/8
189/24 190/5 190/10 190/19
190/24 191/4 191/9 191/13
197/8 197/11
playing [12]   60/25 93/7
105/15 153/6 158/14 179/24
180/12 181/2 181/12 182/5
193/11 196/24
plea [1]   62/11
plead [1]   62/9
please [24]   4/13 4/15 4/16
4/17 13/21 31/12 50/22 61/11
61/13 61/14 61/15 95/1 95/3
95/3 95/5 135/21 140/8 140/10
140/12 140/13 170/22 170/24
170/25 171/1
pled [2]   63/18 65/3
pocket [1]   41/1
pockets [2]   40/24 41/9
point [23]   4/10 5/20 29/25
31/15 39/3 45/2 67/24 77/11
96/19 98/23 102/6 103/22
104/2 104/3 110/15 115/4
129/2 129/19 130/15 132/4

139/13 172/25 193/8
pointed [5]   37/6 37/7 38/11
45/14 96/25
pointin' [3]   173/2 183/22
184/2
points [1]   115/24
police [33]   5/1 5/3 5/9 5/13
5/25 6/11 9/9 13/6 13/6 30/23
42/8 78/9 90/1 90/2 92/19
93/10 95/14 95/18 101/19
104/16 110/24 122/21 122/23
123/1 137/6 140/24 144/4
161/4 161/5 171/10 171/13
171/17 190/13
pop [1]   92/17
Poppy [1]   147/1
portion [14]   16/4 21/13 21/23
26/8 29/19 58/18 59/11 70/9
124/25 125/1 192/23 193/9
193/11 194/3
portions [8]   19/6 19/7 21/24
50/13 54/9 55/23 194/5 201/16
poses [1]   23/23
position [5]   20/25 21/1 21/4
61/4 91/10
possessed [2]   91/24 92/17
possession [1]   130/22
possibility [1]   63/6
possible [2]   84/21 142/1
possibly [2]   82/12 88/22
post [8]   161/24 163/15 164/11
164/15 165/12 167/8 167/12
167/14
posted [4]   163/6 164/2 166/6
167/22
posts [1]   162/13
potent [1]   69/8
potential [2]   105/9 187/5
Potts [20]   92/3 92/8 92/12
92/18 93/21 94/4 94/6 94/9
103/24 104/1 104/3 104/14
104/22 104/25 105/1 132/12
132/16 132/19 133/9 133/22
Potts' [2]   94/9 94/16
powder [1]   12/4
PPK [1]   72/22
practices [1]   201/10
Pray [1]   52/16
precluded [1]   113/15
prefer [2]   118/9 195/2
prepackaged [1]   35/12
preparation [1]   134/15
prepare [5]   27/20 28/12 134/7
135/24 200/4
prepared [1]   34/2
preparing [2]   27/9 192/24
prescription [1]   15/11
presence [3]   3/23 55/9 78/9
present [4]   2/14 120/3 120/16
122/13
present-sense [2]   120/16
122/13
presented [1]   55/10
presumably [1]   3/21
pretty [3]   75/22 126/12
186/25
previous [1]   111/11
price [1]   76/14
primary [5]   122/25 141/8

**P**

primary... [3]  142/3 146/2
172/1
principles [1]  51/7
prior [3]  71/10 83/19 185/11
prison [5]  22/18 25/11 25/12
28/12 28/18
pro [1]  20/10
pro tunc [1]  20/10
probable [4]  49/12 91/20
105/5 130/18
probable cause [4]  49/12
91/20 105/5 130/18
probably [7]  59/25 114/12
125/4 131/9 138/4 138/4
192/22
probation [3]  61/25 78/22
78/23
probative [1]  121/16
problem [2]  19/8 124/18
problems [1]  116/12
procedural [1]  116/3
proceedings [1]  202/11
proceeds [1]  28/14
proffer [4]  84/5 84/7 84/7
93/18
proffered [1]  90/16
programs [1]  64/12
progress [1]  113/23
promised [1]  62/15
promises [1]  62/23
pronounced [2]  154/21 173/19
proper [2]  20/25 51/8
properly [2]  27/9 28/12
property [1]  154/18
proposed [1]  79/10
prosecutor [1]  84/12
prosecutors [2]  54/12 83/2
prospect [7]  25/6 25/9 25/13
25/22 26/1 26/4 53/5
Prospects [1]  25/9
prosper [1]  21/1
protect [2]  18/17 23/3
proud [1]  18/15
prove [1]  120/9
proves [1]  25/22
provide [6]  37/19 71/9 72/18
77/16 93/15 123/1
provided [8]  37/20 72/21
88/10 97/14 112/21 113/17
114/3 114/16
provides [1]  32/17
providing [2]  90/24 96/4
province [1]  193/7
publish [1]  116/9
puddle [1]  46/21
pull [5]  73/11 179/6 182/19
182/20 185/21
pulled [9]  37/4 38/7 39/25
89/20 89/21 89/24 127/12
129/6 186/12
pulling [1]  105/19
pump [1]  155/21
pumps [1]  155/13
purchase [15]  44/14 65/25
66/4 66/7 69/23 70/8 71/18
71/22 71/23 72/3 73/8 73/13
74/13 74/25 76/8

purchased [1]  34/16
purchasing [3]  66/12 67/7
68/10
purely [1]  85/19
purpose [5]  27/11 28/17 50/20
51/6 122/25
purposes [1]  131/9
put [17]  18/14 21/15 27/15
32/5 51/16 57/25 94/7 115/12
131/22 134/18 138/20 138/23
163/23 163/24 182/1 190/18
200/14
putting [4]  41/1 160/8 166/7
191/15

**Q**

QOD [1]  25/17
qualified [1]  162/9
qualify [1]  201/2
qualifying [1]  201/2
quantity [3]  58/19 58/21
101/24
queen [1]  19/19 52/22
question [18]  18/3 20/15
22/22 23/4 23/5 53/18 59/2
92/13 114/20 124/16 136/13
136/15 136/16 155/23 181/9
193/1 194/10 195/25
questioned [3]  22/7 56/14
115/10
questioning [3]  46/1 56/12
136/16
questions [18]  47/9 58/5 58/7
82/19 86/17 86/19 110/17
111/1 113/8 113/11 121/24
129/10 139/19 139/20 153/7
154/17 169/13 198/1
quick [3]  37/9 91/2 111/15
quickly [2]  21/2 39/19
quit [2]  64/7 68/18
quite [3]  74/6 88/8 110/1

**R**

R-I-C-H-A-R-D [1]  171/3
radar [1]  200/14
radio [3]  33/22 34/2 35/19
raise [5]  4/13 61/11 95/1
140/8 170/22
ran [2]  136/7 152/13
Randy [10]  2/1 20/4 31/9
31/18 36/14 38/25 42/23 42/25
44/23 44/25
Randy Banks [10]  2/1 20/4
31/9 31/18 36/14 38/25 42/23
42/25 44/23 44/25
rat [1]  21/16
rather [2]  158/18 194/21
Ray's [1]  65/7
RCR [1]  202/2
RDR [4]  1/23 202/2 202/9
202/13
reaction [2]  158/9 158/11
read [46]  10/5 16/25 17/19
19/12 20/18 21/13 21/23 22/20
23/5 23/25 24/7 24/21 25/4
26/7 28/8 29/20 49/22 50/3
50/13 50/15 50/22 50/24 52/6
52/11 52/13 54/2 55/6 55/21
57/22 105/24 105/24 107/14

122/4 134/23 125/3 135/21
162/13 162/14 162/15 163/17
164/4 164/21 179/14 188/2
189/7 196/25
reading [80]  16/17 16/21 17/2
17/9 17/21 18/6 18/13 18/23
19/7 19/14 20/8 20/14 20/20
20/22 21/3 21/15 21/21 22/1
22/6 22/14 22/23 23/7 23/17
24/3 24/9 24/24 25/7 25/17
25/21 26/3 26/9 26/17 26/20
27/20 27/23 28/10 28/17 29/2
29/10 29/15 29/18 51/5 52/14
52/16 53/7 53/10 54/4 55/8
55/17 57/20 57/25 89/15 89/16
89/18 89/19 90/20 107/8 136/6
138/4 138/19 139/2 163/7
163/13 163/18 164/5 164/14
164/18 165/1 167/9 180/20
187/15 187/18 188/12 189/9
189/11 191/24 195/18 197/18
197/21 197/24
ready [8]  3/7 24/16 99/13
99/14 170/16 182/17 182/18
183/13
real [5]  23/2 32/17 67/11
72/10 93/23
reality [1]  28/11
realize [1]  45/7
realized [2]  39/19 114/11
really [8]  29/15 39/12 64/5
67/7 110/16 116/3 120/18
138/15
realm [1]  25/9
Realtime [1]  202/14
rear [12]  38/12 101/1 101/3
101/9 101/13 102/14 104/7
104/8 133/7 133/12 133/25
174/23
reason [5]  3/17 67/11 79/13
168/22 194/23
reasons [1]  123/13
recall [13]  33/7 50/2 71/7
72/21 76/22 82/1 82/2 113/3
113/12 124/13 124/14 127/24
144/13
recalls [1]  92/4
receive [6]  5/25 41/19 63/1
63/4 76/25 154/18
received [12]  25/25 35/22
37/23 37/24 38/16 41/15 53/11
142/7 145/8 147/6 154/21
172/20
receiving [2]  28/13 143/18
recent [1]  122/19
recess [10]  60/4 60/8 60/16
60/17 111/3 112/5 170/14
170/15 194/22 201/19
Reckless [1]  19/21
recognize [27]  9/4 9/21 11/9
12/21 14/14 31/10 33/10 42/2
69/20 71/4 74/9 74/21 75/23
76/1 100/6 101/22 102/17
143/4 146/19 159/11 160/4
177/11 178/17 183/15 184/19
190/3 197/13
recognized [1]  11/2
recollection [7]  6/5 10/8
10/17 48/11 48/21 99/4 99/15

# R

record [22]  4/17 33/16 55/15
59/21 61/15 62/7 83/15 87/10
95/5 96/25 106/19 107/14
109/7 140/13 161/21 168/14
171/1 180/8 185/10 186/5
192/11 202/11
recorded [1]  189/1
recording [17]  179/10 189/16
189/19 189/22 190/3 191/16
192/13 192/15 192/16 192/21
193/1 193/3 195/10 195/11
195/16 195/24 196/1
Recording J34 [1]  189/19
recordings [4]  187/5 187/11
191/3 196/7
records [2]  144/4 163/1
recover [6]  40/17 40/19 41/5
98/23 148/25 151/15
recovered [23]  11/25 12/8
13/8 13/9 14/18 15/16 58/22
91/14 93/10 102/10 105/2
148/21 148/25 150/14 151/13
153/15 154/22 173/21 174/7
174/8 174/12 175/11 176/23
red [5]  17/3 17/5 23/19 163/3
164/20
redacted [3]  112/23 112/25
114/10
redirect [5]  58/13 58/15
86/25 140/1 169/15
Reese's [2]  89/20 89/23
refer [3]  109/14 109/16
109/24
reference [2]  137/13 139/13
referred [1]  75/14
referring [4]  89/22 94/1
138/12 168/19
refers [4]  121/19 162/8
162/16 190/16
reflect [1]  195/15
reflection [3]  16/22 19/18
19/18
refrain [1]  111/12
refresh [5]  10/7 48/11 48/21
99/4 99/15
refreshes [1]  10/17
refused [1]  22/9
regard [3]  92/20 112/8 123/5
regarding [1]  201/10
regards [1]  18/3
regime [3]  27/1 27/5 27/14
regimes [1]  27/8
Registered [1]  202/14
regular [2]  19/24 112/21
rehabilitate [1]  113/18
related [5]  3/10 6/1 6/9
29/23 122/20
relating [4]  3/4 116/2 119/10
123/5
relation [6]  48/7 98/1 107/11
131/6 155/17 191/20
relative [1]  188/2
relatively [1]  82/3
release [1]  22/17
released [2]  20/9 28/22
relevance [7]  102/1 105/9
168/15 168/16 175/13 187/5

