```
 1                 IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF MARYLAND
 2                         NORTHERN DIVISION

 3   UNITED STATES OF AMERICA,    )
            Plaintiff,            )
 4                               )
         vs.                      ) CRIMINAL CASE NO. CCB-16-0267
 5                               )
     DANTE BAILEY, et al.,        )
 6        Defendants.            )
     _____ )
 7

 8
                          Wednesday, March 27, 2019
 9                            Courtroom 1A
                           Baltimore, Maryland
10

11          BEFORE:  THE HONORABLE CATHERINE C. BLAKE, JUDGE
                     (AND A JURY)
12

13                             VOLUME VI

14
     For the Plaintiff:
15
     Christina Hoffman, Esquire
16   Lauren Perry, Esquire
     Assistant United States Attorneys
17
     For the Defendant Dante Bailey:
18
     Paul Enzinna, Esquire
19   Teresa Whalen, Esquire

20   _____

21

22
                          Reported by:
23
                     Douglas J. Zweizig, RDR, CRR, FCRR
24                    Federal Official Court Reporter
                      101 W. Lombard Street, 4th Floor
25                      Baltimore, Maryland  21201
```

2

For the Defendant Randy Banks:

Brian Sardelli, Esquire

For the Defendant Corloyd Anderson:

Elita Amato, Esquire

For the Defendant Jamal Lockley:

Harry Trainor, Esquire

For the Defendant Shakeen Davis:

Paul Hazlehurst, Esquire

For the Defendant Sydni Frazier:

Christopher Davis, Esquire

Also Present:

Special Agent Christian Aanonsen, ATF

P R O C E E D I N G S

1
2          (2:09 p.m.)

3          **THE COURT:**  Good afternoon, everyone.

4          I understand there may be an issue, Mr. Hazlehurst.

5          **MR. HAZLEHURST:**  Yes, Your Honor.  Paul Hazlehurst on

6     behalf of Shakeen Davis.

7          Your Honor, in going through Mr. Greer's testimony, it

8     appears that Mr. Greer is the only witness for this afternoon.

9     Before the grand jury -- there is a statement that he made

10    before the grand jury that Mr. Frazier told him that Mr. Davis

11    was riding around with a long gun.

12          And I've spoken with Ms. Hoffman about it.  She said

13    she wasn't sure she was going to ask him about that question,

14    but she would potentially ask him whether he had knowledge or

15    ever knew Mr. Davis to be carrying a gun; which could contain

16    within that knowledge basically Mr. Frazier's statement, which

17    I would say would be and would move to exclude as hearsay as

18    something that is not a co-conspirator statement because I

19    don't believe it would be in furtherance of the conspiracy.

20          So I raised this issue because I want to make sure I

21    get it before Mr. Greer takes the stand.

22          And, Your Honor, if the Court wants to hear -- again,

23    I think it's the same -- generally speaking, the same argument

24    I'm making in regard to the Lashley Jones call which I did in

25    writing.

1          **THE COURT:**  I remember that one.  I was going to say,

2    I think you wrote something about this --

3          **MR. HAZLEHURST:**  That's correct.

4          **THE COURT:**  -- relating to a wiretap call.

5          **MR. HAZLEHURST:**  And I believe this is actually even a

6    finer point.

7          Mr. Greer was detained from September of 2016 to

8    February of 2017, and the -- basically, the statement is

9    alleged that Mr. Frazier told Mr. Greer during some unspecified

10   time that Mr. Davis was carrying a long gun with him, riding

11   around with it.

12         So we don't know exactly what day it was, but

13   Mr. Davis was the last person, by my -- by looking at the

14   docket, Mr. Davis was the last person who was arrested in this

15   case.

16         By the time this statement may have been made, all --

17   I believe all the other alleged co-conspirators were already

18   arrested.

19         And I don't believe that there's anything that this

20   relates to in regard to the alleged conspiracy that makes it in

21   furtherance of the conspiracy.  Could be that Mr. Davis -- the

22   evidence that Mr. Davis committed another offense, but, again,

23   I don't believe it goes to the conspiracy itself.

24         So I would ask the Court either to ask the Government

25   to tailor its question:  Do you have personal knowledge of

1     that?  Because, otherwise, I think I have to cross-examine

2     Mr. Greer about it, and I potentially plow into the issue that

3     I don't want to plow into.

4              **THE COURT:**  Okay.  Ms. Hoffman.

5              **MS. HOFFMAN:**  Sure.  I think I did intend to ask

6     him -- ask Mr. Greer:  Did you ever know Mr. Davis, who he

7     knows as Creams, to carry guns?  And I wasn't sure whether it

8     might elicit a response that Syd had told him Creams was riding

9     around with the big gun.

10             They were arrested close in time, actually.  Frazier

11    was arrested January 25th of 2017, and then Davis was arrested

12    February 24th of 2017.  And so they were on the street together

13    for a period of time recently before he had this conversation,

14    I think, with Mr. Greer in CDF.

15             And, you know, we do believe that this is a

16    co-conspirator statement in furtherance of the conspiracy that

17    what Frazier told Mr. Greer about another member of the gang

18    and his criminal activities is, you know, one co-conspirator to

19    another bringing him up to date on criminal activities by other

20    members of the gang.

21             **THE COURT:**  All right.  I find myself somewhat

22    confused.

23             If -- I mean, I think this may go to the one that was

24    briefed -- if the conversation occurred during the course of

25    the conspiracy, then I agree with you; it is a co-conspirator

1 statement under what I believe Fourth Circuit law says, which

2 is pretty much anything bringing another member of the

3 conspiracy up-to-date on activities such as possession of guns.

4 I mean, that's what the allegations are.  That would be in

5 furtherance.

6          I understood Mr. Hazlehurst's point to be a bit

7 different, that if this is something --

8          **MS. HOFFMAN:**  So the second superseding indictment

9 was -- we do allege that the conspiracy continued up until the

10 date of the second superseding indictment, which was June 1st

11 of 2017.  And Mr. Greer had actually been released by then, and

12 so we believe this conversation happened before that when he

13 was in jail with Mr. Frazier and that it was during the

14 conspiracy.

15          **THE COURT:**  And exactly what is it?

16          **MS. HOFFMAN:**  So the -- so we've alleged that the

17 racketeering conspiracy continued through the date of the

18 second superseding indictment, which was after the date when we

19 believe this conversation took place.

20          So we believe that the conspiracy was ongoing, even

21 though Mr. Greer and Mr. Frazier had already been arrested at

22 that point.  But the conspiracy was ongoing.  Notwithstanding

23 the fact that they were in jail, they were still bringing each

24 other up to speed about the goings-on of other members of the

25 conspiracy who were still on the street and their criminal

1  activities.

2      **THE COURT:**  So this was a comment about someone who

3  was still on the street with a gun?

4      **MS. HOFFMAN:**  That's right.

5      **THE COURT:**  Oh, okay.  Then, Mr. Hazlehurst, why isn't

6  it still in furtherance of the conspiracy?

7      **MR. HAZLEHURST:**  Your Honor, again -- no.  I think the

8  language is in the second superseding indictment, up to the

9  date of this -- the filing of this indictment, which I agree is

10 June of 2017, at that point essentially if there were a

11 conspiracy -- and, again, for purposes of argument, say there

12 was a conspiracy -- that essentially that conspiracy had been

13 dismantled at that point.

14     Again, if Mr. Davis was the last person on the street,

15 which I believe he was, there was nothing going on in regard to

16 the conspiracy anymore.

17     Again, it relates not to something that was in

18 furtherance of the conspiracy, but it was simply a matter of

19 Mr. Davis doing something that he otherwise would not be

20 allowed to do and, again, would be evidence of another crime,

21 not something in furtherance of the conspiracy.

22     **MS. HOFFMAN:**  And I think I should have clarified.

23 I'm sorry.  And I now understand why Your Honor was confused.

24     At the time when the conversation took place,

25 Mr. Davis was still a fugitive on the indictment, and so that's

1  why he had not yet been arrested.  Mr. Davis was still on the

2  street, a fugitive, when Mr. Frazier told this to Mr. Greer.

3         **THE COURT:**  So Mr. Davis is on the street, a fugitive.

4  Mr. Frazier says to Mr. Greer what exactly?

5         **MS. HOFFMAN:**  While incarcerated, Mr. Frazier said to

6  Mr. Greer that Creams is still out there riding around with a

7  big gun.

8         **THE COURT:**  Still out there?

9         **MS. HOFFMAN:**  (Nods head.)

10        **THE COURT:**  Okay.  Yes, still out there, still able to

11 do something in furtherance of the conspiracy and he's got a

12 gun?

13        **MS. HOFFMAN:**  Yes.

14        **THE COURT:**  Okay.

15        **MR. HAZLEHURST:**  And, Your Honor, just to clarify for

16 the record, the statement, at least in the grand jury

17 transcript, is [reading]:  Did Syd tell you something --

18 anything about Creams when you were locked up in CDF?

19        The answer from Mr. Greer was [reading]:  He said him

20 and Creams was together before he got locked.  He said Creams

21 ride around with a big gun.

22        And the question:  Syd told you that Creams was riding

23 around with a big gun?

24        Answer:  Yes.

25        That's it.  That's what it was.

1          **THE COURT:**  Okay.

2          **MR. HAZLEHURST:**  So, Your Honor, I would submit on

3    that; but, again, I don't believe that that is in furtherance

4    of the conspiracy and, therefore, within the exception to the

5    Hearsay Rule.

6          **THE COURT:**  Okay.  Well, to the best that I understand

7    exactly when the conversation occurred and assuming that

8    Mr. Davis was still on the street during the period of the

9    alleged conspiracy, then I believe it would be admissible as

10   co-conspirator statement.

11          Is there any other issue?

12          **MR. HAZLEHURST:**  Nothing further on that, Your Honor.

13          **MS. HOFFMAN:**  I did have two other issues.

14          One is -- and I notified defense counsel of this --

15   Jay Greer is one of the witnesses who is familiar with

16   Dante Bailey's handwriting.  And so we plan to show -- I plan

17   to show him for identification only the 2006 jail letters from

18   Bailey, as well as some other gang paperwork that hasn't yet

19   come into evidence, simply to ask him if he recognizes the

20   handwriting, but not to publish it to the jury.

21          So I don't think we need a ruling on the 2006 jail

22   letters, but I wanted to flag it.

23          **THE COURT:**  Okay.  They're not being published to the

24   jury at this time?

25          **MS. HOFFMAN:**  No.

 1          **THE COURT:**  Okay.  All right.

 2          **MS. HOFFMAN:**  I did have one additional issue.  I'm

 3    sorry, Your Honor.

 4          The second issue is we have also turned over some

 5    information to defense counsel that we don't believe is

 6    admissible evidence.  And I don't know whether the defense

 7    plans to raise it, but I wanted to -- I wanted to raise it and

 8    move to exclude it in the event that they do.

 9          One of the murders that we asked Jay Greer about was

10    the murder of someone named Donte Dixon, also known as G-Rock.

11    And during a proffer with Mr. Greer, we questioned him about

12    whether he was involved in the murder, and we actually showed

13    him a video of the murder.

14          And there's a person in the video -- it's not the

15    shooter, but it's another person with a gun who's similar in

16    height and build to Mr. Greer.  And we asked him pointedly:  Is

17    this you in the video?

18          And Mr. Greer pointed out that he -- the person in the

19    video does not have tattoos on his arm.  Mr. Greer has tattoos

20    on his arm in a place where the person in the video doesn't.

21    He was completely right about that.  We accepted that and moved

22    on.

23          The G-Rock murder, it's not alleged in the indictment.

24    It's not part of our case.  We don't plan to elicit any

25    testimony about it.

1              Defense counsel requested that we turn over the video

2        of the murder, and we did that.

3              But it's our position that it's not admissible and

4        they shouldn't be permitted to question him about it.

5              We believe he truthfully denied any involvement in the

6        murder, and he hasn't made any inconsistent statements about

7        it.

8              And the prosecutor's investigative tactic of

9        questioning him about it we believe is also not relevant,

10       admissible evidence.

11             In a similar vein, Your Honor may recall that

12       Mr. Greer at one point wrote a letter to Your Honor in which he

13       was seeking new counsel.  I have a copy of it in case you'd

14       like to see it.

15             But he -- in the letter in which he sought new

16       counsel, he complained that his lawyer hadn't defended him

17       adequately when the prosecutors questioned him about the

18       murder.  He actually used the words:  The prosecutors -- or

19       Ms. Hoffman tried to coerce me into confessing to the murder,

20       but then she believed me that I didn't do it, or something

21       along those lines.

22             **THE COURT:**  Is this the same G-Rock that we're talking

23       about?

24             **MS. HOFFMAN:**  Same G-Rock murder.

25             Again, Jay Greer is not testifying about the G-Rock

1   murder.  We believe the letter, too, is inadmissible or that

2   portion of it.  It doesn't go to his credibility, and we think

3   it's more prejudicial than probative.

4          THE COURT:  Okay.  Was anybody planning to try to get

5   into that?

6          MR. ENZINNA:  I do, Your Honor.

7          THE COURT:  On what basis?

8          MR. ENZINNA:  On the basis that this is on the --

9   this -- he writes in --

10         THE COURT:  I can't hear you.

11         MR. ENZINNA:  Mr. Greer writes in the letter that on

12  February 14th --

13         THE COURT:  Maybe I'd better see the letter, I'm

14  sorry, if we're talking about the letter.  You said you had a

15  copy.

16         MS. HOFFMAN:  I do (handing).

17         THE CLERK:  (Handing.)

18         MR. ENZINNA:  And the relevant portion begins on the

19  top of the second page.

20         THE COURT:  Okay.  I see the part about the tattoo and

21  so forth.

22         MR. ENZINNA:  Yes.

23         I plan to use this because, you know, if you look at

24  what Mr. Greer says over the course of time, his statements to

25  the Government improved over time, for the Government.  And

1   they improved markedly on February 14th and February 16th when

2   he appeared in front of the grand jury.

3        And the fact that he says that he was being coerced

4   and scared by the prosecution is certainly relevant to his

5   credibility.  And the fact that he specifies that that coercion

6   involved this particular murder, I don't plan to get into the

7   murder at all.  But I do plan to get into the fact that he felt

8   that he was being coerced by the Government.

9        **THE COURT:**  But how do you get into the coercion

10  without -- I mean, that's what he says he was being coerced

11  about, the murder.

12       It doesn't say about his testimony generally.  It

13  says, Trying to coerce me into admitting guilt to this murder

14  when I showed them it wasn't me.  There's no tattoos.

15       **MR. ENZINNA:**  But the point is, Your Honor, that the

16  relationship between him and the prosecution was one of

17  coercion.

18       **THE COURT:**  Okay.  I disagree.  Unless there's some

19  other part of the letter you want to point me to, I think it

20  relates to this murder, which the Government apparently

21  suspected him of doing.  And apparently he persuaded them that

22  he didn't.  And there's no tattoos on the arm, and there's no

23  conviction of Mr. Greer for this murder.  And it's not

24  otherwise related to the case, so I don't think we should get

25  into that.

```
 1            Can we get the jury.

 2            Oh, actually, do we need to get Mr. Greer down here,

 3   wherever he is, on the stand?

 4            MS. HOFFMAN:  I think the marshals have him.

 5            THE COURT:  He's ready to be brought in?

 6            MS. HOFFMAN:  He should be ready, yeah.

 7            MR. HAZLEHURST:  Your Honor, if I may, in regard to

 8   the issue that I raised previously -- Paul Hazlehurst on behalf

 9   of Mr. Davis -- I would simply ask that I be able to preserve

10   that issue without need to object during the Government's

11   questioning of Mr. Greer.

12            THE COURT:  Sure.  Obviously, let me know if you think

13   it comes out in some different way that is more supportive of

14   your argument or something that I missed.  But, yes, you can

15   preserve that.

16            MR. HAZLEHURST:  Thank you.

17            MR. SARDELLI:  Your Honor, just for the record, I'm

18   not going to bring up the issue again, but I was planning on

19   addressing the same thing they were, Your Honor.  And I'll just

20   note my objection, Your Honor.

21            THE COURT:  Okay.  All right.  We can get the jury and

22   the witness, I guess.

23            MR. ENZINNA:  Your Honor, while we're waiting, there

24   is one issue that I'd like to bring up with regard to

25   Mr. Greer's testimony.
```

 1          **THE COURT:**  Okay.

 2          **MR. ENZINNA:**  There is evidence in the case that the

 3   Government intends to put on --

 4          **THE COURT:**  I need the mic.  I'm sorry.

 5          **MR. ENZINNA:**  I need to speak louder.

 6          The Government has proffered certain evidence that

 7   Mr. Bailey, while in prison, wrote a letter asking that someone

 8   do violence to Mr. Greer.

 9          Mr. Greer -- that letter did not go to Mr. Greer.  He

10   did not see the letter.  I don't think he has any personal

11   knowledge of it.  And I don't know if the Government plans to

12   get into that with him, but I would object if they do.

13          **THE COURT:**  Okay.  Were you planning to get into that

14   directly or just as to his nickname or whatever?

15          **MS. HOFFMAN:**  Yes, certainly as to his nickname and as

16   to his address as well.  And also at a certain point in early

17   2018, he opted to go back to jail voluntarily because he was so

18   fearful for his safety on the streets.  And I did intend to ask

19   him about that.

20          I was going to attempt to do it in a way that doesn't

21   elicit hearsay.  Obviously, he didn't recover the letter.  But

22   he was aware that there was a hit on him, and it had -- it made

23   him extremely fearful for his safety.

24          **THE COURT:**  How were you going to do that without

25   getting into hearsay?

1        **MS. HOFFMAN:**  Well, so he has seen a copy of the

2   hit letter and recognizes the handwriting to be Mr. Bailey's.

3        And so I think that he does, in that sense, have

4   independent knowledge that -- I mean, he's able to

5   authenticate, yes, that's Bailey's handwriting.  That is a

6   hit letter.  That is my address.  That is my name.  And the hit

7   on his life --

8        **THE COURT:**  But did he have the letter back at the

9   time that he asked to come back into custody?

10       **MS. HOFFMAN:**  Yes.  So he was -- he was -- there was

11  an emergency relocation, and then he did not have a third-party

12  custodian to go to and opted to go back to jail because he was

13  afraid of remaining on the streets.

14       And it was also part of why he opted to get sentenced

15  early.  I don't know if Your Honor recalls from the sentencing

16  that he was suffering some depression and anxiety because of

17  the hit on his life and opted to go ahead and get sentenced and

18  then come back for testimony.

19       I do think it's relevant.  It's also relevant to

20  his -- I think it's relevant to his state of mind and while

21  he's here testifying and to his credibility as well.

22       **THE COURT:**  Okay.

23       **MR. SARDELLI:**  Your Honor, just based on the issue

24  that sentencing came up, I did want to note that this morning I

25  noticed we didn't have a copy of the sentencing transcript in

1    this case.  I did request that from the Government.  They said

2    they don't have a copy of it.

3         So I'll order one, Your Honor.  But obviously if --

4    anything <u>Jencks</u>-related or discoverable in sentencing, we

5    should probably have a copy of that.

6         We don't have a copy of the sentencing transcript.  We

7    have a copy of the grand jury transcript, but not the

8    sentencing transcript.

9         **THE COURT:**  Okay.  I probably don't have a copy of the

10   sentencing transcript either, and it's a little -- I mean,

11   here's Mr. Greer to testify.

12        **MS. HOFFMAN:**  Yes.  I don't believe that there's any

13   additional impeachment information in the sentencing transcript

14   that's not already in the discovery.

15        They have the plea agreement, the sealed supplement.

16   There are very good reasons why the sealed portion of the

17   sentencing should remain under seal, because locations were

18   discussed.  And so we would move to keep that under seal.

19        **THE COURT:**  Okay.  That will remain under seal until

20   there's some further order of the Court.

21        Now, can we get the jury and Mr. Greer.

22        **MS. HOFFMAN:**  Yes.  Thank you.

23   (Pause.)

24   (Jury entered the courtroom at 2:32 p.m.)

25        **THE COURT:**  Good afternoon, ladies and gentlemen.

```
 1              Would you like to call a witness.
 2          MS. HOFFMAN:  The Government calls Jay Greer.
 3          THE CLERK:  Please raise your right hand.
 4              JAY GREER, GOVERNMENT'S WITNESS, SWORN.
 5          THE CLERK:  Please be seated.
 6          Please speak directly into the microphone.
 7          State and spell your full name for the record, please.
 8          THE WITNESS:  First name, Jay, J-A-Y; last name,
 9   Greer, G-R-E-E-R.
10          THE CLERK:  Thank you.
11                       DIRECT EXAMINATION
12   BY MS. HOFFMAN:
13   Q.  Good afternoon, Mr. Greer.
14   A.  How you doing?
15   Q.  Do you go by any other names on the street?
16   A.  Yes.
17   Q.  What names do you go by?
18   A.  Champagne, Montana Gold.
19   Q.  Are you currently incarcerated?
20   A.  Yes.
21   Q.  And what offense or offenses were you convicted of?
22   A.  Racketeering conspiracy and drug trafficking conspiracy.
23   Q.  Did you plead guilty to those offenses?
24   A.  Yes.
25   Q.  And have you been sentenced?
```

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1  **A.**   Yes.

2  **Q.**   What sentence did you receive?

3  **A.**   120 months.

4  **Q.**   You say 120 months?

5  **A.**   Yes.

6  **Q.**   So ten years?

7  **A.**   Yes.

8  **Q.**   Did you plead guilty pursuant to a cooperation agreement

9  with the Government?

10  **A.**   Yes.

11  **Q.**   And what is your understanding of your agreement with the

12  Government?

13  **A.**   In exchange for me telling the truth, I get a sentence

14  reduction.

15  **Q.**   And what are you required to do under the plea agreement?

16  **A.**   Be honest about my involvement.

17  **Q.**   And what benefit are you hoping to receive?

18  **A.**   A reduction in my time.

19  **Q.**   What happens if you don't tell the truth?

20  **A.**   Then I don't receive my reduction in my time.

21  **Q.**   Have you been promised any specific sentence?

22  **A.**   No.

23  **Q.**   Who ultimately decides your sentence?

24  **A.**   The judge.

25  **Q.**   And which judge?

*GREER - DIRECT*

1   **A.**   Judge Blake.

2   **Q.**   How old are you, Mr. Greer?

3   **A.**   27.

4   **Q.**   Where did you grow up?

5   **A.**   All over Maryland.  Annapolis specifically.

6   **Q.**   Did you say "Annapolis specifically"?

7   **A.**   Yes.

8   **Q.**   How far did you go in school?

9   **A.**   I graduated high school, attended a little bit of college.

10  **Q.**   Did you get in trouble with the law in your teen years?

11  **A.**   Yes.

12  **Q.**   Were you convicted of a crime or crimes?

13  **A.**   Yes.

14  **Q.**   What crimes were you convicted of?

15  **A.**   Armed robbery.

16  **Q.**   You say "armed robbery"?

17  **A.**   Yes.

18  **Q.**   And were there two armed robberies?

19  **A.**   Yes.

20  **Q.**   Did they happen on the same day?

21  **A.**   Yes.

22  **Q.**   And what sentence did you receive?

23  **A.**   I received a probation before judgment.

24  **Q.**   What's your profession or trade, or what was it back in

25  2014 and 2015?

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

```
 1   A.   Audio engineer.

 2   Q.   And what's an audio engineer do?

 3   A.   They -- they mix and master an artist's recordings.

 4   Q.   Did you formerly work at a particular music studio?

 5   A.   Yes.

 6   Q.   And what was the studio called?

 7   A.   Listen To Me Now Studios.

 8   Q.   Where was it located?

 9   A.   22nd Street.

10   Q.   Now, I'm going to show you Government's Exhibit MAP-27.

11        Do you recognize this image?

12   A.   Yes.

13   Q.   What are we looking at here?

14   A.   That's the studio, the brown building.

15   Q.   The brown building?

16   A.   Yes.

17   Q.   And what time frame did you work there?

18   A.   Summer of 2015 until about February.

19   Q.   Did you say summer of 2015?

20   A.   My fault.  Summer of '14 until about maybe February '15.

21   Q.   Did you develop clients when you worked at the studio?

22   A.   Yes.

23   Q.   I'm showing you Government's Exhibit IND-3.

24        Do you recognize that person?

25   A.   Yes.
```

1   **Q.**   Who is that?

2   **A.**   Gutta.

3   **Q.**   And was he one of your clients at the studio?

4   **A.**   Yes.

5   **Q.**   Do you see him here in the courtroom today?

6   **A.**   Yes.

7   **Q.**   Can you identify him for the record?

8   **A.**   First one at the table (indicating).

9   **Q.**   How did you meet Gutta?

10  **A.**   He came into the studio.

11  **Q.**   And approximately when did you first meet him?

12  **A.**   The summer of '14 when he came to get studio time.

13  **Q.**   Did you come to know him well?

14  **A.**   Yes.

15  **Q.**   What other names do you know him by, if any, other than

16  Gutta?

17  **A.**   Almighty, Gutta Almighty, Wolf, G.

18  **Q.**   Did you come to learn whether Gutta was affiliated with a

19  gang?

20  **A.**   Yes.

21  **Q.**   And what gang was that?

22  **A.**   MMP.

23  **Q.**   What does MMP stand for?

24  **A.**   Murdaland Mafia Piru.

25  **Q.**   Did it go by any other names?

*GREER - DIRECT*

23

```
 1   A.   Mob, mobsters.

 2   Q.   When you first learned about it, were you interested in

 3   joining MMP?

 4   A.   Yes.

 5   Q.   Why?

 6   A.   'Cause they had a bunch of money.

 7   Q.   Did you have any family to speak of?

 8   A.   No.

 9   Q.   Did you grow up in foster care?

10   A.   Yes.

11   Q.   Did Gutta bring people with him to the studio?

12   A.   All the time.

13   Q.   Did he bring other members of MMP?

14   A.   Yes.

15   Q.   Can you tell us who he brought to the studio.

16   A.   All types of people.  He brought Bo to the studio, Dirt,

17   T-Roy, Creams, numerous people.  Pretty much everybody on the

18   case.

19   Q.   I'm going to show you Government's Exhibit IC-28.

20        What are we looking at here?

21   A.   Me in the studio and Trouble.

22   Q.   Is that the Listen To Me Now Studio?

23   A.   Yes.

24   Q.   I want to ask you about February of 2015.  Did something

25   happen to the studio that month?
```

1   **A.**   Yes.

2   **Q.**   What happened?

3   **A.**   The studio closed down.

4   **Q.**   And where had you been living up until that time?

5   **A.**   In the studio.

6   **Q.**   So what happened to your living situation as a result?

7   **A.**   I became homeless.

8   **Q.**   What did you do?

9   **A.**   I just -- that's when I started going from house to house,

10  different females I was dealing with.

11  **Q.**   And at a certain point, did you go to live with Gutta?

12  **A.**   Yes.

13  **Q.**   Where was Gutta living at the time?

14  **A.**   He was living in -- out Towson, out in Baltimore County.

15  **Q.**   Did you say out in Baltimore County?

16  **A.**   Yeah.

17  **Q.**   And what was your understanding of what the arrangement

18  would be when you went to live with Gutta out in

19  Baltimore County?

20  **A.**   In exchange for me mixing and mastering stuff and

21  recording him at the studio, because he built a studio at his

22  house, that I could live there.

23  **Q.**   So did he expect you to help him with his music while you

24  lived there?

25  **A.**   Yes.

