```
                    IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF MARYLAND
                            NORTHERN DIVISION

UNITED STATES OF AMERICA,     )
        Plaintiff,            )
                              )
        vs.                   ) CRIMINAL CASE NO. CCB-16-0267
                              )
DANTE BAILEY, et al.,         )
        Defendants.          )
_____)
```

```
                        Wednesday, April 17, 2019
                             Courtroom 1A
                          Baltimore, Maryland


            BEFORE:  THE HONORABLE CATHERINE C. BLAKE, JUDGE
                     (AND A JURY)


                             VOLUME XVII
```

For the Plaintiff:

Christina Hoffman, Esquire
Lauren Perry, Esquire
Assistant United States Attorneys

For the Defendant Dante Bailey:

Teresa Whalen, Esquire

_____

                            Reported by:

                    Douglas J. Zweizig, RDR, CRR, FCRR
                      Federal Official Court Reporter
                      101 W. Lombard Street, 4th Floor
                         Baltimore, Maryland  21201

1    <u>For the Defendant Randy Banks</u>:

2    Brian Sardelli, Esquire

3

     <u>For the Defendant Corloyd Anderson</u>:

4

     Elita Amato, Esquire

5

6    <u>For the Defendant Jamal Lockley</u>:

7    Harry Trainor, Esquire

8

     <u>For the Defendant Shakeen Davis</u>:

9

     Paul Hazlehurst, Esquire

10

11   <u>Also Present</u>:

12   Special Agent Christian Aanonsen, ATF

13

14

15

16

17

18

19

20

21

22

23

24

25

1          P R O C E E D I N G S

2      (10:17 a.m.)

3          THE COURT:  Good morning, everyone.

4          Okay.  What are the issues, if any, that need to be

5  resolved before we bring back the jury?

6          MS. WHALEN:  I'm not sure where to start, but I will.

7          We passed up to Your Honor GP-18 last night, and that

8  is a letter from G that was found at Kevin Forrest's location.

9          THE COURT:  I'm sorry.  It was found where?

10          MS. WHALEN:  At Kevin Forrest's residence.

11          THE COURT:  Yes.

12          MS. WHALEN:  So the Government has provided this

13  morning a redacted version, but there are additional things

14  that I would request be redacted.

15          THE COURT:  Okay.

16          MS. WHALEN:  Would it be easier for me just to hand

17  up --

18          THE COURT:  Yes.  I did take these home last night.

19  I've read the letter.  I assumed that there would be certain

20  redactions and certain things that would come in.

21          I'm happy to see on your copy what else you want

22  redacted.

23          MS. WHALEN:  I have highlighted everything that I

24  would like to have out.

25          THE COURT:  Okay.

 1          **MS. WHALEN:**  And then this is the Government's.

 2          So it's essentially more in Paragraph 1 and more on

 3   the second page (handing).

 4          **THE COURT:**  Okay.  So let me hear from the Government.

 5   I guess I would have thought that the first page could stop

 6   somewhat earlier, maybe around the -- let's see, one, two,

 7   three, four, five, six, seven, eight, nine, tenth -- tenth

 8   line, ending with "at all."

 9          I don't see why we would go into the lines about

10   allegedly killed or got killed, lives saved, money that other

11   people supposedly have.

12          **MS. PERRY:**  So, Your Honor, I don't know that I

13   strongly object to making those redactions.  Certainly, from

14   the Government's perspective, the parts about him collecting

15   money, he references Weezy and Dot, who are people who come up

16   as potential co-conspirators.  The idea that Mr. Bailey is in

17   jail and still attempting to have people on the street collect

18   money for him, I think, is relevant and goes to other evidence

19   that we have in the case.

20          And I think that the letter overall and the way that

21   he is speaking to Hollywood certainly establishes them as

22   co-conspirators and establishes a relationship.  And the

23   content of the letter, certainly I agree that the parts about

24   Mr. Bailey's confinement and other people's pleas is not

25   appropriate.

```
 1          But I think it does go to the intent of the other
 2   letter that's recovered that he's asking Hollywood to do
 3   something for him; he's expecting that people on the street
 4   will do these things for him; and it goes to his intent and
 5   the -- really informs the nature of that other letter, which we
 6   believe is a hit letter.
 7          But, I mean, I don't --
 8          THE COURT:  Right.  And I agree with you up to a
 9   point.  It is important to corroborate and provide context for
10   the other letter, but I think you sort of get that with the
11   first ten lines.
12          I mean, the part about Weezy and Dot and John are more
13   about that they're out in society, and then there are some
14   other things that just are not relevant to the facts of this
15   case.
16          MS. PERRY:  Certainly, Your Honor.  So if I redacted
17   after the word "all" in that line we were speaking of, so
18   redact "from anybody" through the end of the first page?
19          THE COURT:  That would be my proposal.
20          Ms. Whalen, you can tell me why that's not enough,
21   but . . .
22          MS. WHALEN:  Excuse me.  The line starting at -- one,
23   two, three -- fourth line, and it begins with, "The majority of
24   dudes now thrive off my downfall," I think what he's talking
25   about there is people out on the street badmouthing him and
```

 1  trying to maybe step into his shoes.  But that's not talking

 2  about this conspiracy.

 3      So I think it's irrelevant.  His views on their

 4  talking about him and to him that's treason I think is

 5  irrelevant and overly prejudicial and gives the appearance of

 6  something that it's not.  I mean, if you literally read it,

 7  he's talking about the other people on the street, not even his

 8  co-conspirators.

 9      So I would ask that it go up to "the majority of

10  dudes."

11      **THE COURT:**  But I think there's an important line that

12  follows that that's:  "I do not want anything from them, Wood.

13  I am content with whatever you do."

14      I mean, it's the contrast between the people that are,

15  you know, degrading and defaming him and his expression that

16  Wood, he knows, is going to be loyal to him.

17      So I don't see anything -- I mean, it's not as though

18  he threatens to kill these other people.  He just says he

19  doesn't appreciate what they're saying about him.

20      All right.  I'm going to permit the Government to go

21  through the "at all," take out the rest of the first page.

22      On the second page, I think the problem with what the

23  Government wants to leave in is that it doesn't really make any

24  sense other than in the context of people that pled guilty.

25  And that is completely improper to put before the jury.

1          If we want to leave in the part about the books,

2    that's fine.  But I think the rest of that paragraph, it just

3    has to come out, given what it's following up on.

4          **MS. PERRY:**  Your Honor, I respectfully understand your

5    point.  I do think that it is a little bit tricky to parse it

6    out from the parts about talking about the plea.

7          I think that the line alone, "How can I say I don't

8    know what MMP is or it was something in a book when these fools

9    already agreed it was real?" is particularly relevant, given

10   the defense in the case.

11         I do -- again, I understand Your Honor's position.  I

12   do think that in and of itself --

13         **THE COURT:**  Who are the fools that agreed it was real?

14   I think that's the problem.  And he's not -- he's still not

15   admitting that it's real.  He's just saying that it's harder

16   for him to say that it's not if other people are saying

17   something different.

18         **MS. PERRY:**  Understood.

19         **MS. WHALEN:**  Just for the record, Your Honor, maybe I

20   should mark my highlighted copy as Defense Exhibit 9 for ID

21   only.

22         **THE COURT:**  Sure.  I'll be happy to give it back to

23   you.

24         I think we understand where we are now.  But when the

25   Government makes its final redaction, if you can just show it

1   to Ms. Whalen.

2           But, Ms. Whalen, if you want these back.

3       **MS. WHALEN:**  Sure.  Thank you.

4       **MS. PERRY:**  And certainly I will show the redacted

5   version to Ms. Whalen.  I do think that we will discuss,

6   perhaps over the break, before it comes in.  And there may be a

7   chance that we don't seek to introduce it at all, but we will

8   certainly let Ms. Whalen know that.

9       **THE COURT:**  All right.  So this is not something we're

10  getting to immediately.

11          Could we possibly get the jury in and get some or is

12  there any immediate thing to -- Mr. Trainor?

13      **MR. TRAINOR:**  Yes.  I did have a couple of objections

14  pertaining to Mr. Lockley.

15      **THE COURT:**  Okay.  And pertaining to something that's

16  going to come in now?

17      **MR. TRAINOR:**  There was Exhibit GP-15 that I handed up

18  to the Court yesterday afternoon, which was --

19      **THE COURT:**  Oh, you gave me this, GP-15, yes, this

20  sort of --

21      **MR. TRAINOR:**  It was taken during a cell search by

22  Officer Canty.  It consists of basically three things.  I think

23  there are six phone numbers that don't appear to be relevant.

24          There are three photographs that appear to be

25  cumulative.  And there are 13 pages of profane rap lyrics.

 1          **THE COURT:**  Was this from Mr. Lockley's cell?

 2          **MR. TRAINOR:**  Yes.  Whatever relevance they may have,

 3  they're substantially outweighed by the prejudicial impact.

 4          **THE COURT:**  Let me interrupt you and just ask the

 5  Government if you were actually planning to offer these things?

 6          **MS. HOFFMAN:**  Well, yes, we are planning to offer

 7  portions of the documents recovered from Mr. Lockley's jail

 8  cell.  And there are a number of relevant, probative lines.

 9          For instance, on Page 1, Mr. Lockley says [reading]:

10  Omertà, shh, mouth won't speak a peep, snitch bitch CI from the

11  start.  K a nigga down, 6 to the heart.  Mob, mob, double time,

12  beat the heart.

13          Obviously, Mr. Trainor has an argument that these are

14  just rap lyrics.  There was no truth to them.

15          But we've also heard testimony during this case from

16  William Banks and from Jay Greer that the members of this

17  conspiracy did rap about Murdaland Mafia and did rap about

18  real-life events and real situations.  And so I think that that

19  line about Omertà, about mob, mob, double time, beat the heart,

20  it is --

21          **THE COURT:**  I'm sorry.  Maybe the pages are not in

22  order and they're not numbered, but I'm not seeing -- the first

23  page in order that I have of the yellow -- this is on the

24  yellow thing; right?

25          **MS. HOFFMAN:**  I'm not -- I didn't actually see exactly

```
 1   what -- so this is the first page of the exhibit.  This is

 2   GP-15.

 3            THE COURT:  Oh, okay.  Literally, the one with the

 4   phone numbers?

 5            MS. HOFFMAN:  And we don't care, but we're happy to

 6   redact the phone numbers, if that's -- if that's an issue.

 7            The part that I'm referring to is up above here where

 8   he says [reading]:  Omertà, shh mouth, won't speak a peep,

 9   snitch bitch CI from the start.  K a nigga down, 6 to the

10   heart.  Mob, mob, double time, beat the heart.

11            These are references to Murdaland Mafia.  They use the

12   heartbeat, double time.  He's referring to a "snitch bitch CI

13   from the start."  I think that's a reference to trouble.

14            And Omertà obviously is a reference to the oath of

15   Murdaland Mafia.  And there are other references in the same

16   set of documents to Mr. Lockley's association with the gang.

17            And Mr. Lockley, it's been a consistent theme

18   throughout the case that Mr. Lockley was not an actual member;

19   he was a 5200 boy; and there have been attempts to distance

20   himself from the gang.

21            And so I think these writings in his own hand, even if

22   they are written as rap lyrics, which I'm sure Mr. Trainor will

23   point out, they certainly show his association -- his

24   affiliation with the gang.

25            And they reference wanting to retaliate against
```

1    witnesses against the gang.

2         **MR. TRAINOR:**  Your Honor, on the very first page, it

3    clearly says "Kevin Gates Beat."

4         Kevin Gates is a major hip-hop/rap artist who I

5    learned about on the Internet, but he has a contract with

6    Atlantic Records.

7         The beat is the tune.

8         These lyrics are typical rap lyrics.

9         The only information -- Mr. Lockley has been sitting

10   in a cell for like 30 months awaiting trial with his

11   indictment.

12        It's just -- you know, "F the feds," that's sort of an

13   attitude someone might have after 30 months of awaiting trial.

14        It's just so prejudicial that it clearly outweighs any

15   relevance to this case.

16        **MS. HOFFMAN:**  Your Honor, we have no problem with

17   redacting the "fuck the feds" part.  But, I mean --

18        **THE COURT:**  This is just page after page after page of

19   very repetitive attempted rap lyrics.

20        **MS. HOFFMAN:**  Your Honor, one of the -- I've mentioned

21   one defense theme in this case pertaining to Mr. Lockley, which

22   is that he was only a 5200 boy; he wasn't affiliated with the

23   mob.

24        Another consistent theme of the defense case has been

25   that they were aspiring rap artists and that the Government is

1  targeting them because they were rappers and none of the rap

2  lyrics are based in truth.

3       It is not -- it's not fair for the defendants to use

4  rap as a defense and then inoculate themselves from particular

5  lyrics in which they actually claim -- they actually advertise

6  their affiliation with the gang that they were a part of.

7       We are certainly happy to redact portions and to

8  limit -- we could limit this even to that portion I just

9  highlighted on the first page.

10      So, for instance, the "Omertà, shh, mouth won't speak

11  a peep, snitch bitch CI from the start," that portion that I

12  just read into the record I think is highly relevant.  I think

13  he is -- whether it's a rap lyric or not, he's advertising his

14  affiliation with the mob, with Murdaland Mafia.  He's using the

15  specific language that they use, heartbeat and double time and

16  referencing the Omertà code.

17      I think it's far more probative than it is

18  prejudicial, and Mr. Trainor is free to argue that it's simply

19  a rap lyric.  But I think that goes to the weight and not to

20  the admissibility of it.

21      **MR. TRAINOR:**  It's not only simply a rap lyric.  It

22  was never published anywhere.  And there's no -- there's no

23  evidence that it was intended to be communicated to anyone

24  else.

25      **MS. HOFFMAN:**  And it's still a statement by a

1    party-opponent.  We don't have to show that it's in furtherance

2    of the conspiracy.

3            **THE COURT:**  Okay.  I'm going to sustain the objection.

4    I don't see it as a statement by a party-opponent when it, in

5    the format that it's in, referencing -- the fact that he

6    chooses to reference Omertà or double time or heartbeat is very

7    different from, as Mr. Trainor just said, a lot of the other

8    social media rap music videos, et cetera, were apparently

9    produced during the time period of the conspiracy.

10           And I understand that's part of your theory, is that

11   they're relevant because they were used in the course of the

12   conspiracy to advertise, promote themselves, maybe intimidate

13   other people.  That's part of the theory.

14           The fact that -- what I'm understanding is that these

15   were written sometime while Mr. Lockley was confined.  They

16   didn't go anywhere.

17           He could just as easily be making up lyrics about

18   other people that he happens to know.  I just don't think it

19   has that probative value that you are attributing to it, and I

20   think it has a great risk of being prejudicial, unfairly

21   prejudicial.

22           So I'm going to sustain your objection.

23           **MR. TRAINOR:**  Your Honor, one brief objection,

24   unrelated to that.

25           Mr. Lockley has asked me to object to playing any more

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

 1    calls that have already been played.

 2            I've noticed last night that the Government seems to

 3    be going through the overt acts in the indictment, and there is

 4    TT-3-6173 that would relate to Overt Act 128.  I believe that's

 5    already been played.

 6            And there's J-65 that relates to Overt Act 129.  I

 7    believe that's already been played as well.

 8            So if the Government intends to play those, I object.

 9            **THE COURT:**  Okay.  I recall this came up yesterday,

10    but the Government had a reason for replaying it.

11            What is the situation here?

12            **MS. HOFFMAN:**  We have eight more calls to play.  I

13    don't believe any of them have been played before, but I missed

14    the -- Mr. Trainor, could you say the number one more time of

15    the --

16            **MR. TRAINOR:**  TT-3-6173 and J-65.

17            **MS. HOFFMAN:**  And J-65.  Those will not be played

18    today.

19            **MR. TRAINOR:**  Thank you.

20            **THE COURT:**  Mr. Hazlehurst.

21            **MR. HAZLEHURST:**  I apologize, Your Honor, first of

22    all, for being late this morning.

23            Second of all, Your Honor, very briefly, it is my

24    expectation that the Government will re-call Agent Moore and

25    seek to get into cell phone or CELL-3-A, Exhibit CELL-3-A.  At

1  the end of that exhibit, there are, again, somewhat similar to

2  Mr. Trainor's argument, what appear to be rap lyrics.  They are

3  not handwritten, obviously.  They're on the phone.

4       I have blown them up because in the actual exhibit,

5  they are difficult to see.  But I would like the Court to have

6  them.  When Agent Moore is prepared to testify, I would be

7  prepared to argue that and move in limine to exclude those

8  under 403.

9       **THE COURT:**  All right.  You want me to take a look at

10  them?

11       **MR. HAZLEHURST:**  Yes, ma'am.

12       **THE COURT:**  That's fine.

13       And we can get the jury and finish

14  Special Agent Aanonsen.

15       **MR. HAZLEHURST:**  (Handing.)

16     (Jury entered the courtroom at 10:40 a.m.)

17       **THE CLERK:**  Agent Aanonsen, you're still under oath.

18       **THE WITNESS:**  Yes, ma'am.

19     SPECIAL AGENT CHRISTIAN AANONSEN, GOVERNMENT'S WITNESS,

20  PREVIOUSLY SWORN.

21       **THE COURT:**  Thank you.

22       If you want to continue, Ms. Hoffman.

23            DIRECT EXAMINATION (CONTINUED)

24  **BY MS. HOFFMAN:**

25  **Q.**   Good morning, Agent Aanonsen.

1    **A.**    Good morning.

2    **Q.**    When we left off yesterday, we were talking about some

3    wire calls intercepted over Jamal Lockley's cell phone in the

4    summer of 2016.  And I have about eight more calls to play for

5    you.

6         I'm going to start by playing TT-3-6120, and this is on

7    Page 206 of the binder.

8         Can you start by telling us the date and time of this

9    call.

10   **A.**    Sure.  August 11th, 2016, 10:17 a.m.

11        (Audio was played but not reported.)

12   **BY MS. HOFFMAN:**

13   **Q.**    Did you recognize the voices of any of the people on that

14   call?

15   **A.**    Just Jamal Lockley.

16   **Q.**    And did you hear when the unidentified person in the call

17   said [reading]:  Last time I came down, your runner shorted us

18   like .3 on each gram?

19   **A.**    I did.

20   **Q.**    Did you intercept additional calls over Jamal Lockley's

21   cell phone between Jamal Lockley and Corloyd Anderson?

22   **A.**    Yes.

23   **Q.**    I'm going to play TT-3-6217, which is on Page 228 of the

24   binder.

25             **THE COURT:**  I'm sorry.  What page is that?

1        **MS. HOFFMAN:**  Page 228.

2        **THE COURT:**  Thank you.

3   **BY MS. HOFFMAN:**

4   Q.   And could you tell us the date and time of this call.

5   A.   August 11th, 2016, at 7:40 p.m.

6   Q.   So is this the same day as the call we just listened to?

7   A.   That's correct.

8        (Audio was played but not reported.)

9   **BY MS. HOFFMAN:**

10  Q.   Did you recognize the voices of the participants in that

11  call?

12  A.   Yes; Corloyd Anderson and Jamal Lockley.

13  Q.   And did you hear Mr. Lockley ask [reading]:  You already

14  got it?

15  A.   Yes.

16  Q.   And did you hear Mr. Anderson say [reading]:  You been

17  dropping a lot of motherfuckin' names lately, yo?

18  A.   Yes.

19  Q.   I'm going to play another call, and this one is TT-3-6777,

20  and it's on Page 229, the next page.

21       Can you tell us the date and time of this call.

22  A.   August 13th, 2016, at 12:19.

23       (Audio was played but not reported.)

24  **BY MS. HOFFMAN:**

25  Q.   Do you recognize the voices of the participants in this

1  call?

2  **A.**  Jamal Lockley and Jacob Bowling.

3  **Q.**  And did you hear Mr. Lockley say [reading]:  They coming

4  from Security?

5  **A.**  Yes.

6  **Q.**  Is there a street in the area by that name?

7  **A.**  Security Boulevard.

8  **Q.**  And did you hear Mr. Lockley say [reading]:  Parking lot

9  on the right and then twenty top?

10  **A.**  Yes.

11  **Q.**  Did you intercept additional calls over this line between

12  Jamal Lockley and Corloyd Anderson?

13  **A.**  Yes.

14  **Q.**  I'm going to play TT-3-7327, which is on Page 231.

15      And can you tell us the date and time of this call.

16  **A.**  August 15th at 12:18 p.m.

17      (Audio was played but not reported.)

18  **BY MS. HOFFMAN:**

19  **Q.**  Do you recognize the voices of the people in that call?

20  **A.**  Jamal Lockley and Corloyd Anderson.

21  **Q.**  And did you hear Mr. Anderson say [reading]:  You know

22  what today is, boy -- or the day is, boy?

23  **A.**  Yes.

24  **Q.**  And did you hear Mr. Lockley say [reading]:  I'm going to

25  holla at you later on?

1  A.   Yes.

2  Q.   I'm going to play another call.  This one's TT-3-7392, and

3  it's on Page 241.

4       And can you tell us the date and time of this call.

5  A.   August 15th, 2016, 3:33 p.m.

6  Q.   Is that the same day as the call we just heard?

7  A.   Yes.

8       (Audio was played but not reported.)

9  BY MS. HOFFMAN:

10  Q.   Did you recognize the voices of the participants in that

11  call?

12  A.   Yes; Jamal Lockley and Corloyd Anderson.

13  Q.   And did you hear when Mr. Lockley said [reading]:  You get

14  that other girl?

15  A.   Yes.

16  Q.   And in your experience investigating drug-trafficking

17  offenses, have you learned what the term "girl" means in the

18  context of drug trafficking?

19  A.   It's a slang term for cocaine.

20  Q.   I'm going to play TT-3-7455.  This is on Page 244.

21       And can you tell us the date and time of this call.

22  A.   August 15th, 2016, at 8:35 p.m.

23       (Audio was played but not reported.)

24  BY MS. HOFFMAN:

25  Q.   Did you recognize the voices of the participants in that

1  call?

2  **A.**   Corloyd Anderson and Jamal Lockley.

3  **Q.**   And did you hear Mr. Anderson say [reading]:  I think that

4  was a little off?

5  **A.**   I did.

6  **Q.**   Did you hear Mr. Lockley say [reading]:  I sat on the

7  couch and counted it out.  It was thirty-four fifty.  I took

8  fifty out and gave it to Charlie?

9  **A.**   Yes.

10 **Q.**   Was there a subject of your investigation who went by

11 Charlie?

12 **A.**   There was two.  There was Charles Blackwell and a

13 Charles Jeffries.

14 **Q.**   And I'm going to come back to that in a second.

15     But did you hear Mr. Anderson say [reading]:  Goddamn, yo.

16 Why you get so dumb over the thing?

17 **A.**   Yes.

18 **Q.**   And based on your experience investigating

19 drug-trafficking offenses and conducting wiretap

20 investigations, is it common or uncommon for drug traffickers

21 to express concern about discussing business on the phone?

22        **MS. AMATO:**  Objection.  It's --

23        **THE COURT:**  Sustained.

24 BY MS. HOFFMAN:

25 **Q.**   Agent Aanonsen, I'm going to show you

1    Government's Exhibit IND-49.

2         And who is that?

3    **A.**   Charles Jeffries.

4    **Q.**   And I'm going to show you Government's Exhibit IND-10.

5         And who is that?

6    **A.**   Charlie Blackwell.

7    **Q.**   I'm going to play TT-3-7934, which is on Page 266 of the

8    binders.

9         And can you tell us the date and time of this call.

10   **A.**   August 18th, 2016, 12:24 p.m.

11        (Audio was played but not reported.)

12   **BY MS. HOFFMAN:**

13   **Q.**   Did you recognize the voices of the participants in that

14   call?

15   **A.**   Melvin Lashley and Jamal Lockley.

16   **Q.**   And did you hear Mr. Lashley say [reading]:  Shorty better

17   be on point because all the whities coming through.  I'm

18   telling you, they coming through today?

19   **A.**   Yes.

20   **Q.**   I'm going to play another call, and this one is TT-3-8196,

21   and it's on Page 268 of the binders.  And this will be the last

22   one.

23        Can you tell us the date and time of this call.

24   **A.**   August 19th, 2016, 10:14 p.m.

25        (Audio was played but not reported.)

1   **BY MS. HOFFMAN:**

2   **Q.**   Did you recognize the voices of the participants in that

3   call?

4   **A.**   Jamal Lockley and Corloyd Anderson.

5   **Q.**   And did you hear when Mr. Lockley said, We -- well, did

6   you hear what Mr. Anderson said [reading]:  You making an "N"

7   word look bad?

8   **A.**   Yes.

9   **Q.**   And did you hear when Mr. Lockley said [reading]:  We

10  ain't got nobody else to pay no more?

11      Did you hear him say that?

12  **A.**   Yes.

13  **Q.**   And did you hear him say [reading]:  We had other

14  "N" words.  We had to get them out of the way.  Now we don't.

15  So the last little bit of things that we finish, go ahead and

16  finish paying the bill off?

17  **A.**   Yes.

18  **Q.**   I want to shift gears, Agent Aanonsen, and ask you -- I

19  believe you testified earlier that as part of your

20  investigation, you executed a search warrant on an

21  iCloud account belonging to Dante Bailey; is that right?

22  **A.**   Yes.

23  **Q.**   Now, did the iCloud account contain evidence of

24  relationships between Dante Bailey and any of the other

25  defendants in this case?

1   **A.**   Yes.

2   **Q.**   I'm going to show you Government's Exhibit IC-6, which you

3   identified previously as a file from this iCloud account.

4        And would you mind reading the text on this document.

5   **A.**   Sure.

6        [Reading]:

7        Tek-$1,340.

8        Bill.

9        Bc.

10       Bino.

11       Menace.

12       Droid.

13       Mookie-600.

14       Fish-400.

15       20.

16       Box-10,800.

17       Trouble-2400.

18   **Q.**   And can you see at the top of the screen, what does this

19   appear to be?

20   **A.**   Looks like a note or a saved note to the phone.

21   **Q.**   Can you read the -- where it says "Gutta man" at the top.

22   **A.**   Wolfmobb@iCloud.com.

23   **Q.**   And I want to direct your attention to where it says

24   "Droid."  Was there a subject of your investigation who went by

25   Droid?

1   **A.**   Yes.  Jamal Lockley.

2   **Q.**   And were there subjects of your investigation who went by

3   other names that you just read?

4   **A.**   Yes.

5   **Q.**   Can you explain.

6   **A.**   Tech was Devon Dent.

7        Bino was Dontray Johnson.

8        Menace was Melvin Lashley.

9        Mookie was Maurice Braham.

10       Droid was Jamal Lockley.

11       Mookie was Maurice Braham.

12       Fish was Dominick Kane.

13       Box was Altoneyo Edges.

14       And Trouble was William Banks.

15  **Q.**   And I'm going to show you Government's Exhibit IC-84,

16  which you also identified as a file from this iCloud account.

17       And can you tell us who we're looking at here.

18  **A.**   Yes.  That's Charlie Blackwell (indicating),

19  Shakeen Davis (indicating), Jamal Lockley (indicating).

20  **Q.**   And I'm going to show you Government's Exhibit IC-85.

21       And who are we looking at here?

22  **A.**   Shakeen Davis (indicating), Melvin Lashley (indicating).

23  **Q.**   I'm going to show you Government's Exhibit IC-55, which

24  you also identified as a file from this iCloud account.

25       And can you tell us what we're looking at here.

1    **A.**    It's a still from the video that I've seen before.

2         This is Dante Bailey (indicating).   That's

3    Corloyd Anderson (indicating).

4    **Q.**    And I'm going to play for you Government's Exhibit IC-129,

5    which you also identified as a file from that iCloud account.

6         (Video was played but not reported.)

7    **BY MS. HOFFMAN:**

8    **Q.**    Can you tell us who we're looking at there.

9    **A.**    That's Corloyd Anderson.

10   **Q.**    And can you describe for the record what he's wearing.

11   **A.**    He has a backwards ball cap on, a black T-shirt, and

12   several articles of jewelry around his neck.

13   **Q.**    And can you tell or did you hear him say anything about

14   what vehicle he's in?

15   **A.**    I couldn't hear it from up here.

16        (Video was played but not reported.)

17   **BY MS. HOFFMAN:**

18   **Q.**    Could you tell from that portion of the clip what vehicle

19   he's in?

20   **A.**    Yes.   I recognize the symbol to be that of Bentley.

21   **Q.**    I'm going to play for you Government's Exhibit IC-127, or

22   portions of it, which you also identified as a file from that

23   iCloud.

24        (Video was played but not reported.)

25   **BY MS. HOFFMAN:**

1  **Q.**   Do you recognize the people in this shot?

2  **A.**   I do.  The gentleman on the right with the sunglasses, the

3  hat, and the bleached tie-dye Capris is Kevin Forrest,

4  a/k/a Hollywood.  And the gentleman on the left is

5  Dante Bailey.

6      (Video was played but not reported.)

7  **BY MS. HOFFMAN:**

8  **Q.**   Do you recognize the people in this photo?

9  **A.**   I do.  The gentleman on the right in the black T-shirt,

10  with the necklace, is Adrian Jamal Spence, a/k/a Spittle.

11      The gentleman on the left in the white T-shirt is

12  Dante Bailey.

13      (Video was played but not reported.)

14  **BY MS. HOFFMAN:**

15  **Q.**   And can you read the text here.

16  **A.**   It says "Mobbin' Heroes."

17      (Video was played but not reported.)

18  **BY MS. HOFFMAN:**

19  **Q.**   Can you read the text here.

20  **A.**   [Reading]:  Emms overpower everything.

21  **Q.**   Do you recognize any of the people in this photo?

22  **A.**   Yes.  Gentleman on the right with the red shirt on is

23  Lamar Stevens, a/k/a M-Easy.

24      In front of him with the jacket with the P is

25  Dante Bailey.

1      Behind him with the sunglasses on is Melvin Lashley.

2      Next to him, touching his hand, is William Jones.

3      And all the way to the left with the hood up, the brim of

4  the hat down, and the camouflage outfit on is Kevin Forrest,

5  a/k/a Hollywood.

6      (Video was played but not reported.)

7  **BY MS. HOFFMAN:**

8  **Q.**   Do you recognize that person?

9  **A.**   That person is Davon Temple, a/k/a Nizzy.

10      (Video was played but not reported.)

11  **BY MS. HOFFMAN:**

12  **Q.**   Can you read the text here.

13  **A.**   [Reading]:  Keep calm and know I'm mafia.

14  **Q.**   And can you read the text here.

15      **MR. SARDELLI:**  Your Honor, may we approach?

16      **THE COURT:**  Okay.

17      **MR. SARDELLI:**  Just briefly.

18      (Bench conference on the record:

19      **MR. SARDELLI:**  I'm sure she didn't intend it, but that

20  child in the photo flashed up in front of the jury.

21      **MS. HOFFMAN:**  Yeah.  I apologize.  It was a total

22  mistake.  I was attempting to skip through it.

23      **THE COURT:**  I saw that.  I thought the best thing to

24  do was to ignore it and let it go on, and at least they didn't

25  keep it on the screen.

1      **MR. SARDELLI:**  I just want to note my objection for

2  the record.

3      **THE COURT:**  Okay.)

4      (Bench conference concluded.)

5  **BY MS. HOFFMAN:**

6  **Q.**   Agent Aanonsen, can you tell us the text on the screen

7  here.

8  **A.**   [Reading]:  Live by the EMM, die by the EMM.

9      (Video was played but not reported.)

10 **BY MS. HOFFMAN:**

11 **Q.**   And what's the text here?

12 **A.**   Bino-EMMs.

13 **Q.**   And can you tell us the text here.

14 **A.**   [Reading]:  Stop the snitching.

15 **Q.**   You testified previously, Agent Aanonsen, about

16 search warrants executed on certain social media accounts, and

17 I believe you testified that some of those accounts were

18 believed to be used by Dante Bailey.

19      And I'm going to pull up Government's Exhibit SM-1.

20      And can you remind us what we're looking at here.

21 **A.**   Facebook business record, Page 1, for vanity name

22 Dante the Great.

23 **Q.**   And did you find any evidence in this account of a trip to

24 California?

25 **A.**   Yes.

1   **Q.**   I'm going to show you Page 81.

2          Can you tell us what we're looking at here in the photo.

3   **A.**   It's a welcome sign for City of Compton.

4   **Q.**   Now, are you able to read the date here (indicating)?

5   **A.**   September 9th, 2012.

6   **Q.**   And I'm going to show you the next page here.

7          And can you tell who we're looking at in this photo.

8   **A.**   Yes.  Gentleman in the red is Dante Bailey.  Gentleman

9   with the yellow T-shirt on is Adrian Spence.

10  **Q.**   And I'm going to show you Page 104 of this exhibit.

11         Can you tell us, do you recognize anyone in this photo?

12  **A.**   The gentleman on the left with the hat on is Dante Bailey

13  (indicating).

14  **Q.**   And I'm going to show you the next page.

15         And do you see the -- which is also the next page of the

16  business record.  Do you see the text -- the text here

17  associated with that photo?

18  **A.**   Yes.  It says [reading]:  Mobbin' wit the trees in

19  Compton.

20  **Q.**   And do you see the date down below or, I guess, the

21  modified date or taken date?

22  **A.**   September 10th, 2012.

23  **Q.**   I'm going to show you Page 71 of this exhibit.

24         And can you tell what we're looking at here?

25  **A.**   It's a set of teeth overlays.  All the way on the left is

*AANONSEN - DIRECT*

 1  an M.  And the other tooth, four down on the right has an M on

 2  it as well.

 3  **Q.**   And I'm going to show you the next page of this exhibit,

 4  which is also the next page of the business record.

 5      And can you just read the last -- like the -- after the

 6  dot, dot, dot, the end of this text, at the very end.

 7  **A.**   [Reading]:  EMM$.

 8  **Q.**   Agent Aanonsen, was one of the incidents investigated as

 9  part of this case a January 26th, 2016 arrest of someone named

10  Charles Blackwell?

11  **A.**   Yes.

12  **Q.**   And was a search warrant executed on a social media

13  account believed to be used by Charles Blackwell?

14  **A.**   Yes.

15  **Q.**   I'm going to show you Government's Exhibit SM-18.

16      And can you tell us what we're looking at here.

17  **A.**   Instagram business record, Page 1, for vanity name

18  mrcalculatorshorty.

19  **Q.**   And I'm going to show you -- well, were you able to

20  determine who used this account?

21  **A.**   Yes.  Based on the plethora of photos and information

22  contained in the account, we believed to be used by

23  Charles Blackwell.

24  **Q.**   I'm going to show you Page 6 of this exhibit.

25      And can you tell us who we're looking at here.

1    **A.**    Yes.   Gentleman all the way on the left with the hat on is

2    Charlie Blackwell (indicating).

3         Gentleman with the red T-shirt with the black jacket over

4    it is Shakeen Davis (indicating).

5         And to his right, with the white T-shirt on, is

6    Cameron Allen (indicating).

7    **Q.**   And I'm going to play -- or, sorry, show you Page 22 here.

8         And who are we looking at here?

9    **A.**   On the left with the hat is Charlie Blackwell

10   (indicating).

11        On the right with the hood up is Jamal Lockley

12   (indicating).

13   **Q.**   And what do they appear to be doing with their hands?

14   **A.**   Holding up five fingers in one hand, two in the other.

15   **Q.**   And I'm going to show you Page 46 of this exhibit.

16        And can you tell us who we're looking at here.

17   **A.**   That's Charlie Blackwell.

18   **Q.**   And what is he doing with his hand -- hands?

19   **A.**   He's making an M.

20   **Q.**   And then going to the next page of the exhibit, which is

21   the next page of the business record, are you able to read the

22   text associated with this photo?

23   **A.**   [Reading]:  Those M's are forever, baby.  100, money bag,

24   money bag, star.

25   **Q.**   And can you explain what the call-out here is, the red

1   box, what that means.

2   **A.**   The red box highlights the portion, and then the blank

3   emojis are then decoded into what they would actually appear.

4   **Q.**   Agent Aanonsen, I want to shift gears again and direct

5   your attention to September 27th of 2016.

6        Did you assist with the execution of a search warrant on

7   that day?

8   **A.**   Yes.

9   **Q.**   And where was the search warrant executed?

10  **A.**   38 Windbluff Court.

11  **Q.**   And who was the subject of the search warrant?

12  **A.**   Corloyd Anderson.

13  **Q.**   And approximately what time was the search warrant

14  executed?

15  **A.**   Approximately 6:00 a.m.

16  **Q.**   And what was your role in the search warrant that day?

17  **A.**   I assisted.  I was not part of the tactical team that made

18  entry.

19  **Q.**   And what happened when you got to the residence?

20  **A.**   The tactical team knocked and announced.  They made entry.

21  They secured the residence.  I then entered the residence and

22  encountered Mr. Corloyd Anderson in handcuffs in the living

23  room.

24  **Q.**   And what did you do then?

25  **A.**   Once the house was secured, Mr. Anderson was only in a

1  robe.  So we allowed him to go upstairs.  We escorted him

2  upstairs and allowed him to change into some clothes.

3      We then brought him out of the residence and put him in a

4  vehicle.

5  **Q.**  And you said "we."  Who was with you?

6  **A.**  Myself and Special Agent Kelvin Jackson.

7  **Q.**  And when you brought him outside, where did you go?

8  **A.**  To an ATF vehicle.

9  **Q.**  And when you got to the ATF vehicle, did you advise

10  Mr. Anderson of his Miranda rights?

11  **A.**  Yes.  Approximately 6:15 a.m., I read Mr. Anderson his

12  Miranda rights from a rights advisement card.  He indicated

13  verbally -- he said yes -- that he understood his rights.

14  **Q.**  And after Mr. Anderson indicated that he understood his

15  rights, did you ask him any questions?

16  **A.**  Yes.  I said, "Is there anything in the house that you

17  would like to tell us about?"

18  **Q.**  And what did he say in response, if anything?

19  **A.**  He said, "Yes.  There's a pistol under my mattress."

20  **Q.**  And at the time that Mr. Anderson indicated that there was

21  a pistol under his mattress, had you been notified about the

22  recovery of a gun in the house?

23  **A.**  No.  The gun wasn't recovered until after Mr. Anderson had

24  already told me there was a pistol under the mattress.

25      **MS. AMATO:**  Objection.  I mean, it's hearsay.

1          **THE COURT:**  Overruled.

2   **BY MS. HOFFMAN:**

3   **Q.**   Shortly after that, did you go over a Miranda advisement

4   form with Mr. Anderson?

5   **A.**   Yes.  We didn't have one immediately available.  It took a

6   little bit of time to actually locate one.  But when we did

7   locate one, it was approximately 6:31.  We re-read Mr. Anderson

8   his rights, to which he again replied that he understood and

9   signed the document.  And I asked him if he wanted to make a

10  written statement.

11  **Q.**   I'm going to show you, first,

12  Government's Exhibit INT-1-A.

13          And can you tell us what we're looking at here.

14  **A.**   Sure.  It's U.S. Department of Justice, Bureau of Alcohol,

15  Tobacco, Firearms & Explosives, Advice of Rights and Waiver

16  form.

17  **Q.**   And is Mr. Anderson's signature on this document?

18  **A.**   Yes.  Signature, followed by a printed name, and next to

19  each one of his rights, he initialed CA.

20  **Q.**   And you mentioned that you asked Mr. Anderson if he wanted

21  to make a written statement?

22  **A.**   That's correct.

23  **Q.**   And did he say that he wanted to?

24  **A.**   Yes, he did.

25  **Q.**   Now, I'm going to show you Government's Exhibit INT-1-B.

1        And can you tell us what we're looking at here.

2    **A.**    This is a U.S. Department of Justice affidavit form.  The

3    first part of the form was written by Mr. Anderson.  Then we

4    followed up with a question and answer where I wrote the

5    question, Mr. Anderson penned the response and then initialed

6    with his initials.

7    **Q.**    And would you mind reading the text for us.

8    **A.**    Sure.  It starts off [reading]:  Corloyd Anderson,

9    38 Windbluff Court, Owings Mills, Maryland.

10       [Reading]:  I had a firearm under the bed.  It black.

11   It's mine.  It was for protection only.  I apologize.  My wife

12   doesn't know about it.  It's not hers.

13       And then question/answer went [reading]:

14       What caliber is the firearm?

15       Responded:  9-millimeter.

16       When was the last time you sold heroin?

17       He said:  In January.

18       How much does the amount of heroin you -- how much was the

19   amount of heroin you sold in January?

20       50 grams to help with my bills.  Apologize.

21       When did you purchase the gun under your mattress?

22       Two months ago, $400.

23   **Q.**    After the completion of the search warrant at

24   38 Windbluff Court, did you bring Mr. Anderson back to the ATF

25   building?

```
1    A.    Yes, we did.

2    Q.    And did you conduct an interview of Mr. Anderson there?

3    A.    Yes, we did.

4    Q.    And was anyone else with you for that interview?

5    A.    Special Agent Kelvin Jackson.

6    Q.    And was that interview recorded?

7    A.    Yes; audio and visual.

8    Q.    I'm going to show you Government's Exhibit INT-1.

9          Actually, I'm going to approach and walk it up to you.

10         (Handing.)

11         Do you recognize that exhibit?

12   A.    Yes.  It's a copy of the video of the interview that took

13   place.

14   Q.    And I'm going to play a short portion of this video.

15         And the transcript, it should be on Page 1 of the

16   interview tab of the transcript binder.

17         (Video was played but not reported.)

18   BY MS. HOFFMAN:

19   Q.    Agent Aanonsen, pursuant to a stipulation between the

20   parties, I'm going to read Government's Exhibit Stip 3.  And

21   I'll put it up on the screen.

22         And it says [reading]:  It is agreed and stipulated by the

23   parties that prior to September 27th, 2016, the defendant,

24   Corloyd Anderson, was convicted in state court of a crime

25   punishable by imprisonment for a term exceeding one year and
```

 1  that his civil rights have not been restored.

 2          MS. HOFFMAN:  And I have no further questions for you.

 3  Thank you.

 4          THE COURT:  All right.  Ms. Whalen.

 5                      CROSS-EXAMINATION

 6  BY MS. WHALEN:

 7  Q.   Agent, I believe yesterday you were shown a photograph

 8  which was then shown to the jury of Mr. Bailey reading the

 9  newspaper in a car.

10       Do you remember that?

11  A.   Yes.

12  Q.   And --

13  A.   Said "Chiraq" on it.

14  Q.   Remind me.  That was, I think, from Mr. Blackwell's social

15  media account; is that what you recall, SM-18?

16  A.   I think it was from William Jones' account.

17  Q.   William Jones.  All right.

18       I'm going to show you what's Page 70, I believe . . .

19       (Counsel conferred.)

20  BY MS. WHALEN:

21  Q.   And this is from SM-6.  It is also Instagram business

22  records, Page 272.

23       You've seen this before; correct?

24  A.   Yes, I've seen the photo.

25  Q.   Have you seen this document before?

```
 1   A.   Yes.

 2   Q.   Let me pull it down a little bit more.  Does that help?

 3   A.   Yes.

 4   Q.   All right.  And does this appear to you to be an

 5   advertisement for a show?

 6   A.   Yes.

 7   Q.   All right.  "Tee Brown presents," can you read that?

 8        Let me see if I can go in a little closer.

 9        Do you see right in here, Tee Brown presents?

10   A.   Yes, I do.

11   Q.   Living legends; right?

12   A.   Right.

13   Q.   And then powered by TCGMG; correct?

14   A.   Correct.

15   Q.   And we've seen that before in some of the other

16   productions that have been played; correct?

17   A.   Correct.

18   Q.   All right.  And it's featuring Gutta Almighty, of course;

19   right?

20   A.   Yes.

21   Q.   September 18th; is that correct?

22   A.   That's correct.

23   Q.   Now, do you know if the other photo that we looked at from

24   William Jones' account was a screenshot or can you tell,

25   really, from those documents?
```

1    **A.**   I don't think it was a screenshot.  It looked like it was

2    an actual photo.

3            **MS. WHALEN:**  Okay.  I think that's all I have.

4            Thank you, Agent.

5            **THE COURT:**  All right.  Mr. Sardelli.

6            **MR. SARDELLI:**  Thank you, Your Honor.

7                       CROSS-EXAMINATION

8    **BY MR. SARDELLI:**

9    **Q.**   Good morning, sir.

10   **A.**   Good morning.

11   **Q.**   I think you testified previously about some parties and

12   other information -- I'm showing you what's been marked or been

13   admitted previously as SM-22.

14           Do you recognize that?

15   **A.**   Yeah, I recognize the -- the record.

16   **Q.**   Okay.  And is this about a party at the club Paparazzi on

17   or about July 24th, 2015?

18           I'll put it up here so you can see the date here.

19           Is that what appears to be an advertisement for some type

20   of party at a club?

21   **A.**   It -- it's just a picture that says "Friday, July 24th."

22   **Q.**   Okay.  And when does it appear that it was posted or

23   taken?  Do you see the part that says "taken"?

24   **A.**   Yeah.  June 13th, 2015.

25   **Q.**   Thank you, sir.

1        You're familiar with the Gwynn Oak area; correct?

2   A.   Yes.

3   Q.   And turning you back to April of 2016, were you involved

4   in an operation where a CI was sent in to buy some drugs in

5   that area?

6   A.   April?  That would have been -- it's possible.  I don't

7   recall the exact date.

8   Q.   Would it refresh your recollection if I would show you one

9   of your reports?

10  A.   Yeah, absolutely.

11       MR. SARDELLI:  Your Honor, may I approach?

12       THE COURT:  Yes.

13  BY MR. SARDELLI:

14  Q.   For the record, this is ATF Report Number 15.  Take a look

15  at that (handing).

16  A.   Sure.

17       (Reviews document.)

18       Yes.  That's not my report, though.  It's Tim Moore's.

19  Q.   But you were involved in the operation; correct?

20  A.   I was.

21  Q.   Okay.  And if you could, so I don't have to come back

22  here, if you could read Paragraph 6 real quick as well, because

23  I'll ask you a question about that.

24  A.   (Reviews document.)

25       Yes.

1    Q.   Does that refresh your recollection, sir?

2    A.   It does.

3    Q.   Now, it was written by Agent Moore, but you were involved

4    in that operation; correct?

5    A.   I was.

6    Q.   And that involved a CI buying some drugs from a

7    Delante Lee and a Mr. Harris; correct?

8    A.   That's correct.  I'm not sure if they actually were --

9    completed the transaction, but --

10   Q.   Okay.  And you reviewed Paragraph 6; correct?

11   A.   That's correct.

12   Q.   And didn't the -- I believe it was Mr. --

13        MS. HOFFMAN:  Your Honor, I'm going to object.  I

14   don't know where this is going, but I'm going to object on

15   hearsay grounds.

16        THE COURT:  Come up to the bench, please, with the

17   report.

18      (Bench conference on the record:

19        THE COURT:  Paragraph 6.

20        MR. SARDELLI:  Yes, Your Honor.

21        So in that -- they've tried to tie my client to that

22   area.  And this CI did actually buy some drugs, I think, from a

23   Delante Lee and the other Mr. -- a Lee and a Harris, and they

24   said the source of supply for the drugs they were buying was

25   his uncle.

1          My client is not their uncle.  I think it's relevant

2    to show the source of supply for this buy is not my client.

3    It's in Paragraph 6 there at the bottom.

4          **THE COURT:**  Let me read it.  Thank you.

5          Okay.  And what you're expecting him to do is to

6    repeat what Mr. Lee said?

7          **MR. SARDELLI:**  No, Your Honor.  He was -- my

8    understanding is that Agent Moore and Agent Aanonsen were the

9    handlers who were doing the observations and were observing

10   this and monitoring it, Your Honor.

11         **THE COURT:**  Right.

12         **MR. SARDELLI:**  And it's extremely relevant that the

13   Gwynn Oak area in this case, the source of supply for the

14   heroin they bought or are trying to buy is not from my client.

15   I think that's exculpatory.

16         **THE COURT:**  That is hearsay.

17         **MR. SARDELLI:**  It's statement in further [sic] of a

18   conspiracy, Your Honor.  They're saying this is part of the

19   conspiracy.  It would be statements in further [sic] of the

20   conspiracy by Mr. Lee and Mr. Harris.

21         **MS. HOFFMAN:**  I still think it's Agent Moore's report.

22   I don't think Agent Aanonsen is the proper witness for this.

23   He wasn't there for this.

24         **MR. SARDELLI:**  He was.  I'm sorry.  He was.

25         If you look at the first part of it, Paragraph 2,

1    Your Honor, they were both there.

2         MS. HOFFMAN:   The proper witness would be the CI.

3    Even if it is a statement in furtherance, it would be the CI

4    who would be able to repeat the statement to him by

5    Delante Lee.

6         THE COURT:   Has there been an allegation that your

7    client specifically supplied the crack that's involved here on

8    April 21st?

9         MR. SARDELLI:   Look in Paragraph 1 there.   They claim

10   this is run by Randy Banks, even in the first paragraph there.

11        MS. HOFFMAN:   I don't think there's been any evidence

12   about this controlled buy in the case.

13        MR. SARDELLI:   There hasn't been, Your Honor, but I

14   think that's extremely exculpatory that Mr. Lee and Mr. Harris

15   are getting the drugs from another source, not from my client.

16   This is supposed to be an area run by my client.   I think this

17   is absolutely key to our case.

18        THE COURT:   What evidence has there been that your

19   client was supplying crack cocaine to Mr. Lee and Mr. Harris in

20   April of 2016?

21        MR. SARDELLI:   I believe five cooperating witnesses

22   have alleged that he runs the Gwynn Oak area and is involved in

23   all the drug trafficking there.

24        I think all the cooperating witnesses touched on the

25   fact that he's in the Gwynn Oak area and that he runs that drug

 1   shop, drug plaza, whatever you want to call it.  And I think

 2   it's extremely relevant that these guys were getting their

 3   drugs from their uncle, not from my client.

 4       **THE COURT:**  And how do we even know who the uncle is?

 5   I mean, I'm just --

 6       **MR. SARDELLI:**  I don't think the agent will.  I think

 7   I'll ask him -- I think he was monitoring this 'cause it's

 8   under audio and video surveillance, and he was there monitoring

 9   this.  I simply want to put out the fact that Harris and Lee

10   said they got the drug from the uncle.

11       **THE COURT:**  The transaction that there's been no

12   evidence about in this entire case.

13       **MR. SARDELLI:**  Got you.  But it is a conspiracy case,

14   Your Honor.  And it is directly within the dates of the

15   conspiracy, and it involves the area they claim my client runs.

16       **THE COURT:**  Okay.  But --

17       **MR. SARDELLI:**  I think it's exculpatory.

18       **MS. HOFFMAN:**  Your Honor, I think even if the

19   statement from Delante Lee to the CI were in furtherance of the

20   conspiracy, the proper witness to call would be the CI.  I

21   don't think that -- I mean, this is basically triple layer.

22   This is what the CI then --

23       **MR. SARDELLI:**  And has the CI been disclosed?  And do

24   we know who that is even?  I don't think he has, Your Honor.

25       **THE COURT:**  You're calling Agent Moore later?

1          **MS. HOFFMAN:**  We are.

2          **THE COURT:**  Okay.  I am not yet persuaded that this is

3     admissible.  You'll have -- but we will think about it a little

4     bit more.  You can have another chance to persuade me after I

5     look at this with Agent Moore.

6          **MR. SARDELLI:**  Got you.  And my other issue is,

7     Your Honor, they're arguing that it should come through the CI.

8     And I don't think the CI has been disclosed at all, who it is

9     or his <u>Jencks</u> or anything related to that, Your Honor.  So

10    that's another problem.

11         **THE COURT:**  That's Mr. Lee, presumably, has been

12    disclosed; right?  Mr. Lee is the one that made the statement,

13    not even the CI.  It's Mr. Lee.

14         **MS. HOFFMAN:**  Right.

15         **MR. SARDELLI:**  Got you, Your Honor.  But they said

16    that the proper witness should be the CI.  And that would be

17    another issue, is that another potential witness would be the

18    CI.  And I want to know who that is.

19         **THE COURT:**  I'm not at all persuaded that the CI would

20    be the appropriate witness.  This is -- it seems to me you're

21    proposing this as exculpatory evidence that could be provided

22    by Mr. Lee only as to one specific transaction that one

23    particular time, according to this report.

24          And I am -- as I say, if I am ruling right now, I'm

25    excluding it.  But I'm saying as an alternative, just don't get

1   into it now.  And we'll try to analyze this a little further

2   before Agent Moore.

3           **MR. SARDELLI:**  Okay, Your Honor.  I'll --

4           **THE COURT:**  Possibly even in the defense case.  I

5   mean, there's going to be other opportunities.

6           **MR. SARDELLI:**  Got you.  But then we have to look into

7   calling Delante Lee, who is in the Bureau of Prisons, and

8   everything else.  I was expecting it to come through this

9   witness, Your Honor.  So that would be another issue.

10          But I would prefer to go through Agent Moore.  I

11  understand you're going to reserve it, Your Honor, and I'll

12  move on for this witness.

13          **THE COURT:**  Okay.

14          **MR. SARDELLI:**  May I have the report back, Your Honor?

15  Do you want to keep it for now?

16          **THE COURT:**  If I can keep it for now.

17          **MR. SARDELLI:**  Thank you, Your Honor.

18          **THE COURT:**  Thank you.)

19      (Bench conference concluded.)

20          **THE COURT:**  All right.  We're just going to move on

21  for now.

22          **MR. SARDELLI:**  Thank you, Your Honor.

23  **BY MR. SARDELLI:**

24  **Q.**   Are you aware that my client has a 22-year-old son also

25  named Randy Banks?

1          **MS. HOFFMAN:**  Objection.

2          **THE COURT:**  Do you want to come back up to the bench.

3      (Bench conference on the record:

4          **THE COURT:**  I just want to be sure you're planning to

5  offer -- it's not in evidence right now; right?

6          **MR. SARDELLI:**  No.  I don't know the answer to it, if

7  he knows he has a son or not, if he knows his son has any

8  nicknames or not.  I don't know the answer to it.

9          I think it's -- is there more than one Randy Banks?

10  Has he looked at that?  Has he looked at there's other people

11  that are a/k/as?

12          That's extremely relevant because they are just a lot

13  of times tying it to Randy Banks or Dirt or Sand without just

14  mentioning other calls that aren't even his calls.  It's

15  extremely relevant.

16          **THE COURT:**  You can find out whether he's investigated

17  that question, whether he knows that there was another

18  Randy Banks that's related to your Randy Banks.

19          **MR. SARDELLI:**  He may not know, Your Honor.  He may

20  not.

21          **THE COURT:**  I understand.

22          Going back to what we were just talking about, I

23  wanted to check something.  But you're proffering it as part of

24  the co-conspirator, statement in furtherance of the conspiracy.

25  I believe that is applicable when the statement is being

```
 1   offered against an opposing party, which is not what you're

 2   offering it.

 3              MR. SARDELLI:  No.  It's a statement in furtherance of

 4   the conspiracy, Your Honor.  And they were actually, if I

 5   understand this correctly, video and audio monitoring --

 6              THE COURT:  I know they were doing that.  But you are

 7   the one that wants to offer it, and you are not an opposing

 8   party.

 9              MR. SARDELLI:  That's correct, Your Honor.

10              THE COURT:  Okay.)

11        (Bench conference concluded.)

12   BY MR. SARDELLI:

13   Q.   Are you aware that he has a son named Randy Banks as well,

14   a 22-year-old son?

15   A.   I recall Mr. Banks having children.  I don't recall what

16   their names were.

17   Q.   Okay.  Are you aware if the son has any a/k/as?

18   A.   No.

19   Q.   Now, speaking of the Gwynn Oak area, you're aware there's

20   a BP gas station there; correct?

21   A.   I'm aware.

22   Q.   All right.  And there's been a lot of testimony about the

23   BP gas station.  That's different than the one on the

24   5200 block; correct?

25   A.   Yeah, it's a different gas station.
```

AANONSEN - CROSS

**Q.**   Okay.  So I just want to make sure because there have been two BPs that have come up.  They're separate BP stations; correct?

**A.**   Yes.  One is at 4608 Liberty Heights.  The other one is at 5200 Forest Park and Windsor Mill.

**Q.**   The one near Gwynn Oak, have you canvassed that area and talked to the BP gas station and the people there and the businesses around there?

**A.**   For what?

**Q.**   About -- information about the case.

**A.**   No.

**Q.**   How about, is there a liquor store in that area?

**A.**   There is.

**Q.**   Have you canvassed or talked to anyone in the liquor store about information about this case?

**A.**   No.

**Q.**   There's also two Chinese restaurants there as well, correct, across the street from each other?

**A.**   I don't recall.

**Q.**   Have you canvassed any of the stores or businesses in that area?

**A.**   No.

**Q.**   Now, a lot of issues with rap music and rap culture have come up.

Have you looked into other areas of the country about rap

AANONSEN - CROSS

1  music and culture and signs and videos, other areas of the

2  country to inform your case in this case?

3  **A.**   I don't remember testifying about having issues with rap

4  music.

5  **Q.**   No, no.  I mean issues have come up in the case,

6  rap videos.  Those type of things have come up in the case and

7  the evidence; correct?

8  **A.**   Yes, rap videos have been played during the case.

9  **Q.**   Okay.  And when it comes to hand signs or gestures or

10  anything that's related to rap music, have you compared the

11  Baltimore area to other areas in the country?

12  **A.**   No.  The focus of our investigation wasn't on the rap

13  aspect.

14  **Q.**   So you haven't compared it to like New York or other

15  areas, New Orleans, Atlanta, Texas, Philadelphia, anything like

16  that?

17          **MS. HOFFMAN:**  Objection; asked and answered.

18          **THE COURT:**  Overruled.

19          **THE WITNESS:**  No.

20  **BY MR. SARDELLI:**

21  **Q.**   And specifically, have you compared the hand signs used in

22  this case to other areas of the country, same thing, Chicago,

23  New York, other areas?

24  **A.**   No.

25  **Q.**   Have you ever talked to my client?

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

*AANONSEN - CROSS*

```
 1    A.    Yes.

 2    Q.    Did you ever make a statement to him that you had nothing

 3    on him but that you were interested in other people in the

 4    case?

 5    A.    No.

 6              MR. SARDELLI:   No further questions at this time,

 7    Your Honor.

 8              THE COURT:   Mr. Trainor.

 9                            CROSS-EXAMINATION

10    BY MR. TRAINOR:

11    Q.    Good morning, Agent Aanonsen.

12    A.    Good morning, sir.

13    Q.    Can you remind me how long it is that your agency and you

14    have been involved in this investigation.

15    A.    We opened it March 2016.

16    Q.    '15?

17    A.    '16.

18    Q.    '16.   March 2016.

19              And you are the case agent in charge of it at this point?

20    A.    Yes.

21    Q.    And have been throughout; correct?

22    A.    Yes.

23    Q.    All right.   You've had a lot of investigative tools at

24    your disposal, including search warrants, teams of

25    investigators, undercover officers, and undercover paid
```

1   informants as well; correct?

2   **A.**   That's correct.

3   **Q.**   And you had Title III wiretap orders?

4   **A.**   Yes.

5   **Q.**   And one of them was on the phone that you attribute to

6   Jamal Lockley at (443) 709-7780?

7   **A.**   That's correct.

8   **Q.**   Now, did you listen to all the calls on that number?

9   **A.**   Not every single last call.  There were thousands of calls

10  over that line.

11  **Q.**   All right.  So, I mean, you had a wiretap up for, what is

12  it, a month or so?

13  **A.**   Yeah.  It was 30 days.

14  **Q.**   And whenever that phone connected, someone was listening

15  or recording?

16  **A.**   Yes.

17  **Q.**   Or both, I suppose.

18  **A.**   Well, the software automatically records the calls as they

19  come in, but we have different people monitor the line.

20  **Q.**   All right.  And so the calls that have been played in the

21  courtroom are just a selection from that -- a very large group

22  of calls; correct?

23  **A.**   That's correct.

24  **Q.**   And as far as voice identification, were you the one who

25  identified voices or was that done by someone else?

*AANONSEN - CROSS*

1   **A.**   I was not the initial person that identified Mr. Lockley

2   as the user of that phone; but since throughout the

3   investigation, I have been able to identify his voice.

4   **Q.**   And when is the last time you've gone back and gone

5   through that voice-identification process?

6   **A.**   Six weeks ago.

7   **Q.**   About six weeks ago.

8        And one of the calls that you just -- that was just

9   played -- and I'm not going to go back and play all of these

10  calls for you.

11  **A.**   Yes, sir.

12  **Q.**   But there was TT-3-7934 from August 18th of 2016.  The

13  transcript was labeled Lashley and Lockley.

14       You didn't go back and verify those voices, did you?

15  **A.**   To the best of my ability, yes, I did.  I reviewed every

16  single transcript and call.

17  **Q.**   So it's your opinion that it was Mr. Lockley's voice on

18  that particular call?

19  **A.**   Yes.

20  **Q.**   All right.  Now, you've listened to literally thousands of

21  recorded calls; correct?

22  **A.**   That's probably correct.

23  **Q.**   And I think you would agree with me that very few of those

24  calls have specific references to heroin or to, say, cocaine or

25  cocaine base; correct?

1   **A.**   That's not correct at all.  They don't specifically say

2   "heroin" in the call, but they use many different adjectives

3   and things to describe what's going on.

4   **Q.**   That's right.  They use -- you hear words like "boy" and

5   "girl" and "brown" and "white" and "gravel" and "that thing"

6   and "small thing" and "big thing" or terms like that which you

7   have to interpret; right?

8   **A.**   Yes; and people speaking of using it and buying it and

9   overdosing on it.

10  **Q.**   All right.  And some of the calls are more explicit than

11  others, but some don't mention drugs at all.

12  **A.**   I mean, if you're speaking about some are directional

13  calls like "Meet me on the left."

14  **Q.**   And things that -- and calls that show association between

15  particular people.

16  **A.**   Yes.

17  **Q.**   All right.  But in addition to the calls that you

18  interpreted as a narcotics investigator, correct --

19  **A.**   Correct.

20  **Q.**   -- and listened to them?

21       I mean, I'm just -- one call that we heard either today or

22  yesterday afternoon, for example, TT-2-3401, Mr. Lockley

23  talking to Mr. Bowling, he just asked, "Where Nugget at?"

24       And now, Nugget is not a reference to a drug, is it?

25  **A.**   No; and I never made that interpretation either.

1   **Q.**   All right.  I'm not suggesting you did.  I'm just asking

2   you that.

3       So there's nothing explicit about that, is there?

4   **A.**   No.  Nugget could have been a nickname.

5   **Q.**   And that's just -- but when somebody -- the next call,

6   TT-3-3064, you identify Mr. Lockley talking to FNU LNU, which

7   means first name unknown, last name unknown; correct?

8   **A.**   That's correct.

9   **Q.**   And that person, the unknown person, says [reading]:

10  Thanks for the sample.

11  **A.**   That's correct.

12  **Q.**   Now, that doesn't explicitly reference drugs, but you

13  interpret that as talking about -- suggesting that someone gave

14  this unknown person a sample of drugs; right?

15  **A.**   Yeah.  Based on the totality of the investigation, that's

16  the only interpretation on whatever samples Mr. Lockley would

17  have given out, would have been narcotics.

18  **Q.**   But you agree with me that you have to read something into

19  it as a narcotics investigator to conclude that.

20  **A.**   Yes.

21  **Q.**   All right.  But you also conducted physical surveillance;

22  correct?

23  **A.**   That's correct.

24  **Q.**   I believe you testified that you followed Mr. Lockley on a

25  regular basis over time.

56

1   **A.**   On a few occasions, we did follow him.

2   **Q.**   Well, you were asked if you followed him enough so that

3   you could testify that you never saw him going to a job or to

4   work; correct?

5   **A.**   That's correct.  I never did.

6   **Q.**   But -- so you -- in order to reach that conclusion, you

7   had to follow him or observe him or surveil him on a fairly

8   regular basis, didn't you?

9   **A.**   Right.  And also listen to all of his wiretap

10  conversations where he never once spoke of having a job or

11  going to work or anything of that sort either.

12  **Q.**   But as far as surveillance goes, you covertly staked out

13  his home?

14  **A.**   No; we located him based on GPS location on his phone that

15  we were pinging.

16  **Q.**   And -- correct.  But you staked out his home and observed

17  him coming and going from his home?

18  **A.**   We've observed him standing on the front porch utilizing a

19  phone while we're receiving wiretap information over the line.

20  And, yes, we've also followed him.

21  **Q.**   But you took a videotape of him walking from his home to

22  his car, didn't you?

23  **A.**   I did not take that tape.

24  **Q.**   But law enforcement did?

25  **A.**   That's correct.

1   **Q.**   You know what I'm talking about.

2   **A.**   Yes.

3   **Q.**   All right.  And on September 27th of 2016, you and your

4   agency searched his home; correct?

5   **A.**   Yes.  A team searched 1868 Oxford.

6   **Q.**   All right.  And that was thoroughly done from the front

7   door to -- the entire house; correct?

8           **MS. HOFFMAN:**  Objection based on hearsay.  This

9   witness wasn't there.

10          **MR. TRAINOR:**  Sorry.  I couldn't hear you.

11          **MS. HOFFMAN:**  This witness wasn't there.

12  **BY MR. TRAINOR:**

13  **Q.**   Didn't you just testify that you're the case agent and

14  that your team searched that house?

15  **A.**   Yes.  One of the team searched the house; that's correct.

16  **Q.**   And you're confident that it was done thoroughly?

17  **A.**   Yes, I would hope so.

18  **Q.**   And you know what was seized from the house; correct?

19  **A.**   Yes.

20  **Q.**   The search was done early in the morning?

21  **A.**   That's correct.

22  **Q.**   All right.  In part to make sure that -- or to try to

23  ensure that there was no notice or opportunity for somebody to

24  destroy relevant evidence?

25  **A.**   Well, based on federal law, we're not allowed to execute

 1   warrants before 6:00 a.m. without a court order.  So we

 2   executed them at 6:00 a.m., in the morning, which is the

 3   earliest time we're allowed to do that.

 4   **Q.**   Which is fairly early in the morning.

 5   **A.**   Yes, sir.

 6   **Q.**   And Mr. Lockley was arrested on that day, September 27th,

 7   2016; correct?

 8   **A.**   Correct; pursuant to an arrest warrant.

 9   **Q.**   And there was -- there were no drugs seized?

10   **A.**   No, not from his residence.

11   **Q.**   There was no kilo press or packaging material seized?

12   **A.**   No.

13   **Q.**   And he had about $1500 in the house --

14       **MS. HOFFMAN:**  Your Honor, I'm going to object to this

15   line of questioning.  I think this witness wasn't there.

16   Hearsay.

17       **THE COURT:**  Overruled.

18       If he doesn't know, he'll say that.  But he's the case

19   agent, and I don't think this is --

20   **BY MR. TRAINOR:**

21   **Q.**   And there were no firearms in the house either, were

22   there?

23   **A.**   There were no firearms recovered there.

24   **Q.**   All right.  And there was about $1500 recovered?

25   **A.**   I recall about $1500, yes.

1  Q.   And it was the 27th of the month, 3 days before rent might

2  be due?  It was the 27th.

3  A.   Okay.

4  Q.   It was --

5  A.   It was the 27th; correct.  I don't know when his rent was

6  due.

7  Q.   All right.  Now, you also searched, as part of your

8  investigation, social media accounts:  Instagram accounts,

9  Facebook accounts, and iCloud accounts?

10  A.   Correct.

11  Q.   And you were shown during your testimony, I think it was

12  yesterday, some pictures of Mr. Lockley posted on other

13  people's accounts; correct?

14  A.   Correct.

15  Q.   I think there was something from a William Jones, who

16  posted a picture of Mr. Lockley.  There was, I think -- on the

17  iCloud account, is that Mr. Bailey's?

18  A.   That's correct.

19  Q.   There were a couple of photos there.

20       But you know nothing -- none of that was posted by

21  Mr. Lockley.

22  A.   No.

23  Q.   All right.  And we can't look at these photos and know

24  when the photo was actually taken, can we?

25  A.   No; because Facebook strips the metadata out of the photos

1    now.

2    **Q.**   And there's no testimony regarding the actual

3    circumstances under which any of these photos were taken, is

4    there?

5    **A.**   No.  I have no firsthand knowledge of exactly when the

6    photos were taken.

7    **Q.**   And it's hard to tell the precise location where some of

8    these photos were taken; correct?

9    **A.**   Some of them.

10   **Q.**   Some of them.  All right.

11       So no drugs were seized from Mr. Lockley from his person

12   or from his home or from his car at the time of arrest; right?

13   **A.**   Right.  I think we see -- we see several cell phones,

14   including the cell phone that was utilizing the 7780 number,

15   which was the Line 3 of our wiretap.

16   **Q.**   So I asked you about any drugs seized.

17   **A.**   No, no drugs.

18   **Q.**   All right.  I thought so.

19       But there -- the largest seizure of drugs that came into

20   evidence so far during the trial was from July 20th, 2015, at

21   532 Coventry Road; correct?

22   **A.**   Correct.

23   **Q.**   And that was before your agency even got involved in this

24   case; right?

25   **A.**   That's correct.

1  Q.   All right.  And that -- but you're aware of it from your

2  case agent role; correct?

3  A.   Yes.

4  Q.   And that was recovered from an apartment with -- from

5  inside -- I think there were 608 grams, gross weight, of

6  heroin.

7  A.   Correct.

8  Q.   And that was an apartment that was occupied by a

9  Karen Stinson and a Kameron Jamar Wilson; correct?

10 A.   Kameron Wilson; correct.

11 Q.   Right.  And the grams of heroin were found in Kameron's

12 bedroom stuffed inside a futon; correct?

13 A.   Yes.

14 Q.   All right.  And there was a hydraulic press there to make

15 kilo -- I mean kilo packages; right?

16 A.   Correct.

17 Q.   And you know Mr. Wilson pled guilty in a different case;

18 correct?

19         MS. HOFFMAN:  Objection.

20         THE COURT:  Sustained.

21         The jury will disregard.

22 BY MR. TRAINOR:

23 Q.   But that's the only thing that's been mentioned about

24 Mr. Kameron Wilson in this case; correct?

25 A.   Plus he was the stash house operator for

1    Adrian Jamal Spence.

2    **Q.**    All right.  But has that come in in testimony?

3    **A.**    I believe it did.

4              **MR. TRAINOR:**  All right.  Thank you.

5              No further questions.

6              **THE WITNESS:**  You're welcome.

7              **THE COURT:**  All right.  I think we need to -- there

8    may be some more questions, but it's probably a time to take

9    the mid-morning recess.

10             I'm going to start by excusing the jury.

11        (Jury left the courtroom at 11:53 a.m.)

12             **THE COURT:**  And the witness can step down.

13             And a couple things before we take a break.

14             We did get a note from one of the jurors.  It says,

15   "Will we be able to see all names with nicknames when we go

16   into deliberations?  Reason asking, there are so many names

17   with numerous nicknames being thrown at us, it is confusing at

18   times."

19             So we will get back to reviewing in what fashion the

20   demonstrative exhibit can be prepared that would be --

21   Ms. Whalen doesn't want it all on one page.  You know, there

22   should be some other way to do it.  But I think the jury is

23   clearly interested.

24             And I'm just telling you that for right now.

25             I also want to briefly address Mr. Hazlehurst.  You've

 1  given me all these screenshots of all the lyrics or whatever

 2  they are.  And obviously I haven't heard from the Government.

 3       I would -- in looking at it, I think this is a very

 4  different situation from Mr. Lockley's notes, which were

 5  sometime substantially later.

 6       There are parts of this that I might think should be

 7  excluded, and I don't know yet exactly what it is the

 8  Government wants to put in, if they're offering the whole

 9  thing.  I could see parts of it that might be particularly

10  subject to exclusion.

11       But I cannot, looking at this so far, I can't make a

12  blanket decision, as I did with Mr. Lockley's, that this is

13  inadmissible.  I think the context is different and the content

14  is different.  So I just -- if you want to take another look at

15  it.

16       **MS. HOFFMAN:**  And I can -- it might be helpful if I

17  just proffer that I'm not intending to read much of it in.

18       The part that I wanted to flag is the part where he

19  says [reading]:  I'm on the run from the feds and still got

20  warrants in the state.

21       And then there's also it says [reading]:  Federal

22  indictment.  I'm on the run.

23       And there's one that says [reading]:  Me and Syd

24  kickin' doors trying to lay some shake.  Laying "N" words on

25  the floor.  What's the code to the safe.

1        Which we believe is relevant to the Ricardo Johnson

2   murder, potentially.

3        And then one other is [reading]:  Homie got booked for

4   a murder.  He solid Omertà.  Stayed silent Omertà.

5        Which, again, we think is potentially relevant to the

6   Ricardo Johnson murder.

7        **THE COURT:**  How is that relevant to the

8   Ricardo Johnson murder?

9        **MS. HOFFMAN:**  So I believe it's a reference to -- and

10  certainly it's open to other interpretations -- but a reference

11  to Sydni Frazier getting booked for the Ricardo Johnson murder.

12  And there has been some indirect, circumstantial evidence that

13  Mr. Davis may have been involved in that murder.

14        For instance, he was present when Sydni Frazier said

15  that he wanted to rob him.  And then there are text messages in

16  Sydni Frazier's phone with the 4194 number where he says a few

17  days before the murder [reading]:  Grab three black Jimmy Macks

18  or grab -- I think it's grab three black Jimmy Macks.

19        And then there's a call with Mr. Davis on the night of

20  the murder as well.

21        There has not been any testimony that he was involved,

22  but there is circumstantial evidence that he may have been

23  involved.

24        **THE COURT:**  Okay.

25        **MR. HAZLEHURST:**  And, Your Honor, in particular as to

```
 1   that, I don't think that that, certainly through the witnesses;

 2   that theory has been articulated by the Government.

 3          In regard to the text message in regard to the

 4   Jimmy Macks, that was on August 5th.  As I pointed out in

 5   cross-examination, there was no response from Mr. Davis that

 6   said, Yes, I will do that, anything at all.

 7          It was simply blank.  It was sent by Mr. Frazier.

 8   There were two text messages:  Get three Jimmy Macks.  One if

 9   you're -- or two if you're coming along.

10          And no response from Mr. Davis in regard to that.

11          There was the mention of a call at 3:07 a.m. in the

12   records for 11 seconds.  And, again, there is no -- as I asked

13   Agent Moore, there was nothing to indicate that the call was

14   picked up, responded to, whether it went to voicemail.

15          So really that's the only evidence in regard to

16   Mr. Davis that's been articulated in regard to the Johnson

17   homicide.

18          And I think there's the extreme potential prejudice if

19   that part of these -- what, again, I believe are rap lyrics.

20   And I'm not even sure -- quite frankly, Your Honor, I think

21   there are several points to be made in regard to this.  One,

22   authorship, unlike something that's handwritten, unlike

23   something where there is a video of somebody actually reciting

24   or singing rap lyrics.

25          We don't know who ultimately did it.  Again, it's
```

1  supposed to be taken from Mr. -- from a phone that was seized

2  from Mr. Davis.

3       But at that point we don't know whether somebody else

4  may have written it; he wrote it.  We don't know that.

5       Two, obviously there is a lot of violence.  As I think

6  the Court's alluded to, there are things in here that certainly

7  shouldn't come in because I think they are extremely

8  prejudicial and have no probative value.

9       **THE COURT:**  What I was -- I did see the part about the

10  federal indictment and on the run.  And it seems to me that's,

11  even though it's in a phone as compared to handwriting, the

12  circumstances would make it pretty likely that that is your

13  client.  And I was thinking that that part of it would be

14  admissible.

15       I'm at the moment not persuaded about the murder.

16       **MR. HAZLEHURST:**  And, Your Honor, and, again --

17       **THE COURT:**  So if you can talk to -- we've got to take

18  a break.  Talk to counsel about what exactly they were planning

19  to introduce, and maybe we won't have as much of an issue as we

20  did before.

21       Finally, coming back to, subject to Mr. Sardelli

22  finding something else over the break, but I've had a little

23  bit more chance to look at this report.

24       First of all, in terms of its being exculpatory,

25  Paragraph 6, I think it's open to more than one interpretation

1  about whether the supplier that they were waiting for on that

2  particular day was or was not the same person that Mr. Lee

3  referred to as his uncle who he said, Going to come for real.

4         So that's a separate issue.  That's the exculpatory

5  part of it.

6         Other than that, it appears to be a hearsay statement

7  by someone named Mr. Lee.  I should say it's Mr. Lee who made

8  the statement, which is being offered for the truth of it.  And

9  I have not yet been persuaded, not yet been provided a hearsay

10 exception that would apply.

11     MR. SARDELLI:  And I have another, you know, option,

12 Your Honor.  This is actually videotaped.  And clearly,

13 Agent Moore or Agent Aanonsen probably can authenticate the

14 videotape.  Another option we have is --

15     THE COURT:  That does not change the hearsay status of

16 the statement by Mr. Lee.  The fact that it's on a videotape

17 does not change the hearsay status.

18     MR. SARDELLI:  So my question would be:  I should

19 cross-examine and -- for example, for Agent Moore, what I could

20 also do is cross-examine him about how the fact that they were

21 in Gwynn area, they ran a CI there to purchase or attempt to

22 purchase drugs, and my client did not come up.  And the absence

23 of my client basically did not come up in the video, in any

24 conversations, or anything else.  The absence of it would still

25 be relevant to ask him about without getting into the hearsay.

 1   For example, they --

 2            THE COURT:  You're saying you think it would be

 3   relevant that there was a purchase or an attempted purchase --

 4            MR. SARDELLI:  Yes.

 5            THE COURT:  -- on a particular date in that area and

 6   that your client wasn't seen?

 7            MR. SARDELLI:  Wasn't seen.  Didn't come up in the

 8   video.  Didn't come up at all.  I think that would be relevant

 9   and not the hearsay.

10            THE COURT:  Okay.  You can think about how relevant

11   that actually might be.

12            But that's certainly more likely to be acceptable than

13   something that asks to repeat Mr. Lee's hearsay statement.

14            Okay.  We'll take a short break.

15        (Recess taken.)

16            THE COURT:  Can I see counsel at the bench, please.

17        (Bench conference on the record:

18            THE COURT:  Ms. Moyé advised me that one of the

19   jurors, she sits in the far --

20            MR. HAZLEHURST:  Short hair?

21            THE COURT:  -- all the way down there, she's the one

22   that has the bad knees.

23            MR. HAZLEHURST:  Okay.  Last juror?

24            THE COURT:  Yes.  She apparently asked Ms. Moyé,

25   "Should Mr. Davis be smiling at us?"

1          I do not know whether he was or was not smiling at the

2     jury.  He doesn't.  There's not anything wrong with smiling.

3          **MS. AMATO:**  It's better than the alternative.

4          **THE COURT:**  Sure.  But I thought you'd want to know

5     that she asked that question of Ms. Moyé.  So if you --

6          **MR. HAZLEHURST:**  I will discuss that.  It's not

7     something I've noticed.  And obviously I confer with him, and

8     sometimes he smiles at me.  And maybe there was --

9          **THE COURT:**  That may be what's happened.

10         **MR. HAZLEHURST:**  -- transferred intent, as a matter of

11    fact.

12         **THE COURT:**  Okay.  Thank you.)

13        (Bench conference concluded.)

14         **THE COURT:**  All right.  We'll get the jury.

15         **MS. HOFFMAN:**  Your Honor, I'm sorry.  I know the jury

16    is about to come in, but I did want to flag before . . .

17        (Jury entered the courtroom at 12:20 p.m.)

18         **THE COURT:**  All right.  Ms. Amato.

19         **MS. AMATO:**  Thank you.

20                          CROSS-EXAMINATION

21    **BY MS. AMATO:**

22    **Q.**  Good afternoon.

23    **A.**  Good afternoon.

24    **Q.**  All right.  So I have a couple of areas that I'd like to

25    question you regarding.

1    **A.**    Sure.

2    **Q.**    But we're going to start with the phone calls.

3    **A.**    Sure.

4    **Q.**    And you have identified on some of the calls that we heard

5    the voice of Mr. Anderson.

6    **A.**    Correct.

7    **Q.**    All right.  And you -- when did you do this, first of all?

8    When was the first time you identified his voice as being on

9    those calls that you've identified?

10   **A.**    2016.

11   **Q.**    When in 2016?

12   **A.**    In the summer.

13   **Q.**    The summer.  Okay.

14         So that was prior to his arrest?

15   **A.**    Correct.

16   **Q.**    And at that point you had not interviewed him; correct?

17   **A.**    That's correct.

18   **Q.**    You had not spoken to him in any matter; correct?

19   **A.**    That's correct.

20   **Q.**    And so you based the identification of his voice on what?

21   **A.**    I had seen the video of him speaking that we just saw.

22   **Q.**    The video when he's in a vehicle?

23   **A.**    That's correct.

24   **Q.**    So that -- that video is what you used, then, to base

25   the --

1   **A.**   I wasn't the first person to identify him, but

2   subsequently, yes, I agreed with the identification.

3   **Q.**   Okay.  All right.  And certainly the -- when his residence

4   was searched -- and, of course, as the case agent, you know

5   that there was a phone that was recovered; correct?

6   **A.**   I believe several phones.

7   **Q.**   Okay.  Well, you think that there were several phones that

8   were recovered?

9   **A.**   I believe.

10  **Q.**   Okay.  And none of those phones had the number that

11  coincided with the number that was being called on the -- by

12  the voice that you've identified as Mr. Anderson; correct?

13  **A.**   That's correct.

14  **Q.**   All right.  Let's talk about some of these phone calls.

15       So specifically as to call, which was Call Number 4604 and

16  it was on -- and it's on Page 164.  And I'm going to bring up

17  the transcript.

18       All right.  So this was a call that you identified

19  Mr. Anderson's voice on; correct?

20  **A.**   Correct.

21  **Q.**   And you see there is in this a reference to Stinka;

22  correct?

23  **A.**   Correct.

24  **Q.**   Are you familiar with who that is?

25  **A.**   No.

1   Q.   And that was a name that you had heard that -- this

2   particular voice say on other calls as well?

3   A.   Yes.

4   Q.   All right.  There was also a call, Call Number 4863,

5   Call 4863 on Page 168.  I'll pull up the transcript.

6        And this was a phone call in which the voice you've

7   identified as Mr. Anderson was concerned about some people

8   talking about him; correct?

9   A.   Yes.

10  Q.   All right.  Where it says about the situation here, it's

11  the voice identified as Lockley.  He says [reading]:  About the

12  situation.  Saying the village "N" word keep talking about what

13  Bo ain't right.

14       And the next voice says [reading]:  Well, who?  That's

15  what I'm saying.  Who's basically saying it?

16       Now, are you aware as the case agent that Mr. Anderson had

17  recently been released from jail?

18  A.   I don't recall.

19  Q.   Were you -- do you recall, then, at all during the summer,

20  July 1st through July 5th, whether he had been incarcerated, of

21  2016?

22  A.   I couldn't tell you as I sit here today exactly when he

23  was incarcerated.

24  Q.   Did you look into anything like that?

25  A.   Sure.

1  Q.   Okay.  I'm going to jump ahead to Call 4910.  And in this

2  call you've identified a third voice, Mr. Bowling, as well,

3  correct --

4  A.   Correct.

5  Q.   -- besides Mr. Lockley's voice and besides Mr. Anderson.

6       And in this call, you were asked if you -- and let me ask

7  you this.  Let me step back.

8       The transcripts, did you prepare these transcripts?

9  A.   Not all of them, but I've reviewed all of them.

10 Q.   Okay.  When you say "not all of them," do you know if you

11 prepared any of these transcripts that you were shown in which

12 the voice of Mr. Anderson was identified --

13 A.   Yes.

14 Q.   -- by you?

15      Did you prepare any of these?

16 A.   Yes.  Not -- not these ones that you showed me, but some

17 of them I have.

18 Q.   Okay.  So this one you have not prepared?

19 A.   No.

20 Q.   So this was something that another person had prepared.

21 And then you basically listened to the phone call, and it

22 sounded more or less correct; right?  Is that basically it?

23 A.   No.  I reviewed it after they transcribed it.

24 Q.   Okay.  Well, you would agree with me, then, that in this

25 call there's portions where it's hard to hear some of what's

1  being said?

2  **A.**   Some of the calls were like that, yes.

3  **Q.**   Okay.  And I'm going to play this one for you, but in this

4  call there is discussion about 9 o'clock; remember that?

5  **A.**   Yes.

6  **Q.**   And in this call it's your interpretation that you hear

7  them saying -- Bowling saying about [reading]:  At 9:00 when we

8  open.

9  **A.**   Yes.

10  **Q.**   All right.  I'm going to have you listen to the call --

11  let me ask you this, too:  Have you listened to any of these

12  calls with headphones?

13  **A.**   Yes.

14  **Q.**   Okay.  But let's listen to this call, because I'd ask you

15  to listen to hear -- if you can hear that Mr. Bowling says when

16  the rent -- when the -- the rent office opens.

17       (Audio was played but not reported.)

18  **BY MS. AMATO:**

19  **Q.**   Now, there was a portion that you couldn't -- could you

20  understand everything that was being said during that portion?

21  **A.**   No.

22       (Audio was played but not reported.)

23  **BY MS. AMATO:**

24  **Q.**   Did you hear that "9 o'clock"?

25  **A.**   I heard -- I still heard the same thing that's in the

1    transcript [reading]:  At 9 o'clock when we open.

2    **Q.**   All right.  So, I mean, we're not hearing it with

3    headphones.  We're hearing it in this large room.

4         But at a point -- at 44 -- actually, at around 42 seconds,

5    I'll play it again -- whoops.

6         (Audio was played but not reported.)

7    **BY MS. AMATO:**

8    **Q.**   So, again, before he's saying that "about 9:00," it is

9    difficult to hear; you'll agree with that?

10   **A.**   Correct; but he says "when we open."  Mr. Bowling didn't

11   work at the rent office.

12   **Q.**   Right.  Well, he -- let me tell you -- let me ask you

13   this:  Are you aware where he was living?

14   **A.**   Yes.

15   **Q.**   Okay.  He was in an apartment building; correct?

16   **A.**   Correct.

17   **Q.**   All right.  And so an apartment building has a rental

18   office?

19   **A.**   That's correct.

20   **Q.**   All right.  And so if he -- if he was saying -- maybe you

21   can't hear it -- but if -- if he was saying about rental office

22   opening at 9 o'clock, that would be consistent with where he

23   was living; correct?

24   **A.**   I'm sure the apartment complex had a rental office.

25   **Q.**   Okay.  So that would be consistent with where he was

*AANONSEN - CROSS*

1  living.

2  **A.**   That it had a rental office?

3  **Q.**   Yes.

4  **A.**   Yes.

5  **Q.**   Okay.  All right.  Again, that was in Call 4910.  And the

6  part where it's a little difficult to hear was around

7  43 seconds in the recording.

8      Now, I'm going to turn over to Call Number 4903 -- I'll

9  actually backtrack and first go through the transcript.

10     And was -- this was on August the 3rd, 2016.  Was this a

11  phone -- a transcript that you prepared, or was this another

12  one that someone else prepared and then you reviewed it?

13  **A.**   I prepared it.

14  **Q.**   You prepared this.  Okay.

15     All right.  Now, here you've identified, you believe, that

16  the voice you identified as Anderson stated [reading]:  As

17  Creams.

18     See that on this page, the first page of the transcript?

19  **A.**   Yes.

20  **Q.**   All right.  And you would agree with me that beans, as in

21  B-E-A-N-S, sound very similar to Creams?

22  **A.**   I agree with you beans sounds similar to Creams.

23  **Q.**   Okay.  And so that is a name, a word that could be easily

24  misheard.

25  **A.**   What I transcribed is what I heard.

1  Q.  But you agree with me that that could be misheard.  Beans
2  could be misheard for Creams because it sounds very similar?
3  A.  No.  I heard Creams.
4  Q.  I'm not asking -- I'm asking -- listen to my question.
5      Beans could be misheard for Creams.
6  A.  Yes.
7  Q.  You've told us that you've listened to many more phone
8  calls than what were played for you in court.
9  A.  That's correct.
10 Q.  All right.  And particularly to Transcript TT-3.  And
11 having listened to all of these various phone calls, you do
12 know that there was -- there were conversations in these calls
13 in which the voice you've identified as Lockley was speaking
14 with the voice you identified as Anderson in regards to Charlie
15 wanting to purchase a BMW from Mr. Anderson.
16 A.  Yeah, I do recall a phone conversation about that.
17 Q.  And so now we've listened to Call 6022.  Let me get to the
18 transcript on that.
19     And this was a call on August the 10th of 2016; correct?
20 A.  Correct.
21 Q.  And this was a call in which Charlie is mentioned;
22 correct?
23 A.  Correct.
24 Q.  And you had said that you've -- you identified through
25 your investigation a Charlie Banks; correct?

1    **A.**    No.  Charles Jeffries, Charlie Blackwell.

2    **Q.**    Charlie -- I'm sorry.  My mistake.  Charlie Blackwell.

3    Right.

4    **A.**    Correct.

5    **Q.**    Okay.  So it was Charles -- say it again.  Charles Jen --

6    what was the first name?

7    **A.**    Charles Jeffries.

8    **Q.**    Charles Jeffries.

9          And Charlie Blackwell?

10   **A.**    Correct.

11   **Q.**    All right.  And Charlie Blackwell, you also know, went by

12   the name C-Bo.

13   **A.**    That's correct; one of his names.

14   **Q.**    C-B-O, correct.

15          All right.  So in this call on August 10th, 2016, there is

16   mention again by the voice you've identified as Lockley as

17   Charlie; correct?  It says [reading]:  Me and Charlie trying to

18   get to you today or tomorrow.

19          Correct?

20   **A.**    Correct.

21   **Q.**    And this was on August 10th, 2016, at 5:51.

22          Now, that was a call that occurred right after -- I'm

23   sorry.

24          A call -- yes, right after a call between Mr. Lockley and

25   Mr. Anderson on that same day at 6:02 -- excuse me.

1          This call occurred right before a call between

2   Mr. Anderson -- Anderson's voice and Mr. Lockley in which they

3   discuss the -- the desire of Charlie to purchase a BMW from

4   Anderson.

5   **A.**   I didn't hear the call about the BMW.

6   **Q.**   Okay.  All right.  Well, let me -- let me show you . . .

7          (Counsel conferred.)

8          **MS. AMATO:**  So I'd like to -- Your Honor, if I could

9   approach the witness.

10  **BY MS. AMATO:**

11  **Q.**   First of all, were line sheets prepared as these calls

12  were coming through the system, being recorded?

13  **A.**   Sometimes not immediately, no.

14  **Q.**   Okay.  But there were line sheets?

15  **A.**   Yes.

16  **Q.**   All right.  And line sheets basically are notes of the

17  phone calls; correct?

18  **A.**   Yes.

19  **Q.**   And then later, of course -- they're not actual

20  transcripts.  Sometimes they are as detailed as transcripts,

21  but sometimes they're just basically notes; correct?

22  **A.**   Yeah.  I mean, there's so many calls that come through.

23  They just make notes on who's on the call and what basically

24  the substance is.

25  **Q.**   All right.  So I'd like to show you line sheets pertaining

1  to this phone call.

2      If you could just take a look at this and read it, see if

3  it refreshes your recollection (handing).

4  **A.**   Right here (indicating)?

5  **Q.**   Yes.  Uh-huh.

6  **A.**   (Reviews document.)

7      Okay.

8  **Q.**   So does having reviewed this line sheet refresh your

9  recollection that on August 10th, 2016, in Call 6028 at 18:05,

10  which is 16:05, that there was a call in which specifically

11  there is mention about Charlie being interested in purchasing a

12  BMW?

13  **A.**   Yes.

14  **Q.**   Okay.  Now, we heard a phone call on August the 11th.  I'm

15  going to show you a transcript.  It's 6217, which was on

16  Page 228.  Oops.

17      And in this call -- all right.  A couple of things.

18      This -- first of all, the date on this call is

19  August the 11th of 2016 at 7:40 p.m.; correct?

20  **A.**   That's correct.

21  **Q.**   All right.  And in this call there is a question of --

22  asking whether you got it.  And then -- was this a transcript

23  that you prepared, or was this a transcript that you reviewed?

24  **A.**   I repaired -- I prepared it.

25  **Q.**   All right.  And you, then, believe that at the very end of

1   the call, Mr. Anderson -- the voice you identified as

2   Mr. Anderson said [reading]:  Man, yo, you been dropping a lot

3   of motherfucking names lately, yo.

4       And, again, did you listen to this phone call with

5   headphones?

6   **A.**   Yes.

7   **Q.**   All right.  And you would agree with me that "dropping a

8   lot of motherfucking names" sounds similar to "playing a lot of

9   games"?

10  **A.**   Yes.

11  **Q.**   And so, actually, let's play this call.

12      (Audio was played but not reported.)

13  **BY MS. AMATO:**

14  **Q.**   Do you still stand by your transcript?

15  **A.**   Yeah.  That's still what I heard.

16  **Q.**   Now, before this transcript -- again, as you said, you've

17  been -- you've listened to a lot more than just these phone

18  calls.

19      Before this call, excuse me, there was a call in which the

20  voices that you've identified as Lockley and Anderson discuss

21  getting ready for a concert to see Lor Sean.

22  **A.**   I didn't hear that one today, and I don't recall that one.

23  **Q.**   Okay.  So I'd like to show you again . . .

24      (Counsel conferred.)

25  **BY MS. AMATO:**

```
 1    Q.   All right.  I'd like to -- and I guess I didn't mark --

 2    I'm going to mark this for identification, what I'm showing the

 3    witness.

 4              THE CLERK:  12.

 5              MS. AMATO:  Number 12?

 6              THE CLERK:  Yes.

 7              MS. AMATO:  If I can approach the witness?

 8              THE COURT:  You may.

 9    BY MS. AMATO:

10    Q.   I'd like to show you again what I've marked as

11    Defense Exhibit No. 12.  And the bottom portion, if you'd just

12    review that, please (handing).

13    A.   (Reviews document.)

14         Okay.

15    Q.   Okay.  And does that refresh your recollection regarding

16    that phone call?

17    A.   I don't remember reviewing that phone call.

18    Q.   You don't remember reviewing that call.  All right.

19         But having reviewed it now --

20              MS. HOFFMAN:  Objection.

21              THE COURT:  Do you want to approach the bench.

22         (Bench conference on the record:

23              MS. AMATO:  It's the bottom one.

24              MS. HOFFMAN:  I think the witness just said that it

25    didn't refresh his recollection or he didn't remember reviewing
```

 1  that call, so I don't think that it's proper.

 2          THE COURT:  Right.  But -- I mean, are you quarreling

 3  with the summary in the line sheet?

 4          MS. HOFFMAN:  Well, I mean, I don't know.  I don't

 5  think he prepared the summary and I don't think he remembers

 6  the call.

 7          MS. AMATO:  I mean, these are the line sheets that I

 8  got, obviously, from the Government.  They're voluminous, and

 9  so I took out the ones that I needed for this.

10          I don't have the phone call with me.  I don't know if

11  the Government does.  So --

12          MS. HOFFMAN:  I mean, I think it's fine to ask him

13  about the call.  But if he doesn't remember it, you know, he

14  doesn't --

15          THE COURT:  But how did we get into evidence the fact

16  that the line sheet, which presumably you think is reasonably

17  accurate -- it's not a transcript -- that there's a line sheet

18  that reflects that some government agent listened to this call

19  and thought they heard a conversation about a performance for

20  Team Cash?  Which doesn't seem to be inconsistent with your

21  evidence anyway.

22          MS. HOFFMAN:  I think -- I mean, I think it's fine.

23  We can proceed this way.  I just -- I mean, I don't think --

24          THE COURT:  I understand.  He doesn't remember.  It's

25  not a transcript.  That can be made clear.  It's just a summary

 1    that some other agent put in there.

 2            **MS. AMATO:**  Okay.)

 3        (Bench conference concluded.)

 4    **BY MS. AMATO:**

 5    **Q.**   Agent Aanonsen, I understand there's a lot of phone calls.

 6    You're not going to remember every single one of the call

 7    [sic].

 8        But you are aware, as you told us, that line sheets were

 9    prepared in this case; correct?

10    **A.**   Correct.

11    **Q.**   Sometimes right at the time the call's being listened to,

12    sometimes afterwards; correct?

13    **A.**   Correct.

14    **Q.**   And in this particular line sheet, there is a reference

15    that the voice identified as Lockley and the voice identified

16    as Anderson were discussing approximately -- the need for

17    approximately 15 shirts for Lor Sean's Friday night

18    performance; correct?

19    **A.**   Those aren't my notes, and I haven't reviewed that call.

20    **Q.**   I understand that, but that's what the line sheet shows;

21    correct?

22    **A.**   That's what the line sheet you showed me shows.

23    **Q.**   And Anderson -- the voice identified as Anderson

24    instructed Lockley to put TC on the hats as an acronym for

25    Team Cash; correct?  That's what the line sheet shows; correct?

*AANONSEN - CROSS*

1    **A.**    Correct.

2    **Q.**    And both parties acknowledge that shirts, hats, and an

3    outfit for the artist was needed; correct?

4    **A.**    Correct.

5    **Q.**    And this was call -- identified as 6160 on August 11th,

6    2016, at 13:20 hours, according to this line sheet; correct?

7    **A.**    Correct.

8    **Q.**    And in this case we have seen photographs of a party, an

9    all-white party, in which we've seen T-shirts with "Team Cash"

10   written across the T-shirts; correct?

11   **A.**    Correct.

12   **Q.**    And on Call 74 -- call number 7455, which you've already

13   listened to, which is transcript Page 244.  I'll go to the

14   transcript.

15        This was a call, again, in which Mr. Lock -- you've

16   identified the voice of Mr. Anderson as one of the speakers;

17   correct?

18   **A.**    Correct.

19   **Q.**    And in this call again, there is mention of that same

20   Charlie who was in need of a BMW.

21   **A.**    I don't know if it's the same Charlie.  He does make

22   reference to Charlie.

23   **Q.**    Well, we see the same name, Charlie; correct?

24   **A.**    Correct.

25   **Q.**    And one last phone call which you were played this

2       This was a call on October 15th of 2016 at around 15:33.

3   Again --

4   **A.**   August.

5   **Q.**   I'm sorry.  August.  What did I -- did I say --

6   **A.**   October.

7   **Q.**   -- October?

8       August.  Excuse me.  August 15th of 2016.  And this was,

9   again, a call in which you identified Mr. Anderson on the call.

10      And in this call we hear or we see in this transcript I'm

11  showing you that there's a question of [reading]:  You get that

12  other girl.

13      And Anderson -- the voice of Anderson -- you've identified

14  as Anderson says [reading]:  Yeah, hell, yeah, damn.

15      And then later on in that phone call, the voice of

16  Anderson says [reading]:  Good looking.

17      Do you see that?

18  **A.**   He gave a salutation [reading]:  Good looking player.

19  **Q.**   Well, you're -- you've just said that.  I mean, he

20  didn't -- when he -- when he said the word "good looking," that

21  was after the word "girl"; correct?

22  **A.**   That phrase appears after the word "girl" in the

23  transcript.

24  **Q.**   Right.  Thank you.

25      And it's also heard after the word "girl" in the

1    recording?

2    **A.**    Correct.

3    **Q.**    Again, as to other phone calls which were not played for

4    you, you do recall there was a phone call in which a voice

5    identified as Tiffany Bailey had called the voice identified as

6    Lockley asking for Lockley to call Bo to purchase a vehicle.

7    **A.**    Yes.

8    **Q.**    And in that call, she's herself; specifically did not want

9    to speak with Bo, but she had asked Lockley -- to go through

10   Lockley to speak with Bo about a vehicle purchase.

11   **A.**    Yes.

12   **Q.**    All right.  I'm going to move away from the phone calls.

13         You've also testified about having interviewed

14   Mr. Anderson.

15   **A.**    Yes.

16   **Q.**    And that was at the -- the day that he was arrested in

17   this case; correct?

18   **A.**    September 27th, 2016.

19   **Q.**    Correct.  All right.

20         And you -- excuse me, first encountered him that morning

21   at his residence?

22   **A.**    Yes.

23   **Q.**    He was already handcuffed at that point?

24   **A.**    Yes.

25   **Q.**    Because you were not actually part of the entry team, were

1   you?

2   **A.**   No.

3   **Q.**   All right.  So it's your understanding that the entry team

4   came in at around 6 -- 6:00 a.m., in the morning?

5   **A.**   That's correct.

6   **Q.**   And then sometime between 6:00 a.m. and 6:15 is when

7   you -- you arrived; correct?

8   **A.**   Correct.

9   **Q.**   All right.  And so you don't know where specifically

10  Mr. Anderson had been located in the residence, do you?

11  **A.**   I believe they actually located him in the living room

12  when they made entry.

13  **Q.**   Okay.  And so when he -- so when you arrived, he was in

14  the living room.  But as you said, he was handcuffed?

15  **A.**   That's correct.

16  **Q.**   And he had on basically a robe?

17  **A.**   That's correct.

18  **Q.**   Now, once you entered the picture and entered his living

19  room, from there on out, he was in your custody.

20  **A.**   That's correct.

21  **Q.**   So anything that he did had to be okayed by you; correct?

22  **A.**   That's correct.

23  **Q.**   Anything -- anywhere he went, you were with him.

24  **A.**   Yeah.  At that point he was under arrest.

25  **Q.**   Right.  So he was not free to move around his house

```
 1  anymore, even though he was still in his house.

 2  A.    That's correct.

 3  Q.    And when you arrived, he wasn't just sitting in his living

 4  room by himself; he was surrounded by other officers.

 5  A.    There was a search warrant team that had just executed a

 6  warrant there, yes.

 7  Q.    But besides that -- I mean, besides the search warrant who

 8  were conducting the warrant, there were other officers that

 9  were actually surrounding him; right?  They were watching over

10  him.  They were there to make sure and watch over him until you

11  arrived.

12  A.    I mean, I arrived like eight minutes after they made

13  entry.  I can't speak for what they did for those eight

14  minutes.  But when I arrived, he was standing there with one

15  other officer.

16  Q.    And that's what I'm trying to get at is when you arrived,

17  there were other officers that were around him.

18  A.    That's correct.

19  Q.    And besides the officers that were around him, there were

20  even more officers that were within the residence, circulating

21  through the residence.

22  A.    That's correct.

23  Q.    And there were at least 15 -- 15, excuse me,

24  Baltimore County police officers present.

25  A.    I don't think there were 15 Baltimore County.  Maybe 15
```

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

```
 1   altogether, between ATF and Baltimore County.

 2            MS. AMATO:  Court's indulgence.

 3   BY MS. AMATO:

 4   Q.   All right.  Do you recall testifying in a hearing back

 5   on -- well, I don't have the date.  Do you recall testifying in

 6   a motions hearing regarding this case?

 7   A.   Yes.  And I said -- I responded "yes" to your question for

 8   15 Baltimore County police officers.

 9   Q.   And, well, you said, in fact, that that's probably a good

10   estimate.

11   A.   Correct.

12   Q.   All right.  And then you also said there were probably at

13   least about five other ATF agents as well.

14   A.   Yes.

15   Q.   All right.  And all officers, of course, had weapons on

16   them; correct?

17   A.   That's correct.

18   Q.   All right.  And -- all right.

19        So once you arrive, you see that Mr. Anderson is in a

20   robe.  You decide that since you're going to arrest him,

21   obviously, that he should be clothed; correct?

22   A.   Correct; pursuant to an arrest warrant.

23   Q.   All right.  Pursuant to arrest warrant.

24        And so you take him -- you escort him up to his bed -- to

25   a room, correct, in the house?
```

AANONSEN - CROSS

1    **A.**    Myself and approximately two other officers escorted him

2    to the room in which he identified his clothes to be in.

3    **Q.**    Okay.  And at that point you and the other officers then

4    searched the clothes before he put them on; correct?

5    **A.**    Yes.

6    **Q.**    And, of course, that's done just to make sure that there's

7    nothing in the clothes that could harm him, could harm anybody

8    else; correct?

9    **A.**    That's correct.

10   **Q.**    Make sure that he's not hiding any evidence; correct?

11   **A.**    That's correct.

12   **Q.**    Because, of course, that's also another reason why

13   everybody's there, is to search the residence for evidence;

14   correct?

15   **A.**    That's the main reason they're there.

16   **Q.**    Right.  And so that search of the items of his clothing

17   was done; correct?

18   **A.**    Correct.

19   **Q.**    And then he put on his clothing?

20   **A.**    He put his clothing on.

21   **Q.**    Right.  And then at that point you escorted him out of the

22   residence?

23   **A.**    That's correct.

24   **Q.**    All right.  And so after he was escorted out of the

25   residence, at no time was he permitted to come back in his

1  residence, was he?

2  **A.**   No.

3  **Q.**   All right.  And so from the residence, he was then taken

4  to your vehicle.

5  **A.**   That's correct.

6  **Q.**   And going through the sequence, from your vehicle he was

7  then taken -- an ATF vehicle, I should say; correct?

8  **A.**   That's correct.

9  **Q.**   And then from the ATF vehicle, he was taken to the ATF

10 building.

11 **A.**   Yes; later.

12 **Q.**   And then from the ATF building, he was taken to a

13 detention center.

14 **A.**   He was taken to the U.S. Courthouse, right here.

15 **Q.**   Okay.  U.S. Courthouse and then detention center; correct?

16 **A.**   I didn't transport him to the detention center.

17 **Q.**   But you were aware that he was then taken to a detention

18 center?

19 **A.**   I believe that's where the marshals take people.

20 **Q.**   Okay.  That's what I'm asking.  All right.

21      And clearly, since you were in the room when he took his

22 robe off, you were able to see if he had any tattoos on his

23 body; correct?

24 **A.**   I wasn't looking at him for tattoos.  Actually, we didn't

25 really want to look at him because it was embarrassing.  He was

1   completely naked.

2   **Q.**   Okay.  So at that point you didn't look at his body to

3   determine whether he had any tattoos on him.

4   **A.**   No.  I didn't make him strip and look for tattoos.

5   **Q.**   Well, I'm not asking -- I'm not asking whether you made

6   him strip.  You clearly made him put his clothes on so that he

7   could then be searched -- then he could be, excuse me, taken

8   down --

9   **A.**   I allowed him to put his clothes on.

10   **Q.**   All right.  You allowed him to put his clothes on.

11       But during that time that you allowed him to put his

12   clothes on, you're saying that then you did not look at his

13   body to determine whether he had any tattoos on him.

14   **A.**   No.

15   **Q.**   So you don't know whether he has any tattoos as he sits

16   here today, is what you're saying.

17   **A.**   No.

18   **Q.**   Okay.

19       **THE COURT:**  Ms. Amato, when you're at a good breaking

20   point, we should probably take the lunch recess.

21       **MS. AMATO:**  Okay.  Court's indulgence.

22       I think this is a fine time, then.  Thank you.

23       **THE COURT:**  Okay.  All right.

24       We will take the lunch recess until 2 o'clock.  The

25   ladies and gentlemen of the jury will be excused first.

1          (Jury left the courtroom at 12:56 p.m.)

2          **THE COURT:**  All right.  The witness can step down.

3          And the gallery is excused.

4          **MS. HOFFMAN:**  Your Honor, I have one issue I wanted to

5     flag before we break for lunch.

6          **THE COURT:**  Okay.  Quickly.

7          **MS. HOFFMAN:**  We can address it when we come back from

8     lunch.  But before the jury comes back in, Mr. Hazlehurst and I

9     have discussed the matter of Shakeen Davis's prior conviction.

10    He does not wish to stipulate.  A stipulation has been

11    proposed.

12         And so we would ask that, Your Honor, before we call

13    Agent Moore, who will be putting in that prior conviction, that

14    Your Honor instruct Mr. Davis about the consequences of that

15    choice and what the jury can and can't consider.

16         **THE COURT:**  Okay.  Mr. Hazlehurst.

17         **MR. HAZLEHURST:**  Yes, Your Honor.  I have had the

18    opportunity to speak with Mr. Davis about the matter.  I have

19    showed him the certified records the Government intends to

20    introduce in lieu of a stipulation as well as a booking photo

21    and the fingerprints.  It is still Mr. Davis's intention not to

22    stipulate to the fact of his one prior conviction.

23         **THE COURT:**  Okay.  What is that one prior conviction?

24         **MS. HOFFMAN:**  It's a conviction for handgun on person

25    from 2012 -- or, I'm sorry, the arrest was in 2012.  I think

1   the conviction may not have been until 2013.

2        **MR. HAZLEHURST:**  Your Honor, the jury's actually heard

3   evidence of that in this case, so . . .

4        **THE COURT:**  Okay.  All right.  So just to be clear,

5   Mr. Davis, you've heard what counsel have said.  Is that -- is

6   it correct that you do not wish to stipulate, that you -- just

7   simply that you have a prior conviction; you would rather have

8   the jury be told what your conviction is for?

9        **DEFENDANT DAVIS:**  Yes, Your Honor.

10        **THE COURT:**  Okay.  Then we'll go ahead and prove it

11   that way.

12        I will instruct the jury, just as I did for the other

13   gentleman, the limited purpose for which they may consider that

14   prior conviction.

15        **MR. HAZLEHURST:**  Thank you, Your Honor.

16        **THE COURT:**  Thank you.

17        All right.  We'll recess until 2:00.

18    (Luncheon recess taken.)

19        **THE COURT:**  All right.  Anything that needs to be put

20   on the record before we bring the jury in?

21        **MR. HAZLEHURST:**  Your Honor, I've discussed --

22   Paul Hazlehurst on behalf of Mr. Davis.  I've discussed with

23   Ms. Hoffman the -- Exhibit CELL-3.

24        And it's my understanding the Government will restrict

25   introducing anything but two references to Mr. Davis saying, "I

1  am on the run," which would be on my sheets Page 14-C:  "I'm on

2  the run from the feds and still got warrants in the state."

3          And then on my Page 15-B, federal indictment, "I'm on

4  the run."

5          But the rest would not be introduced to the jury.

6          **MS. HOFFMAN:**  And that's correct.  That's all I plan

7  to flag.

8          I don't have a redacted version of the exhibit, so I

9  was just going to flag those parts.  And then I guess I would

10 just zoom in on those parts and then if we -- if that's okay.

11 And then we can -- in terms of what goes back to the jury

12 afterwards, we can deal with it.

13         **MR. HAZLEHURST:**  That's fine.  That's fine.  Sure.

14         **THE COURT:**  Yes.  If you can do it by zooming in.  I

15 guess another way would be to circle what you want the witness

16 to read and just have the witness read that part so there

17 wouldn't be any --

18         **MR. HAZLEHURST:**  And, Your Honor, the Government is

19 free to use my copy if it wishes.

20         **THE COURT:**  All right.  Thank you.  We'll get the

21 jury.

22     (Jury entered the courtroom at 2:10 p.m.)

23         **THE CLERK:**  Agent Aanonsen, you're still under oath.

24         **THE WITNESS:**  Yes, ma'am.

25         **THE COURT:**  All right.  If you'd like to continue,

97

AANONSEN - CROSS

1    Ms. Amato.

2            **MS. AMATO:**  Thank you, Your Honor.

3    **BY MS. AMATO:**

4    **Q.**   Good afternoon, Agent Aanonsen.

5    **A.**   Good afternoon again.

6    **Q.**   Before lunch, we left with Mr. Anderson dressing himself

7    back at his residence.

8    **A.**   Correct.

9    **Q.**   Okay.  And I had asked you whether you had observed any

10   tattoos on his body.  And you told me that, out of

11   embarrassment, you shielded your eyes and you did not look at

12   him while he was dressing.

13   **A.**   That's correct.

14   **Q.**   All right.  And at this point, September 27th of 2016, it

15   had already been about six months that Mr. William Banks had

16   been cooperating with law enforcement; correct?

17   **A.**   Well, specifically with ATF.

18   **Q.**   Or excuse me.  You're right.  With ATF.  That's right.

19   Specifically with ATF, six months.  Prior to that, he had been

20   cooperating with local law enforcement.

21   **A.**   That's correct.

22   **Q.**   And so at least as to information from William Banks, he

23   was claiming that there were certain tattoos that were

24   relevant.

25   **A.**   He said some members had tattoos.

1  **Q.**   Right.  And there were certain tattoos that he had

2  identified.

3  **A.**   Yes.

4  **Q.**   And one was like an M; correct?

5  **A.**   Correct.

6  **Q.**   A lightning bolt?

7  **A.**   Uh-huh.

8  **Q.**   A shield?

9  **A.**   Yes.

10  **Q.**   Wolf imprint?

11  **A.**   Yes.

12  **Q.**   All right.  And so even though having had all that

13  information from Mr. William Banks, you did not look at

14  Mr. Anderson while he was getting dressed?

15  **A.**   No.

16  **Q.**   And, again, we had established that obviously, as

17  Mr. Anderson was in your custody at this point, you were

18  watching, of course, to see what he was putting on; correct?

19  **A.**   Correct.

20  **Q.**   And that you searched what he put on?

21  **A.**   That's correct.

22  **Q.**   And so he put on clothes?

23  **A.**   I believe it was like a gray sweatsuit.

24  **Q.**   All right.  And at no time did he ask to put on --

25  anything in his mouth?

1    A.    No.

2    Q.    At no time did you see anything in his mouth --

3    A.    I did not.

4    Q.    -- besides his teeth?

5    A.    Besides his teeth, that's correct.

6    Q.    So once he was taken fully clothed out of the residence,

7    he was then escorted into your vehicle, the ATF vehicle.

8    A.    Yes.

9    Q.    And at that point is when, in essence, your interview

10   began with him.

11   A.    Correct.  I read him his rights from a Miranda card

12   verbally, and that's when I asked him a question.

13   Q.    All right.  So questions were asked of him; correct?

14   A.    Correct.

15   Q.    Answers were given.

16   A.    Yes.

17   Q.    But initially, you said he was given his Miranda rights,

18   but he was not given any form, Miranda form to sign, was he?

19   A.    Not until 6:31.

20   Q.    6:31.  All right.  So we have a certain at least ten- to

21   fifteen-minute time period in which he had not been given the

22   Miranda form to sign.

23   A.    Correct.  16 minutes.

24   Q.    Okay.  And the whole time he was in the vehicle, he was

25   handcuffed?

1  A.   Yes; in the front.

2  Q.   In the front of his body?

3  A.   Body, correct.

4  Q.   All right.  And, of course, the ATF vehicle was parked in

5  the front of his residence.

6  A.   Yeah.

7  Q.   All right.  And there were other, obviously, ATF vehicles;

8  correct?

9  A.   Yes.

10  Q.   And there were other -- obviously other police vehicles in

11  that vicinity.

12  A.   Correct.

13  Q.   And a K9 had been brought down; correct?

14  A.   Yes.

15  Q.   All right.  And were you aware where that K9 was at the

16  time that Mr. Anderson was being interviewed in the vehicle --

17  in your vehicle?

18  A.   I don't recall there being any interaction with the K9.

19  Q.   Okay.  Did you speak with Mr. Anderson to determine

20  whether he was afraid of dogs?

21  A.   No.  The question never came up.

22  Q.   And this written statement that -- and we'll get to it in

23  a minute -- but this written statement was something that

24  occurred in the ATF vehicle.

25  A.   Correct.

AANONSEN - CROSS

```
 1   Q.   All right.  And it was -- and, first of all, in the

 2   vehicle, there was no recording that was conducted of this;

 3   correct?

 4   A.   No.

 5   Q.   There was no audio recording; correct?

 6   A.   No audio.

 7   Q.   There was no video recording.

 8   A.   No video.

 9   Q.   You did have your cell phone with you.

10   A.   I did.

11   Q.   Your partner had his cell phone.

12   A.   I don't know.

13   Q.   All right.  Well, you had your cell phone.

14   A.   I did.

15   Q.   And your cell phone, you know your cell phone records.

16   A.   Yes, it does.

17   Q.   All right.  So when he was given his Miranda warnings --

18   and I'm going to show you Government's exhibit in a moment --

19   Government's Exhibit INT-I-A.

20        It should now be on the screen, hopefully?

21             THE CLERK:  No.

22             MS. AMATO:  No?

23             Yes.

24             THE WITNESS:  Yes.

25   BY MS. AMATO:
```

1   Q.   Okay.  This occurred in your vehicle, in the ATF vehicle?

2   A.   That's correct.

3   Q.   Okay.  So, again, during the giving of these rights and

4   the signing of this document, we have nothing that's actually

5   visually recorded for us, do we?

6   A.   No.

7   Q.   And although in this recording -- excuse me.

8        Although in this Miranda warnings he's informed -- there

9   is an information that he has the right to an attorney, at no

10  time was it explained to him how he could have an attorney

11  before he speaks with law enforcement, was it?

12  A.   He was given his Miranda warnings.  He never once asked

13  for an attorney.

14  Q.   Okay.  So my question was to you:  He was never explained

15  the process of how he could have an attorney present if he had

16  wanted one?

17  A.   It was explained through his Miranda rights.

18  Q.   Right.  But we just read the Miranda rights.  We can look

19  at those again.  There is nothing that specifically explains

20  the process besides that one could be appointed to him, the

21  process of while he's sitting in your vehicle, in the ATF

22  vehicle the morning of September 27th at 6:15-ish, 6:30 a.m.,

23  how he could obtain an attorney.

24  A.   "You have the right to talk to a lawyer before we ask you

25  any questions and have a lawyer with you during questioning.

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1    If you cannot afford a lawyer, one will be appointed for you if

2    you wish before any questioning begins."

3    **Q.**   Well, let me ask it this way:  So if he had said he wanted

4    an attorney, then you would have had to stop interviewing him;

5    correct?

6    **A.**   That's correct.

7    **Q.**   All right.  And he wouldn't have had an attorney come down

8    to the vehicle at that point.  He would have had to wait till

9    court to then be appointed an attorney; correct?

10   **A.**   Right.  We would have terminated the interview.

11   **Q.**   Right.  Okay.  And he would have come to court and

12   received an attorney through an appointment process; and then

13   if he wanted, the interview could continue?

14   **A.**   Yes.

15   **Q.**   And so that was never explained to him, was it?

16   **A.**   No.  I didn't explain that entire process.

17   **Q.**   And in the vehicle, as you stated, ultimately at some

18   point there was this written question-and-answer affidavit that

19   was signed?

20   **A.**   That's correct.

21   **Q.**   All right.  And, again, we don't have any recording of

22   what transpired before the affidavit was signed or during the

23   signing of this form; correct?

24   **A.**   No; just myself and another law enforcement officer.

25   **Q.**   And there were clearly discussions that occurred prior to

1  the signing and the writing on this form.

2  **A.**   Yes.

3  **Q.**   All right.  Because this form actually shows -- and I can

4  put it back up.  This is Government's Exhibit 1 -- 1-T --

5  INT-I-B, it shows that this was signed at approximately

6  6:48 a.m.

7  **A.**   That's correct.

8  **Q.**   And so Mr. Anderson and you would have been discussing

9  things for at least a good 20 to 30 minutes beforehand.

10  **A.**   That's correct.

11  **Q.**   Now, in this document there is mention of Mr. Anderson's

12  wife.

13  **A.**   Correct.

14  **Q.**   And he writes here, says -- well, it says here -- whoops.

15  Let me . . .

16       [Reading]:  My wife doesn't know about it.

17       Correct?

18  **A.**   That's correct.

19  **Q.**   And [reading]:  Not hers.

20       It's written; correct?

21  **A.**   Correct.

22  **Q.**   And Mr. Anderson had some concerns.  He did not want his

23  wife to be charged in this case; correct?

24  **A.**   I asked him if his wife knew about it 'cause I assumed

25  they shared the same bed.

1    **Q.**   All right.  But he had some concerns as well.  He wanted

2    to accept responsibility for the gun.  He didn't want his wife

3    to be charged.

4    **A.**   He never expressed a concern that his wife was going to be

5    charged.  We had no intention of arresting his wife.

6    **Q.**   Now, there's also the word "apologize."

7    **A.**   Yes.

8    **Q.**   And there's the word "apologize" twice; correct?

9    **A.**   Yes.

10   **Q.**   Now, there was also discussion regarding his being

11   cooperative in the sense of cooperating with the process of

12   being interviewed; correct?

13   **A.**   Correct.

14   **Q.**   All right.  And he was informed that if he cooperated with

15   this process, that then the prosecution would be informed.

16   **A.**   That's correct.

17   **Q.**   And that it could be in his benefit.

18   **A.**   I never said that.

19   **Q.**   Well, there was an understanding that, by the prosecution

20   knowing about his cooperating, that then there was a hope that

21   he might not be detained.

22   **A.**   That's not accurate at all.

23   **Q.**   Well, you do agree with me that there was discussion about

24   his cooperating.

25   **A.**   I did say, You cooperated with us in the interview.

1    Q.   Right.  And, in fact, exactly, we heard that in the

2    interview; correct?

3    A.   Yes.

4    Q.   And that was after all of this had been written; correct?

5    A.   Correct.

6    Q.   In this -- in your vehicle; correct?

7    A.   That's correct.

8    Q.   Which we don't have a recording of what was said and what

9    was not said.

10   A.   No.

11   Q.   All right.  And so, really, whatever transpired to get

12   Mr. Anderson to say, as you say, to write down these answers

13   completely occurred in the vehicle.

14   A.   Yes.

15   Q.   All right.  And how long was Mr. Anderson in this ATF

16   vehicle?

17   A.   Well, left his residence at rush-hour traffic from

18   Owings Mills and had to drive to downtown Baltimore City, so we

19   were in there for 45 minutes to an hour.  We took a ride, got

20   to the parking garage.  I let Mr. Anderson smoke a cigarette.

21   So it was at least over an hour.

22   Q.   Okay.  All right.  And did you continue to speak with

23   him --

24   A.   Sure.  We --

25   Q.   -- over this hour period while he was in the vehicle?

1   **A.**   Yes.  We talked about cars and stuff like that.

2   **Q.**   All right.  And once he was placed in the ATF building in

3   the interview room, he was then left in that room.

4   **A.**   Yes.

5   **Q.**   All right.  And he stayed in that room for, what, about an

6   hour?

7   **A.**   I mean, through the completion of the interview, yeah,

8   probably about an hour.

9   **Q.**   All right.  But prior to the interview actually beginning,

10  did he -- he was in that interview by himself.

11  **A.**   Yes.

12  **Q.**   While you all did other things; correct?

13  **A.**   Correct.

14  **Q.**   All right.  And in preparation of the interview.

15  **A.**   Well, there's --

16  **Q.**   Well, other, whatever --

17  **A.**   -- a bunch of other people.

18  **Q.**   Okay.  And so there was at least probably 20 minutes to

19  half an hour?  Do you recall how much time he was in the

20  interview room by himself sitting?

21  **A.**   Probably 20 minutes, a half an hour is a good estimate.

22  **Q.**   All right.  And then you came into the interview room, and

23  then the recording occurred.

24  **A.**   Correct.

25  **Q.**   All right.  Now, no time when he was first interviewed in

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1   that interview room were the Miranda warnings actually re-read

2   to him.

3   **A.**   No.   I just presented the form that he signed and said,

4   "These are your rights.   You do understand them?"

5       And he said, "Yes."

6   **Q.**   Right.   So, again, my -- the answer to that is, No, they

7   were not re-read to him.

8   **A.**   I did not verbalize them, no.

9   **Q.**   Right.   Okay.

10      At no time was -- he wasn't told prior to the interview

11  beginning that it was recorded, was he?

12  **A.**   No.

13  **Q.**   And you agree that you heard yourself telling him that

14  he's cooperating?

15  **A.**   I said he was cooperating.   I probably meant he was being

16  cooperative.

17  **Q.**   And in the interview, Mr. Anderson did not give a lot of

18  specifics about the weapon, did he?

19  **A.**   He said it was black.   It was a 9-millimeter.   He bought

20  it in Forest Park two months prior for $400.   It was under his

21  mattress.

22  **Q.**   The question is a "yes" or "no."   Did he -- I mean, I

23  guess you're going to answer:   Yes, he did.

24  **A.**   Pretty specific.

25  **Q.**   That's what your answer is.

```
 1   A.   Pretty specific.

 2   Q.   All right.  So he did not give you the make of the weapon,

 3   did he?

 4   A.   He said he didn't know.

 5   Q.   All right.  He did not give the serial number?

 6   A.   No.

 7   Q.   He did not know, really, whether it was loaded or not.  He

 8   kept saying, "I don't know."

 9   A.   No.  He said he thought -- he was pretty sure it was

10   loaded.

11   Q.   He said he was -- well --

12   A.   He said, I'm pretty sure it's loaded.

13            MS. AMATO:  Court's indulgence.

14   BY MS. AMATO:

15   Q.   So you asked -- I will show you Government's Exhibit --

16            MS. AMATO:  Court's indulgence.

17       (Counsel conferred.)

18   BY MS. AMATO:

19   Q.   All right.  Well, I will --

20       (Counsel conferred.)

21   BY MS. AMATO:

22   Q.   All right.  I'd like to show you what is marked as

23   Government's Exhibit INT-1-T.

24   A.   Okay.

25   Q.   (Handing.)
```

1        All right.  And I'd like you to look at -- certainly you

2   can take a look at this.

3        Do you recognize what this is?

4   **A.**   Yes.  It's a transcript of a portion of the interview that

5   was video-recorded.

6   **Q.**   Okay.  And there's actually two places where you ask him

7   about whether or not the weapon had been loaded, and I'd like

8   you to look at both of those to yourself.

9   **A.**   Sure.

10  **Q.**   It's that portion, bottom of the -- bottom of the page

11  (indicating).

12  **A.**   (Reviews document.)

13  **Q.**   And then (indicating).

14  **A.**   (Reviews document.)

15       Okay.

16  **Q.**   So having reviewed that, would you not agree with me that

17  there was some uncertainty?  And he used the words "I think,"

18  but he wasn't sure.

19  **A.**   He said [reading]:  I think it was loaded.

20  **Q.**   Okay.  All right.  Now, did you -- you yourself did not do

21  anything after the interview to corroborate whether or not

22  he -- Mr. Anderson possessed that weapon.

23  **A.**   He told me he bought it and it was his.

24  **Q.**   Please listen to my question.

25       After the interview, okay, you yourself did not do

1    anything to corroborate that Mr. Anderson possessed the

2    weapon --

3    **A.**    No.

4    **Q.**    -- after the interview.

5          All right.  So you did not interview his wife; correct?

6    **A.**    That's correct.

7    **Q.**    You did not interview the other adult woman in the house,

8    did you?

9    **A.**    No.

10   **Q.**    All right.  You did not conduct any surveillance -- or

11   had -- this would actually be prior.  No surveillance had been

12   conducted of that residence every day prior to the search of

13   the residence to see what adults were coming or going into the

14   residence?

15   **A.**    There was surveillance conducted on it on the days leading

16   up to the search warrant where people were observed.

17   **Q.**    Okay.  And how many days were -- was there surveillance?

18   **A.**    I wasn't a part of that surveillance team, but I know

19   surveillance was conducted.

20   **Q.**    Okay.  And you said there were people that were coming and

21   going?

22   **A.**    Yes.

23   **Q.**    Okay.  Adults?

24   **A.**    Adults.

25   **Q.**    Okay.  How many?  Do you know how many?

```
 1   A.   I don't know.

 2   Q.   All right.  And you certainly did not seek to have any

 3   fingerprint tests be conducted on the gun.

 4   A.   Didn't have to.  It would have been a waste of resources.

 5   Q.   My question, sir, is:  You did not have the gun

 6   fingerprinted.

 7   A.   I did not.

 8   Q.   You did not have the gun checked for any DNA.

 9   A.   I did not.

10   Q.   As the case agent, you are aware as to what was recovered

11   from the residence.

12   A.   That's correct.

13   Q.   All right.  And you -- there was discussion about

14   cell phone or cell phones, and you thought that there "were"

15   more than one cell phone that was recovered from the residence.

16   A.   I re -- I believe I recall more than one, but --

17   Q.   All right.  I would like to show you what's been marked

18   already for identification yesterday . . .

19        (Counsel conferred.)

20           MS. AMATO:  May I approach the witness?

21           THE COURT:  Sure.

22   BY MS. AMATO:

23   Q.   I would like to show you, if you can take a look at this,

24   see if you recognize this document (handing).

25   A.   I do recognize it.
```

1  Q.   Okay.  And if you could take a look at the back of the

2  document and -- to see if it will refresh your recollection as

3  to how many cell phones were recovered from the residence.

4  A.   This document reflects one white Apple iPhone.

5  Q.   Okay.  And this document reflects specifically what was

6  recovered from that residence.

7  A.   Yes.

8  Q.   So only one phone was recovered from the residence.

9  A.   I believe that's correct.

10  Q.   Well, I mean --

11  A.   I know.

12  Q.   -- that's what this document says.

13  A.   I might be confused.  The search warrant photo shows three

14  phones.  I thought we -- they may have seized all three, but

15  the document reflects one phone.

16  Q.   As the case agent, you've talked already about the

17  surveillance that was conducted in this case --

18  A.   Correct.

19  Q.   -- that there was surveillance conducted in a variety of

20  locations for a variety of different dates; correct?

21  A.   Yes.

22  Q.   And you yourself conducted surveillance.

23  A.   I did.

24  Q.   And at no time during any of the time that you conducted

25  surveillance did you see Mr. Anderson supply drugs to anyone.

1    **A.**    I did not conduct surveillance on Mr. Anderson.

2    **Q.**    Okay.  So the answer would be "no."

3    **A.**    No.

4    **Q.**    And in terms of any -- as case agent, no other

5    law enforcement officer who did conduct surveillance of

6    Mr. Anderson observed him supplying drugs to anyone.

7    **A.**    No.

8    **Q.**    And as to the other officers that surveyed Mr. Anderson,

9    at no time did they observe Mr. Anderson in possession of any

10   drugs.

11   **A.**    Not to my knowledge.

12   **Q.**    And getting back to the search of Mr. Anderson's

13   residence, no drugs were recovered from the residence.

14   **A.**    That's correct.

15   **Q.**    No drug paraphernalia was recovered from the residence.

16   **A.**    That's correct.

17   **Q.**    No scales were recovered from the residence.

18   **A.**    That's correct.

19   **Q.**    No baggies were recovered from the residence.

20   **A.**    Not to my knowledge.

21   **Q.**    Okay.  You were shown Government's Exhibits IC-129.

22           **MS. AMATO:**  I'm going to unplug this, first.

23        (Audio was played but not reported.)

24   **BY MS. AMATO:**

25   **Q.**    Okay.  This was a video that was recovered from whose

1   cell phone or whose -- from where?  Where did you recover this?

2   **A.**   Dante Bailey's iCloud account.

3   **Q.**   All right.  And in terms of social media, there was no

4   social media in Mr. Anderson's name that was found anywhere;

5   correct?

6   **A.**   That's correct.

7   **Q.**   All right.  Okay.  And so any of the videos or photographs

8   that we've seen of Mr. Anderson were from other people's iCloud

9   accounts or other social media associated with other

10  individuals; correct?

11  **A.**   That's correct.

12  **Q.**   All right.  And this particular snippet, this little

13  video, you have absolutely no information besides what you're

14  viewing on the screen; correct?

15  **A.**   That's correct.

16  **Q.**   All right.  You don't know who Mr. Anderson was with.

17  **A.**   No.

18  **Q.**   You don't know what he was doing in wherever he was.  You

19  said it was Vegas, but you don't know what he was doing there;

20  correct?

21  **A.**   Driving a car.

22  **Q.**   Driving a car.  All right.

23       Besides driving a car, you don't know what the purpose of

24  his trip was there, do you?

25  **A.**   No.

1  **Q.**   All right.  And I'd like to show you --

2          **MS. AMATO:**  Court's indulgence.

3       (Counsel conferred.)

4          **MS. AMATO:**  So, Your Honor, I'm going to introduce

5  Defense Exhibit 13.

6          **THE CLERK:**  Yes.

7          **MS. AMATO:**  Defense Exhibit 13.

8       (Video was played but not reported.)

9          **MS. AMATO:**  Whoops.

10 **BY MS. AMATO:**

11 **Q.**   And, of course, you've seen this video before.

12 **A.**   Yes.

13 **Q.**   This, again, was recovered the same way the other video

14 was recovered.

15 **A.**   That's correct.

16 **Q.**   All right.  And you don't know who this Bobby individual

17 is, do you?

18 **A.**   He's, I guess, a passenger in that car.

19 **Q.**   Okay.  Nor do you know who the other individual is.

20 **A.**   No.

21 **Q.**   Okay.  Neither of them have come up in any form or fashion

22 in this investigation besides showing up in this video.

23 **A.**   That's correct.

24          **MS. AMATO:**  All right.  Court's indulgence.

25       (The defendant conferred with counsel.)

1    BY MS. AMATO:

2    Q.   One more area.

3         So as case agent, you also are aware that Mr. Anderson's

4    business was searched.

5    A.   Yes.

6    Q.   All right.  And you're aware that at that business, again,

7    there were no drugs that were recovered?

8    A.   That's correct.

9    Q.   No drug paraphernalia.

10   A.   Nope.

11   Q.   No scales for -- of the kind that has been testified to

12   regarding -- well, scales, small scales, no small scales;

13   correct?

14   A.   No small scales.

15   Q.   All right.  No small -- no kind of drug paraphernalia

16   whatsoever was recovered.

17   A.   Not to my knowledge, no.

18   Q.   And, in fact, in that business, there were financial

19   documents that were recovered.

20   A.   Yes.

21   Q.   And there were books with tallies of receipts; correct?

22   A.   Yeah.  There was like a receipt book.

23   Q.   And there was also, of course, equipment and tools.

24   A.   I -- maybe if you show me the search warrant photos again,

25   but I wasn't present for it.

```
 1    Q.   Okay.  That's fine.

 2            MS. AMATO:  That's fine.

 3         Thank you, Your Honor.  I have nothing further.

 4            THE COURT:  Thank you very much.

 5         Mr. Hazlehurst?

 6            MR. HAZLEHURST:  No questions, Your Honor.

 7         Thank you.

 8            THE COURT:  All right.  Would there be any redirect?

 9            MS. HOFFMAN:  Just very briefly.

10                         REDIRECT EXAMINATION

11    BY MS. HOFFMAN:

12    Q.   Agent Aanonsen, you were asked by Mr. Sardelli, counsel

13    for Randy Banks, whether you canvassed the area of Gwynn Oak

14    and Liberty Heights.

15         Do you remember that?

16    A.   I do.

17    Q.   And what does that mean, to canvass an area?  What does

18    that mean to you?

19    A.   To me that would be going around to the businesses there

20    and speaking to the operators of the businesses.  As part of

21    this investigation, I personally did not go and canvass the

22    area.

23         But in events connected to this investigation,

24    Baltimore City Police "has" canvassed the area and spoken to

25    owners about relative incidents that have occurred.
```

1    Q.    And have you yourself spent time in the area of Gwynn Oak

2    and Liberty Heights?

3    A.    Yes.

4    Q.    Have you done surveillance in that area?

5    A.    Yes.

6    Q.    And over the course of your investigation -- and without

7    telling us anything about what they may have said -- have you

8    interviewed people who have lived or operated in that area?

9    A.    Yes.

10   Q.    You were asked some questions about phones that may have

11   been found or recovered at Mr. Anderson's residence at

12   38 Windbluff Court?

13   A.    That's correct.

14   Q.    And I believe you mentioned that there was a

15   search warrant photo showing three cell phones; is that right?

16   A.    That's correct.

17   Q.    And was data extracted from all of those cell phones?

18   A.    Not from all of them.

19          MS. HOFFMAN:  I have no further questions.

20          Thank you.

21          THE COURT:  Okay.  Thank you very much.  You can step

22   down.

23          THE WITNESS:  Thank you, Your Honor.

24          MS. HOFFMAN:  The Government calls Tim Moore.

25          SPECIAL AGENT TIMOTHY MOORE, GOVERNMENT'S WITNESS,

1    PREVIOUSLY SWORN.

2              **THE CLERK:**  Agent Moore, you're still under oath.

3              **THE WITNESS:**  Yes, ma'am.

4                            DIRECT EXAMINATION

5    **BY MS. HOFFMAN:**

6    **Q.**   Good afternoon, Agent Moore.

7    **A.**   Hi, ma'am.

8    **Q.**   I believe you testified previously that you are one of the

9    case agents on the investigation into Murdaland Mafia Piru?

10   **A.**   Yes, that's correct.

11   **Q.**   Did your investigation involve controlled purchases of

12   drugs from some of the subjects of the investigation?

13   **A.**   Yes, it did.

14   **Q.**   And can you just remind us very briefly what a

15   controlled purchase is.

16   **A.**   It's either using a confidential informant or an

17   undercover officer.  The person is -- if it's an informant,

18   they're searched prior to the deal, make sure they don't have

19   any drugs or their own money, anything like that.

20         They're provided with our own ATF funds, recording

21   equipment of one nature or the other, either audio or video or

22   both; sometimes given, you know, something in the car if it

23   needs to be recorded; and then they're sent off to make the

24   controlled purchase from the target.

25   **Q.**   And directing your attention to March 10th of 2016, did

1   members of your investigative team conduct a

2   controlled purchase of drugs from Jamal Lockley on that day?

3   **A.**   Yes, we did.

4   **Q.**   And who -- can you remind us who law enforcement used to

5   conduct the purchase of drugs from Mr. Lockley.

6   **A.**   It was William Banks and another informant, another ATF

7   informant.

8   **Q.**   And did you actually surveil the controlled purchase?

9   **A.**   At times, yes; but at the time of the actual hand-off of

10   the drugs, I did not.

11   **Q.**   Did you receive drug evidence from -- did you receive drug

12   evidence following that controlled purchase?

13   **A.**   Yes.

14   **Q.**   And I'm going to approach and show you

15   Government's Exhibit D-14.

16        (Handing.)

17        And do you recognize that exhibit?

18   **A.**   Yep.  Those are the drugs.

19   **Q.**   And I'm sorry.  Which drugs?

20   **A.**   The drugs that were purchased from Jamal Lockley.

21   **Q.**   And was that drug evidence submitted to the BPD laboratory

22   for testing?

23   **A.**   Yes, it was.

24   **Q.**   I want to shift gears and ask you about the arrest of

25   Shakeen Davis on February 24th of 2017.

1    **A.**    Yes, ma'am.

2    **Q.**    Were cell phones recovered from Mr. Davis when he was

3    arrested?

4    **A.**    Yes.

5    **Q.**    And were those cell phones searched pursuant to a warrant?

6    **A.**    Yes, they were.

7    **Q.**    I'm going to show you Government's Exhibit CELL-3-A, which

8    has been identified as excerpts from the certified extraction

9    report for a cell phone, CELL-3, identified as one recovered

10   from Shakeen Davis on that day.

11        And would you mind telling us, first of all, was there

12   evidence in the phone as to who might be using it?

13   **A.**    Yes, there was.

14   **Q.**    And do you see evidence on this page?  Can you give us an

15   overview.

16   **A.**    You've got a -- there you go.

17        Yeah.  The -- the e-mail address, dinero4800@gmail, and

18   then shadavis.designer@gmail and then creams.dinero at the

19   iCloud account.

20   **Q.**    And were Creams and Dinero aliases of Mr. Davis --

21   **A.**    Yes, they were.

22   **Q.**    -- or nicknames?

23        And then do you see that there are some text messages on

24   the first page that say "Shykeen"?

25   **A.**    Yes.

1  Q.   And there's a reference to an IG @fh_dinero?

2  A.   Yes, ma'am.

3  Q.   And then do you see there's a text to the phone that says

4  [reading]:  Creams?

5  A.   Yes.

6  Q.   I'll scroll to the next page here.

7       Do you see that there -- would you mind reading this

8  text message from the phone.

9  A.   Yep.  It says [reading]:  Got testers today, the white.

10  Everyone saying it's hands down 9 to 10.

11  Q.   Do you see there's another text message from the phone,

12  February 2nd of 2017 [reading]:  Got testers today?

13  A.   Yes.

14  Q.   And then I'm just going to highlight a few of these for

15  you from the phone.

16       Would you mind reading this one for us.

17  A.   Sure.  An incoming to the phone at Line 1553 is [reading]:

18  Yo, that stuff last night was just as bad if not worst.  Let me

19  know if you get that rocky, white shite back.

20       The next one is outgoing to that number from the device,

21  and it says [reading]:  Got it now.  It's put people out,

22  though.

23       And then the last one is incoming from the number to the

24  device.

25       [Reading]:  Those people are stupid.  I've been doing this

*MOORE - DIRECT*

1  shit for six years and never gone out, not once.  Some people

2  are just dumb and gotta push everything to the limit.  Hold on

3  to 1.5 for me.  I'll be down around 4, probably.

4  **Q.**   Scrolling to Page 3, do you see how there's a message to

5  the phone that says [reading]:  Can you do 2 g for 180?

6  **A.**   Yes.

7  **Q.**   And a message from the phone that says [reading]:  Yeah.

8  **A.**   Yes.

9  **Q.**   And do you see there's a message to the phone here

10 [reading]:  How is your boy?

11 **A.**   Yes.

12 **Q.**   And can you remind us what in the context of drug

13 trafficking you have learned "boy" means.

14 **A.**   "Boy" is heroin.

15 **Q.**   Next page, Page 4, do you see there's another message

16 [reading]:  Can you do two for 180?

17     And a reply [reading]:  Yeah, I got you.

18 **A.**   Yes, ma'am.

19 **Q.**   Scrolling to the next page, do you see there's a text to

20 the phone [reading]:  Can I come get a half for 40?

21     And then a reply [reading]:  Okay.

22 **A.**   Yes.

23 **Q.**   And scrolling to the next page, Page 6 of this exhibit, do

24 you see that there's a whole series of messages from the phone

25 here on February 23rd of 2017?

```
 1   A.   Yes, ma'am.

 2   Q.   And can you read those for us.

 3   A.   Sure.  The first two are the same.  They are [reading]:

 4   Back.  Good with boy and girl.

 5        The next is [reading]:  Come see me.

 6        And then the next three are again [reading]:  Back.  Good

 7   with boy and girl.

 8        The last is a forward and says [reading]:  Back.  Good

 9   with boy and girl.

10   Q.   And then scrolling to Page 7 -- and what was -- sorry.

11   What was the date?  Maybe you already said that, the date of

12   those texts?

13   A.   The last ones I just read were February 23rd, 2017.

14   Q.   On Page 7, do you see the section labeled "Selected MMS

15   Messages"?

16   A.   Yes.

17   Q.   And I'm just going to zoom in on this one.

18        I see the one to Sq on February 16th of 2017.

19   A.   Yes.

20   Q.   Can you just read the first two lines or so of that.

21   A.   Sure.  It says [reading]:  I need a logo.  Can you put

22   Forever About Money by the top -- with the letters FAM

23   capitalized -- and a AR-15 gun on the side, on the bag, or

24   behind the bag, either or -- I'm sorry.

25        [Reading]:  Behind the bag either or I need slick logo for
```

1    sweatsuit I'm getting stitched.

2    **Q.**   And then zoom in on this photo here.  Do you recognize any

3    of the people in that photo?

4    **A.**   That's Shakeen Davis in the back, the background.

5    **Q.**   Scrolling to the next page, do you see there's another MMS

6    to Sq?  And what does it show there in the content?

7    **A.**   That's an assault rifle.

8    **Q.**   And do you see the section here labeled "Selected Web

9    Searches Searched Terms"?

10   **A.**   Yes.

11   **Q.**   And can you read those searched terms.

12   **A.**   Sure.  The first -- the top one is on the 23rd of February

13   of 2017, and the search term is [reading]:  24 indicted in

14   Baltimore.

15        The second one is February 5th of 2017, and that is

16   [reading]:  45 Desert Eagle.

17   **Q.**   And then see the section labeled "Selected Images"?

18   **A.**   Yes.

19   **Q.**   And who's in that image?

20   **A.**   That's Shakeen Davis.

21   **Q.**   Turning to the next page, can you tell us who's in these

22   images here.

23   **A.**   Those are also Shakeen Davis.

24   **Q.**   And then I'm going to skip ahead to Page 14, and I'm going

25   to zoom in here.

1      And just --

2              MR. HAZLEHURST:  Your Honor, may we approach?

3              THE COURT:  Take that off the screen, please.

4              MS. HOFFMAN:  Sure.

5              MR. HAZLEHURST:  May we approach?

6              THE COURT:  Sure.

7          (Bench conference on the record:

8              THE COURT:  Okay.  And I suggested that we circulate

9      it and then read it, because what went up on the screen was

10     more than was agreed to.  It came off, but I'm going to tell

11     the jury to disregard it.

12             MS. HOFFMAN:  Okay.  I apologize.

13             THE COURT:  You need not to put it on the screen.

14             MS. HOFFMAN:  Sure.

15             MR. HAZLEHURST:  Your Honor, if the Government wants

16     to literally take a piece of paper and approach the witness, I

17     would suggest that.

18             THE COURT:  That's what I'm suggesting.  Strictly what

19     you want him to read on a piece of paper.  If you need another

20     one that's more readable or something, that's fine.  But just

21     ask him to read what's --

22             MS. HOFFMAN:  Sure.  I apologize.

23             MR. HAZLEHURST:  So I note the objection, but I also

24     ask the Court to advise the jury.

25             THE COURT:  I will.)

 1          (Bench conference concluded.)

 2          **THE COURT:**  Okay.  Ladies and gentlemen, just ignore

 3     what was just on the screen.  We're going to do this in another

 4     way.

 5     **BY MS. HOFFMAN:**

 6     **Q.**   Agent Aanonsen [sic], I'm going to approach and ask you to

 7     read something . . .

 8          (Handing.)

 9          Would you mind reading just what's circled, the text

10     that's circled there.

11     **A.**   Sure.  It says [reading]:  I'm on the run from the feds

12     and still got warrants in the state.

13     **Q.**   I'm going to approach.

14     **A.**   (Handing.)

15     **Q.**   And, again, could you just read what's circled on that

16     page.

17     **A.**   Sure.  It says [reading]:  Federal indictment.  I'm on the

18     run.

19     **Q.**   As part of your role as case agent, did you obtain

20     certified conviction records for Shakeen Davis?

21     **A.**   Yes, I did.

22     **Q.**   And I'm going to switch over to the ELMO.

23          Can you tell us what we're looking at here.

24     **A.**   That is a certified document from District Court up in

25     Wabash.  It's the Wabash Avenue courthouse.

1    **Q.**   Is that the District Court of Maryland?

2    **A.**   Yes.

3    **Q.**   And do you see down below there's a signature of the Clerk

4    of Court?

5    **A.**   Yes.

6    **Q.**   And I'm going to show you Page 4 of that document.

7             **THE CLERK:**  I'm sorry.  What was the exhibit number?

8             **MS. HOFFMAN:**  I'm sorry.  This is CR-2.

9             And actually, let me put Page 1 back up there.

10   **BY MS. HOFFMAN:**

11   **Q.**   And can you just read for the record the name here

12   (indicating).

13   **A.**   Yep.  It's Davis, comma, Shakeen.

14   **Q.**   And the case number?

15   **A.**   3; B, as in boy; 02191227.

16   **Q.**   And then I'm going to show you Page 4.

17           And could you read the case number again for us

18   (indicating).

19   **A.**   Yep.  It's 3; B, as in boy; 02191227.

20   **Q.**   And can you read the name here (indicating).

21   **A.**   The name is Davis, comma, Shakeen.

22   **Q.**   And the date of birth?

23   **A.**   Sure, the date of birth year is 1994 and then it's ███ --

24   ████████ of 1994.

25   **Q.**   And can you read -- hang on here, the SID number here

 1   (indicating).

 2   **A.**   Yep.  It's 0003577767.

 3   **Q.**   And then do you see over here where it says "charge"?

 4   **A.**   Yep.

 5   **Q.**   Can you read that charge.

 6   **A.**   Sure.  It's [reading]:  Handgun on person.

 7   **Q.**   And then where it says disp, can you read that.

 8   **A.**   Yep.  That's "G" for guilty.

 9   **Q.**   And the date there (indicating)?

10   **A.**   That's December -- I'm sorry.

11        It's November 1st of 2012.

12   **Q.**   Agent Moore, did you also obtain a certified copy of the

13   arrest photo and fingerprints pertaining to this conviction?

14   **A.**   Yes, I did.

15   **Q.**   And I'm going to show you Government's Exhibit CR-3.

16        And can you tell us what we're looking at here.

17   **A.**   That's the certified arrest photo for Shakeen Davis.

18   **Q.**   And just for the record, can you read the name, CID, and

19   date of birth.

20   **A.**   Sure, the name is Davis, comma Shakeen.  The CID is

21   3577767.  The date of birth is ████1994.

22   **Q.**   And is that the same date of birth and CID that we saw on

23   the certified conviction record?

24   **A.**   It sure is.

25        **THE COURT:**  Ladies and gentlemen, let me remind you --

1    I think we had this issue earlier.

2         One of the charges against Mr. Davis that you'll be

3    asked to return a verdict on, I believe it's Count 30, it's a

4    charge that he unlawfully possessed a firearm on a certain

5    date, I believe February 24th of 2017.

6         One of the things that the Government has to prove in

7    order to prove that charge is that at some point prior to

8    February 24th of 2017, Mr. Davis had been convicted of a crime

9    punishable of more than a year in prison.  That is the purpose

10   for which the Government introduced this evidence, and you may

11   not consider it for any other purpose.  It's only as it goes to

12   prove that one element out of the several elements that the

13   Government will have to prove on that charge.

14        **MS. HOFFMAN:**  And, Your Honor, may we actually

15   approach just briefly on that?

16        **THE COURT:**  Sure.

17      (Bench conference on the record:

18        **THE COURT:**  Did I misspeak?

19        **MS. HOFFMAN:**  No, you didn't.  But there are two

20   counts in which he's charged with being a felon in possession.

21        **THE COURT:**  Oh.

22        **MS. HOFFMAN:**  So one is the one that you just

23   mentioned, Count 30.  And then the other one is . . .

24        **THE COURT:**  Oh, Count 16.

25        **MS. HOFFMAN:**  Count 16.

1          **THE COURT:**  I'm sorry.

2          **MS. HOFFMAN:**  Then the only other thing is I think we

3    both -- are we in agreement that it is punishable by more than

4    one year, the handgun on person?

5          **MR. HAZLEHURST:**  Yes.

6          **MS. HOFFMAN:**  And could we -- I can't recall if

7    Your Honor said that, but --

8          **MR. HAZLEHURST:**  I think you did.  You said -- you did

9    say "punishment by imprisonment of one year."

10         **THE COURT:**  I don't think I actually said it.  I said

11   that that was part of what had to be proved, and this evidence

12   could be considered for that.

13         But I will clarify that the handgun conviction does

14   carry the possibility of punishment of more than one year and

15   that I mentioned Count 30, that there is also another count of

16   unlawful possession of a firearm.  That is Count 16.  Same

17   instruction applies.

18         **MR. HAZLEHURST:**  That's fine, Your Honor.

19         **MS. HOFFMAN:**  Thank you.)

20      (Bench conference concluded.)

21         **THE COURT:**  Okay.  Thank you.

22         Just to clarify, two things:  I mentioned Count 30.

23   There is also a Count 16 that includes a charge against

24   Mr. Davis of unlawful possession of a firearm, so the same

25   instruction that I just gave you would apply to your

1    consideration of the evidence as to Count 16.

2          And just to be clear if it wasn't, we are in agreement

3    and I am instructing you that the particular charge, handgun on

4    a person, does carry a possible punishment of more than one

5    year.  So it does fit that part of that element.

6          **MS. HOFFMAN:**  Thank you.

7    **BY MS. HOFFMAN:**

8    **Q.**  Agent Moore, I want to shift gears again.

9          I believe you testified previously that the investigation

10   involved wiretaps on phones belonging to Adrian Jamal Spence in

11   the summer of 2015 and then wiretaps on phones belonging to

12   Dwight Jenkins, Jacob Bowling, and Jamal Lockley in summer of

13   2016; is that right?

14   **A.**  Yes.

15   **Q.**  And did you intercept any wire calls in which Randy Banks

16   participated?

17   **A.**  Yes.

18   **Q.**  I'm going to play you a call from Government's Exhibit

19   Wire B, which has been identified as a disc of wire calls

20   intercepted over Adrian Jamal Spence's phone in summer 2015.

21   This is going to be B-4104, which is on Page 317.

22          And can you tell us the date and time of this call.

23   **A.**  Can you switch back.  There you go.

24   **Q.**  Sorry.

25   **A.**  The date is July 28th, 2015.  The time is about 11:30 in

1  the morning -- 11:50.  Excuse me.

2  **Q.**  Did you --

3  **A.**  7/25/2015.  Excuse me.

4  (Audio was played but not reported.)

5  **BY MS. HOFFMAN:**

6  **Q.**  Agent Moore, did you recognize the voices of any of the

7  participants in that call?

8  **A.**  Yes.

9  **Q.**  Who was it?

10  **A.**  Randy Banks and Adrian Spence.

11  **Q.**  And did you hear the reference to Fat Ass by Mr. Banks?

12  **A.**  Yes.

13  **Q.**  And was there a subject of your investigation who was

14  sometimes referred to as Fat Ass?

15  **A.**  Yes, ma'am.

16  **Q.**  Who was that?

17  **A.**  That's Dante Bailey.

18  **Q.**  And did you hear the reference to Fish by Mr. Banks?

19  **A.**  Yes.

20  **Q.**  And was there a subject of your investigation who went by

21  Fish?

22  **A.**  Yes.  That's Dominick Kane.

23  **Q.**  I'm showing you Government's Exhibit IND-56.

24  Who is that?

25  **A.**  That's Dominick Kane.

1    **Q.**   Did you intercept any other wire calls involving

2    Randy Banks?

3    **A.**   No, not to my knowledge.

4    **Q.**   Was that surprising to you?

5    **A.**   No, not at all.

6    **Q.**   And why not?

7    **A.**   Based on the jail calls that we had -- that I had

8    reviewed, it appears that Mr. Banks would only come out in the

9    evening.  He would frequently change his phones up.  And he was

10   very careful about his -- his dealings and his methods of

11   movement.

12        So we -- we never would have actually known that we were

13   catching him on the wire.  Not to mention the fact that we

14   only -- our ATF wiretap and the county wiretap only listened to

15   phones that were based out of the 5200 Windsor Mill area and

16   not the Gwynn Oak/Liberty area.

17   **Q.**   So I'm going to play you some calls from Government's

18   Exhibit JAIL-1, which has been identified as a disc of

19   certified jail recordings.

20        I'm going to start with Call J-44, and this is on Page 144

21   of the jail call tab.

22        And can you tell us the date of this call.

23   **A.**   Sure.  It's April 5th, 2016.

24   **Q.**   And I'm going to start it actually at 23 minutes and

25   40 seconds, which will be on Page 46, so if you flip ahead two

1    pages.

2        And it's going to start with "This 'N' word Dirt" about

3    halfway down the page.

4        (Audio was played but not reported.)

5    **BY MS. HOFFMAN:**

6    **Q.**   I'm going to pause it there.

7        And did you recognize the voice of the person who was

8    called in this call?

9    **A.**   Yes.  That was Ayinde Deleon.

10   **Q.**   And what were his nicknames?

11   **A.**   Yin or Murda.

12   **Q.**   And did you hear when the -- whose account was the call

13   made from?

14   **A.**   It was Mark Brown.

15   **Q.**   Did you hear when Mr. Brown said [reading]:  This "N" word

16   Dirt, he ain't never got no fuckin' phone?

17   **A.**   Yes, ma'am.

18   **Q.**   And did you hear when Mr. Brown said [reading]:  He keeps

19   turning his fucking phone off every fucking two weeks?

20   **A.**   Yes, ma'am.

21   **Q.**   And did you hear Mr. Deleon at the end of the call say

22   [reading]:  It must be working, though.  He ain't got no

23   trouble yet, that no phone shit?

24   **A.**   Yes.

25   **Q.**   I'm going to play a short clip of another jail call, and

1    this one's going to be J-32 on Page 103 of the jail call tab.

2         And can you tell us the date of this call.

3    **A.**   Sure.  It's August 30th, 2015.

4    **Q.**   And I'm going to play a clip from 9 minutes and

5    27 seconds, which is on the next page of that transcript.

6         (Audio was played but not reported.)

7    **BY MS. HOFFMAN:**

8    **Q.**   I'm going to stop it there.

9         And who's the inmate who's making this call?

10   **A.**   It's Dominick Wedlock.

11   **Q.**   And who is he talking to in this portion of the call, or

12   who do you believe him to be talking to?

13   **A.**   That portion was Maurice Braham.

14   **Q.**   And what's his nickname?

15   **A.**   Mookie.

16   **Q.**   And did you hear when Mr. Braham said [reading]:  He keeps

17   switching his numbers.  He keeps switching his numbers, yo?

18   **A.**   Yes, ma'am.

19   **Q.**   I'm going to play another short clip from this call.  This

20   is going to be at 20 minutes and 56 seconds, which should be on

21   the next page of the transcript.

22        (Audio was played but not reported.)

23   **BY MS. HOFFMAN:**

24   **Q.**   I'm going to pause it there.

25        And can you tell us who -- did you recognize the voices of

1   the people talking in that portion of the call?

2   **A.**   Yes.

3   **Q.**   And who was it?

4   **A.**   It's Melvin Lashley and Dominick Wedlock.

5   **Q.**   Can you remind us their nicknames.

6   **A.**   Yes.  Melvin Lashley was Menace, and Dominick Wedlock was

7   Nick or Rage.

8   **Q.**   And did you hear when Mr. Lashley said -- mentioned

9   Black Face and Bino?

10  **A.**   Yes.

11  **Q.**   And was there a subject of your investigation who went by

12  Bino?

13  **A.**   Yes.

14  **Q.**   Who was that?

15  **A.**   That's Dontray Johnson.

16  **Q.**   Did you say -- did you hear when Mr. Lashley said that

17  "N" words whooped Dorian up here and also he burnt T-Roy's sale

18  for $150?

19  **A.**   Yes.

20  **Q.**   Was there a subject of your investigation who went by

21  T-Roy?

22  **A.**   Yes.

23  **Q.**   And who was that?

24  **A.**   That's Jamal Lockley.

25  **Q.**   Did you listen to any jail calls in which subjects of the

1  investigation who were incarcerated discussed payment of money

2  by --

3  **A.**   Yes.

4  **Q.**   -- Randy Banks?

5  **A.**   Yes.

6  **Q.**   And I'm going to play you a couple short clips.  First,

7  J-9.  This is on Page 39 of the transcript binder.

8       And can you tell us the date of this call.

9  **A.**   It's October 24th, 2014.

10  **Q.**   I'm going to play a short clip starting at 1 minute and

11  47 seconds.

12       (Audio was played but not reported.)

13  **BY MS. HOFFMAN:**

14  **Q.**   Did you recognize the voices of the people speaking in

15  that portion of the call?

16  **A.**   Yes.  It was Dominick Wedlock and Devon Dent.

17  **Q.**   And did you hear Mr. Wedlock say [reading]:  Me and Dirt

18  got some cash for you?

19  **A.**   Yes.

20  **Q.**   And did you hear the reference to SP?

21  **A.**   Yes.

22  **Q.**   And can you remind us, was there a subject of your

23  investigation who went by SP?

24  **A.**   It's Adrian Spence.

25  **Q.**   I'm going to play a short clip from J-11.  This is on

1    Page 41.

2         Can you tell us the date of this call.

3    **A.**   It's October 28th, 2014.

4    **Q.**   And I'm going to play a short clip starting at six minutes

5    and 55 seconds.

6         (Audio was played but not reported.)

7    **BY MS. HOFFMAN:**

8    **Q.**   Did you recognize the voices of the participants in that

9    call?

10   **A.**   Yep.  That's Devon Dent and Dominick Wedlock again.

11   **Q.**   And did you hear when Mr. Dent said [reading]:  Butch and

12   Dirt, though, is the two who always do shit for me.  They the

13   ones who pay my lawyer and all that shit?

14   **A.**   Yes, ma'am.

15   **Q.**   I'm going to play a clip from J-39, and this is on

16   Page 137.  I'm going to play the clip starting at 3 minutes

17   and 1 second.

18        (Audio was played but not reported.)

19   **BY MS. HOFFMAN:**

20   **Q.**   Did you recognize the voices of the participants in that

21   call?

22   **A.**   Yes.  It was Devon Dent and Maurice Braham.

23   **Q.**   And did you hear Mr. Dent say -- or did you hear

24   Mr. Braham say [reading]:  Dirt was just up here?

25   **A.**   Yes.

1   **Q.**   And did you hear Mr. Dent say [reading]:  Tell him I said

2   I need that money order?

3   **A.**   Yes, ma'am.

4   **Q.**   And what was the date of this call?

5   **A.**   That was December 4th, 2015.

6   **Q.**   Did you listen to any other jail calls discussing the

7   collection of money for incarcerated subjects of the

8   investigation?

9   **A.**   Yes.

10  **Q.**   I'm going to play you a clip from J-25, and this is on

11  Page 89 of the jail call tab.

12       And can you tell us the date of this call.

13  **A.**   It's August 6th, 2015.

14  **Q.**   And I'm going to play a clip starting at 2 minutes.

15       (Audio was played but not reported.)

16  **BY MS. HOFFMAN:**

17  **Q.**   I'm going to pause it there.

18       And do you recognize the voices of the participants in

19  this call?

20  **A.**   Yes.  It's William Jones and Melvin Lashley.

21  **Q.**   And I'm just going to -- well, did you hear when Mr. Jones

22  said [reading]:  I could use some money for me or I'ma smack

23  his ass?

24  **A.**   Yes.

25  **Q.**   Did you hear Mr. Lashley say [reading]:  Whoever ain't got

 1   no money for "N" words is getting rolled out?

 2   **A.**   Yes.

 3   **Q.**   And I'm just going to skip ahead and play from 4:05 to

 4   4:27.

 5        (Audio was played but not reported.)

 6   **BY MS. HOFFMAN:**

 7   **Q.**   And did you hear the mention of Creams there?

 8   **A.**   Yes.

 9   **Q.**   And was there a subject of your investigation who went by

10   Creams?

11   **A.**   That's Shakeen Davis.

12   **Q.**   And I'm going to skip ahead and play another very short

13   clip.

14        (Audio was played but not reported.)

15   **BY MS. HOFFMAN:**

16   **Q.**   Did you hear Mr. Lashley say [reading]:  I got like

17   50 lolos and I'm going to sell these 50?

18        There's an inaudible and then [reading]:  I got you, son,

19   I swear to God, man.

20   **A.**   Yes.

21   **Q.**   I'm going to play another clip of a call.  This is J-28,

22   and it's on Page 95.

23        Can you tell us the date of this call.

24   **A.**   That's August 14th, 2015.

25   **Q.**   I'm going to play a clip starting at 7 minutes and

1    50 seconds.

2         (Audio was played but not reported.)

3    **BY MS. HOFFMAN:**

4    **Q.**   Did you recognize the voices of the participants in this

5    call?

6    **A.**   Yes.  That's William Jones and Melvin Lashley.

7    **Q.**   And who's the inmate who's making the call?

8    **A.**   William Jones.

9    **Q.**   And did you hear the reference to Nizzy?

10   **A.**   Yes.

11   **Q.**   And can you remind us, was there a subject of your

12   investigation who went by Nizzy?

13   **A.**   That's Davon Temple.

14   **Q.**   And did you hear Mr. Jones say [reading]:  They really

15   respect the mob?

16   **A.**   Yes.

17   **Q.**   And did you hear him say [reading]:  The first thing they

18   say is, What's that big "N" word name with the tattoos?  Yo,

19   Gutta, like, "N" words really scared of yo?

20   **A.**   Yes, ma'am.

21   **Q.**   In listening to jail calls in this case, did you come

22   across any evidence of subjects of the investigation smuggling

23   drugs into the jail?

24   **A.**   Yes.

25   **Q.**   I'm going to play you -- I've just got a couple more clips

 1    here.  This one's J-46, and it's on Page 150.

 2         Can you tell us the date of this call.

 3    **A.**   That's April 13th, 2016.

 4    **Q.**   I'm going to play from 2 minutes and 42 seconds.

 5         (Audio was played but not reported.)

 6    **BY MS. HOFFMAN:**

 7    **Q.**   Do you recognize the voices of the participants in this

 8    call?

 9    **A.**   Yep.  It's Davon Temple and Ayinde Deleon.

10    **Q.**   And in your experience in investigating drug-trafficking

11    organizations, have you learned what the term "orange joints"

12    means in the context of drug trafficking?

13    **A.**   Yes.

14    **Q.**   And what is that?

15    **A.**   It's slang for Suboxone or Suboxone strips.

16    **Q.**   And I'm going to play another short clip from 9 minutes

17    and 13 seconds, which is two pages later in the transcript.

18         (Audio was played but not reported.)

19    **BY MS. HOFFMAN:**

20    **Q.**   Do you recognize the voices here?

21    **A.**   Yep.  That's Davon Temple and Ayinde Deleon.

22    **Q.**   And did you hear -- did you testify a minute ago that

23    Davon Temple went by Nizzy?

24    **A.**   Yes.

25    **Q.**   Did you hear when Nizzy said [reading]:  If the higher

1  motherfuckers that's over me tell me, Bop, bop, bop, yeah, you

2  feel me, that's my obligation.  I know what I signed up for?

3  **A.**   Yes.

4  **Q.**   In listening to jail calls, did you come across any

5  evidence that subjects of the investigation stashed guns around

6  the 5200 block of Windsor Mill Road?

7  **A.**   Yes.

8  **Q.**   I'm going to play you a short clip from J-6, and this is

9  the last one.  This is on Page 19.

10     And this is -- I'm going to play the -- can you tell us

11  the date of the call, first of all?

12  **A.**   It's August 28th, 2014.

13  **Q.**   I'm going to play a clip starting from 2 minutes and

14  38 seconds, which is actually on the next page of the

15  transcript.  It will start with -- it will start with, "But,

16  you know, he know."

17     (Audio was played but not reported.)

18  **BY MS. HOFFMAN:**

19  **Q.**   Do you recognize the voices of the participants in this

20  call?

21  **A.**   Yep.  That's Sydni Frazier and Shakeen Davis.

22  **Q.**   And did you hear Mr. Davis say [reading]:  The knockers

23  walkin' through the woods?

24  **A.**   Yes.

25  **Q.**   Did you hear Mr. Davis say [reading]:  And I put two of

1   them bitches up there.  I can't even go up there and get my

2   shit 'cause I don't know if they still over there?

3   **A.**   Yes, ma'am.

4   **Q.**   Agent Moore, as part of your role as case agent in the

5   MMP -- as one of the case agents in the MMP investigation, have

6   you been involved in investigating certain murders?

7   **A.**   Yes, I have.

8   **Q.**   And is one of those murders the murder of James Edwards,

9   also known as Bangout?

10  **A.**   Yes.

11  **Q.**   And I'm going to pull up, first, what's already come into

12  evidence.  This is CSLI-1, and Page 19 of that exhibit.

13      And do you recognize what we're looking at here?

14  **A.**   Yes.  That's a map plotting 310 Collins, the little red

15  dot down below.  3901 Princely Way is the green dot up top,

16  left corner.  And then those two sort of triangulated things

17  are cell towers.

18  **Q.**   And can you remind us when and where the Bangout murder

19  occurred.

20  **A.**   It was February 12th at about 12:59 in the morning, in

21  between 310 and 312 Collins Avenue.

22  **Q.**   Is that February 12th of 2015?

23  **A.**   Yeah.  Sorry.

24  **Q.**   And I think you said the 300 block of Collins Avenue is

25  indicated by the red flag down here?

1    **A.**    Yes.

2    **Q.**    And then do you see the cell phone number at the top right

3    here --

4    **A.**    Yep.

5    **Q.**    -- (443) 415-9975?

6         And can you remind us, did you learn who that cell phone

7    was used by?

8    **A.**    It was used by Dante Bailey.

9    **Q.**    And then do you see that there's a cell site plot for that

10    9975 phone over here where the mouse is in the Woodbury area of

11    Baltimore at 12:23 a.m. on February 12th of 2015?

12    **A.**    Yes, ma'am.

13    **Q.**    As part of your role as case agent, have you had a chance

14    to test-drive the distance from that cell sector to the murder

15    scene in the 300 block of Collins Avenue to see how long it

16    takes?

17    **A.**    Yes, I have.

18    **Q.**    And can you tell us where you started your test drive.

19    **A.**    I started at the Baltimore Police Department's Northern

20    District station.  It's at 2201 West Cold Spring.

21    **Q.**    And can you point on the map -- it should come up on the

22    screen -- approximately where that is.

23    **A.**    Sure.  It's going to be right there-ish (indicating).

24    **Q.**    Okay.  And why did you start there?

25    **A.**    It was one of the more northern points for that -- that

*MOORE - DIRECT*

1   cell tower, and I wanted to be very conservative with my

2   estimate.  And it was also a place where I could get on and off

3   the road pretty easily.

4   Q.   And where did you drive to?

5   A.   My ultimate destination was just outside of

6   310 Collins Avenue.

7   Q.   And can you tell us how long it took you.

8   A.   If I could refresh my memory briefly.

9   Q.   Did you write a report of your findings?

10  A.   I did.

11  Q.   I'm going to approach.

12       (Handing.)

13       And take your time looking that over.

14  A.   Okay.

15  Q.   How long did it take you to drive from that northern part

16  of the cell sector to 310 Collins Avenue?

17  A.   It was approximately 18 minutes and 35 seconds.

18  Q.   And how fast did you drive?

19  A.   Speed limit.

20  Q.   And what time of day did you make the drive?

21  A.   It was during the lunch hour.

22  Q.   And what was traffic like that time of day, or what was it

23  like that day?

24  A.   It's pretty busy.

25  Q.   And how does traffic -- based on your experience working

1  in the Baltimore area over the years, how does traffic at that

2  time of day compare to traffic in the early morning hours?

3  **A.**  It's basically the total opposite.  Late night, after

4  midnight, it's pretty quiet.

5  **Q.**  Do you see that there's a cell site plot for that 9975

6  cell phone?  It's at -- I'm sorry, in the area of

7  3901 Princely Way where that flag is at 1:28 a.m --

8  **A.**  Yes, ma'am.

9  **Q.**  -- on February 12th --

10  **A.**  Yep.

11  **Q.**  -- of 2015.

12      And have you tested the time it takes to drive from the

13  murder scene, 310 Collins Avenue, to 3901 Princely Way?

14  **A.**  Yes.

15  **Q.**  And where did you start?

16  **A.**  I started -- as soon as I got to 310 Collins, I reset my

17  timer and left from 310 Collins.

18  **Q.**  And how long did it take you?

19  **A.**  If I may.

20      It took me 20 minutes and 28 seconds, approximately.

21  **Q.**  And how fast did you make the drive?

22  **A.**  Speed limit.

23  **Q.**  And what time of day did you make the drive?

24  **A.**  Still lunch hour.

25  **Q.**  And how was the traffic at that time of day?

1    **A.**    Horrible.

2    **Q.**    And how does traffic at that time of day compare to

3    traffic in the early morning hours?

4    **A.**    Total opposite.

5    **Q.**    Agent Moore, did you learn whether Dante Bailey was under

6    court supervision of any kind in February of 2015?

7    **A.**    Yes, I did.

8    **Q.**    And who did you learn he was being monitored by?

9    **A.**    There's a local company.  It's called ASAP.  I forget what

10   it stands for.  And they provide GPS monitoring services to a

11   defendant at the defendant's cost.

12        The actual tracking is provided by a company out of

13   Houston that's called STOP.

14   **Q.**    And as part of your role as case agent, did you obtain

15   certified records from STOP from Satellite Tracking of People

16   for Dante Bailey in February of 2015?

17   **A.**    Yes.

18   **Q.**    And I'm going to show you Government's Exhibit MISC-12.

19        (Counsel conferred.)

20   **BY MS. HOFFMAN:**

21   **Q.**    And can you tell us what we're looking at here.

22   **A.**    Yep.  That's the certified records from STOP, the

23   Satellite Tracking of People.

24   **Q.**    And I'm going to flip through here.  And obviously it's

25   really hard to see, but what's contained here?

1  **A.**    Pretty much what you're looking at is person being

2  tracked, date, time, GPS coordinates.  There's local time.

3  There's UTC time.

4  **Q.**    And is this about three pages of data here?

5  **A.**    Yes.

6  **Q.**    Did you review these records for the early morning hours

7  of February 12th of 2015?

8  **A.**    I did.

9  **Q.**    And were there any GPS coordinates for the ankle bracelet

10  during the early morning hours of February 12th, 2015?

11  **A.**    Yes, there were.

12  **Q.**    And I'm going to show you -- this is going to be

13  Government's Exhibit MISC-12-A.

14       (Counsel conferred.)

15  **BY MS. HOFFMAN:**

16  **Q.**    And what are we looking at here?

17  **A.**    That's a selected chunk of those -- the GPS hits from that

18  morning, on February 12th, 2015.

19  **Q.**    And looking at the "track date (local)" column here, when

20  does it start here?

21  **A.**    It's approximately 12:25 in the morning.

22  **Q.**    And then when's the last one here (indicating)?

23  **A.**    The last -- the last one that has data is 12:32, and then

24  there's one more that has no data at 1:30.

25  **Q.**    And did you plot those latitude and longitude coordinates

1  on a map?

2  **A.**   I did.

3  **Q.**   And I'm going to show you now

4  Government's Exhibit MISC-13.

5      Can you tell us what we're looking at here.

6  **A.**   Yep.  That's the map of the plot points.

7  **Q.**   And can you kind of describe what -- like 1, 2, 3, 4, 5,

8  6, 7, 8 is?

9  **A.**   Starting with 1, that's the first plot point.  And

10 2 through 8 is going to be sequentially later times, the later

11 plot points.

12 **Q.**   And what general direction are these plot points moving

13 in?

14 **A.**   South.

15 **Q.**   And can you remind us again.  The time of the first plot,

16 I think you said, was 12:25 a.m.

17 **A.**   Yes.

18 **Q.**   And then the time of the last plot, number 8 on this map,

19 is 12:32 a.m.?

20 **A.**   That's correct.

21 **Q.**   And that's on February 12th of 2015?

22 **A.**   Yes, ma'am.

23 **Q.**   And I want to pull back up Government's Exhibit CSLI-1,

24 Page 19.

25      And if I may approach and bring you

1    Government's Exhibit MISC-13.

2        (Handing.)

3        I'm going to zoom in on the -- kind of the right-hand side

4    of this map here.

5        And if you're able to, can you tell us the plots that you

6    just showed us on the map where they are in this map.

7    **A.**   Sure.  So the first one -- is it okay if I draw?

8    **Q.**   Yeah, you should be able to draw on the screen.

9    **A.**   Okay.  The first one is kind of behind the text box there.

10   But it is going to start in what is Druid Hill Park and like

11   the Baltimore Zoo area.  So the GPS bracelet was cutting

12   through the park right there (indicating).

13       And then as it progresses south, it's going to go kind of

14   down this way (indicating).

15       And then down Monroe Street until -- if I can figure it

16   out where -- it's going to go a little bit -- I might have

17   actually gone too far.  But it's going to go down Monroe until

18   eventually it gets off onto Lafayette Avenue.

19   **Q.**   Is it -- let me try zooming in.

20       You might be able to see it.  Can you see West Lafayette

21   there?

22   **A.**   Oh, yeah, there it is.  It's all the way down.  So let me

23   try it again.

24       So it's going to go here, all the way down to

25   West Lafayette, where it's going to go -- start going west on

1    Lafayette.

2    **Q.**    Now, were there any GPS coordinates for the ankle bracelet

3    between 12:32 a.m., that last coordinate we looked at,

4    number 8, and 1:30 a.m.?

5    **A.**    No.

6    **Q.**    And do you have any idea why?

7    **A.**    I -- no.

8         **MS. HOFFMAN:**  Thank you.

9         I have no further questions.

10        **THE COURT:**  I think we'll take the mid-afternoon

11   recess.

12        So let me start by excusing the jury.

13      (Jury left the courtroom at 3:36 p.m.)

14        **THE COURT:**  All right.  And the witness can step down.

15        **THE WITNESS:**  Thank you, ma'am.

16        **THE COURT:**  Ms. Hoffman, this is going to be -- this

17   gentleman is your last witness?

18        **MS. HOFFMAN:**  We have one more witness, which is going

19   to be Agent Aanonsen, and he should be quick.

20        **THE COURT:**  Okay.  Where do things stand on the chart

21   of names and people?  And have you all had a chance to talk any

22   more about that?

23        **MS. HOFFMAN:**  We haven't talked about it further.

24   And --

25        **THE COURT:**  I can't remember; did it get marked for

```
 1   identification?  You already did that?

 2          MS. HOFFMAN:  It was marked for identification but not

 3   shown to the jury.

 4          THE COURT:  Yes.  Okay.

 5          MS. HOFFMAN:  And, Your Honor, I mean, it is our

 6   position that there's nothing prejudicial about the way that

 7   these people are indicated.  I think it is helpful for the jury

 8   to have just on one sheet of paper a collection of photographs

 9   and names and nicknames.

10          And so we would ask that we be allowed to send this

11   back to the jury.

12          THE COURT:  Okay.  I'm not ruling on that part yet.

13          Yes, Ms. Whalen.

14          MS. WHALEN:  Just on that, I would suggest that the

15   names and nicknames are relevant and the jury has basically

16   asked for it, so I don't have any problem with that.

17          I would ask that they just be added to the

18   already-existing exhibits, which are IND-1 through whatever

19   they are, as opposed to this type of chart.

20          And then prior to Agent Aanonsen, I do have some

21   issues.

22          THE COURT:  Okay.  I'm not going to -- the chart,

23   unless we find ourselves with a lot of time left over this

24   afternoon, I think we can get to that.  Doesn't have to be

25   shown to the jury today.
```

1          What are your issues regarding --

2          **MS. WHALEN:**  So, Your Honor, Agent Aanonsen, I

3    believe, is going to testify about the search of

4    Kevin Forrest's house and move in search warrant photographs.

5          Our position is that the Government's -- the relevance

6    of all of this testimony is that Tara Whyte sent the letter

7    that we have already seen in evidence to Kevin Forrest.  A

8    search was done of Kevin Forrest's residence, and the letter

9    from Tara Whyte was found.

10          In that residence -- and I would suggest that is the

11    relevance of Kevin Forrest at all, because he is supposed to

12    contact Crazy to do whatever is going to be done.

13          In the search of Kevin Forrest's residence, I don't

14    believe he has been identified as being a member of MMP.

15          There have been photographs of him with my client

16    shown.

17          So in the residence are several different weapons that

18    I think are not part of this conspiracy.  Of course, this

19    search is September of 2017.  My client had been arrested and

20    locked up since May of 2016.

21          And I would suggest the Government can't tie in any of

22    these weapons to this conspiracy.  And so I would ask that all

23    of that -- and there was a body -- body armor piece, I guess,

24    that all of those exhibits, specifically F through L, X, and Z,

25    not be admitted or testimony about them.

1          There's one other exhibit, Y.  This is a screenshot, I

2    believe, of Kevin Forrest's phone where there was a missed call

3    from some -- has no number.  I don't think it has a time or

4    anything other than the name Crazy Homie.

5          And so given that we don't know where this call came

6    from, whether that is indeed the Crazy that the Government

7    alleges, I'd ask that that not be admitted.

8          And, finally, Agent Aanonsen, I believe, is going to

9    testify about the identity of Crazy and I -- and look at a

10   photograph with Crazy holding a weapon.  And I would just

11   indicate that I'm not sure he has a basis of knowledge for

12   saying that that person is Malik Thomas [sic] and that person's

13   nickname on the street is Crazy.

14         And so I would object to his -- his basis of knowledge

15   is probably from talking to other people getting that

16   information.  From my understanding, he's never arrested him,

17   never done surveillance of him, and doesn't have personal

18   knowledge.

19         **THE COURT:**  Okay.  Ms. Perry.

20         **MS. PERRY:**  Your Honor, we do intend to introduce the

21   evidence of the search warrant at Kevin Forrest's house after

22   the agents learned about the hit letter from the cell toss at

23   Northern Neck.

24         There were three guns recovered from the house, as

25   well as body armor.  I think that that should -- testimony

1    about that should certainly come into evidence.  I think it's

2    relevant.

3        I think Mr. Forrest has been identified as a

4    co-conspirator in this case and certainly has become a

5    co-conspirator by the nature of this particular letter.

6        I don't need to walk up all three of the guns and the

7    body armor, though there is one gun that's particularly

8    relevant in that in Mr. Forrest's phone, he was making an

9    attempt to purchase that very gun two days before the

10   search warrant was executed and two days after the letter, the

11   hit letter is postmarked.

12       So I do think it's relevant and probative, and I would

13   be seeking to introduce that.

14       As to Crazy, Agent Aanonsen will identify Crazy as a

15   subject of his investigation.  The photo that I intend to show

16   has already come into evidence as a photo from Mr. Bailey's

17   iCloud, and so I do think all of that is relevant and probative

18   and that there's been enough of a link for the jury to make

19   that inference that it is Crazy who is being contacted,

20   especially with the missed call in Mr. Forrest's phone.

21       **THE COURT:**  How was Crazy identified in the photograph

22   when it came into evidence?

23       **MS. PERRY:**  Agent Aanonsen identified the

24   iCloud exhibit, the photo from the iCloud, as Malik Thompson,

25   who goes by the street name of Crazy.

1          There was a wire call involving -- was he named?

2          There's been other investigation in the case about

3   Crazy, including an incident in D.C.  I am not actually sure --

4   and other cooperators have testified about Crazy and who Crazy

5   was and that he was a member of the Black Bloods Alliance.

6          **THE COURT:**  There's testimony to that in this trial

7   about who Crazy was?

8          **MS. PERRY:**  Yes.  Yes, from cooperators.

9          **THE COURT:**  Okay.  All right.

10          **MS. WHALEN:**  Can you indicate who?  Because I don't

11   recall that.

12          **MS. HOFFMAN:**  Well, both William Banks, a/k/a Trouble,

13   and Jay Greer, Champagne, identified Crazy.  They identified

14   photos of him and said that he was a member of the

15   Black Blood Brotherhood.  He's BGF, but he became a part of the

16   conspiracy through the Black Blood Brotherhood.

17          And the photo of Crazy with the gun was identified by

18   Agent Aanonsen.  I believe it was identified by either

19   William Banks or Jay Greer.  I can't remember which, but they

20   also identified him as Crazy with the gun.

21          And just to kind of close the loop there, the

22   hit letter obviously says, Tell Hollywood to tell Crazy to pop

23   a bottle of champagne.

24          **THE COURT:**  Sure.

25          **MS. HOFFMAN:**  And then right as the agents are

 1   executing the warrant, there's a missed call on Mr. Forrest's

 2   phone from Crazy Homie.  And he's just purchased a gun after

 3   receiving the hit letter.

 4           **THE COURT:**  Okay.  I think that all seems fairly

 5   relevant to prove the nature of this communication, the purpose

 6   of this communication, and I'm going to overrule the objection.

 7           Okay.  Let's excuse the gallery.

 8           We'll take a short recess.

 9       (Recess taken.)

10           **THE COURT:**  Ready for the jury.

11       (Jury entered the courtroom at 4 o'clock p.m.)

12           **THE COURT:**  All right, Ms. Whalen.

13           **MS. WHALEN:**  Thank you, Your Honor.

14                         CROSS-EXAMINATION

15   **BY MS. WHALEN:**

16   **Q.**   Agent Moore, you've told us about some GPS locations;

17   correct?

18   **A.**   Yes, ma'am.

19   **Q.**   And you actually mapped them or placed them onto a map so

20   that you could visually see where the records are pinging, if

21   you will?

22   **A.**   Yes, that's correct.

23   **Q.**   And GPS is actually different from cell phone evidence, is

24   it not?

25   **A.**   Yes.

161

*MOORE - CROSS*

1  Q.   So GPS is actually a device that an individual wears --
2  and sometimes on the ankle or sometimes elsewhere -- and it
3  actually is communicating with satellites; correct?
4  A.   Yes.
5  Q.   And a cell phone is different in that it communicates with
6  a cell tower; is that correct?
7  A.   I honestly -- I'm not the cell phone expert.  That's why I
8  call Mat Wilde.  So I know what GPS does and how it works.  How
9  a cell phone with a GPS capability works, I couldn't tell you.
10 Q.   But suffice it to say, you learned that Dante Bailey had
11 some sort of GPS device on his person; correct?
12 A.   Yes.
13 Q.   And that that was tracking him via satellite in some way;
14 right?
15 A.   Correct.
16 Q.   And you were able to obtain records about it; right?
17 A.   Yes.
18 Q.   Okay.  And those records that you showed us in
19 Miscellaneous 13 -- well, let me first go to -- the cell phone
20 was 9975 that you thought Mr. Bailey was using; correct?
21 A.   Correct.
22 Q.   Those are the last four digits?
23 A.   Yes, ma'am.
24 Q.   Okay.  And I'll show you in CSL-11 [sic], Page 18.
25      This is Mr. Wilde's product; correct?

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

```
1    A.    I haven't seen -- yeah.

2    Q.    Fair enough.  Okay.

3          All right.  So this is an item in evidence, and you looked

4    at Page 19 on your direct examination.

5          Do you recall that?

6    A.    I believe so, yes.

7    Q.    Okay.  And here we've got 12:23 on 12/12 [sic] and also

8    12:15 it appears that that phone number was communicating with

9    that tower; is that correct?

10   A.    For what the map says, yes.

11   Q.    Okay.  And then this is Druid Hill Park right here

12   (indicating); correct?

13   A.    Correct.

14   Q.    Okay.  Now your mapping, which is Miscellaneous 13, just

15   so we orient ourselves again, this is Druid Hill Park

16   (indicating) --

17   A.    Yes, ma'am.

18   Q.    -- correct?

19   A.    Yep.

20   Q.    And the first latitude and longitude site that you saw

21   from these records was up here in Druid Hill Park.

22   A.    Correct.

23   Q.    And it makes its way down, you said, to

24   West Lafayette Street; is that correct?

25   A.    That's correct, ma'am, yes.
```

1   **Q.**   Around the 2000 block of West Lafayette?

2   **A.**   Yes.

3   **Q.**   Okay.

4   **A.**   Yes.

5   **Q.**   And you simply just went to Google Maps, threw in these

6   longitude and latitude coordinates, and it gave you where these

7   locations were --

8   **A.**   Correct.

9   **Q.**   -- is that correct?

10  **A.**   Yep.

11  **Q.**   All right.  And the records stop at that point; right?

12  **A.**   Yes.

13  **Q.**   All right.  And what time was the last track?

14  **A.**   It's 12:32.

15  **Q.**   All right.  12:32.  And we know from the 9-1 -- with the

16  first 9-1-1 call that came in, and this is CAD-2-AT, that the

17  call came in at 12:59:35; is that correct?

18  **A.**   Yes, ma'am.

19  **Q.**   And that was someone at Collins Avenue indicating that

20  they'd heard shots and they were calling for police assistance;

21  right?

22  **A.**   Yes.

23  **Q.**   Okay.  So obviously, Mr. Edwards was killed sometime

24  before 12:59.

25  **A.**   Correct.

1    **Q.**   And, again, remind me when the last track was.

2    **A.**   12:32.

3    **Q.**   All right.  So then you endeavored to see how long it

4    would take to drive from where to where?

5    **A.**   From the BP -- BPD Northern District at

6    2201 West Cold Spring down to 310 Collins.

7    **Q.**   So now let me show you again what we were looking at

8    before, which is CSL-11 [sic], Page 18.

9         And Druid Hill Park here (indicating); correct?

10   **A.**   Yes.  Yep.

11   **Q.**   So the precinct is somewhere up in here (indicating)?

12   **A.**   The little park there, the green blob, it's just on the

13   edge of that blob.  That blob that cuts the park off is -- the

14   road that cuts it off is Cold Spring.  So if I may --

15   **Q.**   All right.  Is this Cold Spring right here?

16   **A.**   Yep, that's Cold Spring that goes along the top.

17   **Q.**   Okay.  And so it was at that location that you went to the

18   police station and you started to drive?

19   **A.**   Yes, ma'am.

20   **Q.**   Now, are you familiar with how the range of a

21   cell tower -- or strike that.

22        Do you know what the range is of a cell tower?

23   **A.**   No.  Sorry.

24   **Q.**   Do you know whether it can pick up calls in an arc like

25   this (indicating)?

1    A.   I -- honestly, ma'am, I couldn't give you a fair answer.

2    Q.   All right.  Now, when you made that drive, how long did it

3    take you again?

4    A.   I'd have to see my report, but I believe the down trip was

5    18 minutes and 35 seconds.

6    Q.   And, again, you made it at a lunch hour -- when was that?

7    A.   I think it was April 5th, so a weekday.

8    Q.   Of?

9    A.   Of this year.

10   Q.   Of this year?

11   A.   Yes, ma'am.

12   Q.   Okay.  So you'd agree with me it was a long time passed --

13   A.   Yes.

14   Q.   -- in between when Mr. Edwards was killed and you made the

15   drive; right?

16   A.   Sure, yeah.

17   Q.   Different time of day; right?

18   A.   Yes.

19   Q.   No indication or you didn't try to find out if in the 2015

20   to 2019, in that period in between, whether there were any

21   traffic delays or obstacles or construction or anything way

22   back when, when Mr. Edwards was killed, that would have in any

23   way affected a drive; right?

24   A.   No.

25   Q.   Okay.  And did you go back and sort of look and see if

1    there was anything happening in that drive area; in other

2    words, a vigil or a festival or anything happening, a big

3    party, that would have affected traffic back when Mr. Edwards

4    was killed?

5    **A.**    In -- no, ma'am, no.

6    **Q.**    Okay.  And you assumed a place to start; right?

7    **A.**    Yes.

8    **Q.**    And you assumed the route that someone would take; right?

9    **A.**    Yes.

10   **Q.**    And there were other routes that someone could take; is

11   that correct?

12   **A.**    Of course.

13   **Q.**    All right.  And that may affect any time or travel; right?

14   **A.**    Yes.

15   **Q.**    But what you found in your demonstration is that it took

16   you 18 minutes and 35 seconds; right?

17   **A.**    Correct.

18   **Q.**    Now, on -- you also went the return route to Princely Way;

19   correct?

20   **A.**    Correct, ma'am.

21   **Q.**    Now, let me just show you one other exhibit, CSL-11 [sic],

22   and this is Page 21.

23       All right.  And at 2/12/2015 at 1:28 a.m., do you see that

24   on this exhibit?

25   **A.**    Yes, ma'am.

1   **Q.**   Okay.  And do you see that the 9975 number -- and let me

2   go up into the corner here --

3   **A.**   Uh-huh.

4   **Q.**   -- reported to use the cell tower up near Princely Way.

5   **A.**   Yes.

6   **Q.**   And that was where Mr. Bailey was living; right?

7   **A.**   Yes.

8   **Q.**   So then you did a drive from where, Collins --

9   **A.**   Yes.

10  **Q.**   -- Avenue up to Princely Way?

11  **A.**   Correct.

12  **Q.**   Okay.  And, again, and I won't go into it; but different

13  time, different, you know, a lot of time passed in those four

14  years.

15  **A.**   Sure.

16  **Q.**   And you don't know about the traffic for certain about --

17  back on February 12th -- or February 11th or 12th of 2015;

18  right?

19  **A.**   No; but in general, the traffic at night, at that hour of

20  night, is drastically less than the traffic during the day at

21  any time.

22  **Q.**   And you're just basing -- well, let me ask it this way:

23  You are being fair in saying that's a generalization; right?

24  **A.**   Yes.

25  **Q.**   Okay.  And what was your time again for that trip?

1  **A.**   I'd have to see the report, but I believe it was

2  20 minutes and 28 seconds.

3  **Q.**   All right.  And so we know that at -- I'm showing you

4  again Miscellaneous 13.  I'll go out again.

5       We know that Point 8, that was at 12:32; correct?

6  **A.**   Yes, ma'am.

7  **Q.**   And this bracelet, if you will, or monitor that Mr. Bailey

8  would be wearing was at these coordinates here (indicating).

9  **A.**   Correct.

10  **Q.**   Okay.  And you believe that those are

11  West Lafayette Street?

12  **A.**   Yes.

13  **Q.**   Okay.  And beyond that, the only other thing we know about

14  where Mr. Bailey may have been was when a cell phone ending in

15  9975 at 1:28 seemed to use a tower by Princely Road; right?

16  **A.**   Correct.

17  **Q.**   And in that -- all that period of time in between, we have

18  no idea from cell phone records or from GPS location monitoring

19  where Mr. Bailey may have been; correct?

20  **A.**   That's correct.

21  **Q.**   So he could have, for instance, gone right back up the

22  route he went when he came down (indicating); correct?

23  **A.**   Sure.

24  **Q.**   He could have stayed at Point No. 8 on West Lafayette

25  until he actually ended up at 1:28 in Princely Way; right?

1    **A.**    Sure.

2    **Q.**    Okay.  Could have gone east, could have gone west; right?

3    **A.**    Could have gone anywhere.

4    **Q.**    And there are no -- from your review of these records,

5    there are no tracks -- or whatever you want to call them, GPS

6    tracks, of Mr. Bailey down on Collins Avenue; correct?

7    **A.**    That's correct, ma'am.

8    **Q.**    Now, the records themselves were pretty hard to look at

9    without really magnifying them; is that correct?

10   **A.**    Yeah.  They were awful.

11   **Q.**    I'm going to show you what's -- well, you in

12   Miscellaneous 12-A, you did sort of enlarge these records so

13   that we have a sense of what they look like.

14   **A.**    Correct.

15   **Q.**    And these are what you use to track, right --

16   **A.**    Yes.

17   **Q.**    -- the points.

18       Now, there are -- there are more headings (indicating),

19   correct --

20   **A.**    Correct.

21   **Q.**    -- than the original records?

22       So this is enrollee last name, date of birth.

23       And I'm just jumping.

24       Track date, GPS latitude and longitude (indicating).

25       Right?

1    A.   Correct.

2    Q.   Now, I'm going to try -- and bear with me because it's

3    difficult in zooming to watch.  I'm going to try to zoom in on

4    the others.

5         Okay.  Can you read that?

6    A.   Yes.

7    Q.   All right.  You see here it says -- where this little dot

8    is (indicating)?

9    A.   Yes.

10   Q.   "Strap Tamper Detected."

11   A.   Yes.

12   Q.   All right.  And you are aware that that's indicating to

13   whoever is monitoring him whether the machine or the device has

14   been tampered with.

15   A.   I don't know that for sure, but that seems fair, yes.

16   Q.   Okay.  Now I'm going to turn it around -- and, again, I

17   apologize for the visual here.

18        And see where I have put a little dot (indicating)?

19   A.   Yes.

20   Q.   Let's go over a little farther.  Maybe if I zoom out a

21   little you'll be able to . . .

22        Do these appear, right here, to be the latitude and

23   longitude that you plotted (indicating)?

24   A.   I'd have to see the date and time to tell you for sure.

25        MS. WHALEN:  May I approach, Your Honor?

Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter

```
 1              THE COURT:  Yes.

 2              THE WITNESS:  Sorry.

 3   BY MS. WHALEN:

 4   Q.   It's okay.

 5        (Handing.)

 6   A.   Thank you.

 7        Yes, ma'am.  That's -- that's those coordinates.

 8   Q.   Okay.  And then we're going to try to scroll over to -- do

 9   you see where the Ns are (indicating)?

10   A.   Yes.

11   Q.   Okay.  And all -- the N all including where you were

12   plotting?

13   A.   Yes.

14   Q.   All right.  Let me try to take us back up again so we can

15   be certain.

16        And, again, do you see the Strap --

17   A.   Yes, ma'am, yep.

18   Q.   -- Tamper and the Ns?

19   A.   Yes.

20   Q.   And are you familiar with whether that's indicating that

21   there was no tampering of this device?

22   A.   I mean, I can see what that says.  I assume that that

23   means has it been -- if there's a tamper on it.  I'm not sure

24   how the device works.  As we said, there's different styles.

25   Q.   Now, you are aware that 2000 West Lafayette Avenue is
```

1   3.2 miles from 300 Collins?

2   **A.**   If you say so, sure.  Yeah.  It's not --

3   **Q.**   Did you Google it or do a map or anything like that?

4   **A.**   From West Lafayette to Collins?  No, I did not.

5   **Q.**   Let me show you Defendant's Exhibit 11.

6        (Counsel conferred.)

7   **BY MS. WHALEN:**

8   **Q.**   You're familiar with Google Maps; right?

9   **A.**   Yes, ma'am.

10  **Q.**   Let me start with up on the left.  Do you see this to be a

11  map of 2000 West Lafayette Avenue, Baltimore, to

12  Collins Avenue?

13  **A.**   Yep.

14  **Q.**   Okay.  And the drive, 3.2 miles (indicating)?

15  **A.**   Yes, ma'am.

16  **Q.**   10 minutes?

17  **A.**   Yep.

18  **Q.**   The estimate?

19  **A.**   Correct.  Yeah.

20  **Q.**   Now, in fairness, Google Maps estimates from the time in

21  which you're requesting the drive time; right?

22  **A.**   Yes.

23  **Q.**   Okay.  Now, I'm just going to ask you -- it gives

24  different routes; is that correct?

25  **A.**   Sure.

*MOORE - CROSS*

1  Q.   And each of these routes, it's saying 10 minutes,

2  10 minutes, 10 minutes (indicating); correct?

3  A.   Yes.

4  Q.   Down at the very bottom -- and I will try to do it this

5  way where you can see the coordinates.

6       Do you still have the coordinates in front of you?

7  A.   Yes, ma'am.

8  Q.   All right.  Take a look here and tell me if this

9  coordinate that I'm pointing to matches up with your sheet of

10 coordinates (indicating).

11 A.   Yes.  It's the last coordinate, I believe.

12 Q.   Which would be basically number 8?

13 A.   Yes.

14 Q.   Okay.  And number 8 --

15      MS. WHALEN:  If I may approach.

16 BY MS. WHALEN:

17 Q.   -- being the last GPS track that you got?

18 A.   Correct.

19 Q.   Down here, the very end of the map (indicating).

20 A.   Yes, ma'am.

21 Q.   And can you actually sort of see Lafayette,

22 West Lafayette, even though it's cut off --

23 A.   Yep.

24 Q.   -- right there?

25      MS. WHALEN:  All right.  Thank you, sir.

1          That's all the questions I have.

2          **THE COURT:**  Thank you, Ms. Whalen.

3          Mr. Sardelli.

4          **MR. SARDELLI:**  Thank you, Your Honor.

5                         CROSS-EXAMINATION

6     **BY MR. SARDELLI:**

7     **Q.**   Good afternoon, Agent Moore.

8     **A.**   Sir.

9     **Q.**   Now, the controlled buys you testified about earlier were

10    not with Randy Banks; correct?

11    **A.**   Correct.

12    **Q.**   Now, I believe you testified about Call B-4104; am I

13    correct?

14    **A.**   Yes, sir.

15          **MR. SARDELLI:**  One second, Your Honor.

16    **BY MR. SARDELLI:**

17    **Q.**   Is that -- is this the call here?

18    **A.**   Yes.

19    **Q.**   And correct me if I'm wrong; this is the one call that's

20    in evidence related to being to or from Randy Banks; correct?

21    **A.**   I believe so, yes.

22    **Q.**   And this case involved thousands of phone calls; correct?

23    **A.**   Correct.

24    **Q.**   And a wiretap is one of the tools for federal

25    law enforcements to investigate drugs; correct?

175

*MOORE - CROSS*

1  **A.**   Yes, sir.

2  **Q.**   Do you see the part where the person that you allege is

3  Mr. Banks says [reading]:  Yeah, that "N" word Fish was having

4  a little drunk episode and shit?

5  **A.**   Yes.

6  **Q.**   Okay.  And this call is, according to this transcript,

7  from on or about July 25th, 2015; am I correct?

8  **A.**   Correct.

9  **Q.**   Are you also familiar with a club called Paparazzi?

10  **A.**   Yes.

11  **Q.**   And this has actually been previously introduced as SM-22.

12      Do you remember this?

13  **A.**   I don't know if that came in through me or not.

14  **Q.**   Okay.  And this appears to be an advertisement for some

15  type of party or something; correct?

16  **A.**   Correct.

17  **Q.**   Friday, July 24th.  And are you -- are you aware that

18  Friday, July 24th, falls on 2015, the year?

19  **A.**   I think it's a Friday.  There's probably a Friday

20  July 24th on a number of years, but it would be posted --

21  **Q.**   Would it surprise you that the 24th of July fell on a

22  Friday in 2015?

23  **A.**   No.

24  **Q.**   In fact, can you tell me when this was taken?  Do you see

25  where my finger is there (indicating)?

1   **A.**   Yeah.

2   **Q.**   Can you give us the date that was taken.

3   **A.**   It looks like it's 6/13/2015.

4   **Q.**   And there's been evidence about drinking in this case;

5   correct?

6   **A.**   About drinking?

7   **Q.**   Yeah.  Alcohol; right?  Clubs.  One of the a/k/as is

8   Champagne for one of the cooperating witnesses.  So the issue

9   of drinking alcohol has come up in the case before.

10   **A.**   I haven't been privy to everybody's testimony, but I don't

11   know that it's come in through me at all.

12   **Q.**   Okay.  You're the co-case agent; correct?

13   **A.**   Correct.

14   **Q.**   Such club as Mirage has come up; correct?

15   **A.**   Yes.

16   **Q.**   You can drink alcohol at Mirage; right?

17   **A.**   Sure.

18   **Q.**   Paparazzi has come up in your investigation.

19   **A.**   Yes.

20   **Q.**   You can drink alcohol there; right?

21   **A.**   Yes.

22   **Q.**   I think at one point as part of your investigation, there

23   was a video from the Customs House; right?

24   **A.**   Yes.

25   **Q.**   And it was looking down an alley.  And I believe clubs

1   such as Norma Jean's and Hustler were as -- part of that alley

2   there; right?

3   **A.**   Yes.   That's near the block.   Yeah.

4   **Q.**   You can drink alcohol there; right?

5   **A.**   Sure can.

6   **Q.**   Okay.   And in your experience as an agent and as a human

7   being, have you ever talked about a night out of drinking

8   before the next day?

9   **A.**   Sure.

10  **Q.**   And in this case, besides this one call, there are other

11  calls with Mr. Banks; right?

12  **A.**   No.

13  **Q.**   There aren't any jail calls?   He's not at CDF?

14  **A.**   No -- oh, I'm sorry.   The jail calls, no.

15  **Q.**   Yeah, 'cause this case, there's been wiretap calls?

16  **A.**   Sure.

17  **Q.**   There have been jail phone calls?

18  **A.**   Yes.

19  **Q.**   There have been texts, social media?

20  **A.**   Correct.

21  **Q.**   All kinds of things.

22  **A.**   Yes.

23  **Q.**   For example, jail calls.

24  **A.**   Sure.

25  **Q.**   All right.

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1    **A.**    Yeah.

2    **Q.**    So there are other calls involving Mr. Banks; right?

3    **A.**    Oh, yes, yes.  I'm sorry.  Yeah.

4    **Q.**    Okay.  I believe one of the calls you played referenced

5    Mr. Banks being in a van with his kids; right?

6    **A.**    Yes.

7    **Q.**    All right.  So he does have kids; right?

8    **A.**    I presume so, yes.

9    **Q.**    And out of the thousands of calls, texts, social media,

10   everything else, this is the one call you're showing the jury;

11   correct?

12   **A.**    That's the one call that's come in through me.  Yes.

13           **MR. SARDELLI:**  Thank you.

14           No further questions, Your Honor.

15           **THE COURT:**  All right.  Mr. Trainor.

16           **MR. TRAINOR:**  Thank you, Your Honor.

17                     CROSS-EXAMINATION

18   **BY MR. TRAINOR:**

19   **Q.**    Good afternoon, Agent Moore.  How are you?

20   **A.**    Good.  How are you, sir?

21   **Q.**    Fine.  Thanks.

22           I want to talk to you about a different Mr. Banks,

23   William Banks.

24   **A.**    Okay.

25   **Q.**    Your agency took over this investigation in March of 2016;

1   is that right?

2   **A.**   My group did, yes.

3   **Q.**   Your group?

4   **A.**   Yes.

5   **Q.**   All right.  And your group is --

6   **A.**   The group that I -- that Agent Aanonsen and I were in at

7   the time, yes.

8   **Q.**   All right.  So you took charge -- your group took charge,

9   and you and Agent Aanonsen are co-case agents on this.

10  **A.**   Correct.

11  **Q.**   As early as March 10th of 2016, you were involved with

12  William Banks in a -- what you described as a controlled buy;

13  correct?

14  **A.**   Correct.

15  **Q.**   All right.  William Banks was a confidential informant

16  with your group?

17  **A.**   Yes, sir.

18  **Q.**   He had signed up, signed a contract with you?

19  **A.**   With a different -- Task Force Officer Brad Hood was his

20  handler.  Brad was on loan to us from another group.

21  **Q.**   You weren't his handler.  But he -- with your agency or

22  your group, he was a registered informant.  He had to sign a

23  contract, and it had been explained to him that he was only of

24  value as long as he told the truth?

25  **A.**   Correct.

```
 1   Q.   All right.  And he agreed to do that.

 2   A.   Yes.

 3   Q.   So on March 10th, 2016, you gave him $600 of agency money?

 4   A.   I believe the money went to the other informant.

 5   Q.   All right.  So you had two informants in an automobile

 6   that was your agency's automobile; correct?

 7   A.   Yes, sir.

 8   Q.   There was a female in the passenger seat.

 9   A.   Yes.

10   Q.   And she was one of your -- she had signed one of those

11   contracts, too?

12   A.   Correct.

13   Q.   She was a convicted felon; correct?

14   A.   I don't know what her -- I wasn't her handler.  I couldn't

15   tell you what her -- her record was.

16   Q.   All right.  She was on the payroll for -- or being paid

17   something for her work?

18   A.   Yes.

19   Q.   But you don't know her criminal record.

20   A.   I -- I truthfully couldn't tell you, no.  I'm sorry.

21   Q.   All right.  But, in any event, we don't even need to know

22   her name.  She was CI Number 1; right?

23   A.   In the case, you mean, yes.  She had a different number,

24   yes.  But I believe she was CI-1.

25   Q.   Right.  And she rode in the passenger seat, and you think
```

1  you handed $600 to her?

2  **A.**   I don't think I gave -- I personally didn't give her

3  anything.   I think she was the one that was given the money

4  that ATF provided, yes.

5  **Q.**   All right.   You testified about what happened on

6  March 10th, 2016.   Were you there?

7  **A.**   Yes.

8  **Q.**   All right.   And William Banks got behind the wheel of the

9  vehicle; correct?

10  **A.**   Yes.   He was driving, yes.

11  **Q.**   And it was out -- the vehicle was outfitted with a camera,

12  or was Mr. Banks wearing the camera?

13  **A.**   The vehicle was outfitted with a camera.

14  **Q.**   All right.   And he was to contact or have contact with

15  Jamal Lockley for a drug transaction; correct?

16  **A.**   I believe, if I recall correctly, they spoke the night

17  before and then spoke again on the 10th.

18  **Q.**   All right.   And so you sent or your group or your agency

19  sent Mr. Banks off driving the vehicle with the other

20  confidential informant in the passenger seat.   She had $600.

21  And he was the driver, and he was to drive over and meet with

22  Mr. Lockley.

23  **A.**   Correct.   I believe the night before or that morning,

24  Mr. Banks and Mr. Lockley had settled on a place to meet.

25  **Q.**   You didn't go with him?

1  **A.**   No, I did not, no.

2  **Q.**   And you can't have him under surveillance when he met with

3  Mr. Lockley?

4  **A.**   Yes, he was; but not by me.  My job that day was part

5  of -- it's what's called a react team.  It's me and three other

6  guys, and we are basically the safety element.

7      So if there's an issue or if there's a reason to rescue

8  anybody, we're the rescue team.  But because we're four guys

9  outfitted with tactical gear and guns, we don't sit near the

10  deal.

11  **Q.**   So you didn't observe any exchange between Mr. Lockley and

12  Mr. Banks?

13  **A.**   Not personally, no.

14  **Q.**   And at -- whatever happened over -- and that all happened

15  at Elsinore and Clifton Avenue; right?

16  **A.**   Yes, I believe so.

17  **Q.**   All right.  Now, when Mr. William Banks was out of view,

18  out of your view, whatever happened there happened; and then he

19  came back, as I understand it, drove back to wherever you had

20  outfitted him?

21  **A.**   Well, so the way that we cover our deals is, as I said,

22  myself or the react component, whatever -- whoever makes it up

23  sits kind of away from the deal so we don't get caught.

24      We will always have somebody who can see the deal because

25  if the transmitting equipment fails, then we have no idea

1   what's going on.

2       So even though we wouldn't be able to hear, we still have

3   to have somebody that can see the deal so that they can tell

4   the rest of us there's a problem:  There's a robbery.  He's

5   lost.  I don't know where he is.

6       We'll always have a backup besides the transmitting

7   device, because sometimes they do fail.

8   **Q.**  All right.  But you didn't see what happened there?

9   **A.**  No.  I watched the video after, but I didn't see it live

10  time, no.

11  **Q.**  You watched the video.  And if there was an exchange with

12  Mr. Lockley, it happened at the driver's side window; correct?

13  **A.**  I don't recall.  I'd have to see the video again for sure,

14  but I don't recall.  I'm sorry.

15  **Q.**  The video is in evidence, so we know what it shows.

16      When Mr. William Banks returned your vehicle to whatever

17  checkpoint it was that you set him up, he didn't have any money

18  with him?

19  **A.**  No.

20  **Q.**  And neither did CI Number 1, the lady.

21  **A.**  The female, yes.

22  **Q.**  And one of them, either Mr. Banks or the lady, handed over

23  14 grams of crack cocaine, correct, or cocaine base?

24  **A.**  Yes, I believe so.

25  **Q.**  All right.  And it was only -- only later that you found

1    out that William Banks had a real credibility problem.

2    **A.**    That probably was August of that year.   Yes.

3    **Q.**    August of 2016, you found out that he had lied to

4    law enforcement about who shot Samartine Hill on October 15th,

5    2012; correct?

6    **A.**    Correct, yes.

7    **Q.**    He had told you that someone else did it --

8    **A.**    That's correct.

9    **Q.**    -- and he implicated that person as the shooter when, in

10   reality, he was the person on video standing over the man's

11   body and firing bullets into him.

12   **A.**    Correct.   Yes.

13   **Q.**    And as a result of that, your agency had to terminate him

14   as a reliable confidential informant; correct?

15   **A.**    Correct.

16            **MR. TRAINOR:**   No further questions.

17            **THE COURT:**   Okay.   Mr. Hazlehurst.

18            **MR. HAZLEHURST:**   Thank you, Your Honor.

19                         CROSS-EXAMINATION

20   **BY MR. HAZLEHURST:**

21   **Q.**    Back again, huh?

22   **A.**    Sir.

23   **Q.**    Good afternoon.

24            You were asked by Government counsel about cell phones

25   that were obtained from Shakeen Davis after his arrest on

1    February 24th, 2017; correct?

2    **A.**   Correct.

3    **Q.**   And there were four cell phones; correct?

4    **A.**   I believe so, yes.

5    **Q.**   Okay.  And you were asked whether search warrants were

6    obtained for those cell phones.

7         And they were, weren't they?

8    **A.**   Yes.

9    **Q.**   And those cell phones were all examined; correct?

10   **A.**   Yes.

11   **Q.**   And excerpts were prepared from those cell phones;

12   correct?

13   **A.**   Correct.

14   **Q.**   Now, you didn't prepare those excerpts, I assume?

15   **A.**   I did not.

16   **Q.**   But you -- clearly, you have testified today in regard to

17   at least one cell phone extract, which was labeled

18   Government's Exhibit CELL-3; correct?

19   **A.**   Yes.

20   **Q.**   And you reviewed that excerpt.

21   **A.**   Not the -- not in its entirety, no, but portions of it,

22   yes.

23   **Q.**   Well, you were directed during examination by Government

24   counsel to certain text messages; correct?

25   **A.**   Yes.

1   Q.   And you were asked, basically, to refer to what was in

2   those text messages; right?

3   A.   Yes, sir.

4   Q.   Okay.  Now, again, you're a case agent for this case, at

5   least a co-case agent; correct?

6   A.   Correct.

7   Q.   You're familiar with the evidence in this case.

8   A.   Yes.

9   Q.   And you are also familiar with how cell phone excerpts are

10  prepared; correct?

11  A.   Yes.

12  Q.   Okay.  And, essentially, the person who prepares the

13  excerpt is seeking evidence that is pertinent to this case;

14  correct?

15  A.   Yes.

16  Q.   Okay.  All right.  And if there is something they believe

17  is a pertinent call related to this case, they're not going to

18  admit it, are they?

19  A.   One wouldn't think so, no.

20  Q.   Again, you said you haven't reviewed this excerpt in full,

21  but there are text messages basically for essentially nine

22  pages of the exhibit; correct?

23  A.   Yeah.  I believe I misspoke.  I was implying that I hadn't

24  reviewed the entire extract --

25  Q.   Excerpt.

MOORE - CROSS

1    A.    -- yes.  The excerpt I reviewed in full, yes, I'm sorry.

2    Q.    So let me make sure I've got my terms correct.

3          So there's an extract that is prepared --

4    A.    Yes.

5    Q.    -- on the cell phone?

6    A.    Yes.

7    Q.    And from that extract, there is an excerpt that is

8    prepared; correct?

9    A.    You got it.

10   Q.    And the excerpt is the thing that focuses or limits the

11   calls to those that you all believe are pertinent to this case;

12   correct?

13   A.    Correct.

14   Q.    And you, again, have reviewed the excerpt in its entirety?

15   A.    Yes.

16   Q.    Okay.  It would be fair to say that you've looked at all

17   the telephone numbers that were related to those text messages;

18   correct?

19   A.    Yes.

20   Q.    Okay.  And none of those telephone numbers were associated

21   with anybody who's sitting here at defendants' table; correct?

22   A.    That's correct.

23   Q.    Okay.  And none of those cell phone numbers, as far as you

24   could tell, were associated with anybody who was ever charged

25   in this case; correct?

```
 1   A.   Not that I could tell, no.

 2   Q.   Okay.  Now, you were also asked about whether you had ever

 3   heard jail calls pertaining to the hiding of guns; correct?

 4   A.   Yes.

 5   Q.   Okay.  And you were directed to a call, Call J-6; correct?

 6   A.   Uh-huh.

 7   Q.   All right.  And you responded in the affirmative that, in

 8   fact, you had listened to jail calls that involved the hiding

 9   of weapons; correct?

10   A.   Correct.

11   Q.   Okay.  And the call J-6 was on August 28th, 2014; correct?

12   A.   Yes.

13   Q.   And it involved Sydni Frazier and Shakeen Davis; correct?

14   A.   Correct.

15   Q.   Okay.  And you identified their voices.

16   A.   Yes.

17   Q.   And in particular, you identified a passage, when directed

18   by Government counsel -- and tell me if I -- you see where it's

19   been highlighted here.

20   A.   Yep.

21   Q.   And can you see that on your screen and read it?

22   A.   Yep.

23   Q.   Okay.  And you referred to that passage or were referred

24   to that passage, and you said that was a passage that basically

25   involved a conversation about the hiding of guns; correct?
```

1   **A.**   Correct.

2   **Q.**   Okay.  And, in essence, if I -- and correct me if I'm

3   wrong.  It says [reading]:  And I put two of them bitches up

4   there and can't even go up there and get my shit 'cause I don't

5   know if they are still over there, man.

6      Correct?

7   **A.**   Correct.

8   **Q.**   And that is the particular phrase or the particular

9   sentence that you're referring to when you said it involved the

10   hiding of weapons; correct?

11   **A.**   Correct.

12   **Q.**   Okay.  So this conversation does not give a geographic

13   location for where they're talking about, does it?

14   **A.**   No.

15   **Q.**   Okay.  Doesn't identify a particular address?

16   **A.**   No.

17   **Q.**   Doesn't identify a particular street?

18   **A.**   No.

19   **Q.**   Okay.  Doesn't identify even a particular neighborhood,

20   does it?

21   **A.**   Well, no.

22   **Q.**   Okay.  But you're making an assumption here; correct?

23   **A.**   I'm making an assumption based off of the whole length of

24   jail calls that I listened to previous in which Shakeen Davis

25   is always -- or not always, frequently in the 5200 block of

 1   Windsor Mill Road where there are, in fact, woods where guys

 2   would stash guns and drugs.

 3   **Q.**   Okay.  So you're assuming here that they're referring to

 4   the 5200 block of Windsor Mill Road; correct?

 5   **A.**   Correct.

 6   **Q.**   Okay.  Now, again, this is August 28th of --

 7   **A.**   2014.

 8   **Q.**   -- 2014.

 9        Thank you.  I appreciate that.

10        And you didn't recover any firearms in any woods at the

11   5200 block of Windsor Mill Road around August 28th, 2014, did

12   you?

13   **A.**   No, sir.

14   **Q.**   And you're not aware of anybody else who recovered

15   firearms in that area around August 28th, 2014, are you?

16   **A.**   I have not checked, but -- so, no, I am not.

17   **Q.**   And certainly nothing that was associated with

18   Shakeen Davis; correct?

19   **A.**   Not to my knowledge, no.

20   **Q.**   Okay.  So, again, it's an assumption; right?

21   **A.**   Correct.

22        **MR. HAZLEHURST:**  No further questions, Your Honor.

23        **THE COURT:**  Thank you.

24        Any redirect?

25        **MS. HOFFMAN:**  No redirect.  Thank you.

1           **THE COURT:**  Okay.  Thank you.  You can step down,

2   Special Agent.

3           **THE WITNESS:**  Thank you, ma'am.

4       (Witness excused.)

5           **THE COURT:**  Ms. Perry.

6           **MS. PERRY:**  Your Honor, at this time the Government

7   would re-call Special Agent Christian Aanonsen.

8           **THE CLERK:**  Agent, you're still under oath.

9           **THE WITNESS:**  Yes, ma'am.

10         SPECIAL AGENT CHRISTIAN AANONSEN, GOVERNMENT'S WITNESS,

11  PREVIOUSLY SWORN.

12                       DIRECT EXAMINATION

13  **BY MS. PERRY:**

14  **Q.**   Good afternoon.

15  **A.**   Good afternoon.

16  **Q.**   I want to direct your attention to late September of 2017.

17         As the case agent in this case, were you made aware of a

18  situation that arose at the Northern Neck Regional Jail?

19  **A.**   Yes.

20  **Q.**   I want to show you, first, what has already come into

21  evidence as Government's Exhibit GP-16-A.

22         Can you just read this portion for us (indicating).

23  **A.**   [Reading]:  Also, I need you to send a letter to Hollywood

24  and give him this address:  2609 Fairview Avenue, Apartment D.

25  Tell Hollywood give this address to Crazy.  Tell him to tell

1  Crazy to Pop, underline, a bottle of champagne for me.

2  **Q.**   Now, Agent Aanonsen, was there a subject of your

3  investigation who went by the name Hollywood?

4  **A.**   Yes; Kevin Forrest.

5  **Q.**   I'm going to show you Government's Exhibit IND-30.

6      Do you recognize this person?

7  **A.**   Yes.  That's Kevin Forrest, a/k/a Hollywood.

8  **Q.**   And based on your investigation, did you uncover

9  connections between Mr. Forrest and Mr. Dante Bailey?

10  **A.**   Yes.

11  **Q.**   I'm going to show you Government's Exhibit IC-43.

12      Can you tell us who we're looking at here.

13  **A.**   On the left is Kevin Forrest.  In the center is

14  Dante Bailey.

15  **Q.**   Now, was there a subject of your investigation who went by

16  the name of Crazy?

17  **A.**   Yes.

18  **Q.**   Who was that?

19  **A.**   Malik Thompson.

20  **Q.**   I'm going to show you Government's Exhibit IND-90.

21      Who are we looking at here?

22  **A.**   Malik Thompson, a/k/a Crazy.

23  **Q.**   And was there a subject of your investigation who went by

24  the name of Champagne?

25  **A.**   Yes.

1   **Q.**   Who was that?

2   **A.**   Jay Greer.

3   **Q.**   I'm going to show you Government's Exhibit IND-39.

4        Who is this?

5   **A.**   That's Jay Greer, a/k/a Champagne.

6   **Q.**   And, finally, I want to talk about the address

7   2609 Fairview Avenue, Apartment D.  Did this address have any

8   significance in your investigation?

9   **A.**   It was the residence of Jay Greer.

10  **Q.**   How did you know it was Mr. Greer's residence?

11  **A.**   'Cause we executed a search warrant there.

12  **Q.**   Now, Agent Aanonsen, after learning about

13  Government's Exhibit GP-16-A, what did you do?

14  **A.**   We took immediate action to relocate Jay Greer.

15  **Q.**   What else did you do?

16  **A.**   We applied for a search warrant for Kevin Forrest's

17  residence.

18  **Q.**   So I want to now direct your attention to October 2nd of

19  2017.

20        What, if anything, happened on that day?

21  **A.**   We executed a search warrant at Kevin Forrest's residence.

22  **Q.**   And where was the search warrant executed?

23  **A.**   2903 West Lanvale Street, Baltimore, Maryland.

24  **Q.**   At what time was the warrant executed?

25  **A.**   Approximately 7:15 p.m.

1  **Q.**   And when you arrived at that residence on that particular

2  day, how did you first attempt to make entry?

3  **A.**   We first attempt by conducted a knock-and-announce.  It's

4  where we knock on the door several times very hard and announce

5  the presence of police.

6  **Q.**   And did someone answer the door?

7  **A.**   Nobody came to the door.

8  **Q.**   Did you ultimately enter?

9  **A.**   Yes, we did.

10  **Q.**   How?

11  **A.**   We used force to enter the residence.

12  **Q.**   And when you knocked on the door, did you expect that

13  there would be an answer?

14  **A.**   We did, because we had been -- we had a pre-raid

15  surveillance team out that had observed Mr. Forrest enter the

16  residence only minutes prior to our arrival.

17  **Q.**   So after you forced entry, did you ultimately enter the

18  residence?

19  **A.**   Yes.

20  **Q.**   And when you entered, did you encounter anyone inside?

21  **A.**   Yes; but not immediately.  We -- there was a stairwell

22  immediately entering the front door, then a main area.  We held

23  off on the stairwell and swept the main area of the floor.  We

24  were not able to locate anybody.

25       We made our presence known.  We kept yelling, "Police.

1  Come out.  Come out.  Police," with no response.  We walked to

2  the top of the steps.  That's where we encountered Mr. Forrest

3  in the threshold of the master bedroom doorway holding a

4  cell phone.

5  **Q.**   And when you encountered Mr. Forrest in that area, what

6  happened?

7  **A.**   We began shouting commands at him to get on the ground.

8       "Show us your hands.  Get on the ground."

9       And he continued to ignore our commands.

10  **Q.**   What happened next?

11  **A.**   Eventually, he finally did discard the cell phone and got

12  on the ground, and then we placed him in handcuffs.

13  **Q.**   And I want to come back to the cell phone -- I will come

14  back to the cell phone in a little bit.

15       But did someone recover the cell phone?

16  **A.**   Yes.

17  **Q.**   And did you observe the cell phone at that time?

18  **A.**   Yes.

19  **Q.**   Can you describe what was on the phone.

20  **A.**   When I looked over at the cell phone that was on the

21  ground, it was an active video stream of the surveillance

22  footage inside and outside of 2903 West Lanvale.

23  **Q.**   Now, ultimately, Agent Aanonsen, did you search the house?

24  **A.**   Yes.

25  **Q.**   Can you tell us what was recovered.

1   **A.**   Recovered three firearms, over 350 rounds of ammunition, a

2   bulletproof vest, five cell phones, two extended magazines, and

3   jail letters from Northern Neck Regional Jail.

4   **Q.**   Were there also vehicles at the location?

5   **A.**   Yes.   There's a silver 2008 Maserati and a red 2014

6   Silverado.

7   **Q.**   Was there anything unusual or that caught your attention

8   about either vehicle?

9   **A.**   Yes.   Later in the process, a K9 scan was connected --

10   conducted on both vehicles, indicated positive.   We then

11   conducted a search.   And inside the red 2014 Silverado, we

12   located two police scanners, actively receiving police

13   transmissions.

14   **Q.**   Ultimately, were photos taken of the items that were

15   recovered?

16   **A.**   There were.

17   **Q.**   So I want to start by showing you

18   Government's Exhibit SW-11-A.

19       First, can you tell us what we're looking at here.

20   **A.**   That is the front, main entrance to

21   2903 West Lanvale Street.

22   **Q.**   Turning to SW-11-B.

23       Can you tell us what we're looking at here.

24   **A.**   That's the upstairs rear bedroom.

25   **Q.**   And now SW-11-C.

1           What are we looking at here?

2   **A.**   That's the interior shot of that prior -- on the wall is

3   the live video stream of all the surveillance videos -- or

4   cameras.

5   **Q.**   Turning to SW-11-D.

6           What are we looking at here?

7   **A.**   This was one of the items we located.  It was in the

8   upstairs main closet.  It was over $15,000 in multiple

9   denominations of U.S. currency in a shoe.

10  **Q.**   Turning to SW-11-E.

11          Can you tell me what we're looking at here.

12  **A.**   This is a bulletproof vest we recovered.

13  **Q.**   SW-11-G.

14          What are we looking at here?

15  **A.**   Two firearms boxes located behind the mattress near the

16  headboard of the master bedroom.

17  **Q.**   SW-11-H.

18          What are we looking at here?

19  **A.**   Open shot of one of the boxes with a Glock .40-caliber

20  pistol and two extended magazines.

21  **Q.**   SW-11-I.

22  **A.**   That was the other firearm box located at the head of the

23  bed, one magazine.

24  **Q.**   SW-11-J.

25  **A.**   Firearm was recovered from under the bed.  It's a

1    Springfield XD9.

2   **Q.**   SW-11-K.

3          What are we looking at here?

4   **A.**   Numerous rounds of ammunition.

5   **Q.**   And were these recovered from inside of the location?

6   **A.**   Yes.

7   **Q.**   And SW-11-L.

8   **A.**   Same shot, just pulled some of the rounds out.

9   **Q.**   Turning to SW-11-O, what are we looking at here?

10  **A.**   This was a bag located in the upstairs main closet that

11  contained an Aero Precision AR-style pistol, multiple rounds of

12  ammunition.

13  **Q.**   SW-11-P.

14  **A.**   That's the contents of that bag just laid out for a

15  picture.

16  **Q.**   SW-11-Q.

17  **A.**   This is one of the computers we ended up seizing.

18  **Q.**   SW-11-R.

19  **A.**   A digital scale.

20  **Q.**   SW-11-S.

21  **A.**   2008 Maserati parked out front.

22  **Q.**   SW-11-T.

23  **A.**   2014 red Silverado.

24  **Q.**   And was that the other vehicle at the location?

25  **A.**   That's correct.

1    Q.   And turning now to SW-11-W.

2         Can you tell us what we're looking at here.

3    A.   That's Mr. Forrest.  We ultimately made the decision not

4    to seize the currency at the residence.  So you can see here

5    one of the officers is actually counting the money out in front

6    of him, and we provided him a receipt.

7    Q.   Turning now to SW-11-M, can you tell us what we're looking

8    at here.

9    A.   This is one of the walls in the bedroom with several

10   photos on it.

11   Q.   And SW-11-N.

12        What are we looking at here?

13   A.   Same thing.  These were photos on the wall in the bedroom.

14   Q.   And were you able to identify the people in some of these

15   photos?

16   A.   Yes.  I had seen some of these photos before.

17   Q.   Had you seen some of the photos in other parts of your

18   investigation?

19   A.   Yes.

20   Q.   I'm going to turn your attention now to

21   Government's Exhibit IC-46.

22        What are we looking at here?

23   A.   This is a photograph recovered from Dante Bailey's

24   iCloud account.

25   Q.   And is this one of the photos that we saw on the wall of

1   Mr. Forrest's house?

2   **A.**   Yes.

3   **Q.**   Now, finally I want to turn your attention to SW-11-X.

4       Can you tell me what we're looking at here.

5   **A.**   This was just an overall shot of the firearms and

6   ammunition recovered from the residence.

7   **Q.**   Now, I believe that you told us earlier that there was

8   some paperwork that was recovered.

9   **A.**   That's correct.

10  **Q.**   So I want to show you Government's Exhibit SW-11-U.

11      What are we looking at here?

12  **A.**   These are multiple documents that I recovered addressed to

13  Mr. Forrest at 2903 West Lanvale.

14  **Q.**   And, finally, SW-11-V.

15  **A.**   These are two particular documents recovered.  One is a --

16  well, they're both from Northern Neck Regional Jail, both

17  addressed to Mr. Kevin Forrest at 2903 West Lanvale.  The

18  bottom envelope is marked "D. Bailey."  And the top envelope is

19  marked "Tara Whyte."

20  **Q.**   Now, I'm going to walk up to you

21  Government's Exhibit GP-17.

22      (Handing.)

23      Can you tell me what Government's Exhibit GP-17 is.

24  **A.**   It's one of the envelopes in the picture from Tara Whyte

25  with the note inside.

1   **Q.**   And looking back at Government's Exhibit SW-11-V, is this

2   the envelope that's on the top of the two envelopes on the

3   screen?

4   **A.**   That's correct.

5   **Q.**   And is the contents of that envelope the yellow letter

6   that you -- that we see in Government's Exhibit SW-11-V?

7   **A.**   That's correct.

8   **Q.**   Now, I'm going to turn to Government's Exhibit GP-17-A.

9        Can you tell me what we're looking at here.

10  **A.**   Photocopy of the same envelope.

11  **Q.**   And looking, first, at the envelope on Page 1 of GP-17-A,

12  can you tell me what the postmark is.

13  **A.**   September 27th, 2017.

14  **Q.**   And when is that in relation to when the search warrant

15  was executed?

16  **A.**   Five days prior.

17  **Q.**   Turning to Page 2 of Government's Exhibit GP-17-A, can you

18  tell me what we're looking at here.

19  **A.**   This is a photocopy of the contents of that envelope.

20  **Q.**   Now, can you read the letter for us.

21  **A.**   Sure.  May I read from the actual letter?

22  **Q.**   Yes.

23  **A.**   It says [reading]:  Hollywood, how are you?  My name is

24  Tara.  I'm Gutta's friend.  I was told to give you this

25  address:  2609 Fairview Avenue, Apartment D.  Give this address

1  to Crazy and tell him to pop a bottle of champagne for him.

2  **Q.**  Now, Agent Aanonsen, you described a cell phone earlier

3  that was in Mr. Forrest's possession when you entered the

4  residence.

5     Was the cell phone seized?

6  **A.**  Yes.

7  **Q.**  And while it was being processed, what happened with the

8  phone?

9  **A.**  It continued to receive phone calls, text messages,

10  alerts.

11  **Q.**  And were any of them significant in your investigation?

12  **A.**  Yes.

13  **Q.**  Can you explain.

14  **A.**  During the processing of evidence, the phone received a

15  missed call from a Crazy Homie.

16  **Q.**  I'm going to show you Government's Exhibit SW-11-Y.

17     Can you tell me what we're looking at here.

18  **A.**  A screenshot of what I just described with a missed call

19  30 minutes prior from Crazy Homie.

20  **Q.**  Can you just tell us what the date is on this particular

21  screenshot.

22  **A.**  October 2nd, 2017.

23  **Q.**  And is there an indication about what time or how long ago

24  the missed call was?

25  **A.**  It would have been around 8:35 p.m.

1  Q.   Now, you told us earlier that Crazy was a subject of your

2  investigation.

3       Can you remind us who went by the name of Crazy.

4  A.   Malik Thompson.

5  Q.   And based on your investigation, did you uncover

6  connections between Mr. Thompson and Mr. Bailey?

7  A.   Yes.

8  Q.   I'm going to first show you Government's Exhibit SM-6,

9  which has come in as an Instagram account belonging to

10 Mr. Bailey.  And I'm going to turn to Page 78.

11      Can you tell us who's depicted in this photograph.

12 A.   Yes.  The individual in the center is Dante Bailey.  The

13 individual to his left is Malik Thompson (indicating).

14 Q.   And can you just read this last part of the text above the

15 photograph.

16 A.   "Free Crazy."

17 Q.   Now, I want to turn your attention to Government's

18 Exhibit IC-67, which is from the iCloud account of Mr. Bailey.

19      Can you tell us who we're looking at here.

20 A.   It's Malik Thompson, a/k/a Crazy.

21 Q.   Now, I'm going to show you on the right side of the screen

22 another photograph from the Instagram account of Mr. Bailey --

23 I mean from the iCloud account of Mr. Bailey.  This is IC-66.

24      Can you tell us what we're looking at on the right side of

25 the screen.

1  A.   Black semi-automatic handgun with an extended magazine.

2  Q.   And on the left side of the screen in IC-67, can you tell

3  us what the individual you identified as Crazy is holding.

4  A.   Appears to be a black semi-automatic handgun with an

5  extended magazine.

6  Q.   Now, on the left side of the screen, I'm going to show you

7  Government's Exhibit IC-65.

8       Can you tell us who we're looking at here on the left side

9  of the screen.

10 A.   Individual in the center is Dante Bailey.

11 Q.   And can you describe what Mr. Bailey is wearing on the

12 left side of the screen.

13 A.   A light- and medium-red tie-dye T-shirt with a pair of

14 Capris that are bleach-washed in the front with red marks.

15 Q.   And can you tell us what the person in the right in IC-66

16 is wearing.

17 A.   Remarkably similar outfit with bleach marks in the front

18 of a pair of jean-material pants and a light-/medium-red

19 tie-dye shirt.

20 Q.   Now, Agent Aanonsen, after the missed call from

21 Crazy Homie was identified, was that same cell phone of

22 Mr. Forrest's searched pursuant to a search warrant?

23 A.   Yes.

24 Q.   I'm going to put up Government's Exhibit SW-11-V one more

25 time.

1    And can you again tell us the date this letter was

2  postmarked.

3  A.   September 27th, 2017.

4  Q.   And were there any messages in the cell phone that you

5  searched that were relevant to your investigation around this

6  time?

7  A.   Yes.

8  Q.   So I'm going to show you Government's Exhibit SW-11-Z.

9    Can you tell us what we're looking at here.

10  A.   This is a message received September 29th, 2017, from a

11  individual saved in the phone as Senba.  It's a screenshot of

12  Cabela's ad for a Springfield Armory XD Mod.2 subcompact

13  handgun.

14  Q.   And, again, what was the date on this particular message?

15  A.   September 29th, 2017.

16  Q.   And how long after that letter was postmarked that we were

17  just talking about?

18  A.   Two days since it was postmarked.

19  Q.   And is there a response from Mr. Forrest's phone to this

20  particular text?

21  A.   Yes.  It says [reading]:  Okay.  I want that.  I see you

22  later.

23  Q.   And was a Springfield Armory XD handgun recovered from

24  Mr. Forrest's residence?

25  A.   Yes.

1   Q.   So on the right side of the screen, I'm going to put up

2   Government's Exhibit -- well, actually, I'm going to walk up to

3   you Government's Exhibit F-29 (handing).

4        Do you recognize Government's Exhibit F-29?

5   A.   Yes.  It was a firearm recovered from the residence.

6   Q.   And can you tell us what kind of firearm it is.

7   A.   Springfield Armory XD subcompact handgun.

8   Q.   So I'm going to put up Government's Exhibit F-29-A.

9        Can you tell us what we're looking at here on the right

10  side of the screen.

11  A.   That's a photograph of this same firearm in its location

12  from the search warrant.

13          MS. PERRY:  Thank you, Agent Aanonsen.

14          I don't have any further questions.

15          THE WITNESS:  Thank you.

16          THE COURT:  Ms. Whalen.

17          MS. WHALEN:  Thank you.

18                        CROSS-EXAMINATION

19  BY MS. WHALEN:

20  Q.   Hello again, Agent Aanonsen.

21  A.   Hello.

22  Q.   The gun with the extended magazine that we saw pictures

23  of --

24  A.   Yes.

25  Q.   -- that was not recovered in the course of your

1  investigation?

2  **A.**   It was not.

3  **Q.**   And just like, you know, all the other social media with

4  guns, the rap videos with guns, no way of telling whether

5  they're real or not real; is that correct?

6  **A.**   I couldn't tell you from a picture.

7  **Q.**   All right.  Now, you showed us what is

8  Search Warrant 11-V, the photograph of -- oh, there we go.

9       Thank you.

10      The photograph of some letters that were recovered at

11  Mr. Forrest's house; is that right?

12  **A.**   That's right.

13  **Q.**   Okay.  The top one was the one you read us from

14  Tara Whyte; right?

15  **A.**   That's correct.

16  **Q.**   And the bottom one is one from Mr. Bailey (indicating);

17  correct?

18  **A.**   That's correct.

19  **Q.**   And the bottom one was dated September 17th of 2017;

20  correct?

21  **A.**   I don't recall.  I think the actual envelope has the

22  postmark on it.  Maybe not.  It looks like it's fold down here,

23  but . . .

24          **MS. WHALEN:**  May I approach, Your Honor?

25          **THE COURT:**  Yes.

1    **BY MS. WHALEN:**

2    **Q.**    Let me show you what's been marked as

3    Defendant's Exhibit Number 10 for identification only.

4         Does this appear to be a copy of the Dante Bailey letter

5    (handing)?

6              **MS. PERRY:**  Objection, Your Honor.

7              May we approach?

8              **THE COURT:**  Okay.

9         (Bench conference on the record:

10             **MS. PERRY:**  I apologize.  I don't know where

11   Ms. Whalen is going with this.  I do object to this letter

12   coming into evidence.  I don't think it's admissible.

13             **MS. WHALEN:**  I said "ID only."

14             **THE COURT:**  I'm sorry.  What?

15             **MS. WHALEN:**  "ID only" is what I said.

16             **MS. PERRY:**  Well --

17             **THE COURT:**  ID only.

18             **MS. PERRY:**  I don't think questions about the contents

19   of the letter are admissible.  They were coming in as

20   statements of co-conspirators in furtherance of the conspiracy

21   in response to introducing the letter, subject to the

22   redactions that Ms. Whalen wanted.  So I would object to the

23   reading of any portion of this letter.

24             **THE COURT:**  Are you going any further than the

25   postmark on the letter?

1           MS. WHALEN:  The post -- the date of the letter and

2    the absence of the person Champagne in the content of the

3    letter, that there's no reference of Champagne in the letter

4    from Mr. Bailey.

5           THE COURT:  Okay.  Which is ten days earlier, that

6    there's no reference to Champagne.

7           MS. WHALEN:  Right.

8           MS. PERRY:  I still don't think that's particularly

9    admissible.  I'm not sure that I -- that it's --

10          THE COURT:  I think under the circumstances, for

11   whatever it's worth, it's ten days earlier; there's a letter

12   from Mr. Bailey that doesn't --

13          MS. WHALEN:  Doesn't say anything about Champagne.

14          THE COURT:  -- doesn't say anything about Champagne.

15   You have one on September 27th, at best.)

16      (Bench conference concluded.)

17   BY MS. WHALEN:

18   Q.   I'm showing you Defendant's Exhibit 10.  Can you indicate

19   what the date was on that letter from Dante Bailey.

20   A.   September 17th, 2017.

21   Q.   All right.  And to your knowledge, it was sent from

22   Northern Neck Regional Jail?

23   A.   Yeah.  The envelope on the back was stamped with a stamp

24   from Northern Neck.

25   Q.   And the content of that letter, I'm not asking you to read

1   it to us.  But I'm asking you to take a look at it and let us

2   know whether he mentions Champagne in any way in the letter.

3   **A.**   Sure.

4        (Reviews document.)

5        He does not appear to mention Champagne in this letter.

6   **Q.**   Thank you.

7        Now, Champagne is, you indicated, Jay Greer; correct?

8   **A.**   That was his nickname.

9   **Q.**   Okay.  And I'm going to show you what's Jail Call 33-T,

10   the transcript of it, which is on Page 109.

11        And this call, do you need to look at the front to refresh

12   your recollection?

13   **A.**   Are you just going to show me the transcript?

14   **Q.**   Yes.

15   **A.**   Sure.

16   **Q.**   Okay.  So do you see jail call transcript Dante Bailey,

17   Tiffany Bailey, September 27th, 2015?

18   **A.**   Yes.

19   **Q.**   I'm going to ask you to take a look at the transcript.

20        And do you recall this call?

21   **A.**   Yes.

22   **Q.**   Okay.  And Ms. -- the unknown person on the call is saying

23   [reading]:  What's up with Champagne?

24        Right?

25   **A.**   Yes.

1   **Q.**   And Mr. Bailey is saying [reading]:  He's stressin'.  We

2   went on lockup.

3       Right?

4           **MS. PERRY:**  Objection, Your Honor.

5           May we approach again?

6           **THE COURT:**  Okay.

7       (Bench conference on the record:

8           **MS. PERRY:**  I don't believe this call was ever played.

9           **MS. WHALEN:**  Well, then I'll mark it as a defense

10  exhibit.  I think -- it's in the collection of jail calls that

11  you've moved into evidence.

12          **THE COURT:**  Authenticated or what --

13          **MS. PERRY:**  I think that that's right.

14          **MS. HOFFMAN:**  They're all marked.  This call's never

15  been played.  So I think it might be a little confusing to the

16  jury.  They've never heard this call.  And the transcripts, of

17  course, are not evidence.

18          **MS. PERRY:**  I mean, I think the call is admissible.  I

19  think it's being referenced as though it has been played and

20  he's heard it.

21          **THE COURT:**  Do you just want to clarify that it has

22  not been played before.

23          **MS. WHALEN:**  Okay.  That's fine.

24          **THE COURT:**  Okay.)

25      (Bench conference concluded.)

1   **BY MS. WHALEN:**

2   **Q.**   Agent, this call that I'm talking to you about, J-33-T, do

3   you have a recollection as to whether that has been played in

4   the courtroom?

5   **A.**   I mean, not specifically.  There was a ton played.

6   **Q.**   Sure.  All right.  But you are familiar with the call;

7   correct?

8   **A.**   Yes.

9   **Q.**   Okay.  And just -- we were going over -- and so I'll mark

10   this as Defendant's 14.

11            **THE CLERK:**   12.

12            **MS. WHALEN:**   Oh, 12.  Boy, I'm jumping.  Thank you.

13   **BY MS. WHALEN:**

14   **Q.**   They're talking about Champagne (indicating); right?

15   **A.**   It appears.

16   **Q.**   Okay.  And Mr. Bailey is telling someone down here

17   [reading]:  I mean, you know, how we get down.  I mean, you

18   know, how I get down.  And, you know, he wanna be my son

19   anyway.

20      Right?

21   **A.**   Yes, that's what it says.

22   **Q.**   Now, Jay Greer was arrested in connection with this

23   investigation; is that correct?

24   **A.**   That's correct.

25   **Q.**   Approximately when was he arrested?

1  **A.**   September 27th, 2016.

2  **Q.**   Was that after the search of his apartment that you

3  mentioned on Fairview?

4  **A.**   Yes.

5  **Q.**   All right.  And obviously -- well, maybe not obviously,

6  but from this call that we were just kind of going over, at

7  some point it looks like Mr. Greer and Mr. Bailey were

8  incarcerated together; would you agree?

9  **A.**   Yeah.  Wasn't the date on that call 2015?

10 **Q.**   It was.

11 **A.**   Yeah.

12 **Q.**   Okay.  Now, the -- when you as part of the Government

13 enter into an agreement with an individual that they will

14 cooperate with you, when that happens, you take every step that

15 you can to make sure their name is not public; correct?

16 **A.**   I mean, in what regards?

17 **Q.**   Well, you don't -- you and/or the Government do not put,

18 for instance, Jay Greer's name in any kind of document that

19 would be accessible to his co-defendants to know that he cut a

20 deal with the Government; right?

21 **A.**   I mean, we do our best, but some of the information

22 provided by these people could be read into and interpreted on

23 who had said that.

24 **Q.**   Right.  But you do your best to make sure that no one

25 knows who cut a deal with the Government; right?

*AANONSEN - CROSS*

```
 1   A.    I mean, word gets around pretty good, but we do our best.

 2   Q.    All right.  But -- well, in fact, the Government doesn't

 3   even provide names of witnesses until one week before trial;

 4   correct?

 5   A.    Correct.

 6   Q.    And the Government doesn't give out witness statements

 7   from, for instance, Jay Greer until one week before trial;

 8   right?

 9   A.    I mean, in this case.

10   Q.    Yes.

11   A.    Yes.

12   Q.    That's what happened; right?

13   A.    Uh-huh.

14   Q.    So March 11th of 2019 was when the Government gave out

15   Jay Greer's name as a witness -- potential witness in the case;

16   right?

17   A.    Yes.  That was a week prior.  Correct.

18              MS. WHALEN:  Thank you, sir.  That's all I have.

19              THE COURT:  Anyone else?

20              MR. SARDELLI:  Just briefly, Your Honor.

21                        CROSS-EXAMINATION

22   BY MR. SARDELLI:

23   Q.    The Government showed a picture that included my client;

24   correct?

25   A.    Throughout the case?
```

1    **Q.**   No.  Just now.

2    **A.**   Yes.

3    **Q.**   Okay.  These guns, the one you testified about, they're

4    not my client's; correct?

5    **A.**   No.

6    **Q.**   None of the paperwork you talked about are not [sic] my

7    client's; correct?

8    **A.**   That's correct.

9              **MR. SARDELLI:**  No further questions, Your Honor.

10             **THE COURT:**  Anyone else?

11             **MR. TRAINOR:**  No questions.

12             **MR. HAZLEHURST:**  No questions on behalf of Mr. Davis,

13   Your Honor.

14             **THE COURT:**  All right.  Any redirect?

15             **MS. PERRY:**  Just very, very briefly, Your Honor.

16                        REDIRECT EXAMINATION

17   **BY MS. PERRY:**

18   **Q.**   Agent Aanonsen, the date of that transcript that you were

19   just shown, what was the date on that transcript -- or the

20   year?

21   **A.**   2015.

22   **Q.**   And what was the year that you executed the search warrant

23   on Mr. Forrest's house?

24   **A.**   Two years later, 2017.

25   **Q.**   And I believe you were asked a number of questions about

1    whether or not witnesses' names are disclosed.

2         Are there reasons that an individual might be suspected of

3    cooperating?

4              **MS. WHALEN:**  Objection, Your Honor.

5              **THE COURT:**  Overruled.

6              **THE WITNESS:**  Numerous.

7    BY MS. PERRY:

8    **Q.**   And were there reasons in this particular case specific to

9    Mr. Greer?

10   **A.**   Yes, there were.

11             **MS. WHALEN:**  Objection, Your Honor.

12             **MS. PERRY:**  Nothing further.

13             **THE COURT:**  Okay.  Anything else?

14        (No response.)

15             **THE COURT:**  Thank you, sir.  You can step back down.

16             Can I see counsel at the bench on the scheduling.

17        (Bench conference on the record:

18             **THE COURT:**  Obviously, we are not moving into the

19   defense case today.

20             But you are, subject to checking exhibits and so

21   forth, concluded?

22             **MS. HOFFMAN:**  Yes.

23             **MS. PERRY:**  Yes.

24             **THE COURT:**  Okay.  So I still think that I'll go ahead

25   and -- I'm going to excuse the jury.

1           And let's see.  Perhaps we can put motions on the

2    record now rather than waiting until Monday morning.

3           **MS. AMATO:**  When the jury is excused, can I run to the

4    restroom, please, Your Honor?

5           **THE COURT:**  Okay.  Well, let me excuse the jury, and

6    you can run to the restroom while they're going out.

7           **MS. AMATO:**  Sure.  That's fine.  Thank you.)

8        (Bench conference concluded.)

9           **THE COURT:**  All right.  Ladies and gentlemen, I do

10   believe that we've come to the close of the Government's case,

11   subject to them checking over exhibits and so forth, so we are

12   going to conclude for today.

13          I will not be asking you to come in tomorrow or

14   Friday.

15          I will be asking you to come back on Monday.

16          And if you could please come at 10 o'clock, the

17   Government's evidence is done, but the case is not over.

18          So please continue to keep an open mind.  Don't talk

19   about the case.  Leave your notes here.

20          As I indicated yesterday, I do think that we will at

21   some point next week conclude the case.  That's the best I can

22   tell you.

23          But, again, please come back Monday morning at

24   10 o'clock.  And thank you very much.

25        (Jury excused at 5:09 p.m.)

1          **THE COURT:**  Okay.  I will repeat when Ms. Amato comes

2    back.

3          But let me ask other counsel, when you think you --

4    whether it's tomorrow or Friday, when you think you might be

5    able to let me know if you have any objections or additional

6    jury instructions.

7          Can we by -- is close of business tomorrow reasonable,

8    or do you need until Friday?

9          I'll say close of business tomorrow, if possible.

10         **MS. WHALEN:**  Okay.  Thank you.

11         **MR. SARDELLI:**  Does the Court wish to be notified,

12   Your Honor?  Do you want us to file something?

13         **THE COURT:**  Yes.  You can -- if you want to just do it

14   by e-mail to chambers, that's fine.

15         Actually, what I need -- and it needs to be in some

16   format that Ms. James can use if I'm going to incorporate it

17   and/or make any edits.  So I think that's Word that's used --

18         **MR. SARDELLI:**  As long as she can cut and paste.  I

19   understand, Your Honor.

20         **MR. HAZLEHURST:**  Your Honor, I was going to be an

21   outlier and ask for Friday morning to just give us a chance to

22   convene together to look at our own versions and then . . .

23         **THE COURT:**  Okay.  Friday morning.

24         And where are we on the verdict sheet?

25         **MS. HOFFMAN:**  Those I can get to Your Honor tomorrow.

```
 1   I just haven't had a chance.  I'm sorry.  But I'll try to do
 2   it --
 3          THE COURT:  Sure.  You've been busy.  But tomorrow
 4   sometime for the verdict sheet?
 5          MS. HOFFMAN:  Yeah.
 6          THE COURT:  Okay.  Ms. Amato, all we have done in your
 7   absence is agree that if -- defense counsel and Mr. Hazlehurst
 8   suggested that you all might confer if you have any additional
 9   jury instructions or objections to the Government's proposals
10   that I might get them by Friday morning.
11          And the Government's going to get the proposed verdict
12   sheet in tomorrow.
13          I recall what everybody told me about the state of the
14   evidence and so forth.  It's anticipated for Monday.  And I
15   assume -- I understand everybody will have a better idea on
16   Monday.
17          Anything else that anybody -- anything different
18   anybody wants to tell me?
19     (No response.)
20          THE COURT:  Okay.
21          MS. HOFFMAN:  If possible, we would -- we haven't
22   gotten any updates from Defense on which witnesses they will be
23   calling.  And we may have an objection or a motion, and so we
24   would like to know who's anticipated to be called on Monday.
25          THE COURT:  Can you --
```

1          **MS. WHALEN:**  I planned on trying to update tonight.

2          **THE COURT:**  Great.  If everybody can just update as

3    soon as possible so we see if there are going to be any issues.

4          Okay.  So recognizing that you're -- well, I'm

5    thinking about getting the motions on the record.  I was also

6    thinking about having counsel come to chambers at 9:30 on

7    Monday morning just to see where we are.

8          Perhaps it's better if counsel meet in chambers at

9    9:30 and we sort of talk about where things are and then first

10   thing Monday morning at 10:00 actually put motions on the

11   record, given that it's already 5:15.

12         **MS. HOFFMAN:**  We defer to the Court on that and

13   defense.

14         **MS. WHALEN:**  Thank you.  That would be good,

15   Your Honor.

16         **MR. SARDELLI:**  Yes, Your Honor.  Thank you.

17         **THE COURT:**  That's probably more reasonable for

18   everybody.

19         Okay.  I might ask in that case -- I wonder if

20   Ms. Moyé has a way to contact the jurors.

21         **THE CLERK:**  Yes.

22         **THE COURT:**  I'm going to have Ms. Moyé tell the jurors

23   to come in at 10:30 instead of 10:00.  So Monday we can meet at

24   9:30 in chambers, come into court at 10:00 with the clients,

25   and put the motions on the record.  And then the jury will be

 1    here at 10:30.  Okay?

 2          MS. AMATO:  And so, Your Honor, in terms of

 3    scheduling, if Defense is putting on their witnesses on Monday

 4    and any stipulations, I guess the question is:  When does the

 5    Court anticipate closings?

 6          THE COURT:  Well, of course, it's a little hard for me

 7    to predict without knowing how extensive the defense is going

 8    to be.

 9          Assuming that the defense case were presented and

10    finished on Monday, we would need some time to talk about

11    instructions and so forth.  I mean, I would think that Tuesday

12    would be the earliest that we would have -- instructions are

13    going to take a while, and then arguments would get started on

14    Tuesday, is my thought.

15          MS. AMATO:  So Your Honor instructs the jury first; is

16    that --

17          THE COURT:  I do.

18          MS. AMATO:  Okay.

19          THE COURT:  I do.  And it's going to take quite a

20    while.

21          MS. AMATO:  All right.  So the only thing I would not

22    want is for the Government to give their closing and then we --

23    you know, I just don't know the timing.  But I would not want

24    the Government to give their closing and then we end the day

25    there.  So I want to make sure that however it works out, that

```
 1    at least one defense counsel --

 2             THE COURT:  At least one defense counsel should

 3    have -- yes.  I mean, the more we can finish in one day, the

 4    better.

 5             But, yes, that would certainly be my plan that there

 6    would be an opportunity for at least one -- I would hope more

 7    than that -- defense counsel to be heard.

 8             I don't know if Government counsel has figured out yet

 9    exactly how long they're going to be.  Probably not.

10             I'm going to -- yes, that's fine.  It will take a

11    while.  And then there are five counsel that also want to be

12    heard, so it's going to take a while.

13             MR. SARDELLI:  And I brought it up yesterday,

14    Your Honor, and I'm sure it got lost in the shuffle.  But if

15    the Government could recirculate via e-mail the jury

16    instructions.  I think they were going to do that, so I would

17    appreciate that.

18             THE COURT:  Oh, okay.  Yes, you were going to do that.

19    Yes.  That would be helpful.

20             Okay.  Anything else that would be helpful to talk

21    about right now?

22         (No response.)

23             THE COURT:  All right.  If there's anything -- I am

24    not going to be in on Friday.  I'm here tomorrow.  I'm not in

25    on Friday.  But my office will be open.  We will receive
```

```
 1   communications.  And I will see counsel in chambers at 9:30 on
 2   Monday morning.
 3             And everybody, including clients in the courtroom at
 4   10:00, and we'll have the jury at 10:30.
 5             Okay.  We'll excuse the gallery.
 6        MS. HOFFMAN:  And, Judge Blake, I'm sorry.  I just
 7   remembered one thing.  DEM-5 (indicating) --
 8        THE COURT:  I'm sorry?
 9        MS. HOFFMAN:  Before we officially rest our case, I
10   think -- and this can be Monday.  But if we could land on
11   something for the photos, names, and nicknames, I think we need
12   to move that in.
13        THE COURT:  Yes.  You all can talk about it.  I'll
14   make a suggestion.  It's on two pages.  The first page has the
15   pictures and nicknames of the individuals who are actually on
16   trial alphabetically.
17             And then second page has everybody else
18   alphabetically.  Just a thought.
19        MS. HOFFMAN:  We can agree to that.
20        THE COURT:  If you want, spread it out a little bit
21   more.  I don't think -- I mean, I think it makes sense to have
22   them on a smaller number of pages than all the many photographs
23   that they would have to flip through.
24             But, I mean, if Ms. Whalen genuinely does not like
25   that one page with everybody on it, then break it up into two,
```

1   maybe three at the most, pages and have a little more space in

2   it and just list everybody alphabetically or something like

3   that.  See if you can arrange that.

4           **MS. WHALEN:**  Thank you, Your Honor.

5           **THE COURT:**  Okay.  Anything else?

6       (No response.)

7           **THE COURT:**  All right.  I'm giving this juror note to

8   you, Ms. Moyé.

9           And we'll see you all Monday morning at 9:30.

10      (Court adjourned at 5:18 p.m.)

11                  <u>INDEX - GOVERNMENT'S EVIDENCE</u>

| <u>WITNESS</u> | <u>DR</u> | <u>CR</u> | <u>RDR</u> | <u>RCR</u> |
|---|---|---|---|---|
| SA CHRISTIAN AANONSEN | 15 | 37, 39 | 118 | -- |
| (Continued from 4/16/19) | -- | 51, 69 | | |
| SA TIMOTHY MOORE | 120 | 160, 174 | -- | -- |
| | | 178, 184 | | |
| SA CHRISTIAN AANONSEN | 191 | 206, 214 | 215 | -- |

17      I, Douglas J. Zweizig, RDR, CRR, FCRR, do hereby certify

18   that the foregoing is a correct transcript from the

19   stenographic record of proceedings in the above-entitled

20   matter.

21

22                  _____/s/_____

23                  Douglas J. Zweizig, RDR, CRR, FCRR
                     Registered Diplomate Reporter
                     Certified Realtime Reporter

24                  Federal Official Court Reporter
                        DATE:  November 19, 2019

25

---

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

BY MR. HAZLEHURST: [1]
184/20
BY MR. SARDELLI: [8]  39/8
40/13 46/23 48/12 50/20 174/6
174/16 214/22
BY MR. TRAINOR: [5]  51/10
57/12 58/20 61/22 178/18
BY MS. AMATO: [19]  69/21
74/18 74/23 75/7 79/10 81/13
81/25 82/9 84/4 90/3 97/3
101/25 109/14 109/18 109/21
112/22 114/24 116/10 117/1
BY MS. HOFFMAN: [44]  15/24
16/12 17/3 17/9 17/24 18/18
19/9 19/24 20/24 21/12 22/1
25/7 25/17 25/25 26/7 26/14
26/18 27/7 27/11 28/5 28/10
34/2 36/18 118/11 120/5 128/5
129/10 133/7 134/5 136/5
137/7 137/23 139/13 140/7
140/19 141/16 142/6 142/15
143/3 144/6 144/19 145/18
150/20 151/15
BY MS. PERRY: [3]  191/13
215/17 216/7
BY MS. WHALEN: [11]  37/6
37/20 160/15 171/3 172/7
173/16 206/19 208/1 209/17
212/1 212/13
DEFENDANT DAVIS: [1]  95/9
MR. HAZELHURST: [27]  14/21
15/11 15/15 64/25 66/16 68/20
68/23 69/6 69/10 94/17 95/2
95/15 95/21 96/13 96/18 118/6
127/2 127/5 127/15 127/23
132/5 132/8 132/18 184/18
190/22 215/12 218/20
MR. SARDELLI: [43]  27/15
27/17 27/19 28/1 39/6 40/11
41/20 42/7 42/12 42/17 42/24
43/9 43/13 43/21 44/6 44/13
44/17 44/23 45/6 45/15 46/3
46/6 46/14 46/17 46/22 47/6
47/19 48/3 48/9 51/6 67/11
67/18 68/4 68/7 174/4 174/15
178/13 214/20 215/9 218/11
218/18 220/16 222/13
MR. TRAINOR: [14]  8/13 8/17
8/21 9/2 11/2 12/21 13/23
14/16 14/19 57/10 62/4 178/16
184/16 215/11
MS. AMATO: [30]  20/22 33/25
69/3 69/19 79/8 82/5 82/7
82/23 83/7 84/2 90/2 93/21
97/2 101/22 109/13 109/16
112/20 114/22 116/2 116/4
116/7 116/9 116/24 118/2
217/3 217/7 221/2 221/15
221/18 221/21
MS. HOFFMAN: [69]  9/6 9/25
10/5 11/16 11/20 12/25 14/12
14/17 17/1 27/21 37/2 41/13
42/21 43/2 43/11 44/18 45/11
45/14 47/1 50/17 57/8 57/11
58/14 61/19 63/16 64/9 69/15
82/20 82/24 83/4 83/12 83/22
94/4 94/7 94/24 96/6 118/9

119/19 119/24 127/4 127/12
127/14 127/22 129/8 131/14
131/19 131/22 131/25 132/2
132/6 132/19 133/6 154/8
154/18 154/23 155/2 155/5
159/12 159/25 190/25 211/14
216/22 218/25 219/5 219/21
220/12 223/6 223/9 223/19
MS. PERRY: [22]  4/12 5/16
7/4 7/18 8/4 157/20 158/23
159/8 191/6 206/13 208/6
208/10 208/16 208/18 209/8
211/4 211/8 211/13 211/18
215/15 216/12 216/23
MS. WHALEN: [34]  3/6 3/10
3/12 3/16 3/23 4/1 5/22 7/19
8/3 39/3 155/14 156/2 159/10
160/13 170/25 173/15 173/25
206/17 207/24 208/13 208/15
209/1 209/7 209/13 211/9
211/23 212/12 214/18 216/4
216/11 218/10 220/1 220/14
224/4
THE CLERK: [11]  15/17 82/4
82/6 96/23 101/21 116/6 120/2
129/7 191/8 212/11 220/21
THE COURT: [188]  3/3 3/9
3/11 3/15 3/18 3/25 4/4 5/8
5/19 6/11 7/13 7/22 8/9 8/15
8/19 9/1 9/4 9/21 10/3 11/18
13/3 14/9 14/20 15/9 15/12
15/21 16/25 17/2 20/23 27/16
27/23 28/3 34/1 37/4 39/5
40/12 41/16 41/19 42/4 42/11
42/16 43/6 43/18 44/4 44/11
44/16 44/25 45/2 45/11 45/19
46/4 46/13 46/16 46/18 46/20
47/2 47/4 47/16 47/21 48/6
48/10 50/18 51/8 58/17 61/20
62/7 62/12 64/7 64/24 66/9
66/17 67/15 68/2 68/5 68/10
68/16 68/18 68/21 68/24 69/4
69/9 69/12 69/14 69/18 82/8
82/21 83/2 83/15 83/24 93/19
93/23 94/2 94/6 94/16 94/23
95/4 95/10 95/16 95/19 96/14
96/20 96/25 112/21 118/4
118/8 119/21 127/3 127/6
127/8 127/13 127/18 127/25
128/2 130/25 131/16 131/18
131/21 131/24 132/1 132/10
132/21 154/10 154/14 154/16
154/20 154/25 155/4 155/12
155/22 157/19 158/21 159/6
159/9 159/24 160/4 160/10
160/12 171/1 174/2 178/15
184/17 190/23 191/1 191/5
206/16 207/25 208/8 208/14
208/17 208/24 209/5 209/10
209/14 211/6 211/12 211/21
211/24 214/19 215/10 215/14
216/5 216/13 216/15 216/18
216/24 217/5 217/9 218/1
218/13 218/23 219/3 219/6
219/20 219/25 220/2 220/17
220/22 221/6 221/17 221/19
222/2 222/18 222/23 223/8
223/13 223/20 224/5 224/7
THE WITNESS: [13]  15/18

50/19 62/6 96/24 101/24
119/24 120/3 154/15 171/2
191/3 191/9 206/15 216/6

**$**

$1,340 [1]  23/7
$15,000 [1]  197/8
$150 [1]  138/18
$1500 [3]  58/13 58/24 58/25
$400 [2]  35/22 108/20
$600 [2]  180/3 181/1 181/20

**'**

'15 [1]  51/16
'16 [2]  51/17 51/18
'cause [6]  44/7 104/24 146/2
177/15 189/4 193/11
'N' [1]  136/2

**-**

-- Avenue [1]  167/10

**.**

.3 [1]  16/18
.40 [1]  197/19

**/**

/s [1]  224/21

**0**

0003577767 [1]  130/2
02191227 [2]  129/15 129/19
0267 [1]  1/4

**1**

1 minute [1]  139/10
1-T [1]  104/4
1.5 [1]  124/3
10 [5]  21/4 123/10 172/16
208/3 209/18
10 minutes [3]  173/1 173/2
173/2
10 o'clock [2]  217/16 217/24
10,800 [1]  23/16
100 [1]  31/23
101 [1]  1/24
103 [1]  137/1
104 [1]  29/10
109 [1]  210/10
10:00 [3]  220/10 220/23 223/4
10:00 with [1]  220/24
10:14 p.m [1]  21/24
10:17 a.m [2]  3/2 16/10
10:30 [2]  221/1 223/4
10:30 instead [1]  220/23
10:40 a.m [1]  15/16
10th [10]  29/22 77/19 78/15
78/21 80/9 120/25 179/11
180/3 181/6 181/17
11 [5]  139/25 161/24 164/8
166/21 172/5
11 seconds [1]  65/12
118 [1]  224/13
11:30 in [1]  133/25
11:50 [1]  134/1
11:53 a.m [1]  62/11
11th [7]  16/10 17/5 80/14
80/19 85/5 167/17 214/14
12 [7]  82/4 82/5 82/11 150/18

**1**

12... [3]   162/7 212/11 212/12
12/12 [1]   162/7
120 [1]   224/14
127 [1]   25/21
128 [1]   14/4
129 [3]   14/6 25/4 114/21
12:15 [1]   162/8
12:18 p.m [1]   18/16
12:19 [1]   17/22
12:20 p.m [1]   69/17
12:23 [1]   162/7
12:23 a.m [1]   147/11
12:24 p.m [1]   21/10
12:25 a.m [1]   152/16
12:25 in [1]   151/21
12:32 [5]   151/23 163/14
 163/15 164/2 168/5
12:32 a.m [2]   152/19 154/3
12:56 p.m [1]   94/1
12:59 [1]   163/24
12:59 in [1]   146/20
12:59:35 [1]   163/17
12th [10]   146/20 146/22
 147/11 149/9 151/7 151/10
 151/18 152/21 167/17 167/17
13 [8]   8/25 116/5 116/7 152/4
 153/1 161/19 162/14 168/4
13 seconds [1]   144/17
137 [1]   140/16
13:20 [1]   85/6
13th [3]   17/22 39/24 144/3
14 [3]   121/15 126/24 212/10
14 grams [1]   183/23
144 [1]   135/20
14th [1]   142/24
15 [12]   8/17 8/19 10/2 40/14
 84/17 89/23 89/23 89/25 89/25
 90/8 125/23 224/13
150 [1]   144/1
1553 [1]   123/17
15:33 [1]   86/2
15th [6]   18/16 19/5 19/22
 86/2 86/8 184/4
16 [6]   99/23 131/24 131/25
 132/16 132/23 133/1
160 [1]   224/14
164 [1]   71/16
168 [1]   72/5
16:05 [1]   80/10
16th [1]   125/18
17 [3]   1/8 200/21 200/23
174 [1]   224/14
178 [1]   224/15
17th [2]   207/19 209/20
18 [5]   3/7 30/15 37/15 161/24
 164/8
18 minutes [3]   148/17 165/5
 166/16
180 [2]   124/5 124/16
184 [1]   224/13
1868 Oxford [1]   57/5
18:05 [1]   80/9
18th [3]   21/10 38/21 53/12
19 [6]   145/9 146/12 152/24
 162/4 224/13 224/24
191 [1]   224/15
1994 [3]   129/23 129/24 130/21

**19th** [1]   21/24
1:28 a.m [1]   1497 166/23
1:28 in [1]   168/25
1:28 seemed [1]   168/15
1:30 [1]   151/24
1:30 a.m [1]   154/4
1A [1]   1/9
1st [2]   72/20 130/11

**2**

2 minutes [3]   141/14 144/4
 145/13
2 o'clock [1]   93/24
2 through [1]   152/10
2/12/2015 at [1]   166/23
20 [4]   23/15 104/9 107/18
 107/21
20 minutes [3]   137/20 149/20
 168/2
2000 [1]   163/1
2000 West Lafayette [2]
 171/25 172/11
2008 [2]   196/5 198/21
2012 [6]   29/5 29/22 94/25
 94/25 130/11 184/5
2013 [1]   95/1
2014 [11]   139/9 140/3 145/12
 188/11 190/7 190/8 190/11
 190/15 196/5 196/11 198/23
2015 [29]   39/17 39/24 60/20
 133/11 133/20 133/25 134/3
 137/3 141/5 141/13 142/24
 146/22 147/11 149/11 150/6
 150/16 151/7 151/10 151/18
 152/21 165/19 167/17 175/7
 175/18 175/22 176/3 210/17
 213/9 215/21
2016 [43]   16/4 16/10 17/5
 17/22 19/5 19/22 21/10 21/24
 30/9 32/5 36/23 40/3 43/20
 51/15 51/18 53/12 57/3 58/7
 70/10 70/11 72/21 76/10 77/19
 78/15 78/21 80/9 80/19 85/6
 86/2 86/8 87/18 97/14 120/25
 133/13 135/23 144/3 156/20
 178/25 179/11 180/3 181/6
 184/3 213/1
2017 [21]   121/25 123/12
 124/25 125/13 125/18 126/13
 126/15 131/5 131/8 156/19
 185/1 191/16 193/19 201/13
 202/22 205/3 205/10 205/15
 207/19 209/20 215/24
2019 [4]   1/8 165/20 214/14
 224/24
206 [2]   16/7 224/15
20th [1]   60/20
21 [1]   166/22
21201 [1]   1/25
214 [1]   224/15
215 [1]   224/15
21st [1]   43/8
22 [3]   31/7 39/13 175/11
22-year-old [2]   46/24 48/14
2201 West Cold Spring [2]
 147/20 164/6
228 [3]   16/23 17/1 80/16
229 [1]   17/20
23 minutes [1]   135/24

**231** [1]   18/14
23rd [5]   124/25 125/13 126/12
24 [1]   126/13
2400 [1]   23/17
241 [1]   19/3
244 [2]   19/20 85/13
24th [11]   39/17 39/21 121/25
 131/5 131/8 139/9 175/17
 175/18 175/20 175/21 185/1
25 [1]   141/10
25th [1]   175/7
2609 [2]   191/24 201/25
2609 Fairview Avenue [1]
 193/7
266 [1]   21/7
268 [1]   21/21
26th [1]   30/9
27 seconds [1]   137/5
272 [1]   37/22
27th [15]   32/5 36/23 57/3
 58/6 59/1 59/2 59/5 87/18
 97/14 102/22 201/13 205/3
 209/15 210/17 213/1
28 [1]   142/21
28 seconds [2]   149/20 168/2
28th [7]   133/25 140/3 145/12
 188/11 190/6 190/11 190/15
29 [2]   206/3 206/4
2903 West Lanvale [3]   195/22
 200/13 200/17
2903 West Lanvale Street [2]
 193/23 196/21
29th [2]   205/10 205/15
2:00 [1]   95/17
2:10 p.m [1]   96/22
2nd [3]   123/12 193/18 202/22

**3**

3 minutes [1]   140/16
3.2 miles [2]   172/1 172/14
30 [9]   11/10 11/13 52/13
 104/9 131/3 131/23 132/15
 132/22 192/5
30 minutes [1]   202/19
300 [2]   147/15 172/1
300 block [1]   146/24
3064 [1]   55/6
30th [1]   137/3
310 [1]   146/21
310 Collins [4]   146/14 149/16
 149/17 164/6
310 Collins Avenue [3]   148/6
 148/16 149/13
312 Collins Avenue [1]   146/21
317 [1]   133/21
32 [1]   137/1
3401 [1]   54/22
35 seconds [3]   148/17 165/5
 166/16
350 [1]   196/1
3577767 [1]   130/21
37 [1]   224/13
38 seconds [1]   145/14
38 Windbluff Court [4]   32/10
 35/9 35/24 119/12
39 [4]   139/7 140/15 193/3
 224/13
3901 Princely Way [3]   146/15
 149/7 149/13

**3**

3:07 a.m [1]   65/11
3:33 p.m [1]   19/5
3:36 p.m [1]   154/13
3rd [1]   76/10

**4**

4 o'clock p.m [1]   160/11
4/16/19 [1]   224/13
40 [1]   124/20
40 seconds [1]   135/25
400 [1]   23/14
403 [1]   15/8
41 [1]   140/1
4104 [2]   133/21 174/12
415-9975 [1]   147/5
4194 [1]   64/16
42 [1]   75/4
42 seconds [1]   144/4
43 [1]   192/11
43 seconds [1]   76/7
44 [2]   75/4 135/20
443 [2]   52/6 147/5
45 [2]   106/19 126/16
46 [4]   31/15 135/25 144/1
 199/21
4604 [1]   71/15
4608 [1]   49/4
47 seconds [1]   139/11
4863 [2]   72/4 72/5
49 [1]   21/1
4903 [1]   76/8
4910 [2]   73/1 76/5
4:05 to [1]   142/3
4:27 [1]   142/4
4th [2]   1/24 141/5

**5**

50 [1]   142/17
50 grams [1]   35/20
50 lolos [1]   142/17
50 seconds [1]   143/1
51 [1]   224/13
5200 block [5]   48/24 145/6
 189/25 190/4 190/11
5200 boy [2]   10/19 11/22
5200 Forest Park [1]   49/5
5200 Windsor Mill [1]   135/15
532 Coventry Road [1]   60/21
55 [2]   24/23 140/5
56 [1]   134/23
56 seconds [1]   137/20
5:09 p.m [1]   217/25
5:15 [1]   220/11
5:18 [1]   224/10
5:51 [1]   78/21
5th [5]   65/4 72/20 126/15
 135/23 165/7

**6**

6/13/2015 [1]   176/3
600 [1]   23/13
6022 [1]   77/17
6028 [1]   80/9
608 grams [1]   61/5
6120 [1]   16/6
6160 [1]   85/5
6173 [2]   14/4 14/16

**6217 [2]**   16/23 80/15
63 [4]   14/6 14/18 14/17 204/7
66 [2]   203/23 204/15
67 [2]   203/18 204/2
6777 [1]   17/19
69 [1]   224/13
6:00 a.m [5]   32/15 58/1 58/2
 88/4 88/6
6:02 [1]   78/25
6:15 a.m [1]   33/11
6:15 is [1]   88/6
6:15-ish [1]   102/22
6:30 a.m [1]   102/22
6:31 [3]   34/7 99/19 99/20
6:48 a.m [1]   104/6
6th [1]   141/13

**7**

7 minutes [1]   142/25
7/25/2015 [1]   134/3
70 [1]   37/18
709-7780 [1]   52/6
71 [1]   29/23
7327 [1]   18/14
7392 [2]   19/2 86/1
74 [1]   85/12
7455 [2]   19/20 85/12
7780 [2]   52/6 60/14
78 [1]   203/10
7934 [2]   21/7 53/12
7:15 p.m [1]   193/25
7:40 p.m [2]   17/5 80/19

**8**

81 [1]   29/1
8196 [1]   21/20
84 [1]   24/15
85 [1]   24/20
89 [1]   141/11
8:35 p.m [2]   19/22 202/25

**9**

9 minutes [2]   137/4 144/16
9 o'clock [4]   74/4 74/24 75/1
 75/22
9-1 [1]   163/15
9-1-1 [1]   163/16
9-millimeter [2]   35/15 108/19
90 [1]   192/20
91 [1]   142/22
9975 [6]   147/5 147/10 149/5
 161/20 167/1 168/15
9:00 [2]   74/7 75/8
9:30 [2]   220/9 224/9
9:30 in [1]   220/24
9:30 on [2]   220/6 223/1
9th [1]   29/5

**A**

a.m [20]   3/2 15/16 16/10
 32/15 33/11 58/1 58/2 62/11
 65/11 88/4 88/6 102/22 104/6
 147/11 149/7 152/16 152/19
 154/3 154/4 166/23
Aanonsen [42]   2/12 15/14
 15/17 15/19 15/25 20/25 22/18
 28/6 28/15 30/8 32/4 36/19
 42/8 42/22 51/11 67/13 84/5
 96/23 97/4 118/12 128/6

**154/19 155/20 156/2 157/8**
158/14 158/23 159/18 179/6
179/9 191/7 191/10 192/2
193/12 195/23 202/2 204/20
206/13 206/20 215/18 224/13
224/15
ability [1]   53/15
able [16]   29/4 30/19 31/21
 43/4 53/3 62/15 92/22 153/5
 153/8 153/20 161/16 170/21
 183/2 194/24 199/14 218/5
about [153]   4/9 4/14 4/23
 5/12 5/13 5/25 6/2 6/4 6/7
 6/19 7/1 7/6 7/6 9/17 9/17
 9/19 9/19 11/5 13/17 16/2
 16/4 20/21 25/13 28/15 33/17
 33/21 35/12 39/11 39/16 39/17
 40/23 43/12 44/12 45/3 47/22
 48/22 49/10 49/10 49/12 49/15
 49/15 49/25 50/3 53/7 54/12
 55/3 55/13 57/1 58/13 58/24
 58/25 60/16 61/23 66/9 66/15
 66/18 67/1 67/20 67/25 68/10
 69/16 71/14 72/7 72/8 72/10
 72/11 72/12 74/4 74/7 75/8
 75/21 77/16 79/5 80/11 83/13
 83/19 87/10 87/13 90/13 94/14
 94/18 97/15 104/16 104/24
 105/20 105/23 107/1 107/5
 107/8 108/18 110/7 112/13
 113/16 118/25 119/7 119/10
 121/24 125/22 133/25 135/10
 136/2 146/20 151/4 154/22
 154/23 155/6 156/3 156/25
 157/9 157/22 158/1 159/2
 159/4 159/7 160/16 161/16
 167/16 167/16 168/13 174/9
 174/12 175/7 176/4 176/6
 177/7 178/22 181/5 184/4
 184/24 188/2 188/25 189/13
 193/6 193/12 196/8 202/23
 205/17 208/18 209/13 209/14
 212/2 212/14 215/3 215/6
 215/25 217/19 219/13 220/5
 220/6 220/9 221/10 222/21
 223/13
above [3]   10/7 203/14 224/19
above-entitled [1]   224/19
absence [4]   67/22 67/24 209/2
 219/7
absolutely [3]   40/10 43/17
 115/13
accept [1]   105/2
acceptable [1]   68/12
accessible [1]   213/19
according [3]   45/23 85/6
 175/6
account [22]   22/21 22/23 23/3
 24/16 24/24 25/5 28/23 30/13
 30/20 30/22 37/15 37/16 38/24
 59/17 115/2 122/19 136/12
 199/24 203/9 203/18 203/22
 203/23
accounts [8]   28/16 28/17 59/8
 59/8 59/9 59/9 59/13 115/9
accurate [2]   83/17 105/22
acknowledge [1]   85/2
acronym [1]   84/24
across [4]   49/18 85/10 143/22

**A**

across... [1]  145/4
Act [2]  14/4 14/6
action [1]  193/14
active [1]  195/21
actively [1]  196/12
acts [1]  14/3
actual [9]  10/18 15/4 39/2
 60/2 79/19 121/9 150/12
 201/21 207/21
actually [49]  9/5 9/25 12/5
 12/5 32/3 34/6 36/9 41/8
 41/22 48/4 59/24 65/23 67/12
 68/11 75/4 76/9 81/11 87/25
 88/11 89/9 92/24 95/2 102/4
 104/3 107/9 108/1 110/6
 111/11 121/8 129/9 131/14
 132/10 135/12 135/24 145/14
 153/17 159/3 160/19 160/23
 161/1 161/3 168/25 173/21
 175/11 199/5 206/2 218/15
 220/10 223/15
ad [1]  205/12
added [1]  155/17
addition [1]  54/17
additional [5]  3/13 16/20
 18/11 218/5 219/8
address [10]  62/25 94/7
 122/17 189/15 191/24 191/25
 193/6 193/7 201/25 201/25
addressed [2]  200/12 200/17
adjectives [1]  54/2
adjourned [1]  224/10
admissibility [1]  12/20
admissible [6]  45/3 66/14
 208/12 208/19 209/9 211/18
admit [1]  186/18
admitted [3]  39/13 156/25
 157/7
admitting [1]  7/15
Adrian [7]  26/10 29/9 62/1
 133/10 133/20 134/10 139/24
Adrian Jamal Spence [3]  26/10
 62/1 133/10
Adrian Jamal Spence's [1]
 133/20
Adrian Spence [3]  29/9 134/10
 139/24
adult [1]  111/7
adults [3]  111/13 111/23
 111/24
advertise [2]  12/5 13/12
advertisement [3]  38/5 39/19
 175/14
advertising [1]  12/13
Advice [1]  34/15
advise [2]  33/9 127/24
advised [1]  68/18
advisement [2]  33/12 34/3
Aero [1]  198/11
Aero Precision [1]  198/11
affect [1]  166/13
affected [2]  165/23 166/3
affidavit [3]  35/2 103/18
 103/22
affiliated [1]  11/22
affiliation [3]  10/24 12/6
 12/14

affirmative [1]  188/7
afford [1]  105/1
afraid [1]  100/20
after [33]  5/17 11/13 11/18
 11/18 30/5 33/14 33/23 34/3
 35/23 45/4 73/23 78/22 78/24
 86/21 86/22 86/25 89/12 91/24
 106/4 110/21 110/25 111/4
 149/3 157/21 158/10 160/2
 183/9 184/25 193/12 194/17
 204/20 205/16 213/2
afternoon [14]  8/18 54/22
 69/22 69/23 97/4 97/5 120/6
 154/10 155/24 174/7 178/19
 184/23 191/14 191/15
afterwards [2]  84/12 96/12
again [64]  7/11 15/1 32/4
 34/8 64/5 65/12 65/19 65/25
 66/16 75/5 75/8 76/5 78/5
 78/16 81/4 81/16 81/23 82/10
 85/15 85/19 86/3 86/9 87/3
 97/5 98/16 102/3 102/19
 103/21 108/6 116/13 117/6
 117/24 125/6 128/15 129/17
 133/8 140/10 152/15 153/23
 162/15 164/1 164/7 165/3
 165/6 167/12 167/25 168/4
 168/4 170/16 171/14 171/16
 181/17 183/13 184/21 186/4
 186/20 187/14 190/6 190/20
 205/1 205/14 206/20 211/5
 217/23
against [5]  10/25 11/1 48/1
 131/2 132/23
agency [8]  51/13 57/4 60/23
 178/25 179/21 180/3 181/18
 184/13
agency's [1]  180/6
agent [93]  2/12 14/24 15/6
 15/14 15/17 15/19 15/25 20/25
 22/18 28/6 28/15 30/8 32/4
 33/6 36/5 36/19 37/7 39/4
 41/3 42/8 42/8 42/21 42/22
 44/6 44/25 45/5 46/2 46/10
 51/11 51/19 57/13 58/19 61/2
 65/13 67/13 67/13 67/19 71/4
 72/16 83/18 84/1 84/5 94/13
 96/23 97/4 112/10 113/16
 114/4 117/3 118/12 119/25
 120/2 120/6 128/6 128/19
 130/12 133/8 134/6 146/4
 146/4 147/13 150/5 150/14
 154/19 155/20 156/2 157/8
 158/14 158/23 159/18 160/16
 174/7 176/12 177/6 178/19
 179/6 179/9 186/4 186/5 191/2
 191/7 191/8 191/10 191/17
 192/2 193/12 195/23 202/2
 204/20 206/13 206/20 212/2
 215/18
Agent Aanonsen [35]  15/17
 15/25 20/25 22/18 28/6 28/15
 30/8 32/4 36/19 42/8 42/22
 51/11 67/13 84/5 96/23 97/4
 118/12 128/6 154/19 155/20
 156/2 157/8 158/14 158/23
 159/18 179/6 179/9 192/2
 193/12 195/23 202/2 204/20
 206/13 206/20 215/18

Agent Moore [22]  14/24 15/6
 41/3 42/8 44/25 45/5 46/2
 46/10 65/13 67/13 67/19 94/13
 120/2 120/6 130/12 133/8
 134/6 146/4 150/5 160/16
 174/7 178/19
Agent Moore's [1]  42/21
agents [6]  90/13 120/9 146/5
 157/22 159/25 179/9
ago [5]  35/22 53/6 53/7
 144/22 202/23
agree [17]  4/23 5/8 53/23
 55/18 73/24 75/9 76/20 76/22
 77/1 81/7 105/23 108/13
 110/16 165/12 213/8 219/7
 223/19
agreed [6]  7/9 7/13 36/22
 71/2 127/10 180/1
agreement [3]  132/3 133/2
 213/13
ahead [8]  22/15 73/1 95/10
 126/24 135/25 142/3 142/12
 216/24
ain't [5]  22/10 72/13 136/16
 136/22 141/25
al [1]  1/5
alcohol [6]  34/14 176/7 176/9
 176/16 176/20 177/4
alerts [1]  202/10
aliases [1]  122/20
all [255]
all-white [1]  85/9
allegation [1]  43/6
allege [1]  175/2
alleged [1]  43/22
allegedly [1]  4/10
alleges [1]  157/7
Allen [1]  31/6
alley [2]  176/25 177/1
Alliance [1]  159/5
allowed [8]  33/1 33/2 57/25
 58/3 93/9 93/10 93/11 155/10
alluded [1]  66/6
Almighty [1]  38/18
alone [1]  7/7
along [2]  65/9 164/16
alphabetically [3]  223/16
 223/18 224/2
already [19]  7/9 14/1 14/5
 14/7 17/13 33/24 85/12 87/23
 97/15 112/18 113/16 125/11
 146/11 155/1 155/18 156/7
 158/16 191/20 220/11
already-existing [1]  155/18
also [46]  2/11 9/15 24/16
 24/24 25/5 25/22 29/15 30/4
 37/21 46/24 49/17 55/21 56/9
 56/20 59/7 62/25 63/21 67/20
 72/4 78/11 86/25 87/13 90/12
 91/12 105/6 105/10 117/3
 117/23 126/23 127/23 130/12
 132/15 132/23 138/17 146/9
 148/2 159/20 162/7 166/18
 175/9 186/9 188/2 191/23
 196/4 220/5 222/11
alternative [2]  45/25 69/3
although [2]  102/7 102/8
altogether [1]  90/1
Altoneyo [1]  24/13

Case 1:16-cr-00267-LKG Document 1333 Filed 11/21/19 Page 229 of 265

**A**

Altoneyo Edges [1]   24/13
always [5]   140/12 182/24
 183/6 189/25 189/25
am [11]   6/13 45/2 45/24 45/24
 96/1 133/3 159/3 174/12 175/7
 190/16 222/23
Amato [6]   2/4 69/18 93/19
 97/1 218/1 219/6
AMERICA [1]   1/3
ammunition [4]   196/1 198/4
 198/12 200/6
amount [2]   35/18 35/19
analyze [1]   46/1
Anderson [79]   2/3 16/21 17/12
 17/16 18/12 18/20 18/21 19/12
 20/2 20/3 20/15 22/4 22/6
 25/3 25/9 32/12 32/22 32/25
 33/10 33/11 33/14 33/20 33/23
 34/4 34/7 34/20 35/3 35/5
 35/8 35/24 36/2 36/24 70/5
 71/12 72/7 72/16 73/5 73/12
 76/16 77/14 77/15 78/25 79/2
 79/4 81/1 81/2 81/20 84/16
 84/23 84/23 85/16 86/9 86/13
 86/13 86/14 86/16 87/14 88/10
 90/19 97/6 98/14 98/17 100/16
 100/19 104/8 104/22 106/12
 106/15 106/20 108/17 110/22
 111/1 113/25 114/1 114/6
 114/8 114/9 115/8 115/16
Anderson's [8]   34/17 71/19
 79/2 104/11 114/12 115/4
 117/3 119/11
ankle [3]   151/9 154/2 161/2
announce [2]   194/3 194/4
announced [1]   32/20
another [34]   11/24 17/19 19/2
 21/20 43/15 45/4 45/10 45/17
 45/17 46/9 47/17 63/14 67/11
 67/14 73/20 76/11 91/12 96/15
 103/24 121/6 121/6 123/11
 124/15 126/5 127/19 128/3
 132/15 136/25 137/19 142/12
 142/21 144/16 179/20 203/22
answer [12]   35/4 35/13 47/6
 47/8 103/18 108/6 108/23
 108/25 114/2 165/1 194/6
 194/13
answered [1]   50/17
answers [2]   99/15 106/12
anticipate [1]   221/5
anticipated [2]   219/14 219/24
any [87]   3/4 6/23 8/12 11/14
 13/25 14/13 16/13 22/24 26/21
 28/23 33/15 43/11 47/7 48/17
 49/20 60/3 60/16 64/21 67/23
 70/18 73/11 73/15 74/11 91/10
 92/22 93/3 93/13 93/15 96/17
 97/9 99/18 100/18 102/25
 103/2 103/21 111/10 112/2
 112/8 113/24 114/4 114/9
 115/7 116/21 118/8 120/19
 126/2 131/11 133/15 134/6
 135/1 138/25 141/6 143/22
 145/4 150/6 151/9 154/2 154/6
 154/21 155/16 156/21 165/20
 165/22 166/13 167/21 177/13

180/21 182/11 183/17 190/10
 190/10 190/24 193/7 202/11
 205/4 206/14 208/23 208/24
 210/2 213/18 215/14 218/5
 218/17 219/8 219/22 220/3
 221/4
anybody [9]   5/18 91/7 182/8
 187/21 187/24 190/14 194/24
 219/17 219/18
anymore [1]   89/1
anyone [9]   12/23 29/11 36/4
 49/14 113/25 114/6 194/20
 214/19 215/10
anything [39]   6/12 6/17 25/13
 33/16 33/18 45/9 50/10 50/15
 56/11 65/6 67/24 69/2 72/24
 88/21 88/23 95/19 95/25 98/25
 99/2 110/21 111/1 119/7
 120/19 157/4 165/21 166/1
 166/2 172/3 181/3 193/20
 196/7 209/13 209/14 216/13
 219/17 219/17 222/20 222/23
 224/5
anyway [2]   83/21 212/19
anywhere [5]   12/22 13/16
 88/23 115/4 169/3
apartment [9]   61/4 61/8 75/15
 75/17 75/24 191/24 193/7
 201/25 213/2
Apartment D [2]   193/7 201/25
apologize [10]   14/21 27/21
 35/11 35/20 105/6 105/8
 127/12 127/22 170/17 208/10
apparently [2]   13/8 68/24
appear [11]   8/23 8/24 15/2
 23/19 31/13 32/3 38/4 39/22
 170/22 208/4 210/5
appearance [1]   6/5
appears [8]   39/19 67/6 86/22
 135/8 162/8 175/14 204/4
 212/15
Apple [1]   113/4
Apple iPhone [1]   113/4
applicable [1]   47/25
applied [1]   193/16
applies [1]   132/17
apply [2]   67/10 132/25
appointed [3]   102/20 103/1
 103/9
appointment [1]   103/12
appreciate [3]   6/19 190/9
 222/17
approach [21]   27/15 36/9
 40/11 79/9 82/7 82/21 112/20
 121/14 127/2 127/5 127/16
 128/6 128/13 131/15 148/11
 152/25 170/25 173/15 207/24
 208/7 211/5
appropriate [2]   4/25 45/20
approximately [14]   32/13
 32/15 33/11 34/7 84/16 84/17
 91/1 104/5 147/22 148/17
 149/20 151/21 153/25 212/25
April [8]   1/8 40/3 40/6 43/8
 43/20 135/23 144/3 165/7
April 13th [1]   144/3
April 21st [1]   43/8
April 5th [2]   135/23 165/7
AR [1]   125/23 198/11

AR-15 [1]   125/23
AR-style [1]   198/11
arc [1]   164/24
are [153]   3/4 3/13 4/15 5/12
 5/13 5/14 6/14 7/13 7/16 7/24
 8/23 8/24 8/25 9/6 9/8 9/13
 9/21 10/11 10/15 10/22 11/8
 12/2 12/7 13/19 15/1 15/2
 15/5 24/21 29/4 31/8 31/21
 31/23 32/3 42/14 43/15 45/1
 46/24 47/11 47/12 48/6 48/7
 48/13 48/17 51/19 52/21 54/10
 54/12 62/16 63/2 63/6 64/15
 65/19 65/21 66/6 66/7 71/24
 72/16 75/13 79/16 79/20 83/2
 83/7 84/8 108/4 112/10 117/3
 120/8 121/18 122/23 123/25
 124/2 125/3 125/3 125/6
 126/23 131/19 132/3 133/2
 146/17 151/16 152/12 153/6
 155/7 155/15 155/18 155/19
 156/1 156/17 156/18 159/25
 160/20 161/22 164/20 167/23
 168/10 169/4 169/5 169/15
 169/18 169/18 170/12 171/9
 171/20 171/25 175/9 175/17
 175/17 177/10 178/2 178/19
 178/20 179/9 182/6 186/9
 186/9 186/18 186/21 187/11
 189/5 190/1 190/15 192/21
 197/1 197/6 197/14 197/18
 198/3 198/9 199/12 199/22
 200/11 200/12 200/15 201/23
 204/14 208/19 208/24 210/13
 211/17 212/6 215/6 216/1
 216/2 216/18 216/20 217/11
 218/24 220/3 220/7 220/9
 221/12 222/11 223/15
area [35]   18/6 40/1 40/5
 41/22 42/13 43/16 43/22 43/25
 44/15 48/19 49/6 49/12 49/21
 50/11 67/21 68/5 117/2 118/13
 118/17 118/22 118/24 119/1
 119/4 119/8 135/15 135/16
 147/10 149/1 149/6 153/11
 166/1 190/15 194/22 194/23
 195/5
areas [7]   49/25 50/1 50/11
 50/15 50/22 50/23 69/24
aren't [3]   47/14 84/19 177/13
argue [2]   12/18 15/7
arguing [1]   45/7
argument [2]   9/13 15/2
arguments [1]   221/13
armor [3]   156/23 157/25 158/7
Armory [3]   205/12 205/23
 206/7
arose [1]   191/18
around [20]   4/6 25/12 49/8
 75/4 76/6 86/2 88/4 88/25
 89/17 89/19 118/19 124/3
 145/5 163/1 170/16 190/11
 190/15 202/25 205/5 214/1
arrange [1]   224/3
arrest [6]   30/9 58/8 60/12
 70/14 88/24 90/20 90/22 90/23
 94/25 121/24 130/13 130/17
 184/25
arrested [7]   58/6 87/16 122/3

Case 1:16-cr-00267-LKG   Document 1373   Filed 11/21/19   Page 230 of 265

**A**

arrested... [4]   156/19 157/16
  212/22 212/25
arresting [1]   105/5
arrival [1]   194/16
arrive [1]   90/19
arrived [8]   88/7 88/13 89/3
  89/11 89/12 89/14 89/16 194/1
articles [1]   25/12
articulated [2]   65/2 65/16
artist [2]   11/4 85/3
artists [1]   11/25
as [182]   4/16 4/21 6/17 7/20
  10/22 12/4 13/4 13/7 13/17
  14/7 17/6 19/6 22/19 23/3
  24/16 24/24 25/5 25/22 30/2
  30/8 39/13 40/22 45/21 45/22
  45/24 45/25 47/11 47/23 48/13
  48/17 49/17 52/1 52/18 52/24
  52/24 53/2 54/18 55/13 55/19
  56/12 56/12 59/7 63/12 64/20
  64/25 65/4 65/12 66/5 66/11
  66/19 66/19 67/3 69/10 70/8
  71/4 71/12 71/15 72/2 72/7
  72/11 72/16 72/22 73/2 76/16
  76/16 76/20 77/13 77/14 78/16
  78/16 79/11 79/20 79/20 81/1
  81/16 81/20 82/10 84/8 84/15
  84/16 84/23 84/24 85/5 85/16
  86/14 87/3 87/5 87/5 88/14
  90/13 93/15 94/20 94/20 95/12
  97/22 98/16 103/17 105/1
  106/12 109/22 112/10 112/10
  113/2 113/16 114/4 114/8
  117/3 118/20 122/8 122/9
  122/12 123/18 128/19 128/19
  129/15 129/19 131/11 133/1
  133/19 134/14 135/18 146/4
  146/4 146/5 146/9 147/13
  147/13 149/16 149/16 150/14
  150/14 153/13 155/19 156/14
  157/24 157/25 158/3 158/14
  158/14 158/16 158/24 159/20
  159/25 171/24 175/11 176/7
  176/14 176/22 177/1 177/1
  177/6 177/6 179/11 179/11
  179/12 179/24 179/24 182/19
  182/21 184/9 184/13 184/14
  187/23 187/23 191/17 191/21
  203/9 204/3 205/11 208/2
  212/10 212/12 214/15 217/20
  218/18 218/18 220/2 220/3
ASAP [1]   150/9
ask [32]   6/9 9/4 17/13 22/18
  33/15 40/23 44/7 67/25 73/6
  74/11 74/14 75/12 83/12 94/12
  98/24 102/24 103/3 110/6
  121/24 127/21 127/24 128/6
  155/10 155/17 156/22 157/7
  167/22 172/23 210/19 218/3
  218/21 220/19
asked [27]   13/25 34/9 34/20
  50/17 54/23 56/2 60/16 65/12
  68/24 69/5 73/6 87/9 97/9
  99/12 99/13 102/12 104/24
  109/15 118/12 119/10 131/3
  155/16 184/24 185/5 186/1

188/2 215/25
asking [14]   5/2 55/1 62/16
  77/4 77/4 80/22 87/6 92/20
  93/5 93/5 209/25 210/1 217/13
  217/15
asks [1]   68/13
aspect [1]   50/13
aspiring [1]   11/25
ass [3]   134/11 134/14 141/23
assault [1]   126/7
assist [1]   32/6
assistance [1]   163/20
Assistant [1]   1/16
assisted [1]   32/6
associated [6]   29/17 31/22
  115/9 187/20 187/24 190/17
association [3]   10/16 10/23
  54/14
assume [3]   171/22 185/14
  219/15
assumed [4]   3/19 104/24 166/6
  166/8
assuming [2]   190/3 221/9
assumption [3]   189/22 189/23
  190/20
ATF [26]   2/12 33/8 33/9 35/24
  40/14 90/1 90/13 92/7 92/9
  92/9 92/12 97/17 97/18 97/19
  99/7 100/4 100/7 100/24 102/1
  102/21 106/15 107/2 120/20
  121/6 135/14 181/4
Atlanta [1]   50/15
Atlantic [1]   11/6
Atlantic Records [1]   11/6
attempt [4]   67/21 158/9 194/2
  194/3
attempted [2]   11/19 68/3
attempting [2]   4/17 27/22
attempts [1]   10/19
attention [9]   23/23 32/5
  120/25 191/16 193/18 196/7
  199/20 200/3 203/17
attitude [1]   11/13
attorney [9]   102/9 102/10
  102/13 102/15 102/23 103/4
  103/7 103/9 103/12
Attorneys [1]   1/16
attribute [1]   52/5
attributing [1]   13/19
audio [33]   16/11 17/8 17/23
  18/17 19/8 19/23 21/11 21/25
  36/7 44/8 48/5 74/17 74/22
  75/6 81/12 101/5 101/6 114/23
  120/21 134/4 136/4 137/6
  137/22 139/12 140/6 140/18
  141/15 142/5 142/14 143/2
  144/5 144/18 145/17
August [32]   16/10 17/5 17/22
  18/16 19/5 19/22 21/10 21/24
  53/12 65/4 76/10 77/19 78/15
  78/21 80/9 80/14 80/19 85/5
  86/4 86/5 86/8 86/8 137/3
  141/13 142/24 145/12 184/2
  184/3 188/11 190/6 190/11
  190/15
August 10th [3]   78/15 78/21
  80/9
August 11th [3]   16/10 17/5
  85/5

August 13th [1]   17/22
August 14th [1]   142/24
August 15th [4]   18/16 19/5
  19/22 86/8
August 18th [2]   21/10 53/12
August 19th [1]   21/24
August 28th [5]   145/12 188/11
  190/6 190/11 190/15
August 30th [1]   137/3
August 5th [1]   65/4
August 6th [1]   141/13
authenticate [1]   67/13
Authenticated [1]   211/12
authorship [1]   65/22
automatic [2]   204/1 204/4
automatically [1]   52/18
automobile [2]   180/5 180/6
available [1]   34/5
Avenue [18]   128/25 146/21
  146/24 147/15 148/6 148/16
  149/13 153/18 163/19 167/10
  169/6 171/25 172/11 172/12
  182/15 191/24 193/7 201/25
awaiting [2]   11/10 11/13
aware [19]   46/24 48/13 48/17
  48/19 48/21 61/1 72/16 75/13
  84/8 92/17 100/15 112/10
  117/3 117/6 170/12 171/25
  175/17 190/14 191/17
away [2]   87/12 182/23
awful [1]   169/10
Ayinde [3]   136/9 144/9 144/21
Ayinde Deleon [3]   136/9 144/9
  144/21

**B**

B-4104 [1]   133/21
B-E-A-N-S [1]   76/21
baby [1]   31/23
back [51]   3/5 7/22 8/2 20/14
  35/24 40/3 40/21 46/14 47/2
  47/22 53/4 53/9 53/14 62/19
  66/21 73/7 90/4 91/25 94/7
  94/8 96/11 97/7 104/4 113/1
  114/12 123/19 125/4 125/6
  125/8 126/4 129/9 133/23
  152/23 155/11 165/22 165/25
  166/3 167/17 168/21 171/14
  182/19 182/19 184/21 195/13
  195/14 201/1 209/23 216/15
  217/15 217/23 218/2
background [1]   126/4
backtrack [1]   76/9
backup [1]   183/6
backwards [1]   25/11
bad [3]   22/7 68/22 123/18
badmouthing [1]   5/25
bag [7]   31/23 31/24 125/23
  125/24 125/25 198/10 198/14
baggies [1]   114/19
BAILEY [46]   1/5 1/17 4/16
  22/21 22/24 25/2 26/5 26/12
  26/25 28/18 29/8 29/12 37/8
  87/5 134/17 147/8 150/5
  150/16 161/10 161/20 167/6
  168/7 168/14 168/19 169/6
  192/9 192/14 200/18 203/6
  203/10 203/12 203/18 203/22
  203/23 204/10 204/11 207/16

**B**
BAILEY... [9]  208/4 209/4
 209/12 209/19 210/16 210/17
 211/1 212/16 213/7
Bailey's [5]  4/24 59/17 115/2
 158/16 199/23
ball [1]  25/11
Baltimore [16]  1/9 1/25 50/11
 89/24 89/25 90/1 90/8 106/18
 118/24 126/14 147/11 147/19
 149/1 153/11 172/11 193/23
Baltimore City [1]  106/18
Baltimore City Police [1]
 118/24
Baltimore County [4]  89/24
 89/25 90/1 90/8
Baltimore Zoo [1]  153/11
Bangout [2]  146/9 146/18
Banks [45]  2/1 9/16 24/14
 43/10 46/25 47/9 47/13 47/18
 47/18 48/13 48/15 77/25 97/15
 97/22 98/13 118/13 121/6
 133/15 134/10 134/11 134/18
 135/2 135/8 139/4 159/12
 159/19 174/10 174/20 175/3
 177/11 178/2 178/5 178/22
 178/23 179/12 179/15 181/8
 181/12 181/19 181/24 182/12
 182/17 183/16 183/22 184/1
base [3]  53/25 70/24 183/23
based [14]  12/2 20/18 30/21
 55/15 56/14 57/8 57/25 70/20
 135/7 135/15 148/25 189/23
 192/8 203/5
basically [17]  8/22 44/21
 67/23 72/15 73/21 73/22 79/16
 79/21 79/23 88/16 149/3
 155/15 173/12 182/6 186/1
 186/21 188/24
basing [1]  167/22
basis [4]  55/25 56/8 157/11
 157/14
Bc [1]  23/9
be [171]  3/4 3/14 3/16 3/19
 5/19 6/16 7/22 8/6 8/23 8/24
 12/23 13/17 14/3 14/17 15/2
 15/6 21/17 21/21 23/19 25/20
 28/18 30/13 30/22 31/13 36/15
 38/4 39/19 42/19 43/2 43/3
 43/4 43/16 44/20 45/16 45/16
 45/17 45/20 45/21 46/5 46/9
 47/4 59/2 62/8 62/15 62/20
 62/20 62/22 63/6 63/9 63/16
 65/21 66/1 66/13 67/6 67/18
 67/25 68/2 68/8 68/11 68/12
 68/25 69/9 75/22 75/25 76/23
 77/1 77/2 77/5 83/20 83/25
 88/21 90/21 91/2 93/7 93/7
 93/25 94/13 95/4 95/8 95/19
 96/1 96/5 96/15 96/17 101/20
 102/20 103/1 103/9 104/23
 105/3 105/4 105/15 105/17
 105/21 111/11 112/3 113/13
 114/2 118/8 118/19 120/23
 122/12 124/3 131/2 132/11
 132/12 132/2 133/21 135/25
 136/22 137/1 137/12 137/20
 137/20 147/23 148/1 151/12

152/10 153/8 153/20 154/16
 154/19 154/19 155/10 155/11
 155/24 156/12 156/25 157/7
 158/13 168/8 170/21 170/22
 171/15 172/10 173/12 175/14
 175/20 183/2 187/16 194/13
 204/4 208/4 211/15 212/18
 213/19 213/22 216/2 217/13
 217/15 218/4 218/11 218/15
 218/20 219/22 219/24 220/3
 220/14 220/25 221/8 221/12
 222/5 222/6 222/7 222/9
 222/11 222/19 222/20 222/24
 222/25 223/10
beans [4]  76/20 76/22 77/1
 77/5
bear [1]  170/2
beat [5]  9/12 9/19 10/10 11/3
 11/7
became [1]  159/15
because [23]  12/1 13/11 15/4
 21/17 40/22 47/12 49/1 59/25
 66/7 74/14 77/2 87/25 91/12
 92/25 104/3 127/9 156/11
 159/10 170/2 182/8 182/24
 183/7 194/14
become [1]  158/4
bed [5]  35/10 90/24 104/25
 197/23 197/25
bedroom [6]  61/12 195/3
 196/24 197/16 199/9 199/13
been [93]  10/17 10/19 11/9
 11/24 14/1 14/5 14/7 14/13
 17/16 33/21 37/1 38/16 39/12
 39/12 40/6 43/6 43/11 43/13
 43/18 44/11 44/23 45/8 45/11
 48/22 49/1 50/8 51/14 51/21
 52/20 53/3 55/4 55/17 61/23
 64/12 64/13 64/21 64/22 65/2
 65/16 67/9 67/9 72/17 72/20
 81/2 81/17 88/10 94/10 95/1
 97/15 97/16 97/19 99/21
 100/13 104/8 106/4 110/7
 111/11 112/4 112/17 117/11
 119/11 122/8 123/25 131/8
 133/19 135/18 146/6 156/14
 156/15 156/19 158/3 158/18
 159/2 168/14 168/19 170/14
 171/23 175/11 176/4 176/10
 177/15 177/17 177/19 179/23
 188/19 194/14 202/25 208/2
 211/15 211/19 211/22 212/3
 219/3
beforehand [1]  104/9
began [2]  99/10 195/7
beginning [2]  107/9 108/11
begins [2]  5/23 103/2
behalf [2]  95/22 215/12
behind [6]  27/1 125/24 125/25

153/9 181/8 197/15
being [31]  13/26 14/22 47/25
 62/17 66/24 67/8 70/8 71/11
 74/1 74/20 79/12 80/11 84/11
 100/16 100/18 105/10 105/12
 108/15 131/20 150/8 151/1
 156/14 158/19 167/23 173/17
 174/20 177/7 178/5 180/16
 202/7 211/19
believe [59]  5/6 14/4 14/7
 14/13 22/19 28/17 37/7 37/18
 41/12 43/21 47/25 55/24 62/3
 64/1 64/9 65/19 71/6 71/9
 76/15 80/25 88/11 92/19 98/23
 112/16 113/9 119/14 120/8
 131/3 131/5 133/9 137/12
 156/3 156/14 157/2 157/8
 159/18 162/6 165/4 168/1
 168/10 173/11 174/12 174/21
 176/25 178/4 180/4 180/24
 181/16 181/23 182/16 183/24
 185/4 186/16 186/23 187/11
 200/7 211/8 215/25 217/10
believed [3]  28/18 30/13
 30/22
belonging [4]  22/21 133/10
 133/11 203/9
below [3]  29/20 129/3 146/15
bench [25]  27/18 28/4 41/16
 41/18 46/19 47/2 47/3 48/11
 68/16 68/17 69/13 82/21 82/22
 84/3 127/7 128/1 131/17
 132/20 208/9 209/16 211/7
 211/25 216/16 216/17 217/8
benefit [1]  105/17
Bentley [1]  25/20
besides [13]  73/5 73/5 89/7
 89/7 89/19 99/4 99/5 102/20
 115/13 115/23 116/22 177/10
 183/6
best [7]  27/23 53/15 209/15
 213/21 213/24 214/1 217/21
better [5]  21/16 69/3 219/15
 220/8 222/4
between [18]  6/14 16/21 18/11
 22/24 36/19 54/14 78/24 79/1
 88/6 90/1 146/21 154/3 165/14
 165/20 168/17 182/11 192/9
 203/6
beyond [1]  168/13
BGF [1]  159/15
big [3]  54/6 143/18 166/2
bill [2]  22/16 23/8
bills [1]  35/20
binder [4]  16/7 16/24 36/16
 139/7
binders [2]  21/8 21/21
Bino [5]  23/10 24/7 28/12
 138/9 138/12
Bino-EMMs [1]  28/12
birth [6]  129/22 129/23
 130/19 130/21 130/22 169/22
bit [9]  7/5 22/15 34/6 38/2
 45/4 66/23 153/16 195/14
 223/20
bitch [4]  9/10 10/9 10/12
 12/11
bitches [2]  146/1 189/3
black [13]  25/11 26/9 31/3

Case 1:16-cr-00267-LKG   Document 1373   Filed 11/21/19   Page 2 of 261

**B**

black... [10]   35/10 64/17 64/18 108/19 138/9 159/5 159/15 159/16 204/1 204/4
Black Blood Brotherhood [2]   159/15 159/16
Black Bloods Alliance [1]   159/5
Black Face [1]   138/9
Blackwell [13]   20/12 21/6 24/18 30/10 30/13 30/23 31/2 31/9 31/17 78/1 78/2 78/9 78/11
Blackwell's [1]   37/14
BLAKE [2]   1/11 223/6
blank [2]   32/2 65/7
blanket [1]   63/12
bleach [2]   204/14 204/17
bleach-washed [1]   204/14
bleached [1]   26/3
blob [3]   164/12 164/13 164/13
block [9]   48/24 145/6 146/24 147/15 163/1 177/3 189/25 190/4 190/11
Blood [2]   159/15 159/16
Bloods [1]   159/5
blown [1]   15/4
BMW [5]   77/15 79/3 79/5 80/12 85/20
Bo [5]   72/13 78/12 87/6 87/9 87/10
Bobby [1]   116/16
body [11]   92/23 93/2 93/13 97/10 100/2 100/3 156/23 156/23 157/25 158/7 184/11
bolt [1]   98/6
book [2]   7/8 117/22
booked [2]   64/3 64/11
booking [1]   94/20
books [2]   7/1 117/21
bop [3]   145/1 145/1 145/1
both [10]   43/1 52/17 85/2 110/8 120/22 132/3 159/12 196/10 200/16 200/16
bottle [3]   159/23 192/1 202/1
bottom [9]   42/3 82/11 82/23 110/10 110/10 173/4 200/18 207/16 207/19
bought [3]   42/14 108/19 110/23
Boulevard [1]   18/7
Bowling [7]   18/2 54/23 73/2 74/7 74/15 75/10 133/12
box [6]   23/16 24/13 32/1 32/2 153/9 197/22
Box-10,800 [1]   23/16
boxes [2]   197/15 197/19
boy [14]   10/19 11/22 18/22 18/22 54/4 124/10 124/13 124/14 125/4 125/7 125/9 129/15 129/19 212/12
BP [5]   48/20 48/23 49/2 49/7 164/5
BPD [2]   121/21 164/5
BPs [1]   49/2
bracelet [4]   151/9 153/11 154/2 168/7
Brad [2]   179/19 179/20

Braham [6]   24/3 24/11 137/13 137/16 140/22 140/24
break [7]   8/6 62/13 66/18 66/22 68/14 94/5 223/25
breaking [1]   93/19
Brian [1]   2/2
Brian Sardelli [1]   2/2
brief [1]   13/23
briefly [9]   14/23 27/17 62/25 118/9 120/14 131/15 148/8 214/20 215/15
brim [1]   27/3
bring [5]   3/5 35/24 71/16 95/20 152/25
Brotherhood [2]   159/15 159/16
brought [4]   33/3 33/7 100/13 222/13
brown [6]   38/7 38/9 54/5 136/14 136/15 136/18
building [6]   35/25 75/15 75/17 92/10 92/12 107/2
bulletproof [2]   196/2 197/12
bullets [1]   184/11
bunch [1]   107/17
Bureau [2]   34/14 46/7
burnt [1]   138/17
business [12]   20/21 28/21 29/16 30/4 30/17 31/21 37/21 117/4 117/6 117/18 218/7 218/9
businesses [4]   49/8 49/20 118/19 118/20
busy [2]   148/24 219/3
Butch [1]   140/11
buy [6]   40/4 41/22 42/2 42/14 43/12 179/12
buying [3]   41/6 41/24 54/8
buys [1]   174/9

**C**

C-B-O [1]   78/14
C-Bo [1]   78/12
CA [1]   34/19
Cabela's [1]   205/12
CAD [1]   163/16
CAD-2-AT [1]   163/16
caliber [2]   35/14 197/19
California [1]   28/24
call [171]   14/24 16/9 16/14 16/16 17/4 17/6 17/11 17/19 17/21 18/1 18/15 18/19 19/2 19/4 19/6 19/11 19/21 20/1 21/9 21/14 21/20 21/23 22/3 31/25 44/1 44/20 52/9 53/16 53/18 54/2 54/21 55/5 64/19 65/11 65/13 71/15 71/15 71/18 72/4 72/4 72/5 72/6 73/1 73/2 73/6 73/21 73/25 74/4 74/6 74/10 74/14 76/5 76/8 77/17 77/19 77/21 78/15 78/22 78/24 78/24 79/1 79/1 79/5 79/23 80/1 80/9 80/10 80/14 80/17 80/18 80/21 81/1 81/4 81/11 81/19 81/19 82/16 82/17 82/18 83/1 83/6 83/10 83/13 83/18 84/6 84/19 85/5 85/12 85/12 85/15 85/19 85/25 86/2 86/9 86/9 86/10 86/15 87/4 87/6 87/8 94/12 133/18 133/22

134/7 135/29 135/21 135/22 136/8 136/12 136/21 136/25 137/1 137/2 137/9 137/11 137/19 138/1 139/8 139/15 140/2 140/9 140/21 141/4 141/11 141/12 141/19 142/21 142/23 143/5 143/7 144/2 144/8 145/11 145/20 157/2 157/5 158/20 159/1 160/1 161/8 163/16 163/17 169/5 174/12 174/17 174/19 175/6 177/10 178/10 178/12 186/17 188/5 188/5 188/11 191/7 202/15 202/18 202/24 204/20 210/9 210/11 210/16 210/20 210/22 211/8 211/16 211/18 212/2 212/6 213/6 213/9
Call 4863 [1]   72/5
Call 4910 [2]   73/1 76/5
Call 6022 [1]   77/17
Call 6028 [1]   80/9
Call 74 [1]   85/12
Call B-4104 [1]   174/12
Call J-44 [1]   135/20
Call J-6 [1]   188/5
Call Number [1]   71/15
Call Number 4863 [1]   72/4
Call Number 4903 [1]   76/8
call's [2]   84/11 211/14
call-out [1]   31/25
called [8]   71/11 87/5 136/8 150/9 150/13 175/9 182/5 219/24
calling [4]   44/25 46/7 163/20 219/23
calls [65]   14/1 14/12 16/3 16/4 16/20 18/11 47/14 47/14 52/8 52/9 52/18 52/20 52/22 53/8 53/10 53/21 53/24 54/10 54/13 54/14 54/17 70/2 70/4 70/9 71/14 72/2 74/2 74/12 77/8 77/11 77/12 79/11 79/17 79/22 81/18 84/5 87/3 87/12 119/24 133/15 133/19 135/1 135/7 135/17 138/25 141/6 143/21 145/4 164/24 174/22 177/11 177/13 177/14 177/15 177/17 177/23 178/2 178/4 178/9 187/11 188/3 188/8 189/24 202/9 211/10
calm [2]   27/13
came [15]   14/9 16/17 60/19 88/4 100/21 107/22 127/10 157/5 158/22 163/16 163/17 168/22 175/13 182/19 194/7
camera [3]   181/11 181/12 181/13
cameras [1]   197/4
Cameron [1]   31/6
Cameron Allen [1]   31/6
camouflage [1]   27/4
can [187]   5/20 7/7 7/25 15/13 16/8 17/21 18/15 19/4 19/21 21/9 21/23 23/18 23/21 24/5 24/17 24/25 25/8 25/10 25/23 26/15 26/19 27/12 27/14 28/6 28/13 28/20 29/2 29/7 29/11 29/24 30/5 30/16 30/25 31/16 31/25 34/13 35/1 38/7 38/8

**C**

can... [148]   38/24 39/18 45/4
46/16 47/16 51/13 59/24 62/12
62/20 63/16 66/17 67/13 68/10
68/16 74/15 82/7 83/23 83/25
94/2 94/7 94/15 96/11 96/12
96/14 102/18 104/3 110/2
112/23 119/21 120/14 121/4
122/14 124/5 124/12 124/16
124/20 125/2 125/20 125/21
126/11 126/21 128/23 129/11
129/20 129/25 130/5 130/7
130/16 130/18 133/22 133/23
135/22 137/2 137/25 138/5
139/8 139/22 140/2 141/12
142/23 143/11 144/2 145/10
146/18 147/6 147/18 147/21
148/7 150/21 152/5 152/7
152/15 153/5 153/15 153/20
154/14 155/24 159/10 164/24
170/5 171/14 171/22 173/5
173/21 175/24 176/2 176/16
176/20 177/4 177/5 182/24
183/3 183/3 188/21 191/1
191/22 192/12 195/19 195/25
196/19 196/23 197/11 199/2
199/4 199/7 200/4 200/23
201/9 201/12 201/17 201/20
202/13 202/17 202/20 203/3
203/11 203/14 203/19 203/24
204/2 204/8 204/11 204/15
205/1 205/9 206/6 206/9
209/18 213/15 216/15 216/16
217/1 217/3 217/6 217/21
218/7 218/13 218/16 218/18
218/25 219/25 220/2 220/23
222/3 223/10 223/13 223/19
224/3
can't [12]   59/23 63/11 75/21
89/13 94/15 132/6 146/1
154/25 156/21 159/19 182/2
189/4
cannot [2]   63/11 103/1
Canty [1]   8/22
canvass [2]   118/17 118/21
canvassed [5]   49/6 49/14
49/20 118/13 118/24
cap [1]   25/11
capability [1]   161/9
capitalized [1]   125/23
Capris [2]   26/3 204/14
car [8]   37/9 56/22 60/12
115/21 115/22 115/23 116/18
120/22
card [2]   33/12 99/11
care [1]   10/5
careful [1]   135/10
carry [2]   132/14 133/4
cars [1]   107/1
case [87]   1/4 4/19 5/15 7/10
9/15 10/18 11/15 11/21 11/24
22/25 30/9 42/13 43/12 43/17
44/12 44/13 46/4 49/10 49/15
50/2 50/2 50/5 50/6 50/8
50/22 51/4 51/19 57/13 58/18
60/24 61/2 61/17 61/24 71/4
72/16 84/9 85/8 87/17 90/6
95/3 104/23 112/10 113/16

113/17 114/4 117/3 120/9
128/19 129/14 129/17 143/21
146/4 146/5 147/13 150/14
158/4 159/2 174/22 176/4
176/9 176/12 177/10 177/15
179/9 180/23 186/4 186/4
186/5 186/7 186/13 186/17
187/11 187/25 191/17 191/17
214/9 214/15 214/25 216/8
216/19 217/10 217/17 217/19
217/21 220/19 221/9 223/9
cash [4]   83/20 84/25 85/9
139/18
catching [1]   135/13
CATHERINE [1]   1/11
caught [2]   182/23 196/7
CCB [1]   1/4
CCB-16-0267 [1]   1/4
CDF [1]   177/13
cell [72]   8/21 9/1 9/8 11/10
14/25 14/25 14/25 16/3 16/21
60/13 60/14 95/23 101/9
101/11 101/13 101/15 101/15
112/14 112/14 112/15 113/3
115/1 119/15 119/17 122/2
122/5 122/7 122/9 122/9
146/17 147/2 147/6 147/9
147/14 148/1 148/16 149/5
149/6 157/22 160/23 161/5
161/6 161/7 161/9 161/19
164/21 164/22 167/4 168/14
168/18 184/24 185/3 185/6
185/9 185/11 185/17 185/18
186/9 187/5 187/23 195/4
195/11 195/13 195/14 195/15
195/17 195/20 196/2 202/2
202/5 204/21 205/4
cell phone [38]   14/25 16/3
16/21 60/14 101/9 101/11
101/13 101/15 101/15 112/14
112/15 115/1 122/9 147/2
147/6 149/6 160/23 161/5
161/7 161/9 161/19 168/14
168/18 185/17 186/9 187/5
187/23 195/4 195/11 195/13
195/14 195/15 195/17 195/20
202/2 202/5 204/21 205/4
cell phones [13]   60/13 112/14
113/3 119/15 119/17 122/2
122/5 184/24 185/3 185/6
185/9 185/11 196/2
cell site [2]   147/9 149/5
cell tower [5]   148/1 161/6
164/21 164/22 167/4
cell towers [1]   146/17
CELL-3 [2]   95/23 122/9
CELL-3-A [1]   14/25
center [7]   92/13 92/15 92/16
92/18 192/13 203/12 204/10
certain [11]   3/19 3/20 28/16
97/23 98/1 99/20 131/4 146/6
167/16 171/15 185/24
certainly [14]   4/13 4/21 4/23
5/18 8/4 8/8 10/23 12/7 64/10
65/1 66/6 68/12 71/3 110/1
112/2 158/1 158/4 190/17
222/5
certified [11]   94/19 122/8
128/20 128/24 130/12 130/17

130/23 135/19 150/15 150/22
224/22
certify [1]   224/17
cetera [1]   13/8
chambers [5]   218/14 220/6
220/8 220/24 223/1
champagne [17]   159/13 159/23
176/8 192/1 192/24 193/5
202/1 209/2 209/3 209/6
209/13 209/14 210/2 210/5
210/7 210/23 212/14
chance [7]   8/7 45/4 66/23
147/13 154/21 218/21 219/1
change [4]   33/2 67/15 67/17
135/9
charge [10]   51/19 130/3 130/5
131/4 131/7 131/13 132/23
133/3 179/8 179/8
charged [5]   104/23 105/3
105/5 131/20 187/24
charges [1]   131/2
Charles [11]   20/12 20/13 21/3
30/10 30/23 30/23 78/1 78/5
78/5 78/7 78/8
Charles Blackwell [4]   20/12
30/10 30/13 30/23
Charles Jeffries [4]   20/13
78/1 78/7 78/8
Charlie [23]   20/8 20/11 21/6
24/18 31/2 31/9 31/17 77/14
77/21 77/25 78/1 78/2 78/2
78/9 78/11 78/17 78/17 79/3
80/11 85/20 85/21 85/22 85/23
Charlie Blackwell [9]   21/6
24/18 31/2 31/9 31/17 78/1
78/2 78/9 78/11
chart [3]   154/20 155/19
155/22
check [1]   47/23
checked [2]   112/8 190/16
checking [2]   216/20 217/11
checkpoint [1]   183/17
Chicago [1]   50/22
child [1]   27/20
children [1]   48/15
Chinese [1]   49/17
Chiraq [1]   37/13
choice [1]   94/15
chooses [1]   13/6
Christian [6]   2/12 15/19
191/7 191/10 224/13 224/15
Christian Aaronsen [6]   2/12
15/19 191/7 191/10 224/13
224/15
Christina [1]   1/15
Christina Hoffman [1]   1/15
chunk [1]   151/17
CI [23]   9/10 10/9 10/12 12/11
40/4 41/6 41/22 43/2 43/3
44/19 44/20 44/22 44/23 45/7
45/8 45/13 45/16 45/18 45/19
67/21 180/22 180/24 183/20
CI-1 [1]   180/24
CID [3]   130/18 130/20 130/22
cigarette [1]   106/20
circle [1]   96/15
circled [3]   128/9 128/10
128/15
circulate [1]   127/8

C

circulating [1]  89/20
circumstances [3]  60/3 66/12
 209/10
circumstantial [2]  64/12
 64/22
City [4]  29/3 106/18 118/24
civil [1]  37/1
civil rights [1]  37/1
claim [3]  12/5 43/9 44/15
claiming [1]  97/23
clarify [3]  132/13 132/22
 211/21
clear [3]  83/25 95/4 133/2
clearly [8]  11/3 11/14 62/23
 67/12 92/21 93/6 103/25
 185/16
Clerk [1]  129/3
client [19]  41/21 42/1 42/2
 42/14 43/7 43/15 43/16 43/19
 44/3 44/15 46/24 50/25 66/13
 67/22 67/23 68/6 156/15
 156/19 214/23
client's [2]  215/4 215/7
clients [2]  220/24 223/3
Clifton [1]  182/15
Clifton Avenue [1]  182/15
clip [17]  25/18 136/25 137/4
 137/19 139/10 139/25 140/4
 140/15 140/16 141/10 141/14
 142/13 142/21 142/25 144/16
 145/8 145/13
clips [2]  139/6 143/25
close [4]  159/21 217/10 218/7
 218/9
closer [1]  38/8
closet [2]  197/8 198/10
closing [2]  221/22 221/24
closings [1]  221/5
clothed [2]  90/21 99/6
clothes [9]  33/2 91/2 91/4
 91/7 93/6 93/9 93/10 93/12
 98/22
clothing [3]  91/16 91/19
 91/20
club [4]  39/16 39/20 175/9
 176/14
clubs [2]  176/7 176/25
co [11]  4/16 4/22 6/8 47/24
 158/4 158/5 176/12 179/9
 186/5 208/20 213/19
co-case [3]  176/12 179/9
 186/5
co-conspirator [3]  47/24
 158/4 158/5
co-conspirators [4]  4/16 4/22
 6/8 208/20
co-defendants [1]  213/19
cocaine [6]  19/19 43/19 53/24
 53/25 183/23 183/23
cocaine base [2]  53/25 183/23
code [2]  12/16 63/25
coincided [1]  71/11
Cold [5]  147/20 164/6 164/14
 164/15 164/16
Cold Spring [3]  164/14 164/15
 164/16
collect [1]  4/17

collecting [1]  4/14
collection [3]  141/7 155/8
 211/10
Collins [16]  146/14 146/21
 146/24 147/15 148/6 148/16
 149/13 149/16 149/17 163/19
 164/6 167/8 169/6 172/1 172/4
 172/12
Collins Avenue [5]  146/24
 147/15 163/19 169/6 172/12
column [1]  151/19
come [57]  3/20 4/15 7/3 8/16
 20/14 40/21 41/16 45/7 46/8
 47/2 49/2 49/24 50/5 50/6
 52/19 62/2 66/7 67/3 67/22
 67/23 68/7 68/8 69/16 79/22
 91/25 94/7 103/7 103/11
 116/21 124/20 125/5 135/8
 143/21 145/4 146/11 147/21
 158/1 158/16 176/9 176/11
 176/14 176/18 178/12 191/20
 195/1 195/1 195/13 195/13
 203/9 217/10 217/13 217/15
 217/16 217/23 220/6 220/23
 220/24
comes [4]  8/6 50/9 94/8 218/1
coming [11]  18/3 21/17 21/18
 56/17 65/9 66/21 79/12 111/13
 111/20 208/12 208/19
comma [3]  129/13 129/21
 130/20
commands [2]  195/7 195/9
common [1]  20/20
communicated [1]  12/23
communicates [1]  161/5
communicating [2]  161/3 162/8
communication [2]  160/5 160/6
communications [1]  223/1
company [2]  150/9 150/12
compare [2]  149/2 150/2
compared [4]  50/10 50/14
 50/21 66/11
completed [1]  41/9
completely [3]  6/25 93/1
 106/13
completion [2]  35/23 107/7
complex [1]  75/24
component [1]  182/22
Compton [2]  29/3 29/19
computers [1]  198/17
concern [2]  20/21 105/4
concerned [1]  72/7
concerns [2]  104/22 105/1
concert [1]  81/21
conclude [3]  55/19 217/12
 217/21
concluded [11]  28/4 46/19
 48/11 69/13 84/3 128/1 132/20
 209/16 211/25 216/21 217/8
conclusion [1]  56/6
conduct [6]  36/2 111/10 114/1
 114/5 121/1 121/5
conducted [13]  55/21 101/2
 111/12 111/15 111/19 112/3
 113/17 113/19 113/22 113/24
 194/3 196/10 196/11
conducting [2]  20/19 89/8
confer [2]  69/7 219/8
conference [20]  27/18 28/4

 41/18 46/19 47/3 48/11 68/17
 89/13 92/22 84/3 112/7 128/1
 131/17 132/20 208/9 209/16
 211/7 211/25 216/17 217/8
conferred [11]  37/19 79/7
 81/24 109/17 109/20 112/19
 116/3 116/25 150/19 151/14
 172/6
confident [1]  57/16
confidential [4]  120/16
 179/15 181/20 184/14
confidential informant [4]
 120/16 179/15 181/20 184/14
confined [1]  13/15
confinement [1]  4/24
confused [1]  113/13
confusing [2]  62/17 211/15
connected [3]  52/14 118/23
 196/9
connection [1]  212/22
connections [2]  192/9 203/6
consequences [1]  94/14
conservative [1]  148/1
consider [3]  94/15 95/13
 131/11
consideration [1]  133/1
considered [1]  132/12
consistent [4]  10/17 11/24
 75/22 75/25
consists [1]  8/22
conspiracy [17]  6/2 9/17 13/2
 13/9 13/12 42/18 42/19 42/20
 44/13 44/15 44/20 47/24 48/4
 156/18 156/22 159/16 208/20
conspirator [3]  47/24 158/4
 158/5
conspirators [4]  4/16 4/22
 6/8 208/20
construction [1]  165/21
contact [4]  156/12 181/14
 181/14 220/20
contacted [1]  158/19
contain [1]  22/23
contained [3]  30/22 150/25
 198/11
content [6]  4/23 6/13 63/13
 126/6 209/2 209/25
contents [4]  198/14 201/5
 201/19 208/18
context [6]  5/9 6/24 19/18
 63/13 124/12 144/12
continue [5]  15/22 96/25
 103/13 106/22 217/18
continued [4]  15/23 195/9
 202/9 224/13
contract [3]  11/5 179/18
 179/23
contracts [1]  180/11
contrast [1]  6/14
controlled [9]  43/12 120/11
 120/15 120/24 121/2 121/8
 121/12 174/9 179/12
controlled buy [2]  43/12
 179/12
controlled buys [1]  174/9
controlled purchase [5]
 120/15 120/24 121/2 121/8
 121/12
controlled purchases [1]

**C**

controlled purchases... [1] 120/11
convene [1] 218/22
conversation [4] 77/16 83/19 188/25 189/12
conversations [3] 56/10 67/24 77/12
convicted [3] 36/24 131/8 180/13
conviction [13] 94/9 94/13 94/22 94/23 94/24 95/1 95/7 95/8 95/14 128/20 130/13 130/23 132/13
cooperate [1] 213/14
cooperated [2] 105/14 105/25
cooperating [11] 43/21 43/24 97/16 97/20 105/11 105/20 105/24 108/14 108/15 176/8 216/3
cooperative [2] 105/11 108/16
cooperators [2] 159/4 159/8
coordinate [3] 154/3 173/9 173/11
coordinates [10] 151/2 151/9 151/25 154/2 163/6 168/8 171/7 173/5 173/6 173/10
copy [6] 3/21 7/20 36/12 96/19 130/12 208/4
Corloyd [14] 2/3 16/21 17/12 18/12 18/20 19/12 20/2 22/4 25/3 25/9 32/12 32/22 35/8 36/24
Corloyd Anderson [13] 2/3 16/21 17/12 18/12 18/20 19/12 20/2 22/4 25/3 25/9 32/12 35/8 36/24
corner [2] 146/16 167/2
correct [376]
correctly [2] 48/5 181/16
corroborate [3] 5/9 110/21 111/1
cost [1] 150/11
couch [1] 20/7
could [52] 4/5 8/11 12/8 13/17 14/14 17/4 25/18 40/21 40/22 45/21 55/4 56/3 63/9 67/19 74/19 76/23 77/1 77/2 77/5 79/8 80/2 91/7 91/7 93/7 93/7 102/10 102/15 102/20 102/23 103/13 105/17 113/1 128/15 129/17 132/6 132/12 141/22 148/2 148/8 160/20 166/10 168/21 168/24 169/2 169/2 169/3 187/24 188/1 213/22 217/16 222/15 223/10
couldn't [9] 25/15 57/10 72/22 74/19 161/9 165/1 180/14 180/20 207/6
counsel [29] 37/19 66/18 68/16 79/7 81/24 95/5 109/17 109/20 112/19 116/3 116/25 118/12 150/19 151/14 172/6 184/24 185/24 188/18 216/16 218/3 219/7 220/6 220/8 222/1 222/2 222/7 222/8 222/11 223/1
count [10] 131/3 131/23

131/24 131/25 132/15 132/15 132/16 192/22 132/23 133/1
Count 16 [5] 131/24 131/25 132/16 132/23 133/1
Count 30 [4] 131/3 131/23 132/15 132/22
counted [1] 20/7
counting [1] 199/5
country [4] 49/25 50/2 50/11 50/22
counts [1] 131/20
county [5] 89/24 89/25 90/1 90/8 135/14
couple [7] 8/13 59/19 62/13 69/24 80/17 139/6 143/25
course [17] 13/11 38/18 71/4 79/19 90/15 91/6 91/12 98/18 100/4 116/11 117/23 119/6 156/18 166/12 206/25 211/17 221/6
court [24] 1/1 1/24 8/18 15/5 32/10 35/9 35/24 36/24 58/1 77/8 103/9 103/11 119/12 127/24 128/24 129/1 129/4 150/6 218/11 220/12 220/24 221/5 224/10 224/24
Court's [7] 66/6 90/2 93/21 109/13 109/16 116/2 116/24
courthouse [3] 92/14 92/15 128/25
courtroom [11] 1/9 15/16 52/21 62/11 69/17 94/1 96/22 154/13 160/11 212/4 223/3
Coventry [1] 60/21
cover [1] 182/21
covertly [1] 56/12
CR [3] 129/8 130/15 224/12
CR-2 [1] 129/8
crack [3] 43/7 43/19 183/23
crack cocaine [2] 43/19 183/23
Crazy [33] 156/12 157/4 157/6 157/9 157/10 157/13 158/14 158/14 158/19 158/21 158/25 159/3 159/4 159/4 159/7 159/13 159/17 159/20 159/22 160/2 191/25 192/1 192/16 192/22 202/1 202/15 202/19 203/1 203/3 203/16 203/20 204/3 204/21
Crazy Homie [5] 157/4 160/2 202/15 202/19 204/21
Creams [10] 76/17 76/21 76/22 77/2 77/3 77/5 122/20 123/4 142/7 142/10
creams.dinero [1] 122/18
credibility [1] 184/1
crime [2] 36/24 131/8
criminal [2] 1/4 180/19
cross [13] 37/5 39/7 51/9 65/5 67/19 67/20 69/20 160/14 174/5 178/17 184/19 206/18 214/21
cross-examination [11] 37/5 39/7 51/9 65/5 69/20 160/14 174/5 178/17 184/19 206/18 214/21
cross-examine [2] 67/19 67/20
CRR [3] 1/23 224/17 224/22

CSL [3] 161/24 164/8 166/21
CSL-11 [3] 161/24 164/8 166/21
CSLI [2] 146/12 152/23
CSLI-1 [1] 146/12
culture [2] 49/23 50/1
cumulative [1] 8/25
currency [2] 197/9 199/4
custody [2] 88/19 98/17
Customs [1] 176/23
Customs House [1] 176/23
cut [4] 173/22 213/19 213/25 218/18
cuts [2] 164/13 164/14
cutting [1] 153/11

**D**

D. [1] 200/18
D. Bailey [1] 200/18
D.C [1] 159/3
damn [1] 86/14
DANTE [26] 1/5 1/17 22/21 22/24 25/2 26/5 26/12 26/25 28/18 28/22 29/8 29/12 115/2 134/17 147/8 150/5 150/16 161/10 192/9 192/14 199/23 203/12 204/10 208/4 209/19 210/16
DANTE BAILEY [22] 1/5 1/17 22/21 22/24 25/2 26/5 26/12 26/25 28/18 29/8 29/12 134/17 147/8 150/5 150/16 161/10 192/14 203/12 204/10 208/4 209/19 210/16
Dante Bailey's [2] 115/2 199/23
data [4] 119/17 151/4 151/23 151/24
date [52] 16/8 17/4 17/21 18/15 19/4 19/21 21/9 21/23 29/4 29/20 29/21 29/21 39/18 40/7 68/5 80/18 90/5 125/11 125/11 129/22 129/23 130/9 130/19 130/21 130/22 131/5 133/22 133/25 135/22 137/2 139/8 140/2 141/4 141/12 142/23 144/2 145/11 151/2 151/19 169/22 169/24 170/24 176/2 202/20 205/1 205/14 209/1 209/19 213/9 215/18 215/19 224/24
dated [1] 207/19
dates [2] 44/14 113/20
Davis [40] 2/8 24/19 24/22 31/4 64/13 64/19 65/5 65/10 65/16 66/2 68/25 94/14 94/18 95/5 95/22 95/25 121/25 122/2 122/10 122/20 126/4 126/20 126/23 128/20 129/13 129/21 130/17 130/20 131/2 131/8 132/24 142/11 145/21 145/22 145/25 184/25 188/13 189/24 190/18 215/12
Davis's [2] 94/9 94/21
Davon [5] 27/9 143/13 144/9 144/21 144/23
Davon Temple [5] 27/9 143/13 144/9 144/21 144/23
day [27] 17/6 18/22 19/6 32/7

**D**

day... [23]  32/16 58/6 67/2
78/25 87/16 111/12 121/2
122/10 148/20 148/22 148/23
149/2 149/23 149/25 150/2
165/17 167/20 177/8 182/4
193/20 194/2 221/24 222/3
days [11]  52/13 59/1 64/17
111/15 111/17 158/9 158/10
201/16 205/18 209/5 209/11
deal [8]  96/12 120/18 182/10
182/23 182/24 183/3 213/20
213/25
dealings [1]  135/10
deals [1]  182/21
December [2]  130/10 141/5
December 4th [1]  141/5
decide [1]  90/20
decision [2]  63/12 199/3
decoded [1]  32/3
defaming [1]  6/15
defendant [8]  1/17 2/1 2/3
2/6 2/8 36/23 116/25 150/11
defendant's [5]  150/11 172/5
208/3 209/18 212/10
Defendant's Exhibit Number 10
 [1]  208/3
defendants [4]  1/6 12/3 22/25
213/19
defendants' [1]  187/21
defense [20]  7/10 7/20 11/21
11/24 12/4 46/4 82/11 116/5
116/7 211/9 216/19 219/7
219/22 220/13 221/3 221/7
221/9 222/1 222/2 222/7
Defense Exhibit 9 [1]  7/20
Defense Exhibit No. 12 [1]
 82/11
Defense is [1]  221/3
defer [1]  220/12
degrading [1]  6/15
Delante [5]  41/7 41/23 43/5
44/19 46/7
Delante Lee [5]  41/7 41/23
43/5 44/19 46/7
delays [1]  165/21
Deleon [4]  136/9 136/21 144/9
144/21
deliberations [1]  62/16
DEM [1]  223/7
DEM-5 [1]  223/7
demonstration [1]  166/15
demonstrative [1]  62/20
denominations [1]  197/9
Dent [7]  24/6 139/16 140/10
140/11 140/22 140/23 141/1
Department [2]  34/14 35/2
Department's [1]  147/19
depicted [1]  203/11
describe [5]  25/10 54/3 152/7
195/19 204/11
described [3]  179/12 202/2
202/18
Desert [1]  126/16
desire [1]  79/3
destination [1]  148/5
destroy [1]  57/24
detailed [1]  79/20

detained [1]  195/21
detected [1]  170/10
detention [4]  92/13 92/15
92/16 92/17
determine [4]  30/20 93/3
93/13 100/19
device [8]  123/20 123/24
161/1 161/11 170/13 171/21
171/24 183/7
Devon [4]  24/6 139/16 140/10
140/22
Devon Dent [4]  24/6 139/16
140/10 140/22
did [233]
didn't [37]  9/25 13/16 27/19
27/24 34/5 41/12 53/14 56/8
56/22 57/13 68/7 68/8 75/10
79/5 81/22 82/1 82/25 82/25
86/20 92/16 92/24 93/2 93/4
103/16 105/2 109/4 112/4
131/19 165/19 181/2 181/25
182/11 183/8 183/9 183/17
185/14 190/10
die [1]  28/8
different [23]  7/17 13/7
48/23 48/25 52/19 54/2 61/17
63/4 63/13 63/14 113/20
156/17 160/23 161/5 165/17
167/12 167/13 171/24 172/24
178/22 179/19 180/23 219/17
difficult [4]  15/5 75/9 76/6
170/3
digital [1]  198/19
digital scale [1]  198/19
digits [1]  161/22
dinero [2]  122/20 123/1
dinero4800 [1]  122/17
Diplomate [1]  224/23
direct [8]  15/23 23/23 32/4
120/4 162/4 191/12 191/16
193/18
directed [3]  185/23 188/5
188/17
directing [1]  120/25
direction [1]  152/12
directional [1]  54/12
directly [1]  44/14
Dirt [6]  47/13 136/2 136/16
139/17 140/12 140/24
disc [2]  133/19 135/18
discard [1]  195/11
disclosed [4]  44/23 45/8
45/12 216/1
discuss [4]  8/5 69/6 79/3
81/20
discussed [4]  94/9 95/21
95/22 139/1
discussing [4]  20/21 84/16
104/8 141/6
discussion [4]  74/4 105/10
105/23 112/13
discussions [1]  103/25
disp [1]  130/7
disposal [1]  51/24
disregard [2]  61/21 127/11
distance [2]  10/19 147/14
DISTRICT [6]  1/1 1/1 128/24
129/1 147/20 164/5
District Court [2]  128/24

129/1
DIVISION [1]  1/2
DNA [1]  112/8
do [147]  5/2 5/4 6/12 6/13
7/5 7/11 7/12 8/5 17/25 18/19
26/1 26/2 26/8 26/9 26/21
27/8 27/24 29/11 29/15 29/16
29/20 31/13 32/24 36/11 37/10
38/9 38/10 38/23 39/14 39/23
42/5 44/4 44/23 46/15 47/2
58/3 62/22 65/6 67/20 69/1
70/7 72/19 73/10 77/11 77/16
81/14 82/21 86/17 87/4 88/10
90/4 90/5 95/6 96/14 102/5
105/23 107/19 108/4 110/3
110/20 110/25 111/25 112/20
115/24 116/17 116/19 118/15
118/16 121/17 122/14 122/23
123/3 123/7 123/11 124/4
124/5 124/9 124/15 124/16
124/19 124/23 125/14 126/2
126/5 126/8 128/3 129/3 130/3
137/12 140/12 141/18 144/7
144/20 145/19 146/13 147/2
147/9 149/5 154/6 154/20
155/20 156/12 157/20 158/12
158/17 162/5 164/22 164/24
166/23 167/1 170/22 171/8
171/16 172/3 172/10 173/4
173/6 175/2 175/12 175/24
180/1 183/7 192/6 193/13
193/15 206/4 208/11 210/11
210/16 210/20 211/21 212/2
213/7 213/21 213/24 214/1
217/9 217/20 218/8 218/12
218/13 219/1 221/17 221/19
222/16 222/18 224/17
document [22]  23/4 34/9 34/17
37/25 40/17 40/24 80/6 82/13
102/4 104/11 110/12 110/14
112/24 113/2 113/4 113/5
113/12 113/15 128/24 129/6
210/4 213/18
documents [6]  9/7 10/16 38/25
117/19 200/12 200/15
does [36]  5/1 23/18 35/18
38/2 38/4 39/22 41/1 41/2
67/15 67/17 80/8 82/15 83/11
85/21 94/10 101/16 118/17
118/17 126/6 132/13 133/4
133/5 148/25 149/1 150/2
151/20 161/8 178/7 189/12
189/13 189/20 208/4 210/5
218/11 221/4 223/24
doesn't [22]  6/19 6/23 35/12
55/12 58/18 62/21 69/2 83/13
83/14 83/20 83/24 104/16
155/24 157/17 189/15 189/17
189/19 209/12 209/13 209/14
214/2 214/6
dogs [1]  100/20
doing [7]  31/13 31/18 42/9
48/6 115/18 115/19 123/25
Dominick [8]  24/12 134/22
134/25 137/10 138/4 138/6
139/16 140/10
Dominick Kane [3]  24/12
134/22 134/25
Dominick Wedlock [5]  137/10

**D**

Dominick Wedlock... [4]  138/4 138/6 139/16 140/10
don't [101]  4/9 4/12 5/7 6/17 7/7 8/7 8/23 10/5 13/1 13/4 13/18 14/13 22/14 39/1 40/6 40/21 41/14 42/22 43/11 44/6 44/21 44/24 45/8 45/25 47/6 47/8 48/15 49/19 50/3 54/1 54/11 58/19 59/5 63/7 65/1 65/25 66/3 66/4 72/18 81/22 82/17 82/18 83/1 83/4 83/4 83/5 83/10 83/10 83/23 85/21 88/9 89/25 90/5 93/15 96/8 100/18 101/12 103/21 106/8 109/8 112/1 115/16 115/18 115/19 115/23 116/16 120/18 132/10 146/3 155/16 156/13 157/3 157/5 158/6 159/10 167/16 170/15 175/13 176/10 180/14 180/19 180/21 181/2 182/9 182/23 183/5 183/13 183/14 189/4 206/14 207/21 208/10 208/12 208/18 209/8 211/8 211/17 217/18 221/23 222/8 223/21
done [12]  52/25 57/6 57/16 57/20 91/6 91/17 119/4 156/8 156/12 157/17 217/17 219/6
Dontray [2]  24/7 138/15
Dontray Johnson [2]  24/7 138/15
door [6]  57/7 194/4 194/6 194/7 194/12 194/22
doors [1]  63/24
doorway [1]  195/3
Dorian [1]  138/17
dot [9]  4/15 5/12 30/6 30/6 30/6 146/15 146/15 170/7 170/18
double [6]  9/11 9/19 10/10 10/12 12/15 13/6
Douglas [3]  1/23 224/17 224/22
down [41]  9/11 10/9 16/17 27/4 29/20 30/1 38/2 62/12 68/21 93/8 94/2 100/13 103/7 106/12 119/22 123/10 124/3 129/3 136/3 146/15 146/25 153/14 153/15 153/17 153/22 153/24 154/14 162/23 164/6 165/4 168/22 169/6 173/4 173/19 176/25 191/1 207/22 212/16 212/17 212/18 216/15
downfall [1]  5/24
downtown [1]  106/18
DR [1]  224/12
drastically [1]  167/20
draw [2]  153/7 153/8
dressed [1]  98/14
dressing [2]  97/6 97/12
drink [3]  176/16 176/20 177/4
drinking [4]  176/4 176/6 176/9 177/7
drive [20]  106/18 147/14 147/18 148/4 148/15 148/18 148/20 149/12 149/21 149/23 164/4 164/18 165/2 165/15

driver [1]  181/21
driver's [1]  183/12
driving [5]  115/21 115/22 115/23 181/10 181/19
Droid [4]  23/12 23/24 23/25 24/10
dropping [3]  17/17 81/2 81/7
drove [1]  182/19
drug [19]  19/16 19/18 20/19 20/20 43/23 43/25 44/1 44/10 54/24 114/15 117/9 117/15 121/11 121/11 121/21 124/12 144/10 144/12 181/15
drug-trafficking [3]  19/16 20/19 144/10
drugs [31]  40/4 41/6 41/22 41/24 43/15 44/3 54/1 55/12 55/14 58/9 60/11 60/16 60/17 60/19 67/22 113/25 114/6 114/10 114/13 117/7 120/12 120/19 121/2 121/5 121/10 121/18 121/19 121/20 143/23 174/25 190/2
Druid [5]  153/10 162/11 162/15 162/21 164/9
Druid Hill Park [5]  153/10 162/11 162/15 162/21 164/9
drunk [1]  175/4
dudes [2]  5/24 6/10
due [2]  59/2 59/6
dumb [2]  20/16 124/2
during [18]  8/21 9/15 13/9 50/8 59/11 60/20 72/19 74/20 93/11 102/3 102/25 103/22 113/24 148/21 151/10 167/20 185/23 202/14
Dwight [1]  133/12
Dwight Jenkins [1]  133/12
dye [3]  26/3 204/13 204/19

**E**

e-mail [3]  122/17 218/20 222/15
each [4]  16/18 34/19 49/18 173/1
Eagle [1]  126/16
earlier [9]  4/6 22/19 131/1 174/9 200/7 202/2 203/1 209/5 209/11
earliest [2]  58/3 221/12
early [7]  57/20 58/4 149/2 150/3 151/6 151/10 179/11
easier [1]  3/16
easily [3]  13/17 76/23 148/3
east [1]  169/2
Easy [1]  26/23
edge [1]  164/13
Edges [1]  24/13
edits [1]  218/17
Edwards [5]  146/8 163/23 165/14 165/22 166/3
eight [5]  4/7 14/12 16/4 89/12 89/13
either [11]  54/21 54/25 56/11 58/21 120/16 120/21 125/24 125/25 159/18 183/22 196/8
element [1]  131/12 133/5

165/23 166/1 167/8 172/14 172/21 181/21
182/6
elements [1]  131/12
Elita [1]  2/4
Elita Amato [1]  2/4
ELMO [1]  128/22
else [22]  3/21 12/24 22/10 36/4 46/8 52/25 66/3 66/22 67/24 76/12 91/8 178/10 184/7 190/14 193/15 214/19 215/10 216/13 219/17 222/20 223/17 224/5
elsewhere [1]  161/2
Elsinore [1]  182/15
embarrassing [1]  92/25
embarrassment [1]  97/11
EMM [3]  28/8 28/8 30/7
Emms [2]  26/20 28/12
emojis [1]  32/3
encounter [1]  194/20
encountered [4]  32/22 87/20 195/2 195/5
end [8]  5/18 15/1 30/6 30/6 80/25 136/21 173/19 221/24
endeavored [1]  164/3
ended [2]  168/25 198/17
ending [2]  4/8 168/14
enforcement [8]  56/24 97/16 97/20 102/11 103/24 114/5 121/4 184/4
enforcements [1]  174/25
enlarge [1]  169/12
enough [4]  5/20 56/2 158/18 162/2
enrollee [1]  169/22
ensure [1]  57/23
enter [5]  194/8 194/11 194/15 194/17 213/13
entered [9]  15/16 32/21 69/17 88/18 88/18 96/22 160/11 194/20 202/3
entering [1]  194/22
entire [4]  44/1 57/7 103/16 186/24
entirety [2]  185/21 187/14
entitled [1]  224/19
entrance [1]  196/20
entry [8]  32/18 32/20 87/25 88/3 88/12 89/13 194/2 194/17
envelope [9]  200/18 200/18 201/2 201/5 201/10 201/11 201/19 207/21 209/23
envelopes [2]  200/24 201/2
episode [1]  175/4
equipment [3]  117/23 120/21 182/25
escort [1]  90/24
escorted [5]  33/1 91/1 91/21 91/24 99/7
especially [1]  158/20
Esquire [7]  1/15 1/15 1/18 2/2 2/4 2/7 2/9
essence [2]  99/9 189/2
essentially [3]  4/2 186/12 186/21
established [1]  98/16
establishes [2]  4/21 4/22
estimate [4]  90/10 107/21 148/2 172/18
estimates [1]  172/20

**E**

et [2]  1/5 13/8
et cetera [1]  13/8
even [24]  6/7 10/21 12/8 43/3
 43/10 44/4 44/18 44/24 45/13
 46/4 47/14 60/23 65/20 66/11
 89/1 89/20 98/12 146/1 173/22
 180/21 183/2 189/4 189/19
 214/3
evening [1]  135/9
event [1]  180/21
events [2]  9/18 118/23
eventually [2]  153/18 195/11
ever [6]  50/25 51/2 177/7
 187/24 188/2 211/8
every [6]  52/9 53/15 84/6
 111/12 136/19 213/14
everybody [8]  219/13 219/15
 220/2 220/18 223/3 223/17
 223/25 224/2
everybody's [2]  91/13 176/10
everyone [2]  3/3 123/10
everything [6]  3/23 26/20
 46/8 74/20 124/2 178/10
evidence [51]  4/18 12/23
 22/23 28/23 43/11 43/18 44/12
 45/21 47/5 50/7 57/24 60/20
 64/12 64/22 65/15 83/15 83/21
 91/10 91/13 95/3 121/11
 121/12 121/21 122/12 122/14
 131/10 132/11 133/1 143/22
 145/5 146/12 156/7 157/21
 158/1 158/16 158/22 160/23
 162/3 174/20 176/4 183/15
 186/7 186/13 191/21 202/14
 208/12 211/11 211/17 217/17
 219/14 224/11
exact [1]  40/7
exactly [7]  9/25 60/5 63/7
 66/18 72/22 106/1 222/9
examination [18]  15/23 37/5
 39/7 51/9 65/5 69/20 118/10
 120/4 160/14 162/4 174/5
 178/17 184/19 185/23 191/12
 206/18 214/21 215/16
examine [2]  67/19 67/20
examined [1]  185/9
example [4]  54/22 67/19 68/1
 177/23
exceeding [1]  36/25
exception [1]  67/10
excerpt [8]  185/20 186/13
 186/20 186/25 187/1 187/7
 187/10 187/14
excerpts [4]  122/8 185/11
 185/14 186/9
exchange [2]  182/11 183/11
exclude [1]  15/7
excluded [1]  63/7
excluding [1]  45/25
exclusion [1]  63/10
exculpatory [6]  42/15 43/1
 44/17 45/21 66/24 67/4
excuse [15]  5/22 78/25 81/19
 86/8 87/20 89/23 93/7 97/18
 102/7 134/1 134/3 160/7
 216/25 217/5 223/5
excused [5]  93/25 94/3 191/4

217/3 217/25
excusing [1]  62/10 154/12
execute [1]  57/25
executed [14]  22/20 28/16
 30/12 32/9 32/14 58/2 89/5
 158/10 193/11 193/21 193/22
 193/24 201/15 215/22
executing [1]  160/1
execution [1]  32/6
exhibit [88]  7/20 8/17 10/1
 14/25 15/1 15/4 21/1 21/4
 23/2 24/15 24/20 24/23 25/4
 25/21 28/19 29/10 29/23 30/3
 30/15 30/24 31/15 31/20 34/12
 34/25 36/8 36/11 36/20 62/20
 82/11 95/23 96/8 101/18
 101/19 104/4 109/15 109/23
 116/5 116/7 121/15 121/17
 122/7 124/23 129/7 130/15
 133/18 134/23 135/18 146/12
 150/18 151/13 152/4 152/23
 153/1 157/1 158/24 166/21
 166/24 172/5 185/18 186/22
 191/21 192/5 192/11 192/20
 193/3 193/13 196/18 199/21
 200/10 200/21 200/23 201/1
 201/6 201/8 201/17 202/16
 203/8 203/18 204/7 204/24
 205/8 206/2 206/3 206/4 206/8
 208/3 209/18 211/10
Exhibit CELL-3-A [1]  14/25
Exhibit GP-15 [1]  8/17
Exhibit IC-67 [1]  203/18
exhibits [5]  114/21 155/18
 156/24 216/20 217/11
existing [1]  155/18
expect [1]  194/12
expectation [1]  14/24
expecting [3]  5/3 42/5 46/8
experience [5]  19/16 20/18
 144/10 148/25 177/6
expert [1]  161/7
explain [4]  24/5 31/25 103/16
 202/13
explained [5]  102/10 102/14
 102/17 103/15 179/23
explains [1]  102/19
explicit [2]  54/10 55/3
explicitly [1]  55/12
Explosives [1]  34/15
express [1]  20/21
expressed [1]  105/4
expression [1]  6/15
extended [5]  196/2 197/20
 204/1 204/5 206/22
extensive [1]  221/7
extract [4]  185/17 186/24
 187/3 187/7
extracted [1]  119/17
extraction [1]  122/8
extreme [1]  65/18
extremely [6]  42/12 43/14
 44/2 47/12 47/15 66/7
eyes [1]  97/11

**F**

Face [1]  138/9
Facebook [3]  28/21 59/9 59/25
fact [17]  13/5 13/14 43/25

44/9 67/16 67/20 69/11 83/15
 90/5 94/22 106/1 117/18
 135/13 175/24 188/8 190/1
 214/2
facts [1]  5/14
fail [1]  183/7
fails [1]  182/25
fair [6]  12/3 162/2 165/1
 167/23 170/15 187/16
fairly [3]  56/7 58/4 160/4
fairness [1]  172/20
Fairview [4]  191/24 193/7
 201/25 213/3
Fairview Avenue [2]  191/24
 201/25
falls [1]  175/18
FAM [1]  125/22
familiar [9]  40/1 71/24
 164/20 171/20 172/8 175/9
 186/7 186/9 212/6
far [8]  12/7 52/24 56/12
 60/20 63/11 68/19 153/17
 187/23
farther [1]  170/20
fashion [2]  62/19 116/21
fast [2]  148/18 149/21
Fat [2]  134/11 134/14
Fat Ass [2]  134/11 134/14
FCRR [3]  1/23 224/17 224/22
featuring [1]  38/18
February [22]  121/25 123/12
 124/25 125/13 125/18 126/12
 126/15 131/5 131/8 146/20
 146/22 147/11 149/9 150/6
 150/16 151/7 151/10 151/18
 152/21 167/17 167/17 185/1
February 11th [1]  167/17
February 12th [9]  146/20
 146/22 147/11 149/9 151/7
 151/10 151/18 152/21 167/17
February 16th [1]  125/18
February 23rd [2]  124/25
 125/13
February 24th [4]  121/25
 131/5 131/8 185/1
February 2nd [1]  123/12
February 5th [1]  126/15
federal [8]  1/24 57/25 63/21
 66/19 96/3 128/17 174/24
 224/24
feds [5]  11/12 11/17 63/19
 96/2 128/11
feel [1]  145/2
fell [1]  175/21
felon [2]  131/20 180/13
female [2]  180/8 183/21
festival [1]  166/2
few [4]  53/23 56/1 64/16
 123/14
fh [1]  123/1
fifteen [1]  99/21
fifteen-minute [1]  99/21
fifty [2]  20/7 20/8
figure [1]  153/15
figured [1]  222/8
file [6]  23/3 24/16 24/24
 25/5 25/22 218/12
final [1]  7/25
finally [6]  66/21 157/8 193/6

Case 1:16-cr-00267-LKG Document 1373 Filed 11/21/19 Page 239 of 265

**F**

finally... [3]  195/11 200/3
 200/14
financial [1]  117/18
find [4]  28/23 47/16 155/23
 165/19
finding [1]  66/22
findings [1]  148/9
fine [16]  7/2 15/12 83/12
 83/22 93/22 96/13 96/13 118/1
 118/2 127/20 132/18 178/21
 211/23 217/7 218/14 222/10
finger [1]  175/25
fingerprint [1]  112/3
fingerprinted [1]  112/6
fingerprints [2]  94/21 130/13
fingers [1]  31/14
finish [4]  15/13 22/15 22/16
 222/3
finished [1]  221/10
firearm [10]  35/10 35/14
 131/4 132/16 132/24 197/22
 197/25 206/5 206/6 206/11
firearms [8]  34/15 58/21
 58/23 190/10 190/15 196/1
 197/15 200/5
firing [1]  184/11
first [53]  4/5 5/11 5/18 6/21
 9/22 10/1 11/2 12/9 14/21
 34/11 35/3 42/25 43/10 55/7
 66/24 70/7 70/8 71/1 76/9
 76/18 78/6 79/11 80/18 87/20
 93/25 101/1 107/25 114/22
 122/11 122/24 125/3 125/20
 126/12 139/6 143/17 145/11
 146/11 152/9 152/15 153/7
 153/9 161/19 162/20 163/16
 191/20 194/2 194/3 196/19
 201/11 203/8 220/9 221/15
 223/14
firsthand [1]  60/5
Fish [5]  23/14 24/12 134/18
 134/21 175/3
Fish-400 [1]  23/14
fit [1]  133/5
five [7]  4/7 31/14 43/21
 90/13 196/2 201/16 222/11
flag [7]  63/18 69/16 94/5
 96/7 96/9 146/25 149/7
flashed [1]  27/20
flip [3]  135/25 150/24 223/23
floor [3]  1/24 63/25 194/23
FNU [1]  55/6
FNU LNU [1]  55/6
focus [1]  50/12
focuses [1]  187/10
fold [1]  207/22
follow [2]  56/1 56/7
followed [5]  34/18 35/4 55/24
 56/2 56/20
following [2]  7/3 121/12
follows [1]  6/12
fools [2]  7/8 7/13
footage [1]  195/22
force [2]  179/19 194/11
forced [1]  194/17
foregoing [1]  224/18
Forest [2]  49/5 108/20

Forest Park [1]  108/20
forever [1]  31/23 125/22
forget [1]  150/9
form [12]  34/4 34/16 35/2
 35/3 99/18 99/18 99/22 103/23
 104/1 104/3 108/3 116/21
format [2]  13/5 218/16
Forrest [15]  26/3 27/4 156/7
 156/11 158/3 192/4 192/7
 192/9 192/13 194/15 195/2
 195/5 199/3 200/13 200/17
Forrest's [19]  3/8 3/10 156/4
 156/8 156/13 157/2 157/21
 158/8 158/20 160/1 193/16
 193/21 200/1 202/3 204/22
 205/19 205/24 207/11 215/23
forth [4]  216/21 217/11
 219/14 221/11
forward [1]  125/8
found [9]  3/8 3/9 61/11 115/4
 119/11 156/9 166/15 183/25
 184/3
four [7]  4/7 20/7 30/1 161/22
 167/13 182/8 185/3
fourth [1]  5/23
frankly [1]  65/20
Frazier [5]  64/11 64/14 65/7
 145/21 188/13
Frazier's [1]  64/16
free [4]  12/18 88/25 96/19
 203/16
frequently [2]  135/9 189/25
Friday [15]  39/21 84/17
 175/17 175/18 175/19 175/19
 175/22 217/14 218/4 218/8
 218/21 218/23 219/10 222/24
 222/25
friend [1]  201/24
front [15]  26/24 27/20 56/18
 57/6 100/1 100/2 100/5 173/6
 194/22 196/20 198/21 199/5
 204/14 204/17 210/11
fuck [1]  11/17
fuckin' [1]  136/16
fucking [2]  136/19 136/19
full [2]  186/20 187/1
fully [1]  99/6
funds [1]  120/20
further [17]  37/2 42/17 42/19
 46/1 51/6 62/5 118/3 119/19
 154/9 154/23 178/14 184/16
 190/22 206/14 208/24 215/9
 216/12
furtherance [6]  13/1 43/3
 44/19 47/24 48/3 208/20
futon [1]  61/12

**G**

gallery [3]  94/3 160/7 223/5
games [1]  81/9
gang [5]  10/16 10/20 10/24
 11/1 12/6
garage [1]  106/20
gas [4]  48/20 48/23 48/25
 49/7
Gates [2]  11/3 11/4
gave [9]  8/19 20/8 55/13
 86/18 132/25 163/6 180/3
 181/2 214/14

gear [1]  182/3
gears [4]  22/18 32/4 121/24
 133/8
general [2]  152/12 167/19
generalization [1]  167/23
gentleman [12]  26/2 26/4 26/9
 26/11 26/22 29/8 29/8 29/12
 31/1 31/3 95/13 154/17
gentlemen [4]  93/25 128/2
 130/25 217/9
genuinely [1]  223/24
geographic [1]  189/12
gestures [1]  50/9
get [37]  5/10 8/11 8/11 14/25
 15/13 19/13 20/16 22/14 45/25
 62/14 62/19 65/8 69/14 77/17
 78/18 83/15 86/11 89/16 96/20
 100/22 106/11 123/19 124/20
 146/1 148/2 154/25 155/24
 182/23 189/4 195/7 195/8
 212/17 212/18 218/25 219/10
 219/11 221/13
gets [2]  153/18 214/1
getting [12]  8/10 43/15 44/2
 64/11 67/25 81/21 98/14
 114/12 126/1 142/1 157/15
 220/5
girl [10]  19/14 19/17 54/5
 86/12 86/21 86/22 86/25 125/4
 125/7 125/9
give [17]  7/22 108/17 109/2
 109/5 122/14 165/1 176/2
 181/2 189/12 191/24 191/25
 201/24 201/25 214/6 218/21
 221/22 221/24
given [14]  7/3 7/9 55/17 63/1
 99/15 99/17 99/18 99/21
 101/17 102/12 120/22 157/5
 181/3 220/11
gives [2]  6/5 172/23
giving [2]  102/3 224/7
Glock [1]  197/19
Glock .40-caliber [1]  197/19
gmail [2]  122/17 122/18
go [38]  4/9 5/1 6/9 6/20
 13/16 22/15 27/24 33/1 33/7
 34/3 38/8 46/10 53/9 53/14
 62/15 76/9 85/13 87/9 95/10
 118/21 122/16 133/23 146/1
 153/13 153/16 153/17 153/24
 153/25 161/19 165/25 167/2
 167/12 168/4 170/20 181/25
 189/4 207/8 216/24
God [1]  142/19
Goddamn [1]  20/15
goes [8]  4/18 5/4 12/19 56/12
 96/11 131/11 158/25 164/16
going [202]  6/16 6/20 8/16
 13/3 13/22 14/3 16/6 16/23
 17/19 18/14 18/24 19/2 19/20
 20/14 20/25 21/4 21/7 21/20
 23/2 24/15 24/20 24/23 25/4
 25/21 28/19 29/1 29/6 29/10
 29/14 29/23 30/3 30/15 30/19
 30/24 31/7 31/15 31/20 34/11
 34/25 36/8 36/9 36/14 36/20
 37/18 41/13 41/14 41/14 46/5
 46/11 46/20 47/22 53/9 54/3
 56/3 56/11 56/17 58/14 62/10

**G**

going... [144]  67/3 70/2
71/16 73/1 74/3 74/10 76/8
80/15 82/2 84/6 87/12 90/20
92/6 96/9 101/18 105/4 108/23
111/13 111/21 114/22 116/4
118/19 121/14 122/7 123/14
125/17 126/24 126/24 127/10
128/3 128/6 128/13 128/22
129/6 129/16 130/15 133/18
133/21 135/17 135/20 135/24
136/2 136/6 136/25 137/1
137/4 137/8 137/19 137/20
137/24 139/6 139/10 139/25
140/4 140/15 140/16 141/10
141/14 141/17 141/21 142/3
142/12 142/17 142/21 142/25
143/25 144/4 144/16 145/8
145/10 145/13 146/11 147/23
148/11 150/18 150/24 151/12
151/12 152/3 152/10 153/3
153/10 153/13 153/16 153/17
153/24 153/25 153/25 154/16
154/18 155/22 156/3 156/12
157/8 160/6 169/11 170/2
170/3 170/16 171/8 172/23
183/1 186/17 192/5 192/11
192/20 193/3 199/20 200/20
201/8 202/16 203/8 203/10
203/21 204/6 204/24 205/8
206/1 206/2 206/8 208/11
208/24 210/9 210/13 210/19
212/9 213/6 216/25 217/6
217/12 218/16 218/20 219/11
220/3 220/22 221/7 221/13
221/19 222/9 222/10 222/12
222/16 222/18 222/24
gone [8]  53/4 53/4 124/1
153/17 168/21 169/2 169/2
169/3
good [30]  3/3 15/25 16/1 39/9
39/10 51/11 51/12 69/22 69/23
86/16 86/18 86/20 90/9 93/19
97/4 97/5 104/9 107/21 120/6
125/4 125/6 125/8 174/7
178/19 178/20 184/23 191/14
191/15 214/1 220/14
Google [4]  163/5 172/3 172/8
172/20
Google Maps [3]  163/5 172/8
172/20
got [39]  4/10 17/14 22/10
32/19 33/9 44/10 44/13 45/6
45/15 46/6 60/23 63/19 64/3
66/17 80/22 83/8 96/2 106/19
122/16 123/9 123/12 123/21
124/17 128/12 136/16 136/22
139/18 141/25 142/16 142/18
143/25 149/16 162/7 173/17
181/8 187/2 187/9 195/11
222/14
gotta [1]  124/2
gotten [1]  219/22
government [43]  3/12 4/4 6/20
6/23 7/25 9/5 11/25 14/2 14/8
14/10 14/24 63/2 63/8 65/2
83/8 83/11 83/18 94/19 95/24
96/18 119/24 127/15 131/6

131/10 131/13 156/21 157/6
184/24 185/23 188/18 191/6
213/12 213/17 213/20 213/25
214/2 214/6 214/14 214/23
221/22 221/24 222/8 222/15
Government's [68]  4/1 4/14
15/19 21/1 21/4 23/2 24/15
24/20 24/23 25/4 25/21 28/19
30/15 34/12 34/25 36/8 36/20
101/18 101/19 104/4 109/15
109/23 114/21 119/25 121/15
122/7 130/15 133/18 134/23
135/17 150/18 151/13 152/4
152/23 153/1 156/5 185/18
191/10 191/21 192/5 192/11
192/20 193/3 193/13 196/18
199/21 200/10 200/21 200/23
201/1 201/6 201/8 201/17
202/16 203/8 203/17 204/7
204/24 205/8 206/2 206/3
206/4 206/8 217/10 217/17
219/9 219/11 224/11
Government's Exhibit [3]
109/15 133/18 206/2
Government's Exhibit 1 [1]
104/4
Government's Exhibit CELL-3
[1]  185/18
Government's Exhibit CELL-3-A
[1]  122/7
Government's Exhibit CR-3 [1]
130/15
Government's Exhibit CSLI-1
[1]  152/23
Government's Exhibit D-14 [1]
121/15
Government's Exhibit F-29 [2]
206/3 206/4
Government's Exhibit F-29-A
[1]  206/8
Government's Exhibit GP-16-A
[2]  191/21 193/13
Government's Exhibit GP-17 [2]
200/21 200/23
Government's Exhibit GP-17-A
[2]  201/8 201/17
Government's Exhibit IC-127
[1]  25/21
Government's Exhibit IC-129
[1]  25/4
Government's Exhibit IC-43 [1]
192/11
Government's Exhibit IC-46 [1]
199/21
Government's Exhibit IC-55 [1]
24/23
Government's Exhibit IC-6 [1]
23/2
Government's Exhibit IC-65 [1]
204/7
Government's Exhibit IC-84 [1]
24/15
Government's Exhibit IC-85 [1]
24/20
Government's exhibit in [1]
101/18
Government's Exhibit IND-10
[1]  21/4
Government's Exhibit IND-30
[1]  192/5

Government's Exhibit IND-39
[1]
Government's Exhibit IND-49
[1]  21/1
Government's Exhibit IND-56
[1]  134/23
Government's Exhibit IND-90
[1]  192/20
Government's Exhibit INT-1 [1]
36/8
Government's Exhibit INT-1-A
[1]  34/12
Government's Exhibit INT-1-B
[1]  34/25
Government's Exhibit INT-1-T
[1]  109/23
Government's Exhibit INT-I-A
[1]  101/19
Government's Exhibit MISC-12
[1]  150/18
Government's Exhibit MISC-12-A
[1]  151/13
Government's Exhibit MISC-13
[2]  152/4 153/1
Government's Exhibit SM-1 [1]
28/19
Government's Exhibit SM-18 [1]
30/15
Government's Exhibit SM-6 [1]
203/8
Government's Exhibit Stip 3
[1]  36/20
Government's Exhibit SW-11-A
[1]  196/18
Government's Exhibit SW-11-U
[1]  200/10
Government's Exhibit SW-11-V
[3]  201/1 201/6 204/24
Government's Exhibit SW-11-Y
[1]  202/16
Government's Exhibit SW-11-Z
[1]  205/8
Government's Exhibits [1]
114/21
GP [11]  3/7 8/17 8/19 10/2
191/21 193/13 200/21 200/23
201/8 201/11 201/17
GP-15 [2]  8/19 10/2
GP-17-A [1]  201/11
GP-18 [1]  3/7
GPS [17]  56/14 150/10 151/2
151/9 151/17 153/11 154/2
160/16 160/23 161/1 161/8
161/9 161/11 168/18 169/5
169/24 173/17
grab [3]  64/17 64/18 64/18
gram [1]  16/18
grams [4]  35/20 61/5 61/11
183/23
gravel [1]  54/5
gray [1]  98/23
great [3]  13/20 28/22 220/2
green [2]  146/15 164/12
Greer [12]  9/16 159/13 159/19
193/2 193/5 193/9 193/14
210/7 212/22 213/7 214/7
216/9
Greer's [3]  193/10 213/18
214/15

**G**

gross [1]   61/5
ground [4]   195/7 195/8 195/12
195/21
grounds [1]   41/15
group [10]   52/21 179/2 179/3
179/5 179/6 179/8 179/16
179/20 179/22 181/18
guess [9]   4/5 29/20 82/1 96/9
96/15 108/23 116/18 156/23
221/4
guilty [3]   6/24 61/17 130/8
gun [14]   33/22 33/23 35/21
105/2 112/3 112/5 112/8
125/23 158/7 158/9 159/17
159/20 160/2 206/22
guns [10]   145/5 157/24 158/6
182/9 188/3 188/25 190/2
207/4 207/4 215/3
Gutta [3]   23/21 38/18 143/19
Gutta Almighty [1]   38/18
Gutta's [1]   201/24
guys [4]   44/2 182/6 182/8
190/1
Gwynn [10]   40/1 42/13 43/22
43/25 48/19 49/6 67/21 118/13
119/1 135/16
Gwynn Oak [8]   40/1 42/13
43/22 43/25 48/19 49/6 118/13
119/1
Gwynn Oak/Liberty [1]   135/16

**H**

had [92]   14/10 22/13 22/14
33/21 33/23 35/10 51/2 51/23
52/3 52/11 56/7 58/13 66/22
70/16 70/18 70/21 71/10 72/1
72/16 72/20 73/20 75/24 76/2
77/24 87/5 87/9 88/10 88/16
88/21 89/5 90/15 92/22 93/3
93/13 94/17 97/9 97/9 97/15
97/15 97/19 97/25 98/1 98/12
98/16 99/21 100/13 101/11
101/13 102/15 103/3 103/4
103/7 103/8 104/22 105/1
105/5 106/4 106/18 110/7
111/11 111/11 131/1 131/8
132/11 135/7 135/7 147/13
154/21 156/19 161/10 179/18
179/22 179/23 180/5 180/10
180/23 181/20 181/24 182/19
184/1 184/3 184/7 184/13
188/2 188/8 194/14 194/14
194/15 199/16 199/17 213/23
219/1
hadn't [1]   186/23
hair [1]   68/20
half [3]   107/19 107/21 124/20
halfway [1]   136/3
hand [9]   3/16 10/21 27/2
31/14 31/18 50/9 50/21 121/9
153/3
hand-off [1]   121/9
handcuffed [3]   87/23 88/14
99/25
handcuffs [2]   32/22 195/12
handed [3]   8/17 181/1 183/22
handgun [10]   94/24 130/6

handing [17]   4/3 15/15 36/10
40/15 80/3 82/12 109/25
112/24 121/16 128/8 128/14
148/12 153/2 171/5 200/22
206/3 208/5
handler [3]   179/20 179/21
180/14
handlers [1]   42/9
hands [4]   31/13 31/18 123/10
195/8
handwriting [1]   66/11
handwritten [2]   15/3 65/22
hang [1]   129/25
happened [14]   32/19 69/9
181/5 182/14 182/14 182/18
182/18 183/8 183/12 193/20
195/6 195/10 202/7 214/12
happening [2]   166/1 166/2
happens [2]   13/18 213/14
happy [4]   3/21 7/22 10/5 12/7
hard [6]   60/7 73/25 150/25
169/8 194/4 221/6
harder [1]   7/15
harm [2]   91/7 91/7
Harris [6]   41/7 41/23 42/20
43/14 43/19 44/9
Harry [1]   2/7
Harry Trainor [1]   2/7
has [65]   3/12 7/3 9/13 11/5
11/9 11/24 13/19 13/20 13/25
25/11 30/1 43/6 43/18 44/23
44/24 45/8 45/11 46/24 47/7
47/7 47/10 47/10 48/13 48/17
62/2 64/12 64/21 65/2 68/22
75/17 93/15 94/10 102/9
117/11 118/24 122/8 131/6
133/19 135/18 151/23 151/24
155/15 156/14 157/3 157/3
157/11 158/3 158/4 158/16
170/13 171/23 175/11 176/9
176/14 176/18 191/20 203/9
207/21 211/19 211/21 212/3
220/20 222/8 223/14 223/17
hasn't [1]   43/13
hat [5]   26/3 27/4 29/12 31/1
31/9
hats [2]   84/24 85/2
have [191]   3/23 3/24 4/5 4/11
4/17 4/19 8/13 9/2 9/23 10/19
11/13 11/16 13/1 14/1 14/12
14/13 15/4 15/5 16/4 19/17
34/5 37/1 37/2 37/25 38/16
39/3 40/6 40/21 43/22 45/3
45/4 46/6 46/14 49/1 49/2
49/6 49/14 49/20 49/23 49/25
50/5 50/6 50/8 50/10 50/21
50/25 51/14 51/21 52/19 52/20
53/3 53/24 54/7 55/4 55/17
55/17 55/18 60/5 64/13 64/22
66/4 66/8 66/19 67/9 67/11
67/14 69/24 70/4 73/17 73/18
74/10 74/11 83/10 85/8 90/5
94/4 94/9 94/17 94/18 95/1
95/5 95/7 95/7 96/8 96/16
99/20 101/9 102/4 102/10
102/15 102/24 102/25 103/4
103/7 103/8 103/10 103/11

103/21 104/8 106/8 112/2
112/4 112/4 112/5 112/8
113/14 115/13 116/21 118/3
118/25 119/1 119/4 119/7
119/7 119/8 119/10 119/19
120/18 124/13 131/13 135/12
144/11 146/5 146/7 147/13
147/17 149/12 153/16 154/6
154/9 154/18 154/21 155/8
155/16 155/20 155/24 156/7
156/15 157/17 159/4 165/4
165/22 166/3 168/1 168/14
168/17 168/19 168/21 168/24
169/2 169/2 169/3 169/13
170/18 170/24 173/6 174/1
177/7 177/17 177/19 178/7
181/14 182/2 182/24 182/25
183/2 183/3 183/6 183/13
183/17 185/16 187/14 190/10
193/7 202/25 206/14 209/15
212/3 214/18 218/5 219/6
219/8 219/15 219/23 220/22
221/12 222/3 223/4 223/21
223/23 224/1
haven't [9]   50/14 63/2 84/19
154/23 162/1 176/10 186/20
219/1 219/21
having [11]   48/15 50/3 56/10
77/11 80/8 82/19 87/13 98/12
110/16 175/3 220/6
Hazlehurst [9]   2/9 14/20
62/25 94/8 94/16 95/22 118/5
184/17 219/7
he [269]
he'll [1]   58/18
he's [32]   5/2 5/3 5/24 6/7
7/14 7/14 7/15 10/12 12/13
12/14 25/10 25/14 25/19 31/19
43/25 47/16 58/18 70/22 75/8
91/10 102/8 102/21 108/14
116/18 131/20 157/16 159/15
160/2 177/13 183/4 211/1
211/20
head [1]   197/22
headboard [1]   197/16
headings [1]   169/18
headphones [3]   74/12 75/3
81/5
hear [60]   4/4 16/16 17/13
17/16 18/3 18/8 18/21 18/24
19/13 20/2 20/6 20/15 21/16
22/5 22/6 22/9 22/11 22/13
25/13 25/15 54/4 57/10 73/25
74/6 74/15 74/15 74/24 75/9
75/21 76/6 79/5 81/22 86/10
134/11 134/18 136/12 136/15
136/18 136/21 137/16 138/8
138/16 139/17 139/20 140/11
140/23 140/23 141/1 141/21
141/25 142/7 142/16 143/9
143/14 143/17 144/22 144/25
145/22 145/25 183/2
heard [24]   9/15 19/6 54/21
63/2 70/4 72/1 74/25 74/25
76/25 77/3 80/14 81/15 83/19
86/25 95/2 95/5 106/1 108/13
163/20 188/3 211/16 211/20
222/7 222/12
hearing [4]   75/2 75/3 90/4

# H

hearing... [1]  90/6
hearsay [12]  33/25 41/15
42/16 57/8 58/16 67/6 67/9
67/15 67/17 67/25 68/9 68/13
heart [5]  9/11 9/12 9/19
10/10 10/10
heartbeat [3]  10/12 12/15
13/6
Heights [3]  49/4 118/14 119/2
held [1]  194/22
hell [1]  86/14
Hello [2]  206/20 206/21
help [2]  35/20 38/2
helpful [4]  63/16 155/7
222/19 222/20
her [9]  180/14 180/14 180/15
180/15 180/17 180/19 180/22
181/1 181/2
here [122]  10/7 14/11 24/17
24/21 24/25 25/15 26/15 26/19
27/12 27/14 28/7 28/11 28/13
28/20 29/2 29/4 29/6 29/16
29/24 30/16 30/25 31/7 31/8
31/16 31/25 34/13 35/1 38/9
39/18 39/18 40/22 43/7 66/6
72/10 72/22 76/15 80/4 92/14
93/16 104/14 104/14 123/6
124/9 124/25 126/2 126/8
126/22 126/25 128/23 129/11
129/20 129/25 129/25 130/3
130/16 138/17 140/24 144/1
144/20 146/13 146/25 147/3
147/10 150/21 150/24 150/25
151/4 151/16 151/19 151/20
151/22 152/5 153/4 153/24
162/7 162/11 162/21 164/9
164/11 164/15 167/2 168/8
170/7 170/17 170/22 173/8
173/19 174/17 187/21 188/19
189/22 190/3 192/12 192/21
196/19 196/23 197/1 197/6
197/11 197/14 197/18 198/3
198/9 199/2 199/4 199/8
199/12 199/22 200/4 200/11
201/9 201/18 202/17 203/19
204/8 205/9 206/9 207/22
212/16 217/19 221/1 222/24
hereby [1]  224/17
Heroes [1]  26/16
heroin [9]  35/16 35/18 35/19
42/14 53/24 54/2 61/6 61/11
124/14
hers [2]  35/12 104/19
herself [1]  87/8
Hi [1]  120/7
hiding [5]  91/10 188/3 188/8
188/25 189/10
higher [1]  144/25
highlight [1]  123/14
highlighted [4]  3/23 7/20
12/9 188/19
highlights [1]  32/2
highly [1]  12/12
Hill [6]  153/10 162/11 162/15
162/21 164/9 184/4
him [123]  4/14 4/18 5/3 5/4
5/25 6/4 6/4 6/15 6/16 6/19

7/16 22/11 22/13 25/13 26/24
27/11 27/17 33/1 33/1 33/5
33/3 33/7 33/15 34/9 42/5
43/4 44/7 51/2 51/3 56/1 56/2
56/3 56/7 56/7 56/7 56/14
56/17 56/18 56/20 56/21 64/15
67/20 67/25 69/7 70/16 70/18
70/21 71/1 72/8 83/12 87/20
88/11 88/23 89/9 89/10 89/10
89/17 89/19 90/20 90/24 90/24
91/1 91/7 91/21 92/16 92/24
92/25 93/3 93/4 93/6 93/6
93/9 93/10 93/11 93/13 94/19
97/12 99/10 99/11 99/12 99/13
102/10 102/20 103/4 103/15
104/24 106/23 108/2 108/7
108/13 110/6 114/6 127/19
127/21 135/13 137/12 141/1
143/17 156/15 157/16 157/17
159/14 159/20 161/13 170/13
179/23 180/3 181/25 182/2
182/20 183/17 183/18 184/11
184/13 191/24 191/25 195/7
195/12 199/6 199/6 202/1
202/1
himself [5]  10/20 89/4 97/6
107/10 107/20
hip [1]  11/4
hip-hop/rap [1]  11/4
his [118]  5/4 6/1 6/3 6/7
6/15 10/21 10/23 10/23 11/10
12/13 25/12 27/2 31/5 31/18
33/10 33/11 33/13 33/14 33/21
34/8 34/19 35/6 37/1 41/25
45/9 47/7 47/14 53/3 56/9
56/13 56/14 56/16 56/17 56/21
56/22 57/4 58/10 59/5 60/11
60/12 60/12 67/3 70/8 70/14
70/20 71/3 78/13 82/25 87/21
88/18 88/25 89/1 89/3 90/24
91/2 91/16 91/19 91/20 91/25
92/21 92/22 93/2 93/6 93/9
93/10 93/11 93/12 94/22 97/7
97/10 98/25 99/2 99/4 99/5
99/11 99/17 100/2 100/5
101/11 101/17 102/12 102/17
104/22 104/24 105/2 105/4
105/5 105/10 105/17 105/20
105/24 106/17 108/20 110/23
111/5 115/24 135/9 135/10
135/10 135/10 136/10 136/19
137/14 137/17 137/17 141/23
157/14 157/14 158/15 161/11
178/5 179/19 179/21 184/25
203/13 210/8 213/2 213/19
hit [5]  5/6 157/22 158/11
159/22 160/3
hit letter [5]  5/6 157/22
158/11 159/22 160/3
hits [1]  151/17
Hoffman [4]  1/15 15/22 95/23
154/16
Hold [1]  124/2
holding [4]  31/14 157/10
195/3 204/3
holla [1]  18/25
Hollywood [10]  4/21 5/2 26/4
27/5 159/22 191/23 191/25
192/3 192/7 201/23

home [7]  3/18 56/13 56/16
56/17 86/21 57/4 60/12
homicide [1]  65/17
Homie [6]  64/3 157/4 160/2
202/15 202/19 204/21
honestly [2]  161/7 165/1
Honor [95]  3/7 4/12 5/16 7/4
7/19 11/2 11/16 11/20 13/23
14/21 14/23 27/15 39/6 40/11
41/13 41/20 42/7 42/10 42/18
43/1 43/13 44/14 44/18 44/24
45/7 45/9 45/15 46/3 46/9
46/11 46/14 46/17 46/22 47/19
48/4 48/9 51/7 58/14 64/25
65/20 66/16 67/12 69/15 79/8
94/4 94/12 94/14 94/17 95/2
95/9 95/15 95/21 96/18 97/2
116/4 118/3 118/6 119/23
127/2 127/15 131/14 132/7
132/18 155/5 156/2 157/20
160/13 170/25 174/4 174/15
178/14 178/16 184/18 190/22
191/6 207/24 208/6 211/4
214/20 215/9 215/13 215/15
216/4 216/11 217/4 218/12
218/19 218/20 218/25 220/15
220/16 221/2 221/15 222/14
224/4
Honor's [1]  7/11
HONORABLE [1]  1/11
hood [3]  27/3 31/11 179/19
hop [1]  11/4
hope [1]  57/17 105/20 222/6
hopefully [1]  101/20
Horrible [1]  150/1
hour [12]  106/17 106/19
106/21 106/25 107/6 107/8
107/19 107/21 148/21 149/24
165/6 167/19
hours [5]  85/6 149/2 150/3
151/6 151/10
house [22]  32/25 33/16 33/22
57/7 57/14 57/15 57/18 58/13
58/21 61/25 88/25 89/1 90/25
111/7 156/4 157/21 157/24
176/23 195/23 200/1 207/11
215/23
Houston [1]  150/13
how [51]  7/7 35/18 35/18 44/4
49/12 51/13 64/7 67/20 68/10
83/15 102/10 102/15 102/23
106/15 107/19 111/17 111/25
111/25 113/3 124/4 124/10
147/15 148/7 148/15 148/18
148/25 149/1 149/18 149/21
149/25 150/2 158/21 161/8
161/8 164/3 164/20 165/2
171/24 178/19 178/20 186/9
193/10 194/2 194/10 201/23
202/23 205/16 212/17 212/18
221/7 222/9
however [1]  221/25
huh [6]  80/5 98/7 167/3
184/21 188/6 214/13
human [1]  177/6
Hustler [1]  177/1
hydraulic [1]  61/14
hydraulic press [1]  61/14

**I**
I'll [22]  7/22 36/21 39/18
 40/23 44/7 46/3 46/11 72/5
 75/5 76/8 85/13 86/1 123/6
 124/3 161/24 168/4 211/9
 212/9 216/24 218/9 219/1
 223/13
I'm [229]
I'ma [1]  141/22
I've [14]  3/19 11/20 14/2
 25/1 37/24 66/22 69/7 73/9
 82/10 95/21 95/22 123/25
 143/25 187/2
IC [14]  23/2 24/15 24/20
 24/23 25/4 25/21 114/21
 192/11 199/21 203/18 203/23
 204/2 204/7 204/15
IC-129 [1]  114/21
IC-66 [2]  203/23 204/15
IC-67 [1]  204/2
iCloud [18]  22/21 22/23 23/3
 24/16 24/24 25/5 25/23 59/9
 59/17 115/2 115/8 122/19
 158/17 158/24 158/24 199/24
 203/18 203/23
iCloud account [12]  22/21
 22/23 23/3 24/16 24/24 25/5
 59/17 115/2 122/19 199/24
 203/18 203/23
iCloud exhibit [1]  158/24
iCloud.com [1]  23/22
ID [4]  7/20 208/13 208/15
 208/17
idea [5]  4/16 154/6 168/18
 182/25 219/15
identification [9]  52/24 53/5
 70/20 71/2 82/2 112/18 155/1
 155/2 208/3
identified [52]  23/3 24/16
 24/24 25/5 25/22 52/25 53/1
 70/4 70/8 70/9 71/12 71/18
 72/7 72/11 73/2 73/12 76/15
 76/16 77/13 77/14 77/24 78/16
 81/1 81/20 84/15 84/15 84/23
 85/5 85/16 86/9 86/13 87/5
 87/5 91/2 98/2 122/8 122/9
 133/19 135/18 156/14 158/3
 158/21 158/23 159/13 159/13
 159/17 159/18 159/20 188/15
 188/17 204/3 204/21
identify [8]  53/3 55/6 71/1
 158/14 189/15 189/17 189/19
 199/14
identity [1]  157/9
IG [1]  123/1
ignore [3]  27/24 128/2 195/9
III [1]  52/3
image [1]  126/19
images [2]  126/17 126/22
immediate [2]  8/12 193/14
immediately [5]  8/10 34/5
 79/13 194/21 194/22
impact [1]  9/3
implicated [1]  184/9
implying [1]  186/23
important [2]  5/9 6/11
imprint [1]  98/10
imprisonment [2]  36/25 132/9

improper [1]  6/25
inadmissible [1]  63/15
inaudible [1]  142/18
incarcerated [5]  72/20 72/23
 139/1 141/7 213/8
incident [1]  159/3
incidents [2]  30/8 118/25
included [1]  214/23
includes [1]  132/23
including [5]  51/24 60/14
 159/3 171/11 223/3
incoming [2]  123/17 123/23
inconsistent [1]  83/20
incorporate [1]  218/16
IND [7]  21/1 21/4 134/23
 155/18 192/5 192/20 193/3
IND-1 [1]  155/18
indeed [1]  157/6
INDEX [1]  224/11
indicate [4]  65/13 157/11
 159/10 209/18
indicated [8]  33/12 33/14
 33/20 146/25 155/7 196/10
 210/7 217/20
indicating [52]  24/18 24/19
 24/19 24/22 24/22 25/2 25/3
 29/4 29/13 31/2 31/4 31/6
 31/10 31/12 80/4 110/11
 110/13 129/12 129/18 129/20
 130/1 130/9 147/23 151/22
 153/12 153/14 162/12 162/16
 163/19 164/9 164/11 164/25
 168/8 168/22 169/18 169/24
 170/8 170/12 170/18 170/23
 171/9 171/20 172/14 173/2
 173/10 173/19 175/25 191/22
 203/13 207/16 212/14 223/7
indication [2]  165/19 202/23
indicted [1]  126/13
indictment [6]  11/11 14/3
 63/22 66/10 96/3 128/17
indirect [1]  64/12
individual [10]  116/16 116/19
 161/1 203/12 203/13 204/3
 204/10 205/11 213/13 216/2
individuals [2]  115/10 223/15
indulgence [6]  90/2 93/21
 109/13 109/16 116/2 116/24
inference [1]  158/19
inform [1]  50/2
informant [9]  120/16 120/17
 121/6 121/7 179/15 179/22
 180/4 181/20 184/14
informants [2]  52/1 180/5
information [12]  11/9 30/21
 39/12 49/10 49/15 56/19 97/22
 98/13 102/9 115/13 157/16
 213/21
informed [3]  102/8 105/14
 105/15
informs [1]  5/5
initial [1]  53/1
initialed [2]  34/19 35/5
initially [1]  99/17
initials [1]  35/6
inmate [2]  137/9 143/7
inoculate [1]  12/4
inside [7]  61/5 61/12 194/20
 195/22 196/11 198/5 200/25

Instagram [5]  30/17 37/21
 59/8 205/3 203/22
instance [6]  9/9 12/10 64/14
 168/21 213/18 214/7
instead [1]  220/23
instruct [2]  94/14 95/12
instructed [1]  84/24
instructing [1]  133/3
instruction [2]  132/17 132/25
instructions [5]  218/6 219/9
 221/11 221/12 222/16
instructs [1]  221/15
INT [6]  34/12 34/25 36/8
 101/19 104/5 109/23
INT-I-B [1]  104/5
intend [3]  27/19 157/20
 158/15
intended [1]  12/23
intending [1]  63/17
intends [2]  14/8 94/19
intent [3]  5/1 5/4 69/10
intention [2]  94/21 105/5
interaction [1]  100/18
intercept [4]  16/20 18/11
 133/15 135/1
intercepted [2]  16/3 133/20
interested [3]  51/3 62/23
 80/11
interior [1]  197/2
Internet [1]  11/5
interpret [2]  54/7 55/13
interpretation [4]  54/25
 55/16 66/25 74/6
interpretations [1]  64/10
interpreted [2]  54/18 213/22
interrupt [1]  9/4
interview [26]  36/2 36/4 36/6
 36/12 36/16 99/9 103/10
 103/13 105/25 106/2 107/3
 107/7 107/9 107/10 107/14
 107/20 107/22 108/1 108/10
 108/17 110/4 110/21 110/25
 111/4 111/5 111/7
interviewed [6]  70/16 87/13
 100/16 105/12 107/25 119/8
interviewing [1]  103/4
intimidate [1]  13/12
introduce [6]  8/7 66/19 94/20
 116/4 157/20 158/13
introduced [3]  96/5 131/10
 175/11
introducing [2]  95/25 208/21
investigate [1]  174/25
investigated [2]  30/8 47/16
investigating [4]  19/16 20/18
 144/10 146/6
investigation [47]  20/10
 22/20 23/24 24/2 50/12 51/14
 53/3 55/15 59/8 77/25 116/22
 118/21 118/23 119/6 120/9
 120/11 120/12 133/9 134/13
 134/20 138/11 138/20 139/1
 139/23 141/8 142/9 143/12
 143/22 145/5 146/5 158/15
 159/2 176/18 176/22 178/25
 192/3 192/8 192/15 192/23
 193/8 199/18 202/11 203/2
 203/5 205/5 207/1 212/23
investigations [1]  20/20

Case 1:16-cr-00267-LKG   Document 1373   Filed 11/21/19   Page 244 of 265

**I**

investigative [2]   51/23 121/1
investigator [2]   54/18 55/19
investigators [1]   51/25
involve [1]   120/11
involved [19]   40/3 40/19 41/3
 41/6 43/7 43/22 51/14 60/23
 64/13 64/21 64/23 133/10
 146/6 174/22 179/11 188/8
 188/13 188/25 189/9
involves [1]   44/15
involving [3]   135/1 159/1
 178/2
iPhone [1]   113/4
irrelevant [2]   6/3 6/5
is [430]
ish [2]   102/22 147/23
issue [10]   10/6 45/6 45/17
 46/9 66/19 67/4 94/4 131/1
 176/8 182/7
issues [7]   3/4 49/23 50/3
 50/5 155/21 156/1 220/3
it [392]
it's [167]   4/2 6/3 6/6 6/14
 6/17 7/3 7/15 7/15 7/16 10/17
 11/12 11/14 12/3 12/13 12/17
 12/18 12/21 12/25 13/1 13/5
 17/20 19/3 19/19 20/22 21/21
 25/1 29/3 29/25 33/25 34/14
 35/11 35/12 36/12 38/18 39/21
 40/6 40/18 42/1 42/3 42/12
 42/17 42/21 44/2 44/7 44/17
 45/13 47/5 47/9 47/14 48/3
 48/25 53/17 60/7 62/8 64/9
 64/10 64/18 65/25 66/11 66/25
 67/7 67/16 69/3 69/6 71/16
 72/10 73/25 74/6 76/6 80/15
 82/23 83/1 83/12 83/17 83/22
 94/24 95/24 104/20 109/12
 110/4 110/10 120/16 120/17
 123/10 123/21 128/25 129/13
 129/19 129/23 130/2 130/6
 130/11 131/3 131/3 131/11
 135/23 136/2 137/3 137/10
 138/4 139/9 139/24 140/3
 141/13 141/20 142/22 144/1
 144/9 144/15 145/12 147/20
 147/23 148/24 149/3 149/4
 149/6 150/9 150/24 151/21
 153/13 153/16 153/17 153/22
 153/24 153/25 158/1 158/12
 163/14 164/12 170/2 171/4
 172/2 173/1 173/11 173/22
 175/19 176/3 176/11 182/5
 182/5 188/18 190/20 194/3
 197/25 200/24 203/20 205/11
 207/22 208/12 209/9 209/11
 209/11 211/10 211/19 218/4
 219/14 220/8 220/11 221/6
 221/19 222/12 223/14
item [1]   162/3
items [3]   91/16 196/14 197/7
its [6]   7/25 66/24 162/23
 185/21 187/14 206/11
itself [1]   7/12

**J**

J-11 [1]   139/25

J-25 [1]   141/13
J-28 [1]   142/21
J-32 [1]   137/1
J-33-T [1]   212/2
J-39 [1]   140/15
J-46 [1]   144/1
J-6 [2]   145/8 188/11
J-65 [3]   14/6 14/16 14/17
J-9 [1]   139/7
jacket [2]   26/24 31/3
Jackson [2]   33/6 36/5
Jacob [2]   18/2 133/12
Jacob Bowling [2]   18/2 133/12
jail [30]   4/17 9/7 72/17
 135/7 135/18 135/19 135/21
 136/25 137/1 138/25 141/6
 141/11 143/21 143/23 145/4
 177/13 177/14 177/17 177/23
 188/3 188/8 189/24 191/18
 196/3 196/3 200/16 209/22
 210/9 210/16 211/10
jail call [5]   135/21 136/25
 137/1 141/11 210/16
Jail Call 33-T [1]   210/9
jail calls [12]   135/7 138/25
 141/6 143/21 145/4 177/13
 177/14 177/23 188/3 188/8
 189/24 211/10
JAIL-1 [1]   135/18
Jamal [27]   2/6 16/3 16/15
 16/20 16/21 17/12 18/2 18/12
 18/20 19/12 20/2 21/15 22/4
 24/1 24/10 24/19 26/10 31/11
 52/6 62/1 121/2 121/20 133/10
 133/12 133/20 138/24 181/15
Jamal Lockley [21]   2/6 16/15
 16/21 17/12 18/2 18/12 18/20
 19/12 20/2 21/15 22/4 24/1
 24/10 24/19 31/11 52/6 121/2
 121/20 133/12 138/24 181/15
Jamal Lockley's [2]   16/3
 16/20
Jamar [1]   61/9
James [2]   146/8 218/16
James Edwards [1]   146/8
January [3]   30/9 35/17 35/19
January 26th [1]   30/9
Jay [12]   9/16 159/13 159/19
 193/2 193/5 193/9 193/14
 210/7 212/22 213/18 214/7
 214/15
Jay Greer [10]   9/16 159/13
 159/19 193/2 193/5 193/9
 193/14 210/7 212/22 214/7
Jay Greer's [2]   213/18 214/15
jean [1]   204/18
Jean's [1]   177/1
jean-material [1]   204/18
Jeffries [5]   20/13 21/3 78/1
 78/7 78/8
Jen [1]   78/5
Jencks [1]   45/9
Jenkins [1]   133/12
jewelry [1]   25/12
Jimmy [4]   64/17 64/18 65/4
 65/8
Jimmy Macks [4]   64/17 64/18
 65/4 65/8
job [3]   56/3 56/10 182/4

John [1]   5/12
Johnson [7]   29/7 64/1 64/6
 64/8 64/11 65/16 138/15
joints [1]   144/11
Jones [8]   27/2 37/17 59/15
 141/20 141/21 143/6 143/8
 143/14
Jones' [2]   37/16 38/24
JUDGE [2]   1/11 223/6
Judge Blake [1]   223/6
July [11]   39/17 39/21 60/20
 72/20 72/20 133/25 175/7
 175/17 175/18 175/20 175/21
July 1st [1]   72/20
July 20th [1]   60/20
July 24th [5]   39/17 39/21
 175/17 175/18 175/20
July 25th [1]   175/7
July 28th [1]   133/25
July 5th [1]   72/20
jump [1]   73/1
jumping [2]   169/23 212/12
June [1]   39/24
June 13th [1]   39/24
juror [2]   68/23 224/7
jurors [4]   62/14 68/19 220/20
 220/22
jury [51]   1/11 3/5 6/25 8/11
 15/13 15/16 27/20 37/8 61/21
 62/10 62/11 62/22 69/2 69/14
 69/15 69/17 93/25 94/1 94/8
 94/15 95/8 95/12 95/20 96/5
 96/11 96/21 96/22 127/11
 127/24 154/12 154/13 155/3
 155/7 155/11 155/15 155/25
 158/18 160/10 160/11 178/10
 211/16 216/25 217/3 217/5
 217/25 218/6 219/9 220/25
 221/15 222/15 223/4
jury's [1]   95/2
just [132]   3/16 5/14 6/18 7/2
 7/15 7/19 7/25 9/4 9/14 11/12
 11/14 11/18 12/8 12/12 13/7
 13/17 13/18 16/15 17/6 19/6
 24/3 27/17 28/1 30/5 39/21
 44/5 45/25 46/20 47/4 47/12
 47/13 47/22 49/1 52/21 53/8
 53/8 54/21 54/23 55/1 55/5
 57/13 62/24 63/14 63/17 70/21
 79/21 79/23 80/2 81/17 82/11
 82/24 83/23 83/25 86/19 89/3
 89/5 91/6 95/4 95/6 95/12
 96/9 96/10 96/16 102/18
 103/24 108/3 118/9 120/14
 123/14 123/18 124/2 125/13
 125/17 125/20 127/1 127/20
 128/2 128/3 128/9 128/15
 129/11 130/18 131/15 131/22
 132/22 132/25 133/2 140/24
 141/21 142/3 143/25 148/5
 153/6 155/8 155/14 155/17
 157/10 159/21 160/2 162/14
 163/5 164/12 166/21 167/22
 169/23 172/23 191/22 198/8
 198/14 200/5 202/18 202/20
 203/14 205/17 207/3 210/13
 211/21 212/9 213/6 214/20
 215/1 215/15 215/19 218/13
 218/21 219/1 220/2 220/7

**J**

just... [4]   221/23 223/6
 223/18 224/2
Justice [2]   34/14 35/2

**K**

K9 [4]   100/13 100/15 100/18
 196/9
Kameron [3]   61/9 61/10 61/24
Kameron Jamar Wilson [1]   61/9
Kameron Wilson [1]   61/10
Kameron's [1]   61/11
Kane [3]   24/12 134/22 134/25
Karen [1]   61/9
Karen Stinson [1]   61/9
keep [6]   27/13 27/25 46/15
 46/16 72/12 217/18
keeps [3]   136/18 137/16
 137/17
Kelvin [2]   33/6 36/5
Kelvin Jackson [1]   33/6 36/5
kept [2]   109/8 194/25
Kevin [19]   3/8 3/10 11/3 11/4
 26/3 27/4 156/4 156/7 156/8
 156/11 156/13 157/2 157/21
 192/4 192/7 192/13 193/16
 193/21 200/17
Kevin Forrest [7]   26/3 27/4
 156/7 156/11 192/4 192/7
 192/13
Kevin Forrest's [9]   3/8 3/10
 156/4 156/8 156/13 157/2
 157/21 193/16 193/21
Kevin Gates [2]   11/3 11/4
key [1]   43/17
kickin' [1]   63/24
kids [2]   178/5 178/7
kill [1]   6/18
killed [6]   4/10 4/10 163/23
 165/14 165/22 166/4
kilo [3]   58/11 61/15 61/15
kilo press [1]   58/11
kind [12]   117/11 117/15 150/6
 152/7 153/3 153/9 153/13
 159/21 182/23 206/6 213/6
 213/18
kinds [1]   177/21
knees [1]   68/22
knew [1]   104/24
knock [2]   194/3 194/4
knocked [2]   32/20 194/12
knockers [1]   145/22
know [98]   4/12 6/15 7/8 8/8
 11/12 13/18 18/21 27/13 35/12
 38/23 41/14 44/4 44/24 45/18
 47/6 47/8 47/19 48/6 57/1
 57/18 58/18 59/5 59/20 59/23
 61/17 62/21 63/7 65/25 66/3
 66/4 67/11 69/1 69/4 69/15
 71/4 73/10 77/12 78/11 83/4
 83/10 83/13 85/21 88/9 93/15
 101/12 101/15 104/16 109/4
 109/7 109/8 111/18 111/25
 112/1 113/11 115/16 115/18
 115/19 115/23 116/16 116/19
 120/22 123/19 145/2 145/16
 145/16 146/2 157/5 161/8
 163/15 164/22 164/24 167/13

**L**

labeled [5]   53/13 125/14
 126/8 126/17 185/17
laboratory [1]   121/21
ladies [4]   93/25 128/2 130/25
 217/9
lady [2]   183/20 183/22
Lafayette [13]   153/18 153/20
 153/25 154/1 162/24 163/1
 168/11 168/24 171/25 172/4
 172/11 173/21 173/22
laid [1]   198/14
Lamar [1]   26/23
Lamar Stevens [1]   26/23
land [1]   223/10
language [1]   12/15
Lanvale [5]   193/23 195/22
 196/21 200/13 200/17
large [2]   52/21 75/3
largest [1]   60/19
Lashley [14]   21/15 21/16 24/8
 24/22 27/1 53/13 138/4 138/6
 138/8 138/16 141/20 141/25
 142/16 143/6
last [31]   3/7 3/18 14/2 16/17
 21/21 22/15 30/5 35/16 52/9
 53/4 55/7 68/23 85/25 123/18
 123/23 125/8 125/13 145/9
 151/22 151/23 151/23 152/18
 154/3 154/17 161/22 163/13
 164/1 169/22 173/11 173/17
 203/14
late [3]   14/22 149/3 191/16
lately [2]   17/17 81/3
later [13]   18/25 44/25 63/5
 79/19 86/15 92/11 144/17
 152/10 152/10 183/25 196/9
 205/22 215/24
latitude [1]   151/25 162/20
 163/6 169/24 170/22
Lauren [1]   1/15
Lauren Perry [1]   1/15
law [10]   56/24 57/25 97/16
 97/20 102/11 103/24 114/5
 121/4 174/25 184/4
law enforcement [8]   56/24
 97/16 97/20 102/11 103/24
 114/5 121/4 184/4
law enforcements [1]   174/25
lawyer [4]   102/24 102/25
 103/1 140/13
lay [1]   63/24
layer [1]   44/21
Laying [1]   63/24

**leading [1]**   111/15
learn [3]   147/6 150/5 150/8
learned [6]   11/5 19/17 124/13
 144/11 157/22 161/10
learning [1]   193/12
least [13]   27/24 89/23 90/13
 97/22 99/20 104/9 106/21
 107/18 185/17 186/5 222/1
 222/2 222/6
leave [3]   6/23 7/1 217/19
Lee [19]   41/7 41/23 41/23
 42/6 42/20 43/5 43/14 43/19
 44/9 44/19 45/11 45/12 45/13
 45/22 46/7 67/2 67/7 67/7
 67/16
Lee's [1]   68/13
left [25]   1/6 2 26/4 26/11
 27/3 29/12 29/25 31/1 31/9
 54/13 62/11 94/1 97/6 106/17
 107/3 146/16 149/17 154/13
 155/23 172/10 192/13 203/13
 204/2 204/6 204/8 204/12
legends [1]   38/11
length [1]   189/23
less [2]   73/22 167/20
let [38]   4/4 8/8 9/4 27/24
 38/2 38/8 42/4 73/6 73/7
 74/11 75/12 75/12 77/17 79/6
 79/6 103/3 104/15 106/20
 123/18 129/9 130/25 153/19
 153/22 154/12 161/19 164/7
 166/21 167/1 167/22 171/14
 172/5 172/10 187/2 208/2
 210/1 217/5 218/3 218/5
let's [7]   4/6 71/14 74/14
 81/11 160/7 170/20 217/1
letter [36]   3/8 3/19 4/20
 4/23 5/2 5/5 5/6 5/10 156/6
 156/8 157/22 158/5 158/10
 158/11 159/22 160/3 191/23
 201/5 201/20 201/21 205/1
 205/16 208/4 208/11 208/19
 208/21 208/23 208/25 209/1
 209/3 209/3 209/11 209/19
 209/25 210/2 210/5
letters [3]   125/22 196/3
 207/10
Liberty [4]   49/4 118/14 119/2
 135/16
Liberty Heights [3]   49/4
 118/14 119/2
lied [1]   184/3
lieu [1]   94/20
life [1]   9/18
light [2]   204/13 204/18
light-/medium-red [1]   204/18
lightning [1]   98/6
lightning bolt [1]   98/6
like [50]   3/24 11/10 15/5
 16/18 23/20 30/5 33/17 39/1
 50/14 50/15 54/4 54/6 54/13
 69/24 72/24 74/2 79/8 79/25
 81/23 82/1 82/10 89/12 96/25
 98/4 98/23 107/1 109/22 110/1
 110/7 112/17 112/23 116/1
 117/22 120/19 142/16 143/19
 148/22 148/23 152/7 153/10
 164/24 169/13 172/3 176/3
 207/3 207/22 213/7 219/24

**L**

like... [2]   223/24 224/2
likely [2]   66/12 68/12
limine [1]   15/7
limit [5]   12/8 12/8 124/2
 148/19 149/22
limited [1]   95/13
limits [1]   187/10
line [29]   4/8 5/17 5/22 5/23
 6/11 7/7 9/19 18/11 52/10
 52/19 56/19 58/15 60/15 79/11
 79/14 79/16 79/25 80/8 83/3
 83/7 83/16 83/17 84/8 84/14
 84/20 84/22 84/25 85/6 123/17
Line 1553 [1]   123/17
Line 3 [1]   60/15
lines [4]   4/9 5/11 9/8 125/20
link [1]   158/18
liquor [2]   49/12 49/14
list [1]   224/2
listen [10]   52/8 56/9 74/10
 74/14 74/15 77/4 81/4 110/24
 138/25 141/6
listened [15]   17/6 53/20
 54/20 73/21 74/11 77/7 77/11
 77/17 81/17 83/18 84/11 85/13
 135/14 188/8 189/24
listening [3]   52/14 143/21
 145/4
literally [4]   6/6 10/3 53/20
 127/16
little [24]   7/5 20/4 22/15
 34/6 38/2 38/8 45/3 46/1
 66/22 76/6 115/12 146/14
 153/16 164/12 170/7 170/18
 170/20 170/21 175/4 195/14
 211/15 221/6 223/20 224/1
live [3]   28/8 183/9 197/3
lived [1]   119/8
lives [1]   4/10
living [10]   32/22 38/11 75/13
 75/23 76/1 88/11 88/14 88/18
 89/3 167/6
LNU [1]   55/6
loaded [5]   109/7 109/10
 109/12 110/7 110/19
loan [1]   179/20
local [4]   97/20 150/9 151/2
 151/19
locate [3]   34/6 34/7 194/24
located [8]   56/14 88/10 88/11
 196/12 197/7 197/15 197/22
 198/10
location [10]   3/8 56/14 60/7
 164/17 168/18 189/13 196/4
 198/5 198/24 206/11
locations [3]   113/20 160/16
 163/7
Lock [1]   85/15
locked [1]   156/20
Lockley [66]   2/6 8/14 9/9
 10/7 10/18 11/9 11/21 13/15
 13/25 16/15 16/21 17/12 17/13
 18/2 18/3 18/8 18/12 18/20
 18/24 19/12 19/13 20/2 20/6
 21/15 22/4 22/5 22/9 24/1
 24/10 24/19 31/11 52/6 53/1
 53/13 54/22 55/6 55/16 55/24

Lockley's [9]   9/1 9/7 10/16
 16/3 16/20 53/17 63/4 63/12
 73/5
lockup [1]   211/2
logo [2]   125/21 125/25
lolos [1]   142/17
Lombard [1]   1/24
long [14]   51/13 106/15 147/15
 148/7 148/15 149/18 164/3
 165/2 165/12 179/24 202/23
 205/16 218/18 222/9
longitude [5]   151/25 162/20
 163/6 169/24 170/23
look [33]   15/9 22/7 40/14
 42/25 43/9 45/5 46/6 59/23
 63/14 66/23 72/24 80/2 92/25
 93/2 93/4 93/12 97/11 98/13
 102/18 110/1 110/2 110/8
 112/23 113/1 157/9 165/25
 169/8 169/13 173/8 210/1
 210/11 210/19 218/22
looked [9]   38/23 39/1 47/10
 47/10 49/25 154/3 162/3
 187/16 195/20
looking [58]   24/17 24/21
 24/25 25/8 28/20 29/2 29/7
 29/24 30/16 30/25 31/8 31/16
 34/13 35/1 63/3 63/11 86/16
 86/18 86/20 92/24 128/23
 130/16 146/13 148/13 150/21
 151/1 151/16 151/19 152/5
 164/7 176/25 192/12 192/21
 196/19 196/23 197/1 197/6
 197/11 197/14 197/18 198/3
 198/9 199/2 199/7 199/12
 199/22 200/4 200/11 201/1
 201/9 201/11 201/18 202/17
 203/19 203/24 204/8 205/9
 206/9
looks [4]   23/20 176/3 207/22
 213/7
loop [1]   159/21
Lor [2]   81/21 84/17
Lor Sean [1]   81/21
Lor Sean's [1]   84/17
lost [2]   183/5 222/14
lot [16]   13/7 17/17 18/8
 47/12 48/22 49/23 51/23 66/5
 81/2 81/8 81/8 81/17 84/5
 108/17 155/23 167/13
loyal [1]   6/16
lunch [8]   93/20 93/24 94/5
 94/8 97/6 148/21 149/24 165/6
Luncheon [1]   95/18
lyric [3]   12/13 12/19 12/21
lyrics [13]   8/25 9/14 10/22
 11/8 11/18 11/19 12/2 12/5
 13/17 15/2 63/1 65/19 65/24

**M**

M's [1]   31/23
M-Easy [1]   26/23
ma'am [42]   15/11 15/18 96/24

58/6 59/12 59/16 59/21 60/11
 72/1 77/4 78/18 78/24 79/2
 81/20 84/15 84/24 87/6 87/6
 87/9 87/10 121/2 121/5 121/20
 133/12 138/24 181/15 181/22
 181/24 182/3 182/11 183/12
lockup
Lockley's

120/3 120/7 122/1 123/7
 124/18 125/1 134/15 136/17
 136/20 137/18 140/14 141/3
 143/20 146/3 147/12 149/8
 152/22 154/15 160/18 161/23
 162/17 162/25 163/18 164/19
 165/1 165/11 166/5 166/20
 166/25 168/6 169/7 171/7
 171/17 172/9 172/15 173/7
 173/20 191/3 191/9
machine [1]   170/13
Macks [4]   64/17 64/18 65/4
 65/8
made [18]   32/17 32/20 45/12
 54/25 65/21 67/7 83/25 88/12
 89/12 93/5 93/6 136/13 165/2
 165/6 165/14 191/17 194/25
 199/3
mafia [6]   9/17 10/11 10/15
 12/14 27/13 120/9
magazine [4]   197/23 204/1
 204/5 206/22
magazines [2]   196/2 197/20
magnifying [1]   169/9
mail [3]   121/17 218/14 222/15
main [6]   91/15 194/22 194/23
 196/20 197/8 198/10
major [1]   11/4
majority [2]   5/23 6/9
make [29]   6/23 34/9 34/21
 49/1 51/2 57/22 61/14 63/11
 66/12 79/23 85/21 89/10 91/6
 91/10 93/4 109/2 120/18
 120/23 148/20 149/21 149/23
 158/18 187/2 194/2 213/15
 213/24 218/17 221/25 223/14
makes [4]   7/25 162/23 182/22
 223/21
making [9]   4/13 13/17 22/6
 31/19 137/9 143/7 158/8
 189/22 189/23
Malik [7]   157/12 158/24
 192/19 192/22 203/4 203/13
 203/20
Malik Thomas [1]   157/12
Malik Thompson [6]   158/24
 192/19 192/22 203/4 203/13
 203/20
man [4]   23/21 81/2 142/19
 189/5
man's [1]   184/10
many [9]   54/2 62/16 77/7
 79/22 111/17 111/25 111/25
 113/3 223/22
map [13]   146/14 147/21 152/1
 152/6 152/18 153/4 153/6
 153/6 160/19 162/10 172/3
 172/11 173/19
mapped [1]   160/19
mapping [1]   162/14
Maps [3]   163/5 172/8 172/20
March [8]   51/15 51/18 120/25
 178/25 179/11 180/3 181/6
 214/14
March 10th [4]   120/25 179/11
 180/3 181/6
March 11th [1]   214/14
March 2016 [2]   51/15 51/18
mark [6]   7/20 82/1 82/2

Case 1:16-cr-00267-LKG Document 1373 Filed 11/21/19 Page 247 of 265

**M**

mark... [3]  136/14 211/9
212/9
Mark Brown [1]  136/14
marked [10]  39/12 82/10
109/22 112/17 154/25 155/2
200/18 200/19 208/2 211/14
marks [2]  204/14 204/17
marshals [1]  92/19
MARYLAND [6]  1/1 1/9 1/25
35/9 129/1 193/23
Maserati [2]  196/5 198/21
master [2]  195/3 197/16
Mat [1]  161/8
Mat Wilde [1]  161/8
matches [1]  173/9
material [2]  58/11 204/18
matter [5]  69/10 70/18 94/9
94/18 224/20
mattress [6]  33/19 33/21
33/24 35/21 108/21 197/15
Maurice [4]  24/9 24/11 137/13
140/22
Maurice Braham [4]  24/9 24/11
137/13 140/22
may [37]  8/6 9/2 27/15 40/11
46/14 47/19 47/19 62/8 64/13
64/22 66/4 69/9 82/8 95/1
95/13 112/20 113/14 119/7
119/10 127/2 127/5 131/10
131/14 149/19 152/25 156/20
164/14 166/13 168/14 168/19
170/25 173/15 201/21 207/24
208/7 211/5 219/23
maybe [15]  4/6 6/1 7/19 9/21
13/12 66/19 69/8 75/20 89/25
117/24 125/11 170/20 207/22
213/5 224/1
me [111]  3/16 4/4 5/20 5/22
8/19 9/4 13/25 15/9 33/24
37/14 38/2 38/8 42/4 45/4
45/20 51/13 53/23 54/13 55/18
63/1 63/23 66/10 68/18 69/8
73/6 73/7 73/16 73/24 74/11
75/12 75/12 76/20 77/1 77/17
78/17 78/25 79/6 79/6 81/7
81/19 83/10 84/22 86/8 87/20
89/23 93/7 97/10 97/18 102/7
103/3 104/15 105/23 110/16
110/23 117/24 118/19 123/18
124/3 125/5 129/9 130/25
134/1 134/3 139/17 140/12
141/22 145/1 145/1 145/2
149/20 153/19 153/22 154/12
161/19 164/1 164/7 165/12
166/21 167/1 167/22 170/2
171/14 172/5 172/10 173/8
174/19 175/13 175/24 176/11
178/12 182/4 182/5 187/2
188/18 189/2 192/1 197/11
200/4 200/23 201/9 201/12
201/18 202/17 208/2 210/13
217/5 218/3 218/5 219/13
219/18 221/6
mean [47]  5/7 5/12 6/6 6/14
6/17 11/17 33/25 44/5 44/21
46/5 50/5 52/11 54/12 54/21
61/15 75/2 79/22 83/2 83/4

83/7 83/12 83/22 83/23 86/19
89/7 92/12 107/3 108/22
113/10 118/17 118/18 155/5
171/22 180/23 203/23 211/18
212/5 212/17 212/17 213/16
213/21 214/1 214/9 221/11
222/3 223/21 223/24
means [6]  19/17 32/1 55/7
124/13 144/12 171/23
meant [1]  108/15
media [11]  13/8 28/16 30/12
37/15 59/8 115/3 115/4 115/9
177/19 178/9 207/3
medium [2]  204/13 204/18
medium-red [1]  204/13
meet [5]  54/13 181/21 181/24
220/8 220/23
Melvin [8]  21/15 24/8 24/22
27/1 138/4 138/6 141/20 143/6
Melvin Lashley [8]  21/15 24/8
24/22 27/1 138/4 138/6 141/20
143/6
member [4]  10/18 156/14 159/5
159/14
members [3]  9/16 97/25 121/1
memory [1]  148/8
Menace [3]  23/11 24/8 138/6
mention [9]  54/11 65/11 78/16
80/11 85/19 104/11 135/13
142/7 210/5
mentioned [10]  11/20 34/20
61/23 77/21 119/14 131/23
132/15 132/22 138/8 213/3
mentioning [1]  47/14
mentions [1]  210/2
message [9]  65/3 123/8 123/11
124/4 124/7 124/9 124/15
205/10 205/14
messages [11]  64/15 65/8
122/23 124/24 125/15 185/24
186/2 186/21 187/17 202/9
205/4
met [1]  182/2
metadata [1]  59/25
methods [1]  135/10
mid [2]  62/9 154/10
mid-afternoon [1]  154/10
mid-morning [1]  62/9
midnight [1]  149/4
might [17]  11/13 59/1 63/6
63/9 63/16 68/11 105/21
113/13 122/12 153/16 153/20
211/15 216/2 218/4 219/8
219/10 220/19
miles [2]  172/1 172/14
Mill [6]  49/5 135/15 145/6
190/1 190/4 190/11
millimeter [2]  35/15 108/19
Mills [2]  35/9 106/18
mind [7]  23/4 35/7 122/11
123/7 123/16 128/9 217/18
mine [1]  35/11
minute [4]  99/21 100/23
139/10 144/22
minutes [28]  89/12 89/14
99/23 104/9 106/19 107/18
107/21 135/24 137/4 137/20
140/4 140/16 141/14 142/25
144/4 144/16 145/13 148/17

149/20 165/5 166/16 168/2
172/14 173/1 173/1 173/2
194/16 202/19
Mirage [2]  176/14 176/16
Miranda [13]  33/10 33/12 34/3
99/11 99/17 99/18 99/22
101/17 102/8 102/12 102/17
102/18 108/1
Miranda rights [5]  33/10
33/12 99/17 102/17 102/18
Miranda warnings [4]  101/17
102/8 102/12 108/1
MISC [4]  150/18 151/13 152/4
153/1
Miscellaneous [4]  161/19
162/14 168/4 169/12
Miscellaneous 12-A [1]  169/12
Miscellaneous 13 [3]  161/19
162/14 168/4
misheard [4]  76/24 77/1 77/2
77/5
missed [8]  14/13 157/2 158/20
160/1 202/15 202/18 202/24
204/20
misspeak [1]  131/18
misspoke [1]  186/23
mistake [2]  27/22 78/2
MMP [4]  7/8 146/5 146/5
156/14
MMS [2]  125/14 126/5
mob [9]  9/11 9/11 9/19 9/19
10/10 10/10 11/23 12/14
143/15
Mobbin' [2]  26/16 29/18
Mod.2 [1]  205/12
modified [1]  29/21
moment [2]  66/15 101/18
Monday [14]  217/2 217/15
217/23 219/14 219/16 219/24
220/7 220/10 220/23 221/3
221/10 223/2 223/10 224/9
money [17]  4/10 4/15 4/18
31/23 31/24 120/19 125/22
139/1 141/2 141/7 141/22
142/1 180/3 180/4 181/3
183/17 199/5
monitor [2]  52/19 168/7
monitored [1]  150/8
monitoring [7]  42/10 44/7
44/8 48/5 150/10 168/18
170/13
Monroe [2]  153/15 153/17
Monroe Street [1]  153/15
month [2]  52/12 59/1
months [6]  11/10 11/13 35/22
97/15 97/19 108/20
Mookie [4]  23/13 24/9 24/11
137/15
Mookie-600 [1]  23/13
Moore [25]  14/24 15/6 41/3
42/8 44/25 45/5 46/2 46/10
65/13 67/13 67/19 94/13
119/24 119/25 120/2 120/6
130/12 133/8 134/6 146/4
150/5 160/16 174/7 178/19
224/14
Moore's [2]  40/18 42/21
more [42]  4/2 4/2 5/12 12/17
13/25 14/12 14/14 16/4 22/10

Case 1:16-cr-00267-LKG Document 1373 Filed 11/21/19 Page 248 of 265

**M**

more... [33]  38/2 45/4 47/9
 54/10 62/8 66/23 66/25 68/12
 73/22 77/7 81/17 89/20 112/15
 112/16 117/2 127/10 127/20
 131/9 132/3 132/14 133/4
 143/25 147/25 154/24 154/18
 154/22 169/18 204/24 220/17
 222/3 222/6 223/21 224/1
morning [35]  3/3 3/13 14/22
 15/25 16/1 39/9 39/10 51/11
 51/12 57/20 58/2 58/4 62/9
 86/1 87/20 88/4 102/22 134/1
 146/20 149/2 150/3 151/6
 151/10 151/18 151/21 181/23
 217/2 217/23 218/21 218/23
 219/10 220/7 220/10 223/2
 224/9
most [1]  224/1
motherfuckers [1]  145/1
motherfuckin' [1]  17/17
motherfucking [2]  81/3 81/8
motion [1]  219/23
motions [5]  90/6 217/1 220/5
 220/10 220/25
mouse [1]  147/10
mouth [5]  9/10 10/8 12/10
 98/25 99/2
move [7]  15/7 46/12 46/20
 87/12 88/25 156/4 223/12
moved [1]  211/11
movement [1]  135/11
moving [2]  152/12 216/18
Moyé [6]  68/18 68/24 69/5
 220/20 220/22 224/8
Mr [3]  41/12 41/23 66/1
Mr. [255]
Mr. Anderson [54]  17/16 18/21
 20/3 20/15 22/6 32/25 33/10
 33/11 33/14 33/20 33/23 34/4
 34/7 34/20 35/3 35/5 35/24
 36/2 70/5 71/12 72/7 72/16
 73/5 73/12 77/15 78/25 79/2
 81/1 81/2 85/16 86/9 87/14
 88/10 90/19 97/6 98/14 98/17
 100/16 100/19 104/8 104/22
 106/12 106/15 106/20 108/17
 110/22 111/1 113/25 114/1
 114/6 114/8 114/9 115/8
 115/16
Mr. Anderson's [7]  34/17
 71/19 104/11 114/12 115/4
 117/3 119/11
Mr. Bailey [20]  4/16 37/8
 161/20 167/6 168/7 168/14
 168/19 169/6 203/6 203/10
 203/18 203/22 203/23 204/11
 207/16 209/4 209/12 211/1
 212/16 213/7
Mr. Bailey's [3]  4/24 59/17
 158/16
Mr. Banks [14]  48/15 134/11
 134/18 135/8 175/3 177/11
 178/2 178/5 178/22 181/12
 181/19 181/24 182/12 183/22
Mr. Blackwell's [1]  37/14
Mr. Bowling [4]  54/23 73/2
 74/15 75/10

Mr. Braham [2]  137/16 140/24
Mr. Brown [2]  138/15 136/18
Mr. Corloyd Anderson [1]
 32/22
Mr. Dante Bailey [1]  192/9
Mr. Davis [20]  64/13 64/19
 65/5 65/10 65/16 66/2 68/25
 94/14 94/18 95/5 95/22 95/25
 122/2 122/20 131/2 131/8
 132/24 145/22 145/25 215/12
Mr. Davis's [1]  94/21
Mr. Deleon [1]  136/21
Mr. Dent [3]  140/11 140/23
 141/1
Mr. Edwards [4]  163/23 165/14
 165/22 166/3
Mr. Forrest [7]  158/3 192/9
 194/15 195/2 195/5 199/3
 200/13
Mr. Forrest's [10]  158/8
 158/20 160/1 200/1 202/3
 204/22 205/19 205/24 207/11
 215/23
Mr. Frazier [1]  65/7
Mr. Greer [2]  213/7 216/9
Mr. Greer's [1]  193/10
Mr. Harris [4]  41/7 42/20
 43/14 43/19
Mr. Hazlehurst [7]  14/20
 62/25 94/8 94/16 118/5 184/17
 219/7
Mr. Jones [2]  141/21 143/14
Mr. Kameron Wilson [1]  61/24
Mr. Kevin Forrest [1]  200/17
Mr. Lashley [5]  21/16 138/8
 138/16 141/25 142/16
Mr. Lee [12]  42/6 42/20 43/14
 43/19 45/11 45/12 45/13 45/22
 67/2 67/7 67/7 67/16
Mr. Lee's [1]  68/13
Mr. Lock [1]  85/15
Mr. Lockley [34]  8/14 9/9
 10/17 10/18 11/9 11/21 13/15
 13/25 17/13 18/3 18/8 18/24
 19/13 20/6 22/5 22/9 53/1
 54/22 55/6 55/16 55/24 58/6
 59/12 59/16 59/21 60/11 78/24
 79/2 121/5 181/22 181/24
 182/3 182/11 183/12
Mr. Lockley's [7]  9/1 9/7
 10/16 53/17 63/4 63/12 73/5
Mr. Sardelli [4]  39/5 66/21
 118/12 174/3
Mr. Thompson [1]  203/6
Mr. Trainor [8]  8/12 9/13
 10/22 12/18 13/7 14/14 51/8
 178/15
Mr. Trainor's [1]  15/2
Mr. Wedlock [1]  139/17
Mr. Wilde's [1]  161/25
Mr. William Banks [4]  97/15
 98/13 182/17 183/16
Mr. Wilson [1]  61/17
mrcalculatorshorty [1]  30/18
Ms [1]  210/22
Ms. [31]  5/20 8/1 8/2 8/5 8/8
 15/22 37/4 62/21 68/18 68/24
 69/5 69/18 93/19 95/23 97/1
 154/16 155/13 157/19 160/12

174/2 191/5 206/16 208/11
 208/22 218/7 218/16 219/6
 220/20 220/22 223/24 224/8
Ms. Amato [5]  69/18 93/19
 97/1 218/1 219/6
Ms. Hoffman [3]  15/22 95/23
 154/16
Ms. James [1]  218/16
Ms. Moyé [6]  68/18 68/24 69/5
 220/20 220/22 224/8
Ms. Perry [2]  157/19 191/5
Ms. Whalen [14]  5/20 8/1 8/2
 8/5 8/8 37/4 62/21 155/13
 160/12 174/2 206/16 208/11
 208/22 223/24
much [9]  35/18 35/18 63/17
 66/19 107/19 118/4 119/21
 151/1 217/24
multiple [3]  197/8 198/11
 200/12
Murda [1]  136/11
Murdaland [5]  9/17 10/11
 10/15 12/14 120/9
Murdaland Mafia [4]  9/17
 10/11 10/15 12/14
Murdaland Mafia Piru [1]
 120/9
murder [13]  64/2 64/4 64/6
 64/8 64/11 64/13 64/17 64/20
 66/15 146/8 146/18 147/14
 149/13
murders [2]  146/6 146/8
music [5]  13/8 49/23 50/1
 50/4 50/10
must [1]  136/22
my [66]  5/19 5/24 7/20 14/23
 28/1 33/19 35/11 35/20 40/18
 41/21 42/1 42/2 42/7 42/14
 43/15 43/16 44/3 44/15 45/6
 46/24 50/25 53/15 67/18 67/22
 67/23 77/4 78/2 84/19 95/24
 96/1 96/3 96/19 102/14 104/16
 108/6 110/24 112/5 114/11
 114/20 117/17 135/3 140/13
 145/2 146/1 148/1 148/5 148/8
 149/16 156/15 156/19 157/16
 165/4 175/25 179/2 182/4
 187/2 189/4 190/19 201/23
 212/18 214/23 215/4 215/6
 221/14 222/5 222/25
myself [4]  33/6 91/1 103/24
 182/22

**N**

naked [1]  93/1
name [30]  18/6 28/21 30/17
 34/18 55/7 55/7 72/1 76/23
 78/6 78/12 85/23 115/4 129/11
 129/20 129/21 130/18 130/20
 143/18 157/4 158/25 169/22
 180/22 192/3 192/16 192/24
 201/23 203/3 213/15 213/18
 214/15
named [5]  30/9 46/25 48/13
 67/7 159/1
names [14]  17/17 24/3 48/16
 62/15 62/16 78/13 81/3 81/8
 154/21 155/9 155/15 214/3
 216/1 223/11

**N**

narcotics [3] 54/18 55/17
55/19
nature [4] 5/5 120/21 158/5
160/5
near [5] 49/6 167/4 177/3
182/9 197/15
neck [7] 25/12 157/23 191/18
196/3 200/16 209/22 209/24
necklace [1] 26/10
need [17] 3/4 62/7 84/16
85/20 125/21 125/25 127/13
127/19 141/2 158/6 180/21
191/23 210/11 218/8 218/15
221/10 223/11
needed [2] 83/9 85/3
needs [3] 95/19 120/23 218/15
neighborhood [1] 189/19
neither [2] 116/21 183/20
never [18] 12/22 54/25 56/3
56/5 56/10 100/21 102/12
102/14 103/15 105/4 105/18
124/1 135/12 136/16 157/16
157/17 211/14 211/16
New [3] 50/14 50/15 50/23
New Orleans [1] 50/15
New York [2] 50/14 50/23
newspaper [1] 37/9
next [27] 17/20 27/2 29/6
29/14 29/15 30/3 30/4 31/20
31/21 34/18 55/5 72/14 123/6
123/20 124/15 124/19 124/23
125/5 125/6 126/5 126/21
137/5 137/21 145/14 177/8
195/10 217/21
Nick [1] 138/7
nickname [4] 55/4 137/14
157/13 210/8
nicknames [10] 47/8 62/15
62/17 122/22 136/10 138/5
155/9 155/15 223/11 223/15
nigga [2] 9/11 10/9
night [12] 3/7 3/18 14/2
64/19 84/17 123/18 149/3
167/19 167/20 177/7 181/16
181/23
nine [2] 4/7 186/21
Nizzy [5] 27/9 143/9 143/12
144/23 144/25
no [178] 1/4 9/14 11/16 12/22
12/22 22/10 33/23 37/2 42/7
44/11 47/6 48/3 48/18 49/11
49/16 49/22 50/5 50/5 50/12
50/19 50/24 51/5 51/6 54/25
55/4 56/14 57/23 58/9 58/10
58/11 58/12 58/21 58/23 59/22
59/25 60/2 60/5 60/5 60/11
60/17 60/17 62/5 65/5 65/10
65/12 66/8 71/25 73/19 73/23
74/21 77/3 78/1 79/13 88/2
91/25 92/2 93/4 93/14 93/17
98/15 98/24 99/1 99/2 100/21
101/2 101/4 101/5 101/6 101/7
101/8 101/21 101/22 102/6
102/9 103/16 103/24 105/5
106/10 107/25 108/3 108/6
108/8 108/10 108/12 108/22
109/6 109/9 111/3 111/9

111/11 113/24 114/2 114/3
114/4 114/7 114/9 114/13
114/15 114/17 114/19 115/3
115/13 115/17 115/25 116/20
117/7 117/9 117/11 117/12
117/14 117/15 117/15 117/17
118/6 119/19 131/19 135/3
135/5 136/16 136/22 136/23
142/1 151/24 154/5 154/7
154/9 157/3 164/23 165/19
165/24 166/5 166/5 167/19
168/18 169/4 169/5 171/21
172/4 175/23 177/12 177/14
177/14 178/14 180/20 182/1
182/1 182/13 182/25 183/9
183/10 183/19 184/16 185/21
186/19 188/1 189/14 189/16
189/18 189/21 190/13 190/16
190/19 190/22 190/25 195/1
207/4 209/3 209/6 213/24
215/1 215/5 215/9 215/11
215/12 216/14 219/19 222/22
224/6
No. [2] 82/11 168/24
nobody [2] 22/10 194/7
none [6] 12/1 59/20 71/10
187/20 187/23 215/6
Nope [1] 117/10
Norma [1] 177/1
Norma Jean's [1] 177/1
northern [11] 1/2 147/19
147/25 148/15 157/23 164/5
191/18 196/3 200/16 209/22
209/24
Northern District [1] 164/5
Northern Neck [2] 157/23
209/24
not [240]
note [7] 23/20 23/20 28/1
62/14 127/23 200/25 224/7
notes [6] 63/4 79/16 79/21
79/23 84/19 217/19
nothing [11] 51/2 55/3 59/20
65/13 91/7 102/4 102/19 118/3
155/6 190/17 216/12
notice [1] 57/23
noticed [2] 14/2 69/7
notified [2] 33/21 218/11
November [2] 130/11 224/24
November 1st [1] 130/11
now [90] 5/24 7/24 8/16 22/14
22/23 29/4 34/25 38/23 41/3
45/24 46/1 46/15 46/16 46/21
47/5 48/19 49/23 52/8 53/20
54/24 55/12 59/7 60/1 62/24
72/16 74/19 76/8 76/15 77/17
78/22 80/14 81/16 82/19 88/18
101/20 104/11 105/6 105/10
107/25 110/20 123/21 152/3
154/2 162/14 164/7 164/20
165/2 166/18 166/21 169/8
169/18 170/2 170/16 171/25
172/20 172/23 174/9 174/12
182/17 185/14 186/4 188/2
190/6 192/2 192/15 193/12
193/18 195/23 196/25 199/1
199/7 199/20 200/3 200/7
200/20 201/8 201/20 202/2
203/1 203/17 203/21 204/6

204/20 207/1 210/7 212/7
213/7 216/1 217/2 217/2 222/21
Ns [2] 171/9 171/18
Nugget [3] 54/23 54/24 55/4
number [35] 9/8 14/14 40/14
52/8 60/14 64/16 71/10 71/11
71/15 72/4 76/8 82/5 85/12
109/5 123/20 123/23 129/7
129/14 129/17 129/25 147/2
152/18 154/4 157/3 162/8
167/1 173/12 173/14 175/20
180/22 180/23 183/20 208/3
215/25 223/22
Number 1 [2] 180/22 183/20
Number 15 [1] 40/14
number 8 [1] 154/4
numbered [1] 9/22
numbers [8] 8/23 10/4 10/6
137/17 137/17 187/17 187/20
187/23
numerous [3] 62/17 198/4
216/6

**O**

o'clock [8] 74/4 74/24 75/1
75/22 93/24 160/11 217/16
217/24
Oak [9] 40/1 42/13 43/22
43/25 48/19 49/6 118/13 119/1
135/16
oath [5] 10/14 15/17 96/23
120/2 191/8
object [9] 4/13 13/25 14/8
41/13 41/14 58/14 157/14
208/11 208/22
objection [18] 13/3 13/22
13/23 20/22 28/1 33/25 47/1
50/17 57/8 61/19 82/20 127/23
160/6 208/6 211/4 216/4
216/11 219/23
objections [3] 8/13 218/5
219/9
obligation [1] 145/2
observations [1] 42/9
observe [4] 56/7 114/9 182/11
195/17
observed [6] 56/16 56/18 97/9
111/16 114/6 194/15
observing [1] 42/9
obstacles [1] 165/21
obtain [5] 102/23 128/19
130/12 150/14 161/16
obtained [2] 184/25 185/6
obviously [17] 9/13 10/14
15/3 63/2 66/5 69/7 83/8
90/21 98/16 100/7 100/10
150/24 159/22 163/23 213/5
213/5 216/18
occasions [1] 56/1
occupied [1] 61/8
occurred [9] 78/22 79/1
100/24 102/1 103/25 106/13
107/23 118/25 146/19
October [8] 86/2 86/6 86/7
139/9 140/3 184/4 193/18
202/22
October 15th [2] 86/2 184/4
October 24th [1] 139/9
October 28th [1] 140/3

O

October 2nd [2]  193/18 202/22
off [19]  5/24 16/2 20/4 22/16
35/8 92/22 120/23 121/9 127/3
127/10 136/19 148/2 153/18
164/13 164/14 173/22 181/19
189/23 194/23
offenses [2]  19/17 20/19
offer [4]  9/5 9/6 47/5 48/7
offered [2]  48/1 67/8
offering [2]  48/2 63/8
office [7]  74/16 75/11 75/18
75/21 75/24 76/2 222/25
officer [6]  8/22 89/15 103/24
114/5 120/17 179/19
Officer Brad Hood [1]  179/19
Officer Canty [1]  8/22
officers [13]  51/25 89/4 89/8
89/17 89/19 89/20 89/24 90/8
90/15 91/1 91/3 114/8 199/5
Official [2]  1/24 224/24
officially [1]  223/9
oh [10]  8/19 10/3 131/21
131/24 153/22 177/14 178/3
207/8 212/12 222/18
okay [198]  3/4 3/15 3/25 4/4
8/15 10/3 13/3 14/9 27/16
28/3 39/3 39/16 39/22 40/21
41/10 42/5 44/16 45/2 46/3
46/13 48/10 48/17 49/1 50/9
59/3 64/24 68/10 68/14 68/23
69/12 70/13 71/3 71/7 71/10
73/1 73/10 73/18 73/24 74/3
74/14 75/15 75/25 76/5 76/14
76/23 78/5 79/6 79/14 80/7
80/14 81/23 82/14 82/15 84/2
88/13 91/3 92/15 92/20 93/2
93/18 93/21 93/23 94/6 94/16
94/23 95/4 95/10 96/10 97/9
99/24 100/19 102/1 102/3
102/14 103/11 106/22 107/18
108/9 109/24 110/6 110/15
110/20 110/25 111/17 111/20
111/23 111/25 113/1 113/5
114/2 114/21 114/25 115/7
116/19 116/21 118/1 119/21
124/21 127/8 127/12 128/2
132/21 147/24 148/14 153/7
153/9 154/20 155/4 155/12
155/22 157/19 159/9 160/4
160/7 161/18 161/24 162/2
162/7 162/11 162/14 163/3
163/23 164/17 165/12 165/25
166/6 167/1 167/12 167/25
168/10 168/13 169/2 170/5
170/16 171/4 171/8 171/11
172/14 172/23 173/14 175/6
175/14 176/12 177/6 178/4
178/24 184/17 185/5 186/4
186/12 186/16 187/16 187/20
187/23 188/2 188/5 188/11
188/15 188/23 189/2 189/12
189/15 189/19 189/22 190/3
190/6 190/20 191/1 205/21
207/13 208/8 209/5 210/9
210/16 210/22 211/6 211/23
211/24 212/9 212/16 213/12
215/3 216/13 216/24 217/5

218/1 218/10 218/23 219/6
219/20 220/4 220/19 221/1
221/18 222/18 222/20 223/5
224/5
okayed [1]  88/21
old [2]  46/24 48/14
Omertà [9]  9/10 9/19 10/8
10/14 12/10 12/16 13/6 64/4
64/4
Omertà code [1]  12/16
once [8]  32/25 56/10 88/18
90/19 99/6 102/12 107/2 124/1
one [142]  4/6 5/22 10/3 11/20
11/21 13/23 14/14 17/19 21/20
21/22 30/8 31/14 34/5 34/6
34/7 34/19 36/25 40/8 45/12
45/22 45/22 47/9 48/7 48/23
49/4 49/4 49/6 52/5 52/24
53/8 54/21 57/15 62/14 62/21
63/23 64/3 65/8 65/21 66/25
68/18 68/21 73/18 74/3 76/12
78/13 81/22 81/22 82/23 84/6
85/16 85/25 89/14 94/4 94/22
94/23 98/4 102/16 102/20
103/1 112/15 112/16 113/4
113/8 113/15 117/2 120/8
120/21 122/9 123/16 123/20
123/23 125/17 125/18 126/12
126/15 127/20 131/2 131/6
131/12 131/22 131/22 131/23
132/4 132/9 132/14 133/4
145/9 146/5 146/8 147/25
151/22 151/23 151/24 153/7
153/9 154/18 155/8 157/1
158/7 166/21 174/15 174/19
174/24 176/7 176/8 176/22
177/10 178/4 178/10 178/12
180/10 180/10 181/3 183/22
185/17 186/19 197/7 197/19
197/23 198/17 199/5 199/9
199/25 200/15 200/24 204/24
207/13 207/13 207/16 207/16
207/19 209/15 213/24 214/3
214/7 215/3 222/1 222/2 222/3
222/6 223/7 223/25
one's [3]  19/2 137/1 144/1
ones [4]  73/16 83/9 125/13
140/13
only [26]  7/21 11/9 11/22
12/21 32/25 35/11 45/22 55/16
61/23 65/15 113/8 131/11
132/2 135/8 135/14 135/14
168/13 179/23 183/25 183/25
194/16 208/3 208/13 208/15
208/17 221/21
Oops [1]  80/16
open [8]  64/10 66/25 74/8
75/1 75/10 197/19 217/18
222/25
opened [1]  51/15
opening [1]  75/22
opens [1]  74/16
operated [1]  119/8
operation [3]  40/4 40/19 41/4
operator [1]  61/25
operators [1]  118/20
opinion [1]  53/17
opponent [2]  13/1 13/4
opportunities [1]  46/5

opportunity [3]  57/23 94/18
222/9
opposed [1]  155/19
opposing [2]  48/1 48/7
opposite [2]  149/3 150/4
option [2]  67/11 67/14
orange [1]  144/11
orange joints [1]  144/11
order [6]  9/22 9/23 56/6 58/1
131/7 141/2
orders [1]  52/3
organizations [1]  144/11
orient [1]  162/15
original [1]  169/21
Orleans [1]  50/15
other [94]  4/10 4/18 4/24 5/1
5/5 5/10 5/14 6/7 6/18 6/24
7/16 10/15 13/7 13/13 13/18
19/14 22/13 22/24 24/3 30/1
31/14 38/15 38/23 39/12 41/23
45/6 46/5 47/10 47/14 49/4
49/18 49/25 50/1 50/11 50/14
50/22 50/23 51/3 59/12 62/22
64/3 64/10 67/6 72/2 84/1
86/12 87/3 89/4 89/8 89/15
89/17 90/13 91/1 91/3 95/12
100/7 100/10 100/10 107/12
107/16 107/17 111/7 114/4
114/8 115/8 115/9 115/9
116/13 116/19 120/21 131/11
131/23 132/2 135/1 141/6
157/1 157/4 157/15 159/2
159/4 166/1 166/10 166/21
168/13 177/10 178/2 180/4
181/19 182/5 197/22 198/24
199/17 207/3 218/3
others [2]  54/11 170/4
our [15]  43/17 50/12 60/15
120/20 135/14 155/5 156/5
182/21 194/16 194/25 195/9
213/21 214/1 218/22 223/9
ourselves [2]  155/23 162/15
out [56]  3/24 5/13 5/25 6/21
7/3 7/6 10/23 20/7 20/8 22/14
31/25 33/3 44/9 47/16 55/17
56/12 56/16 59/25 65/4 83/9
88/19 91/21 91/24 97/10 99/6
123/21 124/1 131/12 135/8
135/15 142/1 150/12 153/16
165/19 168/4 170/20 177/7
178/9 181/11 182/17 182/18
184/1 184/3 194/15 195/1
195/1 198/8 198/14 198/21
199/5 214/6 214/14 217/6
221/25 222/8 223/20
outfit [1]  27/4 85/3 204/17
outfitted [4]  181/11 181/13
182/9 182/20
outgoing [1]  123/20
outlier [1]  218/21
outside [3]  33/7 148/5 195/22
outweighed [1]  9/3
outweighs [1]  11/14
over [41]  8/6 16/3 16/20
18/11 20/16 31/3 34/3 52/10
55/25 56/19 66/22 76/8 89/9
89/10 106/21 106/25 119/6
128/22 130/3 133/20 145/1
146/2 147/10 148/13 149/1

**O**

over... [16]   155/23 170/20
  171/8 178/25 181/21 182/14
  183/22 184/10 189/5 195/20
  196/1 197/8 212/9 213/6
  217/11 217/17
overall [2]   4/20 200/5
overdosing [1]   54/9
overlays [1]   29/25
overly [1]   6/5
overpower [1]   26/20
overrule [1]   160/6
Overruled [4]   34/1 50/18
  58/17 216/5
overt [3]   14/3 14/4 14/6
Overt Act 128 [1]   14/4
Overt Act 129 [1]   14/6
overview [1]   122/15
Owings [2]   35/9 106/18
Owings Mills [2]   35/9 106/18
own [4]   10/21 120/19 120/20
  218/22
owners [1]   118/25
Oxford [1]   57/5

**P**

p.m [16]   17/5 18/16 19/5
  19/22 21/10 21/24 69/17 80/19
  94/1 96/22 154/13 160/11
  193/25 202/25 217/25 224/10
packages [1]   61/15
packaging [1]   58/11
page [98]   4/3 4/5 5/18 6/21
  6/22 9/9 9/23 10/1 11/2 11/18
  11/18 11/18 12/9 16/7 16/23
  16/25 17/1 17/20 17/20 18/14
  19/3 19/20 21/7 21/21 28/21
  29/1 29/6 29/10 29/14 29/15
  29/23 30/3 30/4 30/17 30/24
  31/7 31/15 31/20 31/21 36/15
  37/18 37/22 62/21 71/16 72/5
  76/18 76/18 80/16 85/13 96/1
  96/3 110/10 122/14 122/24
  123/6 124/4 124/15 124/15
  124/19 124/23 124/23 125/10
  125/14 126/5 126/21 126/24
  128/16 129/6 129/9 129/16
  133/21 135/20 135/25 136/3
  137/1 137/5 137/21 139/7
  140/1 140/16 141/11 142/22
  152/24 161/24 162/4 164/8
  166/22 201/11 201/17 203/10
  210/10 223/14 223/17 223/25
Page 1 [6]   9/9 28/21 30/17
  36/15 129/9 201/11
Page 103 [1]   137/1
Page 104 [1]   29/10
Page 109 [1]   210/10
Page 137 [1]   140/16
Page 14 [1]   126/24
Page 14-C [1]   96/1
Page 144 [1]   135/20
Page 15-B [1]   96/3
Page 150 [1]   144/1
Page 164 [1]   71/16
Page 168 [1]   72/5
Page 18 [2]   161/24 164/8

Page 19 [4]   145/9 146/12
  152/24 162/4
Page 2 [1]   201/17
Page 206 [1]   16/7
Page 21 [1]   166/22
Page 22 [1]   31/7
Page 228 [3]   16/23 17/1 80/16
Page 229 [1]   17/20
Page 231 [1]   18/14
Page 241 [1]   19/3
Page 244 [2]   19/20 85/13
Page 266 [1]   21/7
Page 268 [1]   21/21
Page 272 [1]   37/22
Page 3 [1]   124/4
Page 317 [1]   133/21
Page 39 [1]   139/7
Page 4 [3]   124/15 129/6
  129/16
Page 41 [1]   140/1
Page 46 [2]   31/15 135/25
Page 6 [2]   30/24 124/23
Page 7 [2]   125/10 125/14
Page 70 [1]   37/18
Page 71 [1]   29/23
Page 78 [1]   203/10
Page 81 [1]   29/1
Page 89 [1]   141/11
Page 95 [1]   142/22
pages [9]   8/25 9/21 136/1
  144/17 151/4 186/22 223/14
  223/22 224/1
paid [2]   51/25 180/16
pair [2]   204/13 204/18
pants [1]   204/18
Paparazzi [3]   39/16 175/9
  176/18
paper [3]   127/16 127/19 155/8
paperwork [2]   200/8 215/6
paragraph [10]   4/2 7/2 40/22
  41/10 41/19 42/3 42/25 43/9
  43/10 66/25
Paragraph 1 [2]   4/2 43/9
Paragraph 2 [1]   42/25
Paragraph 6 [5]   40/22 41/10
  41/19 42/3 66/25
paraphernalia [3]   114/15
  117/9 117/15
park [10]   49/5 108/20 153/10
  153/12 162/11 162/15 162/21
  164/9 164/12 164/13
parked [2]   100/4 198/21
parking [2]   18/8 106/20
parse [1]   7/5
part [44]   5/12 7/1 10/7 11/17
  12/6 13/10 13/13 22/19 30/9
  32/17 35/3 39/23 42/18 42/25
  47/23 57/22 59/7 63/18 63/18
  65/19 66/9 66/13 67/5 76/6
  87/25 96/16 111/18 118/20
  128/19 132/11 133/5 146/4
  147/13 148/15 150/14 155/12
  156/18 159/15 175/2 176/24
  177/1 182/4 203/14 213/12
participants [13]   17/10 17/25
  19/10 19/25 21/13 22/2 134/7
  140/8 140/20 141/18 143/4
  144/7 145/19
participated [1]   133/16

particular [24]   12/4 45/23
  53/18 54/13 64/25 67/2 68/5
  72/2 84/14 115/12 133/3 158/5
  188/17 189/8 189/8 189/15
  189/17 189/19 194/1 200/15
  202/20 205/14 205/20 216/8
particularly [5]   7/9 63/9
  77/10 158/7 209/8
parties [4]   36/20 36/23 39/11
  85/2
partner [1]   101/11
parts [8]   4/14 4/23 7/6 63/6
  63/9 96/9 96/10 199/17
party [10]   13/1 13/4 39/16
  39/20 48/1 48/8 85/8 85/9
  166/3 175/15
party-opponent [2]   13/1 13/4
passage [4]   188/17 188/23
  188/24 188/24
passed [3]   3/7 165/12 167/13
passenger [4]   116/18 180/8
  180/25 181/20
paste [1]   218/18
Paul [2]   2/9 95/22
Paul Hazlehurst [2]   2/9 95/22
pause [3]   136/6 137/24 141/17
pay [2]   22/10 140/13
paying [1]   22/16
payment [1]   139/1
payroll [1]   180/16
peep [3]   9/10 10/8 12/11
penned [1]   35/5
people [42]   4/11 4/15 4/17
  5/3 5/25 6/7 6/14 6/18 6/24
  7/16 13/13 13/18 16/13 18/19
  26/1 26/8 26/21 47/10 49/7
  51/3 52/19 54/8 54/15 72/7
  92/19 107/17 111/16 111/20
  119/8 123/21 123/25 124/1
  126/3 138/1 139/14 150/15
  150/23 154/21 155/7 157/15
  199/14 213/22
people's [3]   4/24 59/13 115/8
performance [2]   83/19 84/18
perhaps [3]   8/6 217/1 220/8
period [5]   13/9 99/21 106/25
  165/20 168/17
permit [1]   6/20
permitted [1]   91/25
Perry [3]   1/15 157/19 191/5
person [28]   16/16 27/8 27/9
  53/1 55/9 55/9 55/14 60/11
  67/2 71/1 73/20 94/24 120/17
  130/6 132/4 133/4 136/7 151/1
  157/12 161/11 175/2 184/9
  184/10 186/12 192/6 204/15
  209/2 210/22
person's [1]   157/12
personal [1]   157/17
personally [3]   118/21 181/2
  182/13
perspective [1]   4/14
persuade [1]   45/4
persuaded [4]   45/2 45/19
  66/15 67/9
pertaining [6]   8/14 8/15
  11/21 79/25 130/13 188/3
pertinent [3]   186/13 186/17
  187/11

**P**

Philadelphia [1]   50/15
phone [106]   8/23 10/4 10/6
  14/25 15/3 16/3 16/21 20/21
  23/20 52/5 52/14 53/2 56/14
  56/19 60/14 64/16 66/1 66/11
  70/2 71/5 71/14 72/6 73/21
  76/11 77/7 77/11 77/16 79/17
  80/1 80/14 81/4 81/17 82/16
  82/17 83/10 84/5 85/25 86/15
  87/3 87/4 87/12 101/9 101/11
  101/13 101/15 101/15 112/14
  112/15 113/8 113/15 115/1
  122/9 122/12 123/3 123/8
  123/11 123/15 123/17 124/5
  124/7 124/9 124/20 124/24
  133/20 136/16 136/19 136/23
  147/2 147/6 147/10 149/6
  157/2 158/8 158/20 160/2
  160/23 161/5 161/7 161/9
  161/19 162/8 168/14 168/18
  174/22 177/17 185/17 186/9
  187/5 187/23 195/4 195/11
  195/13 195/14 195/15 195/17
  195/19 195/20 202/2 202/5
  202/8 202/9 202/14 204/21
  205/4 205/11 205/19
phones [22]   60/13 71/6 71/7
  71/10 112/14 113/3 113/14
  119/10 119/15 119/17 122/2
  122/5 133/10 133/11 135/9
  135/15 184/24 185/3 185/6
  185/9 185/11 196/2
photo [23]   26/8 26/21 27/20
  29/2 29/7 29/11 29/17 31/22
  37/24 38/23 39/2 59/24 94/20
  113/13 119/15 126/2 126/3
  130/13 130/17 158/15 158/16
  158/24 159/17
photocopy [2]   201/10 201/19
photograph [10]   37/7 157/10
  158/21 199/23 203/11 203/15
  203/22 206/11 207/8 207/10
photographs [7]   8/24 85/8
  115/7 155/8 156/4 156/15
  223/22
photos [17]   30/21 59/19 59/23
  59/25 60/3 60/6 60/8 117/24
  159/14 196/14 199/10 199/13
  199/15 199/16 199/17 199/25
  223/11
phrase [2]   86/22 189/8
physical [1]   55/21
pick [1]   164/24
picked [1]   65/14
picture [7]   39/21 59/16 88/18
  198/15 200/24 207/6 214/23
pictures [3]   59/12 206/22
  223/15
piece [3]   127/16 127/19
  156/23
pinging [2]   56/15 160/20
Piru [1]   120/9
pistol [5]   33/19 33/21 33/24
  197/20 198/11
place [4]   36/13 148/2 166/6
  181/24
placed [3]   107/2 160/19

195/12
places [1]   116/6
Plaintiff [2]   1/3 1/14
plan [2]   96/6 222/5
planned [1]   220/1
planning [4]   9/5 9/6 47/4
  66/18
play [41]   14/8 14/12 16/4
  16/23 17/19 18/14 19/2 19/20
  21/7 21/20 25/4 25/21 31/7
  36/14 53/9 74/3 75/5 81/11
  133/18 135/17 136/25 137/4
  137/19 139/6 139/10 139/25
  140/4 140/15 140/16 141/10
  141/14 142/3 142/12 142/21
  142/25 143/25 144/4 144/16
  145/8 145/10 145/13
played [57]   14/1 14/5 14/7
  14/13 14/17 16/11 17/8 17/23
  18/17 19/8 19/23 21/11 21/25
  25/6 25/16 25/24 26/6 26/13
  26/17 27/6 27/10 28/9 36/17
  38/16 50/8 52/20 53/9 74/17
  74/22 75/6 77/8 81/12 85/25
  87/3 114/23 116/8 134/4 136/4
  137/6 137/22 139/12 140/6
  140/18 141/15 142/5 142/14
  143/2 144/5 144/18 145/17
  178/4 211/8 211/15 211/19
  211/22 212/3 212/5
player [1]   86/18
playing [3]   13/25 16/6 81/8
plaza [1]   44/1
plea [1]   7/6
pleas [1]   4/24
please [9]   41/16 68/16 82/12
  110/24 127/3 217/4 217/16
  217/18 217/23
pled [2]   6/24 61/17
plethora [1]   30/21
plot [9]   147/9 149/5 151/25
  152/6 152/9 152/11 152/12
  152/15 152/18
plots [1]   153/5
plotted [1]   170/23
plotting [2]   146/14 171/12
Plus [1]   61/25
point [28]   5/9 7/5 10/23
  21/17 51/19 66/3 70/16 75/4
  87/23 88/24 91/3 91/21 93/2
  93/20 97/14 98/17 99/9 103/8
  103/18 131/7 147/21 152/9
  163/11 168/5 168/24 176/22
  213/7 217/21
Point No. 8 [1]   168/24
pointed [1]   65/4
pointing [1]   173/9
points [6]   65/21 147/25 152/6
  152/11 152/12 169/17
police [12]   89/24 90/8 100/10
  118/24 147/19 163/20 164/18
  194/5 194/25 195/1 196/12
  196/12
pop [3]   159/22 192/1 202/1
porch [1]   56/18
portion [16]   12/8 12/11 25/18
  32/2 36/14 74/19 74/20 82/11
  110/4 110/10 137/11 137/13
  138/1 139/15 191/22 208/23

portions [5]   3/7 12/7 25/22
  173/23 185/21
position [3]   7/11 155/6 156/5
positive [1]   196/10
possessed [3]   110/22 111/1
  131/4
possession [5]   114/9 131/20
  132/16 132/24 202/3
possibility [1]   132/14
possible [5]   40/6 133/4 218/9
  219/21 220/3
possibly [2]   8/11 46/4
post [1]   209/1
posted [5]   39/22 59/12 59/16
  59/20 175/20
postmark [3]   201/12 207/22
  208/25
postmarked [4]   158/11 205/2
  205/16 205/18
potential [4]   4/16 45/17
  65/18 214/15
potentially [2]   64/2 64/5
powered [1]   38/13
pre [1]   194/14
pre-raid [1]   194/14
precinct [1]   164/11
precise [1]   60/7
Precision [1]   198/11
predict [1]   221/7
prefer [1]   46/10
prejudice [1]   65/18
prejudicial [8]   6/5 9/3 11/14
  12/18 13/20 13/21 66/8 155/6
preparation [1]   107/14
prepare [3]   73/8 73/15 185/14
prepared [19]   15/6 15/7 62/20
  73/11 73/18 73/20 76/11 76/12
  76/13 76/14 79/11 80/23 80/24
  83/5 84/9 185/11 186/10 187/3
  187/8
prepares [1]   186/12
presence [2]   194/5 194/25
present [5]   2/11 64/14 89/24
  102/15 117/25
presented [2]   108/3 221/9
presents [2]   38/7 38/9
press [2]   58/11 61/14
presumably [2]   45/11 83/16
presume [1]   178/8
pretty [11]   66/12 108/24
  109/1 109/9 109/12 148/3
  148/24 149/4 151/1 169/8
  214/1
previous [1]   189/24
previously [10]   15/20 23/3
  28/15 39/11 39/13 120/1 120/8
  133/9 175/11 191/11
Princely [8]   146/15 149/7
  149/13 166/18 167/4 167/10
  168/15 168/25
Princely Road [1]   168/15
Princely Way [4]   166/18 167/4
  167/10 168/25
printed [1]   34/18
prior [23]   36/23 70/14 94/9
  94/13 94/22 94/23 95/7 95/14
  97/19 103/25 107/9 108/10
  108/20 111/11 111/12 120/18
  131/7 155/20 194/16 197/2

**P**

prior... [3]   201/16 202/19
214/17
prison [1]   131/9
Prisons [1]   46/7
privy [1]   176/10
probably [16]   53/22 62/8
67/13 90/9 90/12 93/20 107/8
107/18 107/21 108/15 124/3
157/15 175/19 184/2 220/17
222/9
probative [6]   9/8 12/17 13/19
66/8 158/12 158/17
problem [7]   6/22 7/14 11/16
45/10 155/16 183/4 184/1
proceed [1]   83/23
proceedings [1]   224/19
process [9]   53/5 102/15
102/20 102/21 103/12 103/16
105/11 105/15 196/10
processed [1]   202/7
processing [1]   202/14
produced [1]   13/9
product [1]   161/25
productions [1]   38/16
profane [1]   8/25
proffer [1]   63/17
proffering [1]   47/23
progresses [1]   153/13
promote [1]   13/12
proper [5]   42/22 43/2 44/20
45/16 83/1
proposal [1]   5/19
proposals [1]   219/9
proposed [2]   94/11 219/11
proposing [1]   45/21
prosecution [2]   105/15 105/19
protection [1]   35/11
prove [6]   95/10 131/6 131/7
131/12 131/13 160/5
proved [1]   132/11
provide [3]   5/9 150/10 214/3
provided [8]   3/12 45/21 67/9
120/20 150/12 181/4 199/6
213/22
public [1]   213/15
published [1]   12/22
pull [5]   28/19 38/2 72/5
146/11 152/23
pulled [1]   198/8
punishable [3]   36/25 131/9
132/3
punishment [3]   132/9 132/14
133/4
purchase [16]   35/21 67/21
67/22 68/3 68/3 77/15 79/3
87/6 87/10 120/15 120/24
121/2 121/5 121/8 121/12
158/9
purchased [2]   121/20 160/2
purchases [1]   120/11
purchasing [1]   80/11
purpose [5]   95/13 115/23
131/9 131/11 160/5
pursuant [6]   36/19 58/8 90/22
90/23 122/5 204/22
push [1]   124/2
put [34]   6/25 33/3 36/21

**Q**

quarreling [1]   83/2
question [20]   35/4 35/5 35/13
40/23 47/17 67/18 69/5 69/25
77/4 80/21 86/11 90/7 99/12
100/21 102/14 103/18 108/22
110/24 112/5 221/4
question/answer [1]   35/13
questioning [3]   58/15 102/25
103/2
questions [21]   33/15 37/2
51/6 62/5 62/8 99/13 102/25
118/6 119/10 119/19 154/9
174/1 178/14 184/16 190/22
206/14 208/18 215/9 215/11
215/12 215/25
quick [2]   40/22 154/19
Quickly [1]   94/6
quiet [1]   149/4
quite [2]   65/20 221/19

**R**

Rage [1]   138/7
raid [1]   194/14
ran [1]   67/21
Randy [15]   2/1 43/10 46/25
47/9 47/13 47/18 47/18 48/13
118/13 133/15 134/10 135/2
139/4 174/10 174/20
Randy Banks [15]   2/1 43/10
46/25 47/9 47/13 47/18 47/18
48/13 118/13 133/15 134/10
135/2 139/4 174/10 174/20
range [2]   164/20 164/22
rap [27]   8/25 9/14 9/17 9/17
10/22 11/4 11/8 11/19 11/25
12/1 12/4 12/13 12/19 12/21
13/8 15/2 49/23 49/23 49/25
50/3 50/6 50/8 50/10 50/12
65/19 65/24 207/4
rap videos [3]   50/6 50/8
207/4
rappers [1]   12/1
rather [2]   95/7 217/2
RCR [1]   224/12
RDR [4]   1/23 224/12 224/17
224/22
re [6]   14/24 34/7 108/1 108/7
112/16 191/7
re-call [2]   14/24 191/7
re-read [3]   34/7 108/1 108/7
reach [1]   56/6
react [2]   182/5 182/22
read [52]   3/19 6/6 12/12
23/21 24/3 26/15 26/19 27/12
27/14 29/4 30/5 31/21 33/11
34/7 36/20 38/7 40/22 42/4
55/18 63/17 80/2 96/16 96/16
99/11 102/18 108/1 108/7
125/2 125/13 125/20 126/11

**39/18 44/9 63/8 84/1 84/24
91/4 91/15 91/20 93/6 93/9
93/10 93/11 95/19 98/20 98/22
98/24 104/4 123/21 125/21
127/13 129/9 145/25 170/18
189/3 204/24 206/1 206/8
213/17 217/1 220/10 220/25**
putting [3]   94/13 98/18 221/3

**127/9 127/19 127/21 128/7
128/13 129/11 129/17 129/20
129/25 130/5 130/7 130/18
170/5 188/21 191/22 201/20
201/21 203/14 207/13 209/25
213/22**
readable [1]   127/20
reading [105]   9/9 10/8 16/17
17/13 17/16 18/3 18/8 18/21
18/24 19/13 20/3 20/6 20/15
21/16 22/6 22/9 22/13 23/4
23/6 26/20 27/13 28/8 28/14
29/18 30/7 31/23 35/7 35/8
35/10 35/13 36/22 37/8 55/9
63/19 63/21 63/23 64/3 64/17
72/11 72/14 74/7 75/1 76/16
78/17 81/2 86/11 86/14 86/16
86/18 104/16 104/19 110/19
123/4 123/7 123/9 123/12
123/16 123/17 123/21 123/25
124/5 124/7 124/10 124/16
124/17 124/20 124/21 125/3
125/5 125/6 125/8 125/21
125/25 126/13 126/16 128/9
128/11 128/17 130/6 136/15
136/18 136/22 137/16 139/17
140/11 140/24 141/1 141/22
141/25 142/16 142/18 143/14
143/17 144/25 145/22 145/25
175/3 189/3 191/23 201/23
205/21 208/23 210/23 211/1
212/17
ready [2]   81/21 160/10
real [10]   7/9 7/13 7/15 9/18
9/18 40/22 67/3 184/1 207/5
207/5
real-life [1]   9/18
reality [1]   184/10
really [11]   5/5 6/23 38/25
65/15 92/25 106/11 109/7
143/14 143/19 150/25 169/9
Realtime [1]   224/23
rear [1]   196/24
reason [5]   14/10 62/16 91/12
91/15 182/7
reasonable [2]   218/7 220/17
reasonably [1]   83/16
reasons [2]   216/2 216/8
recall [26]   14/9 37/15 40/7
48/15 48/15 49/19 58/25 72/18
72/19 77/16 81/22 87/4 90/4
90/5 100/18 107/19 112/16
132/6 159/11 162/5 181/16
183/13 183/14 207/21 210/20
219/13
receipt [2]   117/22 199/2
receipts [1]   117/21
receive [4]   121/11 121/11
202/9 222/25
received [3]   103/12 202/14
205/10
receiving [3]   56/19 160/3
196/12
recently [1]   72/17
recess [9]   62/9 68/15 93/20
93/24 95/17 95/18 154/11
160/8 160/9
recirculate [1]   222/15
reciting [1]   65/23

**R**

recognize [36]   16/13 17/10
17/25 18/19 19/10 19/25 21/13
22/2 25/20 26/1 26/8 26/21
27/8 29/11 36/11 39/14 39/15
110/3 112/24 112/25 121/17
126/2 134/6 136/7 137/25
139/14 140/8 140/20 141/18
143/4 144/7 144/20 145/19
146/13 192/6 206/4
recognizing [1]   220/4
recollection [9]   40/8 41/1
80/3 80/9 82/15 82/25 113/2
210/12 212/3
record [32]   7/19 12/12 25/10
27/18 28/2 28/21 29/16 30/4
30/17 31/21 39/15 40/14 41/18
47/3 68/17 82/22 95/20 127/7
129/11 130/18 130/23 131/17
180/15 180/19 208/9 211/7
216/17 217/2 220/5 220/11
220/25 224/19
recorded [7]   36/6 53/21 79/12
102/5 108/11 110/5 120/23
recording [11]   52/15 76/7
87/1 101/2 101/5 101/7 102/7
103/21 106/8 107/23 120/20
recordings [1]   135/19
records [20]   11/6 37/22 52/18
65/12 94/19 101/15 128/20
150/15 150/22 151/6 160/20
161/16 161/18 162/21 163/11
168/18 169/4 169/8 169/12
169/21
recover [3]   115/1 190/10
195/15
recovered [43]   5/2 9/7 33/23
58/23 58/24 61/4 71/5 71/8
112/10 112/15 113/3 113/6
113/8 114/13 114/15 114/17
114/19 114/25 116/13 116/14
117/7 117/16 117/19 119/11
122/2 122/9 157/24 190/14
195/25 196/1 196/15 197/12
197/25 198/5 199/23 200/6
200/8 200/12 200/15 205/23
206/5 206/25 207/10
recovery [1]   33/22
red [13]   26/22 29/8 31/3
31/25 32/2 146/14 146/25
196/5 196/11 198/23 204/13
204/14 204/18
redact [3]   5/18 10/6 12/7
redacted [6]   3/13 3/14 3/22
5/16 8/4 96/8
redacting [1]   11/17
redaction [1]   7/25
redactions [3]   3/20 4/13
208/22
redirect [6]   118/8 118/10
190/24 190/25 215/14 215/16
refer [1]   186/1
reference [18]   10/13 10/14
10/25 13/6 54/24 55/12 64/9
64/10 71/21 84/14 85/22 123/1
134/11 134/18 139/20 143/9
209/3 209/6
referenced [2]   178/4 211/19

references [5]   4/15 10/11
10/19 53/24 95/25
referencing [2]   12/16 13/5
referred [4]   67/3 134/14
188/23 188/23
referring [4]   10/7 10/12
189/9 190/3
reflects [4]   83/18 113/4
113/5 113/15
refresh [8]   40/8 41/1 80/8
82/15 82/25 113/2 148/8
210/11
refreshes [1]   80/3
regard [7]   65/3 65/3 65/10
65/15 65/16 65/21 185/16
regarding [7]   60/2 69/25
82/15 90/6 105/10 117/12
156/1
regards [2]   77/14 213/16
Regional [4]   191/18 196/3
200/16 209/22
registered [2]   179/22 224/23
regular [2]   55/25 56/8
relate [1]   14/4
related [6]   45/9 47/18 50/10
174/20 186/17 187/17
relates [1]   14/6
relation [1]   201/14
relationship [1]   4/22
relationships [1]   22/24
relative [1]   118/25
released [1]   72/17
relevance [4]   9/2 11/15 156/5
156/11
relevant [28]   4/18 5/14 7/9
8/23 9/8 12/12 13/11 42/1
42/12 44/2 47/12 47/15 57/24
64/1 64/5 64/7 67/25 68/3
68/8 68/10 97/24 155/15 158/2
158/8 158/12 158/17 160/5
205/5
reliable [1]   184/14
relocate [1]   193/14
Remarkably [1]   204/17
remember [13]   37/10 50/3 74/4
82/17 82/18 82/25 83/13 83/24
84/6 118/15 154/25 159/19
175/12
remembered [1]   223/7
remembers [1]   83/5
remind [15]   28/20 37/14 51/13
120/14 121/4 124/12 130/25
138/5 139/22 143/11 146/18
147/6 152/15 164/1 203/3
rent [5]   59/1 59/5 74/16
74/16 75/11
rental [4]   75/17 75/21 75/24
76/2
repaired [1]   80/24
repeat [4]   42/6 43/4 68/13
218/1
repetitive [1]   11/19
replaying [1]   14/10
replied [1]   34/8
reply [2]   124/17 124/21
report [11]   40/14 40/18 41/17
42/21 45/23 46/14 66/23 122/9
148/9 165/4 168/1
reported [40]   1/22 16/11 17/8

17/23 18/17 19/8 19/23 21/11
21/23 25/6 25/16 25/24 26/6
26/13 26/17 27/6 27/10 28/9
36/17 74/17 74/22 75/6 81/12
114/23 116/8 134/4 136/4
137/6 137/22 139/12 140/6
140/18 141/15 142/5 142/14
143/2 144/5 144/18 145/17
167/4
Reporter [4]   1/24 224/23
224/23 224/24
reports [1]   40/9
request [1]   3/14
requesting [1]   172/21
rescue [2]   182/7 182/8
reserve [1]   46/11
reset [1]   149/16
residence [51]   3/10 32/19
32/21 32/21 33/3 58/10 71/3
87/21 88/10 89/20 89/21 91/13
91/22 91/25 92/1 92/3 97/7
99/6 100/5 106/17 111/12
111/13 111/14 112/11 112/15
113/3 113/6 113/8 114/13
114/13 114/15 114/17 114/19
119/11 156/8 156/10 156/13
156/17 193/9 193/10 193/17
193/21 194/1 194/11 194/16
194/18 199/4 200/6 202/4
205/24 206/5
resolved [1]   3/5
resources [1]   112/4
respect [1]   143/15
respectfully [1]   7/4
responded [4]   35/15 65/14
90/7 188/7
response [11]   33/18 35/5 65/5
65/10 195/1 205/19 208/21
216/14 219/19 222/22 224/6
responsibility [1]   105/2
rest [5]   6/21 7/2 96/5 183/4
223/9
restaurants [1]   49/17
restored [1]   37/1
restrict [1]   95/24
restroom [2]   217/4 217/6
result [1]   184/13
retaliate [1]   10/25
return [2]   131/3 166/18
returned [1]   183/16
review [3]   82/12 151/6 169/4
reviewed [16]   41/10 53/15
73/9 73/23 76/12 80/8 80/23
82/19 84/19 110/16 135/8
185/20 186/20 186/24 187/1
187/14
reviewing [4]   62/19 82/17
82/18 82/25
Reviews [7]   40/17 40/24 80/6
82/13 110/12 110/14 210/4
Ricardo [3]   64/1 64/6 64/8
64/11
Ricardo Johnson [4]   64/1 64/6
64/8 64/11
ride [1]   106/19
rifle [1]   126/7
right [302]
right-hand [1]   153/3
rights [15]   33/10 33/12 33/12

**R**

rights... [12]   33/13 33/15
34/8 34/15 34/19 37/1 99/11
99/17 102/3 102/17 102/18
108/4
risk [1]   13/20
road [8]   60/21 145/6 148/3
164/14 168/15 190/1 190/4
190/11
rob [1]   64/15
robbery [1]   183/4
robe [4]   33/1 88/16 90/20
92/22
rocky [1]   123/19
rode [1]   180/25
role [6]   32/16 61/2 128/19
146/4 147/13 150/14
rolled [1]   142/1
room [15]   32/23 75/3 88/11
88/14 88/19 89/4 90/25 91/2
92/21 107/3 107/3 107/5
107/20 107/22 108/1
rounds [4]   196/1 198/4 198/8
198/11
route [3]   166/8 166/18 168/22
routes [3]   166/10 172/24
173/1
Roy [1]   138/21
Roy's [1]   138/17
ruling [2]   45/24 155/12
run [12]   43/10 43/16 63/19
63/22 66/10 96/1 96/2 96/4
128/11 128/18 217/3 217/6
runner [1]   16/17
runs [3]   43/22 43/25 44/15
rush [1]   106/17
rush-hour [1]   106/17

**S**

SA [3]   224/13 224/14 224/15
safe [1]   63/25
safety [1]   182/6
said [76]   13/7 16/17 19/13
22/5 22/6 22/9 33/5 33/13
33/16 33/19 35/17 37/13 41/24
42/6 44/10 45/15 64/14 65/6
67/3 74/1 74/20 77/24 81/2
81/16 82/24 86/19 86/20 88/14
90/7 90/9 90/12 95/5 97/25
99/17 103/3 105/18 106/8
106/9 108/3 108/5 108/15
108/19 109/4 109/9 109/11
109/12 110/19 111/20 115/19
119/7 125/11 132/7 132/8
132/10 132/10 136/15 136/18
137/16 138/8 138/16 140/11
141/1 141/22 144/25 146/24
152/16 159/14 162/23 171/24
182/21 186/20 188/24 189/9
208/13 208/15 213/23
sale [1]   138/17
salutation [1]   86/18
Samartine [1]   184/4
Samartine Hill [1]   184/4
same [21]   10/15 17/6 19/6
50/22 67/2 74/25 78/25 85/19
85/21 85/23 104/25 116/13
125/3 130/22 132/16 132/24

198/8 199/13 201/10 204/21
206/11
sample [2]   55/10 55/14
samples [1]   55/16
Sand [1]   47/13
Sardelli [5]   2/2 39/5 66/21
118/12 174/3
sat [1]   20/6
satellite [3]   150/15 150/23
161/13
satellites [1]   161/3
saved [3]   4/10 23/20 205/11
saw [7]   27/23 56/3 70/21
130/22 162/20 199/25 206/22
say [51]   7/7 7/16 14/14 17/16
18/3 18/8 18/21 18/24 20/3
20/6 20/15 21/16 22/11 22/13
25/13 33/18 34/23 45/24 53/24
54/1 58/18 67/7 72/2 73/10
78/5 86/5 92/7 105/25 106/12
106/12 122/24 132/9 136/21
138/16 139/17 140/23 140/24
141/1 141/25 142/16 143/14
143/17 143/18 145/22 145/25
161/10 172/2 187/16 209/13
209/14 218/9
saying [24]   6/19 7/15 7/16
42/18 45/25 68/2 72/12 72/15
72/15 74/7 74/7 75/8 75/20
75/21 93/12 93/16 95/25 109/8
123/10 157/12 167/23 173/1
210/22 211/1
says [48]   6/18 9/9 10/8 11/3
23/21 23/23 26/16 29/18 36/22
39/21 39/23 55/9 62/14 63/19
63/21 63/23 64/16 72/10 72/11
72/14 74/15 75/10 78/17 86/14
86/16 104/14 104/14 113/12
123/3 123/9 123/21 124/5
124/7 125/8 125/21 128/11
128/17 130/3 130/7 159/22
162/10 170/7 171/22 175/3
189/3 201/23 205/21 212/21
scale [1]   198/19
scales [6]   114/17 117/11
117/12 117/12 117/12 117/14
scan [1]   196/9
scanners [1]   196/12
scared [1]   143/19
scene [2]   147/15 149/13
scheduling [2]   216/16 221/3
screen [22]   23/18 27/25 28/6
36/21 101/20 115/14 127/3
127/9 127/13 128/3 147/22
153/8 188/21 201/3 203/21
203/25 204/2 204/6 204/9
204/12 206/1 206/10
screenshot [6]   38/24 39/1
157/1 202/18 202/21 205/11
screenshots [1]   63/1
scroll [2]   123/6 171/8
scrolling [5]   124/4 124/19
124/23 125/10 126/5
Sean [1]   81/21
Sean's [1]   84/17
search [43]   8/21 22/20 28/16
30/12 32/6 32/9 32/11 32/13
32/16 35/23 51/24 57/20 89/5
89/7 91/13 91/16 111/12

111/16 113/13 114/12 117/24
119/19 126/13 156/3 156/4
156/8 156/13 156/19 157/21
158/10 185/5 193/11 193/16
193/21 193/22 195/23 196/11
201/14 204/22 206/12 207/8
213/2 215/22
search warrant [25]   22/20
30/12 32/6 32/9 32/11 32/13
32/16 35/23 89/5 89/7 111/16
113/13 117/24 119/15 156/4
157/21 158/10 193/11 193/16
193/21 193/22 201/14 204/22
206/12 215/22
Search Warrant 11-V [1]   207/8
search warrants [3]   28/16
51/24 185/5
searched [16]   57/4 57/5 57/14
57/15 59/7 71/4 91/4 93/7
98/20 117/4 120/18 122/5
126/9 126/11 204/22 205/5
Searches [1]   126/9
seat [3]   180/8 180/25 181/20
second [8]   4/3 6/22 14/23
20/14 126/15 140/17 174/15
223/17
seconds [17]   65/12 75/4 76/7
135/25 137/5 137/20 139/11
140/5 143/1 144/4 144/17
145/14 148/17 149/20 165/5
166/16 168/2
section [3]   125/14 126/8
126/17
sector [2]   147/14 148/16
secured [2]   32/21 32/25
Security [2]   18/4 18/7
Security Boulevard [1]   18/7
see [97]   3/21 4/6 4/9 6/17
9/25 13/4 15/5 23/18 29/15
29/16 29/20 38/8 38/9 39/18
39/23 60/13 60/13 62/15 63/9
66/9 68/16 71/21 76/18 80/2
81/21 85/23 86/10 86/17 90/19
92/22 98/18 99/2 111/13
112/24 113/2 113/25 122/14
122/23 123/3 123/7 123/11
124/4 124/9 124/15 124/19
124/24 125/5 125/14 125/18
126/5 126/8 126/17 129/3
130/3 147/2 147/9 147/15
149/5 150/25 153/20 153/20
160/20 164/3 165/4 165/25
166/23 167/1 168/1 170/7
170/18 170/24 171/9 171/16
171/22 172/10 173/5 173/21
175/2 175/24 182/24 183/3
183/8 183/9 183/13 188/18
188/21 199/4 201/6 205/21
210/16 216/16 217/1 220/3
220/7 223/1 224/3 224/9
seeing [1]   9/22
seek [3]   8/7 14/25 112/2
seeking [2]   158/13 186/13
seem [1]   83/20
seemed [1]   168/15
seems [5]   14/2 45/20 66/10
160/4 170/15
seen [16]   25/1 37/23 37/24
37/25 38/15 68/6 68/7 70/21

Case 1:16-cr-00267-LKG Document 1373 Filed 11/21/19 Page 256 of 265

S

seen... [8]  85/8 85/9 115/8 116/11 156/7 162/1 199/16 199/17
seize [1]  199/4
seized [8]  57/18 58/9 58/11 60/11 60/16 66/1 113/14 202/5
seizing [1]  198/17
seizure [1]  60/19
selected [4]  125/14 126/8 126/17 151/17
selection [1]  52/21
sell [1]  142/17
semi [2]  204/1 204/4
semi-automatic [2]  204/1 204/4
Senba [1]  205/11
send [2]  155/10 191/23
sense [4]  6/24 105/11 169/13 223/21
sent [7]  40/4 65/7 120/23 156/6 181/18 181/19 209/21
sentence [1]  189/9
separate [2]  49/2 67/4
September [21]  29/5 29/22 32/5 36/23 38/21 57/3 58/6 87/18 97/14 102/22 156/19 191/16 201/13 205/3 205/10 205/15 207/19 209/15 209/20 210/17 213/1
September 10th [1]  29/22
September 17th [2]  207/19 209/20
September 18th [1]  38/21
September 27th [11]  32/5 36/23 57/3 58/6 87/18 97/14 102/22 201/13 205/3 210/17 213/1
September 29th [2]  205/10 205/15
September 9th [1]  29/5
sequence [1]  92/6
sequentially [1]  152/10
serial [1]  109/5
series [1]  124/24
services [1]  150/10
set [3]  10/16 29/25 183/17
settled [1]  181/24
seven [1]  4/7
several [9]  25/12 60/13 65/21 71/6 71/7 131/12 156/17 194/4 199/9
shadavis.designer [1]  122/18
shake [1]  63/24
Shakeen [21]  2/8 24/19 24/22 31/4 94/9 121/25 122/10 126/4 126/20 126/23 128/20 129/13 129/21 130/17 130/20 142/11 145/21 184/25 188/13 189/24 190/18
Shakeen Davis [17]  2/8 24/19 24/22 31/4 121/25 122/10 126/4 126/20 126/23 128/20 130/17 142/11 145/21 184/25 188/13 189/24 190/18
Shakeen Davis's [1]  94/9
shared [1]  104/25
she [16]  27/19 68/19 68/24

69/5 87/9 180/19 180/10 180/15 180/16 180/22 180/25 180/24 180/25 181/3 181/20 218/18
she's [2]  68/21 87/8
sheet [14]  80/8 83/3 83/16 83/17 84/14 84/20 84/22 84/25 85/6 155/8 173/9 218/24 219/4 219/12
sheets [7]  79/11 79/14 79/16 79/25 83/7 84/8 96/1
shh [3]  9/10 10/8 12/10
shield [1]  98/8
shielded [1]  97/11
shift [4]  22/18 32/4 121/24 133/8
shirt [9]  25/11 26/9 26/11 26/22 29/9 31/3 31/5 204/13 204/19
shirts [4]  84/17 85/2 85/9 85/10
shit [7]  124/1 136/23 140/12 140/13 146/2 175/4 189/4
shite [1]  123/19
shoe [1]  197/9
shoes [1]  6/1
shooter [1]  184/9
shop [1]  44/1
short [13]  36/14 68/14 68/20 136/25 137/19 139/6 139/10 139/25 140/4 142/12 144/16 145/8 160/8
shorted [1]  16/17
Shortly [1]  34/3
Shorty [1]  21/16
shot [6]  26/1 184/4 197/2 197/19 198/8 200/5
shots [1]  163/20
should [20]  7/20 36/15 45/7 45/16 62/22 63/6 67/7 67/18 68/25 90/21 92/7 93/20 101/20 137/20 147/21 153/8 154/19 157/25 158/1 222/2
shouldn't [1]  66/7
shouting [1]  195/7
show [72]  7/25 8/4 10/23 13/1 10/25 21/4 23/2 24/15 24/20 24/23 29/1 29/6 29/10 29/14 29/23 30/3 30/15 30/19 30/24 31/7 31/15 34/11 34/25 36/8 37/18 38/5 40/8 42/2 54/14 79/6 79/25 80/15 81/23 82/10 86/1 101/18 109/15 109/22 112/17 112/23 116/1 117/24 121/14 122/7 126/6 129/6 129/16 130/15 150/18 151/12 152/3 158/15 161/24 164/7 166/21 169/11 172/5 191/20 192/5 192/11 192/20 193/3 195/8 200/10 202/16 203/8 203/21 204/6 205/8 208/2 210/9 210/13
showed [7]  73/16 84/22 94/19 153/6 161/18 207/7 214/23
showing [10]  39/12 82/2 86/11 116/22 119/15 134/23 168/3 178/10 196/17 209/18
shown [9]  37/7 37/8 59/11 73/11 114/21 155/3 155/25

156/16 215/19
shows [9]  84/20 84/22 84/25 104/3 104/5 113/13 183/15
shuffle [1]  222/14
Shykeen [1]  122/24
sic [10]  42/17 42/19 84/7 128/6 157/12 161/24 162/7 164/8 166/21 215/6
SID [1]  129/25
SID number [1]  129/25
side [11]  125/23 153/3 183/12 203/21 203/24 204/2 204/6 204/8 204/12 206/1 206/10
sign [4]  29/3 99/18 99/22 179/22
signature [3]  34/17 34/18 129/3
signed [9]  34/9 103/19 103/22 104/5 108/3 145/2 179/18 179/18 180/10
significance [1]  193/8
significant [1]  202/11
signing [3]  102/4 103/23 104/1
signs [3]  50/1 50/9 50/21
silent [1]  64/4
silver [1]  196/5
Silverado [3]  196/6 196/11 198/23
similar [6]  15/1 76/21 76/22 77/2 81/8 204/17
simply [6]  12/18 12/21 44/9 65/7 95/7 163/5
since [5]  53/2 90/20 92/21 156/20 205/18
singing [1]  65/24
single [3]  52/9 53/16 84/6
sir [19]  39/9 39/25 41/1 51/12 53/11 58/5 112/5 173/25 174/8 174/14 175/1 178/20 179/17 180/7 184/22 186/3 190/13 214/18 216/15
sit [2]  72/22 182/9
site [3]  147/9 149/5 162/20
sits [3]  68/19 93/15 182/23
sitting [5]  11/9 89/3 102/21 107/20 187/21
situation [5]  14/11 63/4 72/10 72/12 191/18
situations [1]  9/18
six [8]  4/7 8/23 53/6 53/7 97/15 97/19 124/1 140/4
skip [4]  27/22 126/24 142/3 142/12
slang [2]  19/19 144/15
slick [1]  125/25
SM [7]  28/19 30/15 37/15 37/21 39/13 175/11 203/8
SM-18 [1]  37/15
SM-22 [2]  39/13 175/11
SM-6 [1]  37/21
smack [1]  141/22
small [5]  54/6 117/12 117/12 117/14 117/15
smaller [1]  223/22
smiles [1]  69/8
smiling [3]  68/25 69/1 69/2
smoke [1]  106/20
smuggling [1]  143/22

**S**

snippet [1]  115/12
snitch [4]  9/10 10/9 10/12
12/11
snitching [1]  28/14
so [222]  3/12 4/2 4/4 4/12
5/16 5/17 6/3 6/9 6/17 8/9
9/18 10/1 10/21 11/14 12/10
13/22 14/8 17/6 20/16 22/15
33/1 39/18 40/21 41/21 45/9
46/9 49/1 50/14 52/11 52/12
52/20 53/17 55/3 56/2 56/6
57/17 58/1 60/11 60/16 60/18
60/20 62/16 62/19 63/11 63/14
64/9 65/15 66/17 67/4 67/18
69/5 69/24 70/14 70/20 70/24
71/15 71/18 73/18 73/20 75/2
75/8 75/17 75/20 75/25 76/23
77/17 78/5 78/15 79/8 79/22
79/25 80/8 81/11 81/23 83/1
83/9 83/11 88/3 88/9 88/13
88/13 88/21 88/25 90/19 90/24
91/16 91/24 92/3 93/2 93/6
93/15 94/12 95/3 95/4 96/8
96/16 97/22 98/12 98/22 99/6
99/13 99/20 101/17 102/3
102/14 103/3 103/15 104/8
106/11 106/18 106/21 107/18
108/6 109/2 109/15 110/16
111/5 113/8 114/2 115/7 116/4
117/3 125/20 127/23 131/22
132/24 133/5 135/12 135/17
135/25 153/7 153/11 153/22
153/24 154/12 155/10 155/16
156/2 156/17 156/22 157/5
157/14 158/12 158/17 160/19
161/1 161/8 162/3 162/6
162/15 163/23 164/3 164/7
164/11 164/14 164/17 165/7
165/12 167/8 168/3 168/21
169/12 169/22 171/14 172/2
174/21 176/8 178/2 178/7
178/8 179/8 180/3 180/5
181/18 182/7 182/11 182/16
182/21 182/23 183/2 183/3
183/15 183/24 185/4 186/19
187/2 187/3 189/12 190/3
190/16 190/20 193/18 194/17
196/17 199/4 200/10 205/8
206/1 206/8 208/22 210/16
211/15 212/9 214/14 216/20
216/24 217/11 217/11 217/18
218/17 219/14 219/23 220/3
220/4 220/23 221/2 221/11
221/15 221/21 221/25 222/12
222/16
social [11]  13/8 28/16 30/12
37/14 59/8 115/3 115/4 115/9
177/19 178/9 207/3
society [1]  5/13
software [1]  52/18
sold [2]  35/16 35/19
solid [1]  64/4
some [60]  5/13 8/11 16/2
28/17 33/2 38/15 39/11 39/19
40/4 41/6 41/22 54/10 54/11
54/12 59/12 60/7 60/9 60/10
62/8 62/22 63/24 64/12 70/4

71/14 72/7 73/16 73/25 74/2
83/16 84/7 97/25 105/11
104/22 105/1 110/17 119/10
120/12 122/23 124/1 131/7
135/17 139/18 141/22 155/20
157/3 160/16 161/11 161/13
175/14 198/8 199/14 199/16
199/17 200/8 207/10 213/7
213/21 217/21 218/15 221/10
somebody [6]  55/5 57/23 65/23
66/3 182/24 183/3
someone [14]  11/13 30/9 52/14
52/25 55/13 67/7 76/12 163/19
166/8 166/10 184/7 194/6
195/15 212/16
something [25]  5/3 6/6 7/8
7/17 8/9 8/15 47/23 55/18
59/15 65/22 65/23 66/22 68/13
69/7 73/20 100/23 120/22
127/20 128/7 175/15 180/17
186/16 218/12 223/11 224/2
sometime [5]  13/15 63/5 88/6
163/23 219/4
sometimes [11]  69/8 79/13
79/20 79/21 84/11 84/12
120/22 134/14 161/2 161/2
183/7
somewhat [2]  4/6 15/1
somewhere [1]  164/11
son [8]  46/24 47/7 47/7 48/13
48/14 48/17 142/18 212/18
soon [2]  149/16 220/3
sorry [32]  3/9 9/21 16/25
31/7 42/24 57/10 69/15 78/2
78/23 86/5 94/25 121/19
125/10 125/24 129/7 129/8
130/10 132/1 133/24 146/23
149/6 164/23 171/2 177/14
178/3 180/20 183/14 187/1
208/14 219/1 223/6 223/8
sort [10]  5/10 8/20 11/12
56/11 146/16 161/11 165/25
169/12 173/21 220/9
sound [1]  76/21
sounded [1]  73/22
sounds [3]  76/22 77/2 81/8
source [4]  41/24 42/2 42/13
43/15
south [2]  152/14 153/13
SP [2]  139/20 139/23
space [1]  224/1
speak [9]  9/10 10/8 12/10
87/9 87/10 89/13 94/18 100/19
106/22
speakers [1]  85/16
speaking [9]  4/21 5/17 48/19
54/8 54/12 70/21 77/13 118/20
139/14
speaks [1]  102/11
Special [9]  2/12 15/14 15/19
33/6 36/5 119/25 191/2 191/7
191/10
Special Agent [5]  2/12 33/6
36/5 191/2 191/7
Special Agent Aanonsen [1]
15/14
specific [6]  12/15 45/22
53/24 108/24 109/1 216/8
specifically [13]  43/7 50/21

54/1 71/15 80/10 87/8 88/9
97/1 99/13 99/25 102/19 113/5
156/24 212/5
specifics [1]  108/18
Speed [2]  148/19 149/22
Speed limit [2]  148/19 149/22
Spence [6]  26/10 29/9 62/1
133/10 134/10 139/24
Spence's [1]  133/20
spent [1]  119/1
Spittle [1]  26/10
spoke [3]  56/10 181/16 181/17
spoken [2]  70/18 118/24
spread [1]  223/20
Spring [5]  147/20 164/6
164/14 164/15 164/16
Springfield [4]  198/1 205/12
205/23 206/7
Springfield Armory [3]  205/12
205/23 206/7
Springfield XD9 [1]  198/1
Sq [2]  125/18 126/6
stairwell [2]  194/21 194/23
staked [2]  56/12 56/16
stamp [1]  209/23
stamped [1]  209/23
stand [2]  81/14 154/20
standing [3]  56/18 89/14
184/10
stands [1]  150/10
star [1]  31/24
start [23]  3/6 9/11 10/9
10/13 12/11 16/6 16/8 62/10
70/2 135/20 135/24 136/2
145/15 145/15 147/24 149/15
151/20 153/10 153/25 154/12
166/6 172/10 196/17
started [5]  147/18 147/19
149/16 164/18 221/13
starting [8]  5/22 139/10
140/4 140/16 141/14 142/25
145/13 152/9
starts [1]  35/8
stash [2]  61/25 190/2
stash house [1]  61/25
stashed [1]  145/5
state [5]  36/24 63/20 96/2
128/12 219/13
state court [1]  36/24
stated [2]  76/16 103/17
statement [19]  12/25 13/4
34/10 34/21 42/17 43/3 43/4
44/19 45/12 47/24 47/25 48/3
51/2 67/6 67/8 67/16 68/13
100/22 100/23
statements [3]  42/19 208/20
214/6
STATES [3]  1/1 1/3 1/16
station [6]  48/20 48/23 48/25
49/7 147/20 164/18
stations [1]  49/2
status [2]  67/15 67/17
stayed [3]  64/4 107/5 168/24
stenographic [1]  224/19
step [9]  6/1 62/12 73/7 94/2
119/21 154/14 191/1 213/14
216/15
steps [1]  195/2
Stevens [1]  26/23

**S**

still [25] 4/17 7/14 12/25
15/17 25/1 42/21 63/19 67/24
74/25 81/14 81/15 89/1 94/21
96/2 96/23 120/2 128/12 146/2
149/24 173/6 183/2 189/5
191/8 209/8 216/24
Stinka [1] 71/21
Stinson [1] 61/9
Stip [1] 36/20
stipulate [3] 94/10 94/22
95/6
stipulated [1] 36/22
stipulation [3] 36/19 94/10
94/20
stipulations [1] 221/4
stitched [1] 126/1
stop [8] 4/5 28/14 103/4
137/8 150/13 150/15 150/22
163/11
store [2] 49/12 49/14
stores [1] 49/20
Strap [2] 170/10 171/16
stream [2] 195/21 197/3
street [15] 1/24 4/17 5/3
5/25 6/7 18/6 49/18 153/15
157/13 158/25 162/24 168/11
189/17 193/23 196/21
stressin' [1] 211/1
Strictly [1] 127/18
strike [1] 164/21
strip [2] 93/4 93/6
strips [2] 59/25 144/15
strongly [1] 4/13
stuff [2] 107/1 123/18
stuffed [1] 61/12
stupid [1] 123/25
style [1] 198/11
styles [1] 171/24
subcompact [2] 205/12 206/7
subject [20] 20/10 23/24
32/11 63/10 66/21 134/13
134/20 138/11 138/20 139/22
142/9 143/11 158/15 192/2
192/15 192/23 203/1 208/21
216/20 217/11
subjects [6] 24/2 120/12
138/25 141/7 143/22 145/5
submitted [1] 121/21
Suboxone [2] 144/15 144/15
subsequently [1] 71/2
substance [1] 79/24
substantially [2] 9/3 63/5
such [2] 176/14 177/1
suffice [1] 161/10
suggest [4] 127/17 155/14
156/10 156/21
suggested [2] 127/8 219/8
suggesting [3] 55/1 55/13
127/18
suggestion [1] 223/14
summary [3] 83/3 83/5 83/25
summer [7] 16/4 70/12 70/13
72/19 133/11 133/12 133/20
sunglasses [2] 26/2 27/1
supervision [1] 150/6
supplied [1] 43/7
supplier [1] 67/1

supply [4] 41/24 42/2 42/13
113/25
supplying [2] 43/19 114/6
suppose [1] 52/17
supposed [3] 43/16 66/1
156/11
supposedly [1] 4/11
sure [80] 3/6 7/22 8/3 10/22
16/10 23/5 27/19 34/14 35/8
40/16 41/8 47/4 49/1 57/22
65/20 69/4 70/1 70/3 72/25
75/24 89/10 91/6 91/10 96/13
106/24 109/9 109/12 110/9
110/18 112/21 120/18 123/17
125/3 125/21 126/12 127/4
127/6 127/14 127/22 128/11
128/17 129/23 130/6 130/20
130/24 131/16 135/23 137/3
147/23 153/7 157/11 159/3
159/24 165/16 167/15 168/23
169/1 170/15 170/24 171/23
172/2 172/25 176/17 177/5
177/9 177/16 177/24 183/13
187/2 201/21 209/9 210/3
210/15 212/6 213/15 213/24
217/7 219/3 221/25 222/14
surprise [1] 175/21
surprising [1] 135/4
surrounded [1] 89/4
surrounding [1] 89/9
surveil [2] 56/7 121/8
surveillance [21] 44/8 55/21
56/12 111/10 111/11 111/15
111/17 111/18 111/19 113/17
113/19 113/22 113/25 114/1
114/5 119/4 157/17 182/2
194/15 195/21 197/3
surveyed [1] 114/8
suspected [1] 216/2
sustain [2] 13/3 13/22
Sustained [2] 20/23 61/20
SW [28] 196/18 196/22 196/25
197/5 197/10 197/13 197/17
197/21 197/24 198/2 198/7
198/9 198/13 198/16 198/18
198/20 198/22 199/1 199/7
199/11 200/3 200/10 200/14
201/1 201/6 202/16 204/24
205/8
SW-11-B [1] 196/22
SW-11-C [1] 196/25
SW-11-D [1] 197/5
SW-11-E [1] 197/10
SW-11-G [1] 197/13
SW-11-H [1] 197/17
SW-11-I [1] 197/21
SW-11-J [1] 197/24
SW-11-K [1] 198/2
SW-11-L [1] 198/7
SW-11-M [1] 199/7
SW-11-N [1] 199/11
SW-11-O [1] 198/9
SW-11-P [1] 198/13
SW-11-Q [1] 198/16
SW-11-R [1] 198/18
SW-11-S [1] 198/20
SW-11-T [1] 198/22
SW-11-V [1] 200/14
SW-11-W [1] 199/1

SW-11-X [1] 200/3
swear [1] 142/19
sweatsuit [2] 98/23 126/1
swept [1] 194/23
switch [2] 128/22 133/23
switching [2] 137/17 137/17
SWORN [3] 15/20 120/1 191/11
Syd [1] 63/23
Sydni [5] 64/11 64/14 64/16
145/21 188/13
Sydni Frazier [4] 64/11 64/14
145/21 188/13
Sydni Frazier's [1] 64/16
symbol [1] 25/20
system [1] 79/12

**T**

T-Roy [1] 138/21
T-Roy's [1] 138/17
T-shirt [7] 25/11 26/9 26/11
29/9 31/3 31/5 204/13
T-shirts [2] 85/9 85/10
tab [4] 36/16 135/21 137/1
141/11
table [1] 187/21
tactical [3] 32/17 32/20
182/9
take [38] 3/18 6/21 15/9
40/14 56/23 62/8 62/13 63/14
66/17 68/14 80/2 90/24 92/19
93/20 93/24 110/2 112/23
113/1 127/3 127/16 148/13
148/15 149/18 154/10 160/8
164/4 165/3 166/8 166/10
171/14 173/8 210/1 210/19
213/14 221/13 221/19 222/10
222/12
taken [23] 8/21 29/21 39/23
39/23 59/24 60/3 60/6 60/8
66/1 68/15 92/3 92/7 92/9
92/12 92/14 92/17 93/7 95/18
99/6 160/9 175/24 176/2
196/14
takes [2] 147/16 149/12
talk [12] 66/17 66/18 71/14
102/24 154/21 178/22 193/6
217/18 220/9 221/10 222/20
223/13
talked [8] 49/7 49/14 50/25
107/1 113/16 154/23 177/7
215/6
talking [21] 5/24 6/1 6/4 6/7
7/6 16/2 47/22 54/23 55/6
55/13 57/1 72/8 72/12 137/11
137/12 138/1 157/15 189/13
205/17 212/2 212/14
tallies [1] 117/21
tamper [3] 170/10 171/18
171/23
tampered [1] 170/14
tampering [1] 171/21
tape [1] 56/23
Tara [5] 156/6 156/9 200/19
200/24 201/24 207/14
Tara Whyte [5] 156/6 156/9
200/19 200/24 207/14
target [1] 120/24
targeting [1] 12/1
Task [1] 179/19

Case 1:16-cr-00267-LKG   Document 1373   Filed 11/21/19   Page 259 of 265

**T**

tattoos [11]   92/22 92/24 93/3
  93/4 93/13 93/15 97/10 97/23
  97/25 98/1 143/18
TC [1]   84/24
TCGMG [1]   38/13
team [16]   32/17 32/20 57/5
  57/14 57/15 83/20 84/25 85/9
  87/25 88/3 89/5 111/18 121/1
  182/5 182/8 194/15
Team Cash [3]   83/20 84/25
  85/9
teams [1]   51/24
Tech [1]   24/6
Tee [2]   38/7 38/9
Tee Brown [2]   38/7 38/9
teeth [3]   29/25 99/4 99/5
Tek [1]   23/7
Tek-$1,340 [1]   23/7
telephone [2]   187/17 187/20
tell [94]   5/20 17/4 17/21
  18/15 19/4 19/21 21/9 21/23
  24/17 24/25 25/8 25/13 25/18
  28/6 28/13 29/2 29/7 29/11
  29/24 30/16 30/25 31/16 33/17
  34/13 35/1 38/24 60/7 72/22
  75/12 126/21 127/10 128/23
  130/16 133/22 135/22 137/2
  137/25 139/8 140/2 141/1
  141/12 142/23 144/2 145/1
  145/10 147/18 148/7 150/21
  152/5 153/5 159/22 159/22
  161/9 170/24 173/8 175/24
  180/15 180/20 183/3 187/24
  188/1 188/18 191/25 191/25
  191/25 192/12 195/25 196/19
  196/23 197/11 199/2 199/7
  200/4 200/23 201/9 201/12
  201/18 202/1 202/17 202/20
  203/11 203/19 203/24 204/2
  204/8 204/15 205/1 205/9
  206/6 206/9 207/6 217/22
  219/18 220/22
telling [8]   16/8 21/18 62/24
  108/13 119/7 122/11 207/4
  212/16
Temple [5]   27/9 143/13 144/9
  144/21 144/23
ten [4]   5/11 99/20 209/5
  209/11
tenth [2]   4/7 4/7
Teresa [1]   1/18
Teresa Whalen [1]   1/18
term [5]   19/17 19/19 36/25
  126/13 144/11
terminate [1]   184/13
terminated [1]   103/10
terms [9]   54/6 66/24 96/11
  114/4 115/3 126/9 126/11
  187/2 221/2
test [2]   147/14 147/18
test drive [1]   147/18
test-drive [1]   147/14
tested [1]   149/12
testers [2]   123/9 123/12
testified [15]   22/19 28/15
  28/17 39/11 55/24 87/13
  117/11 120/8 133/9 159/4

testify [6]   15/6 56/3 57/13
  144/22 156/3 157/9
testifying [3]   50/3 90/4 90/5
testimony [11]   9/15 48/22
  59/11 60/2 62/2 64/21 156/6
  156/25 157/25 159/6 176/10
testing [1]   121/22
tests [1]   112/3
Texas [1]   50/15
text [30]   23/4 26/15 26/19
  27/12 27/14 28/6 28/11 28/13
  29/16 29/16 30/6 31/22 35/7
  64/15 65/3 65/8 122/23 123/3
  123/8 123/11 124/19 128/9
  153/9 185/24 186/2 186/21
  187/17 202/9 203/14 205/20
text message [3]   65/3 123/8
  123/11
text messages [8]   64/15 65/8
  122/23 185/24 186/2 186/21
  187/17 202/9
texts [3]   125/12 177/19 178/9
than [25]   6/24 12/17 47/9
  48/23 54/10 66/25 67/6 68/12
  69/3 77/8 81/17 112/15 112/16
  127/10 131/9 132/3 132/14
  133/4 157/4 167/20 169/21
  208/24 217/2 222/7 223/22
thank [59]   8/3 14/19 15/21
  17/2 37/3 39/4 39/6 39/25
  42/4 46/17 46/18 46/22 62/4
  69/12 69/19 86/24 93/22 95/15
  95/16 96/20 97/2 118/3 118/4
  118/7 119/20 119/21 119/23
  132/19 132/21 133/6 154/8
  154/15 160/13 171/6 173/25
  174/2 174/4 178/13 178/16
  184/18 190/9 190/23 190/25
  191/1 191/3 206/13 206/15
  206/17 207/9 210/6 212/12
  214/18 216/15 217/7 217/24
  218/10 220/14 220/16 224/4
Thanks [2]   55/10 178/21
that [932]
that's [223]   5/2 5/20 6/1 6/4
  6/12 7/2 7/14 8/15 10/6 10/6
  10/13 11/12 13/10 13/13 14/4
  14/7 15/12 17/7 24/18 25/2
  25/9 31/17 34/22 38/22 39/3
  40/18 41/8 41/11 42/15 43/7
  43/14 45/10 45/11 47/12 47/18
  48/9 48/23 50/10 52/2 52/7
  52/23 53/22 54/1 54/4 55/5
  55/8 55/11 55/15 55/23 56/5
  56/25 57/15 57/21 59/18 60/25
  61/23 61/23 65/15 65/16 65/22
  66/10 67/4 67/4 68/12 70/17
  70/19 70/23 71/13 72/14 74/25
  75/19 77/9 78/13 80/20 81/15
  84/20 84/22 84/25 88/5 88/15
  88/17 88/20 88/22 89/2 89/16
  89/18 89/22 90/9 90/17 91/6
  91/9 91/11 91/12 91/15 91/23
  92/5 92/8 92/19 92/20 96/6
  96/6 96/10 96/13 96/13 97/13
  97/18 97/21 98/21 99/5 99/12
  102/2 102/4 103/6 103/20

104/7 104/10 104/18 105/19
  105/22 106/7 108/23 111/6
  112/12 113/9 113/12 114/14
  114/16 114/18 115/6 115/11
  115/15 116/15 116/23 117/8
  118/1 118/2 119/13 119/16
  120/10 126/4 126/7 126/20
  127/17 127/20 127/20 128/10
  130/8 130/10 130/17 132/18
  134/17 134/22 134/25 138/15
  138/24 140/10 142/11 142/24
  143/6 143/13 144/3 144/21
  145/1 145/2 145/21 146/14
  150/13 150/22 151/17 152/6
  152/9 152/20 152/21 158/7
  160/22 161/7 162/25 164/16
  167/23 168/20 169/7 170/12
  171/7 171/7 171/20 174/1
  174/19 177/3 178/12 178/12
  184/8 187/22 192/7 193/5
  195/2 196/24 197/2 198/14
  198/25 199/3 200/9 201/2
  201/4 201/7 206/11 207/12
  207/15 207/18 209/8 211/13
  211/23 212/21 212/24 214/12
  214/18 215/8 217/7 217/21
  218/14 218/17 218/17 220/17
  222/10
their [14]   6/3 12/6 31/13
  42/1 44/2 44/3 48/16 120/19
  138/5 188/15 213/15 221/3
  221/22 221/24
them [37]   4/21 6/12 9/14 12/1
  14/13 15/4 15/6 15/10 22/14
  52/5 54/20 58/2 60/9 60/10
  73/9 73/9 73/10 73/17 74/7
  90/16 91/4 108/4 108/8 116/21
  119/18 146/1 156/25 160/19
  160/19 169/5 169/9 183/22
  189/3 202/11 217/11 219/10
  223/22
theme [3]   10/17 11/21 11/24
themselves [3]   12/4 13/12
  169/8
then [112]   4/1 5/13 12/4 18/9
  31/20 32/2 32/3 32/21 32/24
  33/3 35/3 35/5 35/13 37/8
  38/13 44/22 46/6 63/21 64/3
  64/15 64/19 70/24 72/19 73/21
  73/24 76/12 79/19 80/22 80/25
  86/15 88/6 90/12 91/3 91/19
  91/21 92/3 92/7 92/9 92/12
  92/15 92/17 93/7 93/7 93/12
  93/22 95/10 96/3 96/9 96/10
  96/11 99/7 103/4 103/9 103/12
  105/15 105/20 107/3 107/22
  107/23 110/13 120/23 122/18
  122/18 122/23 123/3 123/14
  123/23 124/21 125/6 125/10
  126/2 126/17 126/24 127/9
  129/16 129/23 130/3 130/7
  131/23 132/2 133/11 142/18
  146/16 147/2 147/9 151/22
  151/23 152/18 153/13 153/15
  155/20 159/25 162/11 164/3
  167/8 171/8 181/17 182/18
  182/25 194/22 195/12 196/10
  211/9 218/22 220/9 220/25
  221/13 221/22 221/24 222/11

**T**
then... [2]   223/17 223/25
theory [3]   13/10 13/13 65/2
there [259]
there's [67]   6/11 12/22 12/22
14/6 33/19 43/11 44/11 46/5
47/10 48/19 48/22 49/17 55/3
60/2 63/21 63/23 64/19 65/18
69/2 73/25 79/22 83/17 84/5
86/11 91/6 105/6 105/8 107/15
110/6 123/1 123/3 123/11
124/4 124/9 124/15 124/19
124/24 126/5 129/3 142/18
147/9 149/5 150/9 151/2 151/3
151/24 155/6 157/1 158/18
159/2 159/6 160/1 171/23
171/24 175/19 176/4 177/15
182/7 182/7 183/4 183/4 187/3
196/5 209/3 209/6 209/11
222/23
there-ish [1]   147/23
these [56]   3/18 5/4 6/18 7/8
8/2 9/5 9/13 10/11 10/21 11/8
13/14 44/2 53/9 59/23 60/3
60/8 63/1 65/19 71/14 73/8
73/11 73/15 73/16 74/11 77/11
77/12 79/11 81/17 83/7 102/3
106/12 108/4 123/14 126/21
142/17 151/6 152/12 155/7
156/22 162/21 163/5 163/6
168/8 169/4 169/12 169/15
170/22 173/1 198/5 199/13
199/14 199/16 200/12 200/15
213/22 215/3
they [92]   9/2 10/11 10/22
10/23 10/25 11/25 12/1 12/5
12/5 12/6 12/15 13/11 13/15
15/2 15/5 18/3 21/18 27/24
31/13 32/3 32/20 32/21 41/8
41/23 41/24 42/14 43/1 43/9
44/10 44/15 45/15 47/12 48/4
48/6 52/18 54/1 54/2 54/4
63/2 66/7 66/18 67/1 67/20
67/21 68/1 73/23 79/2 79/20
79/23 83/19 88/11 88/12 89/9
89/10 89/12 89/13 95/13
104/25 108/6 113/14 114/9
119/7 120/18 122/6 122/21
125/3 140/12 143/14 143/17
146/2 150/10 153/6 155/17
155/19 159/13 159/19 163/20
169/10 169/13 181/16 183/3
183/7 185/7 185/7 186/16
186/18 189/5 208/19 213/13
219/22 222/16 223/23
they'd [1]   169/20
they're [27]   5/13 6/19 9/3
9/22 13/11 15/3 42/18 45/7
49/2 63/8 79/19 79/21 83/8
91/15 120/18 120/20 120/23
186/17 189/13 190/3 200/16
207/5 211/14 212/14 215/3
217/6 222/9
they've [2]   41/21 211/16
thing [19]   8/12 9/24 20/16
27/23 50/22 54/5 54/6 54/6
61/23 63/9 74/25 132/2 143/17
168/13 187/10 199/13 220/10

things [21]   3/13 3/20 5/4
5/14 8/22 9/5 22/15 50/6 54/3
54/14 62/13 66/6 80/17 104/9
107/12 131/6 132/22 146/16
154/20 177/21 220/9
think [136]   4/18 4/20 5/1
5/10 5/24 6/3 6/4 6/11 6/22
7/2 7/5 7/7 7/12 7/14 7/24
8/5 8/22 9/18 10/13 10/21
12/12 12/12 12/17 12/19 13/18
13/20 20/3 37/14 37/16 39/1
39/3 39/11 41/22 42/1 42/15
42/21 42/22 43/11 43/14 43/16
43/24 44/1 44/6 44/6 44/7
44/17 44/18 44/21 44/24 45/3
45/8 47/9 53/23 58/15 58/19
59/11 59/15 59/16 60/13 61/5
62/7 62/22 63/3 63/6 63/13
64/5 64/18 65/1 65/18 65/20
66/5 66/7 66/25 68/2 68/8
68/10 71/7 82/24 83/1 83/5
83/5 83/12 83/16 83/22 83/22
83/23 89/25 93/22 94/25
110/17 110/19 131/1 132/2
132/8 132/10 146/24 152/16
154/10 155/7 155/24 156/18
157/3 157/25 158/1 158/3
158/12 158/17 160/4 165/7
175/19 176/22 180/25 181/2
181/3 186/19 207/21 208/12
208/18 209/8 209/10 211/10
211/13 211/15 211/18 211/19
216/24 217/20 218/3 218/4
218/17 221/11 222/16 223/10
223/11 223/21 223/21
thinking [3]   66/13 220/5
220/6
third [1]   73/2
thirty [1]   20/7
thirty-four [1]   20/7
this [380]
Thomas [1]   157/12
Thompson [7]   158/24 192/19
192/22 203/4 203/6 203/13
203/20
thoroughly [2]   57/6 57/16
those [47]   4/13 14/8 14/17
15/7 28/17 31/23 38/25 50/6
53/14 53/23 70/9 71/10 84/19
89/13 96/9 96/10 102/19 110/8
119/17 121/18 122/5 123/25
125/2 125/12 126/11 126/23
146/8 146/16 151/17 151/25
156/24 161/18 161/22 167/13
168/10 171/7 180/10 185/6
185/9 185/11 185/14 186/2
187/11 187/17 187/20 187/23
218/25
though [12]   6/17 40/18 66/11
89/1 98/12 123/22 136/22
140/12 158/7 173/22 183/2
211/19
thought [11]   4/5 27/23 60/18
69/4 83/19 109/9 112/14
113/14 161/20 221/14 223/18
thousands [4]   52/9 53/20
174/22 178/9
threatens [1]   6/18

three [17]   4/7 5/23 8/22 8/24
84/1 84/18 63/8 113/13
113/14 119/15 125/6 151/4
157/24 158/6 182/5 196/1
224/1
threshold [1]   195/3
threw [1]   163/5
thrive [1]   5/24
through [33]   5/18 6/21 14/3
21/17 21/18 27/22 45/7 46/8
46/10 53/5 65/1 72/20 76/9
77/24 79/12 79/22 87/9 89/21
92/6 102/17 103/12 107/7
145/23 150/24 152/10 153/12
155/18 156/24 159/16 175/13
176/11 178/12 223/23
throughout [4]   10/18 51/21
53/2 214/25
thrown [1]   62/17
tie [5]   26/3 41/21 156/21
204/13 204/19
tie-dye [3]   26/3 204/13
204/19
Tiffany [2]   87/5 210/17
Tiffany Bailey [2]   87/5
210/17
till [1]   103/8
Tim [2]   40/18 119/24
Tim Moore [1]   119/24
Tim Moore's [1]   40/18
time [85]   9/11 9/19 10/10
10/12 12/15 13/6 13/9 14/14
16/8 16/17 17/4 17/21 18/15
19/4 19/21 21/9 21/23 32/13
33/20 34/6 35/16 45/23 51/6
53/4 55/25 58/3 60/12 62/8
70/8 84/11 91/25 93/11 93/22
98/24 99/2 99/21 99/24 100/16
102/10 107/19 107/25 108/10
113/24 113/24 114/9 119/1
121/9 133/22 133/25 148/13
148/20 148/22 149/2 149/12
149/23 149/25 150/2 151/2
151/2 151/3 152/15 152/18
155/23 157/3 163/13 165/12
165/17 166/13 167/13 167/13
167/21 167/25 168/17 170/24
172/20 172/21 179/7 183/10
191/6 193/24 195/17 202/23
204/25 205/6 221/10
timer [1]   149/17
times [5]   47/13 62/18 121/9
152/10 194/4
timing [1]   221/23
TIMOTHY [2]   119/25 224/14
TIMOTHY MOORE [2]   119/25
224/14
Title [1]   52/3
Title III [1]   52/3
Tobacco [1]   34/15
today [14]   14/18 18/22 21/18
54/21 72/22 78/18 81/22 93/16
123/9 123/12 155/25 185/16
216/19 217/12
together [2]   213/8 218/22
told [14]   33/24 77/7 84/8
95/8 97/10 108/10 110/23
160/16 179/24 184/7 200/7
201/24 203/1 219/13

**T**

tomorrow [9]   78/18 217/10
 218/4 218/7 218/9 218/25
 219/3 219/12 222/24
ton [1]   212/5
tonight [1]   220/1
too [3]   74/11 153/17 180/11
took [14]   20/7 34/5 36/12
 56/21 83/9 92/21 106/19 148/7
 149/20 166/15 178/25 179/8
 179/8 193/14
tools [3]   51/23 117/23 174/24
tooth [1]   30/1
top [12]   18/9 23/18 23/21
 125/22 126/12 146/15 147/2
 164/16 195/2 200/18 201/2
 207/13
toss [1]   157/22
total [3]   27/21 149/3 150/4
totality [1]   55/15
touched [1]   43/24
touching [1]   27/2
tower [7]   148/1 161/6 162/9
 164/21 164/22 167/4 168/15
towers [1]   146/17
track [6]   151/19 163/13 164/1
 169/15 169/24 173/17
tracked [1]   151/2
tracking [4]   150/12 150/15
 150/23 161/13
tracks [2]   169/5 169/6
traffic [13]   106/17 148/22
 148/25 149/1 149/2 149/25
 150/2 150/3 165/21 166/3
 167/16 167/19 167/20
traffickers [1]   20/20
trafficking [7]   19/16 19/18
 20/19 43/23 124/13 144/10
 144/12
Trainor [9]   2/7 8/12 9/13
 10/22 12/18 13/7 14/14 51/8
 178/15
Trainor's [1]   15/2
transaction [4]   41/9 44/11
 45/22 181/15
transcribed [2]   73/23 76/25
transcript [38]   36/15 36/16
 53/13 53/16 71/17 72/5 75/1
 76/9 76/11 76/18 77/10 77/18
 80/15 80/22 80/23 81/14 81/16
 83/17 83/25 85/13 85/14 86/1
 86/10 86/23 110/4 137/5
 137/21 139/7 144/17 145/15
 175/6 210/10 210/13 210/16
 210/19 215/18 215/19 224/18
transcripts [6]   73/8 73/8
 73/11 79/20 79/20 211/16
transferred [1]   69/10
transmissions [1]   196/13
transmitting [2]   182/25 183/6
transpired [2]   103/22 106/11
transport [1]   92/16
travel [1]   166/13
treason [1]   6/4
trees [1]   29/18
trial [7]   11/10 11/13 60/20
 159/6 214/3 214/7 223/16
triangulated [1]   146/16

tricky [1]   7/5
tried [1]   11/21
trip [4]   28/23 115/24 165/4
 167/25
triple [1]   44/21
trouble [5]   10/13 23/17 24/14
 136/23 159/12
Trouble-2400 [1]   23/17
truth [4]   9/14 12/2 67/8
 179/24
truthfully [1]   180/20
try [11]   46/1 57/22 153/19
 153/23 165/19 170/2 170/3
 171/8 171/14 173/4 219/1
trying [6]   6/1 42/14 63/24
 78/17 89/16 220/1
TT [14]   14/4 14/16 16/6 16/23
 17/19 18/14 19/2 19/20 21/7
 21/20 53/12 54/22 55/6 77/10
TT-2-3401 [1]   54/22
TT-3 [1]   77/10
TT-3-3064 [1]   55/6
TT-3-6120 [1]   16/6
TT-3-6173 [2]   14/4 14/16
TT-3-6217 [1]   16/23
TT-3-6777 [1]   17/19
TT-3-7327 [1]   18/14
TT-3-7392 [1]   19/2
TT-3-7455 [1]   19/20
TT-3-7934 [2]   21/7 53/12
TT-3-8196 [1]   21/20
Tuesday [2]   221/11 221/14
tune [1]   11/7
turn [7]   76/8 170/16 199/20
 200/3 201/8 203/10 203/17
turning [10]   40/3 126/21
 136/19 196/22 197/5 197/10
 198/9 199/1 199/7 201/17
twenty [1]   18/9
twice [1]   105/8
two [39]   4/6 5/23 20/12 31/14
 35/22 49/2 49/17 65/8 65/9
 66/5 91/1 95/25 108/20 110/6
 124/16 125/3 125/20 131/19
 132/22 135/25 136/19 140/12
 144/17 145/25 146/16 158/9
 158/10 180/5 189/3 196/2
 196/12 197/15 197/20 200/15
 201/2 205/18 215/24 223/14
 223/25
tying [1]   47/13
type [4]   39/19 50/6 155/19
 175/15
typical [1]   11/8

**U**

U.S. [5]   34/14 35/2 92/14
 92/15 197/9
U.S. Courthouse [2]   92/14
 92/15
U.S. currency [1]   197/9
Uh [5]   80/5 98/7 167/3 188/6
 214/13
Uh-huh [5]   80/5 98/7 167/3
 188/6 214/13
ultimate [1]   148/5
ultimately [7]   65/25 103/17
 194/8 194/17 195/23 196/14
 199/3

uncertainty [1]   110/17
uncle [8]   41/25 42/1 44/3
 44/4 44/10 67/3
uncommon [1]   20/20
uncover [2]   192/8 203/5
under [18]   15/8 15/17 33/19
 33/21 33/24 35/10 35/21 44/8
 60/3 88/24 96/23 108/20 120/2
 150/5 182/2 191/8 197/25
 209/10
undercover [3]   51/25 51/25
 120/17
underline [1]   192/1
understand [15]   7/4 7/11 7/24
 13/10 46/11 47/21 48/5 74/20
 83/24 84/5 84/20 108/4 182/19
 218/19 219/15
understanding [6]   13/14 42/8
 88/3 95/24 105/19 157/16
understood [4]   7/18 33/13
 33/14 34/8
unfairly [1]   13/20
unidentified [1]   16/16
UNITED [3]   1/1 1/3 1/16
unknown [5]   55/7 55/7 55/9
 55/14 210/22
unlawful [2]   132/16 132/24
unlawfully [1]   131/4
unless [1]   155/23
unlike [2]   65/22 65/22
unplug [1]   114/22
unrelated [1]   13/24
until [13]   33/23 89/10 93/24
 95/1 95/17 99/19 153/15
 153/17 168/25 214/3 214/7
 217/2 218/8
unusual [1]   196/7
up [84]   3/7 3/17 4/15 5/8 6/9
 7/3 8/17 10/7 13/17 14/9 15/4
 25/15 27/3 27/20 28/19 31/11
 31/14 35/4 36/9 36/21 39/18
 41/16 47/2 49/2 49/24 50/5
 50/6 52/11 65/14 67/22 67/23
 68/7 68/8 71/16 72/5 90/24
 100/21 104/4 111/16 116/21
 116/22 127/9 128/24 129/9
 135/9 138/17 140/24 145/2
 146/1 146/1 146/11 146/15
 147/21 152/23 156/20 158/6
 162/21 164/11 164/24 167/2
 167/4 167/10 168/21 168/25
 171/14 172/10 173/9 176/9
 176/14 176/18 179/18 182/22
 183/17 189/3 189/4 198/17
 200/20 204/24 206/1 206/2
 206/8 210/23 222/13 223/25
update [2]   220/1 220/2
updates [1]   219/22
upstairs [5]   33/1 33/2 196/24
 197/8 198/10
us [99]   16/8 16/17 17/4 17/21
 18/15 19/4 19/21 21/9 21/23
 24/17 24/25 25/8 28/6 28/13
 28/20 29/2 29/11 30/16 30/25
 31/16 33/17 34/13 35/1 35/7
 62/17 68/25 77/7 84/8 102/5
 105/25 119/7 120/14 121/4
 122/11 122/14 123/16 124/12
 125/2 126/21 128/23 129/17

**U**

us... [58]  130/16 133/22
135/22 137/2 137/25 138/5
139/8 139/22 140/2 141/12
142/23 143/11 144/2 145/10
146/18 147/6 147/18 148/7
150/21 152/5 152/15 153/5
153/6 160/16 161/18 171/14
176/2 179/20 183/4 191/22
192/12 195/8 195/25 196/19
196/23 199/2 199/7 200/7
201/20 202/20 203/1 203/3
203/11 203/19 203/24 204/3
204/8 204/15 205/1 205/9
206/6 206/9 207/7 207/13
210/1 210/1 218/12 218/21
use [11]  10/11 12/3 12/15
54/2 54/4 96/19 141/22 167/4
168/15 169/15 218/16
used [13]  13/11 28/18 30/13
30/20 30/22 50/21 70/24
110/17 121/4 147/7 147/8
194/11 218/17
user [1]  53/2
using [5]  12/14 54/8 120/16
122/12 161/20
UTC [1]  151/3
utilizing [2]  56/18 60/14

**V**

value [3]  13/19 66/8 179/24
van [1]  178/5
vanity [2]  28/21 30/17
variety [2]  113/19 113/20
various [1]  77/11
Vegas [1]  115/19
vehicle [37]  25/14 25/18 33/4
33/8 33/9 70/22 87/6 87/10
92/4 92/6 92/7 92/9 99/7 99/7
99/24 100/4 100/16 100/17
100/24 101/2 102/1 102/1
102/21 102/22 103/8 103/17
106/6 106/13 106/16 106/25
181/9 181/11 181/13 181/19
183/16 196/8 198/24
vehicles [4]  100/7 100/10
196/4 196/10
verbalize [1]  108/8
verbally [2]  33/13 99/12
verdict [4]  131/3 218/24
219/4 219/11
verify [1]  53/14
version [3]  3/13 8/5 96/8
versions [1]  218/22
very [25]  11/2 11/19 13/6
14/23 30/6 52/21 53/23 63/3
76/21 77/2 80/25 118/4 118/9
119/21 120/14 135/10 142/12
148/1 158/9 173/4 173/19
194/4 215/15 215/15 217/24
vest [2]  196/2 197/12
via [2]  161/13 222/15
vicinity [1]  100/11
video [39]  25/1 25/6 25/16
25/24 26/6 26/13 26/17 27/6
27/10 28/9 36/12 36/14 36/17
44/8 48/5 65/23 67/23 68/8
70/21 70/22 70/24 101/7 101/8

110/5 114/25 115/13 116/8
116/11 116/13 118/22 120/21
176/23 183/9 183/11 183/13
183/15 184/10 195/21 197/3
video-recorded [1]  110/5
videos [7]  13/8 50/1 50/6
50/8 115/7 197/3 207/4
videotape [3]  56/21 67/14
67/16
videotaped [1]  67/12
view [2]  182/17 182/18
viewing [1]  115/14
views [1]  6/3
vigil [1]  166/2
village [1]  72/12
violence [1]  66/5
visual [2]  36/7 170/17
visually [2]  102/5 160/20
voice [31]  52/24 53/3 53/5
53/17 70/5 70/8 70/20 71/12
71/19 72/2 72/6 72/11 72/14
73/2 73/5 73/12 76/16 77/13
77/14 78/16 79/2 81/1 84/15
84/15 84/23 85/16 86/13 86/15
87/4 87/5 136/7
voice-identification [1]  53/5
voicemail [1]  65/14
voices [22]  16/13 17/10 17/25
18/19 19/10 19/25 21/13 22/2
52/25 53/14 81/20 134/6
137/25 139/14 140/8 140/20
141/18 143/4 144/7 144/20
145/19 188/15
VOLUME [1]  1/13
voluminous [1]  83/8
vs [1]  1/4

**W**

Wabash [2]  128/25 128/25
Wabash Avenue [1]  128/25
wait [1]  103/8
waiting [2]  67/1 217/2
Waiver [1]  34/15
walk [4]  36/9 158/6 200/20
206/2
walked [1]  195/1
walkin' [1]  145/23
walking [1]  56/21
wall [3]  197/2 199/13 199/25
walls [1]  199/9
wanna [1]  212/18
want [52]  3/21 6/12 7/1 8/2
15/9 15/22 22/18 23/23 28/1
32/4 44/1 44/9 45/18 46/15
47/2 47/4 49/1 62/21 62/25
63/14 69/4 69/16 82/21 87/8
92/25 96/15 104/22 105/2
121/24 127/19 133/8 152/23
169/5 178/22 191/16 191/20
193/6 193/18 195/13 196/17
200/3 200/10 203/17 205/21
211/21 218/12 218/13 221/22
221/23 221/25 222/11 223/20
wanted [13]  34/9 34/20 34/23
47/23 63/18 64/15 94/4 102/16
103/3 103/13 105/1 148/1
208/22
wanting [2]  10/25 77/15
wants [5]  6/23 48/7 63/8

warnings [4]  101/17 102/8
102/12 108/1
warrant [34]  22/20 30/12 32/6
32/9 32/11 32/13 32/16 35/23
58/8 89/5 89/6 89/7 89/8
90/22 90/23 111/16 113/13
117/24 119/15 122/5 156/4
157/21 158/10 160/1 193/11
193/16 193/21 193/22 193/24
201/14 204/22 206/12 207/8
215/22
warrants [7]  28/16 51/24 58/1
63/2 96/2 128/12 185/5
was [548]
washed [1]  204/14
wasn't [11]  11/22 33/23 42/23
50/12 57/9 57/11 58/15 68/6
68/7 71/1 89/3 92/24 108/10
110/18 111/18 117/25 133/2
180/14 213/9
waste [1]  112/4
watch [1]  89/10 170/3
watched [2]  183/9 183/11
watching [2]  89/9 98/18
way [34]  4/20 22/14 27/3
29/25 31/1 62/22 68/21 83/23
95/11 96/15 103/3 116/13
128/4 146/15 149/7 149/13
153/14 153/22 153/24 155/6
161/13 162/23 165/21 165/23
166/18 167/4 167/10 167/22
168/25 173/5 182/21 207/4
210/2 220/20
we [242]
we'll [13]  46/1 68/14 69/14
95/10 95/17 96/20 100/22
154/10 160/8 183/6 223/4
223/5 224/9
we're [45]  8/9 10/5 24/17
24/25 25/8 28/20 29/2 29/7
29/24 30/16 30/25 31/16 34/13
35/1 46/20 56/19 57/25 58/3
70/2 75/2 75/3 128/3 128/23
130/16 146/13 150/21 152/5
171/8 182/8 182/8 192/12
196/19 196/23 197/11 199/2
199/7 200/4 201/9 201/18
202/17 203/19 203/24 204/8
205/9 206/9
we've [10]  9/15 38/15 56/18
56/20 66/17 77/17 85/9 115/8
162/7 217/10
weapon [6]  108/18 109/2 110/7
110/22 111/2 157/10
weapons [5]  90/15 156/17
156/22 188/9 189/10
wearing [5]  25/10 168/8
181/12 204/11 204/16
wears [1]  161/1
Web [1]  126/8
Wedlock [6]  137/10 138/4
138/6 139/16 139/17 140/10
Wednesday [1]  1/8
week [4]  214/3 214/7 214/17
217/21
weekday [1]  165/7
weeks [3]  53/6 53/7 136/19
Weezy [2]  4/15 5/12

**W**

weight [2]   12/19 61/5
welcome [2]   29/3 62/6
well [61]   9/6 14/7 22/5 30/2
30/19 40/22 48/13 49/17 52/1
52/18 56/2 57/25 64/20 71/7
72/2 72/14 73/2 73/24 75/12
79/6 83/4 85/23 86/19 90/5
90/9 90/13 93/5 94/20 97/17
101/13 103/3 104/14 105/1
105/19 105/23 106/17 107/15
107/16 109/11 109/19 113/10
117/12 141/21 157/25 159/12
161/19 167/22 169/11 182/21
185/23 189/21 200/16 206/2
208/16 211/9 213/5 213/17
214/2 217/5 220/4 221/6
went [25]   20/10 23/24 24/2
35/13 65/14 78/11 88/23 127/9
134/20 138/11 138/20 139/23
142/9 143/12 144/23 163/5
164/17 166/18 168/22 180/4
192/3 192/15 192/23 203/3
211/2
were [186]   5/17 9/5 11/25
12/1 12/6 13/8 13/11 13/15
16/2 24/2 28/17 30/19 37/7
40/3 40/19 41/3 41/8 41/24
42/8 42/9 42/9 43/1 44/2
44/19 47/22 48/4 48/6 48/16
51/3 52/9 52/24 56/2 56/15
58/9 58/21 58/21 58/23 59/11
59/19 60/3 60/6 60/8 60/11
61/5 61/11 63/4 65/8 66/18
67/1 67/20 71/7 71/8 72/19
73/6 73/11 74/2 77/8 77/12
79/11 79/12 79/14 84/8 84/16
85/25 87/3 87/25 87/25 88/23
89/8 89/8 89/9 89/9 89/10
89/17 89/17 89/19 89/19 89/20
89/23 89/25 90/12 92/17 92/21
92/22 97/23 97/23 98/1 98/17
99/13 99/15 100/7 100/10
100/15 103/25 106/19 108/1
108/7 111/13 111/16 111/17
111/20 111/20 112/14 113/3
114/13 114/17 114/19 114/21
115/8 117/7 117/7 117/18
117/19 117/21 118/12 119/10
121/20 122/2 122/5 122/6
122/20 122/21 125/13 135/12
135/15 136/10 139/1 151/9
151/11 154/2 157/24 161/16
163/7 163/20 164/7 165/20
166/10 169/8 169/10 171/11
174/9 177/1 179/6 179/11
181/6 184/24 184/25 185/3
185/5 185/5 185/7 185/9
185/11 185/23 186/1 187/17
187/20 187/24 188/2 188/5
188/23 191/17 194/24 196/4
196/14 196/14 196/16 198/5
199/13 199/14 202/11 205/4
205/5 205/16 207/10 208/19
212/9 213/6 213/7 215/18
215/25 216/8 216/10 221/9
222/16 222/18
weren't [2]   179/21 185/7

west [19]   147/20 153/20
153/25 153/25 162/24 163/1
164/6 168/11 168/24 169/2
171/25 172/4 172/11 173/22
193/23 195/22 196/21 200/13
200/17
West Lafayette [6]   153/20
153/25 163/1 168/24 172/4
173/22
West Lafayette Street [2]
162/24 168/11
Whalen [15]   1/18 5/20 8/1 8/2
8/5 8/8 37/4 62/21 155/13
160/12 174/2 206/16 208/11
208/22 223/24
what [204]   3/4 3/21 5/24 6/19
6/22 7/3 7/8 10/1 13/14 14/11
15/2 16/25 18/22 19/17 22/6
23/18 24/25 25/10 25/14 25/18
28/20 29/2 29/24 30/16 31/13
31/18 31/25 32/1 32/3 32/13
32/16 32/19 32/24 33/18 34/13
35/1 35/14 37/15 39/19 42/5
42/6 43/18 44/22 47/22 48/1
48/15 49/9 52/11 57/1 57/18
62/19 63/7 65/19 66/9 66/18
67/19 70/20 70/24 72/12 72/15
76/25 76/25 77/8 78/6 79/23
81/15 82/2 82/10 84/20 84/22
84/25 86/5 89/13 89/16 92/20
93/16 94/15 94/23 95/5 95/8
96/11 96/15 98/18 98/20
103/22 106/8 106/8 107/5
108/25 109/22 110/3 111/13
112/10 113/5 113/12 115/13
115/18 115/19 115/23 118/17
118/17 119/17 120/14 124/12
125/10 125/11 126/6 127/9
127/18 127/18 128/3 128/23
129/7 130/16 132/11 136/10
141/4 144/11 144/14 145/2
146/13 148/20 148/22 148/22
149/23 150/9 150/21 151/1
151/16 152/5 152/7 152/12
153/10 156/1 161/8 162/10
163/13 164/7 164/22 166/15
167/25 169/13 169/15 171/22
179/12 180/14 180/15 181/5
183/8 183/15 186/1 191/20
193/13 193/15 193/20 193/24
195/5 195/10 195/19 195/25
196/19 196/23 197/1 197/6
197/11 197/14 197/18 198/3
198/9 199/2 199/7 199/12
199/22 200/4 200/11 200/23
201/9 201/12 201/18 202/7
202/17 202/18 202/20 202/23
203/24 204/3 204/11 204/15
205/9 205/14 206/6 206/9
207/7 208/14 208/15 209/19
211/12 212/21 213/16 214/12
215/19 215/22 218/15 219/13
what's [21]   28/11 37/18 39/12
54/3 63/25 69/9 73/25 112/17
127/21 128/9 128/15 137/14
143/18 146/11 150/25 169/11
182/5 183/1 208/2 210/9
210/23
whatever [15]   6/13 9/2 44/1

55/16 63/1 106/11 107/16
155/18 156/12 169/5 182/14
182/18 182/22 183/16 209/11
whatsoever [1]   117/16
wheel [1]   181/8
when [99]   7/8 7/24 13/4 15/6
16/2 16/16 19/13 22/5 22/9
32/19 33/7 33/9 34/6 35/16
35/21 39/22 47/25 50/9 53/4
55/5 59/5 59/24 60/5 62/15
64/14 70/7 70/8 70/11 70/22
71/3 72/22 73/10 74/7 74/15
74/16 75/1 75/10 86/20 86/20
88/6 88/12 88/13 88/13 89/3
89/14 89/16 92/21 93/19 94/7
99/9 99/12 101/17 107/25
122/2 136/12 136/15 136/18
137/16 138/8 138/16 140/11
141/21 144/25 146/18 151/19
158/22 164/1 165/2 165/6
165/14 165/22 165/22 166/3
168/14 168/22 175/24 182/2
182/17 183/16 184/9 188/17
189/9 194/1 194/12 194/20
195/5 195/20 201/14 201/14
202/3 212/25 213/12 213/14
214/14 217/3 218/1 218/3
218/4 221/4
when's [1]   151/22
whenever [1]   52/14
where [73]   3/6 3/9 7/24 10/7
23/21 23/23 32/9 33/7 35/4
40/4 41/14 54/23 56/10 60/7
63/18 64/16 65/23 72/10 73/25
75/13 75/22 75/25 76/6 88/9
92/19 100/15 110/6 111/16
115/1 115/1 130/3 130/7
146/18 147/10 147/18 147/22
148/2 148/4 149/7 149/15
153/6 153/16 153/25 154/20
157/2 157/5 160/20 163/6
164/4 164/4 167/6 167/8
168/14 168/19 170/7 170/18
171/9 171/11 173/5 175/2
175/25 183/5 188/18 189/13
190/1 190/1 193/22 194/4
195/2 208/10 218/24 220/7
220/9
wherever [2]   115/18 182/19
whether [32]   12/13 47/16
47/17 65/14 66/3 67/1 69/1
72/20 80/22 93/3 93/5 93/13
93/15 97/9 100/20 109/7 110/7
110/21 118/13 150/5 157/6
164/24 165/20 170/13 171/20
185/5 188/2 207/4 210/2 212/3
216/1 218/4
which [83]   5/8 8/18 10/22
11/21 12/5 16/23 18/14 21/7
23/2 24/16 24/23 25/5 25/22
29/15 30/4 31/20 34/8 37/8
48/1 54/6 55/6 58/2 58/4 60/3
60/15 63/4 64/1 64/5 67/8
71/15 72/6 73/11 77/13 77/21
79/2 80/10 80/10 80/15 81/19
83/16 83/20 85/9 85/12 85/13
85/15 85/25 86/1 86/9 87/3
87/4 91/2 95/13 96/1 99/21
106/8 121/19 122/7 131/10

**W**

which... [25]   131/20 133/15
133/19 133/21 135/18 135/25
137/5 137/20 138/25 144/17
145/14 154/18 155/18 159/19
162/14 164/8 172/21 173/12
185/17 189/24 203/9 203/18
209/5 210/10 219/22
while [13]   13/15 56/19 97/12
98/14 102/21 106/25 107/12
202/7 217/6 221/13 221/20
222/11 222/12
white [7]   26/11 31/5 54/5
85/9 113/4 123/9 123/19
whities [1]   21/17
who [90]   4/15 4/15 7/13 11/4
20/10 21/2 21/5 23/24 24/2
24/17 24/21 25/8 29/7 30/20
30/25 31/8 31/16 32/11 33/5
42/9 43/4 44/4 44/24 45/8
45/18 46/7 52/24 59/15 65/25
67/3 67/7 71/24 72/14 85/20
89/7 94/13 114/5 115/16
116/16 116/19 119/8 121/4
121/4 122/12 134/9 134/13
134/16 134/20 134/24 136/7
137/11 137/12 137/25 138/3
138/11 138/14 138/20 138/23
139/1 139/23 140/12 140/13
142/9 143/12 147/6 150/8
158/19 158/25 159/4 159/7
159/10 182/24 184/4 186/12
187/24 190/14 192/3 192/12
192/15 192/18 192/21 192/23
193/1 193/4 203/3 203/19
204/8 213/23 213/25 223/15
who's [11]   72/15 79/23 126/19
126/21 137/9 137/9 143/7
143/7 187/21 203/11 219/24
whoever [3]   141/25 170/13
182/22
whole [4]   63/8 99/24 124/24
189/23
whooped [1]   138/17
whoops [3]   75/5 104/14 116/9
whose [3]   114/25 115/1 136/12
why [8]   4/9 5/20 20/16 91/12
135/6 147/24 154/6 161/7
Whyte [5]   156/6 156/9 200/19
200/24 207/14
wife [9]   35/11 104/12 104/16
104/23 104/24 105/2 105/4
105/5 111/5
Wilde [1]   161/8
Wilde's [1]   161/25
will [49]   3/6 5/4 8/4 8/5 8/7
10/22 14/17 14/24 21/21 44/6
45/3 61/21 62/15 62/19 65/6
69/6 93/24 93/25 94/13 95/12
95/24 103/1 109/15 109/19
113/2 127/25 131/13 132/13
135/25 145/15 145/15 158/14
160/21 168/7 173/4 182/24
195/13 213/13 217/13 217/15
217/20 218/1 219/15 219/22
220/25 222/10 222/25 222/25
223/1
William [23]   9/16 24/14 27/2

37/16 37/17 38/24 59/15 97/15
97/22 98/13 121/5 141/20
143/6 143/8 159/12 159/19
178/23 179/12 179/15 181/8
182/17 183/16 184/1
William Banks [11]   9/16 24/14
97/22 121/6 159/12 159/19
178/23 179/12 179/15 181/8
184/1
William Jones [5]   37/17 59/15
141/20 143/6 143/8
William Jones' [2]   37/16
38/24
Wilson [4]   61/9 61/10 61/17
61/24
Windbluff [4]   32/10 35/9
35/24 119/12
window [1]   183/12
Windsor [6]   49/5 135/15 145/6
190/1 190/4 190/11
Windsor Mill [1]   49/5
Windsor Mill Road [4]   145/6
190/1 190/4 190/11
wire [7]   16/3 133/15 133/19
133/19 135/1 135/13 159/1
Wire B [1]   133/19
wiretap [10]   20/19 52/3 52/11
56/9 56/19 60/15 135/14
135/14 174/24 177/15
wiretap calls [1]   177/15
wiretaps [2]   133/10 133/11
wish [4]   94/10 95/6 103/2
218/11
wishes [1]   96/19
wit [1]   29/18
within [2]   44/14 89/20
without [6]   47/13 58/1 67/25
119/6 169/9 221/7
witness [32]   15/19 42/22 43/2
44/20 45/16 45/17 45/20 46/9
46/12 57/9 57/11 58/15 62/12
79/9 82/3 82/7 82/24 94/2
96/15 96/16 112/20 119/25
127/16 154/14 154/17 154/18
191/4 191/10 214/6 214/15
214/15 224/12
witnesses [8]   11/1 43/21
43/24 65/1 176/8 214/3 219/22
221/3
witnesses' [1]   216/1
Wolf [1]   98/10
Wolfmobb [1]   23/22
woman [1]   111/7
won't [5]   9/10 10/8 12/10
66/19 167/12
wonder [1]   220/19
Wood [2]   6/12 6/16
Woodbury [1]   147/10
woods [3]   145/23 190/1 190/10
word [16]   5/17 22/7 72/12
76/23 86/20 86/21 86/22 86/25
105/6 105/8 136/2 136/15
143/18 175/3 214/1 218/17
words [8]   22/14 54/4 63/24
110/17 138/17 142/1 143/19
166/2
work [4]   56/4 56/11 75/11
180/17
working [2]   136/22 148/25

works [4]   161/8 161/9 171/24
221/25
worst [1]   123/18
worth [1]   209/11
would [118]   3/14 3/16 3/19
3/20 3/24 4/5 4/9 5/19 6/9
14/4 15/5 15/6 23/4 32/3
33/17 35/7 40/6 40/8 40/8
42/19 43/2 43/3 43/4 44/20
45/16 45/17 45/19 46/9 46/10
53/23 55/16 55/17 57/17 62/20
63/3 66/12 66/13 67/10 67/18
67/24 68/2 68/8 73/24 75/22
75/25 76/20 81/7 94/12 95/7
96/1 96/5 96/9 96/15 103/4
103/8 103/10 103/11 104/8
105/15 110/16 111/11 112/4
112/17 112/23 114/2 118/8
118/19 122/11 123/7 123/16
127/17 128/9 132/25 135/8
135/9 135/12 155/10 155/14
155/17 156/10 156/21 156/22
157/10 157/14 158/12 164/4
165/22 166/3 166/8 168/8
173/12 175/20 175/21 187/16
190/2 191/7 194/13 202/25
208/22 213/8 213/19 219/21
219/24 220/14 221/10 221/11
221/12 221/12 221/13 221/21
221/23 222/5 222/6 222/6
222/16 222/19 222/20 223/23
wouldn't [4]   96/17 103/7
183/2 186/19
write [2]   106/12 148/9
writes [1]   104/14
writing [1]   104/1
writings [1]   10/21
written [13]   10/22 13/15
34/10 34/21 35/3 41/3 66/4
85/10 100/22 100/23 103/18
104/20 106/4
wrong [3]   69/2 174/19 189/3
wrote [2]   35/4 66/4

**X**

XD [3]   205/12 205/23 206/7
XD Mod.2 [1]   205/12
XD9 [1]   198/1
XVII [1]   1/13

**Y**

yeah [40]   27/21 39/15 39/24
40/10 48/25 52/13 55/15 77/16
79/22 81/15 86/14 86/14 88/24
100/6 107/7 117/22 122/17
124/7 124/17 145/1 146/23
153/8 153/22 162/1 165/16
169/10 172/2 172/19 175/3
176/1 176/7 177/3 177/15
178/1 178/3 186/23 209/23
213/9 213/11 219/5
year [15]   36/25 46/24 48/14
129/23 131/9 132/4 132/9
132/14 133/5 165/9 165/10
175/18 184/2 215/20 215/22
years [5]   124/1 149/1 167/14
175/20 215/24
yelling [1]   194/25
yellow [4]   9/23 9/24 29/9

**Y**

yellow... [1]   201/5
yep [25]   121/18 123/9 129/13
 129/19 130/2 130/4 130/8
 140/10 144/9 144/21 145/21
 147/4 149/10 150/22 152/6
 162/19 163/10 164/10 164/16
 171/17 172/13 172/17 173/23
 188/20 188/22
yes [417]
yesterday [9]   8/18 14/9 16/2
 37/7 54/22 59/12 112/18
 217/20 222/13
yet [7]   45/2 63/7 67/9 67/9
 136/23 155/12 222/8
Yin [1]   136/11
yo [8]   17/17 20/15 81/2 81/3
 123/18 137/17 143/18 143/19
York [2]   50/14 50/23
you [1051]
you'd [4]   69/4 82/11 96/25
 165/12
you'll [4]   45/3 75/9 131/2
 170/21
you're [45]   15/17 40/1 42/5
 44/25 45/20 46/11 47/4 47/23
 48/1 48/19 54/12 57/13 57/16
 61/1 62/6 65/9 65/9 68/2 84/6
 86/19 90/20 93/12 93/16 93/19
 96/23 97/18 108/23 115/13
 117/6 120/2 151/1 153/5
 167/22 172/8 172/21 176/12
 178/10 186/4 186/7 189/9
 189/22 190/3 190/14 191/8
 220/4
you've [31]   37/23 51/23 53/4
 53/20 62/25 70/9 71/12 72/6
 73/2 76/15 77/7 77/7 77/13
 77/24 78/16 81/16 81/17 81/20
 85/12 85/15 86/13 86/19 87/13
 95/5 113/16 116/11 122/16
 160/16 187/16 211/11 219/3
your [229]
Your Honor [94]   3/7 4/12 5/16
 7/4 7/19 11/2 11/16 11/20
 13/23 14/21 14/23 27/15 39/6
 40/11 41/13 41/20 42/7 42/10
 42/18 43/1 43/13 44/14 44/18
 44/24 45/7 45/9 45/15 46/3
 46/9 46/11 46/14 46/22 47/19
 48/4 48/9 51/7 58/14 64/25
 65/20 66/16 67/12 69/15 79/8
 94/4 94/12 94/14 94/17 95/2
 95/9 95/15 95/21 96/18 97/2
 116/4 118/3 118/6 119/23
 127/2 127/15 131/14 132/7
 132/18 155/5 156/2 157/20
 160/13 170/25 174/4 174/15
 178/14 178/16 184/18 190/22
 191/6 207/24 208/6 211/4
 214/20 215/9 215/13 215/15
 216/4 216/11 217/4 218/12
 218/19 218/20 218/25 220/15
 220/16 221/2 221/15 222/14
 224/4
Your Honor's [1]   7/11
yourself [6]   108/13 110/8
 110/20 110/25 113/22 119/1

**Z**

Zoo [1]   153/11
zoom [7]   96/10 125/17 126/2
 126/25 153/3 170/3 170/20
zooming [3]   96/14 153/19
 170/3
Zweizig [3]   1/23 224/17
 224/22