```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
 2                        NORTHERN DIVISION

 3   UNITED STATES OF AMERICA,     )
            Plaintiff,             )
 4                                 )
            vs.                    )  CRIMINAL CASE NO. CCB-16-0267
 5                                 )
     DANTE BAILEY, et al.,         )
 6          Defendants.            )
     _____)
 7

 8

                        Tuesday, April 30, 2019
 9                         Courtroom 1A
                         Baltimore, Maryland
10

11          BEFORE:  THE HONORABLE CATHERINE C. BLAKE, JUDGE
                     (AND A JURY)
12

13                         VOLUME XXII

14   For the Plaintiff:

15   Christina Hoffman, Esquire
     Lauren Perry, Esquire
16   Assistant United States Attorneys

17   For the Defendant Dante Bailey:

18   Paul Enzinna, Esquire
     Teresa Whalen, Esquire
19

20   _____

21

22
                          Reported by:
23
                   Douglas J. Zweizig, RDR, CRR, FCRR
24                   Federal Official Court Reporter
                     101 W. Lombard Street, 4th Floor
25                      Baltimore, Maryland  21201
```

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1   For the Defendant Randy Banks:

2   Brian Sardelli, Esquire

3

4   For the Defendant Corloyd Anderson:

    Elita Amato, Esquire

5

6   For the Defendant Jamal Lockley:

7   Harry Trainor, Esquire

8

    For the Defendant Shakeen Davis:

9

    Paul Hazlehurst, Esquire

10

11  Also Present:

12  Special Agent Christian Aanonsen, ATF

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S

 2      (Jury resumed deliberations at 9 o'clock a.m.)

 3      (11:41 a.m.)

 4          THE COURT:  All right.  As I think you all know, we

 5   have a note from the jury which simply says:  Do we or can we

 6   have May 12th, 2016 arrest report involving Randy Banks?

 7          It would be my recollection that that was not admitted

 8   into evidence.  And so I might -- I can call them back in and

 9   tell them that, or I can simply write a note back to them.

10          MR. SARDELLI:  Either way is acceptable to the

11   defense, Your Honor.

12          THE COURT:  Okay.

13          MS. HOFFMAN:  We defer to the Court.

14          If I simply say, "The report was not admitted into

15   evidence, so we cannot give it to you," satisfactory?

16          MR. SARDELLI:  Yes, ma'am.

17          MS. HOFFMAN:  Yes.

18          THE COURT:  Okay.  Perhaps counsel could update me on

19   the status of all the exhibits and transcripts and so forth.

20          Ms. Hoffman.

21          MS. HOFFMAN:  So the transcript binders were

22   completed, and they went back to the jury this morning.