187/7
relevant [2]  117/7 120/9
remain [2]  26/3 114/1
remember [31]  10/6 38/8 39/12
40/7 48/9 63/16 69/2 72/23
74/3 74/7 75/15 77/4 77/7
99/2 99/3 134/5 134/21 134/24
136/9 136/11 136/16 136/20
136/24 137/3 137/12 137/17
137/24 139/6 139/10 166/13
178/24
remembered [1]  84/22
remembering [2]  115/3 124/15
remind [4]  7/9 31/2 193/21
195/24
reminded [1]  118/13
reminder [1]  16/22
renew [1]  93/14
rep [1]  22/8
repeat [2]  80/11 84/6
rephrase [2]  54/18 84/1
replay [3]  124/9 124/23 125/1
replaying [1]  124/14 124/19
replied [3]  94/10 98/16 104/7
report [10]  10/7 93/6 99/6
99/15 112/22 112/22 113/6
113/22 113/24 114/18
reported [27]  1/22 19/19
30/16 106/17 107/18 108/8
108/12 108/16 108/20 109/1
144/22 145/1 145/4 161/8
161/13 187/22 188/8 189/24
190/5 190/10 190/19 190/24
191/4 191/9 191/13 197/8
197/11
Reporter [4]  1/24 202/14
202/14 202/15
reporting [1]  161/10
reports [3]  201/8 201/13
201/17
represented [1]  19/22
represents [2]  18/16 18/18
reputable [1]  19/20
request [4]  39/4 93/14 112/25
124/3
requested [2]  38/20 39/3
require [1]  194/7
required [4]  3/22 3/23 62/17
62/19
residential [3]  85/19 86/6
96/12
residue [1]  103/2
resource [1]  51/10
respect [7]  60/25 92/25 93/20
120/20 121/9 121/11 121/17
respected [1]  18/1
respond [6]  96/8 121/5 122/21
142/13 151/25 173/9
responded [10]  90/6 93/5
96/20 97/3 106/14 143/6
146/12 151/25 173/15 173/17
responding [2]  138/22 145/15
response [10]  35/22 37/24
38/17 55/18 57/9 81/11 122/25
136/9 137/1 169/14
responsible [4]  26/25 27/7
27/8 27/13
rest [1]  133/16
retaliation [1]  25/3

retrieve [1]  42/14
retrieved [1]  130/15
return [3]  151/5 151/8 151/10
returned [1]  151/13
review [4]  105/9 153/1 177/6
187/5
reviewed [12]  119/13 119/14
122/1 122/2 152/2 152/7 156/6
180/5 193/25 193/25 195/13
201/7
revoked [1]  21/5
Ricardo [3]  112/16 120/21
121/11
Ricardo Johnson [3]  112/16
120/21 121/11
Richard [8]  111/22 114/18
123/18 170/9 170/21 170/23
171/2 202/7
RICHARD MOORE [1]  202/7
Richard Moore's [1]  114/18
RICO [1]  17/11
ride [1]  17/13
riders [1]  23/12
rifle [1]  65/19
right [255]
right-hand [4]  26/24 27/7
30/8 53/22
ring [1]  21/10
rising [4]  161/25 163/13
163/13 168/18
Road [5]  7/19 142/12 142/14
172/23 174/20
rock [5]  12/3 21/21 28/10
42/5 44/15
rocked [1]  17/10
rocket [1]  77/15
rocks [1]  44/12
Rogers [1]  35/17
Rogers Avenue [1]  35/17
role [5]  20/17 22/5 65/11
180/8 181/5
roll [1]  78/7
Ronea [1]  173/14
Ronea Johnson [1]  173/14
rotation [1]  141/24
rough [1]  131/20
roughly [3]  98/9 128/12
131/19
rounds [1]  99/20
routinely [1]  120/24
row [2]  70/13 85/15
Roy [7]  74/24 74/25 75/2 83/9
84/16 84/20 85/23
royalty [1]  18/2
rude [1]  164/9
Rudy [2]  199/8 201/1
Ruger [4]  73/2 77/8 77/8
99/18
Rugers [2]  81/24 82/3
ruled [2]  3/21 3/21
ruling [1]  194/20
run [2]  119/25 128/19
runner [1]  73/24
runners [3]  73/22 75/9 75/11
running [4]  39/20 97/22 99/23
131/14

# S

sad [1]  68/20

**S**

said [69]   18/6 30/19 30/22
34/21 35/1 35/7 35/25 38/2
38/19 39/3 43/25 44/1 44/23
44/25 47/22 49/15 67/17 71/6
75/6 78/19 78/25 79/14 79/19
79/21 80/12 81/2 81/5 81/19
82/3 84/16 84/16 84/21 90/13
93/23 94/4 94/6 99/22 100/17
103/13 103/13 104/4 110/20
113/5 113/12 114/25 115/10
119/17 122/1 129/14 129/16
130/9 131/17 132/9 133/2
133/13 146/6 164/7 164/7
167/24 169/2 181/10 188/12
191/24 192/2 192/4 195/20
197/18 197/21 197/24
sales [7]   39/1 39/1 39/2
41/12 41/13 41/14 79/4
same [34]   18/24 19/3 35/15
38/5 38/12 41/8 43/21 58/12
61/2 75/6 76/14 83/8 83/19
87/18 89/8 90/5 106/4 108/24
156/25 168/18 175/21 176/13
176/14 176/19 176/20 183/25
183/25 184/16 185/8 186/14
186/25 191/21 194/9 196/10
Samuel [1]   189/11
sandy [1]   76/17
Sardelli [3]   2/2 42/13 139/18
sat [1]   21/21
Saturday [1]   112/20
SAUER [4]   72/22 73/3 77/5
81/24
saving [1]   23/21
saw [42]   7/24 7/25 8/10 18/19
20/20 20/22 31/10 33/19 34/7
34/12 34/21 35/1 35/7 35/13
36/15 39/24 45/2 47/22 67/11
75/23 78/2 82/16 86/5 86/10
91/8 91/14 93/25 98/8 98/10
100/6 119/25 127/13 128/24
131/24 134/10 135/3 138/23
139/8 139/8 159/3 181/6
185/12
say [34]   39/6 55/18 57/9 70/7
71/14 81/14 87/13 103/9 104/6
114/23 115/13 117/7 119/15
119/22 120/1 126/22 128/21
129/16 131/9 131/20 132/22
133/24 141/9 145/8 162/5
163/12 164/25 167/13 168/24
171/24 190/17 192/14 195/18
201/16
saying [11]   26/14 45/2 56/2
113/24 119/21 131/19 139/1
139/8 193/2 193/14 193/18
says [43]   16/13 16/15 16/17
16/21 20/6 28/21 29/1 29/13
29/17 53/4 53/7 53/10 55/20
57/1 57/4 89/12 89/15 89/16
89/18 89/19 114/5 119/22
119/25 122/7 123/10 132/12
133/22 136/20 138/4 138/19
149/14 156/2 156/3 156/4
161/24 163/7 163/18 164/5
166/6 167/8 180/22 189/9
189/13

scale [10]   101/17 101/18
102/3 102/14 103/1 104/13
132/7 133/4 133/6 133/8
scared [1]   195/21
scary [1]   68/18
scattered [1]   40/23
scene [24]   121/21 138/9
145/11 145/22 146/3 146/5
146/12 146/13 147/9 148/18
151/5 151/8 151/10 153/19
172/22 173/1 173/9 173/15
173/18 174/6 174/7 174/9
174/12 174/12
schedule [4]   59/19 194/12
198/8 198/17
scheduled [1]   141/23
scheme [3]   66/2 66/20 67/1
school [2]   54/5 142/23
screen [26]   14/14 18/25 19/4
30/9 32/24 53/4 69/20 69/22
70/4 76/1 105/20 106/21 157/1
157/8 157/17 158/7 160/8
160/9 160/10 163/4 164/22
173/3 173/4 184/24 185/7
189/8
search [6]   11/23 40/15 41/3
98/18 98/19 102/8
seat [3]   8/19 8/22 11/19
seated [5]   4/15 61/13 95/3
140/10 170/24
second [20]   17/25 26/3 29/12
29/16 36/10 53/3 54/14 54/21
54/23 54/24 55/6 55/6 92/2
93/20 108/15 123/7 124/25
155/10 158/16 191/23
seconds [20]   30/13 106/11
108/14 108/23 108/24 156/22
187/20 187/24 188/7 189/22
190/22 190/23 191/6 191/7
191/11 191/12 195/10 197/7
197/7 197/10
section [4]   5/6 21/12 24/7
30/6
sections [1]   124/6
secure [1]   145/17
security [2]   23/20 65/16
see [70]   31/13 34/13 44/23
50/11 53/1 53/3 58/4 59/6
59/12 59/13 59/19 62/16 75/2
86/12 88/5 92/5 100/9 100/22
105/22 106/9 110/8 112/3
118/8 119/4 119/10 121/23
128/6 136/2 136/3 137/22
147/16 147/19 148/12 148/18
148/18 148/19 149/5 149/16
149/19 150/4 150/10 150/16
150/19 150/22 151/19 153/11
153/13 154/11 154/13 154/15
156/13 156/18 157/3 157/16
158/9 161/24 165/13 167/10
173/2 173/6 176/1 176/6 176/7
176/8 177/1 180/2 180/9
180/10 190/25 198/20
seed [3]   21/5 21/8 21/8
seeing [4]   43/10 110/1 116/16
123/12
seeking [1]   118/20
seem [2]   18/24 103/17
seems [3]   29/6 122/6 124/16

teen [3]   21/6 121/4 192/17
sees [2]   121/5 137/20
seized [1]   138/1
sell [2]   32/19 34/11
selling [3]   32/4 68/7 68/12
semicircle [2]   98/6 127/14
send [1]   29/18
sending [1]   188/13
sense [2]   120/16 122/13
sent [4]   26/9 27/10 38/12
104/16
sentence [13]   21/19 22/11
25/16 26/15 27/17 28/5 28/20
53/3 54/2 55/6 57/8 57/22
62/24
sentenced [1]   62/21
sentences [1]   55/7
separate [2]   23/2 56/19
separated [2]   20/11 56/9
separately [1]   78/4
separation [2]   17/22 17/23
September [8]   16/23 48/20
113/24 171/19 172/7 172/19
173/23 191/18
September 20th [1]   16/23
September 29th [2]   172/7
172/19
September 30th [1]   113/24
sergeant [29]   61/1 89/9 91/3
92/11 93/1 93/19 94/7 94/8
94/11 95/2 95/6 95/11 95/16
105/22 106/19 107/7 107/20
107/24 108/10 109/3 109/17
110/20 112/9 112/10 125/13
125/19 137/9 137/22 139/17
Sergeant Frank Friend [3]
89/9 95/2 95/6
Sergeant Friend [19]   61/1
91/3 92/11 93/1 94/7 94/8
94/11 95/11 105/22 106/19
107/7 107/20 107/24 108/10
109/3 109/17 110/20 112/9
125/13
Sergeant Friend's [1]   93/19
Sergeant Moore [1]   112/10
serial [1]   99/19
session [3]   84/5 84/7 135/12
Session No. 912 [1]   135/12
set [3]   20/24 33/21 33/23
seven [8]   24/8 24/19 24/25
51/20 51/21 108/22 179/10
188/5
several [4]   9/25 79/21 122/12
180/7
SF [35]   152/22 152/22 153/2
155/6 159/10 159/16 159/18
159/22 160/10 160/23 177/10
179/7 182/12 182/19 183/3
183/6 183/11 183/12 183/18
183/21 183/24 184/4 184/8
184/11 184/15 184/23 184/24
185/5 185/16 185/20 186/3
186/15 186/19 186/23 187/2
SF-3 [3]   152/22 153/2 155/6
SF-3-A [1]   159/10
SF-3-B [1]   159/16
SF-3-C [1]   159/18
SF-3-D [3]   159/22 160/10
160/23