---

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

```
 1   Q.   Who else was living there at the time in February when you

 2   moved in with Gutta?

 3   A.   Nick was living there, his girl, Nick' mother, Tiffany,

 4   her son.

 5   Q.   I'm going to show you Government's Exhibit IND-5.

 6        Who's that?

 7   A.   Tiffany.

 8   Q.   And who is Tiffany?

 9   A.   Gutta' wife.

10   Q.   Was Tiffany a member of MMP?

11   A.   Yes.

12   Q.   You mentioned a "Nick."  I'm going to show you

13   Government's Exhibit IND-94.

14        Who's that?

15   A.   Nick.

16   Q.   Was Nick a member of MMP?

17   A.   Yes.

18   Q.   Did he go by any other names?

19   A.   Rage Wolf.

20   Q.   You say Rage?

21   A.   Yeah.

22   Q.   And how did you know Nick was a member of MMP?

23   A.   He did the handshakes.

24   Q.   Was there an MMP handshake?

25   A.   Yes.
```

1   Q.   About how long did you stay at Gutta's house in

2   Baltimore County in February?

3   A.   Like maybe a week or two.

4   Q.   And was there an incident that caused you to leave?

5   A.   Yes.

6   Q.   What happened?

7   A.   We -- we had went out one night and stopped at a 7-Eleven;

8   and Tiffany' brother, he was staying at the house, too.  And we

9   had stopped at 7-Eleven to get some food.  They bought some

10  food and stuff.  Tiffany' brother gave me something.

11       While I was eatin' it, Gutta asked me why I was eatin' it;

12  you know what I'm saying?  So I figured it was for me, and so I

13  said, "I'm eatin' it.  It was for me."  You know what I'm

14  saying?

15       So, first, he stopped the car, told me to get out the car

16  and made me jog behind the car.  Then he pulled off, and then

17  he pulled back up.  And when we got in the car, we went to the

18  house.  And then when I walked in the house, Trouble just

19  started beatin' me up.

20  Q.   So you ate some food that wasn't meant for you?

21  A.   Yes.

22  Q.   And what happened as a result of that?

23  A.   When we got back to the house, he -- he directed Trouble

24  to beat me up.

25  Q.   And who's the "he"?  Is it Gutta?

```
 1    A.    Yes.
 2    Q.    I'm going to show you Government's Exhibit IND-8.
 3          Who's that?
 4    A.    Trouble.
 5    Q.    And is that the person who beat you up at Gutta's
 6    direction?
 7                MR. ENZINNA:  Objection; leading.
 8                THE WITNESS:  Yes.
 9                MR. ENZINNA:  Objection to the leading.
10                THE COURT:  Something that was already testified to.
11    Overruled.
12    BY MS. HOFFMAN:
13    Q.    Did Gutta say anything about why he had Trouble beat you
14    up?
15    A.    He said I disrespected him, and that that was a DP.
16    Q.    What's a DP?
17    A.    It's like when you do something, when you break a rule or
18    something and you got to get beat up by one of the members.
19    Q.    Did you stick around at Gutta's house after that incident?
20    A.    I left the next day.
21    Q.    Did there come a time when you went back to live with
22    Gutta again?
23    A.    Yes.
24    Q.    And how did that come about?
25    A.    I don't know.  Probably like a month, month and a half
```

1  later, he called me.  He apologized, talkin' about -- and he

2  still needed me to help him with his -- help him with his music

3  and stuff.  And he liked the way I recorded and mixed and

4  mastered his songs, so --

5          **THE COURT:**  Could I hear that again slowly.

6  **BY MS. HOFFMAN:**

7  **Q.**  If you could say the last part again slowly into the mic.

8  **A.**  He called me.  He said -- he apologized.  And he, um -- he

9  wanted me to come back to his house 'cause he liked the way

10 that I mixed and master his songs, helped him with his music

11 and stuff.

12         So I said, "Okay."

13         And I went back.

14 **Q.**  And was Gutta still living out in Baltimore County at that

15 time?

16 **A.**  Yes.

17 **Q.**  Do you remember where in Baltimore County?

18 **A.**  Princely Way.

19 **Q.**  Was there a studio in Gutta's house?

20 **A.**  Yes.

21 **Q.**  And where was the studio?

22 **A.**  In the basement.

23 **Q.**  When you went back to live with Gutta, who was living

24 there then?

25 **A.**  It was Gutta, Tiffany, and their son.

```
1   Q.   I'm showing you Government's Exhibit IND-47.
2        Who's that?
3   A.   Julio.
4   Q.   Was Julio a member of MMP?
5   A.   Yes.
6   Q.   And how did you know he was a member of MMP?
7   A.   He told me he joined.
8   Q.   And did he live with Gutta for a period of time?
9   A.   Yes.  When I got back, he moved in right after I came
10  back.
11  Q.   When you were living with Gutta in this time frame, did he
12  recruit you to join MMP?
13  A.   He tried.
14  Q.   Were there others in the gang who recruited you to join
15  MMP?
16  A.   Yes.
17  Q.   Who else recruited you?
18  A.   Julio asked.  Julio tried.  Nutty B tried.  Bino tried.
19  Q.   I'm going to show you Government's Exhibit IND-53.
20       Who's that?
21  A.   Bino.
22  Q.   Was Bino a member of MMP?
23  A.   Yes.
24  Q.   How did you know?
25  A.   He got the tattoos, do the handshakes.
```

30

1    **Q.**   What was his role in the gang?

2    **A.**   Shooter.

3    **Q.**   Did he have a rank in the gang?

4    **A.**   Yes.

5    **Q.**   What was your understanding of his rank?

6    **A.**   That he was close to Gutta.

7    **Q.**   That he was close to Gutta?

8    **A.**   Yeah.

9    **Q.**   I'm going to show you Government's Exhibit IND-51.

10       Who's that?

11   **A.**   Nutty B.

12   **Q.**   And was he a member of MMP?

13   **A.**   Yes.

14   **Q.**   Was he also one of the people who recruited you?

15   **A.**   Yes.

16   **Q.**   How could you tell, generally speaking, whether someone

17   was a member of MMP?

18   **A.**   They have a -- they got the letter M on them.  They get

19   the letter M tattooed on 'em.  They'll do handshakes, the

20   little handshake they do.  Throw up M.  They'll throw up --

21   make M's with their hands, wear burgundy, stuff like that.

22   **Q.**   Did you learn more about MMP over the course of living

23   with Gutta?

24   **A.**   Yes.

25   **Q.**   Did you ever read or see any gang paperwork in Gutta's

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

 1 | house?

 2 | **A.**   Yes.

 3 |         **MR. ENZINNA:**  Objection, Your Honor; leading.

 4 |         May we approach?

 5 |         **THE COURT:**  Okay.

 6 |     (Bench conference on the record:

 7 |         **THE COURT:**  Use of the word "gang"?

 8 |         **MR. ENZINNA:**  Exactly.  The gang paperwork

 9 | characterization.

10 |         **THE COURT:**  Why don't we just call it paperwork.  This

11 | is just what you're going to show him for identification.

12 |         **MS. HOFFMAN:**  This one actually he did.  This has

13 | already came into evidence.  This came in yesterday, and he did

14 | see this laying around the house.

15 |         **MR. ENZINNA:**  But he hasn't identified it as gang

16 | paperwork.

17 |         **MS. HOFFMAN:**  That's fine.  I can say, Did you see

18 | paperwork lying in the house?

19 |         **THE COURT:**  Okay.)

20 |     (Bench conference concluded.)

21 |         **THE COURT:**  If you would just rephrase that.

22 |         **MS. HOFFMAN:**  Sure.

23 | **BY MS. HOFFMAN:**

24 | **Q.**   Mr. Greer, did you ever see paperwork lying around the

25 | house at Princely Way?

1  A.    Yes.

2  Q.    I'm going to show you what's already come into evidence as

3  Government's Exhibit GP-4-A.

4       Do you recognize this document?

5  A.    Yes.

6  Q.    And what is it?

7  A.    It's some paperwork that was downstairs in the basement on

8  the table.

9  Q.    Actually, I'm going to pull that back up.

10      Do you recognize the handwriting in this paperwork?

11  A.    Yes.

12  Q.    Whose handwriting is it?

13  A.    Gutta' handwriting.

14  Q.    Did you become familiar with Gutta's handwriting while

15  living with him?

16  A.    No.  I -- I was familiar with it back when we was in the

17  studio, used to see him always -- 'cause he wrote his lyrics

18  down.

19  Q.    Did you ever see any other paperwork around the house at

20  Princely Way?

21  A.    Yes.  He -- I seen -- he had like a little -- like a

22  little book, like a web series book, something like that.

23  Q.    And I think you said he had a book or something like that.

24  Did he show it to you?

25  A.    Yes.

1  **Q.**   Was it handwritten or typed?

2  **A.**   It was handwritten.

3  **Q.**   And what kind of book was it?

4  **A.**   It was like -- it was like a script; you know what I'm

5  saying?  Like if somebody was like to shoot the movie, you can

6  hand it out to people; they have the scripts to read the

7  different characters and stuff like that.

8  **Q.**   Did you recognize any of the names in the script?

9  **A.**   Yeah.  The names was the same people that hung around as

10 part of the -- that was mobsters, like SP, Dirt, Bangout, stuff

11 like that.

12 **Q.**   Did you read any of it?

13 **A.**   Yes.

14 **Q.**   And what did it say?

15 **A.**   The book talked about how to -- the distribution setup for

16 the gas station, how to play sales and stuff come down off the

17 highway.

18     Talked about different murders.  Hurtin' people, dying --

19 that was actually dead.  They died actually in the book too,

20 so . . .

21 **Q.**   You mentioned that you became familiar with Gutta's

22 handwriting.

23     I'm going to approach and show you for identification only

24 a few exhibits.  These will be GP-1-A, GP-11-A, GP-12-B,

25 GP-13-A, GP-16-A, and GP-18.  (Handing).

1          Can you take a look at the first document, GP-1-A.

2          Do you recognize the handwriting on that document?

3    **A.**   Yes.

4    **Q.**   Whose handwriting is it?

5    **A.**   It's in Gutta' handwriting.

6    **Q.**   And can you take a look at the -- whenever you're ready,

7    take a look at the second document, GP-12-B.

8    **A.**   Yes.  It's Gutta' handwriting.

9    **Q.**   I'm sorry.  I think the second one is GP-11-A, and the

10   third one is GP-12-B.

11         Do you recognize the handwriting in the 12-B?

12   **A.**   This one, yes.

13   **Q.**   And can you take a look at 13-A.  Do you recognize that

14   handwriting?

15   **A.**   I'm sorry.  I'm having trouble with the labels.  12 --

16   **Q.**   Sure.  I'm sorry.

17   **A.**   That's 12.  I did that one.

18              **THE COURT:**  I think the only one we got clear so far

19   really is 1-A.

20   **BY MS. HOFFMAN:**

21   **Q.**   All right.  12-B, do you recognize the handwriting in

22   12-B?

23   **A.**   Yes.

24   **Q.**   Do you recognize the handwriting in 13-A?

25   **A.**   Yes.

*GREER - DIRECT*

```
 1   Q.   Whose handwriting is that?

 2   A.   Gutta's.

 3   Q.   Do you recognize the handwriting in 16A?

 4   A.   Yes.

 5   Q.   Whose handwriting is that?

 6   A.   Gutta's.

 7   Q.   Do you recognize the handwriting in GP-18?

 8   A.   Yes.  Gutta' handwriting.

 9   Q.   And, finally, Government's Exhibit 11-A -- this is the

10   third page of 11-A.  Do you recognize the handwriting there?

11   A.   Yes.  That's Gutta' handwriting.  This the one from the

12   house.

13   Q.   Did you learn what Gutta's role in Murdaland Mafia Piru

14   was?

15   A.   Yes.

16   Q.   What was his role?

17   A.   He's -- he's the leader.

18   Q.   Did you learn about how MMP was formed?

19   A.   I don't know how it was formed.

20   Q.   Did you learn about how it got started?

21   A.   No, I didn't learn how it got started.

22   Q.   Did you learn about a trip to California?

23           MR. ENZINNA:  Objection to the leading.

24           THE COURT:  Overruled.

25           THE WITNESS:  All I heard, stories about taking a trip
```

1   to Cali and things like that.

2   **BY MS. HOFFMAN:**

3   **Q.**   I'm going to show you Government's Exhibit IND-81.

4        Who is that?

5   **A.**   Spittle.

6   **Q.**   And was Spittle a member of MMP?

7   **A.**   Yes.

8   **Q.**   How did you know?

9   **A.**   He had M's on him, did the handshake.

10  **Q.**   What was his role in the gang?

11  **A.**   He the money man.

12  **Q.**   Did you say he was the money man?

13  **A.**   Yes.

14  **Q.**   How did he make his money?

15  **A.**   Selling drugs.

16  **Q.**   What kind of drugs did he sell?

17  **A.**   Heroin.

18  **Q.**   Did he make a lot of money?

19  **A.**   Yes.

20  **Q.**   And how did you know that?

21  **A.**   Gutta always asked him for money.  Everybody already

22  talked about he had big money.  They seen he had cars and

23  clothes.

24  **Q.**   What area did he sell drugs in?

25  **A.**   Forest Park at the gas station.

1    **Q.**   Did Spittle ever supply heroin to other members of MMP?

2    **A.**   Yes.

3    **Q.**   Who did he supply?

4    **A.**   Whoever needed it.

5    **Q.**   Did Spittle have others working for him to sell heroin?

6    **A.**   Yes.

7    **Q.**   I'm going to show you Government's Exhibit IND-96.

8         Who's that?

9    **A.**   Potter.

10   **Q.**   Who is Potter?

11   **A.**   Potter, dude that worked -- worked for Spittle.

12   **Q.**   And what work did he do for Spittle?

13   **A.**   Used to bag up the heroin at his house.

14   **Q.**   At Potter's house?

15   **A.**   Yes.  Stash it.

16   **Q.**   How did you learn about that?

17   **A.**   Probably like the same day we got locked up, Potter got

18   locked up, too.  Potter told me and Gutta talked about it.

19   **Q.**   Potter told you that he had bagged up heroin for Spittle?

20   **A.**   Yeah.  He told me that he used to bag it up.  And that's

21   how he caught his habit, from bagging up a lot of -- a lot of

22   heroin.  That's what led to him having a heroin addiction.

23   **Q.**   I believe you mentioned earlier some gang signs and

24   tattoos associated with MMP.

25        You mentioned the M.  Were there any other gang signs or

1  symbols?

2  **A.**   You got the lightning bolts.  You got Maybach sign.  Get

3  words that start with M and words that start with P tatted on

4  you.

5  **Q.**   And I believe you mentioned that there was an MMP

6  handshake.  Did you come to recognize the handshake?

7  **A.**   Yes.

8  **Q.**   Did you learn the handshake?

9  **A.**   No.

10  **Q.**   Did you get to know a lot of MMP members personally?

11  **A.**   I got to -- I mean, I got to know about 'em and stuff like

12  that, and I know who they was.

13  **Q.**   I'm going to show you Government's Exhibit SM-34.

14       Can you tell us what we're looking at here.

15  **A.**   Pictures after a show.

16  **Q.**   And who is in the photo?

17  **A.**   Julio on the left, far left.  Crazy behind him.  Trouble

18  behind Gutta.  Gutta in the front in the middle.  SP next to

19  Gutta.  And I'm behind SP.

20  **Q.**   I'm going to show you Government's Exhibit GP-5-A.

21       I'll zoom in here.

22       Do you recognize this photo?

23  **A.**   Yes.

24  **Q.**   Can you tell us who's in this photo.

25  **A.**   Hollywood.  Got the COOGI outfit, sweatsuit on with the

1   white hat.

2   **Q.**   And actually, on the screen in front of you, you can point

3   with your finger to who you're talking about.

4   **A.**   That's Hollywood (indicating).

5       That's Bino (indicating).

6       Tech right there (indicating).

7       Gutta (indicating).

8       Dirt (indicating).

9       Moogie (indicating).

10       Oop (indicating).

11       **THE COURT:**  Kind of hard to hear.

12       **THE WITNESS:**  Oop right there (indicating).

13  **BY MS. HOFFMAN:**

14  **Q.**   Did you say Oop?

15  **A.**   Yeah.  Oop right here (indicating).

16       Me (indicating).

17  **Q.**   And you mentioned Hollywood.  Who's Hollywood?

18  **A.**   Hollywood is a close friend of Gutta's.

19  **Q.**   Did you learn who other high-ranking members of MMP were?

20  **A.**   Yes.

21  **Q.**   I'm going to show you Government's Exhibit IND-7.

22       Who's that?

23  **A.**   Dirt.

24  **Q.**   Do you see him here in the courtroom today?

25  **A.**   Yes.

1  Q.   Where is he?

2  A.   Right there next to Gutta (indicating).

3  Q.   Was he in MMP?

4  A.   Yes.

5  Q.   And what was his role?

6  A.   He -- he's like -- he -- he -- he a big boss, too.  Got

7  his own block and stuff like that.

8  Q.   And where did he operate?

9  A.   Liberty Heights and Gwynn Oak.

10  Q.   And what was his role in that area of Liberty Heights and

11  Gwynn Oak?

12  A.   He was -- he was in charge of it, and everybody sold drugs

13  for him.

14  Q.   Did you say everyone sold drugs for him?

15  A.   Yes.

16  Q.   I'm going to show you Government's Exhibit IND-2.

17       Who is that?

18  A.   Bo.

19  Q.   Was Bo in MMP?

20  A.   Yes.

21  Q.   And how do you know?

22  A.   He got the golds, like some -- only certain people in

23  the -- only people in the gang got the golds in they mouth.

24  Q.   And what do the golds -- what do the golds signify?

25  A.   That they somebody at the top.

1    **Q.**    What was Bo's role in the gang?

2    **A.**    He sold drugs.

3    **Q.**    What drugs did he sell?

4    **A.**    Heroin.

5    **Q.**    Did Gutta have any other names for Bo?

6    **A.**    Fat Tony.

7    **Q.**    What area did Bo operate in?  What area did he sell heroin

8    in?

9    **A.**    When Gutta was gone, he had the gas station.  He could be

10   up Edmondson Avenue, up the Village.

11   **Q.**    Did you say Edmondson Avenue and up the Village?

12   **A.**    Edmondson Village, Edmondson Avenue.  Sometimes before

13   Gutta -- I mean before Gutta came home, he had the gas station.

14   **Q.**    And which gas station is that?

15   **A.**    Forest Park and Windsor Mill.

16   **Q.**    Did Bo supply heroin to other members of MMP?

17   **A.**    Yes.

18   **Q.**    What are some of MMP's main territories?

19   **A.**    Forest Park and Windsor Mill.  Liberty Heights and

20   Gwynn Oak.  Chelsea and Norfolk.

21   **Q.**    And what's the main way that members of MMP made money in

22   those territories?

23   **A.**    Selling drugs.

24   **Q.**    What drugs do members of MMP sell?

25   **A.**    They sell heroin, crack cocaine, raw cocaine, marijuana,

```
 1   pills, prescription pills.
 2   Q.   If you weren't a member of MMP, could you sell drugs in
 3   MMP's territories?
 4   A.   Not unless you -- unless you, like -- unless they was
 5   collecting off you.  Like, you had to pay them a certain
 6   percentage.
 7   Q.   Were there some people who weren't members of MMP who were
 8   allowed to sell there?
 9   A.   Yes.
10   Q.   And can you give any examples of people who were allowed
11   to sell there who weren't members.
12   A.   T-Roy.
13   Q.   I'm going to show you Government's Exhibit IND-60.
14        Who is that?
15   A.   T-Roy.
16   Q.   Do you see him here in the courtroom today?
17   A.   Yes.
18   Q.   Which one is he?
19   A.   Next to Dirt (indicating).
20   Q.   Did T-Roy -- where did T-Roy -- where did T-Roy operate?
21   A.   Forest Park and Windsor Mill.
22   Q.   And did he sell drugs there?
23   A.   Yes.
24   Q.   Did he work with members of MMP to sell drugs?
25   A.   Yes.
```

1   Q.   Who did he work with?

2   A.   Alongside Gutta, alongside Dirt.  He have Lil Charlie

3   workin' for him.

4   Q.   I'm going to show you Government's Exhibit IND-10.

5        Who is that?

6   A.   Lil Charlie.

7   Q.   Was he one of the people who worked under T-Roy?

8   A.   Yes.

9   Q.   Have you heard the term "5200 boy"?

10  A.   Yes.

11  Q.   What's a 5200 boy?

12  A.   A person born in the 5200 block of Forest Park, in the

13  project.

14  Q.   And were 5200 boys all members of MMP?

15  A.   Majority.

16  Q.   The majority?

17  A.   Yes.

18  Q.   I'm going to show you Government's Exhibit IND-21.

19       Do you recognize that person?

20  A.   Yes.

21  Q.   Who is that?

22  A.   Tech.

23  Q.   And did he sell drugs in MMP's territories?

24  A.   Yes.

25  Q.   Where did he sell drugs?

*GREER - DIRECT*

```
 1   A.   Liberty Heights and Gwynn Oak.

 2   Q.   And what drugs did he sell?

 3   A.   Heroin, cocaine, crack.

 4   Q.   Did he work under anyone?

 5   A.   He worked for Dirt.

 6   Q.   I'm going to show you Government's Exhibit IND-32.

 7        Who's that?

 8   A.   Syd.

 9   Q.   Do you see Syd sitting in the courtroom today?

10   A.   He's -- yeah.  He's in the back (indicating).

11   Q.   Did Syd sell drugs in MMP's territories?

12   A.   Yes.

13   Q.   Where did Syd sell drugs?

14   A.   Forest Park and Windsor Mill.

15   Q.   Was Syd a 5200 boy?

16   A.   Yes.

17   Q.   Was he a member of MMP?

18   A.   No.

19   Q.   Was he close with other members of MMP?

20   A.   Yes.

21   Q.   Who was he close with?

22   A.   He was close with Gutta.  He was close to SP, T-Roy.

23   Q.   I'm going to show you Government's Exhibit IND-35.

24        Do you recognize that person?

25   A.   Yes.
```

1   **Q.**   Who's that?

2   **A.**   Hop.

3   **Q.**   And was Hop a member of MMP?

4   **A.**   I don't know if he was an MMP member.

5   **Q.**   Did he sell drugs in MMP's territories?

6   **A.**   I never seen him out there selling drugs.  I've only seen

7   him pull up and pull off.

8   **Q.**   Was he close with anyone in MMP?

9   **A.**   Yes.

10  **Q.**   Who was he close with?

11  **A.**   Gutta.

12  **Q.**   I asked you earlier about Bo.  Do you see Bo sitting here

13  in the courtroom today?

14  **A.**   Yes.

15  **Q.**   And where is he sitting?

16  **A.**   Far end table.

17  **Q.**   What would happen to someone who tried to sell drugs in

18  MMP's territory without permission or without paying money?

19  **A.**   Most likely, they'd get killed.

20  **Q.**   Was there one particular territory that was considered to

21  be more -- most important to MMP?

22  **A.**   Yes.

23  **Q.**   And which territory was that?

24  **A.**   The gas station at Forest Park and Windsor Mill.

25  **Q.**   Is that in the 5200 block of Windsor Mill?

```
 1   A.   Yes.

 2   Q.   Is that where the term "5200 boys" comes from?

 3   A.   Yes.

 4   Q.   Can you describe that area in terms of landmarks and

 5   buildings.

 6   A.   There's a baseball field across the street.  There's a --

 7   like a -- like a little mini-mart on the other side of the gas

 8   station.  There's a barbershop, like, right next to the gas

 9   station on the side.

10   Q.   I'm going to show you Government's Exhibit MAP-23.

11        What are we looking at here?

12   A.   Looking at the gas station.

13   Q.   And can you point to where the mini-mart is that you just

14   mentioned.

15   A.   (Witness complies.)

16   Q.   And what about the barbershop?

17   A.   That's like -- it's coming off the alley.

18        THE CLERK:  You have to speak into the microphone.

19        THE WITNESS:  The alley right here that leads up to it

20   is like right here (indicating).  Oops.

21        It's like right there (indicating).

22   BY MS. HOFFMAN:

23   Q.   Thank you.

24        What role did the BP gas station play for MMP?

25   A.   It made 'em money.
```

1  Q.   Did MMP members conduct drug transactions there?

2  A.   Yes.

3  Q.   Did they sell drugs at other locations in that area?

4  A.   Yes.  It's -- like further down the street, it's a -- it's

5  a -- it's a housing community.  There's an apartment complex

6  where they would -- sometimes they would be in the parking lot

7  of the apartment complex, and they would be in the housing

8  community.  There's a playground.  They'd be on the playground.

9  Q.   I'm going to show you Government's Exhibit MAP-34.

10      Now, you mentioned a housing complex.

11      Can you point on this map to where the housing complex was

12  that you're referring to.

13      Is it working for you?

14  A.   It's hard to tell from this angle.

15  Q.   Did you say it was down the street from the BP?

16  A.   Yes.  There's -- I would need a better angle 'cause I

17  can't really tell from the top view.

18  Q.   Can you describe the volume of drug sales in that area.

19  A.   The volume?  It was busy.  Like, there was a lot of people

20  all the time, people coming, people going all day, all night.

21  Q.   Was it mostly people on foot or people by car?

22  A.   Car, a lot of cars.  Some people on foot.  Some people on

23  scooters.

24  Q.   Are there locations in the area where MMP members stashed

25  guns?

1   **A.**   Yes.

2   **Q.**   Where did they stash guns?

3   **A.**   The barbershop.  They'd stash guns across the street in

4   the baseball field at the tree.

5   **Q.**   And how did you know that?

6   **A.**   They used to make me sit across the street on a crate, on

7   top of the guns while they --

8   **Q.**   Did you say they used to make you sit on top of the guns?

9   **A.**   Yeah.  Gutta used to tell me to hold the guns and sit

10   across the street.

11   **Q.**   Were there MMP gang meetings?

12   **A.**   Yes.

13   **Q.**   And how do you know that?

14   **A.**   One night I was in the studio, I got this text message to

15   my phone Gutta was locked up, and it said:  Ms on deck down the

16   bowl.

17   **Q.**   M's on deck down the bowl?

18   **A.**   Yes.

19   **Q.**   And what did that mean to you?

20   **A.**   It means members of MMP supposed to meet at a particular

21   location called the bowl.

22   **Q.**   Who did the text come from?

23   **A.**   It came from Tiffany.

24   **Q.**   Was it common or uncommon for Tiffany to relay messages

25   for Gutta when he was locked up?

1          **MR. ENZINNA:**  Objection, Your Honor.

2          **THE COURT:**  Limited to this witness?

3          **MR. ENZINNA:**  Pardon me?  No.  There's been no

4  testimony that this was a message relayed from Mr. Bailey

5  through Mrs. Bailey.

6          **THE COURT:**  All right.

7          **MR. ENZINNA:**  It assumes a fact not in evidence.

8          **THE COURT:**  Would you like to rephrase, Ms. Hoffman.

9          **MS. HOFFMAN:**  Sure.

10  **BY MS. HOFFMAN:**

11  **Q.**   What was your understanding of who was relaying that

12  message?

13          **MR. ENZINNA:**  Objection, Your Honor.

14          **THE COURT:**  Well, why don't we start -- what was the

15  particular message?  Take the messages one at a time, and then

16  we can move on to other messages.

17          **MS. HOFFMAN:**  Sure.

18  **BY MS. HOFFMAN:**

19  **Q.**   The message "Ms on deck down by the bowl," what was your

20  understanding of who was relaying that message or who the

21  message was relayed from?

22          **THE COURT:**  Who sent that message?