23          And we are getting close to being done with the social

24   media.  We sent the pages that our records reflect came into

25   evidence to defense counsel last night, and we're just
```

1    finishing making the redactions now.

2         **THE COURT:**  All right.  So far, satisfactory to

3    defense counsel?

4         **MS. WHALEN:**  Yes, Your Honor.

5         **THE COURT:**  All right.  Then I will just send that

6    answer to the note back in and we can be in recess again until

7    we hear from the jury.

8         (Recess taken.)

9         (2:06 p.m.)

10        **THE COURT:**  All right.  We have a note from the jury,

11   and I believe you've all been given a copy.

12        But for the record, the note says [reading]:

13   Judge Blake, the jury is unable to reach a verdict on

14   Randy Banks.  We have had a hard look at the evidence but are

15   split about equally as to his guilt.

16        So there are various options, obviously, at this time

17   and which I have thought about and found a couple of perhaps

18   relevant cases on.

19        I would note that part of what I might say back to

20   them is to remind them that I told them not to tell us what

21   their numerical division was until they had reached a unanimous

22   decision, so they seem to have missed that point.

23        Would anyone like to be heard?  I can tell you what I

24   am contemplating is essentially a version of an <u>Allen</u> charge.

25        But something along the lines of telling the jury that

5

1   there are five defendants on trial and that they should

2   continue deliberating as to the other defendants and that at a

3   later point, they may decide to return to their consideration

4   of Mr. Banks, and to give them the generally approved version

5   of the Allen charge, which, of course, tells them that the

6   majority should consider the minority as well as the minority

7   considering the majority and so forth.

8        But I am happy to hear what anybody wants to suggest.

9   It's obviously not been a very long time yet.

10        In fact, while you're thinking, part of what I'm

11   looking at -- it's unpublished, but it's a Fourth Circuit

12   opinion from just 2016, a case in front of Judge Bredar where

13   the jury sent out a note after -- it was only three weeks of

14   trial, ten hours of deliberation.  They sent out a note

15   essentially indicating a deadlock for one defendant, and there

16   were three defendants.  And Judge Bredar told them to keep

17   deliberating, essentially.

18        **MR. SARDELLI:**  Your Honor, I've talked to my client,

19   Your Honor, and I understand the Court's inclination.

20        But, for the record, we would object to the Allen

21   charge, and we would ask for a mistrial.

22        **THE COURT:**  All right.  So your alternative would just

23   be a mistrial at this point as to Mr. Banks?

24        **MR. SARDELLI:**  Yes, ma'am.

25        **THE COURT:**  Okay.  Anybody else want to be heard?

1          **MS. HOFFMAN:**  Your Honor, we do think that, you know,

2    not much time has passed.  It is too soon for that.  And we do

3    agree with Your Honor's suggestion of an <u>Allen</u> charge.

4          **THE COURT:**  Okay.  We can get the jury.

5          (Jury entered the courtroom at 2:11 p.m.)

6          **THE COURT:**  All right.  So, ladies and gentlemen, I do

7    have a note from you which I assume you are all aware of.  But

8    just to be absolutely clear, I'll read it.

9          It says [reading]:  Judge Blake, the jury is unable to

10   reach a verdict on Randy Banks.  We have had a hard look at the

11   evidence but are split about equally as to his guilt.

12         So I have a response for you at this time.

13         First of all, of course, there are five defendants on

14   trial.  We did give you five verdict sheets.  And I suggest

15   that you continue deliberating as to the other defendants.  And

16   at a later point, you may decide to return to your

17   consideration of Mr. Banks.

18         Please keep in mind for the future that I did ask you

19   not to tell us what your numerical division is until after you

20   reach a unanimous verdict.

21         Let me say something about your reaching a verdict,

22   your process of reaching a verdict generally.

23         In order to return a verdict that will finally decide

24   this case, either guilty or not guilty as to any defendant, it

25   does require a unanimous decision.  All 12 of you have to

1  agree.

2         This has been a lengthy case.  There are a lot of

3  exhibits.  And you're conscientious, obviously.  It's not

4  surprising that it might take some time to resolve the issues.

5         Like all cases in this courthouse, it's important to

6  both the defendants and to the Government that there be a

7  decision if it's possible without doing violence to anyone's

8  conscientious conviction about the weight of the evidence.

9         There's no reason to believe that another jury of 12

10  other women and men would be any better able to sift through

11  the evidence and come to a just verdict, so I do ask you to

12  continue talking.

13         Whether you are in the majority or in the minority on

14  these questions, I would ask that you reconsider your position

15  in light of the fact that there are other jurors who were just

16  as conscientious and impartial as you who have come to a

17  different conclusion.

18         Each juror who finds himself in the majority should

19  consider the views of the minority and vice versa.

20         Please -- and I don't suggest that you're doing

21  this -- but please don't just turn your back and refuse to

22  listen to your fellow jurors.  It's important to continue

23  deliberating.

24         Thank you very much.  Ms. Moyé will take you back in.

25      (Jury left the courtroom at 2:14 p.m.)

8

1          **THE COURT:**  All right.  If we don't hear from them

2    before 5 o'clock, we'll reconvene again at 5 o'clock and see

3    what their plans are.

4          Thank you.

5      (Recess taken.)

6      (3:23 p.m.)

7          **THE COURT:**  All right.  As I think you know, we have

8    another note from the jury which indicates that they have

9    reached a verdict on all charges.

10         So we will bring them out.

11     (Jury entered the courtroom at 3:24 p.m.)

12         **THE COURT:**  All right, ladies and gentlemen.  We

13   understand you've reached a verdict on all charges.

14         Ms. Moyé.

15       **THE CLERK:**  We are here to receive the verdict in