**S**

SF-7 [1]  182/12
SF-7-F [1]  184/11
SF-7-G [1]  184/15
SF-7-H [1]  184/24
SF-7-U [1]  183/12
SF-7-V [1]  183/18
SF-7-Y [1]  183/21
SF-7-Z [1]  183/24
SGT [1]  202/5
shade [1]  59/9
shadow [2]  33/15 36/10
Shakeen [1]  2/8
Shakeen Davis [1]  2/8
Shante [2]  90/13 90/15
Shante Everett [1]  90/13
she [25]  22/4 22/14 37/5 37/6
 37/7 37/9 37/11 37/12 37/16
 61/4 88/13 89/13 89/15 89/16
 89/19 89/23 89/25 90/21 114/9
 123/10 123/10 123/11 123/21
 194/2 194/8
she's [5]  87/20 89/22 90/4
 90/6 194/4
Sheisty [1]  21/22
shell [1]  146/7
shell casings [1]  146/7
Shelton [8]  31/9 34/17 35/6
 35/9 35/13 35/16 35/20 43/17
shifted [1]  199/22
shine [1]  131/3
shirt [9]  31/17 31/17 100/4
 100/11 127/7 127/10 155/4
 185/1 185/25
shit [2]  89/20 188/13
shoot [1]  115/18
shooter [8]  19/16 119/24
 120/1 121/19 180/11 181/7
 181/8 182/25
shooters [1]  123/2
shootin' [2]  67/23 183/8
shooting [4]  120/20 145/23
 152/13 181/6
shootings [1]  122/12
short [5]  45/11 111/24 113/14
 182/4 197/6
shortly [1]  122/11
shorts [3]  100/4 103/24
 127/11
shot [11]  32/23 120/9 122/9
 145/18 159/13 159/20 159/22
 176/2 185/15 186/7 186/12
shots [1]  122/8
should [23]  19/3 30/3 56/18
 60/18 96/22 104/19 109/18
 110/14 111/23 113/1 113/6
 113/15 113/18 115/24 116/14
 117/7 118/24 119/7 151/4
 173/3 188/1 194/21 196/9
show [64]  9/1 9/20 11/8 12/13
 13/12 14/1 32/21 33/9 40/1
 41/21 50/10 69/18 71/3 73/25
 74/8 74/19 75/25 92/18 94/15
 96/18 96/22 101/7 102/15
 102/20 104/24 109/3 114/23
 118/5 137/19 143/2 143/22
 146/18 147/11 147/25 149/3
 151/17 152/21 153/17 154/2

160/3 161/15 162/24 172/24
 175/16 175/23 178/4 177/9
 177/20 178/15 182/11 183/3
 183/11 183/18 184/4 184/8
 184/11 184/18 184/23 185/5
 185/20 186/3 186/15 189/4
 189/6
showed [6]  39/22 43/8 48/11
 166/11 166/15 167/1
showing [6]  12/20 172/13
 175/6 176/14 176/19 185/16
shown [7]  83/8 83/19 83/20
 84/15 84/19 116/17 134/4
sic [12]  18/11 20/10 23/9
 23/10 23/10 24/19 25/11 55/9
 138/13 147/1 168/7 183/19
sick [1]  68/17
side [30]  5/7 11/7 13/11 30/8
 33/23 33/24 96/12 96/13
 105/19 106/20 127/16 127/18
 148/12 148/14 153/20 153/21
 158/7 160/8 160/9 160/10
 173/8 174/3 174/3 174/5
 174/25 176/25 177/1 177/2
 184/24 185/6
sidewalk [2]  37/14 130/5
SIG [4]  72/22 73/3 77/5 81/24
SIG SAUER [4]  72/22 73/3 77/5
 81/24
sight [1]  22/10
sign [2]  66/8 176/8
signed [4]  66/10 79/14 79/15
 199/16
significance [1]  194/7
signing [1]  66/9
Silent [2]  19/15 21/4
Silent's [1]  21/4
silver [11]  8/2 8/7 8/10 10/1
 37/4 47/18 48/8 49/5 137/2
 181/8 181/10
similar [2]  160/23 161/2
simply [8]  56/22 91/23 115/24
 116/9 120/7 162/12 162/14
 201/9
Sinai [2]  154/20 173/13
Sinai Hospital [2]  154/20
 173/13
since [7]  5/10 20/10 63/18
 64/11 64/15 171/23 192/17
single [4]  56/7 84/24 85/3
 174/2
sir [34]  42/19 42/21 42/24
 45/10 46/6 47/16 47/19 49/11
 49/16 49/24 59/15 135/13
 140/3 162/19 165/14 165/16
 165/22 165/25 166/3 166/8
 166/10 166/16 166/19 166/22
 166/24 167/11 167/17 167/21
 167/23 167/25 169/9 169/17
 198/4 198/24
sit [3]  71/7 130/4 131/20
site [1]  200/17
sitting [4]  39/2 97/24 100/10
 100/24
situation [2]  22/7 122/21
situations [1]  123/2
six [10]  24/17 71/21 81/7
 81/10 81/12 81/16 108/14
 108/24 188/4 188/5

size [3]  44/13 160/12 160/23
skip [19]  24/6 28/19 108/14
 108/23 181/18 187/24 190/21
 190/22 191/7 191/12 197/10
skipped [1]  50/18
skipping [4]  22/19 23/4 23/16
 23/25
slander [1]  24/19
slang [2]  18/17 190/17
slapped [2]  191/24 192/2
slide [1]  68/4
SM [10]  118/6 161/16 162/25
 163/2 163/22 163/24 164/19
 165/12 165/23 166/1
SM-2 [10]  118/6 161/16 162/25
 163/2 163/22 163/24 164/19
 165/12 165/23 166/1
small [8]  7/24 34/14 35/10
 35/12 42/5 44/1 44/12 44/15
smell [3]  8/15 11/16 11/23
smoke [1]  66/9
smoking [3]  64/2 64/20 64/24
snippet [1]  197/6
snitching [1]  17/16
so [162]  3/4 3/18 6/25 13/1
 14/12 15/23 16/12 18/25 19/11
 21/6 22/6 28/7 29/25 30/5
 30/8 30/12 31/21 32/11 33/22
 34/1 34/5 34/20 36/24 39/3
 40/5 42/22 44/25 45/11 46/17
 48/21 48/23 49/20 57/11 57/19
 57/20 59/7 59/9 61/3 62/15
 63/4 64/16 66/9 66/10 66/12
 67/11 67/25 69/9 69/11 70/2
 72/7 75/21 77/21 79/12 81/10
 81/15 82/16 85/17 87/16 87/18
 88/3 88/11 88/17 88/21 89/2
 89/5 90/3 90/13 90/25 91/15
 92/1 92/4 92/25 93/11 94/7
 94/13 94/17 98/14 109/8
 109/16 111/23 112/10 112/25
 113/5 113/22 114/4 115/1
 116/19 117/1 117/6 117/13
 117/17 118/14 119/2 120/2
 121/17 121/24 123/13 125/6
 126/7 126/12 127/12 128/24
 129/4 129/8 130/25 131/11
 131/17 131/20 131/24 132/9
 132/16 133/8 133/11 135/3
 135/7 137/5 137/24 144/17
 145/8 146/6 147/22 148/12
 148/22 152/18 153/6 153/11
 154/5 154/17 155/6 155/12
 155/19 155/22 156/8 156/21
 159/4 162/24 166/6 166/9
 166/25 167/18 169/24 170/4
 173/6 184/8 192/17 192/19
 192/22 193/5 193/14 193/24
 195/4 196/25 198/13 198/17
 198/18 199/6 199/25 200/14
 201/1 201/5 201/9 201/14
social [3]  93/16 116/8 118/6
society [5]  25/11 25/12 26/11
 27/24 27/24
sold [5]  7/1 42/6 67/25 68/8
 78/1
soldiers [4]  27/8 27/14 27/14
 27/21
sole [2]  27/11 28/17

**S**

some [44]   12/11 22/5 28/11 32/14 32/14 35/7 43/9 44/19 46/4 46/4 50/3 52/15 55/11 57/25 61/23 62/5 68/9 89/23 93/15 94/2 101/19 106/8 110/23 121/7 121/15 124/5 124/22 126/5 127/1 129/19 130/15 132/25 133/3 133/8 133/25 148/23 155/3 155/4 177/19 179/9 187/9 190/12 194/22 200/21
somebody [9]   37/15 70/14 73/20 73/25 90/14 94/17 103/16 120/9 136/3
someone [15]   9/13 19/25 65/10 66/12 67/6 70/23 88/12 90/23 112/24 113/1 121/21 122/9 132/12 190/19 193/19
something [17]   18/14 18/14 18/15 18/15 83/11 92/8 110/6 112/1 115/21 117/20 117/20 122/21 132/13 151/11 166/7 193/23 197/22
sometime [1]   144/14
sometimes [5]   117/12 137/9 138/5 138/8 161/8
somewhat [2]   88/14 127/13
son's [1]   22/2
Sonata [1]   36/8
sorry [47]   6/5 6/8 9/2 10/23 11/5 14/4 14/6 14/11 14/13 18/15 20/21 25/12 27/16 33/3 34/17 51/19 52/18 54/24 54/25 55/5 57/3 69/25 89/4 90/10 93/8 94/23 99/6 100/19 104/19 106/10 108/18 110/25 111/21 112/9 112/18 116/18 118/15 119/8 137/14 165/25 167/13 167/19 169/6 186/4 196/10 196/12 196/25
sort [7]   35/7 55/17 89/23 120/6 153/25 156/19 157/1
source [4]   113/25 114/3 114/5 114/12
south [1]   7/19
Southern [1]   95/16
Southern District [1]   95/16
Southwest [3]   95/22 126/7 126/11
Southwest District [2]   95/22 126/7
Southwestern [1]   126/2
Southwestern District [1]   126/2
spaces [4]   127/21 127/21 127/23 127/24
speak [10]   4/16 55/17 61/14 68/2 95/3 113/5 140/12 170/25 177/24 178/21
speaker [6]   61/2 87/18 88/5 106/20 124/24 188/12
speaking [5]   88/14 173/25 182/13 197/14 200/20
Special [2]   2/15 199/9
Special Agent [2]   2/15 199/9
specialized [1]   6/4
specific [8]   69/15 70/24