23          **MS. HOFFMAN:**  I believe he testified that Tiffany sent

24  the message.

25          **THE COURT:**  Yes.  We're just going to start again from

1      that.

2              MS. HOFFMAN:  Oh.

3      BY MS. HOFFMAN:

4      Q.   Who sent the message?

5      A.   It came from Tiffany, Gutta's wife.

6              THE COURT:  Thank you.  And you just want to ask about

7      other messages from Tiffany?

8              MS. HOFFMAN:  I can move on.

9              THE COURT:  Okay.

10     BY MS. HOFFMAN:

11     Q.   When you moved back in with Gutta, did you start selling

12     drugs for him?

13     A.   Not immediately.

14     Q.   Did you eventually start selling drugs for him?

15     A.   Yes.

16     Q.   And what drugs did you sell?

17     A.   Heroin, crack, whatever he told me to.

18     Q.   What territories did you sell drugs in?

19     A.   Forest Park, Windsor Mill, Liberty Heights, Gwynn Oak,

20     Norfolk, and Chelsea.

21     Q.   Who did you get the drugs from?

22     A.   I'd get 'em from Gutta.

23     Q.   And do you know where Gutta got his drugs from?

24     A.   I've seen him get 'em from SP.  I've seen him get 'em from

25     Kenny.

1  **Q.**   Did you ever see Gutta with large packages of drugs?

2  **A.**   Yes.

3  **Q.**   Can you explain.

4  **A.**   One night he came; he got me.  We drove somewhere near

5  Liberty Heights and Gwynn Oak.  We went to this house.  Dirt

6  was driving Dirt -- I mean Dirt was driving Gutta in his car,

7  and I was driving a rental.  And I was following them, and we

8  pulled up to his house near the Liberty Heights and Gwynn Oak

9  area.

10      We in the house and he pulled out this bag, this big white

11  block that had crystals in it.  It was like putty.  And he

12  said, "It's a half a brick of coke."

13  **Q.**   Who said that?

14  **A.**   Gutta said it.

15      And then we was at the table, like kitchen table, living

16  room table.  And then we went and Dirt told -- I mean Gutta

17  told me to go in the kitchen and watch Dirt cook.

18  **Q.**   What does it mean to cook?

19  **A.**   To transform the soft coke into crack cocaine.

20  **Q.**   Did you watch Dirt cook it?

21  **A.**   Yes.

22  **Q.**   What was that process like?

23  **A.**   It was baking soda.  You stood on the stove.  He was

24  sweatin' a lot.  It's just -- it was like -- it was like a

25  process -- it was like a weird process.

1  Q.   What happened to the -- well, was the cocaine cooked into

2  crack?

3  A.   Yes.

4  Q.   And what happened to the crack after it was cooked?

5  A.   We broke it down and we bagged some up in hundred-dollar

6  pieces.  Gutta told me to bag it up in hundred-dollar pieces.

7  Some got bagged up into ounces.  You know, some got bagged up

8  into eight balls, you know.

9  Q.   And the house that you went to, was there anyone in

10  particular associated with that house?

11  A.   I mean, that was my first time going there.

12  Q.   Did you go back to that house on any other occasions?

13  A.   No.  That was -- that was the first and last time we went

14  to that house.

15  Q.   I'm going to show you Government's Exhibit CELL-15A,

16  Page 9.

17       First of all, do you know -- do you recognize the people

18  in that photo?

19  A.   Yes.

20  Q.   Who is it?

21  A.   That's Dirt (indicating), and that's Nick (indicating).

22  Q.   And do you recognize the location?

23  A.   That's the house we was in when they cooked the -- the

24  crack.  That's the baking soda right there on the table

25  (indicating).  And that's the little sifter thing (indicating).

1    Q.   Does the sifter have a role in the cooking process?

2    A.   Yes.  Yes, it does.

3    Q.   Was there a location that was referred to as the hole?

4    Have you heard of the hole?

5    A.   Yes.

6    Q.   What was the hole?

7    A.   It was a -- it was a house not too far from

8    Liberty Heights and Gwynn Oak where -- that's where Dirt'

9    headquarters was and he was operating and all the drugs was

10   gettin' sold.

11   Q.   So all the drugs were getting sold?

12   A.   Like, after, like, a certain time, they would leave

13   Liberty Heights and Gwynn Oak and go to the hole for the night,

14   on the nighttime.

15   Q.   And what did it look like?

16   A.   It's -- it's a -- it's a -- it's a big house.  You know,

17   it's like a path that leads down it.  It's like on the side of

18   the house, like, and there's bushes out front.  Like, you

19   can't -- from the street, you wouldn't see anybody until they

20   came out of the hole, out from back behind the house.

21   Q.   Have you heard the term "trap house"?

22   A.   Yes.

23   Q.   What's a trap house?

24   A.   It's a -- it's a house where or a particular place where a

25   person might stash drugs or sell drugs out of.

1  **Q.**   Was the hole a trap house?

2  **A.**   Yes.

3  **Q.**   Were there other MMP trap houses?

4  **A.**   Yes.

5  **Q.**   Did Gutta have a location that he used as a trap house?

6  **A.**   Yes.

7  **Q.**   Where did he stash drugs?

8  **A.**   Sometimes we would -- we could bag up at his house on

9  Princely Way.  Norfolk and Chelsea was the main place.  Also,

10 the barbershop next to the gas station.

11 **Q.**   And is that the barbershop you referred to on the MAP-22

12 that we looked at earlier?

13 **A.**   I don't remember the number, but it was the one with the

14 gas station, yeah.

15 **Q.**   And what went on at the barbershop?

16 **A.**   Everything but a barbershop.

17 **Q.**   I'm going to play you a call from Government's Exhibit

18 Wire B, which has come into as evidence as a disc of wire calls

19 intercepted over a cell phone belonging to Adrian Spence in

20 2015.  I'm going to play you Call B-641, which the transcript

21 is on Page 273 of the wire call tab section.

22       (Audio was played but not reported.)

23 **BY MS. HOFFMAN:**

24 **Q.**   Mr. Greer, who was speaking in that call?

25 **A.**   Me, Gutta, and SP.

1 **Q.** Did Tiffany ever help Gutta with the drug operation?

2 **A.** Yes.

3 **Q.** Can you explain.

4 **A.** When we wake up in the morning, Gutta will send her out.

5 Before we could -- before he could leave out, he will send her

6 out to go make runs, to go collect money, drop off whatever we

7 bagged up, and go pick up.

8 **Q.** Did you ever go with her on one of those runs to collect

9 money?

10 **A.** I've been once.

11 **Q.** Can you tell us about that.

12 **A.** This was when Gutta had just got locked up.  We went to a

13 house on Edmondson Avenue.  I remember it was a little street.

14 It was a dead-end street off the -- Edmondson Avenue, she came

15 back, big, black bag, shoeboxes, put it in the trunk.

16 **Q.** And what did the shoeboxes have in them?

17 **A.** Money.

18 **Q.** What did you do with the proceeds of your drug sales?

19 **A.** I didn't make any proceeds.

20 **Q.** Well, what happened to the money that you got from

21 customers?

22 **A.** I had to give it to Gutta.

23 **Q.** Did others in MMP pay money to Gutta?

24 **A.** Yes.

25 **Q.** Did you ever see that?

1   **A.**   Yes.

2   **Q.**   Can you give any examples.

3   **A.**   Like, Gutta told me to give -- he'll tell me to give

4   somebody something like -- like when I gave Syd a ounce of

5   crack, Syd didn't have the money up front, so I would give it

6   to him.  And then he would have to pay Gutta when he finished

7   selling it.

8   **Q.**   You mentioned that you gave Syd crack one time.  When did

9   this happen?

10  **A.**   This happened right before the -- before we got

11  incarcerated in Towson in '15.

12  **Q.**   Did you say '15?

13  **A.**   Yes.

14  **Q.**   And I believe you testified that Gutta told you to give

15  crack to Syd.  How much did he tell you to give Syd?

16  **A.**   A ounce, 28 grams.

17  **Q.**   And how much is 28 grams of crack worth on the street, do

18  you know?

19  **A.**   At least a thousand dollars.

20  **Q.**   And you said that Gutta asked you to give him the drugs

21  and did not -- you did not collect payment right away; is that

22  right?

23  **A.**   No.

24  **Q.**   Did you front him the drugs?

25  **A.**   Yes.  It's considered a front.

1   **Q.**   And did Syd ever pay the money back for the ounce of
2   crack?
3   **A.**   No.
4   **Q.**   Why not?
5   **A.**   'Cause we got locked up.
6   **Q.**   Who's "we"?
7   **A.**   Me and Gutta.
8   **Q.**   So when you and Gutta got locked up, Syd had not paid back
9   the drug debt?
10  **A.**   No.
11  **Q.**   Did you help Gutta keep track of drug debts?
12  **A.**   Yes.
13  **Q.**   And how would you do that?
14  **A.**   Whoever he told me to give it to, I make a note of it in
15  my phone.
16  **Q.**   I'm going to show you Government's Exhibit IC-2 -- I'm
17  sorry, which has come into evidence as a file from
18  Dante Bailey's iCloud.
19      And can you tell us what we're looking at here.
20  **A.**   Look like a O sheet, like --
21        **MS. AMATO:**   Your Honor, objection; speculative.
22  There's been no -- speculative and no foundation laid for this
23  witness.
24        **THE COURT:**   Sustained.  I believe he just said
25  something about notes in his own phone.

1    BY MS. HOFFMAN:

2    **Q.**    Did Gutta keep track of his drug debts?

3    **A.**    Yes.

4    **Q.**    And how would he do that?

5    **A.**    If he went to -- if he told me to give it to him, I'll

6    write it down in my phone.  But Gutta made his own moves and,

7    you know, kept track of who he did to -- the work, who -- he

8    kept track of who he dealt with, too, on his own sometimes.

9    So . . .

10   **Q.**    Was it important to keep track of drug debts?

11   **A.**    Yes.

12           **MS. HOFFMAN:**  Your Honor, may I show the witness IC-2?

13           **THE COURT:**  Did he ever see --

14           **MS. AMATO:**  Your Honor, may we approach?

15           **THE COURT:**  Sure.

16      (Bench conference on the record:

17           **MS. AMATO:**  Your Honor, I object to the Government and

18   what they're trying to do here.  This witness does not know

19   what this IC-2 is.  He's just going to guess, and it's

20   inappropriate.

21           **THE COURT:**  That's why I was trying to -- what is his

22   familiarity with that particular document?

23           **MS. HOFFMAN:**  Well, I think that he, as a general

24   matter, saw Gutta keep track of drug debts using O sheets that

25   look like this.

1      I don't think he knows when in time this particular

2  O sheet was created.  But I think he recognizes it, based on

3  the format, as an O sheet or something similar to what he would

4  see Gutta use to keep track of drug debts.

5         MS. AMATO:  Your Honor, that's too far afield.  We

6  don't have a date.  We don't know -- I mean, it's just too far

7  afield.

8         THE COURT:  I think unless there's anything more

9  specific, then you can elicit what you did.  But based on his

10  personal observation, I understand that he saw Mr. Bailey

11  making notes in the phone relating to drug debts, but to go to

12  that, identifying that specific document I think is too much.

13         MS. AMATO:  And so I ask that it be kept out from

14  evidence at this point unless they have someone else.

15         THE COURT:  Right.  It's not in.

16         MS. AMATO:  Right.  Thank you.

17         MR. SARDELLI:  I think it came up on the screen,

18  Your Honor.  I think it came up on the screen.

19         MS. HOFFMAN:  It is a certified business record that

20  has come into evidence through the agent.

21         THE COURT:  Yes.  It's already in; right?  But the

22  point was we're not going to have him testify to what it is.

23         MS. AMATO:  Okay.  Thank you.)

24      (Bench conference concluded.)

25

*GREER - DIRECT*

BY MS. HOFFMAN:

**Q.**   Mr. Greer, you used the term "O sheet" a moment ago.
What's an O sheet?

**A.**   It would be a -- it could be like a tally or like a record
kept of what people owe, the money someone owes for the drugs
that they were fronted.

**Q.**   I'm going to show you Government's Exhibit IND-19.

     Do you recognize that person?

**A.**   Yes.

**Q.**   Who is that?

**A.**   Creams.

**Q.**   And do you see him in the courtroom today?

**A.**   Yes.

**Q.**   Where is he sitting?

**A.**   All the way in the back.

**Q.**   Was Creams a member of MMP?

**A.**   Yes.

**Q.**   How did you know that?

**A.**   He did the handshakes.  It's in his rap songs.  Seen him
throw M's.

**Q.**   You say you'd seen him throw the M's?

**A.**   Yes.

**Q.**   Did he sell drugs in MMP's territories?

**A.**   Yes.

**Q.**   Where would he sell drugs?

1   **A.**   Forest Park and Windsor Mill.

2   **Q.**   Did he work with anyone else in selling drugs?

3   **A.**   No.

4   **Q.**   Did you ever see Creams with guns?

5   **A.**   Seen him with guns?  I've never seen him.

6   **Q.**   Did you ever know him to carry guns?

7   **A.**   It's --

8        **MR. HAZLEHURST:**  Objection.

9   **BY MS. HOFFMAN:**

10  **Q.**   Did you --

11       **THE COURT:**  Sustained.

12  **BY MS. HOFFMAN:**

13  **Q.**   Did you ever hear of him carrying guns from other members

14  of the gang?

15  **A.**   All the time.

16  **Q.**   What did you hear?

17  **A.**   You know, Creams -- Creams, keep it -- keep it on him.

18  You know, Creams stay strapped up.  You know, talked about he's

19  one of the few young dudes around there that don't play no

20  games.  Like, that's for real, like.

21  **Q.**   What does it mean to be strapped up?

22  **A.**   Always have a weapon on you.

23  **Q.**   I'm going to show you Government's Exhibit IND-43.

24       Do you recognize that person?

25  **A.**   Yes.

*GREER - DIRECT*

1   **Q.**   Who's that?

2   **A.**   J-Rock.

3   **Q.**   And who's J-Rock?  Was he in MMP?

4   **A.**   Yes.

5   **Q.**   And what area did he operate in?

6   **A.**   Forest Park and Windsor Mill.

7   **Q.**   Did he sell drugs in that area?

8   **A.**   Yes.

9   **Q.**   Did he work with any other members of MMP?

10  **A.**   Yes.

11  **Q.**   Who did he work with?

12  **A.**   He worked with Bo.  He done worked with Gutta, you know,

13  T-Roy, Dirt.

14  **Q.**   I'm going to go back to Creams for a minute.

15       Was Creams close with any members of MMP?

16  **A.**   As far as -- it looked like to me, yes, yes.

17  **Q.**   I'm sorry.  I didn't hear that.

18  **A.**   Yes.

19  **Q.**   Who was he close with?

20  **A.**   Pretty much, you know, mostly the kids -- most of the

21  people around his age, you know, the other -- the younger guys

22  from the area.

23  **Q.**   Anyone in particular?

24  **A.**   I know he's close to J-Rock.  He's close with -- he's real

25  close with Syd.  He's real close Lil Mal, Mugs, Q.

1    **Q.**    Showing you Government's Exhibit IND-1.

2         Who's that?

3    **A.**    Mugs.

4    **Q.**    Was Mugs in MMP?

5    **A.**    Yes.

6    **Q.**    And how did you know that?

7    **A.**    Seen him, him and Creams do the handshake.

8    **Q.**    You testified earlier that Gutta was a music client of

9    yours at the studio.

10        Did Gutta ever rap about MMP?

11   **A.**    Yes.

12   **Q.**    Can you explain.

13   **A.**    He -- he'll just -- he'll put -- he'll basically -- he'll

14   rap about his position in the gang in songs, you know.  He will

15   send subliminal discs to other gangs.  He'll name-drop who is

16   in his gang, who he in control of.  Talk about stuff he done

17   did, different murders.

18   **Q.**    Did he ever rap about real-life events?

19   **A.**    I believe -- I believe it was real.

20   **Q.**    Can you think of any examples?

21   **A.**    He said it's -- he said something in a song one time he

22   can get it poppin' in front of the Mirage.  And I came to learn

23   that the Mirage is something real.

24        **THE COURT:**  Wait a second.

25        **MR. ENZINNA:**  Objection to how he came to learn.

1              **THE COURT:**  How did he come to learn?

2   **BY MS. HOFFMAN:**

3   **Q.**    How did you come to learn about an incident at the Mirage?

4   **A.**    People talked about it.  That was something they talked

5   about.  It was like a story that went around in the -- the

6   neighborhood.

7   **Q.**    Did members of MMP talk about it?

8   **A.**    Yes.

9   **Q.**    Do you remember anyone in particular?

10  **A.**    Fats done talked about it, Bus Stop Fats.  Trouble done

11  talked about it.

12          I've heard side conversations.  You know, people say, will

13  say -- like, we'll be playing a song and somebody will be like,

14  He talkin' about -- he talkin' about whatever happened in front

15  of the club, you know.

16          So I would put the two and two together, and then it came

17  out in the indictment.

18  **Q.**    I don't want to ask you anything about that.

19          I do want to ask you about spring of 2015.  Was there an

20  incident when you got sanctioned by members of MMP?

21  **A.**    Yes.

22  **Q.**    Can you tell us about that.

23  **A.**    About a -- about like a week before that, some drugs came

24  up missin' in the studio -- I mean not in the studio, in the

25  barbershop.  And Gutta asked me what happened to the drugs.

1  And I'm lettin' him know I put everything away; and we came

2  back the next day, and only one particular package of drug was

3  missing.

4      And then the week after that, I had the key to the -- he

5  gave me the key to the barbershop.  And I had lost the key and

6  dropped the key in the -- and Kenny' girlfriend called, and

7  they couldn't get in the barbershop to get the drugs.

8  **Q.**   And what happened as a result?

9  **A.**   So he told -- he told Menace to put me on the wall.

10 **Q.**   Did you say Menace?

11 **A.**   Yes.

12 **Q.**   He told -- and who's the "he" who told Menace to put you

13 on the wall?

14 **A.**   Gutta told Menace to put me on the wall.  And that's when

15 Julio and Crazy was holdin' my arms and while Menace stood in

16 front of me, beat my ribs in.

17 **Q.**   Did you end up going to the hospital?

18 **A.**   Yes.

19 **Q.**   I'm going to show you Government's Exhibit IND-58.

20      Who's that?

21 **A.**   Menace.

22 **Q.**   Did you say that's Menace?

23 **A.**   Yes.

24 **Q.**   Was he a member of MMP?

25 **A.**   Yes.

1    **Q.**   How did you know that?

2    **A.**   He got the M on his forehead.

3    **Q.**   You also mentioned a "Crazy."  I'm going to show you

4    Government's Exhibit IND-90.

5         Who's that?

6    **A.**   Crazy.

7    **Q.**   Was Crazy a member of MMP?

8    **A.**   No.  He was a BGF member.

9    **Q.**   And how did he come to be hanging out with members of MMP?

10   **A.**   Fish brought him to Gutta.

11   **Q.**   Who's Fish?

12   **A.**   Fish is a high-ranking BGF member.

13   **Q.**   What is BGF?

14   **A.**   It's another gang in Baltimore.

15   **Q.**   Do you know what it stands for?

16   **A.**   Black Guerilla Family.

17   **Q.**   So how did Fish and Crazy come to hang out with Gutta?

18   **A.**   Apparently Gutta and Fish grew up together.

19        **MR. ENZINNA:**  Objection, Your Honor.  Objection.

20        **THE COURT:**  Overruled.

21        **MS. HOFFMAN:**  Let me -- I think I can ask it in a

22   better way.

23   **BY MS. HOFFMAN:**

24   **Q.**   Have you heard of the Black Blood Brotherhood?

25   **A.**   Yes.

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1    **Q.**   What's the Black Blood Brotherhood?

2    **A.**   It's a -- it's like a -- it's like a -- it's a gang that

3    Fish and Gutta started.

4    **Q.**   And what was the purpose of the Black Blood Brotherhood?

5              **MR. ENZINNA:**  Objection; basis of his knowledge.

6    **BY MS. HOFFMAN:**

7    **Q.**   How did you learn about the Black Blood Brotherhood?

8    **A.**   We was in the studio in Gutta' house and him and Gutta was

9    talkin' about startin' it and . . .

10   **Q.**   And this is Fish and Gutta?

11   **A.**   Yeah, Fish and Gutta talked about startin' it.  And they

12   agreed to formulate it, and it came to be.

13   **Q.**   And based on what you learned from Gutta and Fish, what

14   was the purpose of the Black Blood Brotherhood?

15   **A.**   To take on murders from different gang leaders and

16   different gangs so law enforcement would have -- have a hard

17   time figuring out where it was coming from.  Different gang

18   people would figure out where it's coming from, and they can

19   just -- it's like a murder-for-hire-type thing.

20   **Q.**   I'm going to show you Government's Exhibit IND-56.

21        Who's that?

22   **A.**   Fish.

23   **Q.**   Was there anyone else in the Black Blood Brotherhood that

24   you knew of?

25   **A.**   Yes.

1   **Q.**   Who else?

2   **A.**   Spotty, Crazy, T-Roy, Bino, Dirt, Trouble, Chicken Box.

3   **Q.**   I'm going to show you Government's Exhibit IND-70.

4      Who's that?

5   **A.**   Spotty.

6   **Q.**   And I'm going to show you Government's Exhibit IC-67,

7 which has come into evidence as a file from Dante Bailey's

8 iCloud.

9      Who's that?

10   **A.**   Crazy.

11   **Q.**   And what does he appear to be holding?

12   **A.**   The gun.  It was called the Glizzy.

13   **Q.**   It was called the Glizzy?

14   **A.**   Yeah, that was it.

15   **Q.**   I'm going to show you Government's Exhibit IC-26, which

16 has also come into evidence as a file from Dante Bailey's

17 iCloud.

18      And who are we looking at here?

19   **A.**   Gutta, Fish, and Spotty.

20   **Q.**   I'm going to play you a call from Government's Exhibit

21 JAIL-1, which has come into evidence as a disc of certified

22 jail recordings.  And I'm going to play you Call J-24, which is

23 on Page 85 of the jail call tab of the transcript binders.

24      Mr. Greer, would you mind reading the date of this call.

25   **A.**   July 21st, 2015.

1           (Audio was played but not reported.)

2   BY MS. HOFFMAN:

3   Q.   Who's speaking in this call?

4   A.   Me and Chicken Box.

5   Q.   Do you see Chicken Box in the courtroom today?

6   A.   Yes.

7   Q.   Where is he?

8   A.   Up top (indicating).

9           (Audio was played but not reported.)

10           THE COURT:   What page?

11           MS. HOFFMAN:   This part is not transcribed, but I can

12   skip ahead to the transcribed part.   It's at 2:33.

13           THE COURT:   Okay.

14           (Audio was played but not reported.)

15   BY MS. HOFFMAN:

16   Q.   Where were you when this call happened?

17   A.   I was in the car.

18   Q.   Was there anyone else in the car with you?

19   A.   Yes.

20   Q.   Who?

21   A.   A girl named Cotti (ph).

22   Q.   Anyone else?

23   A.   And Gutta.

24   Q.   And whose phone were you using?

25   A.   Gutta's.

1  Q.   And why did you pick up Gutta's phone?

2  A.   Man, he'll give me the phone if he ain't know who number

3  it was.

4       (Audio was played but not reported.)

5          MS. HOFFMAN:   I'm going to skip ahead to 6 minutes and

6  26 seconds.

7       (Audio was played but not reported.)

8  BY MS. HOFFMAN:

9  Q.   I'm going to pause it there.

10      Did you hear -- well, first of all, who was speaking in

11 that second part of the conversation?

12 A.   Gutta and Chicken Box.

13 Q.   And did you hear when Gutta said [reading]:   Punish him.

14 You know, he told.   He told on Bino, for real?

15 A.   Yes.

16 Q.   And who's Bino again?

17 A.   Bino is a member of MMP.

18 Q.   And what does it mean to say someone told on someone?

19 A.   It means you cooperated with law enforcement.

20 Q.   Did you hear when Gutta said [reading]:   I'll send you a

21 money order, yo?

22 A.   Yes.

23 Q.   What does that mean?   What did he mean by that -- or

24 sorry.   What did you understand him to mean by that?

25 A.   He was going to send him some money.

1    **Q.**    To Chicken Box?

2    **A.**    Yes.

3    **Q.**    For doing what?

4    **A.**    Beatin' a dude up he told to beat up.

5    **Q.**    Did you hear when Gutta said [reading]:  You know, they

6    pulling up out the way, talkin' about, oh, yeah, y'all

7    Murdaland Mafia?

8    **A.**    Yes.

9    **Q.**    What did you understand him to mean by that?

10   **A.**    Somebody up the way is the gas station, is the term for

11   gas station.  So since somebody -- they pullin' up to the gas

12   station asking if they Murdaland Mafia, which is this gang.

13   **Q.**    I'm going to skip ahead and play a very short clip,

14   14 minutes and 45 seconds to 14 minutes and 50 seconds.

15        (Audio was played but not reported.)

16   **BY MS. HOFFMAN:**

17   **Q.**    Who did you understand Chicken Box to be referring to when

18   he said "Syd"?

19   **A.**    Syd (indicating).

20   **Q.**    The Syd in the courtroom?

21   **A.**    Yes.

22   **Q.**    I'm going to skip ahead to 16 minutes and 3 seconds.

23        (Audio was played but not reported.)

24   **BY MS. HOFFMAN:**

25   **Q.**    Did you hear the words "heartbeat" and "double time"?

1    **A.**    Yes.

2    **Q.**    And what do "heartbeat" and "double time" mean?

3    **A.**    I don't know what they mean.  They just always -- always

4    hear him say it when they, like, leavin' or hangin' up or

5    something.

6    **Q.**    Who would you hear saying it?

7    **A.**    Gutta would say it.

8    **Q.**    Would other members of MMP say it?

9    **A.**    Yes.

10           **THE COURT:**  Stop whenever you get to a good breaking

11   point?

12           **MS. HOFFMAN:**  Sure.  Yes.

13           **THE COURT:**  We'll start by excusing the witness.

14           And the jury.

15   (Jury left the courtroom at 3:57 p.m.)

16           **THE COURT:**  And we'll excuse the gallery.

17   (Pause.)

18           **THE COURT:**  All right.  We'll be excused for the

19   recess.

20        (Recess taken.)

21           **THE COURT:**  Okay.  Counsel, before we bring the jury

22   back in, I wanted to address one or two things.

23           First of all, it seems to me that the gallery has

24   gotten recently, at least today, a bit more crowded than it has

25   been on other occasions.

1        I gather, in the course of the testimony, that there

2   might actually have been someone here in the audience who's

3   mentioned in the call.  And there have been some -- you know,

4   some whispering, some commenting.

5        A couple things I'd propose to do.

6        One is just to remind the gallery at some point, when

7   everybody is back in, that they really need to sit quietly and

8   not react to the testimony.

9        I am asking defense counsel whether you want me to say

10  anything to the jury along the lines of:  From time to time, a

11  member of the gallery may say or do something that may appear

12  to be in response to testimony.  Please remember that is not

13  evidence.  That is nothing that anybody sitting in the well is

14  responsible for.  That is not anything that you may consider in

15  any way in reaching your verdict.

16       I'm offering you that if you think it would be helpful

17  or appropriate.  You can think about it.

18       The other thing, because I am concerned -- I know I

19  separate a little bit and let the jury go and then wait and the

20  gallery goes, but I don't want any accidental communication

21  between jurors and members of the gallery or maybe the jurors

22  just overhearing something that people in the gallery are

23  talking about that really would not be helpful.