16   Criminal No. CCB-16-0267, United States of America versus

17   Dante Bailey, Randy Banks, Jamal Lockley, Corloyd Anderson, and

18   Shakeen Davis.

19         Members of the jury, will you please answer to

20   roll call.

21         Juror No. 1?

22       **JUROR NO. 1:**  Here.

23       **THE CLERK:**  Juror No. 2?

24       **JUROR NO. 2:**  Present.

25       **THE CLERK:**  Juror No. 3?

1          **JUROR NO. 3:**  Here.

2          **THE CLERK:**  Juror No. 4?

3          **JUROR NO. 4:**  Here.

4          **JUROR NO. 5:**  Here.

5          **THE CLERK:**  No; this one.

6          **JUROR NO. 5:**  Okay.

7          **THE CLERK:**  Juror No. 5?

8          **JUROR NO. 5:**  Here.

9          **THE CLERK:**  Juror No. 6?

10         **JUROR NO. 6:**  Here.

11         **THE CLERK:**  Juror No. 7?

12         **JUROR NO. 7:**  Here.

13         **THE CLERK:**  Juror No. 8?

14         **JUROR NO. 8:**  Here.

15         **THE CLERK:**  Juror No. 9?

16         **JUROR NO. 9:**  Here.

17         **THE CLERK:**  Juror No. 10?

18         **JUROR NO. 10:**  Here.

19         **THE CLERK:**  Juror No. 11?

20         **JUROR NO. 11:**  Here.

21         **THE CLERK:**  And Juror No. 12?

22         **JUROR NO. 12:**  Here.

23         **THE CLERK:**  Members of the jury, have you agreed on

24    your verdict?

25         **THE JURY:**  Yes.

1          **THE CLERK:**  Who shall speak for you?

2          **THE JURY:**  Our foreperson.

3          **THE CLERK:**  Mr. Foreman, will you please rise.

4          Has the verdict form which was submitted to the jury

5     been answered, signed, and dated by you?

6          **JURY FOREPERSON:**  It has.

7          **THE CLERK:**  It's desired by the clerk to present to

8     the Court.

9          (The Court reviewed the verdict form.)

10         **THE COURT:**  Thank you (handing).

11         **THE CLERK:**  Mr. Foreman, as I read the questions,

12    please provide the answers.

13         Verdict form as to Dante Bailey:

14         How do you find the Defendant Dante Bailey as to

15    Count 1 of the indictment, conspiracy to participate in the

16    affairs of a racketeering enterprise?

17         **JURY FOREPERSON:**  Guilty.

18         **THE CLERK:**  What type or types of racketeering

19    activity were reasonably foreseeable to Mr. Bailey in

20    furtherance of the racketeering conspiracy?

21         **JURY FOREPERSON:**  Murder, extortion, conspiracy to

22    distribute and possess with the intent to distribute controlled

23    substances, distribution and possession with the intent to

24    distribute controlled substances, witness tampering, witness

25    retaliation.

1          **THE CLERK:**  What type or types of drugs were
2    reasonably foreseeable to Mr. Bailey as part of that
3    racketeering activity?

4          **JURY FOREPERSON:**  Heroin, cocaine, cocaine base.

5          **THE CLERK:**  What is the quantity of heroin foreseeable
6    to Mr. Bailey as part of that racketeering activity?

7          **JURY FOREPERSON:**  1 kilogram or more.

8          **THE CLERK:**  What is the quantity of cocaine base
9    (crack) foreseeable to Mr. Bailey as part of that racketeering
10   activity?

11         **JURY FOREPERSON:**  280 grams or more.

12         **THE CLERK:**  As to Count 2, how do you find the
13   Defendant Dante Bailey as to Count 2 of the indictment,
14   conspiracy to distribute and possess with the intent to
15   distribute controlled substances?

16         **JURY FOREPERSON:**  Guilty.

17         **THE CLERK:**  What type or types of drugs were
18   reasonably foreseeable to Mr. Bailey in furtherance of the
19   drug-trafficking conspiracy?

20         **JURY FOREPERSON:**  Heroin, cocaine, cocaine base.

21         **THE CLERK:**  What amount or quantity of heroin was
22   reasonably foreseeable to Mr. Bailey?

23         **JURY FOREPERSON:**  1 kilogram or more.

24         **THE CLERK:**  What amount or quantity of cocaine base
25   (crack) was reasonably foreseeable to Mr. Bailey?

1          **JURY FOREPERSON:**  280 grams or more.

2          **THE CLERK:**  As to Count 3, how do you find the

3    Defendant Dante Bailey as to Count 3 of the indictment, murder

4    in aid of racketeering?

5          **JURY FOREPERSON:**  Guilty.

6          **THE CLERK:**  Count 17:  How do you find the

7    Defendant Dante Bailey as to Count 17 of the indictment,

8    possession of firearms by a felon?

9          **JURY FOREPERSON:**  Guilty.

10          **THE CLERK:**  Count 18:  How do you find the

11    Defendant Dante Bailey as to Count 18 of the indictment,

12    possession with intent to distribute heroin?

13          **JURY FOREPERSON:**  Guilty.

14          **THE CLERK:**  Thank you.

15          Mr. Banks:

16          Count 1:  How do you find the Defendant Randy Banks as

17    to Count 1 of the indictment, conspiracy to participate in the

18    affairs of a racketeering enterprise?

19          **JURY FOREPERSON:**  Not guilty.

20          **THE CLERK:**  Okay.  Count 2:  How do you find the

21    Defendant Randy Banks as to Count 2 of the indictment,

22    conspiracy to distribute and possess with the intent to

23    distribute controlled substances?

24          **JURY FOREPERSON:**  Guilty.

25          **THE CLERK:**  What type or types of drugs were

1  reasonably foreseeable to Mr. Banks in furtherance of the

2  drug-trafficking conspiracy?

3      **JURY FOREPERSON:**  Cocaine base.

4      **THE CLERK:**  What amount or quantity of heroin was

5  reasonably foreseeable to Mr. Banks?

6      **JURY FOREPERSON:**  We didn't find heroin.

7      **THE CLERK:**  What amount or quantity of cocaine base

8  (crack) was reasonably foreseeable to Mr. Banks?

9      **JURY FOREPERSON:**  Less than 280 grams.

10     **THE CLERK:**  Mr. Lockley:

11     Count 1:  How do you find the Defendant Jamal Lockley

12 as to Count 1 of the indictment, conspiracy to participate in

13 the affairs of a racketeering enterprise?

14     **JURY FOREPERSON:**  Guilty.

15     **THE CLERK:**  What type or types of racketeering

16 activity were reasonably foreseeable to Mr. Lockley in

17 furtherance of the racketeering conspiracy?

18     **JURY FOREPERSON:**  Conspiracy to distribute and possess

19 with the intent to distribute controlled substances,

20 distribution and possession with the intent to distribute

21 controlled substances, witness tampering, and witness

22 retaliation.

23     **THE CLERK:**  What type or types of drugs were

24 reasonably foreseeable to Mr. Lockley as part of that

25 racketeering activity?

1        **JURY FOREPERSON:**  Heroin, cocaine, cocaine base.