specifically [8]   32/11 66/6 77/14 113/5 113/11 124/10 125/25 146/7
specify [2]   3/19 4/1
speculative [1]   149/17
spell [5]   4/17 61/15 95/5 140/13 171/1
spelled [2]   140/15 171/3
Spence [9]   89/10 93/10 105/14 106/22 107/16 108/6 136/3 138/3 187/17
spent [1]   67/15
spit [1]   26/13
spoke [1]   179/1
spokesman [1]   26/23
sponsored [1]   26/1
sponsoring [2]   116/7 116/14
sporadic [1]   64/7
spotlights [1]   39/17
spots [1]   20/25
Spotty [3]   93/22 93/23 94/4
spread [1]   81/15
spurts [1]   80/8
squad [3]   5/7 137/13 137/15
square [1]   149/20
squares [1]   148/22
St. [1]   6/7
St. Petersburg College [1]   6/7
stage [1]   113/15
stand [10]   18/2 32/8 35/15 86/5 94/25 114/4 114/17 117/22 118/8 125/11
stand-up [1]   18/2
standing [18]   34/7 34/10 34/19 34/21 47/4 86/13 93/5 98/2 98/3 98/5 98/8 127/25 128/13 147/22 186/8 186/9 186/11 186/13
star [3]   26/10 26/11 26/13
start [19]   12/12 39/13 65/23 105/15 106/1 107/24 111/5 112/1 117/23 155/10 163/25 165/11 172/2 187/12 187/15 189/22 196/24 198/3 198/6
started [14]   5/17 8/15 11/7 64/2 65/21 67/16 68/7 85/16 95/20 111/25 164/8 164/8 185/14 186/10
starting [2]   16/12 163/5
startling [3]   120/19 122/12 122/19
starts [1]   113/24
state [9]   4/16 18/7 18/9 51/18 55/11 61/14 95/5 140/13 171/1
State's [1]   51/18
statement [3]   62/6 94/14 115/17
statements [6]   88/16 92/19 92/20 103/7 120/5 122/18
STATES [3]   1/1 1/3 1/16
stating [1]   133/12
station [19]   6/25 78/3 142/20 142/23 142/25 143/1 148/13 151/25 152/1 152/3 152/5 152/8 153/11 154/9 154/11

statistics [1]   161/5
stature [2]   160/12 160/24
status [6]   26/4 163/12 163/17 164/4 164/21 164/21
stealing [1]   66/3
stenographic [1]   202/10
step [4]   7/6 11/20 20/15 111/7
steps [1]   36/22
sticker [2]   119/7 119/8
still [20]   36/19 37/14 64/17 98/12 98/13 110/1 120/22 125/13 134/2 146/10 159/13 159/20 159/22 176/13 176/18 182/15 183/7 184/2 184/13 186/18
stipulate [2]   200/5 200/6
stipulation [1]   199/16
stockpiling [1]   67/24
stocky [2]   75/21 75/22
stomach [1]   174/4
stood [2]   35/15 77/24
stop [4]   30/18 57/20 121/24 158/25
stopped [4]   64/6 64/9 125/22 190/21
stopping [1]   191/6
storage [1]   13/11
store [16]   6/23 6/23 174/23 174/25 176/3 176/7 176/14 176/19 176/25 181/25 182/1 183/19 183/22 185/9 186/9 186/18
storefront [1]   175/5
stores [1]   55/11
story [2]   115/6 133/15
straight [3]   145/11 147/15 148/14
street [20]   1/24 5/14 6/6 7/11 7/19 7/25 21/22 32/5 36/21 36/24 36/25 40/8 43/9 44/18 96/12 110/25 137/10 148/10 174/24 190/17
street-level [1]   6/6
streetlights [1]   59/7
streets [6]   19/19 19/22 20/11 22/17 31/19 55/8
strength [1]   18/13
stress [2]   120/22 122/19
stricter [1]   66/17
strike [3]   24/17 45/25 134/21
strip [1]   8/5
strong [5]   8/15 20/14 23/2 26/4 51/11
stuff [3]   56/15 133/22 133/24
subject [2]   65/16 91/6
subjected [1]   25/12
submit [1]   44/6
submitted [5]   12/24 13/5 42/8 102/19 154/23
substance [11]   12/3 12/7 42/6 101/22 114/6 114/21 114/25 115/2 115/16 115/17 115/18
substances [2]   32/10 41/14
successful [2]   27/25 51/9
such [1]   161/10
suddenly [1]   20/8
suggest [2]   192/12 192/18

**S**

suggestion [1]   93/12
summarize [1]   63/14
sunroof [1]   181/11
superior [1]   94/17
supervision [1]   61/24
supports [1]   61/4
suppose [2]   60/3 109/21
supposedly [1]   136/10
Supreme [2]   120/25 122/15
Supreme Court [2]   120/25
122/15
sure [24]   4/7 14/3 19/2 40/6
42/16 48/9 51/2 52/2 84/20
88/19 88/21 109/6 110/11
110/16 116/5 117/25 118/24
124/23 168/3 169/23 172/2
189/9 195/5 201/1
surveil [1]   38/20
surveillance [20]   38/4 121/23
151/21 151/22 152/1 152/18
152/24 153/16 174/14 174/16
174/18 175/1 175/10 177/6
177/17 179/7 179/17 179/19
182/15 184/13
surveilling [3]   33/2 33/4
33/6
suspect [3]   121/8 121/19
152/12
suspected [19]   12/4 12/5 32/4
37/23 44/3 44/22 44/22 100/24
101/16 101/18 101/24 102/12
102/13 102/23 102/25 103/2
103/15 176/7 176/15
sustained [6]   50/7 53/16
57/11 103/19 158/13 167/5
sustaining [1]   56/24
sweatsuit [1]   121/22
switched [1]   180/15
switching [1]   181/15
SWORN [5]   4/14 61/12 95/2
140/9 170/23
Sydni [1]   2/11
Sydni Frazier [1]   2/11
symbolizes [3]   23/10 23/12
23/14
sympathizers [1]   26/6
system [5]   22/18 27/4 28/1
28/18 54/5
systems [1]   177/7

**T**

T-Rock [1]   21/21
T-Roy [7]   74/24 74/25 75/2
83/9 84/16 84/20 85/23
T-shirt [3]   100/4 185/1
185/25
tab [10]   105/17 107/22 119/3
144/20 187/14 189/20 191/3
191/8 196/7 196/13
table [1]   83/18
tags [1]   14/5
take [25]   6/17 7/6 10/16
13/20 16/6 46/4 60/8 60/16
92/4 92/9 94/4 99/12 103/12
103/13 103/21 111/3 125/21
128/12 131/8 132/13 132/17
133/17 151/10 170/14 195/23

taken [13]   41/20 60/17 63/9
91/3 103/7 107/4 112/3 122/6
147/9 147/21 147/22 170/15
200/4
taking [5]   40/25 41/12 45/4
77/22 94/16
talk [5]   44/21 79/1 126/5
198/19 201/14
talked [7]   36/9 42/25 82/24
112/24 113/19 135/24 178/6
talker [1]   27/2
talkin' [1]   36/25
talking [19]   44/15 75/18 78/8
91/24 93/16 107/12 108/10
121/24 124/10 135/8 136/22
137/25 139/1 139/2 143/15
143/16 188/3 188/13 190/4
talks [2]   53/4 136/21
tan [1]   12/4
tank [1]   103/23
tape [3]   135/8 136/11 136/14
target [2]   18/7 67/23
targeted [1]   18/9
tarry [1]   72/10
tattoos [1]   77/25
team [12]   34/3 35/19 35/23
35/25 37/18 37/25 38/2 38/14
38/17 39/22 41/16 95/17
teams [2]   33/23 39/17
Tech [2]   9/12 19/21
technician [1]   149/2
technicians [1]   148/20
telephone [1]   48/4
tell [75]   5/5 8/17 10/19
13/18 15/2 16/12 16/15 20/6
24/6 26/15 28/20 29/1 29/4
29/7 29/13 29/16 29/18 30/9
32/2 32/22 32/25 33/20 34/5
39/6 64/1 67/7 71/14 71/17
73/12 73/25 95/15 96/4 98/1
101/8 102/21 106/6 108/5
118/22 141/21 142/18 143/9
147/4 147/13 147/25 148/4
148/16 150/2 150/9 150/18
150/24 151/18 153/9 153/18
154/4 156/1 156/5 157/6
160/11 161/13 163/5 163/14
164/1 173/25 175/7 175/13
177/3 180/8 180/16 181/5
182/13 186/5 191/16 197/2
197/21 198/8
telling [8]   21/16 35/25 38/2
38/19 100/17 107/24 132/20
162/24
tells [5]   89/13 92/7 92/7
93/9 133/9
Temple [3]   15/7 15/9 15/11
ten [1]   63/16
tentatively [3]   90/7 90/8
90/13
Teresa [1]   1/19
Teresa Whalen [1]   1/19
term [3]   110/5 110/5 190/14
terms [4]   80/9 109/10 109/23
142/25
Territories [1]   22/15
territory [3]   28/2 28/2 28/3
test [3]   44/5 44/11 132/19
testified [22]   11/13 42/22

47/17 48/4 59/4 73/5 79/2
79/14 82/13 82/19 91/3 91/4
91/19 94/11 114/4 114/17
134/5 155/24 165/23 181/21
196/17 199/24
testifies [1]   193/19
testify [8]   62/17 62/19 89/10
91/16 166/1 200/5 200/13
201/9
testifying [6]   87/14 87/16
87/17 90/10 90/11 91/14
testimonial [2]   121/3 122/22
testimony [5]   45/12 62/15
93/19 111/12 115/7
testing [4]   13/6 42/8 94/8
104/17
text [6]   164/13 164/17 164/22
164/25 167/9 201/17
than [20]   12/9 23/13 43/14
43/19 47/5 47/7 49/21 51/12
57/7 75/10 77/20 77/21 120/9
124/1 124/5 125/9 128/11
131/18 193/23 194/8
thank [66]   4/2 4/20 10/15
14/10 42/11 42/12 42/21 47/10
47/12 57/14 58/1 58/2 58/3
59/14 59/15 59/16 60/5 61/18
78/13 78/15 82/18 83/1 83/23
84/3 86/18 86/24 87/1 87/2
87/11 90/19 94/20 95/8 104/23
106/23 111/13 118/7 120/14
123/15 125/16 135/18 139/17
139/21 139/25 140/3 140/11
140/17 150/1 157/22 159/9
162/19 162/20 165/2 165/4
165/5 169/10 169/12 169/16
169/17 169/18 169/23 171/4
181/1 189/15 198/18 198/22
198/24
Thanksgiving [1]   141/20
that [774]
that'd [1]   71/15
that's [98]   13/22 14/17 16/9
24/8 32/23 33/3 33/13 34/11
40/9 44/6 45/12 45/24 47/7
52/17 52/20 56/7 57/11 70/4
71/5 86/7 86/11 86/16 88/8
90/13 92/1 93/23 94/6 117/20
118/22 119/12 120/1 121/8
124/18 125/6 126/7 126/7
133/11 133/25 135/17 136/6
137/7 137/8 138/15 143/1
145/23 146/22 148/15 149/14
149/15 152/11 152/13 153/2
153/14 153/15 155/15 157/21
167/18 167/22 168/21 168/25
168/25 169/1 172/15 174/20
175/8 175/22 176/6 176/13
176/23 176/25 177/1 177/5
177/22 178/20 179/20 180/18
180/18 182/15 183/2 183/8
183/13 183/19 183/22 183/25
184/22 185/4 185/18 186/2
186/17 186/21 189/7 189/13
190/4 193/16 194/10 196/1
196/20 198/17
theft [1]   63/15
their [17]   14/23 18/8 25/11
25/18 25/19 85/11 98/18 98/19