24       So I'm going to have the -- at the end of the day have

25  a CSO, just somebody nearby the jury, so that the jury is

1   leaving and is separate from people in the gallery to avoid

2   that kind of accidental communication.

3          So you all want to think about --

4          **MS. WHALEN:**  Yes.  Thank you, Your Honor.

5          **THE COURT:**  -- whether you'd like any instruction?

6          And other than that, just again, I'll remind the

7   gallery to please be quiet and don't react to the testimony.

8   If they do, they may be asked to leave.

9          Okay.

10         **MR. TRAINOR:**  Would it be appropriate to bring the

11  gallery in before the jury to tell them that?  That way the

12  jury wouldn't be influenced by it.

13         **THE COURT:**  I don't know that I would get quite all

14  the gallery, but I'm happy to do that.  I don't know that the

15  jury would -- I'm not sure if it would influence the jury in

16  particular, but if you want me to bring in the gallery first,

17  whoever is there.

18         **MR. ENZINNA:**  Your Honor --

19         **THE COURT:**  They sort of tend to come in, and so I

20  just thought at some point in the afternoon I would do that.

21  But --

22         **MR. ENZINNA:**  It seems like it might be appropriate to

23  do something like that if there is some kind of incident in the

24  gallery, if there's a noise or laughing or something.

25         **THE COURT:**  Well, there was.

1    **MR. ENZINNA:**  But I mean at the time it happens, as

2    opposed to doing it -- bringing the gallery in, bringing the

3    jury in, or doing it in a vacuum.

4        **THE COURT:**  Right.  Well, what I feel that I would be

5    doing now is responding to -- during the testimony that we've

6    been listening to from Mr. Greer, there have been reactions,

7    comments, whispering, perhaps a gesture.

8        **MR. ENZINNA:**  Well, I think that -- I was unaware of

9    that.  But I also do think, though, that saying something now

10   draws an awful lot of attention to the identification of

11   Chicken Box in the gallery.  And it could create issues for the

12   jury.

13       **THE COURT:**  Which I guess is why Mr. Trainor was

14   saying:  Should we do that before the jury comes in?  I'm not

15   sure that Mr. Chicken Box is coming back, so that may take care

16   of the problem.

17       **MS. WHALEN:**  I'm not sure.  Probably we should have

18   objected to the Government highlighting somebody in the

19   gallery, but I would ask that that not occur in the future.

20   It's really not relevant.

21       **THE COURT:**  Well, you'd probably better not or tell me

22   if you think you need to.

23       **MS. HOFFMAN:**  I mean, I do think it's relevant if a

24   member of the gang is in the courtroom, and his identification

25   of him is certainly relevant.

1          **THE COURT:**  Well, maybe we'll just -- everybody, try

2    to make sure that that doesn't happen again.

3          All right.  Well, I'm not hearing any great consensus

4    here.  If you prefer, I'll wait.  And if the gallery -- if you

5    want me to wait until I see something and then say it in the

6    middle of that, if you think that's --

7          **MR. HAZLEHURST:**  Your Honor, on behalf of Mr. Davis,

8    if the Court -- I think if the Court would invite the gallery

9    in at this point and say something now, before the jury comes

10   in, I think he would prefer that.

11         I would also potentially suggest in the future maybe a

12   sign be posted outside the courtroom just reminding people

13   coming into the gallery that outbursts, talking, anything of

14   that kind is not allowed in the courtroom.  And then hopefully

15   that would take care of the situation as well.

16         **MR. SARDELLI:**  Your Honor, I would concur on behalf of

17   Mr. Banks, Your Honor.

18         **THE COURT:**  Yes, we can look at that.  I don't

19   see . . .

20         Okay.  Well, why don't we start.  There may or may not

21   be that many people here now.  I don't know.  But we'll --

22   unless there's any issue with it, we'll go ahead and let the

23   gallery in.

24         (Pause.)

25         **THE COURT:**  Is there anyone else immediately outside?

 1          **COURT SECURITY OFFICER:**  Yes, ma'am.  There are

 2   people.

 3          **THE COURT:**  Okay.

 4      (Pause.)

 5          **THE COURT:**  Ladies and gentlemen sitting up in the

 6   gallery, I would just like to remind everyone before the jury

 7   comes back in:  You are obviously welcome to be here.  It's a

 8   public courtroom.

 9          But it is very important that no one in the gallery

10   talk audibly so that you can be heard, respond to testimony,

11   comment on testimony, react to testimony.  Nothing like that.

12   You need to sit quietly, not react, and listen.

13          Anyone that cannot comply with that direction may be

14   asked to leave.

15          Thank you.

16          And we'll have the witness.

17      (Jury entered the courtroom at 4:36 p.m.)

18          **THE COURT:**  All right.  Ms. Hoffman, if you'd like to

19   continue.

20   **BY MS. HOFFMAN:**

21   **Q.**   Mr. Greer, I want to show you Government's Exhibit IND-26.

22       Who is that?

23   **A.**   Chicken Box.

24   **Q.**   Is he a member of MMP?

25   **A.**   Yes.

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1   **Q.**   How did you know that?

2   **A.**   Seen him around Gutta.  He's been at Gutta' house.  He's

3   done the handshakes.  He's -- I've heard from Gutta that he

4   himself had to get a DP.

5   **Q.**   During 2015 when you were living with Gutta, was he on

6   house arrest?

7   **A.**   Yes.

8   **Q.**   Did he have an ankle bracelet?

9   **A.**   Yes.

10  **Q.**   Who was he being monitored by?

11  **A.**   Nobody.

12  **Q.**   Who was he supposed to be monitored by?

13  **A.**   I guess the box company.  I think they ASAP.  ASAP was the

14  company.

15  **Q.**   Is that a private company?

16  **A.**   Yes.

17  **Q.**   Did you have dealings with ASAP when Gutta was on house

18  arrest?

19  **A.**   Yes.

20  **Q.**   Can you explain.

21  **A.**   We would -- well, basically, we would put a -- make a

22  schedule for him to come out the house between certain times of

23  the day; usually from like 2:00 p.m. until about midnight.  And

24  we would -- I would put different clubs, different bars, and I

25  would type it up on Microsoft Word.  Then I'll print it out

1  probably for like three or four venues, type it up, print it

2  out, fax it to ASAP, and then call them and leave a message.

3  Q.   And why would you do that?

4  A.   That was his -- that was a way for him to get out the

5  house and move around freely.

6  Q.   And you said you would make a schedule.

7       Was it a schedule of places that he would actually go?

8  A.   Naw.

9  Q.   And would ASAP verify whether Gutta was where he said he

10 was going to be?

11 A.   No.

12        MR. ENZINNA:  Objection, Your Honor.

13        THE COURT:  Basis of knowledge.

14 BY MS. HOFFMAN:

15 Q.   You said you had dealings with ASAP; right?

16 A.   Yes.

17 Q.   And did they -- can you explain a little bit more -- did

18 you deal with any of the people at the company personally?

19 A.   No; but I've been -- like, when Gutta would have to go and

20 report physically to the office, I would be there with him when

21 he would go sit down and talk to the lady at the desk.

22        Every time I've called, they've never called me back.  And

23 he said all I had to do is just fax and keep callin', and it

24 worked 'cause we never got no interruptions or nothin'.

25 Q.   I want to direct your attention to July 3rd of 2015.

1    Were you present at Gutta's house that day when a

2 search warrant was executed there?

3 **A.**   Yes.

4 **Q.**   And did you learn what led up to the search warrant?

5 **A.**   Yes.

6 **Q.**   And who did you learn it from?

7 **A.**   Well, I was on a three-way call between Gutta and SP.

8 **Q.**   And what did you learn from Gutta and SP that led up to

9 the search warrant?

10 **A.**   That Tiffany had got pulled over and drugs was found in

11 the car.

12 **Q.**   And were you actually at the house when the police

13 executed the search warrant?

14 **A.**   Yes.

15 **Q.**   Where in the house were you?

16 **A.**   I was downstairs in the basement, in the studio.

17 **Q.**   And can you tell us what happened when the police arrived.

18 **A.**   Once the police arrived, they -- they sat me -- it was

19 just me and T. in the house and --

20 **Q.**   Who's T.?

21 **A.**   T. is Tiffany's son.

22    We were sittin' on the couch while they was searching

23 through the house, kept asking if there's anything in the

24 house.   I told 'em there was nothin' in the house.   They

25 searched the house for, like, eight hours.

1    And then like towards the end of the search, Gutta comes

2    walkin' through the door in handcuffs.  And once that happened,

3    they say they found two guns out front the house in the car.

4    And the dude said he got the key -- the officer said the key

5    was in the house on the table.  And he got the key and went to

6    the car out front, and he said he found two guns.

7    And Gutta, he's sittin' on the couch in front of me,

8    screamin', yellin' at me, asking me who been in the house, who

9    guns they is over and over and over.  I'm just sittin' there

10   quietly.  He asked me.  Then he asked T.  Then he asked me.

11   I just -- I stayed quiet and kept saying, "I don't know."

12   And then he kept saying it until they was -- all the way until

13   they was walkin' him out the door.  He kept asking me, and I

14   wasn't about to take that charge.  I'm sorry.

15   **Q.**   Did you know about the guns in the trunk of the car?

16   **A.**   Yes.

17   **Q.**   And how did you know that the guns were there?

18   **A.**   He's told me to place the guns in the car before, multiple

19   occasions.

20   **Q.**   Had you seen those guns before?

21   **A.**   Yes.

22   **Q.**   And whose guns were they?

23   **A.**   One of 'em was Bino's gun, and the other one was his.

24   **Q.**   "His" meaning Gutta's?

25   **A.**   Yes.

1    Q.   Would you recognize the guns if you saw them again today?

2    A.   Yes.

3    Q.   I'm going to show you Government's Exhibit F-6-A.

4         Do you recognize this gun?

5    A.   Yes.

6    Q.   What do you recognize it to be?

7    A.   What you mean?  Like, what type of handgun?  I --

8    Q.   Do you recognize it to be one of the guns that was in the

9    trunk?

10   A.   Oh, yes, yes.

11   Q.   I'm showing you Government's Exhibit F-8-A.

12        And do you recognize this gun?

13   A.   Yeah.  That's the -- that's on Bino.

14   Q.   This is the one that belonged to Bino?

15   A.   Yes.

16   Q.   Was it common or uncommon for Gutta to have guns?

17   A.   Very common.

18   Q.   And was Gutta arrested on that day?

19   A.   Yes.

20   Q.   Was he in jail for a period of time?

21   A.   Yes.

22   Q.   And did Gutta contact you from jail after he was arrested?

23   A.   Yes.  He -- while he was leaving the house, he left his

24   phone at the house.

25   Q.   And so how did he contact you?

1   **A.**   He called his phone from jail.

2   **Q.**   And you picked up?

3   **A.**   Yes.

4   **Q.**   What did he tell you in those jail calls?

5   **A.**   First, he asked me why I ain't take the charge for the

6   guns, and then he said something about safeguarding Big Homie.

7        I didn't really know what that meant.

8        Then he kept talkin' about makin' sure I get the drugs out

9   to different people and pick up drugs from another person.

10  **Q.**   I'm going to play you a few calls, and these are calls

11  from Government's Exhibit JAIL-1.

12        The first call I'm going to play is J-18.  And this is on

13  Page 66 of the jail call, behind the jail call tab of the

14  transcript binders.

15           **THE COURT:**  I'm sorry.  What page did you say?

16           **MS. HOFFMAN:**  Should be Page 66.

17           Yep.

18  **BY MS. HOFFMAN:**

19  **Q.**   And can you read the date of this call.

20  **A.**   July 4th, 2015.

21  **Q.**   I'm going to skip to a minute and 26 seconds.

22        (Audio was played but not reported.)

23  **BY MS. HOFFMAN:**

24  **Q.**   Mr. Greer, did you hear -- first of all, who's speaking in

25  that call?

1   **A.**   Me and Gutta.

2   **Q.**   And did you hear when Gutta said [reading]:  You failed to

3   do that?

4   **A.**   Yes.

5   **Q.**   And what did you understand him to mean?  What did you

6   fail to do?

7   **A.**   Take the charge for him.

8   **Q.**   Now, there's a certain point in the call when you said

9   you're trying to help get some of that cheese together, paying

10  for the bills.

11  **A.**   Yeah.

12  **Q.**   What did you mean by that?

13  **A.**   Well, I figured Gutta locked up now, so it's like -- gotta

14  do something, continue to pay the bills at the house.  That's

15  where I'm living at now.

16  **Q.**   And how were you going to help pay the bills?

17  **A.**   Spittle, he had came up there, said we gonna front him

18  some drugs.

19  **Q.**   And who's Spittle again?

20  **A.**   SP.

21  **Q.**   Showing you Government's Exhibit IND-81.

22       Who's that?

23  **A.**   SP.

24  **Q.**   Did you hear when Gutta mentioned Kenny at the end?

25  **A.**   Yes.

1   **Q.**   And I'm showing you Government's Exhibit IND-91.

2        Who's that?

3   **A.**   Kenny.

4   **Q.**   And was Kenny in MMP?

5   **A.**   No.  He BGF.

6   **Q.**   Was he a 5200 boy?

7   **A.**   Yes.

8   **Q.**   And did he sell drugs in the 5200 block of

9   Windsor Mill Road in that area?

10  **A.**   Yes.

11  **Q.**   What drugs did he sell?

12  **A.**   Heroin, crack, marijuana.

13  **Q.**   And why did Gutta want you to get in touch with Kenny?

14  **A.**   Kenny supplies the heroin.

15  **Q.**   I'm going to play you another call.  This one's J-19, and

16  it's on Page 69 of the jail call tab of the transcript binder.

17       I'm going to skip to 1 minute, 8 seconds in.

18       (Audio was played but not reported.)

19  **BY MS. HOFFMAN:**

20  **Q.**   I'll pause it there.

21       Mr. Greer, did you hear when Gutta said [reading]:   I

22  don't need Droid.  I don't need nothin' from Droid?

23  **A.**   Yes.

24  **Q.**   Who's Droid?

25  **A.**   T-Roy.

1    Q.   So that's another nickname for T-Roy?

2    A.   Yes.

3    Q.   I'm going to play you another call.  This one is --

4         **THE COURT:**  Ms. Hoffman, how long a call is this one?

5         **MS. HOFFMAN:**  It's a couple of minutes.  We can break

6    for the day.

7         **THE COURT:**  Yes.  If I could see counsel at the bench

8    for just a minute.

9         (Bench conference on the record:

10        **THE COURT:**  Yes.  I think it probably makes sense to

11   break now.  Obviously, we're not finishing today, so he'll be

12   back tomorrow.

13        I do have an issue that I'd like to just speak with

14   counsel about out in the hallway after everybody's had a chance

15   to leave.  Okay.)

16        (Bench conference concluded.)

17        **THE COURT:**  All right.  We're going to adjourn for the

18   evening.  We'll be starting up again tomorrow at 10:00, as

19   usual.

20        And we'll start by excusing the jury.

21        (Jury excused at 4:58 p.m.)

22        **THE COURT:**  And the witness.

23        (Witness excused.)

24        **THE COURT:**  All right.  We'll excuse the gallery.

25        (Pause.)

1        **THE COURT:**  All right.  I'd like to just see counsel

2    briefly.  I would say in my office; but since we're not at my

3    office, you can just all come in the hallway for a minute.

4            And other than that, we're excused until tomorrow

5    morning at 10:00.

6        (Discussion off the record.)

7        (Court adjourned at 5 o'clock p.m.)

8                   INDEX - GOVERNMENT'S EVIDENCE

9    WITNESS                  DR        CR       RDR      RCR

10   JAY GREER                18        --       --       --

11

12

13       I, Douglas J. Zweizig, RDR, CRR, do hereby certify that

14   the foregoing is a correct transcript from the stenographic

15   record of proceedings in the above-entitled matter.

16

17            _____/s/_____

18               Douglas J. Zweizig, RDR, CRR, FCRR
                   Registered Diplomate Reporter
                   Certified Realtime Reporter
19               Federal Official Court Reporter
                     DATE:  November 13, 2019

20

21

22

23

24

25

BY MS. HOFFMAN: [30]  18/12
27/12 28/6 31/23 34/20 36/2
39/13 46/22 49/10 49/18 50/3
50/10 54/23 58/1 60/1 61/9
61/12 64/2 66/23 67/6 69/2
69/15 70/8 71/16 71/24 77/20
79/14 83/18 83/23 85/19
COURT SECURITY OFFICER: [1]
77/1
MR. ENZINNA: [27]  12/6 12/8
12/11 12/18 12/22 13/15 14/23
15/2 15/5 27/7 27/9 31/3 31/8
31/15 35/23 49/1 49/3 49/7
49/13 63/25 66/19 67/5 74/18
74/22 75/1 75/8 79/12
MR. HAZLEHURST: [11]  3/5 4/3
4/5 7/7 8/15 9/2 9/12 14/7
14/16 61/8 76/7
MR. SARDELLI: [4]  14/17
16/23 59/17 76/16
MR. TRAINOR: [1]  74/10
MS. AMATO: [7]  57/21 58/14
58/17 59/5 59/13 59/16 59/23
MS. HOFFMAN: [39]  5/5 6/8
6/16 7/4 7/22 8/5 8/9 8/13
9/13 9/25 10/2 11/24 12/16
14/4 14/6 15/15 16/1 16/10
17/12 17/22 18/2 31/12 31/17
31/22 49/9 49/17 49/23 50/2
50/8 58/12 58/23 59/19 66/21
69/11 70/5 72/12 75/23 83/16
86/5
MS. WHALEN: [2]  74/4 75/17
THE CLERK: [5]  12/17 18/3
18/5 18/10 46/18
THE COURT: [94]
THE WITNESS: [5]  18/8 27/8
35/25 39/12 46/19

'
'14 [2]  21/20 22/12
'15 [3]  21/20 56/11 56/12
'Cause [6]  23/6 28/9 32/17
47/16 57/5 79/24
'em [8]  30/19 38/11 46/25
50/22 50/24 50/24 80/24 81/23

/
/s [1]  87/16

0
0267 [1]  1/4

1
1 minute [1]  85/17
1-A [1]  34/19
10 [1]  43/4
101 [1]  1/24
10:00 [2]  86/18 87/5
11-A [1]  35/10
12 [2]  34/15 34/17
12-B [3]  34/11 34/21 34/22
120 [2]  19/3 19/4
13 [1]  87/19
13-A [2]  34/13 34/24
14 [1]  71/14
14 minutes [1]  71/14

14th [2]  12/12 13/1
15A [1]  32/15
16 minutes [1]  71/22
16A [1]  35/3
16th [1]  13/1
18 [4]  33/25 35/7 83/12 87/10
19 [2]  60/7 85/15
1A [1]  1/9
1st [1]  6/10

2
2006 [2]  9/17 9/21
2014 [1]  20/25
2015 [10]  20/25 21/18 21/19
23/24 54/20 64/19 68/25 78/5
79/25 83/20
2016 [1]  4/7
2017 [5]  4/8 5/11 5/12 6/11
7/10
2018 [1]  15/17
2019 [2]  1/8 87/19
21 [1]  43/18
21201 [1]  1/25
21st [1]  68/25
22 [1]  54/11
22nd Street [1]  21/9
23 [1]  46/10
24 [1]  68/22
24th [1]  5/12
25th [1]  5/11
26 [2]  68/15 77/21
26 seconds [2]  70/6 83/21
27 [3]  1/8 20/3 21/10
273 [1]  54/21
28 [1]  23/19
28 grams [2]  56/16 56/17
2:00 p.m [1]  78/23
2:09 p.m [1]  3/2
2:32 p.m [1]  17/24
2:33 [1]  69/12

3
3 seconds [1]  71/22
32 [1]  44/6
34 [2]  38/13 47/9
35 [1]  44/23
3:57 p.m [1]  72/15
3rd [1]  79/25

4
43 [1]  61/23
45 seconds [1]  71/14
47 [1]  29/1
4:36 p.m [1]  77/17
4:58 p.m [1]  86/21
4th [2]  1/24 83/20

5
5 o'clock p.m [1]  87/7
50 [1]  71/14
51 [1]  30/9
5200 block [3]  43/12 45/25
85/8
5200 boy [4]  43/9 43/11 44/15
85/6
5200 boys [2]  43/14 46/2
53 [1]  29/19
56 [1]  67/20
58 [1]  65/19

6 minutes [1]  70/5
60 [1]  42/13
641 [1]  54/20
66 [2]  83/13 83/16
67 [1]  68/6
69 [1]  85/16

7
7-Eleven [2]  26/7 26/9
70 [1]  68/3

8
8 seconds [1]  85/17
81 [2]  36/3 84/21
85 [1]  68/23

9
90 [1]  66/4
91 [1]  85/1
94 [1]  25/13
96 [1]  37/7

A
Aanonsen [1]  2/15
able [3]  8/10 14/9 16/4
about [80]  3/12 3/13 4/2 5/2
5/17 6/24 7/2 8/18 10/9 10/11
10/21 10/25 11/4 11/6 11/9
11/17 11/23 11/25 12/14 12/20
13/11 13/12 15/19 19/16 21/18
21/20 23/2 23/24 26/1 27/13
27/24 28/1 30/22 34/25 33/18
35/18 35/20 35/22 35/25 36/2
37/16 37/18 38/11 39/3 45/12
46/16 50/6 55/11 57/25 61/18
63/10 63/14 63/16 63/18 64/3
64/4 64/5 64/7 64/10 64/11
64/14 64/14 64/18 64/19 64/22
64/23 64/23 67/7 67/9 67/11
71/6 73/17 73/23 74/3 78/23
81/14 81/15 83/6 83/8 86/14
above [1]  87/15
above-entitled [1]  87/15
accepted [1]  10/21
accidental [2]  73/20 74/2
across [4]  46/6 48/3 48/6
48/10
activities [4]  5/18 5/19 6/3
7/1
actually [14]  4/5 5/10 6/11
10/12 11/18 14/2 31/12 32/9
33/19 33/19 39/2 73/2 79/7
80/12
addiction [1]  37/22
additional [2]  10/2 17/13
address [3]  15/16 16/6 72/22
addressing [1]  14/19
adequately [1]  11/17
adjourn [1]  86/17
adjourned [1]  87/7
admissible [4]  9/9 10/6 11/3
11/10
admitting [1]  13/13
Adrian [1]  54/19
Adrian Spence [1]  54/19
affiliated [1]  22/18
afield [2]  59/5 59/7

**A**

afraid [1]  16/13
after [9]  6/18 27/19 29/9
38/15 52/4 53/12 65/4 82/22
86/14
afternoon [5]  3/3 3/8 17/25
18/13 74/20
again [20]  3/22 4/22 7/7 7/11
7/14 7/17 7/20 9/3 11/25
14/18 27/22 28/5 28/7 49/25
70/16 74/6 76/2 82/1 84/19
86/18
age [1]  62/21
agent [2]  2/15 59/20
ago [1]  60/2
agree [2]  5/25 7/9
agreed [1]  67/12
agreement [4]  17/15 19/8
19/11 19/15
ahead [6]  16/17 69/12 70/5
71/13 71/22 76/22
ain't [2]  70/2 83/5
al [1]  1/5
all [35]  4/16 4/17 5/21 10/1
13/7 14/21 20/5 23/12 23/16
34/21 35/25 43/14 47/20 47/20
47/20 49/6 52/17 53/9 53/11
60/15 61/15 70/10 72/18 72/23
74/3 74/13 76/3 77/18 79/23
81/12 83/24 86/17 86/24 87/1
87/3
allegations [1]  6/4
allege [1]  6/9
alleged [6]  4/9 4/17 4/20
6/16 9/9 10/23
alley [2]  46/17 46/19
allowed [4]  7/20 42/8 42/10
76/14
Almighty [2]  22/17 22/17
along [2]  11/21 73/10
alongside [2]  43/2 43/2
already [8]  4/17 6/21 17/14
27/10 31/13 32/2 36/21 59/21
also [13]  2/14 10/4 10/10
11/9 15/16 16/14 16/19 30/14
54/9 66/3 68/16 75/9 76/11
always [5]  32/17 36/21 61/22
72/3 72/3
am [2]  73/9 73/18
Amato [1]  2/4
AMERICA [1]  1/3
Anderson [1]  2/3
angle [2]  47/14 47/16
ankle [1]  78/8
Annapolis [2]  20/5 20/6
another [11]  4/22 5/17 5/19
6/2 7/20 10/15 66/14 83/9
85/15 86/1 86/3
answer [2]  8/19 8/24
anxiety [1]  16/16
any [31]  9/11 10/24 11/5 11/6
15/10 17/12 18/15 19/21 22/15
22/25 23/7 25/18 30/25 32/19
33/8 33/12 37/25 41/5 42/10
52/12 55/19 56/2 62/9 62/15
63/20 73/15 73/20 74/5 76/3
76/22 79/18
anybody [3]  12/4 53/19 73/13

anymore [1]  7/16
anyone [11]  44/7 45/8 52/9
61/2 62/23 64/9 67/23 69/18
69/22 76/25 77/13
anything [11]  4/19 6/2 8/18
17/4 27/13 59/8 64/18 73/10
73/14 76/13 80/23
apartment [2]  47/5 47/7
apologized [2]  28/1 28/8
apparently [3]  13/20 13/21
66/18
appear [2]  68/11 73/11
appeared [1]  13/2
appears [1]  3/8
approach [3]  31/4 33/23 58/14
appropriate [3]  73/17 74/10
74/22
approximately [1]  22/11
are [16]  6/4 17/16 18/19
19/15 19/17 20/2 21/13 23/20
41/18 46/11 47/24 68/18 73/22
77/1 77/7 83/10
area [13]  36/24 40/10 41/7
41/7 46/4 47/3 47/18 47/24
51/9 62/5 62/7 62/22 85/9
argument [3]  3/23 7/11 14/14
arm [2]  10/19 10/20 13/22
armed [3]  20/15 20/16 20/18
arms [1]  65/15
around [16]  3/11 4/11 5/9 8/6
8/21 8/23 27/19 31/14 31/24
32/19 33/9 61/19 62/21 64/5
78/2 79/5
arrangement [2]  24/17
arrest [2]  78/6 78/18
arrested [9]  4/14 4/18 5/10
5/11 5/11 6/21 8/1 82/18
82/22
arrived [2]  80/17 80/18
artist's [1]  21/3
as [34]  3/17 3/17 5/7 6/3 9/9
9/18 9/18 10/10 15/14 15/15
15/15 15/16 16/21 24/6 26/22
31/15 32/2 33/9 53/3 54/5
54/18 54/18 57/17 58/23 59/3
62/16 62/16 65/8 68/7 68/16
68/21 75/1 76/15 86/18
ASAP [6]  78/13 78/13 78/17
79/2 79/9 79/15
ask [16]  3/13 3/14 4/24 4/24
5/5 5/6 9/19 14/9 15/18 23/24
50/6 59/13 64/18 64/19 66/21
75/19
asked [15]  10/9 10/16 16/9
26/11 29/18 36/21 45/12 56/20
64/25 74/8 77/14 81/10 81/10
81/10 83/5
asking [6]  15/7 71/12 73/9
80/23 81/8 81/13
Assistant [1]  1/16
associated [2]  37/24 52/10
assumes [1]  49/7
assuming [1]  9/7
ate [1]  26/20
ATF [1]  2/15
attempt [1]  15/20
attended [1]  20/9
attention [2]  75/10 79/25
Attorneys [1]  1/16

audibly [1]  77/10
audience [1]  73/2
audio [12]  21/1 21/2 54/22
69/1 69/9 69/14 70/4 70/7
71/15 71/23 83/22 85/18
authenticate [1]  16/5
Avenue [5]  41/10 41/11 41/12
55/13 55/14
avoid [1]  74/1
aware [1]  15/22
away [2]  56/21 65/1
awful [1]  75/10