2        **THE CLERK:**  What quantity or amount of heroin was

3   foreseeable to Mr. Lockley as part of that racketeering

4   activity?

5        **JURY FOREPERSON:**  1 kilogram or more.

6        **THE CLERK:**  What quantity or amount of cocaine base

7   (crack) was foreseeable to Mr. Lockley as part of that

8   racketeering activity?

9        **JURY FOREPERSON:**  280 grams or more.

10        **THE CLERK:**  Count 2:  How do you find the

11   Defendant Jamal Lockley as to Count 2 of the indictment,

12   conspiracy to distribute and possess with the intent to

13   distribute controlled substances?

14        **JURY FOREPERSON:**  Guilty.

15        **THE CLERK:**  What type or types of drugs were

16   reasonably foreseeable to Mr. Lockley in furtherance of the

17   drug-trafficking conspiracy?

18        **JURY FOREPERSON:**  Heroin, cocaine, cocaine base.

19        **THE CLERK:**  What amount or quantity of heroin was

20   reasonably foreseeable to Mr. Lockley?

21        **JURY FOREPERSON:**  1 kilogram or more.

22        **THE CLERK:**  What amount or quantity of cocaine base

23   (crack) was reasonably foreseeable to Mr. Lockley?

24        **JURY FOREPERSON:**  280 grams or more.

25        **THE CLERK:**  Count 10:  How do you find the

1  Defendant Jamal Lockley as to Count 10 of the indictment,

2  distribution of cocaine base?

3  **JURY FOREPERSON:**  Guilty.

4  **THE CLERK:**  Thank you.

5  Mr. Anderson:

6  Count 1:  How do you find the

7  Defendant Corloyd Anderson as to Count 1 of the indictment,

8  conspiracy to participate in the affairs of a racketeering

9  enterprise?

10  **JURY FOREPERSON:**  Guilty.

11  **THE CLERK:**  What type or types of racketeering

12  activity were reasonably foreseeable to Mr. Anderson in

13  furtherance of the racketeering conspiracy?

14  **JURY FOREPERSON:**  Conspiracy to distribute and possess

15  with the intent to distribute controlled substances,

16  distribution and possession with the intent to distribute

17  controlled substances.

18  **THE CLERK:**  What type or types of drugs were

19  reasonably foreseeable to Mr. Anderson as part of that

20  racketeering activity?

21  **JURY FOREPERSON:**  Heroin.

22  **THE CLERK:**  What amount or quantity of heroin was

23  foreseeable to Mr. Anderson as part of that racketeering

24  activity?

25  **JURY FOREPERSON:**  1 kilogram or more.

1          **THE CLERK:**  Count 2:  How do you find the

2   Defendant Corloyd Anderson as to Count 2 of the indictment,

3   conspiracy to distribute and possess with the intent to

4   distribute controlled substances?

5          **JURY FOREPERSON:**  Guilty.

6          **THE CLERK:**  What type or types of drugs were

7   reasonably foreseeable to Mr. Anderson in furtherance of the

8   drug-trafficking conspiracy?

9          **JURY FOREPERSON:**  Heroin.

10          **THE CLERK:**  What quantity or amount of heroin was

11   reasonably foreseeable to Mr. Anderson?

12          **JURY FOREPERSON:**  1 kilogram or more.

13          **THE CLERK:**  Count 24:  How do you find the

14   Defendant Corloyd Anderson as to Count 24 of the indictment,

15   possession of a firearm by a felon?

16          **JURY FOREPERSON:**  Guilty.

17          **THE CLERK:**  Mr. Davis:

18          Count 1:  How do you find the Defendant Shakeen Davis

19   as to Count 1 of the indictment, conspiracy to participate in

20   the affairs of a racketeering enterprise?

21          **JURY FOREPERSON:**  Guilty.

22          **THE CLERK:**  What type or types of racketeering

23   activity were reasonably foreseeable to Mr. Davis in

24   furtherance of the racketeering conspiracy?

25          **JURY FOREPERSON:**  Murder, conspiracy to distribute and

1    possess with the intent to distribute controlled substances,

2    distribution and possession with the intent to distribute

3    controlled substances.

4         **THE CLERK:**  What type or types of drugs were

5    reasonably foreseeable to Mr. Davis as part of that

6    racketeering activity?

7         **JURY FOREPERSON:**  Heroin, cocaine base.

8         **THE CLERK:**  What quantity or amount of heroin was

9    foreseeable as to Mr. Davis as part of that racketeering

10   activity?

11        **JURY FOREPERSON:**  1 kilogram or more.

12        **THE CLERK:**  What amount or quantity of cocaine base

13   (crack) was foreseeable to Mr. Davis as part of that

14   racketeering activity?

15        **JURY FOREPERSON:**  280 grams or more.

16        **THE CLERK:**  Count 2:  How do you find the

17   Defendant Shakeen Davis as to Count 2 of the indictment,

18   conspiracy to distribute and possess with the intent to

19   distribute controlled substances?

20        **JURY FOREPERSON:**  Guilty.

21        **THE CLERK:**  What type or types of drugs were

22   reasonably foreseeable to Mr. Davis in furtherance of the

23   drug-trafficking conspiracy?

24        **JURY FOREPERSON:**  Heroin, cocaine base.

25        **THE CLERK:**  What amount or quantity of heroin was

1  reasonably foreseeable to Mr. Davis?

2          **JURY FOREPERSON:**  1 kilogram or more.

3          **THE CLERK:**  What amount or quantity of cocaine base

4  (crack) was reasonably foreseeable to Mr. Davis?

5          **JURY FOREPERSON:**  280 grams or more.

6          **THE CLERK:**  Count 16:  How do you find the

7  Defendant Shakeen Davis as to Count 16 of the indictment,

8  possession of firearms by a felon?

9          **JURY FOREPERSON:**  Guilty.

10          **THE CLERK:**  Count 30:  How do you find the

11  Defendant Shakeen Davis as to Count 30 of the indictment,

12  possession of a firearm by a felon?

13          **JURY FOREPERSON:**  Guilty.

14          **THE CLERK:**  Count 31:  How do you find the

15  Defendant Shakeen Davis as to Count 31 of the indictment,

16  possession with intent to distribute cocaine base?

17          **JURY FOREPERSON:**  Guilty.

18          **THE CLERK:**  Count 32:  How do you find the

19  Defendant Shakeen Davis as to Count 32 of the indictment,

20  possession of a firearm in furtherance of a drug-trafficking

21  crime?

22          **JURY FOREPERSON:**  Guilty.

23          **THE COURT:**  Thank you.

24          Would anyone like the jury polled?

25          **MR. ENZINNA:**  Yes, Your Honor, we would.

1    **MS. AMATO:**  We would as well, Your Honor.

2    **MR. HAZLEHURST:**  On behalf of Mr. Davis, yes,

3    Your Honor.

4    **MR. SARDELLI:**  Yes, Your Honor.

5    **MR. TRAINOR:**  Yes, Your Honor.

6    **THE CLERK:**  Juror No. 4, will you please rise.

7    Having delivered the verdict of the jury, is that your

8    verdict?