**their...** [9]   100/2 105/17
121/1 121/4 125/7 129/24
187/13 189/21 200/4
**them** [53]   25/18 26/12 27/9
37/1 37/19 37/20 37/22 39/20
43/8 44/23 44/25 46/15 47/3
55/23 63/14 65/25 67/7 68/12
77/1 79/6 79/8 79/11 82/10
91/24 94/7 98/16 98/21 98/21
105/6 109/23 110/5 116/9
117/1 118/21 118/25 119/23
121/19 122/3 122/12 124/5
124/9 127/16 128/22 129/10
129/13 129/22 130/4 135/11
137/6 138/23 199/22 201/7
201/7
**themselves** [3]   17/13 55/18
109/24
**then** [98]   3/7 5/12 5/18 6/6
6/24 22/11 22/22 25/8 25/19
25/22 26/13 26/19 28/25 34/18
35/9 35/10 36/10 36/21 37/6
37/7 38/12 45/25 47/3 56/17
59/8 60/2 60/8 62/15 64/17
65/20 68/7 68/21 70/15 71/14
71/16 72/6 84/21 85/15 86/9
88/14 89/19 89/24 89/25 91/8
91/15 92/9 93/20 94/6 94/7
97/24 99/12 100/14 100/19
100/20 101/1 102/12 103/1
103/10 104/3 107/14 110/18
111/21 113/6 114/2 115/20
116/20 125/5 127/18 128/24
131/3 133/14 133/15 137/12
138/15 138/19 139/1 153/12
153/21 158/9 159/7 164/6
164/6 164/10 168/25 173/14
174/4 174/24 174/25 181/25
182/2 185/14 186/13 188/13
189/14 198/15 199/8 199/12
201/19
**there** [187]   3/4 3/10 3/22
3/24 6/25 7/22 8/7 8/19 9/13
11/2 11/17 12/8 12/10 13/8
19/5 20/14 20/16 21/8 29/22
30/18 33/15 34/10 35/22 37/24
38/16 39/9 39/16 41/15 43/14
43/14 43/17 43/20 43/22 45/5
47/25 47/25 48/2 49/12 49/12
50/15 51/17 52/21 53/3 53/25
57/22 60/19 60/22 63/23 64/6
64/7 64/9 64/25 65/10 66/25
70/14 70/18 70/20 71/16 74/6
77/5 77/23 78/9 79/13 80/25
81/16 85/17 85/19 86/10 89/15
89/17 90/9 90/11 90/12 90/14
91/5 92/8 92/11 93/13 94/12
94/12 96/11 96/21 97/3 97/8
97/9 101/1 101/2 104/12
104/13 105/22 108/10 110/2
111/10 112/22 112/24 113/6
113/8 113/9 113/11 113/15
113/22 114/2 115/16 115/17
116/11 117/10 117/11 118/11
119/18 120/10 121/18 122/23
123/2 123/6 124/3 124/21
126/25 128/13 129/19 130/13

**131/24 132/7 132/25 133/3**
133/7 133/9 133/12 135/17
133/19 133/24 136/13 137/9
137/13 137/25 138/22 138/23
139/14 143/19 145/23 145/23
145/25 146/1 146/6 146/6
146/7 147/17 148/6 148/14
150/5 150/8 150/20 150/23
151/19 151/22 152/8 152/15
153/15 154/12 156/18 164/11
164/15 164/22 170/3 172/14
173/21 174/7 174/8 174/11
174/14 174/24 175/1 177/1
179/21 182/14 185/6 186/10
186/11 186/13 186/16 188/10
188/16 188/21 190/7 192/19
194/6 194/8 197/19
**there'd** [1]   73/22
**there's** [24]   7/24 13/20 45/7
59/7 69/8 91/17 119/23 119/24
121/3 121/7 124/22 126/5
136/15 139/2 144/18 149/20
150/7 151/25 174/19 174/19
174/25 183/15 188/5 193/18
**thereabouts** [1]   189/23
**therefore** [2]   28/12 193/6
**these** [29]   14/5 15/12 20/18
27/4 42/2 55/25 79/14 79/14
82/8 93/17 116/6 116/7 118/12
119/18 120/3 120/7 120/11
120/16 120/19 120/24 121/2
122/1 123/2 124/10 130/2
144/7 147/15 162/6 182/15
**they** [120]   19/21 21/6 25/13
25/22 25/23 26/3 26/4 26/5
26/5 27/10 28/23 32/19 33/25
34/11 37/2 38/19 39/16 39/17
42/4 42/5 43/25 44/13 46/13
46/14 46/14 46/17 47/4 50/5
53/7 56/9 56/10 59/10 67/14
67/14 67/15 72/24 78/3 78/5
78/8 78/9 79/10 79/12 80/8
82/9 82/11 82/12 89/16 89/19
89/19 91/12 91/24 92/4 93/5
93/16 97/9 97/11 98/5 98/7
98/16 108/10 110/6 110/6
110/21 113/18 116/8 117/8
119/7 120/7 120/8 120/22
121/6 121/9 121/21 122/2
122/6 122/10 122/13 122/20
124/7 124/8 127/21 128/3
128/19 129/4 129/5 129/6
129/7 129/8 129/9 129/14
129/16 130/9 131/12 133/13
134/24 135/1 138/5 138/5
138/8 138/20 138/23 145/16
145/16 147/7 149/11 152/1
157/23 157/24 172/17 174/21
174/22 175/4 182/2 182/3
186/10 190/18 193/20 193/21
193/22 193/23
**they'll** [1]   190/17
**they're** [20]   40/5 56/9 56/10
88/7 109/25 112/13 118/19
119/2 120/8 121/5 121/6
121/16 121/16 128/16 136/22
137/25 157/24 157/25 192/15
201/16
**they've** [3]   192/17 193/19

**200/4**
56/1 22/4 38/13 39/13
56/1 57/21 64/3 65/18 69/10
111/15 119/19 145/24 164/1
186/25 194/9 196/10 198/8
**things** [10]   20/15 25/24 27/2
27/9 53/7 55/25 109/24 109/25
135/10 199/22
**think** [56]   16/5 39/12 41/6
43/8 43/14 47/22 50/15 55/16
56/6 61/4 64/12 87/13 91/12
91/17 91/22 97/11 109/12
110/4 113/4 113/14 114/15
115/23 120/2 120/18 120/24
122/3 122/15 123/13 124/8
125/6 125/8 126/5 135/1
136/21 136/22 162/9 165/23
169/2 170/12 174/3 174/13
188/5 192/25 193/4 193/7
193/12 193/17 194/14 194/21
194/24 195/4 198/2 199/17
200/18 200/20 200/22
**thinks** [1]   193/2
**third** [4]   26/15 50/18 55/7
60/21
**thirteen** [1]   108/22
**this** [293]
**Thomas** [1]   7/24
**those** [47]   17/12 18/9 18/19
18/20 19/14 19/14 20/12 20/24
21/1 25/11 27/15 28/4 29/15
36/18 46/7 46/19 47/6 50/4
52/9 55/23 55/23 70/5 72/22
77/16 82/6 83/7 86/12 92/22
111/11 117/18 118/22 120/23
123/13 134/5 134/7 134/10
134/10 135/5 149/8 154/14
161/8 166/9 175/10 199/15
199/15 200/8 201/11
**though** [5]   44/5 44/8 60/24
90/21 168/21
**thought** [7]   54/5 109/18 115/3
118/11 124/24 125/1 132/10
**thousand** [2]   63/16 197/22
**threat** [2]   23/23 98/13
**threatening** [1]   132/16
**threats** [1]   188/13
**three** [19]   24/13 24/22 25/3
41/20 46/8 46/15 52/6 52/21
53/21 55/8 81/22 108/14 119/1
119/2 119/4 122/8 122/9
123/16 184/14
**threw** [2]   136/7 139/14
**thrived** [1]   17/25
**through** [41]   5/11 6/4 6/7
16/4 22/2 23/11 23/21 27/1
32/18 34/14 35/10 49/18 49/18
60/23 61/1 65/22 80/12 80/15
112/21 117/13 118/21 119/1
121/13 123/17 124/22 143/23
174/2 174/3 174/4 175/5 176/2
176/7 176/10 182/12 183/9
183/23 184/1 186/12 195/20
201/6 201/17
**Thunder** [1]   72/22
**Thursday** [2]   198/15 200/13
**thus** [5]   17/17 18/2 18/15
22/9 26/5
**tie** [1]   100/11

**T**

tied [1]  170/3
ties [1]  23/19
Tiffany [3]  188/12 188/22
 188/25
Tiffany Bailey [1]  188/25
time [96]  7/3 7/9 7/10 7/17
 8/12 9/8 11/16 11/22 13/23
 16/18 17/11 18/19 22/18 29/22
 31/3 31/22 35/19 35/22 37/12
 37/24 38/16 39/9 39/22 41/15
 43/21 45/20 46/9 60/3 63/23
 64/6 64/9 64/10 64/19 64/22
 65/10 66/25 67/11 67/19 67/24
 68/14 69/12 71/2 80/10 84/23
 87/23 88/7 88/19 89/9 98/14
 98/16 100/16 103/23 106/6
 106/13 116/10 116/15 117/2
 120/3 120/10 121/10 121/11
 122/11 124/14 124/14 124/15
 124/15 126/9 126/15 130/24
 130/25 133/21 134/10 142/6
 144/8 144/11 145/6 156/4
 156/7 161/11 161/14 162/8
 162/13 163/18 163/23 165/17
 167/12 167/14 168/18 169/22
 172/18 180/20 180/23 182/4
 186/11 191/16 200/4
times [22]  9/25 64/7 69/9
 70/7 70/9 70/10 71/20 71/21
 72/18 72/20 74/13 76/7 76/11
 76/22 76/24 81/7 86/9 86/10
 86/12 180/7 192/22 195/11
timestamp [4]  156/1 156/5
 179/14 179/22
timing [1]  194/11
tinted [1]  181/11
tire [2]  138/20 139/3
title [7]  5/5 5/12 22/20
 24/21 95/15 141/4 171/11
today [11]  71/7 79/2 79/11
 100/7 100/9 153/2 170/11
 180/6 194/11 199/23 199/25
together [8]  15/19 20/24
 23/19 28/2 32/5 56/10 78/4
 78/5
told [23]  6/13 22/8 26/24
 49/17 67/16 69/15 79/8 79/11
 79/11 103/21 113/2 113/10
 113/13 114/21 115/6 115/8
 116/6 125/21 132/25 161/3
 164/5 195/18 200/2
Tom [3]  10/20 10/21 10/23
tomorrow [6]  198/4 198/9
 198/20 200/1 200/9 201/20
Tone [2]  164/23 165/20
Tone Hoodstar Hawkins [2]
 164/23 165/20
Tonks [2]  8/12 11/22
too [7]  39/12 57/23 89/16
 91/22 101/3 116/17 183/16
took [11]  6/6 19/23 21/17
 39/13 39/20 46/19 104/21
 130/15 143/11 145/24 148/6
top [25]  10/6 16/13 19/11
 21/21 21/24 23/25 26/8 27/6
 48/10 63/9 64/24 72/23 101/18
 103/23 106/8 127/6 134/21