**B**

back [32]  15/17 16/8 16/9
16/12 16/18 20/24 26/17 26/23
27/21 28/9 28/13 28/23 29/9
29/10 32/9 32/16 44/10 50/11
52/12 53/20 55/15 57/1 57/8
60/15 62/14 65/2 72/22 73/7
75/15 77/7 79/22 86/12
bag [6]  37/13 37/20 51/10
52/6 54/8 55/15
bagged [5]  37/19 52/5 52/7
52/7 55/7
bagging [1]  37/21
BAILEY [7]  1/5 1/17 9/18 15/7
49/4 49/5 59/10
Bailey's [6]  9/16 16/2 16/5
57/18 68/7 68/16
baking [2]  51/23 52/24
balls [1]  52/8
Baltimore [9]  1/9 1/25 24/14
24/15 24/19 26/2 28/14 28/17
66/14
Baltimore County [6]  24/14
24/15 24/19 26/2 28/14 28/17
Bangout [1]  33/10
Banks [2]  2/1 76/17
barbershop [10]  46/8 46/16
48/3 54/10 54/11 54/15 54/16
64/25 65/5 65/7
bars [1]  78/24
baseball [2]  46/6 48/4
based [4]  16/23 59/2 59/9
67/13
basement [3]  28/22 32/7 80/16
basically [4]  3/16 4/8 63/13
78/21
basis [4]  12/7 12/8 67/5
79/13
be [57]  3/4 3/15 3/17 3/19
4/21 6/4 6/6 7/19 7/20 9/9
11/4 14/5 14/6 14/9 16/2 18/5
19/16 24/18 33/24 41/9 45/21
47/6 54/7 54/7 47/8 59/13 60/4
60/4 61/21 64/13 64/13 66/9
67/12 68/11 71/17 72/18 73/12
73/16 73/23 74/7 74/8 74/10
74/12 74/22 75/4 76/12 76/21
77/7 77/10 77/13 78/12 79/10
79/20 82/6 82/8 83/16 86/11
86/18
beat [6]  26/24 27/5 27/13
27/18 65/16 71/4
beatin' [2]  26/19 71/4
became [2]  24/7 33/21
because [10]  3/18 3/20 5/1
12/23 15/17 16/12 16/16 17/17

**B**

because... [2]  24/21 73/18
become [1]  32/14
been [19]  4/16 6/11 6/21 7/12
8/1 18/25 19/21 24/4 49/3
55/10 57/22 72/25 73/2 73/3
75/6 75/6 78/2 79/19 81/8
before [22]  1/11 3/9 3/10
3/21 5/13 6/12 8/20 20/23
41/12 41/13 55/5 55/5 56/10
56/10 64/23 72/21 74/11 75/14
76/9 77/6 81/18 81/20
begins [1]  12/18
behalf [2]  3/6 14/8 76/7
76/16
behind [6]  26/16 38/17 38/18
38/19 53/20 83/13
being [5]  9/23 13/3 13/8
13/10 78/10
believe [25]  3/19 4/5 4/17
4/19 4/23 5/15 6/1 6/12 6/19
6/20 7/15 9/3 9/9 10/5 11/5
11/9 12/1 17/12 37/23 38/5
49/23 56/14 57/24 63/19 63/19
believed [1]  11/20
belonged [1]  82/14
belonging [1]  54/19
bench [7]  31/6 31/20 58/16
59/24 86/7 86/9 86/16
benefit [1]  19/17
best [1]  9/6
better [4]  12/13 47/16 66/22
75/21
between [4]  13/16 73/21 78/22
80/7
BGF [4]  66/8 66/12 66/13 85/5
big [10]  5/9 8/7 8/21 8/23
36/22 40/6 51/10 53/16 55/15
83/6
Big Homie [1]  83/6
bills [3]  84/10 84/14 84/16
binder [1]  85/16
binders [2]  68/23 83/14
Bino [10]  29/18 29/21 29/22
39/5 68/2 70/14 70/16 70/17
82/13 82/14
Bino's [1]  81/23
bit [5]  6/6 20/9 72/24 73/19
79/17
black [8]  55/15 66/16 66/24
67/1 67/4 67/7 67/14 67/23
Black Blood Brotherhood [6]
66/24 67/1 67/4 67/7 67/14
67/23
Black Guerilla Family [1]
66/16
BLAKE [2]  1/11 20/1
block [5]  40/7 43/12 45/25
51/11 85/8
Blood [6]  66/24 67/1 67/4
67/7 67/14 67/23
Bo [9]  23/16 40/18 40/19 41/5
41/7 41/16 45/12 45/12 62/12
Bo's [1]  41/1
bolts [1]  38/2
book [6]  32/22 32/22 32/23
33/3 33/15 33/19
born [1]  43/12

boss [1]  40/6
bought [1]  26/9
bowl [4]  48/16 48/17 48/21
49/19
box [10]  68/2 69/4 69/5 70/12
71/1 71/17 75/11 75/15 77/23
78/13
boy [4]  43/9 43/11 44/15 85/6
boys [2]  43/14 46/2
BP [2]  46/24 47/15
bracelet [1]  78/8
break [3]  27/17 86/5 86/11
breaking [1]  72/10
Brian [1]  2/2
Brian Sardelli [1]  2/2
brick [1]  51/12
briefed [1]  5/24
briefly [1]  87/2
bring [7]  14/18 14/24 23/11
23/13 72/21 74/10 74/16
bringing [5]  5/19 6/2 6/23
75/2 75/2
broke [1]  52/5
brother [2]  26/8 26/10
Brotherhood [6]  66/24 67/1
67/4 67/7 67/14 67/23
brought [4]  14/5 23/15 23/16
66/10
brown [2]  21/14 21/15
build [1]  10/16
building [2]  21/14 21/15
buildings [1]  46/5
built [1]  24/21
bunch [1]  23/6
burgundy [1]  30/21
Bus [1]  64/10
bushes [1]  53/18
business [1]  59/19
busy [1]  47/19

**C**

Cali [1]  36/1
California [1]  35/22
call [27]  3/24 4/4 18/1 31/10
54/17 54/20 54/21 54/24 68/20
68/22 68/23 68/24 69/3 69/16
73/3 79/2 80/7 83/12 83/13
83/13 83/19 83/25 84/8 85/15
85/16 86/3 86/4
Call B-641 [1]  54/20
Call J-24 [1]  68/22
called [10]  21/6 28/1 28/8
48/21 65/6 68/12 68/13 79/22
79/22 83/1
callin' [1]  79/23
calls [5]  18/2 54/18 83/4
83/10 83/10
came [21]  16/24 22/10 22/12
29/9 31/13 31/13 41/13 48/23
50/5 51/4 53/20 55/14 59/17
59/18 63/22 63/25 64/16 64/23
65/1 67/12 84/17
can [43]  14/1 14/14 14/21
17/21 22/7 23/15 31/17 33/5
34/1 34/6 34/13 38/14 38/24
39/2 42/10 46/4 46/13 47/11
47/18 49/16 50/8 51/3 55/3
55/11 56/2 57/19 59/9 63/12
63/20 63/22 64/22 66/21 67/18

69/11 73/17 76/18 77/10 78/20
79/17 80/17 83/19 86/5 87/3
can't [3]  12/10 47/17 53/19
cannot [1]  77/13
car [14]  26/15 26/15 26/16
26/17 47/21 47/22 51/6 69/17
69/18 80/11 81/3 81/6 81/15
81/18
care [3]  23/9 75/15 76/15
carry [2]  5/7 61/6
carrying [3]  3/15 4/10 61/13
cars [2]  36/22 47/22
case [8]  1/4 4/15 10/24 11/13
13/24 15/2 17/1 23/18
CATHERINE [1]  1/11
caught [1]  37/21
caused [1]  26/4
CCB [1]  1/4
CCB-16-0267 [1]  1/4
CDF [2]  5/14 8/18
cell [2]  52/15 54/19
cell phone [1]  54/19
certain [8]  15/6 15/16 24/11
40/22 42/5 53/12 78/22 84/8
certainly [3]  13/4 15/15
75/25
certified [3]  59/19 68/21
87/18
certify [1]  87/13
Champagne [1]  18/18
chance [1]  86/14
characterization [1]  31/9
characters [1]  33/7
charge [4]  40/12 81/14 83/5
84/7
Charlie [2]  43/2 43/6
cheese [1]  84/9
Chelsea [3]  41/20 50/20 54/9
Chicken [9]  68/2 69/4 69/5
70/12 71/1 71/17 75/11 75/15
77/23
Chicken Box [8]  68/2 69/4
69/5 70/12 71/1 71/17 75/11
77/23
Christian [1]  2/15
Christian Aanonsen [1]  2/15
Christina [1]  1/15
Christina Hoffman [1]  1/15
Christopher [1]  2/12
Christopher Davis [1]  2/12
Circuit [1]  6/1
clarified [1]  7/22
clarify [1]  8/15
clear [1]  34/18
client [1]  63/8
clients [2]  21/21 22/3
clip [1]  71/13
close [16]  5/10 30/6 30/7
39/18 44/19 44/21 44/22 44/22
45/8 45/10 62/15 62/19 62/24
62/24 62/25 62/25
closed [1]  24/3
clothes [1]  36/23
club [1]  64/15
clubs [1]  78/24
co [6]  3/18 4/17 5/16 5/18
5/25 9/10
co-conspirator [5]  3/18 5/16
5/18 5/25 9/10

**C**

co-conspirators [1]  4/17
cocaine [5]  41/25 41/25 44/3 51/19 52/1
coerce [2]  11/19 13/13
coerced [3]  13/3 13/8 13/10
coercion [3]  13/5 13/9 13/17
coke [2]  51/12 51/19
collect [3]  55/6 55/8 56/21
collecting [1]  42/5
college [1]  20/9
come [25]  9/19 16/9 16/18 22/13 22/18 27/21 27/24 28/9 32/2 33/16 38/6 48/22 54/18 57/17 59/20 64/1 64/3 66/9 66/17 68/7 68/16 68/21 74/19 78/22 87/3
comes [6]  14/13 46/2 75/14 76/9 77/7 81/1
coming [6]  46/17 47/20 67/17 67/18 75/15 76/13
comment [2]  7/2 77/11
commenting [1]  73/4
comments [1]  75/7
committed [1]  4/22
common [3]  48/24 82/16 82/17
communication [2]  73/20 74/2
community [2]  47/5 47/8
company [4]  78/13 78/14 78/15 79/18
complained [1]  11/16
completely [1]  10/21
complex [4]  47/5 47/7 47/10 47/11
complies [1]  46/15
comply [1]  77/13
concerned [1]  73/18
concluded [3]  31/20 59/24 86/16
concur [1]  76/16
conduct [1]  47/1
conference [6]  31/6 31/20 58/16 59/24 86/9 86/16
confessing [1]  11/19
confused [5]  5/22 7/23
consensus [1]  76/3
consider [1]  73/14
considered [2]  45/20 56/25
conspiracy [25]  3/19 4/20 4/21 4/23 5/16 5/25 6/3 6/9 6/14 6/17 6/20 6/22 6/25 7/6 7/11 7/12 7/12 7/16 7/18 7/21 8/11 9/4 9/9 18/22 18/22
conspirator [5]  3/18 5/16 5/18 5/25 9/10
conspirators [1]  4/17
contact [2]  82/22 82/25
contain [1]  3/15
continue [2]  77/19 84/14
continued [2]  6/9 6/17
control [1]  63/16
conversation [7]  5/13 5/24 6/12 6/19 7/24 9/7 70/11
conversations [1]  64/12
convicted [3]  18/21 20/12 20/14
conviction [1]  13/23
COOGI [1]  38/25

cook [3]  51/17 51/18 51/20
cooked [3]  52/1 52/4 52/23
cooking [1]  53/1
cooperated [1]  70/19
cooperation [1]  19/8
copy [9]  11/13 12/15 16/1 16/25 17/2 17/5 17/6 17/7 17/9
Corloyd [1]  2/3
Corloyd Anderson [1]  2/3
correct [4]  4/3 87/14
Cotti [1]  69/21
couch [2]  80/22 81/7
could [14]  3/15 4/21 24/22 28/5 28/7 30/16 41/9 42/2 54/8 55/5 55/5 60/4 75/11 86/7
couldn't [1]  65/7
counsel [10]  9/14 10/5 11/1 11/13 11/16 72/21 73/9 86/7 86/14 87/1
County [6]  24/14 24/15 24/19 26/2 28/14 28/17
couple [2]  73/5 86/5
course [4]  5/24 12/24 30/22 73/1
COURT [9]  1/1 1/24 3/22 4/24 17/20 76/8 76/8 87/7 87/19
courtroom [16]  1/9 17/24 22/5 39/24 42/16 44/9 45/13 60/12 69/5 71/20 72/15 75/24 76/12 76/14 77/8 77/17
CR [1]  87/9
crack [13]  41/25 44/3 50/17 51/19 52/2 52/4 52/24 56/5 56/8 56/15 56/17 57/2 85/12
crack cocaine [2]  41/25 51/19
crate [1]  48/6
Crazy [8]  38/17 65/15 66/3 66/6 66/9 66/17 68/2 68/10
Creams [17]  5/7 5/8 8/6 8/18 8/20 8/20 8/22 23/17 60/11 60/16 61/4 61/17 61/17 61/18 62/14 62/15 63/7
create [1]  75/11
created [1]  59/2
credibility [3]  12/2 13/5 16/21
crime [2]  7/20 20/12
crimes [2]  20/12 20/14
criminal [4]  1/4 5/18 5/19 6/25
cross [1]  5/1
cross-examine [1]  5/1
crowded [1]  72/24
CRR [3]  1/23 87/13 87/17
crystals [1]  51/11
CSO [1]  73/25
currently [1]  18/19
custodian [1]  16/12
custody [1]  16/9
customers [1]  55/21

**D**

DANTE [6]  1/5 1/17 9/16 57/18 68/7 68/16
DANTE BAILEY [2]  1/5 1/17
Dante Bailey's [4]  9/16 57/18 68/7 68/16

date [10]  5/19 6/3 6/10 6/17 6/18 7/5 59/6 68/24 83/19 87/19
Davis [20]  2/8 2/12 3/6 3/10 3/15 4/10 4/13 4/14 4/21 4/22 5/6 5/11 7/14 7/19 7/25 8/1 8/3 9/8 14/9 76/7
day [11]  4/12 20/20 27/20 37/17 47/20 65/2 73/24 78/23 80/1 82/18 86/6
dead [2]  33/19 55/14
dead-end [1]  55/14
deal [1]  79/18
dealing [1]  24/10
dealings [2]  78/17 79/15
dealt [1]  58/8
debt [1]  57/9
debts [6]  57/11 58/2 58/10 58/24 59/4 59/11
decides [1]  19/23
deck [3]  48/15 48/17 49/19
Defendant [6]  1/17 2/1 2/3 2/6 2/8 2/11
Defendants [1]  1/6
defended [1]  11/16
defense [5]  9/14 10/5 10/6 11/1 73/9
denied [1]  11/5
depression [1]  16/16
describe [2]  46/4 47/18
desk [1]  79/21
detained [1]  4/7
develop [1]  21/21
did [209]
didn't [9]  11/20 13/22 15/21 16/25 35/21 55/19 56/5 62/17 83/7
died [1]  33/19
different [12]  6/7 14/13 24/10 33/7 33/18 63/17 67/15 67/16 67/17 78/24 78/24 83/9
Diplomate [1]  87/18
direct [2]  18/11 79/25
directed [1]  26/23
direction [2]  27/6 77/13
directly [2]  15/14 18/6
Dirt [16]  23/16 33/10 39/8 39/23 42/19 43/2 44/5 51/5 51/6 51/6 51/16 51/17 51/20 52/21 62/13 68/2
Dirt' [1]  53/8
disagree [1]  13/18
disc [2]  54/18 68/21
discoverable [1]  17/4
discovery [1]  17/14
discs [1]  63/15
discussed [1]  17/18
Discussion [1]  87/6
dismantled [1]  7/13
disrespected [1]  27/15
distribution [1]  33/15
DISTRICT [2]  1/1 1/1
DIVISION [1]  1/2
Dixon [1]  10/10
do [92]
docket [1]  4/14
document [6]  32/4 34/1 34/2 34/7 58/22 59/12
does [11]  10/19 16/3 22/23

## D

does... [8]  51/18 53/1 53/2
  58/18 61/21 68/11 70/18 70/23
doesn't [5]  10/20 12/2 13/12
  15/20 76/2
doing [7]  7/19 13/21 18/14
  71/3 75/2 75/3 75/5
dollar [2]  52/5 52/6
dollars [1]  56/19
don't [43]  3/19 4/12 4/19
  4/23 5/3 9/3 9/21 10/5 10/6
  10/24 13/6 13/24 15/10 15/11
  16/15 17/12 17/6 17/9 17/12
  19/19 19/20 27/25 31/10 35/19
  45/4 49/14 54/13 59/1 59/6
  59/6 61/19 64/18 72/3 73/20
  74/7 74/13 74/14 76/18 76/20
  76/21 81/11 85/22 85/22
done [5]  62/12 63/16 64/10
  64/10 78/3
Donte [1]  10/10
Donte Dixon [1]  10/10
door [2]  81/2 81/13
double [2]  71/25 72/2
Douglas [3]  1/23 87/13 87/17
down [13]  14/2 24/3 32/18
  33/16 47/4 47/15 48/15 48/17
  49/19 52/5 53/17 58/6 79/21
downstairs [2]  32/7 80/16
DP [3]  27/15 27/16 78/4
DR [1]  87/9
draws [1]  75/10
driving [3]  51/6 51/6 51/7
Droid [3]  85/22 85/22 85/24
drop [2]  55/6 63/15
dropped [1]  65/6
drove [1]  51/4
drug [13]  18/22 47/1 47/18
  55/1 55/18 57/9 57/11 58/2
  58/10 58/24 59/4 59/11 65/2
drugs [49]  36/15 36/16 36/24
  40/12 40/14 41/2 41/3 41/23
  41/24 42/2 42/22 42/24 43/23
  43/25 44/2 44/11 44/13 45/5
  45/6 45/17 47/3 50/12 50/14
  50/16 50/18 50/21 50/23 51/1
  53/9 53/11 53/25 53/25 54/7
  56/20 56/24 60/5 60/23 60/25
  61/2 62/7 64/23 64/25 65/7
  80/10 83/8 83/9 84/18 85/8
  85/11
dude [3]  37/11 71/4 81/4
dudes [1]  61/19
during [8]  4/9 5/24 6/13 9/8
  10/11 14/10 75/5 78/5
dying [1]  33/18

## E

each [1]  6/23
earlier [4]  37/23 45/12 54/12
  63/8
early [2]  15/16 16/15
eatin' [3]  26/11 26/11 26/13
Edmondson [6]  41/10 41/11
  41/12 41/12 55/13 55/14
Edmondson Avenue [5]  41/10
  41/11 41/12 55/13 55/14
Edmondson Village [1]  41/12

eight [2]  52/8 80/25
either [2]  4/24 17/10
Eleven [2]  26/7 26/9
elicit [4]  5/8 10/24 15/21
  59/9
Elita [1]  2/4
Elita Amato [1]  2/4
else [9]  25/1 29/17 59/14
  61/2 67/23 68/1 69/18 69/22
  76/25
emergency [1]  16/11
end [6]  45/16 55/14 65/17
  73/24 81/1 84/24
enforcement [2]  67/16 70/19
engineer [2]  21/1 21/2
entered [2]  17/24 77/17
entitled [1]  87/15
Enzinna [1]  1/18
Esquire [9]  1/15 1/16 1/18
  1/19 2/2 2/4 2/7 2/9 2/12
essentially [2]  7/10 7/12
et [1]  1/5
even [2]  4/5 6/20
evening [1]  86/18
event [1]  10/8
events [1]  63/18
eventually [1]  50/14
ever [17]  3/15 5/6 30/25
  31/24 32/19 37/1 51/1 55/1
  55/8 55/25 57/1 58/13 61/4
  61/6 61/13 63/10 63/18
Every [1]  79/22
everybody [5]  23/17 36/21
  40/12 73/7 76/1
everybody's [1]  86/14
everyone [3]  3/3 40/14 77/6
everything [2]  54/16 65/1
evidence [19]  4/22 7/20 9/19
  10/6 11/10 15/2 15/6 31/13
  32/2 49/7 54/18 57/17 59/14
  59/20 68/7 68/16 68/21 73/13
  87/8
exactly [5]  4/12 6/15 8/4 9/7
  31/8
EXAMINATION [1]  18/11
examine [1]  5/1
examples [3]  42/10 56/2 63/20
exception [1]  9/4
exchange [2]  19/13 24/20
exclude [2]  3/17 10/8
excuse [2]  72/16 86/24
excused [4]  72/18 86/21 86/23
  87/4
excusing [2]  72/13 86/20
executed [2]  80/2 80/13
Exhibit [43]  21/10 21/23
  23/19 25/5 25/13 27/2 29/1
  29/19 30/9 32/3 35/9 36/3
  37/7 38/13 38/20 39/21 40/16
  42/13 43/4 43/18 44/6 44/23
  46/10 47/9 52/15 54/17 57/16
  60/7 61/23 63/1 65/19 66/4
  67/20 68/3 68/6 68/15 68/20
  77/21 82/3 82/11 83/11 84/21
  85/1
Exhibit IND-94 [1]  25/13
exhibits [1]  33/24
expect [1]  24/23
explain [5]  51/3 55/3 63/12

78/20 79/17
extremely [1]  15/23

## F

fact [5]  6/23 13/3 13/5 13/7
  49/7
fail [1]  84/6
failed [1]  84/2
familiar [4]  9/15 32/14 32/16
  33/21
familiarity [1]  58/22
family [2]  23/7 66/16
far [8]  20/8 34/18 38/17
  45/16 53/7 59/5 59/6 62/16
Fat [1]  41/6
Fat Tony [1]  41/6
Fats [2]  64/10 64/10
fault [1]  21/20
fax [2]  79/2 79/23
FCRR [2]  1/23 87/17
fearful [2]  15/18 15/23
February [10]  4/8 5/12 12/12
  13/1 13/1 21/18 21/20 23/24
  25/1 26/2
February 14th [2]  12/12 13/1
February 16th [1]  13/1
February 24th [1]  5/12
Federal [2]  1/24 87/19
feel [1]  75/4
felt [1]  13/7
females [1]  24/10
few [3]  33/24 61/19 83/10
field [2]  46/6 48/4
figure [1]  67/18
figured [2]  26/12 84/13
figuring [1]  67/17
file [3]  57/17 68/7 68/16
filing [1]  7/9
finally [1]  35/9
find [1]  5/21
fine [1]  31/17
finer [1]  4/6
finger [1]  39/3
finished [1]  56/6
finishing [1]  86/11
first [15]  18/8 22/8 22/11
  23/2 26/15 34/1 52/11 52/13
  52/17 70/10 72/23 74/16 83/5
  83/12 83/24
Fish [11]  66/10 66/11 66/12
  66/17 66/18 67/3 67/10 67/11
  67/13 67/22 68/19
flag [1]  9/22
Floor [1]  1/24
following [1]  51/7
food [3]  26/9 26/10 26/20
foot [2]  47/21 47/22
foregoing [1]  87/14
forehead [1]  66/2
Forest [10]  36/25 41/15 41/19
  42/21 43/12 44/14 45/24 50/19
  61/1 62/6
Forest Park [10]  36/25 41/15
  41/19 42/21 43/12 44/14 45/24
  50/19 61/1 62/6
format [1]  59/3
formed [2]  35/18 35/19
formerly [1]  21/4
formulate [1]  67/12

**F**

forth [1]  12/21
foster [1]  23/9
found [3]  80/10 81/3 81/6
foundation [1]  57/22
four [1]  79/1
Fourth [1]  6/1
Fourth Circuit [1]  6/1
frame [2]  21/17 29/11
Frazier [10]  2/11 3/10 4/9
  5/10 5/17 6/13 6/21 8/2 8/4
  8/5
Frazier's [1]  3/16
freely [1]  79/5
friend [1]  39/18
front [14]  13/2 38/18 39/2
  53/18 56/5 56/24 56/25 63/22
  64/14 65/16 81/3 81/6 81/7
  84/17
fronted [1]  60/6
fugitive [3]  7/25 8/2 8/3
full [1]  18/7
further [3]  9/12 17/20 47/4
furtherance [9]  3/19 4/21
  5/16 6/5 7/6 7/18 7/21 8/11
  9/3
future [2]  75/19 76/11

**G**

G-R-E-E-R [1]  18/9
G-Rock [5]  10/10 10/23 11/22
  11/24 11/25
gallery [23]  72/16 72/23 73/6
  73/11 73/20 73/21 73/22 74/1
  74/7 74/11 74/14 74/16 74/24
  75/2 75/11 75/19 76/4 76/8
  76/13 76/23 77/6 77/9 86/24
games [1]  61/20
gang [27]  5/17 5/20 9/18
  22/19 22/21 29/14 30/1 30/3
  30/25 31/7 31/8 31/15 36/10
  37/23 37/25 40/23 41/1 48/11
  61/14 63/14 63/16 66/14 67/2
  67/15 67/17 71/12 75/24
gangs [2]  63/15 67/16
gas [15]  33/16 36/25 41/9
  41/13 41/14 45/24 46/7 46/8
  46/12 46/24 54/10 54/14 71/10
  71/11 71/11
gather [1]  73/1
gave [4]  26/10 56/4 56/8 65/5
general [1]  58/23
generally [3]  3/23 13/12
  30/16
gentlemen [2]  17/25 77/5
gesture [1]  75/7
get [38]  3/21 12/4 13/6 13/7
  13/9 13/24 14/1 14/2 14/21
  15/12 15/13 16/14 16/17 17/21
  19/13 20/10 22/12 26/9 26/15
  27/18 30/18 38/2 38/10 45/19
  50/21 50/22 50/24 50/24 63/22
  65/7 65/7 72/10 74/13 78/4
  79/4 83/8 84/9 85/13
gettin' [1]  53/10
getting [2]  15/25 53/11
girl [2]  25/3 69/21
girlfriend [1]  65/6

give [12]  42/10 55/22 56/2
  56/5 56/5 56/8 56/14 56/15
  56/20 57/14 58/5 70/2
Glizzy [2]  68/12 68/13
go [27]  5/23 12/2 15/9 15/17
  16/12 16/12 16/17 18/15 18/17
  20/8 22/25 24/11 25/18 51/17
  52/12 53/13 55/6 55/6 55/7
  55/8 59/11 62/14 73/19 76/22
  79/7 79/19 79/21
goes [2]  4/23 73/20
going [69]  3/7 3/13 4/1 7/15
  14/18 15/20 15/24 21/10 23/19
  24/9 25/5 25/12 27/2 29/19
  30/9 31/11 32/2 32/9 33/23
  36/3 37/7 38/13 38/20 39/21
  40/16 42/13 43/4 43/18 44/6
  44/23 46/10 47/9 47/20 49/25
  52/11 52/15 54/17 54/20 57/16
  58/19 59/22 60/7 61/23 62/14
  65/17 65/19 66/3 67/20 68/3
  68/6 68/15 68/20 68/22 70/5
  70/9 70/25 71/13 71/22 73/24
  79/10 82/3 83/10 83/12 83/21
  84/16 85/15 85/17 86/3 86/17
goings [1]  6/24
goings-on [1]  6/24
Gold [1]  18/18
golds [4]  40/22 40/23 40/24
  40/24
gone [1]  41/9
gonna [1]  84/17
good [5]  3/3 17/16 17/25
  18/13 72/10
got [37]  8/11 8/20 26/17
  26/23 27/18 29/9 29/25 30/18
  34/18 35/20 35/21 37/17 37/17
  38/2 38/2 38/11 38/11 38/25
  40/6 40/22 40/23 48/14 50/23
  51/4 52/7 52/7 55/12 55/20
  56/10 57/5 57/8 64/20 66/2
  79/24 80/10 81/4 81/5
gotta [1]  84/13
gotten [1]  72/24
Government [14]  4/24 12/25
  12/25 13/8 13/20 15/3 15/6
  15/11 17/1 18/2 19/9 19/12
  58/17 75/18
Government's [46]  14/10 18/4
  21/10 21/23 23/19 25/5 25/13
  27/2 29/1 29/19 30/9 32/3
  35/9 36/3 37/7 38/13 38/20
  39/21 40/16 42/13 43/4 43/18
  44/6 44/23 46/10 47/9 52/15
  54/17 57/16 60/7 61/23 63/1
  65/19 66/4 67/20 68/3 68/6
  68/15 68/20 77/21 82/3 82/11
  83/11 84/21 85/1 87/8
Government's Exhibit [1]
  68/20
Government's Exhibit 11-A [1]
  35/9
Government's Exhibit CELL-15A
  [1]  52/15
Government's Exhibit F-6-A [1]
  82/3
Government's Exhibit F-8-A [1]
  82/11
Government's Exhibit GP-4-A
  [1]  32/3