9    **JURY FOREPERSON:**  It is.

10    **THE CLERK:**  Thank you.  You may be seated.

11    Juror No. 1, will you please rise.

12    Having heard the verdict of your foreperson, is that

13    your verdict also?

14    **JUROR NO. 1:**  Yes.

15    **THE CLERK:**  Thank you.  You may be seated.

16    Juror No. 2, will you please rise.

17    Having heard the verdict of your foreperson, is that

18    your verdict also?

19    **JUROR NO. 2:**  Yes.

20    **THE CLERK:**  Thank you.  You may be seated.

21    Juror No. 3, will you please rise.

22    Having heard the verdict of your foreperson, is that

23    your verdict also?

24    **JUROR NO. 3:**  Yes.

25    **THE CLERK:**  Thank you.  You may be seated.

1           Juror No. 5, will you please rise.

2           Having heard the verdict of your foreperson, is that

3     your verdict also?

4           **JUROR NO. 5:**  Yes.

5           **THE CLERK:**  Thank you.  You may be seated.

6           Juror No. 6, will you please rise.

7           Having heard the verdict of your foreperson, is that

8     your verdict also?

9           **JUROR NO. 6:**  Yes, ma'am.

10          **THE CLERK:**  Thank you.  You may be seated.

11          Juror No. 7, will you please rise.

12          Having heard the verdict of your foreperson, is that

13    your verdict also?

14          **JUROR NO. 7:**  Yes, it is.

15          **THE CLERK:**  Thank you.  You may be seated.

16          Juror No. 8, will you please rise.

17          Having heard the verdict of your foreperson, is that

18    your verdict also?

19          **JUROR NO. 8:**  Yes.

20          **THE CLERK:**  Thank you.  You may be seated.

21          Juror No. 9, will you please rise.

22          Having heard the verdict of your foreperson, is that

23    your verdict also?

24          **JUROR NO. 9:**  Yes.

25          **THE CLERK:**  Thank you.  You may be seated.

1          Juror No. 10, will you please rise.

2          Having heard the verdict of your foreperson, is that

3   your verdict also?

4          **JUROR NO. 10:**  Yes.

5          **THE CLERK:**  Speak a little louder.

6          **JUROR NO. 10:**  Yes.

7          **THE CLERK:**  Thank you.

8          Juror No. 11, will you please rise.

9          Having heard the verdict of your foreperson, is that

10  your verdict also?

11         **JUROR NO. 11:**  Yes.

12         **THE CLERK:**  Thank you.

13         And Juror No. 12, will you please rise.

14         Having heard the verdict of your foreperson, is that

15  your verdict also?

16         **JUROR NO. 12:**  Yes, it is.

17         **THE CLERK:**  Thank you.  You may be seated.

18         Members of the jury, you have heard the verdicts and

19  answers thereto as delivered by your foreperson, and they have

20  been recorded; and each of you do agree?

21         **THE JURY:**  Yes.

22         **THE CLERK:**  Verdict recorded.

23         **THE COURT:**  All right.  Thank you very much, ladies

24  and gentlemen.

25         We all very much appreciate your service.

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1      A couple of things.

2      First of all, I have been telling you as we went along

3   that you could not discuss this case with anyone else.

4      At this point, now that your verdict is in, you are

5   free of that obligation.

6      You don't have to talk to anyone else.  But if you

7   wish to talk to anyone else about your service, you may do so.

8      Counsel are still not allowed to talk to you without

9   permission of the Court.

10     Those of you who would like to, if you don't mind

11   waiting in the jury room a few minutes, I always appreciate the

12   opportunity to come back and say thank you in person, not to

13   talk about the case, but to come back and just tell you thank

14   you and see if you have any suggestions for future jurors,

15   anything like that.

16     So at this point, unless there's anything else for the

17   jury, we will excuse the jury with Ms. Moyé.  And I'll be back

18   in shortly.

19     (Jury discharged at 3:44 p.m.)

20     **THE COURT:**  Counsel, I suggest that we not try to set

21   sentencing dates at this particular moment.

22     I will start the process of having presentence reports

23   prepared for everyone.

24     But we can actually pick sentencing dates at a later

25   point, if that's acceptable.

 1              Okay.  All right.  We'll excuse the gallery.

 2         (Pause.)

 3              **THE COURT:**  Perhaps I'll go with Ms. Moyé into the

 4    jury room, and then --

 5              **MS. AMATO:**  Your Honor, excuse me?

 6              **THE COURT:**  Yes?

 7              **MS. AMATO:**  May we have additional time to file any

 8    posttrial motions, if we are to file any?  And at this point I

 9    don't know if I'm going to file anything or not, but I would

10    ask, instead of the usual time frame, if I could have 30 days.

11              **THE COURT:**  I think it would be a good idea to put

12    that in writing.  I can't imagine that I would have any

13    difficulty giving you some extra time if you need it.

14              **MS. AMATO:**  Thank you.

15              **THE COURT:**  But to preserve the record, if you would

16    put it in writing if you do want an extension.

17              All right.  I'm going to go with Ms. Moyé into the

18    jury room, and then we'll be adjourned.

19         (Court adjourned at 3:46 p.m.)

20         I, Douglas J. Zweizig, RDR, CRR, FCRR, do hereby certify
      that the foregoing is a correct transcript from the
21    stenographic record of proceedings in the above-entitled
      matter.
22                        _____/s/_____

23                        Douglas J. Zweizig, RDR, CRR, FCRR
                             Registered Diplomate Reporter
24                           Certified Realtime Reporter
                           Federal Official Court Reporter
25                          DATE:  November 19, 2019

JUROR NO. 10: [3]   9/18 21/4
21/6
JUROR NO. 11: [2]   9/20 21/11
JUROR NO. 12: [2]   9/22 21/16
JUROR NO. 1: [2]   8/22 19/14
JUROR NO. 2: [2]   8/24 19/19
JUROR NO. 3: [2]   9/1 19/24
JUROR NO. 4: [1]   9/3
JUROR NO. 5: [4]   9/4 9/6 9/8
20/4
JUROR NO. 6: [2]   9/10 20/9
JUROR NO. 7: [2]   9/12 20/14
JUROR NO. 8: [2]   9/14 20/19
JUROR NO. 9: [2]   9/16 20/24
JURY FOREPERSON: [50]
MR. ENZINNA: [1]   18/25
MR. HAZLEHURST: [1]   19/2
MR. SARDELLI: [5]   3/10 3/16
5/18 5/24 19/4
MR. TRAINOR: [1]   19/5
MS. AMATO: [4]   19/1 23/5
23/7 23/14
MS. HOFFMAN: [4]   3/13 3/17
3/21 6/1
MS. WHALEN: [1]   4/4
THE CLERK: [80]
THE COURT: [21]   3/4 3/12
3/18 4/2 4/5 4/10 5/22 5/25