134/23 153/25 157/1 157/16
 164/1 164/10 164/21 167/8
torso [1]  147/7
touch [5]  45/16 76/10 96/22
 129/24 173/3
touched [1]  173/5
toward [1]  157/24
towards [11]  72/17 80/18
 148/11 153/22 153/25 155/15
 156/17 157/3 157/25 159/5
 159/5
towed [1]  174/12
towel [1]  12/2
townhomes [5]  153/13 153/22
 154/8 158/19 159/5
townhouses [2]  85/14 85/17
Tracy [2]  22/2 22/8
trade [2]  137/6 137/10
traded [2]  81/19 86/3
Trae [1]  199/13
Trae Corbin [1]  199/13
traffic [1]  142/24
trafficking [1]  96/14
training [10]  5/25 6/3 6/5
 6/8 22/4 27/20 32/18 34/14
 35/11 38/23
Trainor [4]  2/7 58/4 82/23
 84/2
transaction [1]  34/16
transactions [3]  32/6 40/25
 43/25
transcript [57]  30/4 30/6
 30/15 48/12 48/14 105/16
 105/18 105/19 107/5 107/22
 107/22 108/24 118/25 119/3
 119/14 124/9 125/7 134/18
 134/21 134/24 135/5 135/13
 136/20 138/4 138/17 139/7
 144/19 144/20 144/24 144/25
 145/3 145/3 187/13 188/11
 189/21 191/2 191/15 191/23
 192/7 192/13 192/15 192/18
 192/23 193/2 193/15 193/18
 193/20 193/25 194/5 195/9
 195/13 195/15 195/15 195/25
 196/2 196/7 202/10
transcript's [1]  194/1
transcripts [8]  106/25 107/22
 116/10 122/4 134/4 134/7
 134/10 135/16
transgression [1]  24/13
transported [1]  154/20
travel [4]  35/20 37/21 38/15
 159/3
traveled [1]  6/25
traveling [1]  157/23
Tray [1]  177/23
Trayvon [2]  37/5 43/19
Trayvon James [1]  37/5
Trayvon Jones [1]  43/19
treason [1]  24/10
treatment [1]  64/11
Tree [1]  17/21
trees [3]  32/14 147/15 154/14
Treetop [4]  17/3 17/5 17/10
 17/17
Treetop Piru [3]  17/3 17/10
 17/17
Treetop Pirus [1]  17/5

trial [6]  39/11 39/14 90/22
 109/14 109/23 117/5
triple [1]  17/16
trouble [1]  68/1
truckloads [1]  77/12
true [1]  50/5
truly [1]  116/13
trunk [1]  12/5
truth [2]  94/14 132/20
truthfully [2]  62/19 67/12
try [5]  91/2 113/18 124/20
 136/2 146/3
trying [6]  7/21 32/5 39/24
 64/3 122/20 192/4
Tucker [2]  70/5 70/9
Tucker Lane [1]  70/5
Tuesday [1]  179/16
tunc [1]  20/10
turf [1]  18/18
turmoil [1]  17/12
turn [25]  14/12 15/15 15/23
 29/3 43/3 51/19 52/17 52/21
 53/20 54/8 57/17 89/6 117/4
 129/4 129/8 153/6 154/17
 155/6 158/25 159/7 159/10
 163/2 163/22 164/19 174/6
turned [4]  34/18 114/14 117/7
 186/17
turning [25]  14/21 15/2 15/8
 16/15 16/20 16/25 17/8 18/22
 20/5 20/18 21/12 21/23 23/4
 25/4 25/15 27/17 28/7 30/3
 30/5 145/2 148/16 150/2
 150/15 188/11 191/23
tutelage [1]  19/17
twice [1]  81/17
two [46]  6/24 20/18 24/4
 24/11 25/2 25/24 26/13 26/14
 26/22 27/1 27/4 27/7 33/23
 47/6 48/25 53/7 53/21 54/8
 55/8 63/15 73/3 77/20 81/15
 81/24 82/6 92/23 108/13
 110/16 112/22 113/23 115/20
 117/8 117/9 118/17 121/18
 127/23 147/15 157/3 157/16
 166/11 174/21 174/25 175/10
 181/25 184/16 199/22
two-page [2]  112/22 113/23
type [4]  18/2 99/2 99/3 155/4
types [2]  120/24 121/2

**U**

U.S. [7]  35/7 35/8 40/20 41/6
 41/7 61/25 122/16
U.S. currency [5]  35/7 35/8
 40/20 41/6 41/7
U.S. Department [1]  61/25
UB [3]  26/24 26/24 27/1
ultimate [1]  195/25
ultimately [4]  8/21 11/25
 13/5 42/7
under [18]  19/17 25/9 26/11
 40/12 41/2 54/4 61/24 62/17
 94/3 94/7 102/6 103/6 104/14
 108/3 120/22 122/19 125/13
 164/22
underboss [1]  26/23
underboss's [1]  27/7
underbosses [3]  26/22 27/4

**U**

underbosses... [1]   53/22
understand [5]   55/12 56/20
  110/6 110/24 115/7
understanding [4]   55/22 62/14
  87/25 168/17
unfolding [1]   123/9
unidentified [1]   36/17
unit [23]   5/5 5/12 5/18 5/20
  5/21 7/4 7/9 7/19 8/5 31/2
  31/5 38/21 39/5 39/6 39/8
  95/15 95/21 95/22 140/23
  141/2 141/4 141/25 171/11
UNITED [3]   1/1 1/3 1/16
unknown [7]   88/1 88/6 88/11
  88/12 89/11 89/12 181/24
unless [3]   53/16 121/24
  194/22
unoccupied [1]   97/23
unorganized [1]   41/9
unpack [1]   34/20
unquestioned [1]   18/21
unredacted [1]   114/14
until [10]   67/2 67/24 68/6
  111/4 117/1 117/12 117/21
  173/11 200/18 201/19
unusual [2]   97/19 137/8
unvouched [1]   28/22
unvouched-for [1]   28/22
up [76]   18/2 19/11 20/15
  21/17 33/21 33/23 36/9 37/4
  38/7 38/10 39/22 39/25 53/16
  55/14 57/20 59/8 59/13 64/3
  64/4 64/23 67/11 68/4 68/6
  72/6 72/6 72/7 73/3 73/11
  74/1 78/7 89/16 91/4 96/22
  100/11 105/19 114/5 115/20
  115/21 116/17 117/12 121/16
  121/22 122/2 128/22 128/24
  129/9 132/20 133/19 137/2
  141/24 141/25 160/8 160/9
  163/19 163/23 163/24 166/7
  166/17 166/20 170/3 170/7
  173/4 179/6 179/14 182/19
  182/20 185/21 186/9 188/7
  188/14 188/16 188/21 189/7
  190/7 191/15 192/9
upon [3]   3/21 22/17 113/17
us [107]   4/8 5/5 6/13 7/9
  10/17 10/19 13/18 15/2 16/13
  16/15 17/19 18/13 18/14 19/12
  20/6 20/19 21/13 21/23 22/20
  23/5 23/11 23/15 23/19 23/21
  23/24 24/7 24/7 24/21 25/4
  26/7 26/15 28/8 28/20 29/1
  29/4 29/7 29/13 29/17 30/9
  31/2 31/12 32/2 32/22 32/25
  34/5 35/25 38/2 38/19 39/6
  51/8 63/14 64/1 67/16 69/15
  73/12 79/11 88/10 93/15 95/15
  98/1 98/13 101/8 102/21 106/6
  107/24 108/5 112/21 113/17
  117/2 125/22 130/18 139/3
  141/21 142/18 143/9 147/4
  147/13 147/25 148/4 148/16
  150/2 150/9 150/18 150/24
  151/18 153/9 153/18 154/4
  156/1 156/5 157/6 161/3

161/13 163/5 163/14 163/17
  164/7 167/1 173/7 173/13 174/11
  180/8 180/16 181/5 186/5
  193/11 197/2 199/5
use [21]   66/6 66/15 73/12
  79/19 80/15 80/17 80/25 88/7
  101/25 109/13 109/22 110/10
  110/10 116/24 116/25 117/5
  122/9 143/14 148/19 192/12
  192/18
used [8]   35/19 72/17 80/12
  81/15 109/9 116/6 189/13
  201/10
user [5]   164/11 164/15 164/22
  166/7 167/9
using [24]   32/24 40/2 63/24
  64/6 64/9 64/17 64/19 64/20
  64/22 64/23 66/4 66/19 67/6
  68/17 68/21 69/5 69/22 79/21
  148/4 153/10 154/9 159/3
  192/15 192/15
usually [6]   6/19 71/22 72/3
  190/17 190/18 193/19
UTC [2]   165/12 165/15
utterance [1]   122/14
utterances [1]   120/16

**V**

vacant [6]   32/13 32/16 34/10
  43/9 44/19 44/19
various [2]   115/7 116/12
vehicle [47]   8/13 8/14 8/16
  8/18 11/7 11/20 11/23 12/6
  12/11 13/23 13/24 14/6 37/5
  37/10 37/11 37/12 37/16 37/21
  38/8 38/13 38/15 39/25 49/13
  63/15 78/24 97/21 98/4 100/5
  100/16 100/21 100/22 100/23
  101/10 102/8 104/5 104/8
  105/6 142/24 174/13 175/13
  175/17 175/21 181/21 181/23
  181/24 182/2 182/3
vehicles [1]   127/23
version [2]   54/6 125/8
very [31]   8/15 16/13 19/11
  28/25 33/14 37/9 57/17 57/22
  58/14 64/4 68/17 72/7 72/17
  79/19 80/18 83/23 85/4 85/15
  87/2 93/1 122/11 122/19 155/9
  157/16 161/2 167/8 169/10
  169/17 194/5 198/18 199/25
victim [38]   145/17 145/21
  146/10 146/10 146/14 146/22
  147/6 154/18 154/20 154/22
  154/24 155/2 155/16 157/21
  159/12 159/17 168/6 169/7
  169/8 172/11 173/11 173/22
  175/15 176/2 176/9 176/16
  181/25 182/2 185/11 185/13
  185/14 186/7 186/8 186/9
  186/10 186/12 186/22 187/1
victim's [3]   173/13 173/17
  174/13
video [41]   152/4 152/7 152/9
  152/19 154/17 155/7 155/22
  156/7 156/8 156/10 156/22
  156/23 157/14 158/3 158/4
  158/23 158/25 159/2 159/13
  159/20 159/22 160/12 170/4