Government's Exhibit GP-5-A
  [1]  38/20
Government's Exhibit IC-2 [1]
  57/16
Government's Exhibit IC-26 [1]
  68/15
Government's Exhibit IC-28 [1]
  23/19
Government's Exhibit IC-67 [1]
  68/6
Government's Exhibit IND-1 [1]
  63/1
Government's Exhibit IND-10
  [1]  43/4
Government's Exhibit IND-19
  [1]  60/7
Government's Exhibit IND-2 [1]
  40/16
Government's Exhibit IND-21
  [1]  43/18
Government's Exhibit IND-26
  [1]  77/21
Government's Exhibit IND-3 [1]
  21/23
Government's Exhibit IND-32
  [1]  44/6
Government's Exhibit IND-35
  [1]  44/23
Government's Exhibit IND-43
  [1]  61/23
Government's Exhibit IND-47
  [1]  29/1
Government's Exhibit IND-5 [1]
  25/5
Government's Exhibit IND-51
  [1]  30/9
Government's Exhibit IND-53
  [1]  29/19
Government's Exhibit IND-56
  [1]  67/20
Government's Exhibit IND-58
  [1]  65/19
Government's Exhibit IND-60
  [1]  42/13
Government's Exhibit IND-7 [1]
  39/21
Government's Exhibit IND-70
  [1]  68/3
Government's Exhibit IND-8 [1]
  27/2
Government's Exhibit IND-81
  [2]  36/3 84/21
Government's Exhibit IND-90
  [1]  66/4
Government's Exhibit IND-91
  [1]  85/1
Government's Exhibit IND-96
  [1]  37/7
Government's Exhibit JAIL-1
  [1]  83/11
Government's Exhibit MAP-23
  [1]  46/10
Government's Exhibit MAP-27
  [1]  21/10
Government's Exhibit MAP-34
  [1]  47/9
Government's Exhibit SM-34 [1]
  47/9
GP [13]  32/3 33/24 33/24

Case 1:16-cr-00267-LKG Document 1361 Filed 11/21/19 Page 94 of 104

## G

GP... [10]  33/24 33/25 33/25 33/25 34/1 34/7 34/9 34/10 35/7 38/20
GP-1-A [2]  33/24 34/1
GP-11-A [2]  33/24 34/9
GP-12-B [3]  33/24 34/7 34/10
GP-13-A [1]  33/25
GP-16-A [1]  33/25
GP-18 [2]  33/25 35/7
graduated [1]  20/9
grams [2]  56/16 56/17
grand [5]  3/9 3/10 8/16 13/2 17/7
grand jury [5]  3/9 3/10 8/16 13/2 17/7
great [1]  76/3
Greer [46]  3/8 3/21 4/7 4/9 5/2 5/6 5/14 5/17 6/11 6/21 8/2 8/4 8/6 8/19 9/15 10/9 10/11 10/16 10/19 10/19 11/12 11/25 12/11 12/24 13/23 14/2 14/11 15/8 15/9 15/9 17/11 17/21 18/2 18/4 18/9 18/13 20/2 31/24 54/24 60/2 68/24 75/6 77/21 83/24 85/21 87/10
Greer's [2]  3/7 14/25
grew [1]  66/18
grow [2]  20/4 23/9
Guerilla [1]  66/16
guess [4]  14/22 58/19 75/13 78/13
guilt [1]  13/13
guilty [2]  18/23 19/8
gun [14]  3/11 3/15 4/10 5/9 7/3 8/7 8/12 8/21 8/23 10/15 68/12 81/23 82/4 82/12
guns [24]  5/7 6/3 47/25 48/2 48/3 48/7 48/8 48/9 61/4 61/5 61/6 61/13 81/3 81/6 81/9 81/15 81/17 81/18 81/20 81/22 82/1 82/8 82/16 83/6
Gutta [104]
Gutta' [8]  25/9 32/13 34/5 34/8 35/8 35/11 67/8 78/2
Gutta's [16]  26/1 27/5 27/19 28/19 30/25 32/14 33/21 35/2 35/6 35/13 39/18 50/5 69/25 70/1 80/1 81/24
guys [1]  62/21
Gwynn [9]  40/9 40/11 41/20 44/1 50/19 51/5 51/8 53/8 53/13
Gwynn Oak [9]  40/9 40/11 41/20 44/1 50/19 51/5 51/8 53/8 53/13

## H

habit [1]  37/21
had [36]  3/14 5/8 5/13 6/11 6/21 7/12 8/1 12/14 15/22 23/6 24/4 26/7 26/9 27/13 32/21 32/23 36/9 36/22 36/22 37/19 41/9 41/13 42/5 51/11 55/12 55/22 57/8 65/4 65/5 78/4 79/15 79/23 80/10 81/20 84/17 86/14
hadn't [1]  11/16

half [2]  27/25 51/12
hallway [1]  86/11 87/3
hand [2]  18/3 33/6
handcuffs [1]  81/2
handgun [1]  82/7
handing [3]  12/16 12/17 33/25
hands [1]  30/21
handshake [7]  25/24 30/20 36/9 38/6 38/6 38/8 63/7
handshakes [5]  25/23 29/25 30/19 60/19 78/3
handwriting [24]  9/16 9/20 16/2 16/5 32/10 32/12 32/13 32/14 33/22 34/2 34/4 34/5 34/8 34/11 34/14 34/21 34/24 35/1 35/3 35/5 35/7 35/8 35/10 35/11
handwritten [2]  33/1 33/2
hang [1]  66/17
hangin' [1]  72/4
hanging [1]  66/9
happen [5]  20/20 23/25 45/17 56/9 76/2
happened [15]  6/12 24/2 24/6 26/6 26/22 52/1 52/4 55/20 56/10 64/14 64/25 65/8 69/16 80/17 81/2
happens [2]  19/19 75/1
happy [1]  74/14
hard [3]  39/11 47/14 67/16
Harry [1]  2/7
Harry Trainor [1]  2/7
has [13]  10/19 15/6 15/10 16/1 31/12 54/18 57/17 59/20 68/7 68/16 68/21 72/23 72/24
hasn't [3]  9/18 11/6 31/15
hat [1]  39/1
have [57]  4/16 4/25 5/1 7/22 9/13 10/2 10/4 10/19 11/13 14/4 16/3 16/8 16/11 16/25 17/2 17/5 17/6 17/7 17/9 17/15 18/25 19/21 23/7 30/3 30/18 33/6 37/5 41/5 43/2 43/9 46/18 53/1 53/4 53/21 54/5 55/16 56/5 56/6 59/6 59/14 59/22 61/22 66/24 67/16 67/16 73/2 73/3 73/24 73/24 75/6 75/17 77/16 78/8 78/17 79/19 82/16 86/13
having [2]  34/15 37/22
Hazlehurst [5]  2/9 3/4 3/5 7/5 14/8
Hazlehurst's [1]  6/6
he [264]
he'll [8]  56/3 63/13 63/13 63/13 63/13 63/15 70/2 86/11
he's [20]  8/11 14/5 16/4 16/21 35/17 35/17 40/10 44/10 44/10 58/19 61/18 62/24 62/24 62/24 62/25 78/2 78/2 78/3 81/7 81/18
head [1]  8/9
headquarters [1]  53/9
hear [18]  3/22 12/10 28/5 39/11 61/13 61/16 62/17 70/10 70/13 70/20 71/5 71/25 72/4 72/6 83/24 84/2 84/24 85/21
heard [8]  35/25 43/9 53/4 53/21 64/12 66/24 77/10 78/3

hearing [1]  76/3
hearsay [4]  5/1 9/5 15/21 15/25
heartbeat [2]  71/25 72/2
height [1]  10/16
Heights [9]  40/9 40/10 41/19 44/1 50/19 51/5 51/8 53/8 53/13
help [7]  24/23 28/2 28/2 55/1 57/11 84/9 84/16
helped [1]  28/10
helpful [2]  73/16 73/23
her [4]  25/4 55/4 55/5 55/8
here [21]  14/2 16/21 21/13 22/5 23/20 38/14 38/21 39/15 39/24 42/16 45/12 46/11 46/19 46/20 57/19 58/18 68/18 73/2 76/4 76/21 77/7
here's [1]  17/11
hereby [1]  87/13
heroin [15]  36/17 37/1 37/5 37/13 37/19 37/22 37/22 41/4 41/7 41/16 41/25 44/3 50/17 85/12 85/14
high [3]  20/9 39/19 66/12
high-ranking [2]  39/19 66/12
highlighting [1]  75/18
highway [1]  33/17
him [87]  3/10 3/13 3/14 4/10 5/6 5/8 5/19 8/19 9/17 9/19 10/11 10/13 10/16 11/4 11/9 11/16 11/17 13/16 13/21 14/4 15/12 15/19 15/22 15/23 22/5 22/7 22/11 22/13 22/15 23/11 24/21 24/23 27/15 28/2 28/2 28/10 31/11 32/15 32/17 36/9 36/21 37/5 37/22 38/17 39/24 40/13 40/14 42/16 43/3 45/6 45/7 50/12 50/14 50/24 50/24 56/6 56/20 56/24 58/5 59/22 60/12 60/19 60/21 61/5 61/5 61/6 61/21 61/17 63/7 63/7 65/1 66/10 67/8 70/13 70/24 70/25 71/9 72/4 75/25 78/2 78/22 79/4 79/20 81/13 84/5 84/7 84/17
himself [1]  78/4
hire [1]  67/19
his [60]  5/18 10/19 10/20 11/16 12/2 12/24 13/4 13/12 15/14 15/15 15/16 15/18 15/23 16/7 16/17 16/20 16/20 16/21 24/21 24/23 25/3 28/2 28/2 28/4 28/9 28/10 28/10 30/1 30/5 32/17 35/16 36/10 36/14 37/13 37/21 40/5 40/7 40/10 50/23 51/6 51/8 54/8 57/25 58/2 58/6 58/8 58/21 59/9 60/19 62/21 63/14 63/16 66/2 67/5 75/24 79/4 81/23 81/24 82/23 83/1
hit [5]  15/22 16/2 16/6 16/6 16/17
hit letter [2]  16/2 16/6
Hoffman [7]  1/15 3/12 5/4 1/19 49/8 77/18 86/4
hold [1]  48/9
holdin' [1]  65/15
holding [1]  68/11

**H**

hole [6]   53/3 53/4 53/6 53/13
53/20 54/1
Hollywood [5]   38/25 39/4
39/17 39/17 39/18
home [1]   41/13
homeless [1]   24/7
Homie [1]   83/6
honest [1]   19/16
Honor [37]   3/5 3/7 3/22 7/7
7/23 8/15 9/2 9/12 10/3 11/11
11/12 12/6 13/15 14/7 14/17
14/19 14/20 14/23 16/15 16/23
17/3 31/3 49/1 49/13 57/21
58/12 58/14 58/17 59/5 59/18
66/19 74/4 74/18 76/7 76/16
76/17 79/12
HONORABLE [1]   1/11
Hop [2]   45/2 45/3
hopefully [1]   76/14
hoping [1]   19/17
hospital [1]   65/17
hours [1]   80/25
house [58]   24/9 24/9 24/22
26/1 26/8 26/18 26/18 26/23
27/19 28/9 28/19 31/1 31/14
31/18 31/25 32/19 35/12 37/13
37/14 51/5 51/8 51/10 52/9
52/10 52/12 52/14 52/23 53/7
53/16 53/18 53/20 53/21 53/23
53/24 54/1 54/5 54/8 55/13
67/8 78/2 78/6 78/17 78/22
79/5 80/1 80/12 80/15 80/19
80/23 80/24 80/24 80/25 81/3
81/5 81/8 82/23 82/24 84/14
houses [1]   54/3
housing [4]   47/5 47/7 47/10
47/11
how [44]   13/9 15/24 18/14
20/2 20/8 22/9 25/22 26/1
27/24 29/6 29/24 30/16 33/15
33/16 35/18 35/19 35/20 35/21
36/8 36/14 36/20 37/16 37/21
40/21 48/5 48/13 56/15 56/17
57/13 58/4 60/18 63/6 63/25
64/1 64/3 66/1 66/9 66/17
67/7 78/1 81/17 82/25 84/16
86/4
hundred [2]   52/5 52/6
hundred-dollar [1]   52/5 52/6
hung [1]   33/9
Hurtin' [1]   33/18

**I**

I'd [6]   12/13 14/24 50/22
73/5 86/13 87/1
I'll [9]   14/19 17/3 38/21
58/5 70/20 74/6 76/4 78/25
85/20
I'm [82]   3/24 7/23 10/2 12/13
14/17 15/4 21/10 21/23 23/19
25/5 25/12 26/12 26/13 26/13
27/2 29/1 29/19 30/9 32/2
32/9 33/4 33/23 34/9 34/15
34/15 34/16 36/3 37/7 38/13
38/19 38/20 39/21 40/16 42/13
43/4 43/18 44/6 44/23 46/10
47/9 52/15 54/17 54/20 57/16

57/16 60/7 61/23 62/14 62/17
65/1 65/19 66/3 67/20 68/3
68/6 68/15 68/20 68/22 70/5
70/9 71/13 71/22 73/16 73/24
74/14 74/15 75/14 75/17 76/3
81/9 81/14 82/3 82/11 83/10
83/12 83/15 83/21 84/15 85/1
85/15 85/17 86/3
I've [10]   3/12 45/6 50/24
50/24 55/10 61/5 64/12 78/3
79/19 79/22
IC [6]   23/19 57/16 58/12
58/19 68/6 68/15
IC-2 [2]   58/12 58/19
iCloud [3]   57/18 68/8 68/17
identification [5]   9/17 31/11
33/23 75/10 75/24
identified [1]   31/15
identify [1]   22/7
identifying [1]   59/12
image [1]   21/11
immediately [2]   50/13 76/25
impeachment [1]   17/13
important [3]   45/21 58/10
77/9
improved [2]   12/25 13/1
inadmissible [1]   12/1
inappropriate [1]   58/20
incarcerated [3]   8/5 18/19
56/11
incident [5]   26/4 27/19 64/3
64/20 74/23
inconsistent [1]   11/6
IND [26]   21/23 25/5 25/13
27/2 29/1 29/19 30/9 36/3
37/7 39/21 40/16 42/13 43/4
43/18 44/6 44/23 60/7 61/23
63/1 65/19 66/4 67/20 68/3
77/21 84/21 85/1
independent [1]   16/4
INDEX [1]   87/8
indicating [22]   22/8 39/4
39/5 39/6 39/7 39/8 39/9
39/10 39/12 39/15 39/16 40/2
42/19 44/10 46/20 46/21 52/21
52/21 52/25 52/25 69/8 71/19
indictment [8]   6/8 6/10 6/18
7/8 7/9 7/25 10/23 64/17
influence [1]   74/15
influenced [1]   74/12
information [2]   10/5 17/13
instruction [1]   74/5
intend [2]   5/5 15/18
intends [1]   15/3
intercepted [1]   54/19
interested [1]   23/2
interruptions [1]   79/24
investigative [1]   11/8
invite [1]   76/8
involved [2]   10/12 13/6
involvement [2]   11/5 19/16
is [125]
isn't [1]   7/5
issue [13]   3/4 3/20 5/2 9/11
10/2 10/4 14/8 14/10 14/18
14/24 16/23 76/22 86/13
issues [2]   9/13 75/11
it [189]
it's [56]   3/23 10/14 10/15

10/23 10/24 11/3 11/3 12/3
13/23 16/19 16/19 16/20 17/10
27/17 32/7 34/5 34/8 46/17
46/21 47/4 47/4 47/4 47/5
47/14 51/12 51/24 53/16 53/16
53/16 53/16 53/17 53/17 53/24
53/24 56/25 58/19 59/6 59/15
59/21 60/19 61/7 63/21 66/14
67/2 67/2 67/2 67/2 67/18
67/19 69/12 75/20 75/23 77/7
84/13 85/16 86/5
its [1]   4/25
itself [1]   4/23

**J**

J-18 [1]   83/12
J-19 [1]   85/15
J-Rock [3]   62/2 62/3 62/24
jail [17]   6/13 6/23 9/17 9/21
15/17 16/12 68/21 68/22 68/23
82/20 82/22 83/1 83/4 83/11
83/13 83/13 85/16
jail call [4]   68/23 83/13
83/13 85/16
jail calls [1]   83/4
JAIL-1 [1]   68/21
Jamal [2]   1/6
Jamal Lockley [1]   2/6
January [1]   5/11
January 25th [1]   5/11
Jay [7]   9/15 10/9 11/25 18/2
18/4 18/8 87/10
Jay Greer [6]   9/15 10/9 11/25
18/2 18/4 87/10
Jencks [1]   17/4
Jencks-related [1]   17/4
jog [1]   26/16
join [2]   29/12 29/14
joined [1]   29/7
joining [1]   23/9
Jones [1]   3/24
judge [4]   1/11 19/24 19/25
20/1
Judge Blake [1]   20/1
judgment [1]   20/23
Julio [6]   29/3 29/4 29/18
29/18 38/17 65/15
July [3]   68/25 79/25 83/20
July 21st [1]   68/25
July 3rd [1]   79/25
July 4th [1]   83/20
June [2]   6/10 7/10
June 1st [1]   6/10
jurors [2]   73/21 73/21
jury [31]   1/11 3/9 3/10 8/16
9/20 9/24 13/2 14/1 14/21
17/7 17/21 17/24 72/14 72/15
72/21 73/10 73/19 73/25 73/25
74/11 74/12 74/15 74/15 75/3
75/12 75/14 76/9 77/6 77/17
86/20 86/21
just [37]   8/15 14/17 14/19
15/14 16/23 24/9 26/18 31/10
31/11 31/21 46/13 49/25 50/6
51/24 55/12 57/24 58/19 59/6
63/13 67/19 72/3 73/6 73/22
73/25 74/6 74/20 76/1 76/12
77/6 79/23 80/19 81/9 81/11
86/8 86/13 87/1 87/3

## K

keep [9]  17/18 57/11 58/2 58/10 58/24 59/4 61/17 61/17 79/23
Kenny [6]  50/25 84/24 85/3 85/4 85/13 85/14
Kenny' [1]  65/6
kept [9]  58/7 58/8 59/13 60/5 80/23 81/11 81/12 81/13 83/8
key [7]  65/4 65/5 65/5 65/6 81/4 81/4 81/5
kids [1]  62/20
killed [1]  45/19
kind [6]  33/3 36/16 39/11 74/2 74/23 76/14
kitchen [2]  51/15 51/17
knew [2]  3/15 67/24
know [67]  4/12 5/6 5/15 5/18 10/6 12/23 14/12 15/11 16/15 22/13 22/15 25/22 26/12 26/13 27/25 29/6 29/24 33/4 35/19 36/8 36/20 38/10 38/11 38/12 40/21 45/4 48/5 48/13 50/23 52/7 52/8 52/17 53/16 56/18 58/7 58/18 59/6 60/18 61/6 61/17 61/18 61/18 62/12 62/20 62/21 62/24 63/6 63/14 64/12 64/15 65/1 66/1 66/15 70/2 70/14 71/5 72/3 73/3 73/18 74/13 74/14 76/21 78/1 81/11 81/15 81/17 83/7
knowledge [7]  3/14 3/16 4/25 15/11 16/4 67/5 79/13
known [1]  10/10
knows [2]  5/7 59/1

## L

labels [1]  34/15
ladies [2]  17/25 77/5
lady [1]  79/21
laid [1]  57/22
landmarks [1]  46/4
language [1]  7/8
large [1]  51/1
Lashley [1]  3/24
last [6]  4/13 4/14 7/14 18/8 28/7 52/13
later [1]  28/1
laughing [1]  74/24
Lauren [1]  1/16
Lauren Perry [1]  1/16
law [4]  6/1 20/10 67/16 70/19
law enforcement [2]  67/16 70/19
lawyer [1]  11/16
laying [1]  31/14
leader [1]  35/17
leaders [1]  67/15
leading [4]  27/7 27/9 31/3 35/23
leads [2]  46/19 53/17
learn [18]  22/18 30/22 35/13 35/18 35/20 35/21 35/22 37/16 38/8 39/19 63/22 63/25 64/1 64/3 67/7 80/4 80/6 80/8
learned [2]  23/2 67/13
least [3]  8/16 56/19 72/24
leave [7]  26/4 53/12 55/5

74/8 77/14 79/2 86/15
leavin' [1]  77/4
leaving [2]  74/1 82/23
led [3]  37/22 80/4 80/8
left [5]  27/20 38/17 38/17 72/15 82/23
let [4]  14/12 66/21 73/19 76/22
letter [16]  11/12 11/15 12/1 12/11 12/13 12/14 13/19 15/7 15/9 15/10 15/21 16/2 16/6 16/8 30/18 30/19
letters [2]  9/17 9/22
lettin' [1]  65/1
Liberty [9]  40/9 40/10 41/19 44/1 50/19 51/5 51/8 53/8 53/13
Liberty Heights [9]  40/9 40/10 41/19 44/1 50/19 51/5 51/8 53/8 53/13
life [3]  16/7 16/17 63/18
lightning [1]  38/2
like [83]  11/14 14/24 18/1 26/3 27/17 27/25 30/21 32/21 32/21 32/22 32/22 32/23 33/4 33/4 33/5 33/5 33/7 33/10 33/11 36/1 37/17 38/11 40/6 40/7 40/22 42/4 42/5 46/7 46/7 46/8 46/17 46/20 46/21 47/4 47/19 49/8 51/11 51/15 51/22 51/24 51/24 51/25 53/12 53/12 53/15 53/17 53/17 53/18 53/18 56/3 56/4 56/4 57/20 57/20 58/25 60/4 60/4 61/20 61/20 62/16 64/5 64/13 64/13 64/23 67/2 67/2 67/19 72/4 74/5 74/22 74/23 77/6 77/11 77/18 78/23 79/1 79/19 80/25 81/1 82/7 84/13 86/13 87/1
liked [2]  28/3 28/9
likely [1]  45/19
Lil [3]  43/2 43/6 62/25
Lil Charlie [2]  43/2 43/6
Lil Mal [1]  62/25
Limited [1]  49/2
lines [2]  11/21 73/10
listen [3]  21/7 23/22 77/12
Listen To Me Now Studio [1]  23/22
Listen To Me Now Studios [1]  21/7
listening [1]  75/6
little [10]  17/10 20/9 30/20 32/21 32/22 46/7 52/25 55/13 73/19 79/17
live [6]  24/11 24/18 24/22 27/21 28/23 29/8
lived [1]  24/24
living [14]  24/4 24/6 24/13 24/14 25/1 25/3 28/14 28/23 29/11 30/22 32/15 51/15 78/5 84/15
located [1]  21/8
location [4]  48/21 52/22 53/3 54/5
locations [3]  17/17 47/3 47/24
locked [10]  8/18 8/20 37/17 37/18 48/15 48/25 55/12 57/5

57/5 84/13
Lockley [1]  2/6
Lombard [1]  1/24
long [4]  3/11 4/10 26/1 86/4
look [9]  12/23 34/1 34/6 34/7 34/13 53/15 57/20 58/25 76/18
looked [2]  54/12 62/16
looking [8]  4/13 21/13 23/20 38/14 46/11 46/12 57/19 68/18
lost [1]  65/5
lot [9]  36/18 37/21 37/21 38/10 47/6 47/19 47/22 51/24 75/10
louder [1]  15/5
lying [2]  31/18 31/24
lyrics [1]  32/17

## M

M's [5]  30/21 36/9 48/17 60/20 60/21
ma'am [1]  77/1
made [8]  3/9 4/16 11/6 15/22 26/16 41/21 46/25 58/6
Mafia [4]  22/24 35/13 71/7 71/12
main [3]  41/18 41/21 54/9
majority [2]  43/15 43/16
make [12]  3/20 30/21 36/14 36/18 48/6 48/8 55/6 55/19 57/14 76/2 78/21 79/6
makes [2]  4/20 86/10
makin' [1]  83/8
making [2]  3/24 59/11
Mal [1]  62/25
man [3]  36/11 36/12 70/2
many [1]  76/21
map [5]  21/10 46/10 47/9 47/11 54/11
MAP-22 [1]  54/11
March [1]  1/8
marijuana [2]  41/25 85/12
markedly [1]  13/1
marshals [1]  14/4
mart [2]  46/7 46/13
MARYLAND [4]  1/1 1/9 1/25 20/5
master [2]  21/3 28/10
mastered [1]  28/4
mastering [1]  24/20
matter [3]  7/18 58/24 87/15
may [16]  3/4 4/16 5/23 11/11 14/7 31/4 58/12 58/14 73/11 73/11 73/14 74/8 75/15 76/20 76/20 77/13
Maybach [1]  38/2
maybe [6]  12/13 21/20 26/3 73/21 76/1 76/11
me [66]  11/19 11/20 13/13 13/14 13/19 14/12 19/13 21/7 23/21 23/22 24/20 26/10 26/11 26/12 26/13 26/15 26/16 26/19 26/24 28/1 28/2 28/8 28/9 29/7 37/18 37/20 39/16 48/6 48/9 49/3 50/17 51/4 51/17 52/6 54/25 56/3 56/3 57/7 57/14 58/5 62/16 64/25 65/5 65/9 65/14 65/16 66/21 69/4 70/2 72/23 73/9 74/16 75/21 76/5 79/22 80/18 80/19 81/7