6/4 6/6 8/1 8/7 8/12 10/10
18/23 21/23 22/20 23/3 23/6
23/11 23/15
THE JURY: [3]   9/25 10/2
21/21

**/**

/s [1]   23/22

**0**

0267 [2]   1/4 8/16

**1**

1 kilogram [8]   11/7 11/23
14/5 14/21 15/25 16/12 17/11
18/2
10 [4]   9/17 14/25 15/1 21/1
101 [1]   1/24
11 [2]   9/19 21/8
11:41 a.m [1]   3/3
12 [4]   6/25 7/9 9/21 21/13
12th [1]   3/6
16 [2]   18/6 18/7
17 [2]   12/6 12/7
18 [2]   12/10 12/11
19 [1]   23/25
1A [1]   1/9

**2**

2016 [2]   3/6 5/12
2019 [2]   1/8 23/25
21201 [1]   1/25
24 [2]   16/13 16/14
280 grams [7]   11/11 12/1 13/9
14/9 14/24 17/18 18/5
2:06 p.m [1]   4/9
2:11 p.m [1]   6/5
2:14 p.m [1]   7/25

30 [4]   1/8 18/10 18/11 23/10
31 [2]   18/14 18/15
32 [2]   18/18 18/19
3:23 p.m [1]   8/6
3:24 p.m [1]   8/11
3:44 p.m [1]   22/19
3:46 p.m [1]   23/19

**4**

4th [1]   1/24

**5**

5 o'clock [2]   8/2 8/2

**9**

9 o'clock a.m [1]   3/2

**A**

a.m [2]   3/2 3/3
Aanonsen [1]   2/12
able [1]   7/10
about [7]   4/15 4/17 6/11 6/21
7/8 22/7 22/13
above [1]   23/21
above-entitled [1]   23/21
absolutely [1]   6/8
acceptable [2]   3/10 22/25
activity [15]   10/19 11/3 11/6
11/10 13/16 13/25 14/4 14/8
15/12 15/20 15/24 16/23 17/6
17/10 17/14
actually [1]   22/24
additional [1]   23/7
adjourned [2]   23/18 23/19
admitted [2]   3/7 3/14
affairs [5]   10/16 12/18 13/13
15/8 16/20
after [2]   5/13 6/19
again [2]   4/6 8/2
Agent [1]   2/12
agree [3]   6/3 7/1 21/20
agreed [1]   9/23
aid [1]   12/4
al [1]   1/5
all [23]   3/4 3/4 3/19 4/2 4/5
4/10 4/11 5/22 6/6 6/7 6/13
6/25 7/5 8/1 8/7 8/9 8/12
8/13 21/23 21/25 22/2 23/1
23/17
Allen [4]   4/24 5/5 5/20 6/3
allowed [1]   22/8
along [2]   4/25 22/2
also [12]   2/11 19/13 19/18
19/23 20/3 20/8 20/13 20/18
20/23 21/3 21/10 21/15
alternative [1]   5/22
always [1]   22/11
am [2]   4/24 5/8
Amato [1]   2/4
AMERICA [1]   1/3 8/16
amount [14]   11/21 11/24 13/4
13/7 14/2 14/6 14/19 14/22
15/22 16/10 17/8 17/12 17/25
18/3
Anderson [11]   2/3 8/17 15/5
15/7 15/12 15/19 15/23 16/2
16/7 16/11 16/14

another [2]   7/9 8/8
answer [2]   4/6 8/19
answered [1]   10/5
answers [2]   10/12 21/19
any [6]   6/24 7/10 22/14 23/7
23/8 23/12
anybody [2]   5/8 5/25
anyone [5]   4/23 18/24 22/3
22/6 22/7
anyone's [1]   7/7
anything [3]   22/15 22/16 23/9
appreciate [2]   21/25 22/11
approved [1]   5/4
April [1]   1/8
are [15]   3/23 4/14 4/16 5/1
6/7 6/11 6/13 7/2 7/13 7/15
8/3 8/15 22/4 22/8 23/8
arrest [1]   3/6
as [50]
ask [5]   5/21 6/18 7/11 7/14
23/10
Assistant [1]   1/16
assume [1]   6/7
ATF [1]   2/12
Attorneys [1]   1/16
aware [1]   6/7

**B**

back [10]   3/8 3/9 3/22 4/6
4/19 7/21 7/24 22/12 22/13
22/17
BAILEY [16]   1/5 1/17 8/17
10/13 10/14 10/19 11/2 11/6
11/9 11/13 11/18 11/22 11/25
12/3 12/7 12/11
Baltimore [2]   1/9 1/25
Banks [14]   2/1 3/6 4/14 5/4
5/23 6/10 6/17 8/17 12/15
12/16 12/21 13/1 13/5 13/8
base [16]   11/4 11/8 11/20
11/24 13/3 13/7 14/1 14/6
14/18 14/22 15/2 17/7 17/12
17/24 18/3 18/16
be [21]   3/7 4/6 4/23 5/23
5/25 6/8 7/6 7/10 19/10 19/15
19/20 19/25 20/5 20/10 20/15
20/20 20/25 21/17 22/17 23/11
23/18
been [6]   4/11 5/9 7/2 10/5
21/20 22/2
before [2]   1/11 8/2
behalf [1]   19/2
being [1]   3/23
believe [2]   4/11 7/9
better [1]   7/10
binders [1]   3/21
BLAKE [3]   1/11 4/13 6/9
both [1]   7/6
Bredar [2]   5/12 5/16
Brian [1]   2/2
Brian Sardelli [1]   2/2
bring [1]   8/10

**C**

call [2]   3/8 8/20
came [1]   3/24
can [7]   3/5 3/8 3/9 4/6 4/23
6/4 22/24
can't [1]   23/12

**C**

cannot [1]  3/15
case [6]  1/4 5/12 6/24 7/2
  22/3 22/13
cases [2]  4/18 7/5
CATHERINE [1]  1/11
CCB [2]  1/4 8/16
CCB-16-0267 [1]  1/4
Certified [1]  23/24
certify [1]  23/20
charge [4]  4/24 5/5 5/21 6/3
charges [2]  8/9 8/13
Christian [1]  2/12
Christian Aanonsen [1]  2/12
Christina [1]  1/15
Christina Hoffman [1]  1/15
Circuit [1]  5/11
clear [1]  6/8
clerk [1]  10/7
client [1]  5/18
close [1]  3/23
cocaine [20]  11/4 11/4 11/8
  11/20 11/20 11/24 13/3 13/7
  14/1 14/1 14/6 14/18 14/18
  14/22 15/2 17/7 17/12 17/24
  18/3 18/16
cocaine base [16]  11/4 11/8
  11/20 11/24 13/3 13/7 14/1
  14/6 14/18 14/22 15/2 17/7
  17/12 17/24 18/3 18/16
come [4]  7/11 7/16 22/12
  22/13
completed [1]  3/22
conclusion [1]  7/17
conscientious [3]  7/3 7/8
  7/16
consider [2]  5/6 7/19
consideration [2]  5/3 6/17
considering [1]  5/7
conspiracy [23]  10/15 10/20
  10/21 11/14 11/19 12/17 12/22
  13/2 13/12 13/17 13/18 14/12
  14/17 15/8 15/13 15/14 16/3
  16/8 16/19 16/24 16/25 17/18
  17/23
contemplating [1]  4/24
continue [4]  5/2 6/15 7/12
  7/22
controlled [13]  10/22 10/24
  11/15 12/23 13/19 13/21 14/13
  15/15 15/17 16/4 17/1 17/3
  17/19
conviction [1]  7/8
copy [1]  4/11
Corloyd [5]  2/3 8/17 15/7
  16/2 16/14
Corloyd Anderson [2]  2/3 8/17
correct [1]  23/20
could [3]  3/18 22/3 23/10
counsel [5]  3/18 3/25 4/3
  22/8 22/20
Count [37]
Count 1 [9]  10/15 12/16 12/17
  13/11 13/12 15/6 15/7 16/18
  16/19
Count 10 [2]  14/25 15/1
Count 16 [2]  18/6 18/7
Count 17 [2]  12/6 12/7

**D**

Count 18 [2]  12/10 12/11
Count 20 [10]  11/12 11/13
  12/20 12/21 14/10 14/11 16/1
  16/2 17/16 17/17
Count 24 [2]  16/13 16/14
Count 3 [2]  12/2 12/3
Count 30 [2]  18/10 18/11
Count 31 [2]  18/14 18/15
Count 32 [2]  18/18 18/19
couple [2]  4/17 22/1
course [2]  5/5 6/13
COURT [8]  1/1 1/24 3/13 10/8
  10/9 22/9 23/19 23/24
Court's [1]  5/19
courthouse [1]  7/5
courtroom [4]  1/9 6/5 7/25
  8/11
crack [7]  11/9 11/25 13/8
  14/7 14/23 17/13 18/4
crime [1]  18/21
CRIMINAL [2]  1/4 8/16
Criminal No. CCB-16-0267 [1]
  8/16
CRR [3]  1/23 23/20 23/23

DANTE [9]  1/5 1/17 8/17 10/13
  10/14 11/13 12/3 12/7 12/11
DANTE BAILEY [4]  1/5 1/17
  8/17 10/13
DATE [1]  23/25
dated [1]  10/5
dates [2]  22/21 22/24
Davis [17]  2/8 8/18 16/17
  16/18 16/23 17/5 17/9 17/13
  17/17 17/22 18/1 18/4 18/7
  18/11 18/15 18/19 19/2
days [1]  23/10
deadlock [1]  5/15
decide [3]  5/3 6/16 6/23
decision [3]  4/22 6/25 7/7
defendant [26]
Defendant Corloyd Anderson [3]
  15/7 16/2 16/14
Defendant Dante Bailey [5]
  10/14 11/13 12/3 12/7 12/11
Defendant Jamal Lockley [3]
  13/11 14/11 15/1
Defendant Randy Banks [2]
  12/16 12/21
Defendant Shakeen Davis [6]
  16/18 17/17 18/7 18/11 18/15
  18/19
defendants [7]  1/6 5/1 5/2
  5/16 6/13 6/15 7/6
defense [3]  3/11 3/25 4/3
defer [1]  3/13
deliberating [4]  5/2 5/17
  6/15 7/23
deliberation [1]  5/14
deliberations [1]  3/2
delivered [2]  19/7 21/19
desired [1]  10/7
did [2]  6/14 6/18
didn't [1]  13/6
different [1]  7/17
difficulty [1]  23/13
Diplomate [1]  23/23
discharged [1]  22/19

discuss [1]  22/3
distributes [24]
distribution [5]  10/23 13/20
  15/2 15/16 17/2
DISTRICT [2]  1/1 1/1
division [3]  1/2 4/21 6/19
do [28]
does [1]  6/25
doing [2]  7/7 7/20
don't [6]  7/20 7/21 8/1 22/6
  22/10 23/9
done [1]  3/23
Douglas [1]  1/23 23/20 23/23