176/13 177/14 177/16 179/7
  179/19 179/21 179/22 179/24
  180/13 181/3 181/13 181/16
  181/19 182/6 182/9 182/25
  185/12 186/5
view [5]   156/19 176/6 183/25
  185/8 185/8
viewing [1]   180/16
violation [2]   78/22 113/16
violence [2]   6/20 96/14
Virginia [3]   65/21 66/15
  66/18
virtually [1]   117/14
visit [2]   189/2 189/17
visits [1]   189/6
voice [3]   68/4 190/3 197/13
voices [2]   134/24 135/25
Volkswagen [2]   98/4 127/16
VOLUME [1]   1/13
vouched [3]   25/7 25/13 28/23
vs [1]   1/4

**W**

Wagster [1]   200/12
wait [1]   118/15
waitin' [1]   62/16
walk [3]   16/4 59/10 128/21
walked [22]   34/18 35/16 36/9
  36/10 36/17 37/10 38/10 91/4
  100/14 100/19 103/11 103/25
  128/24 129/5 129/9 131/24
  156/17 178/13 179/4 182/23
  186/9 186/13
walkin' [1]   185/18
walking [11]   5/13 5/14 7/10
  7/21 35/21 156/19 157/3
  157/24 157/25 184/2 201/17
walkway [1]   36/24
wall [4]   25/14 28/13 28/24
  177/1
wallet [8]   12/10 13/8 13/22
  14/17 14/18 14/24 15/5 15/12
Walther [1]   72/22
want [58]   5/11 7/6 7/15 12/12
  14/12 15/15 15/23 16/4 29/3
  29/11 29/16 29/25 30/25 31/21
  32/21 38/22 53/16 55/10 55/14
  55/22 56/22 60/24 61/3 61/23
  64/16 65/1 68/14 74/19 83/12
  84/1 95/23 109/22 116/20
  117/19 119/15 121/5 123/16
  131/19 141/15 144/17 147/11
  151/9 153/6 153/7 155/6
  156/25 161/15 163/25 164/9
  168/13 172/7 174/6 177/20
  190/1 192/9 192/22 198/8
  200/11
wanted [7]   87/19 123/24
  132/19 137/2 137/6 195/8
  200/14
wants [5]   3/13 26/24 125/7
  194/2 194/9
war [1]   24/16
Warwick [2]   22/1 22/16
was [503]
wasn't [18]   22/8 39/12 40/23
  46/9 54/6 67/2 68/7 68/17
  73/19 77/12 103/10 103/15
  104/10 115/14 124/23 132/16

**W**

wasn't... [2]  146/13 167/1
watch [2]  66/10 152/18
watched [5]  159/14 159/20
179/17 179/21 186/6
watcher [1]  75/4
watching [3]  32/6 97/11 98/6
water [1]  61/23
way [15]  5/22 22/21 28/4
52/18 66/22 115/5 119/25
121/7 121/15 122/6 122/10
131/22 132/22 135/22 182/23
ways [2]  19/16 110/2
we [190]  3/7 7/21 8/12 8/15
8/15 11/19 12/24 14/21 15/8
15/24 16/22 16/23 16/23 16/24
17/2 17/6 18/16 18/17 18/17
19/2 22/25 23/9 23/11 23/12
23/13 23/21 24/17 27/20 28/1
28/2 28/3 28/4 28/12 29/20
33/12 33/19 44/6 49/14 51/12
52/18 58/17 60/19 60/21 60/25
61/1 61/3 65/16 65/17 65/20
66/2 66/2 82/24 82/24 83/14
87/7 87/19 88/4 88/9 89/6
90/3 90/12 93/7 93/11 93/25
94/13 94/15 94/23 94/25 97/9
109/4 109/9 109/12 109/13
109/22 110/9 111/23 111/24
113/1 113/16 115/10 115/15
115/17 115/18 115/20 116/6
116/20 116/23 116/24 117/4
117/5 117/7 117/9 117/11
117/16 118/8 118/18 118/20
119/17 120/3 120/15 121/8
121/13 122/18 124/2 132/15
134/4 141/25 142/7 145/8
145/24 146/1 147/18 148/19
149/4 149/13 150/12 150/15
150/21 151/24 151/25 152/2
152/10 152/11 153/15 153/20
155/10 156/6 158/17 158/18
159/2 159/3 159/13 159/16
159/20 161/14 161/18 161/19
165/11 170/12 170/13 170/17
172/14 173/10 175/20 175/24
176/5 176/11 176/17 176/21
176/24 180/15 181/6 182/21
183/4 183/6 183/12 183/17
183/21 184/12 185/6 185/12
185/17 186/5 186/16 186/19
186/23 187/15 192/10 193/9
194/11 194/21 194/24 195/10
198/9 199/8 199/16 199/20
199/21 199/23 199/25 200/2
200/5 200/12 200/13 200/21
200/23 201/1 201/5 201/11
201/14
we'd [1]  116/19
we'll [16]  60/8 60/13 60/16
61/6 111/2 111/3 118/15
124/20 135/22 170/6 170/12
170/14 198/20 200/8 201/8
201/19
we're [41]  14/14 15/2 29/4
32/22 60/7 91/24 93/16 101/8
101/13 102/21 116/24 116/25
117/3 117/13 117/21 124/4

125/4 147/13 147/14 148/1
148/11 148/22 150/2 150/6
150/9 150/18 150/24 151/18
153/18 153/19 154/4 155/17
175/7 180/9 180/10 180/16
181/15 182/7 193/5 194/25
198/6
we've [8]  107/11 116/11
135/24 188/3 192/17 192/21
200/3 201/2
weak [1]  23/2
weapon [6]  129/2 129/17
129/25 130/13 132/16 132/17
weapons [3]  98/16 98/21
129/13
wearing [13]  34/7 100/3
103/23 121/22 127/9 127/10
154/25 155/2 155/3 155/3
157/8 157/11 180/2
Wednesday [3]  198/11 198/13
198/14
week [8]  72/10 109/9 114/4
188/14 198/17 200/17 200/18
200/19
weekend [3]  112/20 122/2
199/21
weeks [2]  55/8 114/5
welcome [2]  4/5 14/11
well [71]  13/2 27/3 29/10
45/25 46/24 50/4 50/9 54/10
54/18 55/20 56/1 56/17 56/21
57/1 64/3 64/5 68/25 69/9
80/12 84/11 84/23 88/1 91/8
91/18 92/12 93/11 94/13 97/7
97/25 98/23 100/17 104/4
104/14 104/19 105/2 105/7
109/4 110/18 115/12 115/23
116/18 117/7 117/23 119/16
121/1 123/25 124/13 124/20
125/4 126/12 128/6 128/21
128/25 130/16 131/19 134/21
138/15 145/15 145/22 151/3
151/4 167/2 170/13 173/21
175/18 179/18 186/4 193/9
194/21 199/22 200/7
went [22]  5/17 5/18 14/9
19/25 31/18 36/16 49/18 68/25
81/2 114/11 130/15 145/11
146/9 146/23 152/11 156/14
172/16 173/13 174/3 188/17
190/8 196/10
were [183]  3/14 5/19 7/9 7/12
7/17 7/20 7/21 7/22 8/17 10/1
10/24 11/14 11/18 13/10 13/24
14/6 15/12 16/1 18/16 18/21
19/14 20/15 20/16 21/1 21/2
22/15 22/17 26/4 26/5 31/2
31/22 31/24 32/4 32/11 32/15
32/25 33/2 33/6 34/1 34/2
34/3 37/2 38/25 39/1 39/18
40/12 41/11 41/12 41/20 42/7
43/8 43/10 43/14 43/22 44/1
46/13 46/14 46/17 47/4 47/25
49/14 52/9 56/9 58/17 58/24
58/25 59/5 59/5 59/11 62/2
62/4 64/7 64/11 64/17 64/19
64/21 65/4 65/6 65/25 66/2
66/4 66/6 66/12 66/22 66/25
67/5 67/22 68/9 68/12 68/21

69/4 69/4 69/7 70/20 70/23
71/1 72/24 78/5 78/19 78/21
78/23 78/25 79/21 81/16 82/8
82/9 83/8 84/11 84/15 84/19
84/23 85/19 95/21 95/24 96/2
97/7 97/9 97/11 98/3 98/5
98/8 101/4 101/4 104/19
104/20 105/1 111/10 111/11
113/8 114/7 120/22 122/2
122/17 127/2 127/21 128/3
129/5 129/6 129/8 129/9
131/12 134/4 134/17 134/18
134/20 134/23 134/24 135/25
136/22 141/16 144/7 144/8
146/7 147/9 149/8 149/9
149/11 151/22 152/18 154/24
156/13 160/11 160/20 161/14
163/9 165/19 166/11 166/15
172/8 173/25 174/14 174/16
178/6 178/10 178/13 179/1
179/4 179/21 182/23 184/5
184/24 185/23 197/13
weren't [2]  45/4 79/8
Werewolf [2]  19/15 19/18
west [7]  5/7 19/16 21/3 33/24
65/21 66/15 66/18
West Baltimore [1]  19/16
West Virginia [3]  65/21 66/15
66/18
Western [2]  63/21 65/8
Western Maryland [2]  63/21
65/8
Whalen [10]  1/19 94/1 112/7
114/9 114/15 115/23 118/13
123/19 125/15 193/10
what [306]
what's [23]  9/1 12/13 13/18
16/25 17/19 18/24 19/3 29/9
44/13 57/19 57/20 69/18 69/20
80/9 89/13 90/23 106/2 118/23
143/2 143/22 171/11 192/16
192/23
whatever [4]  33/24 33/24
120/4 195/1
wheel [10]  91/8 91/18 93/11
97/25 98/23 105/2 105/7 128/6
128/24 130/16
when [117]  11/1 12/24 20/10
20/20 20/22 21/5 24/16 27/2
29/22 30/23 35/18 35/22 36/8
37/24 38/16 39/6 39/9 39/15
40/3 41/10 41/15 44/18 48/7
49/18 49/25 56/13 58/17 58/17
63/23 64/1 64/4 64/6 64/7
64/9 65/10 66/25 67/5 70/16
70/23 71/12 71/12 72/3 73/5
73/8 73/18 74/4 74/16 75/15
76/5 76/25 77/20 79/10 80/17
82/8 84/19 91/24 93/16 94/3
97/3 97/8 97/9 97/20 98/10
99/12 103/6 107/11 110/20
113/15 113/16 114/11 119/23
120/4 121/16 125/22 127/12
129/16 133/13 134/5 134/11
141/25 142/4 145/10 145/13
146/2 146/11 146/12 146/12
146/12 151/9 151/13 156/6
166/6 173/17 176/9 178/2
178/10 178/24 179/1 179/17

```
W
```