Case 1:16-cr-00267-LKG Document 1361 Filed 11/21/19 Page 97 of 104

**M**

me... [8]  81/8 81/8 81/10
  81/10 81/13 81/18 83/5 84/1
mean [27]  5/23 6/4 13/10 16/4
  17/10 38/11 41/13 48/19 51/6
  51/16 51/18 52/11 59/6 61/21
  64/24 70/18 70/23 70/23 70/24
  71/9 72/2 72/3 75/1 75/23
  82/7 84/5 84/12
meaning [1]  81/24
means [2]  48/20 70/19
meant [2]  26/20 83/7
meet [3]  22/9 22/11 48/20
meetings [1]  48/11
member [24]  5/17 6/2 25/10
  25/16 25/22 29/4 29/6 29/22
  30/12 30/17 36/6 42/2 44/17
  45/3 45/4 60/16 65/24 66/7
  66/8 66/12 70/17 73/11 75/24
  77/24
members [26]  5/20 6/24 23/13
  27/18 37/1 38/10 39/19 41/16
  41/21 41/24 42/7 42/11 42/24
  43/14 44/19 47/1 47/24 48/20
  61/13 62/19 62/15 64/7 64/20
  66/9 72/8 73/21
Menace [7]  65/9 65/10 65/12
  65/14 65/15 65/21 65/22
mentioned [12]  25/12 33/21
  37/23 37/25 38/5 39/17 46/14
  47/10 56/8 66/3 73/3 84/24
message [11]  48/14 49/4 49/12
  49/15 49/19 49/20 49/21 49/22
  49/24 50/4 79/2
messages [4]  48/24 49/15
  49/16 50/7
mic [2]  15/4 28/7
microphone [2]  18/6 46/18
Microsoft [1]  78/25
Microsoft Word [1]  78/25
middle [2]  38/18 76/6
midnight [1]  78/23
might [4]  5/8 53/25 73/2
  74/22
Mill [10]  41/15 41/19 42/21
  44/14 45/24 45/25 50/19 61/1
  62/6 85/9
mind [2]  16/20 68/24
mini [2]  46/7 46/13
mini-mart [2]  46/7 46/13
minute [5]  62/14 83/21 85/17
  86/8 87/3
minutes [5]  70/5 71/14 71/14
  71/22 86/5
Mirage [3]  63/22 63/23 64/3
missed [1]  14/14
missin' [1]  64/24
missing [1]  65/3
mix [1]  21/3
mixed [2]  28/3 28/10
mixing [1]  24/20
MMP [60]  22/22 22/23 23/3
  23/13 25/10 25/16 25/22 25/24
  29/4 29/6 29/12 29/15 29/22
  30/12 30/17 30/22 35/18 36/6
  37/1 37/24 38/5 38/10 39/19
  40/3 40/19 41/16 41/21 41/24
  42/2 42/7 42/24 43/14 44/17

44/19 45/3 45/4 45/8 45/21
  46/22 47/1 47/24 48/11 48/20
  54/3 55/23 60/16 62/3 62/9
  62/15 63/4 63/10 64/7 64/20
  65/24 66/7 66/9 70/17 72/8
  77/24 85/4
MMP's [7]  41/18 42/3 43/23
  44/11 45/5 45/18 60/23
Mob [1]  23/1
mobsters [2]  23/1 33/10
moment [1]  60/2
money [20]  23/6 36/11 36/12
  36/14 36/18 36/22 36/22 41/21
  45/18 46/25 55/6 55/9 55/17
  55/20 55/23 56/5 57/1 60/5
  70/21 70/25
monitored [2]  78/10 78/12
Montana [1]  18/18
Montana Gold [1]  18/18
month [3]  23/25 27/25 27/25
months [2]  19/3 19/4
Moogie [1]  39/9
more [7]  12/3 14/13 30/22
  45/21 59/8 72/24 79/17
morning [3]  16/24 55/4 87/5
most [3]  45/19 45/21 62/20
mostly [2]  47/21 62/20
mother [1]  25/3
mouth [1]  40/23
move [6]  3/17 10/8 17/18
  49/16 50/8 79/5
moved [4]  10/21 25/2 29/9
  50/11
moves [1]  58/6
movie [1]  33/5
Mr. [75]  3/4 3/7 3/8 3/10
  3/10 3/15 3/16 3/21 4/7 4/9
  4/9 4/10 4/13 4/14 4/21 4/22
  5/2 5/6 5/6 5/14 5/17 6/6
  6/11 6/13 6/21 6/21 7/5 7/14
  7/19 7/25 8/1 8/2 8/2 8/3 8/4
  8/4 8/5 8/6 8/19 9/8 10/11
  10/16 10/18 10/19 11/12 12/11
  12/24 13/23 14/2 14/9 14/11
  14/25 15/7 15/8 15/9 15/9
  16/2 17/11 17/21 18/13 20/2
  31/24 49/4 54/24 59/10 60/2
  68/24 75/6 75/13 75/15 76/7
  76/17 77/21 83/24 85/21
Mr. Bailey [3]  15/7 49/4
  59/10
Mr. Bailey's [1]  16/2
Mr. Banks [1]  76/17
Mr. Chicken Box [1]  75/15
Mr. Davis [16]  3/10 3/15 4/10
  4/13 4/14 4/21 4/22 5/6 7/14
  7/19 7/25 8/1 8/3 9/8 14/9
  76/7
Mr. Frazier [7]  3/10 4/9 6/13
  6/21 8/2 8/4 8/5
Mr. Frazier's [1]  3/16
Mr. Greer [39]  3/8 3/21 4/7
  4/9 5/2 5/6 5/14 5/17 6/11
  6/21 8/2 8/4 8/6 8/19 10/11
  10/16 10/18 10/19 11/12 12/11
  12/24 13/23 14/2 14/11 15/8
  15/9 15/9 17/11 17/21 18/13
  20/2 31/24 54/24 60/2 68/24
  75/6 77/21 83/24 85/21

Mr. Greer's [2]  3/7 14/25
Mr. Hazlehurst [2]  3/4 7/5
Mr. Hazlehurst's [1]  6/6
Mr. Trainor [1]  75/13
Mrs. [1]  49/5
Mrs. Bailey [1]  49/5
Ms [2]  48/15 49/19
Ms. [6]  3/12 5/4 11/9 49/8
  77/18 86/4
Ms. Hoffman [6]  3/12 5/4
  11/9 49/8 77/18 86/4
much [6]  6/2 23/17 56/15
  56/17 59/12 62/20
Mugs [3]  62/25 63/3 63/4
multiple [1]  81/18
Murdaland [4]  22/24 35/13
  71/7 71/12
Murdaland Mafia [2]  71/7
  71/12
Murdaland Mafia Piru [2]
  22/24 35/13
murder [17]  10/10 10/12 10/13
  10/23 11/2 11/6 11/18 11/19
  11/24 12/1 13/6 13/7 13/11
  13/13 13/20 13/23 67/19
murder-for-hire-type [1]
  67/19
murders [4]  10/9 33/18 63/17
  67/15
music [5]  21/4 24/23 28/2
  28/10 63/8
my [17]  4/13 14/20 16/6 16/6
  19/16 19/18 19/20 19/20 21/20
  48/15 52/11 57/15 58/6 65/15
  65/16 87/2 87/2
myself [1]  5/21

**N**

name [5]  16/6 18/7 18/8 18/8
  63/15
name-drop [1]  63/15
named [2]  10/10 69/21
names [8]  18/15 18/17 22/15
  22/25 25/18 33/8 33/9 41/5
Naw [1]  79/8
near [2]  51/4 51/8
nearby [1]  73/25
need [11]  9/21 14/2 14/10
  15/4 15/5 47/16 73/7 75/22
  77/12 85/22 85/22
needed [2]  28/2 37/4
neighborhood [1]  64/6
never [4]  45/6 61/5 79/22
  79/24
new [2]  11/13 11/15
next [7]  27/20 38/18 40/2
  42/19 46/8 54/10 65/2
Nick [6]  25/3 25/12 25/15
  25/16 25/22 52/21
Nick' [1]  25/3
nickname [3]  15/14 15/15 86/1
night [5]  26/7 47/20 48/14
  51/4 53/13
nighttime [1]  53/14
no [28]  1/4 7/7 9/25 13/14
  13/22 13/22 19/22 23/8 32/16
  35/21 38/9 44/18 49/3 49/3
  52/13 56/23 57/3 57/10 57/22
  57/22 61/3 61/19 66/3 77/9

**N**

no... [4]   79/11 79/19 79/24
85/5
Nobody [1]   78/11
Nods [1]   8/9
noise [1]   74/24
Norfolk [3]   41/20 50/20 54/9
NORTHERN [1]   1/2
not [60]   3/18 7/17 7/19 7/21
8/1 9/20 9/23 10/14 10/19
10/23 10/24 11/3 11/9 11/25
13/23 14/18 15/9 15/10 16/11
17/7 17/14 42/4 49/7 50/13
53/7 54/22 56/21 56/21 57/4
57/8 58/18 59/15 59/22 64/24
69/1 69/9 69/11 69/14 70/4
70/7 71/15 71/23 73/8 73/12
73/14 73/23 74/15 75/14 75/17
75/19 75/20 75/21 76/3 76/14
76/20 77/12 83/22 85/18 86/11
87/2
note [3]   14/20 16/24 57/14
notes [2]   57/25 59/11
nothin' [3]   79/24 80/24 85/22
nothing [4]   7/15 9/12 73/13
77/11
noticed [1]   16/25
notified [1]   9/14
Notwithstanding [1]   6/22
November [1]   87/19
now [14]   7/23 17/21 21/7
21/10 23/22 47/10 75/5 75/9
76/9 76/21 84/8 84/13 84/15
86/11
number [2]   54/13 70/2
numerous [1]   23/17
Nutty [2]   29/18 30/11
Nutty B [2]   29/18 30/11

**O**

O sheet [5]   57/20 59/2 59/3
60/2 60/3
O sheets [1]   58/24
o'clock [1]   87/7
Oak [9]   40/9 40/11 41/20 44/1
50/19 51/5 51/8 53/8 53/13
object [3]   14/10 15/12 58/17
objected [1]   75/18
objection [14]   14/20 27/7
27/9 31/3 35/23 49/1 49/13
57/21 61/8 63/25 66/19 66/19
67/5 79/12
observation [1]   59/10
obviously [5]   14/12 15/21
17/3 77/7 86/11
occasions [3]   52/12 72/25
81/19
occur [1]   75/19
occurred [2]   5/24 9/7
off [8]   26/16 33/16 42/5 45/7
46/17 55/6 55/14 87/6
offense [2]   4/22 18/21
offenses [2]   18/21 18/23
offering [1]   73/16
office [3]   79/20 87/2 87/3
officer [1]   81/4
Official [1]   1/24 87/19
oh [5]   7/5 14/2 50/2 71/6

82/10
okay [28]   5/4 7/3 8/10 8/14
9/1 9/6 9/23 10/1 12/4 12/20
13/18 14/21 15/1 15/13 16/22
17/9 17/19 28/12 31/5 31/19
50/9 59/23 69/13 72/21 74/9
76/20 77/3 86/15
old [1]   20/2
once [3]   55/10 80/18 81/2
one [44]   4/1 5/18 5/23 9/14
9/15 10/2 10/9 11/12 13/16
14/24 17/3 22/3 22/8 26/7
27/18 30/14 31/12 34/9 34/10
34/12 34/17 34/18 35/11 42/18
43/7 45/20 48/14 49/15 51/4
54/13 55/8 56/8 61/19 63/21
65/2 72/22 73/6 77/9 81/23
81/23 82/8 82/14 86/3 86/4
one's [1]   85/15
ongoing [2]   6/20 6/22
only [8]   3/8 9/17 33/23 34/18
40/22 40/23 45/6 65/2
Oop [4]   39/10 39/12 39/14
39/15
Oops [1]   46/20
operate [4]   40/8 41/7 42/20
62/5
operating [1]   53/9
operation [1]   55/1
opposed [1]   75/2
opted [4]   15/17 16/12 16/14
16/17
order [3]   17/3 17/20 70/21
other [37]   4/17 5/19 6/24
6/24 9/11 9/13 9/18 13/19
18/15 22/15 22/15 22/25 23/13
25/18 32/19 37/1 37/25 39/19
41/5 41/16 44/19 46/7 47/3
49/16 50/7 52/12 54/3 61/13
62/9 62/21 63/15 72/8 72/25
73/18 74/6 81/23 87/4
others [3]   29/14 37/5 55/23
otherwise [3]   5/1 7/19 13/24
ounce [3]   56/4 56/16 57/1
ounces [1]   52/7
our [2]   10/24 11/3
out [38]   8/6 8/8 8/10 10/18
14/13 24/14 24/14 24/15 24/18
26/7 26/15 28/14 33/6 45/6
51/10 53/18 53/20 53/20 53/25
55/4 55/5 55/6 55/9 63/13 64/17
66/9 66/17 67/17 67/18 71/6
78/22 78/25 79/2 79/4 81/3
81/6 81/13 83/8 86/14
outbursts [1]   76/13
outfit [1]   38/25
outside [2]   76/12 76/25
over [11]   10/4 11/1 12/24
12/25 20/5 30/22 54/19 80/10
81/9 81/9 81/9
overhearing [1]   73/22
Overruled [3]   27/11 35/24
66/20
owe [1]   60/5
owes [1]   60/5
own [4]   40/7 57/25 58/6 58/8

**P**

p.m [7]   3/2 17/24 72/15 77/17

78/23 86/21 87/7
package [9]   19/3 65/2
packages [1]   51/1
page [10]   12/9 35/10 52/16
54/21 68/23 69/10 83/13 83/15
83/16 85/16
Page 273 [1]   54/21
Page 66 [2]   83/13 83/16
Page 69 [1]   85/16
Page 85 [1]   68/23
Page 9 [1]   52/16
paid [1]   57/8
paperwork [7]   9/18 30/25
31/8 31/10 31/16 31/18 31/24
32/7 32/10 32/19
Pardon [1]   49/3
Park [10]   36/25 41/15 41/19
42/21 43/12 44/14 45/24 50/9
61/1 62/6
parking [1]   47/6
part [9]   10/24 12/20 13/19
16/14 28/7 33/10 69/11 69/12
70/11
particular [13]   13/6 21/4
45/20 48/20 49/15 52/10 53/24
58/22 59/1 62/23 64/9 65/2
74/16
party [1]   16/11
path [1]   53/17
Paul [4]   1/18 2/9 3/5 14/8
Paul Enzinna [1]   1/18
Paul Hazlehurst [3]   2/9 3/5
14/8
pause [7]   17/23 70/9 72/17
76/24 77/4 85/20 86/25
pay [6]   42/5 55/23 56/6 57/1
84/14 84/16
paying [2]   45/18 84/9
payment [1]   56/21
people [32]   23/11 23/16 23/17
30/14 33/6 33/9 33/18 40/22
40/23 42/7 42/10 43/7 47/19
47/20 47/20 47/21 47/21 47/22
47/22 52/17 60/5 62/21 64/4
64/12 67/18 73/22 74/1 76/12
76/21 77/2 79/18 83/9
percentage [1]   42/6
perhaps [1]   75/7
period [4]   5/13 9/8 29/8
82/20
permission [1]   45/18
permitted [1]   11/4
Perry [1]   1/16
person [16]   4/13 4/14 7/14
10/14 10/15 10/18 10/20 21/24
27/5 43/12 43/19 44/24 53/25
60/8 61/24 83/9
personal [3]   4/25 15/10 59/10
personally [2]   38/10 79/18
persuaded [1]   13/21
ph [1]   69/21
phone [11]   48/15 54/19 57/15
57/25 58/6 59/11 69/24 70/1
70/2 82/24 83/1
photo [4]   38/16 38/22 38/24
52/18
physically [1]   79/20
pick [3]   55/7 70/1 83/9
picked [1]   83/2

**P**

Pictures [1]  38/15
pieces [2]  52/6 52/6
pills [2]  42/1 42/1
Piru [2]  22/24 35/13
place [6]  6/19 7/24 10/20
  53/24 54/9 81/18
places [1]  79/7
Plaintiff [2]  1/3 1/14
plan [6]  9/16 9/16 10/24
  12/23 13/6 13/7
planning [3]  12/4 14/18 15/13
plans [2]  10/7 15/11
play [12]  33/16 46/24 54/17
  54/20 61/19 68/20 68/22 71/13
  83/10 83/12 85/15 86/3
played [10]  54/22 69/1 69/9
  69/14 70/4 70/7 71/15 71/23
  83/22 85/18
playground [2]  47/8 47/8
playing [1]  64/13
plea [2]  17/15 19/15
plead [2]  18/23 19/8
please [6]  18/3 18/5 18/6
  18/7 73/12 74/7
plow [2]  5/2 5/3
point [20]  4/6 6/6 6/22 7/10
  7/13 11/12 13/15 13/19 15/16
  24/11 39/2 46/13 47/11 59/14
  59/22 72/11 73/6 74/20 76/9
  84/8
pointed [1]  10/18
pointedly [1]  10/16
police [3]  80/12 80/17 80/18
poppin' [1]  63/22
portion [3]  12/2 12/18 17/16
position [2]  11/3 63/14
possession [1]  6/3
posted [1]  76/12
potentially [3]  3/14 5/2
  76/11
Potter [3]  37/9 37/10 37/11
  37/17 37/18 37/19
Potter's [1]  37/14
prefer [2]  76/4 76/10
prejudicial [1]  12/3
prescription [1]  42/1
present [2]  2/14 80/1
preserve [2]  14/9 14/15
pretty [3]  6/2 23/17 62/20
previously [1]  14/8
Princely [4]  28/18 31/25
  32/20 54/9
Princely Way [4]  28/18 31/25
  32/20 54/9
print [2]  78/25 79/1
prison [1]  15/7
private [1]  78/15
probably [8]  17/5 17/9 27/25
  37/17 75/17 75/21 79/1 86/10
probation [1]  20/23
probative [1]  12/3
problem [1]  75/16
proceedings [1]  87/15
proceeds [2]  55/18 55/19
process [4]  51/22 51/25 51/25
  53/1
profession [1]  20/24

proffer [1]  10/11
proffered [1]  19/6
project [1]  43/13
promised [1]  19/21
propose [1]  73/5
prosecution [2]  13/4 13/16
prosecutor's [1]  11/8
prosecutors [2]  11/17 11/18
public [1]  77/8
publish [1]  9/20
published [1]  9/23
pull [3]  32/9 45/7 45/7
pulled [5]  26/16 26/17 51/8
  51/10 80/10
pullin' [1]  71/11
pulling [1]  71/6
Punish [1]  70/13
purpose [2]  67/4 67/14
purposes [1]  7/11
pursuant [1]  19/8
put [10]  15/3 55/15 63/13
  64/16 65/1 65/9 65/12 65/14
  78/21 78/24
putty [1]  51/11

**Q**

question [4]  3/13 4/25 8/22
  11/4
questioned [2]  10/11 11/17
questioning [2]  11/9 14/11
quiet [2]  74/7 81/11
quietly [3]  73/7 77/12 81/10
quite [1]  74/13

**R**

racketeering [2]  6/17 18/22
Rage [2]  25/19 25/20
raise [3]  10/7 10/7 18/3
raised [2]  3/20 14/8
Randy [1]  2/1
Randy Banks [1]  2/1
rank [2]  30/3 30/5
ranking [2]  39/19 66/12
rap [4]  60/19 63/10 63/14
  63/18
raw [1]  41/25
RCR [1]  87/9
RDR [4]  1/23 87/9 87/13 87/17
reaching [1]  73/15
react [4]  73/8 74/7 77/11
  77/12
reactions [1]  75/6
read [4]  30/25 33/6 33/12
  83/19
reading [8]  8/17 8/19 68/24
  70/13 70/20 75/4 75/5 85/21
ready [3]  14/5 14/6 34/6
real [7]  61/20 62/24 62/25
  63/18 63/19 63/23 70/14
real-life [1]  63/18
really [6]  34/19 47/17 73/7
  73/23 75/20 83/7
Realtime [1]  87/18
reasons [1]  17/16
recall [1]  11/11
recalls [1]  16/15
receive [4]  19/2 19/17 19/20
  20/22
received [1]  20/23

recently [2]  5/13 72/24
recess [2]  72/19 72/20
recognize [26]  21/11 21/24
  32/4 32/10 33/8 34/2 34/11
  34/13 34/21 34/24 35/3 35/7
  35/10 38/6 38/22 43/19 44/24
  52/17 52/22 60/8 61/24 82/1
  82/4 82/6 82/8 82/12
recognizes [3]  9/19 16/2 59/2
record [11]  8/16 14/17 18/7
  22/7 31/6 58/16 59/19 60/4
  86/9 87/6 87/15
recorded [1]  28/3
recording [1]  24/21
recordings [2]  21/3 68/22
recover [1]  15/21
recruit [1]  29/12
recruited [3]  29/14 29/17
  30/14
reduction [3]  19/14 19/18
  19/20
referred [2]  53/3 54/11
referring [2]  47/12 71/17
regard [5]  3/24 4/20 7/15
  14/7 14/24
Registered [1]  87/18
related [2]  13/24 17/4
relates [3]  4/20 7/17 13/20
relating [2]  4/4 59/11
relationship [1]  13/16
relay [1]  48/24
relayed [2]  49/4 49/21
relaying [2]  49/11 49/20
released [1]  6/11
relevant [9]  11/9 12/18 13/4
  16/19 16/19 16/20 75/20 75/23
  75/25
relocation [1]  16/11
remain [2]  17/17 17/19
remaining [1]  16/13
remember [6]  4/1 28/17 54/13
  55/13 64/9 73/12
remind [3]  73/6 74/6 77/6
reminding [1]  76/12
rental [1]  51/7
rephrase [2]  31/21 49/8
report [1]  79/20
reported [11]  1/22 54/22 69/1
  69/9 69/14 70/4 70/7 71/15
  71/23 83/22 85/18
Reporter [4]  1/24 87/18 87/18
  87/19
request [1]  17/1
requested [1]  11/1
required [1]  19/15
respond [1]  77/10
responding [1]  75/5
response [2]  5/8 73/12
responsible [1]  73/14
result [3]  24/6 26/22 65/8
ribs [1]  65/16
ride [1]  8/21
riding [5]  3/11 4/10 5/8 8/6
  8/22
right [32]  5/21 7/4 10/1
  10/21 14/21 18/3 29/9 34/21
  39/6 39/12 39/15 40/2 46/8
  46/19 46/20 46/21 49/6 52/24
  56/10 56/21 56/22 59/15 59/16

**R**

right... [9]   59/21 72/18 75/4 76/3 77/18 79/15 86/17 86/24 87/1
Road [1]   85/9
robberies [1]   20/18
robbery [2]   20/15 20/16
Rock [8]   10/10 10/23 11/22 11/24 11/25 62/2 62/3 62/24
role [9]   30/1 35/13 35/16 36/10 40/5 40/10 41/1 46/24 53/1
room [1]   51/16
Roy [12]   23/17 42/12 42/15 42/20 42/20 42/20 43/7 44/22 62/13 68/2 85/25 86/1
rule [2]   9/5 27/17
ruling [1]   9/21
runs [2]   55/6 55/8

**S**

safeguarding [1]   83/6
safety [2]   15/18 15/23
said [35]   3/12 8/5 8/19 8/20 12/14 17/1 26/13 27/15 28/8 28/12 32/23 48/15 51/12 51/13 51/14 56/20 57/24 63/21 63/21 70/13 70/20 71/5 71/18 79/6 79/9 79/15 79/23 81/4 81/4 81/6 83/6 84/2 84/8 84/17 85/21
sales [3]   33/16 47/18 55/18
same [8]   3/23 3/23 11/22 11/24 14/19 20/20 33/9 37/17
sanctioned [1]   64/20
Sardelli [1]   2/2
sat [1]   80/18
saw [3]   58/24 59/10 82/1
say [37]   3/17 4/1 7/11 13/12 19/4 20/6 20/16 21/19 24/15 25/20 27/13 28/7 31/17 33/14 36/12 39/14 40/14 41/11 47/15 48/8 56/12 60/21 64/12 64/13 65/10 65/22 70/18 72/4 72/7 72/8 73/9 73/11 76/5 76/9 81/3 83/15 87/2
saying [8]   26/12 26/14 33/5 72/6 75/9 75/14 81/11 81/12
says [6]   6/1 8/4 12/24 13/3 13/10 13/13
scared [1]   13/4
schedule [3]   78/22 79/6 79/7
school [2]   20/8 20/9
scooters [1]   47/23
screamin' [1]   81/8
screen [3]   39/2 59/17 59/18
script [2]   33/4 33/8
scripts [1]   33/6
seal [3]   17/17 17/18 17/19
sealed [1]   17/15 17/16
search [5]   80/2 80/4 80/9 80/13 81/1
search warrant [4]   80/2 80/4 80/9 80/13
searched [1]   80/25
searching [1]   80/22
seated [1]   18/5
second [10]   6/8 6/10 6/18 7/8

10/4 12/19 34/3 34/9 63/24 70/11
seconds [6]   70/6 71/14 71/14 71/22 83/21 85/17
section [1]   54/21
see [27]   11/14 12/13 12/20 15/10 22/5 30/25 31/14 31/17 31/24 32/17 32/19 39/24 42/16 44/9 45/12 51/1 53/19 55/25 58/13 59/14 60/12 61/4 69/5 76/5 76/19 86/7 87/1
seeking [1]   11/13
seems [2]   72/23 74/22
seen [14]   16/1 32/21 36/22 45/6 45/6 50/24 54/24 60/19 60/21 61/5 61/5 63/7 78/2 81/20
sell [28]   36/16 36/24 37/5 41/3 41/7 41/24 41/25 42/2 42/8 42/11 42/22 42/24 43/23 43/25 44/2 44/11 44/13 45/5 45/17 47/3 50/16 50/18 53/25 60/23 60/25 62/7 85/8 85/11
selling [7]   36/15 41/23 45/6 50/11 50/14 56/7 61/2
send [5]   55/4 55/5 63/15 70/20 70/25
sense [2]   16/3 86/10
sent [3]   49/22 49/23 50/4
sentence [5]   19/2 19/13 19/21 19/23 20/22
sentenced [3]   16/14 16/17 18/25
sentencing [9]   16/15 16/24 16/25 17/4 17/6 17/8 17/10 17/13 17/17
separate [2]   73/19 74/1
September [1]   4/7
series [1]   32/22
setup [1]   33/15
Shakeen [2]   2/8 3/6
Shakeen Davis [2]   2/8 3/6
she [6]   3/12 3/13 3/13 3/14 11/20 55/14
sheet [5]   57/20 59/2 59/3 60/2 60/3
sheets [1]   58/24
shoeboxes [2]   55/15 55/16
shoot [1]   33/5
shooter [2]   10/15 30/2
short [1]   71/13
should [8]   7/22 13/24 14/6 17/5 17/17 75/14 75/17 83/16
shouldn't [1]   11/4
show [40]   9/16 9/17 21/10 23/19 25/5 25/12 27/2 29/19 30/9 31/11 32/2 32/24 33/23 36/3 37/7 38/13 38/15 38/20 39/21 40/16 42/13 43/4 43/18 44/6 44/23 46/10 47/9 52/15 57/16 58/12 60/7 61/23 65/19 66/3 67/20 68/3 68/6 68/15 77/21 82/3
showed [2]   10/12 13/14
showing [6]   21/23 29/1 63/1 82/11 84/21 85/1
side [4]   46/7 46/9 53/17 64/12
sifter [2]   52/25 53/1

sign [2]   38/2 76/12
signify [1]   40/24
signs [2]   37/23 37/25
similar [3]   10/15 11/11 59/3
simply [3]   7/18 9/19 14/9
since [2]   71/11 87/2
sit [6]   48/6 48/8 48/9 73/7 77/12 79/21
sittin' [3]   80/22 81/7 81/9
sitting [6]   44/9 45/12 45/15 60/14 73/13 77/5
situation [2]   24/6 76/15
skip [6]   69/12 70/5 71/13 71/22 83/21 85/17
slowly [2]   28/5 28/7
SM [1]   38/13
so [54]   3/20 4/12 4/24 5/12 6/8 6/12 6/16 6/16 6/20 7/2 7/25 8/3 9/2 9/16 9/21 12/21 13/24 15/17 16/1 16/3 16/10 17/3 17/18 19/6 24/6 24/23 26/12 26/12 26/15 26/20 28/4 28/12 33/20 34/18 53/11 56/5 57/8 58/9 59/13 64/16 65/9 66/17 67/16 71/11 73/24 73/25 74/3 74/19 75/15 77/10 82/25 84/13 86/1 86/11
soda [2]   51/23 52/24
soft [1]   51/19
sold [5]   40/12 40/14 41/2 53/10 53/11
some [30]   4/9 9/18 10/4 13/18 14/13 16/16 17/20 26/9 26/9 26/20 32/7 37/23 40/22 41/18 42/7 47/22 47/22 52/5 52/7 52/7 64/23 70/25 73/3 73/4 73/4 73/6 74/20 74/23 84/9 84/18
somebody [8]   33/5 40/25 56/4 64/13 71/10 71/11 73/25 75/18
someone [10]   7/2 10/10 15/7 30/16 45/17 59/14 60/5 70/10 70/18 73/2
something [33]   3/18 4/2 6/7 7/17 7/19 7/21 8/11 8/17 11/20 14/14 23/24 26/10 27/10 27/17 27/18 32/22 32/23 56/4 57/25 59/3 63/21 63/23 64/4 72/5 73/11 73/22 74/23 74/24 75/9 76/5 76/9 83/6 84/14
sometimes [4]   41/12 47/6 54/8 58/8
somewhat [1]   5/21
somewhere [1]   51/4
son [3]   25/4 28/25 80/21
song [2]   63/21 64/13
songs [4]   28/4 28/10 60/19 63/14
sorry [12]   7/23 10/3 12/14 15/4 34/9 34/15 34/16 57/17 62/17 70/24 81/14 83/15
sort [1]   74/19
sought [1]   11/15
SP [10]   33/10 38/18 38/19 44/22 50/24 54/25 80/7 80/8 84/20 84/23
speak [5]   15/5 18/6 23/7 46/18 86/13
speaking [6]   3/23 30/16 54/24