drug [6]  11/19 13/2 14/17
  16/8 17/23 18/20
drug-trafficking [6]  11/19
  13/2 14/17 16/8 17/23 18/20
drugs [9]  11/1 11/17 12/25
  13/23 14/15 15/18 16/6 17/4
  17/21

**E**

each [2]  7/18 21/20
either [2]  3/10 6/24
Elita [1]  2/4
Elita Amato [1]  2/4
else [5]  5/25 22/3 22/6 22/7
  22/16
entered [2]  6/5 8/11
enterprise [5]  10/16 12/18
  13/13 15/9 16/20
entitled [1]  23/21
Enzinna [1]  1/18
equally [2]  4/15 6/11
Esquire [8]  1/15 1/15 1/18
  1/18 2/2 2/4 2/7 2/9
essentially [3]  4/24 5/15
  5/17
et [1]  1/5
everyone [1]  22/23
evidence [7]  3/8 3/15 3/25
  4/14 6/11 7/8 7/11
excuse [3]  22/17 23/1 23/5
exhibits [2]  3/19 7/3
extension [1]  23/16
extortion [1]  10/21
extra [1]  23/13

**F**

fact [2]  5/10 7/15
far [1]  4/2
FCRR [3]  1/23 23/20 23/23
Federal [1]  1/24 23/24
fellow [1]  7/22
felon [4]  12/8 16/15 18/8
  18/12
few [1]  22/11
file [3]  23/7 23/8 23/9
finally [1]  6/23
find [20]  10/14 11/12 12/2
  12/6 12/10 12/16 12/20 13/6
  13/11 14/10 14/25 15/6 16/1
  16/13 16/18 17/16 18/6 18/10
  18/14 18/18
finds [1]  7/18
finishing [1]  4/1
firearm [3]  16/15 18/12 18/20
firearms [2]  12/8 18/8
First [2]  6/13 22/2

**F**

five [3]  5/1 6/13 6/14
Floor [1]  1/24
foregoing [1]  23/20
Foreman [2]  10/3 10/11
foreperson [13]  10/2 19/12
 19/17 19/22 20/2 20/7 20/12
 20/17 20/22 21/2 21/9 21/14
 21/19
foreseeable [29]
form [3]  10/4 10/9 10/13
forth [2]  3/19 5/7
found [1]  4/17
Fourth [1]  5/11
Fourth Circuit [1]  5/11
frame [1]  23/10
free [1]  22/5
front [1]  5/12
furtherance [10]  10/20 11/18
 13/1 13/17 14/16 15/13 16/7
 16/24 17/22 18/20
future [2]  6/18 22/14

**G**

gallery [1]  23/1
generally [2]  5/4 6/22
gentlemen [3]  6/6 8/12 21/24
get [1]  6/4
getting [1]  3/23
give [3]  3/15 5/4 6/14
given [1]  4/11
giving [1]  23/13
go [2]  23/3 23/17
going [2]  23/9 23/17
good [1]  23/11
Government [1]  7/6
grams [7]  11/11 12/1 13/9
 14/9 14/24 17/15 18/5
guilt [2]  4/15 6/11
guilty [21]  6/24 6/24 10/17
 11/16 12/5 12/9 12/13 12/19
 12/24 13/14 14/14 15/3 15/10
 16/5 16/16 16/21 17/20 18/9
 18/13 18/17 18/22

**H**

had [3]  4/14 4/21 6/10
handing [1]  10/10
happy [1]  5/8
hard [2]  4/14 6/10
Harry [1]  2/7
Harry Trainor [1]  2/7
has [4]  6/2 7/2 10/4 10/6
have [22]  3/5 3/6 4/10 4/14
 4/17 4/22 6/7 6/10 6/12 6/25
 7/16 8/7 8/8 9/23 21/18 21/19
 22/2 22/6 22/14 23/7 23/10
 23/12
having [13]  19/7 19/12 19/17
 19/22 20/2 20/7 20/12 20/17
 20/22 21/2 21/9 21/14 22/22
Hazlehurst [1]  2/9
hear [3]  4/7 5/8 8/1
heard [14]  4/23 5/25 19/12
 19/17 19/22 20/2 20/7 20/12
 20/17 20/22 21/2 21/9 21/14
 21/18
here [13]  8/15 8/22 9/1 9/3

9/4 9/8 9/10 9/12 9/14 9/16
 9/18 9/20 9/22 9/24
hereby [1]  23/20
heroin [19]  11/4 11/5 11/20
 11/21 12/12 13/4 13/6 14/1
 14/2 14/18 14/19 15/21 15/22
 16/9 16/10 17/7 17/8 17/24
 17/25
himself [1]  7/18
his [2]  4/15 6/11
Hoffman [1]  1/15 3/20
Honor [11]  3/11 4/4 5/18 5/19
 6/1 18/25 19/1 19/3 19/4 19/5
 23/5
Honor's [1]  6/3
HONORABLE [1]  1/11
hours [1]  5/14
how [19]  10/14 11/12 12/2
 12/6 12/10 12/16 12/20 13/11
 14/10 14/25 15/6 16/1 16/13
 16/18 17/16 18/6 18/10 18/14
 18/18

**I**

I'll [2]  6/8 22/17 23/3
I'm [3]  5/10 23/9 23/17
I've [1]  5/18
idea [1]  23/11
imagine [1]  23/12
impartial [1]  7/16
important [2]  7/5 7/22
inclination [1]  5/19
indicates [1]  8/8
indicating [1]  5/15
indictment [19]  10/15 11/13
 12/3 12/7 12/11 12/17 12/21
 13/12 14/11 15/1 15/7 16/2
 16/14 16/19 17/17 18/7 18/11
 18/15 18/19
instead [1]  23/10
intent [15]  10/22 10/23 11/14
 12/12 12/22 13/19 13/20 14/12
 15/15 15/16 16/3 17/1 17/2
 17/18 18/16
involving [1]  3/6
is [26]
issues [1]  7/4
it [15]  3/7 3/15 5/13 6/2 6/8
 6/9 6/24 7/4 10/6 19/9 20/14
 21/16 23/11 23/13 23/16
it's [8]  5/9 5/11 5/11 7/3
 7/5 7/7 7/22 10/7

**J**

Jamal [5]  2/6 8/17 13/11
 14/11 15/1
Jamal Lockley [2]  2/6 8/17
JUDGE [5]  1/11 4/13 5/12 5/16
 6/9
Judge Blake [2]  4/13 6/9
Judge Bredar [2]  5/12 5/16
juror [25]
Juror No. 1 [2]  8/21 19/11
Juror No. 10 [2]  9/17 21/1
Juror No. 11 [2]  9/19 21/8
Juror No. 12 [2]  9/21 21/13
Juror No. 2 [2]  8/23 19/16
Juror No. 3 [2]  8/25 19/21
Juror No. 4 [2]  9/2 19/6

Juror No. 5 [2]  9/7 20/1
Juror No. 6 [2]  9/9 20/6
Juror No. 7 [2]  9/11 20/11
Juror No. 8 [2]  9/13 20/16
Juror No. 9 [2]  9/15 20/21
jurors [3]  7/15 7/22 22/14
jury [28]
just [9]  3/25 4/5 5/12 5/22
 6/8 7/11 7/15 7/21 22/13

**K**

keep [2]  5/16 6/18
kilogram [8]  11/7 11/23 14/5
 14/21 15/25 16/12 17/11 18/2
know [4]  3/4 6/1 8/7 23/9

**L**

ladies [3]  6/6 8/12 21/23
last [1]  3/25
later [3]  5/3 6/16 22/24
Lauren [1]  1/15
Lauren Perry [1]  1/15
left [1]  7/25
lengthy [1]  7/2
Less [1]  13/9
Let [1]  6/21
light [1]  7/15
like [5]  4/23 7/5 18/24 22/10
 22/15
lines [1]  4/25
listen [1]  7/22
little [1]  21/5
Lockley [13]  2/6 8/17 13/10
 13/11 13/16 13/24 14/3 14/7
 14/11 14/16 14/20 14/23 15/1
Lombard [1]  1/24
long [1]  5/9
look [2]  4/14 6/10
looking [1]  5/11
lot [1]  7/2
louder [1]  21/5

**M**

ma'am [3]  3/16 5/24 20/9
majority [4]  5/6 5/7 7/13
 7/18
making [1]  4/1
MARYLAND [3]  1/1 1/9 1/25
matter [1]  23/21
may [15]  3/6 5/3 6/16 19/10
 19/15 19/20 19/25 20/5 20/10
 20/15 20/20 20/25 21/17 22/7
 23/7
May 12th [1]  3/6
me [3]  3/18 6/21 23/5
media [1]  3/24
Members [3]  8/19 9/23 21/18
men [1]  7/10
might [3]  3/8 4/19 7/4
mind [2]  6/18 22/10
minority [4]  5/6 5/6 7/13
 7/19
minutes [1]  22/11
missed [1]  4/22
mistrial [2]  5/21 5/23
moment [1]  22/21
more [14]  11/7 11/11 11/23
 12/1 14/5 14/9 14/21 14/24
 15/25 16/12 17/11 17/15 18/2

Case 1:16-cr-00267-LKG Document 1375 Filed 11/21/19 Page 27 of 28

## M

more... [1]  18/5
morning [1]  3/22
motions [1]  23/8
Moyé [5]  7/24 8/14 22/17 23/3
 23/17
Mr. [39]
Mr. Anderson [6]  15/5 15/12
 15/19 15/23 16/7 16/11
Mr. Bailey [7]  10/19 11/2
 11/6 11/9 11/18 11/22 11/25
Mr. Banks [7]  5/4 5/23 6/17
 12/15 13/1 13/5 13/8
Mr. Davis [9]  16/17 16/23
 17/5 17/9 17/13 17/22 18/1
 18/4 19/2
Mr. Foreman [2]  10/3 10/11
Mr. Lockley [8]  13/10 13/16
 13/24 14/3 14/7 14/16 14/20
 14/23
Ms. [6]  3/20 7/24 8/14 22/17
 23/3 23/17
Ms. Hoffman [1]  3/20
Ms. Moyé [5]  7/24 8/14 22/17
 23/3 23/17
much [4]  6/2 7/24 21/23 21/25
murder [3]  10/21 12/3 16/25
my [2]  3/7 5/18

## N

need [1]  23/13
night [1]  3/25
no [3]  1/4 7/9 9/5
No. [25]
NORTHERN [1]  1/2
not [14]  3/7 3/14 4/20 5/9
 6/2 6/19 6/24 7/3 12/19 22/3
 22/8 22/12 22/20 23/9
note [10]  3/5 3/9 4/6 4/10
 4/12 4/19 5/13 5/14 6/7 8/8
November [1]  23/25
now [2]  4/1 22/4
numerical [2]  4/21 6/19

## O

o'clock [3]  3/2 8/2 8/2
object [1]  5/20
obligation [1]  22/5
obviously [3]  4/16 5/9 7/3
Official [2]  1/24 23/24
Okay [7]  3/12 3/18 5/25 6/4
 9/6 12/20 23/1
one [2]  5/15 9/5
only [1]  5/13
opinion [1]  5/12
opportunity [1]  22/12
options [1]  4/16
order [1]  6/23