Case 1:16-cr-00267-LKG   Document 1359   Filed 11/21/19   Page 240 of 241

**when...** [18]   179/21 182/17
183/19 186/8 186/10 186/11
188/2 188/12 191/20 191/24
192/2 192/4 192/7 192/25
193/17 197/18 197/21 197/24
**whenever** [3]   24/17 28/22 78/7
**where** [87]   4/25 7/17 11/6
13/9 18/16 26/10 30/19 30/22
31/24 32/11 32/11 32/25 33/2
34/11 35/13 36/18 37/12 39/1
40/9 41/12 54/25 58/18 59/10
59/11 65/6 66/2 67/25 69/4
69/16 69/23 71/15 90/1 92/13
92/15 93/4 94/9 96/2 96/20
98/1 98/8 104/4 123/2 124/22
125/25 131/6 131/12 132/22
136/3 137/24 139/2 140/22
143/9 145/10 145/17 145/20
145/23 146/10 147/18 147/21
148/12 148/20 148/20 152/12
153/9 153/14 153/15 154/9
155/10 155/17 156/13 156/16
161/22 161/24 165/11 165/11
171/9 171/16 172/22 172/25
173/2 173/12 174/18 174/21
175/1 175/10 176/2 176/15
**whether** [23]   8/17 56/22
110/15 116/10 116/13 121/7
122/7 124/23 129/24 132/19
137/25 151/22 160/23 161/10
162/7 162/10 172/16 179/22
181/9 182/24 184/25 185/24
193/15
**which** [77]   3/19 3/22 12/5
12/7 18/24 19/6 28/14 40/7
54/5 55/17 64/4 64/19 71/15
72/21 73/2 83/8 87/21 88/5
90/16 91/11 93/9 94/10 94/11
95/13 97/24 98/14 98/16
100/16 101/17 103/1 103/23
104/25 105/12 106/11 108/24
109/10 113/25 116/25 117/12
117/15 117/16 118/16 118/23
120/21 121/22 123/6 123/10
124/11 135/12 143/11 145/3
145/18 148/10 149/6 152/12
152/21 162/25 172/1 174/13
174/24 175/25 178/6 179/7
179/18 180/16 182/21 185/22
187/10 187/12 189/4 189/9
189/20 191/7 191/12 191/18
192/16 196/12
**while** [4]   49/14 66/8 84/11
115/4
**whispering** [6]   25/19 124/22
124/25 125/8 192/20 194/3
**white** [9]   12/3 38/7 42/5
72/10 103/23 155/4 156/14
157/8 157/19
**who** [108]   7/2 8/21 8/24 9/6
9/18 9/23 11/4 11/11 13/23
17/13 17/13 17/14 19/17 19/25
20/3 20/14 20/16 21/9 22/2
22/24 23/22 23/23 23/23 25/11
26/1 27/15 28/4 29/7 30/9
31/8 32/4 34/3 34/12 34/18
34/24 35/5 35/8 35/8 36/11

36/13 37/22 38/8 39/3 49/17
51/16 51/16 59/22 65/10 65/13
65/20 74/11 74/23 75/13 76/3
78/1 78/1 81/1 84/16 90/12
90/14 90/23 93/24 94/17 97/5
100/4 103/21 104/21 104/21
106/20 108/10 110/4 111/15
112/15 112/24 114/1 116/13
121/18 132/19 139/11 139/15
146/16 146/21 157/19 159/2
160/6 165/21 172/11 172/14
173/14 178/19 182/25 183/15
184/21 185/10 185/11 186/6
188/16 188/17 188/19 188/21
188/24 190/7 190/8 193/19
197/16 199/9 199/24 200/21
**who's** [3]   89/10 142/2 170/7
**whole** [2]   39/13 81/14
**whom** [1]   60/19
**whose** [4]   18/20 93/3 99/25
134/24
**why** [20]   3/13 3/14 16/22 23/1
23/12 36/4 65/23 66/15 67/10
68/12 69/7 75/5 77/19 78/6
90/13 105/4 109/19 109/19
110/9 151/8
**wife** [1]   188/25
**wild** [4]   17/17 22/2 131/8
131/17
**Wild Child** [1]   17/17
**Wild Child's** [1]   22/2
**will** [49]   4/1 16/24 26/1 26/3
26/12 26/14 27/2 30/14 55/8
59/24 59/25 60/21 60/25 62/24
63/4 87/6 87/14 87/16 87/17
91/13 92/18 92/20 93/7 93/18
94/25 111/19 119/1 121/22
121/24 124/21 162/13 162/18
170/8 173/4 198/3 198/9
198/11 198/12 198/12 198/13
198/16 199/6 199/8 199/11
200/20 200/24 201/1 201/14
201/14
**William** [12]   45/8 45/9 93/21
109/9 112/12 112/14 113/2
114/4 114/12 114/13 114/21
114/22
**William Banks** [12]   45/8 45/9
93/21 109/9 112/12 112/14
113/2 114/4 114/12 114/13
114/21 114/22
**willing** [1]   200/6
**window** [8]   176/3 176/9 176/10
183/9 183/23 184/1 184/1
186/13
**windows** [1]   181/11
**Windsor** [11]   70/3 142/12
142/14 145/7 147/24 148/15
172/23 174/19 174/20 175/8
179/20
**Windsor Mill** [3]   70/3 145/7
147/24
**Windsor Mill Road** [3]   142/12
142/14 172/23
**Windsor Mills** [1]   148/15
**wire** [25]   61/1 87/14 87/17
87/21 88/25 89/2 89/4 89/5
89/6 89/10 93/7 93/16 105/9
105/12 105/13 105/15 105/17

106/24 107/21 107/22 116/8
117/3 123/21 135/17 135/18
Wire Call B863 [1]   105/15
Wire Call B877 [1]   106/24
Wire Call B912 [1]   107/21
**wiretap** [1]   88/25
**wished** [1]   114/1
**wishes** [1]   115/12
**withdraw** [1]   53/18
**within** [8]   19/16 20/16 26/21
27/5 28/14 28/18 28/23 51/10
**without** [9]   24/13 24/20 35/25
38/2 38/19 90/1 96/4 100/17
114/25
**witness** [60]   3/5 3/11 4/14
10/11 12/16 16/8 55/16 59/18
59/22 59/24 60/9 60/19 60/21
61/8 61/12 87/4 87/5 90/9
90/11 90/12 94/24 95/2 109/8
110/3 110/4 110/8 110/12
111/3 111/7 111/18 112/12
116/8 116/13 116/14 116/15
116/25 117/13 117/21 118/8
118/15 123/8 125/11 140/4
140/5 140/9 149/25 162/4
162/5 169/20 170/11 170/17
170/19 170/23 193/12 193/22
198/23 199/1 199/8 199/11
202/2
**witness's** [1]   194/12
**witnessed** [2]   34/15 120/19
**witnesses** [10]   4/7 87/11
88/10 109/15 109/23 111/16
117/10 118/17 199/5 199/15
**Wolf** [11]   20/8 20/20 20/22
21/8 21/8 22/6 22/8 22/14
26/10 27/23 54/4
**wolves** [1]   28/1
**won't** [6]   60/22 90/9 90/11
90/14 200/18 201/17
**wondering** [1]   59/22
**word** [6]   54/22 57/19 122/9
136/10 136/17 163/6
**word's** [1]   195/20
**words** [8]   115/11 126/19
128/19 134/18 138/22 163/7
188/14 194/2
**work** [11]   4/25 5/1 6/17 73/23
140/22 140/23 141/23 141/25
163/18 171/16 171/18
**worked** [7]   5/2 6/13 6/14
126/9 140/24 171/13 171/17
**workin'** [1]   65/16
**working** [12]   7/3 7/12 31/2
31/4 31/22 65/4 65/6 65/7
68/18 78/4 78/5 141/24
**works** [1]   195/1
**world** [2]   23/15 28/10
**worthy** [3]   25/22 25/24 53/7
**would** [132]   10/5 10/7 16/5
17/13 17/13 17/14 18/25 22/14
31/10 33/24 33/25 34/9 35/11
46/15 48/11 51/19 52/17 52/25
53/20 54/8 55/6 55/18 57/9
57/17 59/9 59/10 60/10 63/3
64/7 64/7 66/8 66/8 68/5
69/12 69/15 69/23 70/5 70/7
70/14 70/16 70/18 70/22 71/12
71/12 71/13 71/14 71/17 71/23

**W**

would... [84]   71/25 72/3 72/3
72/16 73/1 73/2 73/3 73/5
73/6 73/8 73/13 73/23 73/25
74/4 75/23 76/8 76/13 76/20
76/25 78/7 78/8 81/10 81/14
82/6 85/6 85/7 85/9 85/17
88/3 88/15 88/16 88/17 90/24
91/16 92/12 99/4 100/6 107/7
108/17 109/13 110/5 110/9
110/10 111/10 111/16 114/7
115/2 117/13 118/13 123/17
124/3 124/6 124/7 124/9
124/23 125/8 129/7 130/4
131/9 133/13 133/14 133/15
135/15 141/9 144/14 145/8
151/2 160/22 162/10 162/11
166/9 171/24 180/20 187/15
187/18 192/12 192/18 193/14
193/24 194/11 194/18 194/25
195/2 200/5
wouldn't [3]   21/16 74/1 81/14
wound [2]   174/1 174/2
wounds [2]   147/8 174/1
written [4]   54/15 109/25
136/3 136/6
wrong [3]   33/3 33/3 115/3

**X**

Xanax [6]   64/5 64/20 64/24
79/24 80/15 80/17

**Y**

yard [1]   59/8
yards [1]   40/6
yeah [17]   89/3 90/9 141/23
150/4 150/7 151/19 151/24
153/19 156/3 164/14 164/18
166/5 166/14 167/9 167/24
181/11 191/24
year [6]   5/4 16/24 80/18
95/20 161/6 175/22
years [19]   5/24 30/25 46/8
46/15 48/25 49/19 61/22 64/15
81/15 101/19 109/20 110/23
117/8 141/1 141/6 141/11
161/4 171/15 171/19
years' [1]   190/13
yelled [1]   103/11
yellow [3]   31/17 31/17 148/22
yes [488]
yet [1]   62/21
yo [3]   138/5 138/20 197/19
you [1188]
you'd [4]   70/13 70/14 71/15
72/10
you'll [1]   125/5
you're [27]   14/11 24/16 25/7
33/16 34/8 44/15 44/18 45/2
45/8 80/9 84/20 87/3 99/13
102/22 115/1 125/13 128/6
143/15 146/2 149/23 153/24
162/15 182/13 182/17 193/18
193/18 194/22
you've [17]   9/25 11/13 57/8
68/15 75/9 79/2 79/11 83/2
83/2 83/5 85/14 110/4 161/3
161/3 171/25 177/17 185/2

young [1]   164/5
Your [209]
Your Honor [71]   3/6 3/9 4/1
4/10 10/10 12/15 16/7 18/23
19/5 47/9 47/12 48/16 51/1
52/1 55/1 55/20 57/14 58/1
58/7 58/10 58/14 60/24 61/3
61/9 78/15 82/17 83/14 83/16
86/19 86/22 87/1 87/7 90/19
92/22 94/20 109/4 109/8 112/8
112/11 113/22 116/23 118/4
118/9 118/18 118/24 119/16
120/6 121/23 123/20 125/16
135/19 139/21 139/23 140/2
140/6 158/12 160/13 161/18
161/22 168/2 168/12 168/21
169/11 169/16 169/18 170/5
192/8 192/19 199/16 199/20
200/11
Your Honor's [1]   194/20
yours [1]   104/4

**Z**

zebra [1]   140/16
Ziplocs [1]   42/5
zoom [1]   50/23
Zweizig [3]   1/23 202/9 202/13