**S**

speaking... [3]   69/3 70/10
  83/24
Special [1]   2/15
Special Agent [1]   2/15
specific [3]   19/21 59/9 59/12
specifically [2]   20/5 20/6
specifies [1]   13/5
speculative [2]   57/21 57/22
speed [1]   6/24
spell [1]   18/7
Spence [1]   54/19
Spittle [9]   36/5 36/6 37/1
  37/5 37/11 37/12 37/19 84/17
  84/19
spoken [1]   3/12
Spotty [3]   68/2 68/5 68/19
spring [1]   64/19
stand [3]   3/21 14/3 22/23
stands [1]   66/15
start [9]   38/3 38/3 49/14
  49/25 50/11 50/14 72/13 76/20
  86/20
started [5]   24/9 26/19 35/20
  35/21 67/3
startin' [2]   67/9 67/11
starting [1]   86/18
stash [5]   37/15 48/2 48/3
  53/25 54/7
stashed [1]   47/24
state [2]   16/20 18/7
statement [9]   3/9 3/16 3/18
  4/8 4/16 5/16 6/1 8/16 10/21
statements [2]   11/6 12/24
STATES [3]   1/1 1/3 1/16
station [15]   33/16 36/25 41/9
  41/13 41/14 45/24 46/8 46/9
  46/12 46/24 54/10 54/14 71/10
  71/11 71/12
stay [2]   26/1 61/18
stayed [1]   81/11
staying [1]   26/8
stenographic [1]   87/14
stick [1]   27/19
still [13]   6/23 6/25 7/3 7/6
  7/25 8/1 8/6 8/8 8/10 8/10
  9/8 28/2 28/14
stood [2]   51/23 65/15
Stop [2]   64/10 72/10
stopped [3]   26/7 26/9 26/15
stories [1]   35/25
story [1]   64/5
stove [1]   51/23
strapped [2]   61/18 61/21
street [20]   1/24 5/12 6/25
  7/3 7/14 8/2 8/3 9/8 18/15
  21/9 46/6 47/4 47/15 48/3
  48/6 48/10 53/19 55/13 55/14
  56/17
streets [2]   15/18 16/13
studio [26]   21/4 21/6 21/14
  21/21 22/3 22/10 22/12 23/11
  23/15 23/16 23/21 23/22 23/25
  24/3 24/5 24/21 24/21 28/19
  28/21 32/17 48/14 63/9 64/24
  64/24 67/8 80/16
Studios [1]   21/7
stuff [11]   24/20 26/10 28/3

**[28/11 30/21 33/7 33/10 33/16
38/11 40/7 63/15]**
subliminal [1]   63/15
submit [1]   9/2
such [1]   6/3
suffering [1]   16/16
suggest [1]   76/11
summer [4]   21/18 21/19 21/20
  22/12
superseding [4]   6/8 6/10 6/18
  7/8
superseding indictment [4]
  6/8 6/10 6/18 7/8
supplement [1]   17/15
supplies [1]   85/14
supply [3]   37/1 37/3 41/16
supportive [1]   14/13
supposed [2]   48/20 78/12
sure [16]   3/13 3/20 5/5 5/7
  14/12 31/22 34/16 49/9 49/17
  58/15 72/12 74/15 75/15 75/17
  76/2 83/8
suspected [1]   13/21
Sustained [2]   57/24 61/11
sweatin' [1]   51/24
sweatsuit [1]   38/25
SWORN [1]   18/4
Syd [19]   5/8 8/17 8/22 44/8
  44/9 44/11 44/13 44/15 56/4
  56/5 56/8 56/15 56/15 57/1
  57/8 62/25 71/18 71/19 71/20
Sydni [1]   2/11
Sydni Frazier [1]   2/11
symbols [1]   38/1

**T**

T-Roy [12]   23/17 42/12 42/15
  42/20 42/20 42/20 43/7 44/22
  44/23 68/2 85/25 86/1
tab [4]   54/21 68/23 83/13
  85/16
table [8]   22/8 32/8 45/16
  51/15 51/15 51/16 52/24 81/5
tactic [1]   11/8
tailor [1]   4/25
take [11]   34/1 34/6 34/7
  34/13 49/15 67/15 75/15 76/15
  81/14 83/5 84/7
taken [1]   72/20
takes [1]   3/21
taking [1]   35/25
talk [4]   63/16 64/7 77/10
  79/21
talked [10]   33/15 33/18 36/22
  37/18 61/18 64/4 64/4 64/10
  64/11 67/11
talkin' [6]   28/1 64/14 64/14
  67/9 71/6 83/8
talking [5]   11/22 12/14 39/3
  73/23 76/13
tally [1]   60/4
tatted [1]   38/3
tattoo [1]   12/20
tattooed [1]   30/19
tattoos [6]   10/19 10/19 13/14
  13/22 29/25 37/24
Tech [2]   39/6 43/22
teen [1]   20/10
tell [18]   8/17 19/19 23/15

**[30/16 38/14 38/21 47/14 47/17
48/5 51/1 56/3 56/15 57/19
64/22 74/11 75/21 80/17 83/4]**
telling [1]   19/13
ten [1]   19/6
tend [1]   74/19
Teresa [1]   1/19
Teresa Whalen [1]   1/19
term [5]   43/9 46/2 53/21 60/2
  71/10
terms [1]   46/4
territories [8]   41/18 41/22
  42/3 43/23 44/11 45/5 50/18
  60/23
territory [3]   45/18 45/20
  45/23
testified [4]   27/10 49/23
  56/14 63/8
testify [2]   17/11 59/22
testifying [2]   11/25 16/21
testimony [14]   3/7 10/25
  13/12 14/25 16/18 49/4 73/1
  73/8 73/16 74/7 75/5 77/10
  77/11 77/11
text [2]   48/14 48/22
text message [1]   48/14
than [5]   12/3 22/15 72/24
  74/6 87/4
Thank [9]   14/16 17/22 18/10
  46/23 50/6 59/16 59/23 74/4
  77/15
that [334]
that's [35]   4/3 6/4 7/4 7/25
  8/25 8/25 13/10 16/5 17/14
  21/14 24/9 31/17 34/17 35/11
  37/20 37/22 39/4 39/5 46/17
  52/21 52/21 52/23 52/24 52/25
  53/8 58/21 59/5 61/20 65/14
  65/22 76/6 82/13 82/13 84/14
  86/1
their [3]   6/25 28/25 30/21
them [9]   13/14 13/21 30/18
  42/5 51/7 55/16 74/11 79/2
  82/1
then [31]   5/11 5/25 6/11 7/5
  9/9 11/20 16/11 16/18 19/20
  26/16 26/16 26/18 28/24 49/15
  51/15 51/16 56/6 59/9 64/16
  65/4 73/19 76/5 76/14 78/25
  79/2 81/1 81/10 81/10 81/12
  83/6 83/8
there [69]   3/4 3/9 7/10 7/11
  7/15 8/6 8/8 8/10 9/11 14/23
  15/2 15/22 16/10 17/16 20/18
  21/17 24/22 24/24 25/1 25/3
  25/24 26/4 27/21 28/19 28/24
  29/14 35/10 37/25 38/5 39/6
  39/12 40/2 42/7 42/8 42/11
  42/22 45/6 45/20 46/21 47/1
  47/19 47/24 48/11 52/9 52/11
  52/24 53/3 54/3 61/19 64/19
  67/23 69/18 70/9 73/1 73/3
  74/17 74/23 74/25 75/6 76/20
  76/25 77/1 79/20 80/2 80/24
  81/9 81/17 84/17 85/20
there's [22]   4/19 10/14 13/14
  13/18 13/22 13/22 17/12 17/20
  46/6 46/6 46/8 47/5 47/8
  47/16 49/3 53/18 57/22 59/8

**T**

there's... [4]   74/24 76/22
 80/23 84/8
therefore [1]   9/4
these [2]   33/24 83/10
they [68]   5/10 5/12 6/23 6/23
 10/8 11/4 13/1 14/19 15/12
 17/1 17/2 17/15 20/20 21/3
 21/3 23/6 26/9 30/18 30/18
 30/18 30/20 33/6 33/19 36/22
 38/12 40/23 40/25 41/25 42/4
 47/3 47/6 47/6 47/7 48/2 48/6
 48/7 48/8 52/23 53/12 53/19
 59/14 60/6 64/4 65/7 67/11
 67/18 71/5 71/11 71/12 72/3
 72/3 72/4 73/7 74/8 74/8
 74/19 78/13 79/17 80/18 80/18
 80/22 80/24 81/3 81/3 81/9
 81/12 81/13 81/22
they'd [3]   45/19 47/8 48/3
They'll [2]   30/19 30/20
they're [2]   9/23 58/18
they've [1]   79/22
thing [4]   14/19 52/25 67/19
 73/18
things [3]   36/1 72/22 73/5
think [42]   3/23 4/2 5/1 5/5
 5/14 5/23 7/7 7/22 9/21 12/2
 13/19 13/24 14/4 14/12 15/10
 16/3 16/19 16/20 32/23 34/9
 34/18 58/23 59/1 59/2 59/8
 59/12 59/17 59/18 63/20 66/21
 73/16 73/17 74/3 75/8 75/9
 75/22 75/23 76/6 76/8 76/10
 78/13 86/10
third [3]   16/11 34/10 35/10
third-party [1]   16/11
this [76]   3/8 3/20 4/2 4/5
 4/14 4/16 4/19 5/13 5/15 5/23
 6/7 6/12 6/19 7/2 7/9 7/9 8/2
 9/14 9/24 10/17 11/22 12/8
 12/9 12/23 13/6 13/13 13/20
 13/23 16/24 17/1 21/11 29/11
 31/10 31/12 31/12 31/13 31/14
 32/4 32/10 34/12 35/9 35/11
 38/22 38/24 47/11 47/14 48/14
 49/2 49/4 51/5 51/10 51/10
 55/12 56/9 56/10 57/22 58/18
 58/19 58/25 59/1 59/14 67/10
 68/24 69/3 69/11 69/16 71/12
 76/9 82/4 82/12 82/14 83/12
 83/19 85/15 86/3 86/4
those [6]   11/21 18/23 41/22
 55/8 81/20 83/4
though [2]   6/21 75/9
thought [1]   74/20
thousand [1]   56/19
three [2]   79/1 80/7
three-way [1]   80/7
through [6]   3/7 6/17 49/5
 59/20 80/23 81/2
throw [4]   30/20 30/20 60/20
 60/21
Tiffany [12]   25/3 25/7 25/8
 25/10 28/25 48/23 48/24 49/23
 50/5 50/7 55/1 80/10
Tiffany' [2]   26/8 26/10
Tiffany's [1]   80/21

time [38]   4/10 4/16 5/10 5/13
 7/24 9/24 12/3 12/25 16/9
 19/18 19/20 21/17 22/12 23/12
 24/4 24/13 25/1 27/21 28/15
 29/8 29/11 47/20 49/15 52/11
 52/13 53/12 56/8 59/1 61/15
 63/21 67/17 71/25 72/2 73/10
 73/10 75/1 79/22 82/20
times [1]   78/22
today [10]   22/5 39/24 42/16
 44/9 45/13 60/12 69/5 72/24
 82/1 86/11
together [5]   5/12 8/20 64/16
 66/18 84/9
told [30]   3/10 4/9 5/8 5/17
 8/2 8/22 26/15 29/7 37/18
 37/19 37/20 50/17 51/16 51/17
 52/6 56/3 56/14 57/14 58/5
 65/9 65/9 65/12 65/12 65/14
 70/14 70/14 70/18 71/4 80/24
 81/18
tomorrow [3]   86/12 86/18 87/4
Tony [1]   41/6
too [10]   12/1 26/8 33/19
 37/18 40/6 53/7 58/8 59/5
 59/6 59/12
took [2]   6/19 7/24
top [6]   12/19 40/25 47/17
 48/7 48/8 69/8
touch [1]   85/13
towards [1]   81/1
Towson [2]   24/14 56/11
track [7]   57/11 58/2 58/7
 58/8 58/10 58/24 59/4
trade [1]   20/24
trafficking [1]   18/22
Trainor [2]   2/7 75/13
transactions [1]   47/1
transcribed [2]   69/11 69/12
transcript [12]   8/17 16/25
 17/6 17/7 17/8 17/10 17/13
 54/20 68/23 83/14 85/16 87/14
transform [1]   51/19
trap [5]   53/21 53/23 54/1
 54/3 54/5
trap house [4]   53/21 53/23
 54/1 54/5
trap houses [1]   54/3
tree [1]   48/4
tried [6]   11/19 29/13 29/18
 29/18 29/18 45/17
trip [2]   35/22 35/25
trouble [10]   20/10 23/21
 26/18 26/23 27/4 27/13 34/15
 38/17 64/10 68/2
trunk [3]   55/15 81/15 82/9
truth [2]   19/13 19/19
truthfully [1]   11/5
try [2]   12/4 76/1
trying [4]   13/13 58/18 58/21
 84/9
turn [1]   11/1
turned [1]   10/4
two [8]   9/13 20/18 26/3 64/16
 64/16 72/22 81/3 81/6
type [4]   67/19 78/25 79/1
 82/7
typed [1]   33/1
types [1]   23/16

**U**

ultimately [1]   19/23
um [1]   28/8
unaware [1]   75/8
uncommon [2]   48/24 82/16
under [7]   6/1 17/17 17/18
 17/19 19/15 43/7 44/4
understand [8]   3/4 7/23 9/6
 59/10 70/24 71/9 71/17 84/5
understanding [5]   19/11 24/17
 30/5 49/11 49/20
understood [1]   6/6
UNITED [3]   1/1 1/3 1/16
unless [7]   13/18 42/4 42/4
 42/4 59/8 59/14 76/22
unspecified [1]   4/9
until [6]   6/9 17/19 21/18
 21/20 24/4 53/19 76/5 78/23
 81/12 81/12 87/4
up [72]   5/19 6/3 6/9 6/24 7/8
 8/18 14/18 14/24 16/24 20/4
 23/9 24/4 26/17 26/19 26/24
 27/5 27/14 27/18 30/20 30/20
 32/9 37/13 37/17 37/18 37/19
 37/20 37/21 41/10 41/10 41/11
 45/7 46/19 48/15 48/25 51/8
 52/5 52/6 52/7 52/7 54/8 55/4
 55/7 55/7 55/12 56/5 57/5
 57/8 59/17 59/18 61/18 61/21
 64/24 65/17 66/18 69/8 70/1
 71/4 71/4 71/6 71/10 71/11
 72/4 77/5 78/25 79/1 80/4
 80/8 83/2 83/9 84/13 84/17
 86/18
us [7]   23/15 38/14 38/24
 55/11 57/19 64/22 80/17
use [3]   12/23 31/7 59/4
used [9]   11/18 32/17 37/13
 37/20 48/6 48/8 48/9 54/5
 60/2
using [2]   58/24 69/24
usual [1]   86/19
usually [1]   78/23

**V**

vacuum [1]   75/3
vein [1]   11/11
venues [1]   79/1
verdict [1]   73/15
verify [1]   79/9
very [4]   17/16 71/13 77/9
 82/17
VI [1]   1/13
video [6]   10/13 10/14 10/17
 10/19 10/20 11/1
view [1]   47/17
Village [3]   41/10 41/11 41/12
violence [1]   15/8
volume [3]   1/13 47/18 47/19
voluntarily [1]   15/17
vs [1]   1/4

**W**

wait [4]   63/24 73/19 76/4
 76/5
waiting [1]   14/23
wake [1]   55/4
walked [1]   26/18

**W**

walkin' [2]   81/2 81/13
wall [3]   65/9 65/13 65/14
want [16]   3/20 5/3 13/19
 16/24 23/24 50/6 64/18 64/19
 73/9 73/20 74/3 74/16 76/5
 77/21 79/25 85/13
wanted [5]   9/22 10/7 10/7
 28/9 72/22
wants [1]   3/22
warrant [4]   80/2 80/4 80/9
 80/13
was [265]
wasn't [5]   3/13 5/7 13/14
 26/20 81/14
watch [2]   51/17 51/20
way [18]   14/13 15/20 28/3
 28/9 28/18 31/25 32/20 41/21
 54/9 60/15 66/22 71/6 71/10
 73/15 74/11 79/4 80/7 81/12
we [86]   4/12 5/15 6/9 6/12
 6/18 6/20 9/16 9/21 10/4 10/5
 10/9 10/11 10/12 10/16 10/21
 10/24 11/1 11/2 11/5 11/9
 12/1 12/2 13/24 14/1 14/2
 14/21 16/25 17/4 17/6 17/6
 17/18 17/21 21/13 23/20 26/7
 26/7 26/8 26/17 26/17 26/23
 31/4 31/10 32/16 34/18 37/17
 46/11 49/14 49/16 51/4 51/5
 51/7 51/10 51/15 51/16 52/5
 52/5 52/13 52/23 54/8 54/8
 54/12 55/4 55/5 55/6 55/12
 56/10 57/5 57/6 58/14 59/5
 59/6 65/1 67/8 68/18 72/21
 75/14 75/17 76/18 76/20 78/21
 78/21 78/24 79/24 80/22 84/17
 86/5
we'll [11]   64/13 72/13 72/16
 72/18 76/1 76/21 76/22 77/16
 86/18 86/20 86/24
we're [11]   11/22 12/14 14/23
 38/14 49/25 57/19 59/22 86/11
 86/17 87/2 87/4
we've [6]   6/16 75/5
weapon [1]   61/22
wear [1]   30/21
web [1]   32/22
Wednesday [1]   1/8
week [3]   26/3 64/23 65/4
weird [1]   51/25
welcome [1]   77/7
well [23]   9/6 9/18 15/16 16/1
 16/21 22/13 49/14 52/1 55/20
 58/23 70/10 73/13 74/25 75/4
 75/8 75/21 76/1 76/3 76/15
 76/20 78/21 80/7 84/13
went [15]   24/18 26/7 26/17
 27/21 28/13 28/23 51/5 51/16
 52/9 52/13 54/15 55/12 58/5
 64/5 81/5
were [39]   4/17 5/10 5/12 6/23
 6/23 6/25 7/10 8/18 14/19
 15/13 15/24 17/17 18/21 20/12
 20/14 20/18 23/2 29/11 29/14
 37/25 39/19 42/7 42/7 42/10
 43/14 48/11 53/11 54/3 60/6
 69/16 69/24 78/5 80/1 80/12

80/15 80/22 81/17 81/23 84/16
weren't [3]   42/2 42/7 42/11
Whalen [1]   1/19
what [124]
what's [9]   20/24 21/2 27/16
 32/2 41/21 43/11 53/23 60/3
 67/1
whatever [4]   15/14 50/17 55/6
 64/14
when [57]   6/12 6/18 7/24 8/2
 8/18 9/7 11/17 13/1 13/14
 21/21 22/11 22/12 23/2 24/9
 24/18 25/1 26/17 26/18 26/23
 27/17 27/17 27/21 28/23 29/9
 29/11 32/16 41/9 48/25 50/11
 52/23 55/4 55/12 56/4 56/6
 56/8 57/8 59/1 64/20 65/14
 69/16 70/13 70/20 71/5 71/17
 72/4 73/6 78/5 78/17 79/19
 79/20 80/1 80/12 80/17 84/2
 84/8 84/24 85/21
whenever [2]   34/6 72/10
where [35]   10/20 20/4 21/8
 24/4 24/13 28/17 28/21 40/1
 40/8 42/20 42/20 43/25 44/13
 45/15 46/2 46/13 47/6 47/11
 47/24 48/2 50/23 53/8 53/8
 53/24 53/24 54/7 60/14 60/25
 67/17 67/18 69/7 69/16 79/9
 80/15 84/15
wherever [1]   14/3
whether [9]   3/14 5/7 10/6
 10/12 22/18 30/16 73/9 74/5
 79/9
which [24]   3/15 3/16 3/24 6/1
 6/10 6/18 7/9 7/15 11/12
 11/15 13/20 19/25 41/14 42/18
 45/23 54/18 54/20 57/17 68/7
 68/15 68/21 68/22 71/12 75/13
while [11]   8/5 14/23 15/7
 16/20 24/23 26/11 32/14 48/7
 65/15 80/22 82/23
whispering [2]   73/4 75/7
white [2]   39/1 51/10
who [67]   4/14 5/6 6/25 7/2
 9/15 19/23 22/1 23/15 25/1
 25/8 27/5 28/23 29/14 29/17
 30/14 36/4 37/3 37/10 38/12
 38/16 39/3 39/19 40/17 42/7
 42/7 42/10 42/11 42/14 43/1
 43/5 43/7 43/21 44/21 45/10
 45/17 48/22 49/11 49/20 49/20
 49/22 50/4 50/21 51/13 52/20
 54/24 58/7 58/7 58/8 60/10
 62/11 62/19 63/15 63/16 65/12
 68/1 68/18 69/20 70/2 70/10
 71/17 72/6 77/22 78/10 78/12
 80/6 81/8 81/8
who's [34]   10/15 25/6 25/14
 26/25 27/3 29/2 29/20 30/10
 37/8 38/24 39/17 39/22 44/7
 45/1 57/6 62/1 62/3 63/2
 65/12 65/20 66/5 66/11 67/21
 68/4 68/9 69/3 70/16 73/2
 80/20 83/24 84/19 84/22 85/2
 85/24
whoever [3]   37/4 57/14 74/17
whose [6]   32/12 34/4 35/1
 35/5 69/24 81/22

yby [18]   7/5 7/23 8/1 16/14
 17/16 25/5 26/11 27/13 31/10
 49/14 57/4 58/21 70/1 75/13
 76/20 79/3 83/5 85/13
wife [2]   25/9 50/5
will [17]   17/19 33/24 55/4
 55/5 63/14 64/12 64/13
Windsor [10]   41/15 41/19
 42/21 44/14 45/24 45/25 50/19
 61/1 62/6 85/9
Windsor Mill [9]   41/15 41/19
 42/21 44/14 45/24 45/25 50/19
 61/1 62/6
Windsor Mill Road [1]   85/9
wire [3]   54/18 54/18 54/21
Wire B [1]   54/18
wiretap [1]   4/4
within [2]   3/16 9/4
without [5]   13/10 14/10 15/24
 45/18 45/18
witness [14]   3/8 14/22 18/1
 18/4 46/15 49/2 57/23 58/12
 58/18 72/13 77/16 86/22 86/23
 87/9
witnesses [1]   9/15
Wolf [2]   22/17 25/19
word [2]   31/7 78/25
words [4]   11/18 38/3 38/3
 71/25
work [10]   21/4 21/17 37/12
 42/24 43/1 44/4 58/7 61/2
 62/9 62/11
worked [8]   21/21 37/11 37/11
 43/7 44/5 62/12 62/12 79/24
workin' [1]   43/3
working [2]   37/5 47/13
worth [1]   56/17
would [68]   3/14 3/17 3/17
 3/17 3/19 4/24 6/4 7/19 7/20
 9/2 9/9 14/9 15/12 17/18 18/1
 24/18 31/21 45/17 47/6 47/6
 47/7 47/16 49/8 53/12 54/8
 56/5 56/6 57/13 58/4 59/3
 60/4 60/25 64/16 67/16 67/18
 68/24 72/6 72/7 72/8 73/16
 73/23 74/10 74/13 74/15 74/15
 74/20 75/4 75/19 76/8 76/10
 76/11 76/15 76/16 77/6 78/21
 78/21 78/24 78/24 78/25 79/3
 79/6 79/7 79/9 79/19 79/20
 79/21 82/1 87/2
wouldn't [2]   53/19 74/12
write [1]   58/6
writes [2]   12/9 12/11
writing [1]   3/25
wrote [4]   4/2 11/12 15/7
 32/17

**Y**

y'all [1]   71/6
yeah [15]   14/6 24/16 25/21
 30/8 33/9 37/20 39/15 44/10
 48/9 54/14 67/11 68/14 71/6
 82/13 84/11
years [2]   19/6 20/10
yellin' [1]   81/8
Yep [1]   83/17
yes [198]
yesterday [1]   31/13

**Y**

yet [2]  8/1 9/18
yo [1]  70/21
you [417]
you'd [5]  11/13 60/21 74/5
 75/21 77/18
you're [5]  31/11 34/6 39/3
 47/12 84/9
young [1]  61/19
younger [1]  62/21
your [55]  3/5 3/7 3/22 7/7
 7/23 8/15 9/2 9/12 10/3 11/11
 11/12 12/6 13/15 14/7 14/14
 14/17 14/19 14/20 14/23 16/15
 16/23 17/3 18/3 18/7 19/11
 19/11 19/23 20/10 20/24 22/3
 24/6 24/17 30/5 31/3 39/3
 49/1 49/11 49/13 49/19 55/18
 57/21 58/12 58/14 58/17 59/5
 59/18 66/19 73/15 74/4 74/18
 76/7 76/16 76/17 79/12 79/25
Your Honor [37]  3/5 3/7 3/22
 7/7 7/23 8/15 9/2 9/12 10/3
 11/11 11/12 12/6 13/15 14/7
 14/17 14/19 14/20 14/23 16/15
 16/23 17/3 31/3 49/1 49/13
 57/21 58/12 58/14 58/17 59/5
 59/18 66/19 74/4 74/18 76/7
 76/16 76/17 79/12
yours [1]  63/9

**Z**

zoom [1]  38/21
Zweizig [3]  1/23 87/13 87/17