other [4]  5/2 6/15 7/10 7/15
our [2]  3/24 10/2
out [3]  5/13 5/14 8/10

## P

p.m [7]  4/9 6/5 7/25 8/6 8/11
 22/19 23/19
pages [1]  3/24
part [13]  4/19 5/10 11/2 11/6
 11/9 13/24 14/3 14/7 15/19

participate [5]  10/15 12/17
 13/12 15/8 16/19
particular [1]  22/21
passed [1]  6/2
Paul [2]  1/18 2/9
Paul Enzinna [1]  1/18
Paul Hazlehurst [1]  2/9
Pause [1]  23/2
perhaps [3]  3/18 4/17 23/3
permission [1]  22/9
Perry [1]  1/15
person [1]  22/12
pick [1]  22/24
Plaintiff [2]  1/3 1/14
plans [1]  8/3
please [18]  6/18 7/20 7/21
 8/19 10/3 10/12 19/6 19/11
 19/16 19/21 20/1 20/6 20/11
 20/16 20/21 21/1 21/8 21/13
point [8]  4/22 5/3 5/23 6/16
 22/4 22/16 22/25 23/8
polled [1]  18/24
position [1]  7/14
possess [9]  10/22 11/14 12/22
 13/18 14/12 15/14 16/3 17/1
 17/18
possession [11]  10/23 12/8
 12/12 13/20 15/16 16/15 17/2
 18/8 18/12 18/16 18/20
possible [1]  7/7
posttrial [1]  23/8
prepared [1]  22/23
present [3]  2/11 8/24 10/7
presentence [1]  22/22
preserve [1]  23/15
proceedings [1]  23/21
process [2]  6/22 22/22
provide [1]  10/12
put [2]  23/11 23/16

## Q

quantity [16]  11/5 11/8 11/21
 11/24 13/4 13/7 14/2 14/6
 14/19 14/22 15/22 16/10 17/8
 17/12 17/25 18/3
questions [2]  7/14 10/11

## R

racketeering [25]
Randy [7]  2/1 3/6 4/14 6/10
 8/17 12/16 12/21
Randy Banks [5]  2/1 3/6 4/14
 6/10 8/17
RDR [3]  1/23 23/20 23/23
reach [3]  4/13 6/10 6/20
reached [3]  4/21 8/9 8/13
reaching [2]  6/21 6/22
read [2]  6/8 10/11
reading [2]  4/12 6/9
Realtime [1]  1/23
reason [1]  7/9
reasonably [22]  10/19 11/2
 11/18 11/22 11/25 13/1 13/5
 13/8 13/16 13/24 14/16 14/20
 14/23 15/12 15/19 16/7 16/11
 16/23 17/5 17/22 18/1 18/4
receive [1]  8/15
recess [1]  4/6 4/8 8/5

recollection [1]  3/7
reconsider [1]  22/14
reconvene [1]  8/2
record [4]  4/12 5/20 23/15
 23/21
recorded [2]  21/20 21/22
records [1]  3/24
redactions [1]  4/1
reflect [1]  3/24
refuse [1]  7/21
Registered [1]  23/23
relevant [1]  4/18
remind [1]  4/20
report [2]  3/6 3/14
Reported [1]  1/22
Reporter [4]  1/24 23/23 23/24
 23/24
reports [1]  22/22
require [1]  6/25
resolve [1]  7/4
response [1]  6/12
resumed [1]  3/2
retaliation [2]  10/25 13/22
return [3]  5/3 6/16 6/23
reviewed [1]  10/9
right [12]  3/4 4/2 4/5 4/10
 5/22 6/6 8/1 8/7 8/12 21/23
 23/1 23/17
rise [13]  10/3 19/6 19/11
 19/16 19/21 20/1 20/6 20/11
 20/16 20/21 21/1 21/8 21/13
roll [1]  8/20
roll call [1]  8/20
room [3]  22/11 23/4 23/18

## S

Sardelli [1]  2/2
satisfactory [2]  3/15 4/2
say [4]  3/14 4/19 6/21 22/12
says [3]  3/5 4/12 6/9
seated [10]  19/10 19/15 19/20
 19/25 20/5 20/10 20/15 20/20
 20/25 21/17
see [2]  8/2 22/14
seem [1]  4/22
send [1]  4/5
sent [3]  3/24 5/13 5/14
sentencing [2]  22/21 22/24
service [2]  21/25 22/7
set [1]  22/20
Shakeen [5]  2/8 8/18 16/18
 17/17 18/7 18/11 18/15 18/19
Shakeen Davis [2]  2/8 8/18
shall [1]  10/1
sheets [1]  6/14
shortly [2]  22/18
should [3]  5/1 5/6 7/18
sift [1]  7/10
signed [1]  10/5
simply [3]  3/5 3/9 3/14
so [15]  3/8 3/15 3/19 3/21
 4/2 4/16 4/22 5/7 5/22 6/6
 6/12 7/11 8/10 22/7 22/16
social [1]  3/23
some [2]  7/4 23/13
something [2]  4/25 6/21
soon [1]  6/2
speak [2]  10/1 21/5
Special [1]  2/12

28

**S**

Special Agent [1]  2/12
split [2]  4/15 6/11
start [1]  22/22
STATES [4]  1/1 1/3 1/16 8/16
status [1]  3/19
stenographic [1]  23/21
still [1]  22/8
Street [1]  1/24
submitted [1]  10/4
substances [13]  10/23 10/24
 11/15 12/23 13/19 13/21 14/13
 15/15 15/17 16/4 17/1 17/3
 17/19
suggest [4]  5/8 6/14 7/20
 22/20
suggestion [1]  6/3
suggestions [1]  22/14
surprising [1]  7/4

**T**

take [2]  7/4 7/24
taken [2]  4/8 8/5
talk [4]  22/6 22/7 22/8 22/13
talked [1]  5/18
talking [1]  7/12
tampering [2]  10/24 13/21
tell [5]  3/9 4/20 4/23 6/19
 22/13
telling [2]  4/25 22/2
tells [1]  5/5
ten [1]  5/14
Teresa [1]  1/18
Teresa Whalen [1]  1/18
than [1]  13/9
thank [22]  7/24 8/4 10/10
 12/14 15/4 18/23 19/10 19/15
 19/20 19/25 20/5 20/10 20/15
 20/20 20/25 21/7 21/12 21/17
 21/23 22/12 22/13 23/14
that [55]
that's [1]  22/25
their [3]  4/21 5/3 8/3
them [11]  3/8 3/9 3/9 4/20
 4/20 4/20 5/4 5/5 5/16 8/1
 8/10
then [3]  4/5 23/4 23/18
there [7]  4/16 5/1 5/15 6/13
 7/2 7/6 7/15
there's [2]  7/9 22/16
thereto [1]  21/19
these [1]  7/14
they [8]  3/22 4/21 4/22 5/1
 5/3 5/14 8/8 21/19
things [1]  22/1
think [4]  3/4 6/1 8/7 23/11
thinking [1]  5/10
this [14]  3/22 4/16 5/23 6/12
 6/24 7/2 7/5 7/21 9/5 22/3
 22/4 22/16 22/21 23/8
Those [1]  22/10
thought [1]  4/17
three [2]  5/13 5/16
through [1]  7/10
time [8]  4/16 5/9 6/2 6/12
 7/4 23/7 23/10 23/13
told [2]  4/20 5/16
too [1]  6/2

trafficking [6]  11/19 13/2
 14/7 16/8 17/23 18/20
Trainor [1]  2/7
transcript [2]  3/21 23/20
transcripts [1]  3/19
trial [5]  5/1 5/14 6/14
try [1]  22/20
Tuesday [1]  1/8
turn [1]  7/21
type [13]  10/18 11/1 11/17
 12/25 13/15 13/23 14/15 15/11
 15/18 16/6 16/22 17/4 17/21
types [13]  10/18 11/1 11/17
 12/25 13/15 13/23 14/15 15/11
 15/18 16/6 16/22 17/4 17/21

**U**

unable [2]  4/13 6/9
unanimous [3]  4/21 6/20 6/25
understand [2]  5/19 8/13
UNITED [4]  1/1 1/3 1/16 8/16
United States [1]  8/16
unless [1]  22/16
unpublished [1]  5/11
until [3]  4/6 4/21 6/19
update [1]  3/18
us [2]  4/20 6/19
usual [1]  23/10

**V**

various [1]  4/16
verdict [41]
verdicts [1]  21/18
versa [1]  7/19
version [2]  4/24 5/4
versus [1]  8/16
very [4]  5/9 7/24 21/23 21/25
vice [1]  7/19
views [1]  7/19
violence [1]  7/7
VOLUME [1]  1/13
vs [1]  1/4

**W**

waiting [1]  22/11
want [2]  5/25 23/16
wants [1]  5/8
was [19]  3/7 3/14 4/21 5/13
 10/4 11/21 11/25 13/4 13/8
 14/2 14/7 14/19 14/23 15/22
 16/10 17/8 17/13 17/25 18/4
way [1]  3/10
we [33]
we'll [3]  8/2 23/1 23/18
we're [1]  3/25
weeks [1]  5/13
weight [1]  7/8
well [2]  5/6 19/1
went [2]  3/22 22/2
were [16]  3/21 5/16 7/15
 10/19 11/1 11/17 12/25 13/16
 13/23 14/15 15/12 15/18 16/6
 16/23 17/4 17/21
Whalen [1]  1/18
what [36]
where [1]  5/12
Whether [1]  7/13
which [6]  3/5 4/17 5/5 6/7
 8/8 10/4

while [1]  5/10
who [5]  3/22 4/15 4/18 7/18 10/1
 22/10
will [20]  4/5 6/23 7/24 8/10
 8/19 10/3 19/6 19/11 19/16
 19/21 20/1 20/6 20/11 20/16
 20/21 21/1 21/8 21/13 22/17
 22/22
wish [1]  22/7
without [2]  7/7 22/8
witness [4]  10/24 10/24 13/21
 13/21
women [1]  7/10
would [16]  3/7 4/19 4/23 5/20
 5/21 5/22 7/10 7/14 18/24
 18/25 19/1 22/10 23/9 23/11
 23/12 23/15
write [1]  3/9
writing [2]  23/12 23/16

**X**

XXII [1]  1/13

**Y**

yes [23]  3/16 3/17 4/4 5/24
 9/25 18/25 19/2 19/4 19/5
 19/14 19/19 19/24 20/4 20/9
 20/14 20/19 20/24 21/4 21/6
 21/11 21/16 21/21 23/6
yet [1]  5/9
you [104]
you're [3]  5/10 7/3 7/10
you've [2]  4/11 8/13
your [48]
Your Honor [11]  3/11 4/4 5/18
 5/19 6/1 18/25 19/1 19/3 19/4
 19/5 23/5
Your Honor's [1]  6/3

**Z**

Zweizig [3]  1/23 23/20 23/23