```
  1                 IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF MARYLAND
  2                          NORTHERN DIVISION

  3  UNITED STATES OF AMERICA,    )
            Plaintiff,            )
  4                               )
            vs.                   )  CRIMINAL CASE NO. CCB-16-0267
  5                               )
     SHAKEEN DAVIS,               )
  6         Defendant.            )
     _____)
  7

  8
                         Friday, October 11, 2019
  9                          Courtroom 7D
                           Baltimore, Maryland
 10

 11        BEFORE:  THE HONORABLE CATHERINE C. BLAKE, JUDGE

 12
                              SENTENCING
 13

 14  For the Plaintiff:

 15  Christina Hoffman, Esquire
     Lauren Perry, Esquire
 16  Assistant United States Attorneys

 17  For the Defendant:

 18  Paul Hazlehurst, Esquire

 19  Also Present:

 20  Special Agent Christian Aanonsen, ATF
     Manisha Garner, U.S. Probation Officer
 21  _____

 22
                            Reported by:
 23
                    Douglas J. Zweizig, RDR, CRR, FCRR
 24                  Federal Official Court Reporter
                     101 W. Lombard Street, 4th Floor
 25                      Baltimore, Maryland  21201
```

P R O C E E D I N G S

1

2      (2:23 p.m.)

3          THE COURT:  Good afternoon, everyone.  You can be

4   seated, please.

5          Do you want to call the case.

6          MS. HOFFMAN:  This is United States versus

7   Shakeen Davis, Case Number CCB-16-0267.

8          I'm Christina Hoffman on behalf of the United States.

9          With me here at counsel table is AUSA Lauren Perry and

10   Special Agent Christian Aanonsen of the ATF.  And we're here

11   for Mr. Davis's sentencing.

12          THE COURT:  All right.  Thank you.

13          Good afternoon.

14          MR. HAZLEHURST:  Good afternoon, Your Honor.

15   Paul Hazlehurst on behalf of Mr. Davis, who is standing to my

16   right at the trial table.

17          THE COURT:  Okay.  All right.  Thank you.  You can be

18   seated.

19          MR. HAZLEHURST:  Thank you, Your Honor.

20          THE COURT:  All right.  Well, obviously we are here

21   for sentencing for Mr. Davis, although we have a motion for new

22   trial to deal with first.

23          But there was a jury verdict returned against him on a

24   number of counts.

25          The consolidated motion for judgment of acquittal or

1   new trial is one I am aware of.  It's Document 1202.

2          And is there anything you'd like to add to that,

3   Mr. Hazlehurst?

4          **MR. HAZLEHURST:**  Your Honor, I believe, quite frankly,

5   the sentencing letter I submitted to the Court incorporates

6   many of the sufficiency-of-the-evidence arguments that I would

7   be making.

8          But otherwise, I should submit on that record.

9          And obviously it's a -- we did make a motion for

10  judgment of acquittal at the close of the Government's evidence

11  and at the end of the trial.  And, again, I think I can submit

12  on the record at this point.

13         **THE COURT:**  All right.  Thank you.

14         Is there anything the Government wants to say?

15         **MS. HOFFMAN:**  No.  I think we'll rest on our papers.

16  I think there's obviously been a general argument about

17  sufficiency of the evidence, but no specific bases put forward

18  for overturning the jury's verdict.

19         And, of course, Your Honor sat through six weeks of

20  trial.  We believe that the verdict should stand.

21         **THE COURT:**  Okay.  All right.  Well, yes, I'm aware

22  there are various issues, and that may relate to some of the

23  guidelines issues in terms of what the evidence actually

24  showed.

25         But I have no doubt that there was more than

4

1   sufficient evidence to support the jury's verdict beyond a

2   reasonable doubt, based on my observation of the evidence and

3   all the witnesses.

4         So I would deny the motion for new trial, motion for

5   judgment of acquittal.

6         As I say, on sentencing, let me tell you, I have, of

7   course, the presentence report.  I have the Government's

8   sentencing memorandum.  I have the defense sentencing

9   memorandum and a number of letters, including some received

10  today.  So I have reviewed all of those.

11        I thought we might sort of start with these -- well,

12  I'll start by saying, aside from the guidelines issues, are

13  there any issues/concerns/objections to the presentence report

14  from the Government?

15        **MS. HOFFMAN:**  No, I don't think so.

16        **THE COURT:**  Okay.  And, Mr. Hazlehurst, obviously, for

17  the record, you've read it.

18        Has your client had the chance to review the

19  presentence report with you?

20        **MR. HAZLEHURST:**  Yes, Your Honor.

21        **THE COURT:**  Okay.  And other than the guidelines

22  issues and the fact that you naturally do not agree with the

23  statement of facts, are there any specific issues?

24        **MR. HAZLEHURST:**  No, Your Honor.  I believe they are

25  set forth in the letter that was submitted to the probation

1   officer, but also obviously in the sentencing letter that was

2   submitted to the Court.

3           **THE COURT:**  Okay.

4           **MR. HAZLEHURST:**  Thank you.

5           **THE COURT:**  All right.  Well, let's see.  Again, the

6   convictions that we are discussing, for the record, we have

7   Count 1, being a RICO conspiracy; Count 2, narcotics

8   conspiracy; Count 16, which is unlawful possession of a

9   firearm; and Count 30, also unlawful possession of a firearm;

10  Count 31, possession with intent to distribute crack cocaine;

11  and Count 32, which is a 924(c) possession of a gun in

12  furtherance of a drug-trafficking crime.  That was Count 32.

13          So in calculating the guidelines, I think everyone

14  agreed, essentially, that Counts 1 -- the first five counts of

15  conviction do group.

16          The first dispute is the assignment of an

17  Offense Level 43.  And I'm looking at Paragraph 42 of the

18  presentence report.  That's assigning Level 43 by a

19  cross-reference, essentially, holding Mr. Davis responsible for

20  the murder of Ricardo Johnson.

21          And I think that I'll just say preliminarily -- and

22  counsel can argue further, if you like -- but I certainly

23  believe that that murder was foreseeable to Mr. Davis.

24          I'm not clear that there is sufficient evidence for me

25  to assign that Level 43 for a first-degree murder on

```
 1    Mr. Davis's part.
 2               But if the Government wants to persuade me I'm wrong.
 3          MS. HOFFMAN:  Well, Your Honor, we do believe that,
 4    based on the way the RICO conspiracy statute is set up and the
 5    case law interpreting it, that we do apply a Guideline 43
 6    because the jury found that murder was reasonably foreseeable.
 7    And I believe they found that that Ricardo Johnson murder was
 8    reasonably foreseeable.
 9               I did try doing some research on this point.  I did
10    not find any Fourth Circuit cases that directly address this
11    issue of whether a murder guideline of 43 applies if the jury
12    found that murder was reasonably foreseeable but the Government
13    did not prove beyond a reasonable doubt that the defendant was
14    guilty as a principal for a specific murder.
15               There are two recent RICO conspiracy cases in this
16    district that may serve as useful comparison points.
17               The first one is United States versus Timothy Hurtt,
18    and this was in front of Judge Bredar.  It was JKB-14-0479.
19               And in that case, the jury found that murder was
20    reasonably foreseeable to the defendant in furtherance of the
21    charged racketeering conspiracy, even though, like here, the
22    Government did not present evidence that Timothy Hurtt
23    participated in any actual completed murder.
24               In fact, in that case, there was no evidence that
25    Timothy Hurtt participated in any attempted murder or
```

1    successful murder plot.

2         And at sentencing, in response to defense counsel's

3    argument that, quote, "There was no evidence that Hurtt was

4    connected with any of the other murders that happened,"

5    Judge Bredar ruled, quote, "No such finding is a necessary

6    predicate to sentencing your client.  He faces the range that

7    he faces; i.e., life, under the statute by virtue of the

8    conduct on which he was clearly convicted, which may fall short

9    of concrete proof of his participation in a concrete murder

10   plot."

11        So Judge Bredar did address it in his ruling.  He did

12   apply a guideline of 43 there on basically the same facts.

13        Now, I should point out that he did not sentence

14   Timothy Hurtt to life.

15        In Hurtt's case, though, there were a number of

16   mitigating circumstances that are not present here that led the

17   Government to recommend a sentence of between 25 and 30 years.

18   And in line with that recommendation, Judge Bredar sentenced

19   the defendant to 27 years.

20        As I mentioned, the defendant -- there was no proof

21   that the defendant participated in any murder, but also no

22   attempted murders, shootings, really no violence at all.  He

23   was just part of this bigger BGF conspiracy that did these

24   things.

25        On the other hand -- this is not quite as on point --

8

1   but in another recent RICO conspiracy case in front of

2   Judge Bredar, United States versus Marquise McCants, this is

3   Case Number JKB-16-0363, the jury checked the box next to

4   "attempted murder" but did not check the box next to "murder,"

5   and Judge Bredar did sentence that defendant to life.

6           However, at sentencing, Judge Bredar found that he

7   was, by a preponderance of the evidence, guilty of an

8   additional uncharged murder.

9           So neither case is quite squarely on point.

10          But we do think that Judge Bredar's ruling in

11  United States versus Timothy Hurtt is persuasive in that the

12  guideline of 43 should apply in the situation where the jury

13  checks "murder" because it found that murder was reasonably

14  foreseeable and that that's the way that the statute is

15  basically set up.

16          **THE COURT:**  Okay.

17          Mr. Hazlehurst.

18          **MR. HAZLEHURST:**  Your Honor, I am not familiar with

19  either the case of Mr. Hurtt or Mr. McCants.

20          I do know that in prior RICO conspiracy cases where

21  murder has been an issue as to foreseeability, at least in

22  regard to the jury's indication as to what it found, there has

23  always been a check box, as it were, that said either

24  "premeditation" or "first-degree murder," gave the option for

25  second degree.  And so there was a gradation of the potential

```
 1   states of homicide.
 2           I would cite to Your Honor, there is JKB-14-0479,
 3   which is U.S. versus Mark Bazemore, B-A-Z-E-M-O-R-E.  In that
 4   case the jury actually did mark the box "first-degree murder"
 5   in terms of "foreseeable racketeering activity."  Did not mark
 6   the box as to second-degree murder.
 7           In United States versus Gerald Johnson, I believe
 8   JKB-16 -- appears to be 01 -- 363, Your Honor, the same thing,
 9   there are the potential for the jury to find the fact there was
10   first-degree murder, second-degree murder.
11           And, Your Honor, I believe in a case before this
12   court, in the Barronette trial, there was also the ability for
13   the jury to indicate that there was evidence of foreseeability
14   of first-degree murder, second-degree murder.  And, again,
15   there is no such possibility in this case.
16           And it's almost -- in essence, Your Honor, I'd say
17   it's almost a Rule of Lenity argument because, essentially,
18   without that specific finding, it cannot be that it should be
19   43.
20           And, Your Honor, again, I also believe that just as a
21   general evidentiary argument that there was not evidence
22   that -- again, Mr. -- I don't believe there was evidence that
23   Mr. Davis participated.
24           And also as to the foreseeability of the homicide, the
25   only homicide I believe there was any evidence alluding to him
```

1   with regard to -- was the Ricardo Johnson homicide.  And,

2   again, I just don't believe that standard has been carried even

3   by a preponderance.

4         **THE COURT:**  Okay.  All right.  Well, of course, it's

5   interesting to hear what Judge Bredar has done in other cases.

6   I don't know that I can give it a great deal of weight without

7   having a chance to look into the circumstances more carefully

8   myself and see what he may have relied on.  And apparently

9   there is not case law at this point that would answer the

10  question.

11        I tend to -- whether it's Rule of Lenity or just a

12  matter of proof, but I think, unless there is something that

13  clearly shows the appropriateness of assigning an

14  Offense Level 43 when the most that the jury has done is say

15  that a murder was reasonably foreseeable, and the only one that

16  I am aware of in terms of an actual murder that Mr. Davis was

17  sufficiently connected to or was connected to by the evidence,

18  it is the Ricardo Johnson one.

19        And I can't find, based on the evidence -- and I don't

20  think I can interpret the jury's verdict as finding -- that he

21  participated in a first-degree murder as to Mr. Johnson such as

22  to make that Offense Level 43 appropriate.

23        So I think -- on the other hand, there are two groups,

24  Groups 2 and 3, that relate to the attempted murder of D.J. and

25  D.G.

1          It would appear to me on those groups that there --

2    again, I'll listen to what you say, but tentatively, that is --

3    this relates to the incident on May 30th of 2015 when,

4    according to certain testimony, Mr. Davis shot out of the car

5    at these individuals.

6          They were, in fact, severely -- seriously, at least,

7    injured, although fortunately not killed.

8          It would seem to me that the offense level of 33, as

9    noted in Paragraph 48 of the presentence report, would apply.

10         If I am interpreting this correctly, the Government is

11   not asking for an obstruction of justice enhancement but is

12   asking for an additional two levels for serious bodily injury;

13   is that right?

14         **MS. HOFFMAN:**  That is right, Your Honor.

15         And that is a little different from what we had put in

16   our initial memo to Probation, so I apologize for the change.

17         But, yes, we are not asking for an obstruction

18   enhancement based on the razor blade incident.

19         I will want to touch upon that later, but we are

20   asking for an additional two levels.  I think just under the

21   plain language of the guideline, there's a two-level upward

22   adjustment because the victim sustained serious bodily injury,

23   which the application note says "includes injury requiring

24   medical intervention, such as hospitalization."

25         And here the victims, although luckily they suffered

```
 1    graze wounds and cuts to their hands and arms, they did require

 2    medical intervention at the hospital.  And we, in fact, put in

 3    photos of their injuries during the trial.

 4              THE COURT:  Okay.  Mr. Hazlehurst.

 5              MR. HAZLEHURST:  Your Honor, I'm not going to offer

 6    any argument in that regard.  Again, obviously, I think that

 7    Mr. Davis does submit that there was insufficient evidence to

 8    show that he was responsible for that shooting.  Obviously,

 9    it's an argument we've made before and we made in our papers

10    today, Your Honor.

11              As to bodily injury, I don't think there's any

12    reasonable argument to make that the two people who were in the

13    car suffered bodily injury.  So we'll submit on that.

14              THE COURT:  Okay.  Recognizing that you disagree, your

15    client does, as a matter of the evidence, I think on this

16    instance, there was sufficient evidence, as I've said, to

17    support finding that Mr. Davis did attempt to kill these two

18    individuals, which would be the Offense Level 33.  And then, in

19    fact, serious bodily injury requiring medical intervention,

20    hospitalization did result.

21              So Groups 2 and 3, it seems to me, would remain in

22    place as Offense Level 35 in total, but not for obstruction.

23    That will be taken out.

24              On Group 4, relating to the drug conspiracy, again, I

25    think counsel are in agreement, based on the jury's verdict,
```

```
 1    that the offense level would start at a 30 for the quantity of

 2    drugs.

 3            It seems to me that there would likely be an increase

 4    of two because of the conspiracy involving firearms and another

 5    increase of two because Mr. Davis individually either used

 6    violence or directed the use of violence, but that would be a

 7    total of 34.

 8            In that regard, again, we are not putting in

 9    obstruction of justice.

10            I understand the Government wants to make an argument

11    about injury resulting from the drugs.

12            But let me just start with where we are, from the

13    Government's point of view, with the offense level of 30 and

14    then the two increases related to gun and violence.

15            MS. HOFFMAN:  We agree that that is correctly

16    calculated and the base offense level should be 30.  I think

17    the converted drug weight was incorrectly calculated in the

18    PSR.

19            THE COURT:  Okay.  Do you want to comment on that

20    aspect of the guidelines, Mr. Hazlehurst?

21            MR. HAZLEHURST:  Your Honor, as to the -- certainly we

22    agree that -- as to the 30.

23            I will submit as to the additional -- the firearms and

24    the use of violence -- and, obviously, if it comes up again, we

25    do object to the obstruction of justice enhancement.  We are
```

1  not there now.

2          **THE COURT:**  Sure.  Sure.  Okay.

3          All right.  Do you want to be heard on this 5K2.2,

4  Ms. Hoffman?

5          **MS. HOFFMAN:**  Yes.  We are requesting an additional

6  two-level upward adjustment under 5K2.2, and that's based on

7  the evidence of an overdose.

8          Guideline 5K2.2 is applied if significant physical

9  injury resulted from the offense.

10         And as discussed in our sentencing memo, there was a

11 cell phone that was seized from Mr. Davis on April 26th of

12 2016, and it contained pages and pages of text messages with

13 drug customers over a long period of time.

14         But there was one particular drug customer who they

15 had repeated -- he had repeated transactions with.

16         And on a particular day -- and I have just lost my

17 place -- but this particular drug customer texted Mr. Davis to

18 say that he had wound up in the hospital.  And I just found it.

19 On April --

20         **THE COURT:**  Where is it?  Okay.  I'm looking -- I'm at

21 Page 19 of your memo.

22         **MS. HOFFMAN:**  So Page 19 deals with the guideline and

23 then Page 10 has the relevant facts.

24         **THE COURT:**  Okay.

25         **MS. HOFFMAN:**  So on Page 10, Mr. Davis had texted the

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1   customer on April 4th of 2016 that he had "fire," which is a

2   commonly used term for "very potent drugs."

3          And the customer had replied "okay," and then they had

4   made plans to meet for this customer to purchase drugs on

5   April 6th of 2016.

6          Then three days later, Mr. Davis gets a text message

7   from this drug customer, who's clearly just purchased drugs,

8   recently purchased drugs from Davis, and the customer says,

9   "Made it through detox.  Ended up in the hospital, but I'm

10  better now.  I'll send people your way if they are looking."

11         And this was in Government's Exhibit CELL-2A, which

12  was introduced at trial.

13         And I do have it here, although I was informed that

14  the document camera is not working.

15         But if Your Honor would like to see the actual

16  text messages, I can pass those up.

17         **THE COURT:**  Sure.  I assume they're accurately quoted

18  in your memo, but I'm happy to look at them.

19      (Counsel conferred.)

20         **MS. HOFFMAN:**  (Handing.)

21         **THE COURT:**  Okay.

22         **MS. HOFFMAN:**  The text messages leading up to the

23  transaction are on Page 9.

24         And then Page 11 is the text message that says, "Made

25  it through detox.  Ended up in the hospital, but I'm better

1   now," and they're with the same phone number, which is how we

2   know that it's the same drug customer.

3             **THE COURT:**  Okay.  Thank you.

4             So you've got sender phone number ending in 6230 and

5   then -- all right.

6             So the messages on Page 9 -- correct me if I'm

7   wrong -- from that phone number back and forth, "We've got you

8   around."

9             Answer, "Yeah."

10            "20 minutes out."

11            Answer, "Okay.

12            Phone number, "I'm here."

13            Phone number, "I'll take a dub of green, if you have

14  it."

15            And those are on April 6th?  Is that what you're

16  talking about?

17            **MS. HOFFMAN:**  That exchange is on April 6th.

18            Two days before that, on April 4th, with that same

19  phone number, Davis texts that customer and says that he has

20  fire, and the customer replies, "Okay."

21            "Fire" is usually a term used for very potent heroin.

22            And I apologize that this is more complicated than it

23  would be with the document camera, but there are earlier text

24  exchanges with this customer in which they talk about "boy," so

25  this is a customer who, based on the text messages, routinely

1    purchased both heroin and marijuana from Mr. Davis.

2            I believe "green" is a reference to marijuana and

3    "boy" is a reference to heroin.  And "fire" I believe is a

4    reference to heroin.

5            **THE COURT:**  Okay.  Mr. Hazlehurst.

6            **MR. HAZLEHURST:**  Thank you, Your Honor.

7            Your Honor, understanding two things:  One, we are in

8    a sentencing hearing where hearsay is admissible.

9            Two, that we are operating under a

10   preponderance-of-the-evidence standard, I still believe that

11   the evidence that has been put forth by the Government is

12   insufficient to warrant a departure in this case for serious

13   bodily injury, and I do that on two grounds, Your Honor.

14           One, there is ultimately no indicia of reliability

15   that comes with a blank statement contained in the text message

16   when we don't have the ability to see or hear from this

17   particular person.

18           I would venture that the Government has the

19   opportunity -- it's had the opportunity to subpoena this person

20   into court to make them subject to examination and also

21   cross-examination.

22           So, one, I think we lack a proper and solid foundation

23   for the Court to make the finding the Government's asking for.

24           But the second thing, Your Honor, is causation,

25   because, quite frankly, Your Honor, I would say -- I was going

1  to say that drug users, at least in my experience, having

2  represented people who use drugs in my life, in my career, are

3  not monogamous.  In fact, they are at the other end of the

4  spectrum.  They are often promiscuous in terms of buying drugs

5  from different sources.

6          And the text message does not attribute -- if we even

7  believe that this person ended up in rehab or ended up

8  basically having to go through detox and overdosed -- that the

9  drugs they're talking about are attributable to Mr. Davis.

10          And the only way we can ultimately find out would be

11  if they were in court and testified to that, but we don't have

12  that.

13          So, again, on those two grounds, Your Honor, I would

14  suggest to the Court there is insufficient evidence to make

15  that finding.

16          **THE COURT:**  Well, I agree with Mr. Hazlehurst.  I

17  don't think I can make that departure finding based on these

18  text messages.

19          I haven't obviously seen the person, and that's not

20  always necessary.  But we don't have that here.

21          I don't have anything to evaluate, as he said,

22  causation in the sense of being sufficiently sure that whatever

23  put this individual into detox, somewhere between possibly

24  between the 6th and 9th, is Mr. Davis's drugs.

25          And, frankly, I can't really tell from this, unless

1    one assumes that any hospitalization is the equivalent of

2    significant physical injury.  And the guideline tells me to

3    evaluate the extent of the injury, whether it's permanent --

4    whether it was intended or knowingly risked we might have some

5    evidence about.  But the extent of the injury and the

6    permanence I certainly have no information about.

7            So I would not think it is appropriate to depart

8    upward based on 5K2.2, physical injury.

9            Thank you.

10           Okay.  Let's see.  Do we have other -- before we get

11   to criminal history, do we have other guideline issues?

12           I think what I am finding so far is on RICO, what's

13   now identified as Group 2 and Group 3 would both be a total

14   offense level of 35 based, as I said, on the attempted murder

15   and on the serious or significant bodily injury.

16           And then in Group 4, I believe I'm at a 34 with the 30

17   plus two, plus two.

18           Are there any other guideline offense-level related

19   disputes?

20           **MS. HOFFMAN:**  No, I don't think so.

21           **MR. HAZLEHURST:**  None on behalf of Mr. Davis,

22   Your Honor.  Thank you.

23           **THE COURT:**  Okay.  All right.  In terms of the

24   criminal history, so a little bit of back-and-forth here.

25           I think there is -- well, there's a point that is

1   assessed for the juvenile finding in Paragraph 74, appears to

2   have involved robbery, assault, and a handgun.

3           And there is a point assessed -- this is in the

4   current PSR -- Paragraph 78, the possession of paraphernalia,

5   marijuana.

6           There has been some disagreement about what's in

7   Paragraph 76, which is the gun, gun-related conviction.  I'm

8   sorry, 77.  Handgun on person from September of 2012.

9           The Government has indicated -- and it seems to me

10  correctly -- that the way these RICO guidelines work -- and I

11  think you were relying on 2E1.1, Application Note 4 -- that in

12  the RICO context, certain previous conduct, even if it might,

13  on its face, seem related, is still counted under certain

14  circumstances, which would apply here, conviction prior to the

15  last overt act and of the instant offense.

16          And if the Government is correct about that, I guess I

17  would sort -- I can check in with the probation officer, but I

18  think there would at least be a point for the handgun

19  conviction and an additional two for his being on probation,

20  which would mean that he would have a total of five points and

21  be a Criminal History Category III rather than a II.

22          So, Mr. Hazlehurst, do you want to be heard on that?

23          **MR. HAZLEHURST:**  Your Honor, I hate to give up a

24  victory, at least a temporary victory with Ms. Garner.  I

25  credit her for her hard work on that.  And taking into account

1   my argument, I do think the Court may be correct.

2           I would note, Your Honor, that Mr. Davis, again, does

3   not acknowledge that conviction, does not believe he had that

4   conviction.  Obviously, he didn't stipulate to that conviction.

5           So in making this argument, I make this, I guess, in a

6   legal hypothetical way, but, again, I understand the

7   Government's argument.

8           I don't believe that further argument from me is

9   necessary.  I think I stated our position in regard to the

10  letter and also the letter to the Court and the letter to

11  Ms. Garner.

12          **THE COURT:**  Okay.  On that point, perhaps, then, we

13  should supplement the record.  I'm assuming that the

14  Probation Office and/or the Government has some record of this

15  conviction in Paragraph 77.  And we could supplement the record

16  with that.

17          **MS. HOFFMAN:**  I do have the actual true test for that

18  conviction, and it was actually entered as Exhibit CR-2 at

19  trial.

20          **THE COURT:**  Oh, okay.

21     (Counsel conferred.)

22          **THE COURT:**  All right.  If it's already in the record

23  as an exhibit, then I assume that's fine.

24          All right.  If everyone can, again, help me out

25  here -- and correct me if I'm wrong -- but the way the grouping

1   then works on the offense level, I think with the 35 and the 35

2   and the 34 being the relevant offense levels, it may be that we

3   take the 35 and add three points and come up with a 38 under

4   the grouping rules.

5        I see the probation officer is nodding.

6        **THE PROBATION OFFICER:**  Correct, Your Honor.

7        **MS. HOFFMAN:**  And we believe that's correct as well.

8        **THE COURT:**  All right.  Then we have an offense level,

9   finally, after all of this, we have an offense level of 38 and

10  a criminal history category of III, which would give us a range

11  of 292 to 365 months.

12       Okay.  And I'll ask the probation officer to revise

13  the presentence report later, in accordance with these

14  findings.

15       **THE PROBATION OFFICER:**  Yes, Your Honor.

16       **THE COURT:**  Okay.  All right.  Obviously, the advisory

17  guideline range is just one factor that I have to consider.

18       And I'm happy to hear whatever both sides would like

19  to say under 3553(a).  Obviously, I'm aware of the positions

20  you've taken in your memos.

21       **MS. HOFFMAN:**  And, Your Honor, before we get to that,

22  just one more point on the guidelines.

23       **THE COURT:**  Oh, okay.

24       **MS. HOFFMAN:**  Count-- we agree with that guidelines

25  calculation as to Count 1, which groups with Count 2.

```
 1          Count 32, though, is a 924(c), as Your Honor
 2   mentioned, and so the guidelines provide that there is a
 3   consecutive five years.  So you actually end up adding 60
 4   months on both -- to the low end and the high end of that
 5   range.
 6          THE COURT:  Okay.  Yes, I apologize for not mentioning
 7   that.
 8          There is, obviously, as you've indicated, a required
 9   60 months consecutive on Count 32.
10          And you are saying, Ms. Hoffman, that the guideline
11   adds 60 months on both?
12          MS. HOFFMAN:  Well, maybe that's not quite right,
13   actually.  It's just a mandatory consecutive 60 months on
14   Count 32 that will run --
15          THE COURT:  Yes.  Okay.  Absolutely.
16          All right.  And if you would like to proceed with your
17   argument.
18          MS. HOFFMAN:  Thank you, Your Honor.
19          I'm not going to spend much time going over the facts
20   of the case.  Your Honor did sit through six weeks of trial.
21   And, as you mentioned, you've read the sentencing memos.
22          I'd like to focus on the 3553(a) factors and also
23   address some of the arguments in Mr. Hazlehurst's memo.
24          Your Honor, we do believe that the just sentence in
25   this case is a sentence of life imprisonment.  We believe it's
```

1    what the guidelines call for.

2            Obviously, Your Honor has calculated them differently.

3    We do believe it's what the guidelines call for.  We believe

4    it's what the jury's verdict called for.

5            But, more importantly, we believe it's what 3553(a)

6    calls for.

7            The defendant's offense conduct is about as serious as

8    it gets.

9            I want to talk first about the attempted murder of

10   D.J. and D.G.

11           Putting the guidelines aside, for purposes of 3553,

12   there really isn't any difference between the defendant's

13   conduct and murder.

14           In terms of the defendant's mental state, his intent,

15   and his conduct, the defendant is every bit as culpable as

16   someone who commits murder.

17           We know that he formed the intent to kill the victims

18   because they had allegedly pulled a gun on or tried to rob his

19   fellow gang member, Nutty B.

20           We know that he went to his car and got an assault

21   rifle.

22           We know that he fired at least nine rounds at the

23   victims as they sat in their car at a busy intersection in

24   broad daylight.

25           And we know that two of his bullets grazed D.J. in the

1    back.

2          So we think it was complete dumb luck that he did not

3    kill those two individuals.  It was literally a matter of

4    inches.

5          I don't think there can be any doubt that he intended

6    to kill his victims.  And his conduct was the type that can

7    ordinarily be expected to result in death.

8          And he also recklessly endangered the lives of the

9    other people sitting in their cars at that intersection.  It

10   was a busy intersection.

11         And I think it must have been a very traumatic

12   experience for the people sitting in their cars to watch the

13   defendant hanging out the passenger side window of a car

14   unloading an assault rifle at the car ahead of them.

15         I also want to address some of the arguments made in

16   Mr. Hazlehurst's memo, that the defendant didn't really commit

17   the attempted murder.  And I know Your Honor has already found

18   that he did commit these attempted murders.

19         But, nonetheless, to the extent it bears on 3553, I

20   wanted to address some of those arguments.

21         Mr. Hazlehurst says that Mr. Lashley couldn't --

22   Mr. Hazlehurst essentially argues that the witnesses can't be

23   believed.  He says that Mr. Lashley couldn't possibly have seen

24   the shooting from his vantage point at the baseball field.

25         First of all, my recollection is that Mr. Lashley did

1    not say with any specificity where exactly he was standing.

2    When he was asked on direct, he said he was sitting across the

3    street from the BP and he said he was near the ball fields.

4          But he never said he was on the baseball field, he was

5    on first base, he was on second base.  He didn't say that.

6          Furthermore, I think Mr. Hazlehurst is just wrong, as

7    a factual matter, about what you can see from that area.  And

8    we played video of the Antoine Ellis murder from the gas

9    station showing that you could, in fact, see very clearly from

10   the gas station across the street to that field as the subjects

11   on that video were walking to the baseball fields.

12         So there's not heavy vegetation obstructing the view,

13   as Mr. Hazlehurst alleges.

14         And I think that's probably why Mr. Hazlehurst didn't

15   actually cross-examine Mr. Lashley on that point at trial.  He

16   never asked him about his vantage point.  He never said, "Isn't

17   it true that you can't see the intersection from where you were

18   standing?"

19         I think if he had asked him that, Mr. Lashley would

20   have said, "No, you very clearly can see from where I was

21   standing."

22         He also generally tries to poke holes in the witness's

23   credibility.

24         But I think it's very clear there are two different

25   witnesses who corroborate each other in very important ways.

1    They both tell the same story.

2         Mr. Lashley didn't know what Mr. Banks is going to

3    testify to.  Mr. Banks didn't know what Mr. Lashley was going

4    to testify to.  They corroborate one another.

5         But they're also corroborated by this jail call, which

6    is very important.

7         Mr. Banks says that he recalled the defendant changing

8    the color of his car, an Infiniti, shortly after the shooting.

9    And then, lo and behold, we have this jail call in which the

10   defendant tells Sydni Frazier that he had to repaint his car, a

11   G35 coupe, which is an Infiniti, because he, quote, "Did some

12   dumb shit out of there."

13        So that's highly corroborative.  Obviously, Mr. Banks

14   couldn't have known that that jail call existed and couldn't

15   have made that up.

16        And then, finally, I think that Mr. Hazlehurst also

17   ignores or gives short shrift to the abundant evidence tying

18   this defendant to AR-15s, to assault rifles, around the time of

19   the shooting.  He's caught riding around with one in his trunk.

20   His friends are on jail calls talking about how he's riding

21   around with a shoulder strap.

22        He's posting on social media about having a chopper.

23   He's texting a friend that he wants to get a logo of an AR-15

24   on his bag.

25        That's obviously not a coincidence.  It corroborates

1    the witness's testimony and it also independently is evidence

2    of this defendant's proclivity or affinity for firearms and the

3    proclivity to use them.

4         I also want to talk about the Ricardo Johnson murder.

5    And I understand the Court's reluctance to find by a

6    preponderance of the evidence that the defendant was involved

7    in this murder as a principal.

8         But I think it is beyond a reasonable doubt that the

9    murder was reasonably foreseeable to him in furtherance of the

10   RICO conspiracy, and I think that that is very important for

11   3553(a) purposes.  And I wanted to recap some of that evidence.

12        First, we have Mr. Lashley's testimony at trial.  He

13   testified that a few days before the murder, he overheard a

14   conversation between the defendant, Mr. Davis, Melvin Lashley,

15   and Sydni Frazier.

16        And Sydni Frazier was talking about how he was

17   planning to kidnap and rob Ricardo Johnson, Uncle Rick, because

18   he believed Ricardo Johnson had a lot of drugs.  He had a big

19   stash of drugs somewhere.

20        So Mr. Davis is there for that conversation.  We think

21   that's reasonable foreseeability right there.

22        But then we have the text messages and calls between

23   Sydni Frazier and Shakeen Davis's 4194 phone number.  There are

24   texts and calls in both of Frazier's cell phones that were

25   recovered on August 10th of 2016.  So there are two different

1   cell phones, if Your Honor recalls, that were recovered from
2   the bag with the murder weapons in it.
3          And first we have on August 5th, Shakeen Davis texts
4   Frazier and he asked, "What happened?"
5          And Frazier responds, he says, "I'm on my way.  Had to
6   take care of my family.  Grab three black Jimmy Macks."
7          And we know that Jimmy Macks are guns.  They're
8   talking about guns.
9          And Mr. Hazlehurst argued in his memo that, well,
10  Shakeen Davis doesn't directly respond to that message.  And
11  that's true, he doesn't directly respond to that message, but
12  it ignores the fact that there are text messages going back and
13  forth between them over the course of many days.
14         So it's not as though Mr. Frazier is simply texting
15  Mr. Davis and it's falling on deaf ears.  They are texting back
16  and forth over the course of many days.  They have a pattern of
17  communicating.  He's clearly getting these messages.  He
18  doesn't say, "No, I'm not going to grab the guns."
19         And then on August 9th, Mr. Frazier and Mr. Davis
20  exchanged 12 phone calls throughout the course of that day.
21         And taking a step back, this is a murder that
22  obviously involved quite a bit of planning and quite a bit of
23  help.  It wasn't Frazier acting alone.
24         They steal a car.  The victim's found in a stolen car.
25         They abduct Ricardo Johnson outside his home at 2:30

1   in the morning.  They tie him up.  They blindfold him.  And

2   he's a pretty big man, so that's takes multiple people.

3          Based on the cell site information for Sydni Frazier's

4   phone, they drive around with the victim for some period of

5   time, presumably trying to get him to tell them where his drug

6   stash is.

7          Then ultimately he's shot over 20 times, he's left in

8   that stolen van by the Light Rail, and they try to set the car

9   on fire.

10         So given what an elaborate plot this is and the fact

11  that we think Frazier was planning this out for some time and

12  clearly other people are involved, the fact that they're

13  exchanging 12 phone calls the day leading up to this murder we

14  think is significant.

15         There are also texts between Sydni Frazier and

16  Shakeen Davis the day before the murder too.  And this was all

17  part of Government's Exhibit CELL-5A, which came in at trial.

18  It wasn't in the sentencing memo.

19         But on August 9th of 2016, the day before the murder,

20  Davis texts Frazier and he says, "You good?"  Question mark.

21         And Frazier responds, "Hell, yeah, bro.  I gotta holla

22  at you.  O just left GGs and Q.  What you doing, though?"

23         And a couple text messages down, Mr. Frazier texts

24  Mr. Davis and says, "All ready.  We got to get the papers,

25  bro."

1          Now, I'll hand this up to Your Honor in a second.

2          But "papers" is usually a reference to money.  So

3    Frazier is telling Mr. Davis, "We got to get the papers, bro,"

4    which we think is a reference to money.

5          And Davis replies with "FR," which is short for

6    "for real."

7          Frazier then texts -- or, I'm sorry, Davis then texts,

8    "Shit ain't lookin' too good."

9          And Frazier replies, "I know, bro.  FRL" -- for

10   real -- "so wrong.  Got to give like yesterday."

11         So it's vague.  It's unclear exactly what they're

12   talking about.

13         But there is a reference to getting the papers, which

14   we think is getting the money, and this is also the day before

15   the murder.

16         Then, significantly, Mr. Frazier places a call to

17   Mr. Davis's 4194 number at 3:07 in the morning, which is

18   roughly half an hour after Ricardo Johnson was abducted.

19         And we do think that the timing of that call is

20   significant.  And it's an outgoing call.  It's Frazier calling

21   Davis.  So this is the crucial period when Frazier has

22   Ricardo Johnson tied up in a van and he's calling Mr. Davis.

23         You know, I don't think he's casually calling

24   acquaintances at 3:07 in the morning to talk about something

25   else.

1          If he's calling Mr. Davis, I think presumably he's

2   calling Mr. Davis to talk about what's going on at that moment,

3   which is that he's just abducted a drug dealer, they're trying

4   to rob his stash, and ultimately they kill him.

5          After -- well, we also know, based on other evidence,

6   that this is the type of relationship that Mr. Frazier and

7   Mr. Davis have.

8          When Frazier once helped robbing a drug dealer, he

9   talks to Davis.

10         We know that because we played a jail call at trial --

11  this was Call J5 -- in which Mr. Frazier called Davis from

12  jail.  This was in August of 2014, he calls Davis from jail and

13  he uses coded language to tell Davis about a drug stash spot

14  that he wants to rob when he gets out.

15         Then after the murder, in a cell phone that's seized

16  from Mr. Davis, there are rap lyrics in his phone in which he

17  brags about robbing drug dealers with Syd.

18         So he says, "Me and Syd kickin' doors.  Trying to make

19  some shake.  Laying N words on the floor.  What's the code to

20  the safe?"

21         So we think all this adds up to clear evidence that

22  the Ricardo Johnson murder was reasonably foreseeable to Davis.

23         We think it adds up to more than that.  We think it

24  points to his actual involvement.  But it's clearly reasonably

25  foreseeable.

1        And that alone I think is really important under
2   3553(a).
3        Even if the Court doesn't think it matters under the
4   guidelines, it goes to Davis's mental state and his culpability
5   in participating in this gang.
6        He participated in this gang knowing that its members
7   would commit murder and knowing that they would commit this
8   specific murder, which was an incredibly heinous and brutal
9   murder.
10       There are, of course, a lot of other ways that we know
11  murder was foreseeable to Shakeen Davis.
12       We know it based on the gang's rules of conduct, the
13  rule that snitching is punishable by death.
14       We know it by the things he posted on his Instagram,
15  flaunting firearms, bragging that anyone who goes against the
16  mob gets murdered.
17       We know it from his text messages.  In some of them
18  he's talking about hunting people down who he's in a beef with.
19       So we know it in a lot of different ways, that this
20  defendant participated in this gang knowing that its members
21  were committing murders, knowing that that was a part of the
22  conspiracy that he was involved in.
23       And, of course, he himself attempted to murder two
24  individuals in furtherance of the gang.
25       I also want to talk about the need to protect the

1   public.

2         This is a defendant who, I think, is not going to be

3   deterred.  And so I do think it is extremely important that the

4   Court protect the public from him for as long as it can.

5         First, his behavior while he was a fugitive is very

6   significant.

7         So the case was indicted in September of 2016.

8   Mr. Davis fled the indictment.  He fled prosecution.  He knew

9   he was a fugitive.  There are messages in his phone or notes in

10  his phone talking about how he's a fugitive from the feds.

11  He's on the run.

12        He knew he was a fugitive.  And he didn't stop his

13  criminal activity.  It didn't deter him.  He knew he was facing

14  very serious charges.  He continued to deal drugs.  He

15  continued to carry weapons.

16        And, in fact, when he was arrested, finally, in

17  February of 2017, he had a loaded pistol in his waist.  He was

18  in a crowded shopping mall with a loaded pistol in his waist

19  and distribution quantities of crack cocaine on his person.

20        And it wasn't elicited in testimony at trial because

21  there was an objection about prejudicing the jury, but the

22  marshals did -- the members of the marshal's task force who

23  arrested him did say that when they went -- they came up behind

24  him and when they went to arrest him, he immediately reached

25  for his gun, which I think is significant.  I mean, it's

1  additional evidence that this defendant poses a real danger to

2  the public.

3          It's bad behavior as it is, but when you're a

4  fugitive, I think it's even worse and it shows that he's not

5  deterred.

6          It's also why the razor blade incident is so

7  important.

8          And I agree with Mr. Hazlehurst that a guideline

9  enhancement is not appropriate for obstruction of justice on

10 these facts.

11         Unfortunately, we did what we could to investigate the

12 incident, were not able to come up with jail calls in which it

13 was explicitly -- any kind of plot was explicitly discussed.

14         My belief is that it must have been discussed in

15 face-to-face meetings.

16         So we don't have the evidence of obstruction of

17 justice, and we're not asking for that.

18         But I think it is clear evidence that the defendant,

19 again, presents a clear and present danger.

20         Even after the full weight of the federal justice

21 system came down on him, even when he's facing the most serious

22 possible charges, he doesn't stop trying to hurt people.

23         He attempts to smuggle in razor blades in his shoes on

24 the final day of trial, and I just don't think that there is

25 any plausible reason why he would have done that unless he was

1    trying to hurt someone.  I think any argument to the contrary

2    just isn't believable.

3              So we think, obviously, the offense conduct is

4    extremely serious.  It's about as serious as it gets.

5              This was a very violent gang that over many years was

6    responsible for five murders that were proved up at trial;

7    multiple shootings; two attempted murders for which the

8    defendant himself was responsible; the trafficking of deadly

9    drugs over a period of many years.

10             It's a very serious offense.  But it's also, we

11   think -- one of the factors that was perhaps of overriding

12   importance in this case is the need to protect the public under

13   3553(a), and we think that that really has to carry a lot of

14   weight in this case given that the defendant has demonstrated

15   that he just will not be deterred.

16             And so we ask the Court to protect the public from him

17   for as long as the law allows, and that is by imposing a life

18   sentence.

19             **THE COURT:**  All right.  Thank you, Ms. Hoffman.

20             Mr. Hazlehurst.

21             **MR. HAZLEHURST:**  Thank you, Your Honor.

22             Your Honor, as the Court knows, we are asking the

23   Court to impose a sentence on all counts, other than Count 32,

24   of ten years and then a five-year consecutive sentence, as

25   mandated by statute, for a total sentence of 15 years.

 1             Before I get to why we believe that is appropriate, I
 2     would like to respond just briefly to some of the points the
 3     Government has made.
 4             And, Your Honor, I am not going to rehash the evidence
 5     because it's very clear that we've staked out our particular
 6     grounds in regard to what the evidence shows.
 7             But there are some points that were made that I do
 8     think are important.
 9             One, Your Honor, in regard to Mr. Malcolm Lashley's
10     evidence, I was paying absolute attention when Ms. Perry was
11     examining Mr. Lashley.
12             And Ms. Perry asked Mr. Lashley, looking at the aerial
13     map that was on the screen, point to where you were when you
14     saw this, and he pointed and put his finger down right at
15     second base (indicating).
16             And I honestly think, quite frankly, that it startled
17     Ms. Perry a little bit.  She didn't expect that answer.  She
18     appeared to be a little startled.  But that was what he
19     indicated.
20             And, Your Honor, quite frankly, as I think I stated
21     during closing argument on behalf of Mr. Davis, one of the
22     maxims that we all follow as trial attorneys is you never ask a
23     question when you've already gotten the answer that you want.
24             And, quite frankly, the answer that I think was
25     correct and true -- but it was also an answer I wanted -- was

1   that Mr. Lashley couldn't have seen what he saw -- said he saw.

2   And I think we demonstrated that during closing argument.

3         But that's why I didn't cross-examine on that point

4   because he already said this is where I was.

5         Now, I think that Ms. Hoffman makes several leaps in

6   regard to her argument in terms of assessing the evidence that

7   she believes was advanced by the Government in support of the

8   verdicts.

9         And one of the things that she says also is a matter

10  of pure argument, there's no difference between conduct that

11  entails shooting a car and murder.

12        And obviously, Your Honor, I would argue strenuously,

13  but I'm not going to do it again, that Mr. Davis was not

14  responsible for that shooting.

15        But there is a huge difference between that conduct

16  and murder, and that huge difference is that no one died.

17        And, again, what the Government is putting forth is

18  that this was a point-blank shooting with an automatic weapon.

19        Now, again, we know there's no forensic evidence that

20  links that weapon to Mr. Davis.  There may have been other

21  weapons of a like nature that Mr. Davis may have been found in

22  possession of, but there's no forensic evidence there.

23        But, again, if, in fact, Mr. Davis had been of a mind

24  to kill either one or both of these people, if he, in fact, was

25  the person who did it, it was an easy thing to do, and that

1    didn't occur.

2         So there is a significant difference between what

3    occurred and murder.

4         Your Honor, it is very clear that Mr. Davis and

5    Mr. Frazier are friends, but I don't think the evidence that

6    was advanced in this case goes beyond that.

7         Specifically in regards to the Ricardo Johnson

8    homicide, Your Honor, it was a very distinct feeling in that

9    courtroom, with all the elders of MMP sitting in front -- quite

10   frankly, what we referred to as "the kiddie table" in the

11   trial -- that we had two people that were in many respects not

12   alike and not part of that group.  They were much younger.

13   They clearly grew up in the same neighborhood.  They were

14   friends.

15        To the extent that we're talking about proof of being

16   involved in a homicide, the mere fact that one person,

17   Mr. Frazier, sends text messages that are unanswered to another

18   person doesn't indicate that Mr. Davis was involved in that

19   homicide.

20        Foreseeability, the jury found that.  But involvement

21   is a different story.  And, quite frankly, Your Honor, that

22   doesn't cut it.

23        The telephone call, August 10th, 3:07 in the morning,

24   again, we have no idea what was in that telephone call.  We

25   don't know whether it went to voicemail, whether it was ever

1   received.  It went to a number associated with Mr. Davis.  We

2   don't know if he even had that phone.

3          So, again, there is -- it's not enough there, but --

4   and that -- as I pointed out in my sentencing submission,

5   Your Honor, those things are obviously very troubling

6   allegations.

7          But in terms of making that leap and bridging that gap

8   between one and the other, it isn't there.

9          Your Honor, I think Ms. Hoffman also places great

10  emphasis on the fact that Mr. Davis was engaged in similar

11  conduct when he was a fugitive, per se, after the indictment

12  came out.

13         And, Your Honor, to the extent that someone becomes

14  aware that they are under a federal charge, if, in fact -- and

15  we made no bones about this.  This was something that we talked

16  about in closing and we admitted, that Mr. Davis sells drugs.

17         Unfortunately, part of selling drugs in this day and

18  age involves sometimes the possession of weapons.  It's not a

19  good thing.  It's not a positive thing.

20         But, again, I don't think that that goes to doing

21  anything other than what a drug dealer does.  It doesn't

22  indicate involvement with a gang.  It just indicates that this

23  is someone who sells drugs.

24         And, Your Honor, as to the razor blade, again, I think

25  there's another leap of faith that's asked for from the Court.

1    We don't have any evidence on the record as to ultimately what

2    was found.

3          But assuming what was put forth in the Government's

4    sentencing memorandum is a proffer, and accepting that as a

5    proffer, we don't know when those razor blades -- they were

6    found in the shoes -- when they got there, who the shoes

7    belonged to, what -- how long they had been there.  We just

8    don't know those things.

9          And presuming that someone with a three-quarter-inch

10   razor blade, the type that are found in a disposable razor,

11   were there for the purposes of inflicting harm on anybody is a

12   huge leap of faith.

13         And, again, Your Honor, as it is today, the security

14   in that courtroom ringed the defendants (indicating).  Any

15   attempt -- if Mr. Davis had known something was in his shoes,

16   was attempting to go into his shoes, there was absolutely no

17   ability for him to do that, and I think he knew that, because

18   that marshal was always seated right behind him.

19         So, again, I don't think that that is -- we don't have

20   enough at this point on the record to say that is evidence that

21   he is a danger.  That is an open question.

22         Your Honor, in its sentencing submission, the

23   Government labeled Mr. Davis as a hardened, recidivist

24   criminal.

25         And as I noted, Mr. Davis is now 25 years old.  When

1    this conspiracy is alleged to have began, it was 2011, he was

2    17 years old.

3            When he was arrested, that was February 24th, I

4    believe, of 2017, he was 23.

5            I would submit to the Court there is no such thing --

6    but certainly not in this case -- as a 23-year-old hardened,

7    recidivist criminal.

8            His record, even taking it as a Criminal History

9    Category III, doesn't support that.

10           What we have is, again, someone who grew up in a

11   neighborhood -- and this is Forest Park Avenue and

12   Windsor Mill Road, that intersection that we all heard volumes

13   about during this trial -- who lived in that neighborhood.  And

14   that neighborhood, quite frankly, was invaded.  There is

15   absolutely no doubt about that.  It was invaded.

16           Whether you consider it as a part of MMP or say,

17   listen, this is just a group of older people who, again, I

18   think I used the word "annexed" in my sentencing letter, to

19   make this part of their territory, you've got those people

20   sitting right on top of Mr. Davis.

21           And, again, the Government's theory has always been

22   that you were in that neighborhood and you engaged in any sort

23   of criminal conduct -- and certainly drug dealing is criminal

24   conduct -- you had to do it as either part of the gang or being

25   approved by the gang.

1          And we don't have any evidence, again, that Mr. Davis

2    was ever jumped in, there was an initiation ritual.  We don't

3    have any evidence that people actually suffered sanctions

4    because of this if they were trying to commit criminal acts in

5    this particular neighborhood.

6          But, again, this is Mr. Davis's neighborhood.  This is

7    where he grew up.  This is Mr. Frazier's neighborhood.  This is

8    where he grew up.

9          Now, the Government is seeking a life sentence in this

10   case.  And the guidelines are not what I believe -- obviously

11   what the Government believed they would be as the Court

12   calculated them.

13         Just in regards to the proportionality within the

14   context of this case, what that does is it places Mr. Davis on

15   the same plane as Dante Bailey.

16         And I don't mean to tar Mr. Bailey unnecessarily, but

17   a huge amount of the evidence in this case went directly to

18   Mr. Bailey:  A number of homicides, a number of attempted

19   homicides, one where Mr. Bailey himself pulled the trigger on

20   someone who was apparently an innocent victim, mistaken

21   identity.

22         And so we're talking about this 25-year-old man being

23   placed at the same level as Dante Bailey, and that just doesn't

24   make it -- it's not correct.

25         But it's also just talking about people like

Dontray Johnson. Dontray Johnson pleaded guilty in this case, as the Court knows. The Court took the guilty plea.

He didn't cooperate. At least to my knowledge, he didn't cooperate. Certainly didn't appear at trial.

But he pled guilty to an agreed-upon sentence of 30 years. This is a man who admitted himself shooting two people -- and I think one of them we have on video, if not both.

So, again, it just -- that places Mr. Davis in the upper echelons of this group.

And, again, it just seems to be a disproportionate sentence.

Seeking a life sentence for Mr. Davis, I believe, is a gross miscalculation. It does ignore his youth. It does ignore the circumstances of his upbringing. Ignores, again, the fact that MMP, or whatever you want to call it, came in and squatted on his neighborhood. And in many respects, whatever he did, he was going to have to be a part of it, especially given under the Government's theory.

But this also, Your Honor, I think it goes beyond that. It's -- we saw tons of social media in this case. And I remarked in the sentencing letter that a lot of what the Court saw -- and I think during examination, at the very least, even if you didn't believe, as I did, that it showed MMP activity, it certainly showed an influence on Mr. Davis. And it was

1    inescapable to him.

2          Your Honor, I also would note, in regard to the

3    proportionality of the plea -- or the propriety of the request

4    of the Government in terms of sentencing, the Court knows,

5    because we had to place on the record at the beginning of the

6    case under Lafler and Frye, what offer had been made to

7    Mr. Davis.

8          And the Government -- and I will absolutely agree with

9    this, it was a January 31st e-mail, at my request, because I

10   was the third counsel in this case and I wanted to see was

11   there any ability to resolve this case.

12         And I asked Ms. Hoffman to provide me essentially

13   numbers, and she said this is not an offer, but we would be

14   looking at essentially a range of 18 to 22 or a (C) plea to 20

15   years.

16         And, quite honestly, Your Honor, it strikes me as

17   wrong somehow the idea that merely for putting the Government

18   to its evidence that we make that leap, because he didn't

19   change in terms -- the Government had the evidence that it had.

20   It hasn't changed.  It knew what it thought Mr. Davis was, and

21   yet we go from that to a potential life sentence.

22         The last part, Your Honor, of this presentation -- and

23   I apologize for going on so long -- and I note that Mr. Davis

24   has family in the courtroom.  His mother is present today.  The

25   people who wrote those letters are here today (indicating).

1    I spent -- Mr. Davis probably doesn't want to remember

2  this, but I spent hours and hours and hours with him.

3    And, honestly, he is a young man of actual, I think,

4  substantial intelligence, substantial ability, substantial

5  potential.

6    He got maybe -- maybe someone in his situation has an

7  incredible ability to resist, to avoid the things he saw around

8  him, to evade that lifestyle.  I think that that's probably a

9  superhuman effort given the level of power that that group

10  exerted on that neighborhood.

11    So he was inculcated in that and he rose into that.

12  Didn't have a father.  His mother's working like crazy to try

13  and raise the family.  He sees the need to be able to try and

14  support the family as best he can, to contribute to that

15  welfare of the family, and he's doing what he knows can help

16  with that.

17    To put him in jail for the rest of his life, again, I

18  think is a huge, huge waste of that potential.

19    The Court has the ability to impose a sentence, the

20  sentence that we've requested, that will keep him away from the

21  public for a substantial period of time.  15 years is an

22  extremely long sentence.

23    But it also gives the ability to get treatment for his

24  bipolar disorder.  I thought it was a remarkable thing that

25  Mr. Davis, when being treated for it and given medication for

1   the bipolar disorder, didn't take it because of the cross-issue

2   with marijuana.  He chose the marijuana.

3            That's unfortunate because I think it would have

4   helped him a great deal.  And he still has the ability to get

5   treatment.  He has the ability to get treatment for that drug

6   issue.

7            But he also has the ability to put that mind to use to

8   get an education, get training, to get a job.

9            And ultimately, the biggest thing, the prize for him

10  and the goal for him is to be back into the community at some

11  point to do for his daughter what his father never did for him.

12           And it's an argument and it's a statement that I've

13  made too many times in this courthouse, and I see it all the

14  time, and I wish it weren't so.  If I could go and roll back

15  time in any of these cases, I would absolutely do it.

16           But this is a man who wants to be there for his

17  daughter.

18           So, Your Honor, I would ask the Court to impose the

19  sentence that Mr. Davis has requested.

20           Again, if he, in fact, poses a danger, that danger can

21  be accounted for.

22           But what certainly is not being accounted for in the

23  sentence that the Government is asking for is the tremendous

24  waste of this person and all that potential that he has to

25  bring.

48

1        Thank you, Your Honor.

2        **THE COURT:**  Thank you, Mr. Hazlehurst.

3        And before I turn to your client, let me just ask, are

4  there any particular recommendations?

5        **MR. HAZLEHURST:**  Your Honor, Mr. Davis is asking, in

6  particular, to be imprisoned, if possible, in Schuylkill, one

7  of the facilities there.

8        He is interested in trying to get either a commercial

9  driver's license or some electrical -- basically, an

10  electrician's training.

11       But I think, quite honestly, his desire is to do

12  whatever he can, in terms of wherever he goes, to get a trade

13  that will enable him to make a living once he is released,

14  hopefully, from prison.

15       **THE COURT:**  Okay.

16       **MR. HAZLEHURST:**  And, Your Honor, obviously drug

17  counseling and treatment.  And, if possible, RDAP, because I do

18  think that that is a good program.  And if he is given that

19  recommendation, hopefully he will be able to get into that

20  program.

21       **THE COURT:**  Okay.  Ms. Hoffman?

22       **MS. HOFFMAN:**  There are a few points I just wanted to

23  respond to very briefly.

24       One is the argument that Mr. Davis was somehow an

25  unwilling participant in MMP, that, you know, if he was in the

1    gang, it was only because elders in the neighborhood took over

2    the neighborhood and he was roped into it by necessity because

3    he was dealing drugs there.

4          I think the evidence presented at trial shows that

5    that is absolutely not the case.  I mean, we put on photo after

6    photo of Mr. Davis on his Instagram page, happily throwing up

7    M signs, bragging about "Murdaland Mafia, the world is ours."

8          Talking about mob meetings with mob bosses, jail calls

9    in which he greeted others with, "What's mobbing?"

10         I just don't think it's a fair characterization to say

11   that he was an unwilling participant.  I think it was quite the

12   contrary.

13         The argument about sentencing disparities, I did want

14   to just address that very briefly.

15         Of course, Dante Bailey is worse than Shakeen Davis.

16   I think that that is indisputable.  Mr. Bailey, as proved at

17   trial, was responsible for either himself committing or

18   ordering five murders.

19         However, I don't think that -- Dante Bailey can't

20   serve, you know, 13 life sentences.  He can only serve one life

21   sentence, and so I don't think it's really a fair comparison.

22         I do think that Dante Bailey is worse than

23   Shakeen Davis, but I do also think that a life sentence is

24   warranted in this case based on the facts of the case and the

25   danger that the defendant poses.

1          Dontray Johnson, it is true, did plead guilty to 30

2    years.  Obviously, there is a significant benefit that a

3    defendant receives by virtue of pleading guilty.

4          But there are also some special factors.  As

5    Your Honor knows, Mr. Johnson is charged in a separate

6    witness-retaliation case.  The Government plans to seek

7    additional time in that case.

8          And so I don't think that that's a completely fair

9    comparison point either.

10          And then I just would ask Your Honor to disregard the

11   information about plea negotiations.  I don't think it's

12   appropriate to bring up plea negotiations in the course of

13   sentencing.

14          It deters the Government from engaging in any kind of

15   negotiations.  I don't believe that the negotiations were

16   accurately reflected, and so I just would ask Your Honor to

17   disregard that.

18          **THE COURT:**  Mr. Hazlehurst?

19          **MR. HAZLEHURST:**  Your Honor, just in regard to that, I

20   do have the e-mail that states -- and so that is verbatim from

21   the e-mail.

22          And I don't do it -- it's certainly not admissible at

23   trial and it's not something -- but, again, I do think in terms

24   of where we are, vis-à-vis where we were before the trial, it

25   is important and relevant.

```
1          Your Honor, Mr. Davis has asked me specifically also
2     to just cover the fact that he has been in the
3     Chesapeake Detention Facility since February 24th of 2017, and
4     that is a -- is certainly not an easy place to be, because
5     among other things, in terms of just the normal conditions,
6     there is a lack of ability to get any sort of educational
7     opportunities.  There's a lack of the ability to hold a job and
8     to receive any sort of pay.
9          Your Honor, the last thing I would say is, again, I
10    think that the Government has commented just on the photographs
11    of Mr. Davis and what he was doing in regard to the throwing up
12    M's.
13         To me, Your Honor, quite frankly, that is evidence of
14    the sway that that group had over the neighborhood and the
15    inculcation of that culture, which is something that, again, he
16    couldn't drive into another neighborhood.  He can't --
17    couldn't relocate his family.  That's where he lived.
18         THE COURT:  Sure.  And I did not understand you,
19    Mr. Hazlehurst, to be suggesting that he was forced into
20    association with the gang.
21         MR. HAZLEHURST:  No, Your Honor.  No, no, absolutely
22    not.  It was simply -- again, I think it was a matter of
23    culture, but also just the fact that it really was -- there
24    was -- they held sort of, you know, sway over the neighborhood.
25         THE COURT:  All right.  Mr. Davis, if there is
```

1   anything you would like to say before I make a final decision

2   about the sentence, you have the right to do that.  You don't

3   have to.  I assume you're going to appeal in this case, and I

4   won't hold it against you if you don't have anything you want

5   to say.

6           But if you'd like to speak, you have the right to do

7   that.

8           **THE DEFENDANT:**  Of course.  Thank you for this

9   opportunity to speak.

10          And, Your Honor, I would like to start by introducing

11  myself in the proper manner.

12          So good afternoon, Chief Judge Catherine Blake.  My

13  name is Shakeen Davis.

14          As of today, I'm 25 years of age, a proud father of

15  one beautiful 6-year-old daughter.

16          I'm a lifetime resident in Baltimore City in which --

17  where I received my high school diploma.

18          I'm the youngest child of Mrs. Davis, who has raised

19  me alone my entire life.

20          I was born and raised in the area of Forest Park and

21  Windsor Mill in which I resided for two decades.

22          And I just want to thank you for your time and

23  cooperation during the course of our eight-week trial.  And I

24  see you're a very patient individual.  So I promise to keep

25  this as brief as possible.

1          With that being said, let me begin.

2          The Government painted a picture of me at trial with a

3     numerous number of false allegations and assumptions.  The

4     assumptions made against me would make any human being look

5     like an ungodly criminal or Public Enemy Number 1.

6          I state this because not one of the case agents,

7     U.S. State's Attorney's, prosecutors, detectives, or et cetera

8     personally know me or even held a conversation with me to make

9     any judgment of my character whatsoever.

10          The Government portrayed to you and the jurors that

11    I'm a menace to society, which would be wrong and highly

12    prejudiced.

13          Insufficient evidence, untruthful witness testimony,

14    contradicting statements that altered the theory of the

15    Government and so on had a major effect on the outcome of the

16    case against me.  Absolutely no proof beyond a reasonable

17    doubt.

18          Not one storeowner, employee, or civilian citizen

19    testified during the course of this trial.  Only individuals

20    who wanted some type of leniency towards their own sentence.

21          To be completely honest, I feel as though having a

22    jury trial in a conspiracy case makes it merely [sic]

23    impossible to receive a fair trial due to the lack of

24    knowledge -- their lack of knowledge of federal law.

25          Don't get me wrong, I fully understand that I'm far

54

```
 1   from perfect.  And me being human, I made bad decisions
 2   throughout my life.  But none of the decisions I made should
 3   have me incarcerated for a decade or decades of my life.
 4          Before I went to trial, my lawyer told me it was not
 5   on me to prove my innocence, the reason why I didn't take the
 6   stand in my own behalf.  But it was on the burden of the
 7   Government to prove my guilt in which, in my eyes, they have
 8   failed to do on the counts held against me.
 9          I don't mean to sound repetitive, but the time I'm
10   receiving today is from assumptions and opinions made by the
11   Government.  Basically, what they think, thought, or believed,
12   not what they know or can prove, which is the utmost unfair,
13   not just to me, but my family and loved ones.
14          These past three years that I've been incarcerated, I
15   missed a large portion of my daughter's life that I can't make
16   up to her.  I sincerely don't want her mother to have to raise
17   her alone.
18          That is why I need to get home to protect and provide
19   for her as a father should.  She doesn't deserve to go through
20   what I had to go through as a child, which Mr. Hazlehurst has
21   stated already.
22          I really want to better myself as a person, but it
23   isn't any programs or trades where I'm currently housed at, so
24   it's been rather difficult to do so.
25          That's the reason why I wish to go to a facility that
```

1   can help me retain some type of trade or HVAC and/or

2   electrician.

3          And that's all, ma'am.

4          **THE COURT:**  Okay.  Thank you, Mr. Davis.

5          Anything else anybody needs to say at this point?

6          **MR. HAZLEHURST:**  No, Your Honor.  Thank you.

7          **THE COURT:**  All right.  Thank you.

8          I'm going to take a 15-minute recess and I'll come

9   back and give you the sentence.

10      (3:39 p.m.)

11      (Recess taken.)

12      (4:05 p.m.)

13         **THE COURT:**  You can all be seated, please.

14                     Conference at the bench.

15      (It is the policy of this court that every guilty plea and

16  sentencing proceeding include a bench conference concerning

17  whether the defendant is or is not cooperating.)

18         **THE COURT:**  All right.  Well, thank you, all, counsel

19  and the probation officer.

20         As I've said before, sentencing is very difficult.

21  There are a lot of things to consider.  It brings very

22  obviously serious consequences, but it has to recognize very

23  serious behavior.

24         I'm going to explain my reasons and do my best to

25  address the arguments that you all have made.

1    We know what the guidelines are to begin with, from

2    the 292 to the 365 months, plus the additional 60 months on

3    Count 32.

4    That's just one factor.  But I am taking that into

5    account.  I do believe that's a correct calculation.

6    This is an extremely serious set of offenses by

7    Mr. Davis.  There's just no question about that.

8    First of all, as far as Count 1, the RICO, which is

9    obviously related to Count 2, the drug conspiracy, whether

10   Mr. Davis was a completely voluntary, free-choice participant

11   in MMP; whether there were some aspects of that that he

12   couldn't avoid because it was in his neighborhood, frankly, I

13   think it's a little bit beside the point.  I agree with the

14   jury's verdict in this case.

15   But the point that's more important to me is the

16   conduct that he was involved in very clearly, I believe, and

17   the jury found, that he involved himself in selling drugs -- to

18   some extent, that's not disputed -- and the possession of guns,

19   which always creates a risk of violence and in actual violence

20   in furtherance of the drug trafficking and the MMP organization

21   generally.

22   It's clear that, unfortunately, Mr. Davis was doing,

23   as has been said, essentially sort of what he knew how to do,

24   sell drugs and use weapons.

25   The quantity of drugs here, alone, would make this an

1    extremely serious case.  The jury found -- I believe

2    correctly -- at least a kilo of heroin and 280 grams of crack

3    were foreseeable to Mr. Davis.  And we all know that drugs kill

4    people and destroy people's families.

5         The second extremely important factor regarding the

6    seriousness of the offense is both the violence and the risk of

7    violence that Mr. Davis engaged in.

8         It's quite clear that he, at various times, carried or

9    possessed/used a number of loaded weapons, including an AR-15

10   assault rifle.

11        I believe it was April 26th of 2016 when he was found

12   in the car with the stolen Glock and also with the AR-15 and

13   with a mask.

14        As the Government indicated earlier, there were also a

15   number of references in the evidence to Mr. Davis's possession

16   of that sort of weapon.

17        We have -- again, I understand Mr. Davis disagrees --

18   but what I believe was proved, the attempted murder of the two

19   individuals.

20        Now, I will agree with Mr. Hazlehurst, there is a

21   difference between attempted murder and murder.  We can never

22   know exactly what was in Mr. Davis's mind when he was shooting

23   at those folks.

24        But he did not kill anyone; and I think for good

25   reason, the law treats that differently from a proven

first-degree, premeditated murder that has actually taken someone's life.

On the other hand, of course, it's extremely violent and risky behavior.  And whatever his intent, it easily could have killed someone in the car or injured a bystander, so it's certainly very serious.

I do think that there is a significance -- not amounting, for various reasons, to obstruction of justice -- but there's certainly a significance for 3553(a) matters of his being found to have essentially razor blades in his shoes on April 29th of 2019, as he was preparing to be brought into the courthouse.

I would certainly find that, at least by a preponderance of the evidence, it would be extremely surprising to me if he did not know that those blades were in the shoes that he was wearing.

Precisely what the purpose was in court, in the lockup, or at CDF, or as some sort of protection, I don't know. But it is relevant that he was carrying that kind of contraband in his shoes as late as April of 2019.

And that, I think, goes to the real need in this case to deter Mr. Davis specifically.

Now, I do understand and agree with Mr. Hazlehurst's point, he's still relatively young.  I don't think it's at a point where one can say that he would never change or he is a

1    completely hardened criminal.

2           On the other hand, I have to look at what is the

3    record in front of me so far.

4           And in 2011, he has a juvenile offense involving a

5    gun.  And we know he had a gun in 2012 and at various points

6    during this case.  I've mentioned the AR-15 in 2016 while he

7    was a fugitive in this case.  He was arrested with a loaded,

8    stolen gun and drugs.  Obviously hadn't been deterred.  And

9    then had the razor blades in 2019.

10          So I hope he may be able to mature and learn some

11   better judgment, but the record so far is not encouraging.

12          Now, this is a tragedy for Mr. Davis's family.  And I

13   do consider that obviously he had a hard time growing up.  And

14   he grew up in a neighborhood where his choices were limited and

15   his family circumstances were not what he might have wanted.

16          And I'm sure he has done good things for his family

17   and his friends and that he cares about his family.  I don't

18   doubt that at all.  And I'm sure he has the intelligence to do

19   something better than what he has been doing.

20          But I need to balance all that against protecting the

21   public and recognizing the seriousness of this crime and

22   deterring Mr. Davis.

23          A couple of other points that I don't want to ignore.

24          Yes, he's been at Chesapeake Detention Facility for a

25   period of time.  That, as I've said before -- because it's

brought up by virtually every defendant -- I understand, the
Court understands that there are problems at CDF, and we have
been trying to do what we can, on an institutional basis, to
address that.

But I don't think it's an appropriate factor to take
into account specifically in terms of a sentence or lowering a
sentence for that reason.

I will also say that I think it is important for a
court to consider relative culpability in sentences that have
been issued to other people and what their conduct represents.
It's a little hard to do here.

Mr. Bailey is in a different category.

Mr. Johnson is in a different category for a number of
reasons, and he did accept responsibility.

I'm not going to specifically address the question of
plea negotiations.  I always believe that the Government -- as
well as, of course, the defense counsel -- should be
negotiating in good faith and should have good reasons for
whatever their recommendations are, whether it is before or
after trial.

I believe that a very significant sentence, consistent
with the guidelines, is warranted in this case.

I do not agree with the Government that a life
sentence would be appropriate or proportional to what has been
proved as to Mr. Davis and taking into account his individual

1    circumstances.

2           I think the sentence I'm about to announce is lengthy

3    and sufficient without being greater than necessary.  And,

4    again, the guidelines are not controlling, but they are one

5    factor that I may consider.  And this is a within-guideline

6    sentence.

7           And that sentence, Mr. Davis, on Count 1 is going to

8    be 25 years in the custody of the Bureau of Prisons.  That is

9    300 months on Count 1.

10          The same sentence I believe is warranted on Count 2,

11   the drug conspiracy, 25 years, 300 months.

12          On the other two firearms charges, that's 16 and 30,

13   the maximum is 10 years.  That will be a 10-year sentence.

14   This is all concurrent.

15          On Count Number 31, that is, again, a 25-year

16   sentence, concurrent.

17          And on Count 32, there will be the required

18   consecutive 60-month sentence.

19          There is a $100 special assessment on each count that

20   I am imposing.

21          Mr. Davis's financial circumstances do not permit a

22   fine.

23          And, of course, I will recommend that he be designated

24   to the facility at Schuylkill and receive some vocational

25   training, as well as participate in any substance abuse

 1   treatment program he might be eligible for.

 2           That's going to be up to the Bureau of Prisons exactly

 3   where he is designated.

 4           And tell me what I have left out or the legal

 5   objection to the sentence.

 6           **MS. HOFFMAN:**  Count 31, Your Honor, I believe the max

 7   is 20 years on that count, based on the quantity of drugs.

 8           **THE COURT:**  I'm sorry, the max is how much?

 9           **MS. HOFFMAN:**  20 years.

10           **THE COURT:**  All right.  I believe it was reflected

11   differently on the presentence report, but I did not --

12           **MS. HOFFMAN:**  I think I failed to catch that in the

13   PSR.

14           It does say "life" in the PSR, but the quantity is --

15   it was just a detectable quantity.

16           **THE COURT:**  You're correct.  Thank you.

17           Then that's 20.  20 years on Count 31.

18           Anything else?

19           **MS. HOFFMAN:**  Just one final note.

20           In light of the Supreme Court's recent decision in

21   Rehaif regarding what's necessary for the Government to prove

22   on 922(g) convictions, I think that the Government will be okay

23   on an appeal.

24           But in case there are any appellate issues, I would

25   ask that the Court find explicitly that the sentence that the

1   Court is imposing on Counts 1 and -- Counts 1, 2, and 32 would

2   be imposed independent of whether the Fourth Circuit determined

3   that the defendant was entitled to a new trial on the 922(g)

4   convictions.

5          **THE COURT:**  I should also make it clear, if I have

6   miscalculated the guidelines, again, they are only one factor,

7   and that would not change my sentence.

8          And absolutely, Counts 16 and 30, if for some reason

9   those 10-year sentences had to be vacated, I would still

10  believe that the 25 years on the other counts, followed by the

11  five years on Count 32, would be reasonable and sufficient

12  without being greater than necessary.

13         Anything else?

14         **MS. HOFFMAN:**  We are moving to dismiss the

15  superseding indictment against Mr. Davis.  He was convicted on

16  the second superseding indictment.

17         **THE COURT:**  Second superseding indictment.  All right.

18  So the superseding would be dismissed.

19         And other than appeal rights, of course, anything,

20  Mr. Hazlehurst?

21         **MR. HAZLEHURST:**  No, Your Honor.  Thank you.

22         **THE COURT:**  All right.  Mr. Davis, as I mentioned, you

23  are aware, you have the right to appeal your convictions and

24  also this sentence.

25         I'm sure Mr. Hazlehurst will assist you in filing that

1    appeal.  It needs to be within 14 days.

2           Do you understand that, sir?

3           **THE DEFENDANT:**  Yes.

4           How do I file a actual appeal?

5           **THE COURT:**  Mr. Hazlehurst will assist you in filing

6    that appeal.

7           You just need to file it in court, state that you're

8    filing an appeal, within 14 days, and your right to appeal will

9    be preserved.

10          **THE DEFENDANT:**  Yes.

11          **THE COURT:**  Okay.  All right.

12          Thank you, all.

13       (Court adjourned at 4:19 p.m.)

14    I, Douglas J. Zweizig, RDR, CRR, FCRR, do hereby certify

15    that the foregoing is a correct transcript from the

16    stenographic record of proceedings in the above-entitled

17    matter.

18                    _____/s/_____

19

20                   Douglas J. Zweizig, RDR, CRR, FCRR
                        Registered Diplomate Reporter
                         Certified Realtime Reporter
21                     Federal Official Court Reporter
                           DATE:  May 18, 2020

22

23

24

25

MR. HAZLEHURST: [19]   2/14
2/19 3/4 4/20 4/24 5/4 8/18
12/5 13/21 17/6 19/21 20/23
36/21 48/5 48/16 50/19 51/21
55/6 63/21
MS. HOFFMAN: [25]   2/6 3/15
4/15 6/3 11/14 13/15 14/5
14/22 14/25 15/20 15/22 16/17
19/20 21/17 22/7 22/21 22/24
23/12 23/18 48/22 62/6 62/9
62/12 62/19 63/14
THE COURT: [51]   2/3 2/12
2/17 2/20 3/13 3/21 4/16 4/21
5/3 5/5 8/16 10/4 12/4 12/14
13/19 14/2 14/20 14/24 15/17
15/21 16/3 17/5 18/16 19/23
21/12 21/20 21/22 22/8 22/16
22/23 23/6 23/15 36/19 48/2
48/15 48/21 50/18 51/18 51/25
55/4 55/7 55/13 55/18 62/8
62/10 62/16 63/5 63/17 63/22
64/5 64/11
THE DEFENDANT: [3]   52/8 64/3
64/10
THE PROBATION OFFICER: [2]
22/6 22/15

**$**
$100 [1]   61/19

**/**
/s [1]   64/18

**0**
01 [1]   9/8
0267 [2]   1/4 2/7
0363 [1]   8/3
0479 [2]   6/18 9/2

**1**
10 [3]   14/23 14/25 61/13
10-year [2]   61/13 63/9
101 [1]   1/24
10th [2]   28/25 39/23
11 [2]   1/8 15/24
12 [2]   29/20 30/13
1202 [1]   3/1
13 [1]   49/20
14 [2]   64/1 64/8
15 [6]   27/23 36/25 46/21 57/9
57/12 59/6
15-minute [1]   55/8
15s [1]   27/18
16 [4]   5/8 9/8 61/12 63/8
17 [1]   42/2
18 [2]   45/14 64/21
19 [2]   14/21 14/22

**2**
20 [7]   16/10 30/7 45/14 62/7
62/9 62/17 62/17
2011 [2]   42/1 59/4
2012 [2]   20/8 59/5
2014 [1]   32/12
2015 [1]   11/3
2016 [8]   14/12 15/1 15/5
28/25 30/19 34/7 57/11 59/6

2017 [3]   34/17 42/4 51/3
2019 [4]   1/8 58/11 58/20 59/9
2020 [1]   64/21
21201 [1]   1/25
22 [1]   45/14
23 [1]   42/4
23-year-old [1]   42/6
24th [2]   42/3 51/3
25 [6]   7/17 41/25 52/14 61/8
61/11 63/10
25-year [1]   61/15
25-year-old [1]   43/22
26th [2]   14/11 57/11
27 [1]   7/19
280 grams [1]   57/2
292 [2]   22/11 56/2
29th [1]   58/11
2:23 p.m [1]   2/2
2:30 [1]   29/25
2A [1]   15/11
2E1.1 [1]   20/11

**3**
30 [11]   5/9 7/17 13/1 13/13
13/16 13/22 19/16 44/5 50/1
61/12 63/8
300 [2]   61/9 61/11
30th [1]   11/3
31 [4]   5/10 61/15 62/6 62/17
31st [1]   45/9
32 [10]   5/11 5/12 23/1 23/9
23/14 36/23 56/3 61/17 63/1
63/11
33 [2]   3/13 12/18
34 [3]   13/7 19/16 22/2
35 [5]   12/22 19/14 22/1 22/1
22/3
3553 [9]   22/19 23/22 24/5
24/11 25/19 28/11 33/2 36/13
58/9
363 [1]   9/8
365 [2]   22/11 56/2
38 [2]   22/3 22/9
3:07 [3]   31/17 31/24 39/23
3:39 p.m [1]   55/10

**4**
4194 [2]   28/23 31/17
42 [1]   5/17
43 [10]   5/17 5/18 5/25 6/5
6/11 7/12 8/12 9/19 10/14
10/22
48 [1]   11/9
4:05 p.m [1]   55/12
4:19 p.m [1]   64/13
4th [3]   1/24 15/1 16/18

**5**
5A [1]   30/17
5K2.2 [4]   14/3 14/6 14/8 19/8
5th [1]   29/3

**6**
6-year-old [1]   52/15
60 [5]   23/3 23/9 23/11 23/13
56/2
60-month [1]   61/18
6230 [1]   16/4
6th [4]   15/5 16/15 16/17

**7**
74 [1]   20/1
76 [1]   20/7
77 [2]   20/8 21/15
78 [1]   20/4
7D [1]   1/9

**9**
922 [2]   62/22 63/3
924 [2]   5/11 23/1
9th [3]   18/24 29/19 30/19

**A**
Aanonsen [2]   1/20 2/10
abduct [1]   29/25
abducted [2]   31/18 32/3
ability [13]   9/12 17/16 41/17
45/11 46/4 46/7 46/19 46/23
47/4 47/5 47/7 51/6 51/7
able [4]   35/12 46/13 48/19
59/10
about [43]   3/16 13/11 16/16
16/24 18/9 19/5 19/6 20/6
20/16 24/7 24/9 26/7 26/16
27/20 27/22 28/4 28/16 29/8
31/12 31/24 32/2 32/13 32/17
33/18 33/25 34/10 34/21 36/4
39/15 40/15 40/16 42/13 42/15
43/22 43/25 49/7 49/8 49/13
50/11 52/2 56/7 59/17 61/2
above [1]   64/16
above-entitled [1]   64/16
absolute [1]   37/10
absolutely [9]   23/15 41/16
42/15 45/8 47/15 49/5 51/21
53/16 63/8
abundant [1]   27/17
abuse [1]   61/25
accept [1]   60/14
accepting [1]   41/4
accordance [1]   22/13
according [1]   11/4
account [4]   20/25 56/5 60/6
60/25
accounted [2]   47/21 47/22
accurately [2]   15/17 50/16
acknowledge [1]   21/3
acquaintances [1]   31/24
acquittal [3]   2/25 3/10 4/5
across [2]   26/2 26/10
act [1]   20/15
acting [1]   29/23
activity [3]   9/5 34/13 44/24
acts [1]   43/4
actual [8]   6/23 10/16 15/15
21/17 32/24 46/3 56/19 64/4
actually [8]   3/23 9/4 21/18
23/3 23/13 26/15 43/3 58/1
add [2]   3/2 22/3
adding [1]   23/3
additional [9]   8/8 11/12
11/20 13/23 14/5 20/19 35/1
50/7 56/2
address [9]   6/10 7/11 23/23
25/15 25/20 49/14 55/25 60/4
60/15
adds [3]   23/11 32/21 32/23

**A**

adjourned [1]  64/13
adjustment [2]  11/22 14/6
admissible [2]  17/8 50/22
admitted [2]  40/16 44/6
advanced [2]  38/7 39/6
advisory [1]  22/16
aerial [1]  37/12
affinity [1]  28/2
after [9]  22/9 27/8 31/18
32/5 32/15 35/20 40/11 49/5
60/20
afternoon [4]  2/3 2/13 2/14
52/12
again [44]  3/11 5/5 9/14 9/20
9/22 10/2 11/2 12/6 12/24
13/8 13/24 18/13 21/2 21/6
21/24 35/19 38/13 38/17 38/19
38/23 39/24 40/3 40/20 40/24
41/13 41/19 42/10 42/17 42/21
43/1 43/6 44/9 44/11 44/15
46/17 47/20 50/23 51/9 51/15
51/22 57/17 61/4 61/15 63/6
against [8]  2/23 33/15 52/4
53/4 53/16 54/8 59/20 63/15
age [2]  40/18 52/14
Agent [2]  1/20 2/10
agents [1]  53/6
agree [11]  4/22 13/15 13/22
18/16 22/24 35/8 45/8 56/13
57/20 58/23 60/23
agreed [2]  5/14 44/5
agreed-upon [1]  44/5
agreement [1]  12/25
ahead [1]  25/14
ain't [1]  31/8
alike [1]  39/12
all [47]  2/12 2/17 2/20 3/13
3/21 4/3 4/10 5/5 7/22 10/4
14/3 16/5 19/23 21/22 21/24
22/8 22/9 22/16 23/16 25/25
30/16 30/24 32/21 36/19 36/23
37/22 39/9 42/12 47/13 47/24
51/25 55/3 55/7 55/13 55/18
55/18 55/25 56/8 57/3 59/18
59/20 61/14 62/10 63/17 63/22
64/11 64/12
allegations [2]  40/6 53/3
alleged [1]  42/1
allegedly [1]  24/18
alleges [1]  26/13
allows [1]  36/17
alluding [1]  9/25
almost [2]  9/16 9/17
alone [5]  29/23 33/1 52/19
54/17 56/25
already [5]  21/22 25/17 37/23
38/4 54/21
also [40]  1/19 5/1 5/9 7/21
9/12 9/20 9/24 17/20 21/10
23/22 25/8 25/15 26/22 27/5
27/16 28/1 28/4 30/15 31/14
32/5 33/25 35/6 36/10 37/25
38/9 40/9 43/25 44/20 45/2
46/23 47/7 49/23 50/4 51/1
51/23 57/12 57/14 60/8 63/5
63/24
altered [1]  53/14

although [4]  2/21 11/7 11/25
13/13 44/14
always [6]  8/23 18/20 41/18
42/21 56/19 60/16
am [8]  3/1 8/18 10/16 11/10
19/12 37/4 56/4 61/20
AMERICA [1]  1/3
among [1]  51/5
amount [1]  43/17
amounting [1]  58/8
annexed [1]  42/18
announce [1]  61/2
another [6]  8/1 13/4 27/4
39/17 40/25 51/16
answer [7]  10/9 16/9 16/11
37/17 37/23 37/24 37/25
Antoine [1]  26/8
Antoine Ellis [1]  26/8
any [34]  4/13 4/23 6/10 6/23
6/25 7/4 7/21 9/25 12/6 12/11
19/1 19/18 24/12 25/5 26/1
35/13 35/25 36/1 41/1 41/14
42/22 43/1 43/3 45/11 47/15
48/4 50/14 51/6 51/8 53/4
53/9 54/23 61/25 62/24
anybody [2]  41/11 55/5
anyone [1]  33/15 57/24
anything [10]  3/2 3/14 18/21
40/21 52/1 52/4 55/5 62/18
63/13 63/19
apologize [4]  11/16 16/22
23/6 45/23
apparently [2]  10/8 43/20
appeal [9]  52/3 62/23 63/19
63/23 64/1 64/4 64/6 64/8
64/8
appear [2]  11/1 44/4
appeared [1]  37/18
appears [2]  9/8 20/1
appellate [1]  62/24
application [2]  11/23 20/11
applied [1]  14/8
applies [1]  6/11
apply [5]  6/5 7/12 8/12 11/9
20/14
appropriate [7]  10/22 19/7
35/9 37/1 50/12 60/5 60/24
appropriateness [1]  10/13
approved [1]  42/25
April [10]  14/11 14/19 15/1
15/5 16/15 16/17 16/18 57/11
58/11 58/20
April 26th [2]  14/11 57/11
April 29th [1]  58/11
April 4th [2]  15/1 16/18
April 6th [3]  15/5 16/15
16/17
AR [5]  27/18 27/23 57/9 57/12
59/6
AR-15 [4]  27/23 57/9 57/12
59/6
AR-15s [1]  27/18
are [65]  2/20 3/22 4/12 4/23
4/24 5/6 6/15 7/16 9/9 10/23
11/17 11/19 12/25 13/8 13/12
13/25 14/5 15/10 15/23 16/15
16/23 17/7 17/9 18/2 18/3
18/4 18/9 19/18 23/10 26/24
27/20 28/23 28/25 29/7 29/12

29/15 30/12 30/15 32/16 33/10
34/9 36/22 37/7 37/8 39/5
39/17 40/5 40/14 41/10 43/10
45/25 48/3 48/22 50/4 50/24
55/21 56/1 60/2 60/19 61/4
61/4 62/24 63/6 63/14 63/23
area [2]  26/7 52/20
argue [2]  5/22 38/12
argued [1]  29/9
argues [1]  25/22
argument [21]  3/16 7/3 9/17
9/21 12/6 12/9 12/12 13/10
21/1 21/5 21/7 21/8 23/17
36/1 37/21 38/2 38/6 38/10
47/12 48/24 49/13
arguments [5]  3/6 23/23 25/15
25/20 55/25
arms [1]  12/1
around [6]  16/8 27/18 27/19
27/21 30/4 46/7
arrest [1]  34/24
arrested [4]  34/16 34/23 42/3
59/7
as [99]  4/6 6/14 6/16 7/20
7/25 8/21 8/22 8/23 9/6 9/20
9/24 10/20 10/21 10/21 11/8
11/24 12/11 12/15 12/16 12/22
13/21 13/22 13/23 14/10 18/21
19/13 19/14 21/18 21/23 22/7
22/25 23/1 23/8 23/21 24/7
24/7 24/15 24/15 24/23 26/6
26/10 26/13 28/7 29/14 34/4
34/4 35/3 36/4 36/4 36/17
36/17 36/22 36/24 37/20 37/22
39/10 40/4 40/24 41/1 41/4
41/13 41/23 41/25 42/6 42/8
42/16 42/24 43/11 43/15 43/23
44/2 44/24 45/16 46/14 49/16
50/4 52/14 52/25 52/25 53/21
54/19 54/20 54/22 55/20 56/8
56/8 56/23 57/14 58/11 58/18
58/20 58/20 59/25 60/16 60/17
60/25 61/25 61/25 63/22
aside [2]  4/12 24/11
ask [8]  22/12 36/16 37/22
47/18 48/3 50/10 50/16 62/25
asked [8]  26/2 26/16 26/19
29/4 37/12 40/25 45/12 51/1
asking [9]  11/11 11/12 11/17
11/20 17/23 35/17 36/22 47/23
48/5
aspect [1]  13/20
aspects [1]  56/11
assault [5]  20/2 24/20 25/14
27/18 57/10
assault rifle [1]  57/10
assault rifles [1]  27/18
assessed [2]  20/1 20/3
assessing [1]  38/6
assessment [1]  61/19
assign [1]  5/25
assigning [2]  5/18 10/13
assignment [1]  5/16
assist [2]  63/25 64/5
Assistant [1]  1/16
associated [1]  40/1
association [1]  51/20
assume [3]  15/17 21/23 52/3
assumes [1]  19/1

Case 1:16-cr-00267-LKG Document 1497 Filed 05/18/20 Page 67 of 83

## A

assuming [2]   21/13 41/3
assumptions [3]   53/3 53/4
 54/10
ATF [2]   1/20 2/10
attempt [2]   12/17 41/15
attempted [13]   6/25 7/22 8/4
 10/24 19/14 24/9 25/17 25/18
 33/23 36/7 43/18 57/18 57/21
attempting [1]   41/16
attempts [1]   35/23
attention [1]   37/10
Attorney's [1]   53/7
attorneys [2]   1/16 37/22
attributable [1]   18/9
attribute [1]   18/6
August [6]   28/25 29/3 29/19
 30/19 32/12 39/23
August 10th [2]   28/25 39/23
August 5th [1]   29/3
August 9th [2]   29/19 30/19
AUSA [1]   2/9
automatic [1]   38/18
Avenue [1]   42/11
avoid [2]   46/7 56/12
aware [6]   3/1 3/21 10/16
 22/19 40/14 63/23
away [1]   46/20

## B

B-A-Z-E-M-O-R-E [1]   9/3
back [9]   16/7 19/24 25/1
 29/12 29/15 29/21 47/10 47/14
 55/9
bad [2]   35/3 54/1
bag [2]   27/24 29/2
Bailey [10]   43/15 43/16 43/18
 43/19 43/23 49/15 49/16 49/19
 49/22 60/12
balance [1]   59/20
ball [1]   26/3
Baltimore [3]   1/9 1/25 52/16
Baltimore City [1]   52/16
Banks [4]   27/2 27/3 27/7
 27/13
Barronette [1]   9/12
base [4]   13/16 26/5 26/5
 37/15
baseball [3]   25/24 26/4 26/11
based [15]   4/2 6/4 10/19
 11/18 12/25 14/6 16/25 18/17
 19/8 19/14 30/3 32/5 33/12
 49/24 62/7
bases [1]   3/17
basically [5]   7/12 8/15 18/8
 48/9 54/11
basis [1]   60/3
Bazemore [1]   9/3
be [59]   2/3 2/17 3/7 9/8 9/18
 9/18 12/18 12/23 13/3 13/6
 13/16 14/3 16/23 18/10 19/13
 20/18 20/21 20/22 21/1 22/2
 25/5 25/7 25/22 34/2 36/15
 37/18 43/11 44/11 44/18 45/13
 46/13 47/10 47/16 47/21 48/6
 48/19 51/4 51/19 53/11 53/21
 55/13 58/11 58/14 59/10 60/17
 60/24 61/8 61/13 61/17 61/23

## C

calculated [4]   13/16 13/17
 24/2 43/12
calculating [1]   5/13
calculation [2]   22/25 56/5
call [14]   2/5 24/1 24/3 27/5
 27/9 27/14 31/16 31/19 31/20
 32/10 32/11 39/23 39/24 44/16
Call J5 [1]   32/11
called [2]   24/4 32/11
calling [5]   31/20 31/22 31/23
 32/1 32/2
calls [9]   24/6 27/20 28/22
 28/24 29/20 30/13 32/12 35/12
 49/8
came [5]   30/17 34/23 35/21
 40/12 44/16
camera [2]   15/14 16/23
can [27]   2/3 2/17 3/11 5/22
 10/6 10/20 15/16 18/10 18/17
 20/17 21/24 25/5 25/6 26/7
 26/20 34/4 46/14 46/15 47/20
 48/12 49/20 54/12 55/1 55/13
 57/21 58/25 60/3
can't [7]   10/19 18/25 25/22
 26/17 49/19 51/16 54/15
cannot [1]   9/18
car [14]   11/4 12/13 24/20
 24/23 25/13 25/14 27/8 27/10

62/1 62/2 62/22 63/2 63/9
63/11 63/18 64/1 64/9
bears [1]   25/19
beautiful [1]   52/15
because [28]   6/6 8/13 9/17
 11/22 13/4 13/5 17/25 24/18
 27/11 28/17 32/10 34/20 37/5
 38/4 41/17 43/4 45/5 45/9
 45/18 47/1 47/3 48/17 49/1
 49/2 51/4 53/6 56/12 59/25
becomes [1]   40/13
beef [1]   33/18
been [24]   3/16 8/21 8/23 10/2
 17/11 20/6 25/11 35/14 38/20
 38/21 38/23 41/7 42/21 45/6
 51/2 54/14 54/24 56/23 59/8
 59/19 59/24 60/3 60/10 60/24
before [18]   1/11 9/11 12/9
 16/18 19/10 22/21 28/13 30/16
 30/19 31/14 37/1 48/3 50/24
 52/1 54/4 55/20 59/25 60/19
began [1]   42/1
begin [2]   53/1 56/1
beginning [1]   45/5
behalf [2]   2/8 2/15 19/21
 37/21 54/6
behavior [4]   34/5 35/3 55/23
 58/4
behind [2]   34/23 41/18
behold [1]   27/9
being [15]   5/7 18/22 20/19
 22/2 39/15 42/24 43/22 46/25
 47/22 53/1 53/4 54/1 58/10
 61/3 63/12
belief [1]   35/14
believable [1]   36/2
believe [42]   3/4 3/20 4/24
 5/23 6/3 6/7 9/7 9/11 9/20
 9/22 9/25 10/2 17/2 17/3
 17/10 18/7 19/16 21/3 21/8
 22/7 23/24 23/25 24/3 24/3
 24/5 37/1 42/4 43/10 44/13
 44/24 50/15 56/5 56/16 57/1
 57/11 57/18 60/16 60/21 61/10
 62/6 62/10 63/10
believed [4]   25/23 28/18
 43/11 54/11
believes [1]   38/7
belonged [1]   41/7
bench [2]   55/14 55/16
benefit [1]   50/2
beside [1]   56/13
best [2]   46/14 55/24
better [5]   15/10 15/25 54/22
 59/11 59/19
between [13]   7/17 18/23 18/24
 24/12 28/14 28/22 29/13 30/15
 38/10 38/15 39/2 40/8 57/21
beyond [6]   4/1 6/13 28/8 39/6
 44/20 53/16
BGF [1]   7/23
big [2]   28/18 30/2
bigger [1]   7/23
biggest [1]   47/9
bipolar [2]   46/24 47/1
bipolar disorder [2]   46/24
 47/1
bit [6]   19/24 24/15 29/22
 29/22 37/17 56/13

black [1]   29/6
blade [4]   11/18 35/6 40/24
 41/10
blades [5]   35/23 41/5 58/10
 58/15 59/9
BLAKE [2]   1/11 52/12
blank [1]   17/15 38/18
blindfold [1]   30/1
bodily [7]   11/12 11/22 12/11
 12/13 12/19 17/13 19/15
bones [1]   40/15
born [1]   52/20
bosses [1]   49/8
both [10]   17/1 19/13 22/18
 23/4 23/11 27/1 28/24 38/24
 44/8 57/6
box [5]   8/3 8/4 8/23 9/4 9/6
boy [2]   16/24 17/3
BP [1]   26/3
bragging [2]   33/15 49/7
brags [1]   32/17
Bredar [8]   6/18 7/5 7/11 7/18
 8/2 8/5 8/6 10/5
Bredar's [1]   8/10
bridging [1]   40/7
brief [1]   52/25
briefly [3]   37/2 48/23 49/14
bring [2]   47/25 50/12
brings [1]   55/21
bro [4]   30/21 30/25 31/3 31/9
broad [1]   24/24
brought [2]   58/11 60/1
brutal [1]   33/8
bullets [1]   24/25
burden [1]   54/6
Bureau [2]   61/8 62/2
busy [2]   24/23 25/10
buying [1]   18/4
bystander [1]   58/5

**C**

car... [6]  29/24 29/24 30/8 38/11 57/12 58/5
care [1]  29/6
career [1]  18/2
carefully [1]  10/7
cares [1]  59/17
carried [2]  10/2 57/8
carry [2]  34/15 36/13
carrying [1]  58/19
cars [2]  25/9 25/12
case [47]  1/4 2/5 2/7 6/5 6/19 6/24 7/15 8/1 8/3 8/9 8/19 9/4 9/11 9/15 10/9 17/12 23/20 23/25 34/7 36/12 36/14 39/6 42/6 43/10 43/14 43/17 44/1 44/21 45/6 45/10 45/11 49/5 49/24 49/24 50/6 50/7 52/3 53/6 53/16 53/22 56/14 57/1 58/21 59/6 59/7 60/22 62/24
cases [5]  6/10 6/15 8/20 10/5 47/15
casually [1]  31/23
catch [1]  62/12
category [5]  20/21 22/10 42/9 60/12 60/13
Category III [2]  20/21 42/9
CATHERINE [2]  1/11 52/12
Catherine Blake [1]  52/12
caught [1]  27/19
causation [2]  17/24 18/22
CCB [2]  1/4 2/7
CCB-16-0267 [1]  1/4 2/7
CDF [2]  58/18 60/2
cell [7]  14/11 15/11 28/24 29/1 30/3 30/17 32/15
cell phone [2]  14/11 32/15
cell phones [2]  28/24 29/1
cell site [1]  30/3
CELL-2A [1]  15/11
CELL-5A [1]  30/17
certain [3]  11/4 20/12 20/13
certainly [13]  5/22 13/21 19/6 42/6 42/23 44/4 44/25 47/22 50/22 51/4 58/6 58/9 58/13
Certified [1]  64/20
certify [1]  64/14
cetera [1]  53/7
chance [2]  4/18 10/7
change [4]  11/16 45/19 58/25 63/7
changed [1]  45/20
changing [1]  27/7
character [1]  53/9
characterization [1]  49/10
charge [1]  40/14
charged [2]  6/21 50/5
charges [3]  34/14 35/22 61/12
check [3]  8/4 8/23 20/17
checked [1]  8/3
checks [1]  8/13
Chesapeake [2]  51/3 59/24
Chesapeake Detention [2]  51/3 59/24
Chief [1]  52/12
Chief Judge [1]  52/12

child [2]  52/18 54/20
choice [1]  58/10
choices [1]  59/14
chopper [1]  27/22
chose [1]  47/2
Christian [2]  1/20 2/10
Christian Aanonsen [2]  1/20 2/10
Christina [2]  1/15 2/8
Christina Hoffman [2]  1/15 2/8
Circuit [2]  6/10 63/2
circumstances [7]  7/16 10/7 20/14 44/15 59/15 61/1 61/21
cite [1]  9/2
citizen [1]  53/18
City [1]  52/16
civilian [1]  53/18
clear [10]  5/24 26/24 32/21 35/18 35/19 37/5 39/4 56/22 57/8 63/5
clearly [10]  7/8 10/13 15/7 26/9 26/20 29/17 30/12 32/24 39/13 56/16
client [4]  4/18 7/6 12/15 48/3
close [1]  3/10
closing [3]  37/21 38/2 40/16
cocaine [2]  5/10 34/19
code [1]  32/19
coded [1]  32/13
coincidence [1]  27/25
color [1]  27/8
come [3]  22/3 35/12 55/8
comes [2]  13/24 17/15
comment [1]  13/19
commented [1]  51/10
commercial [1]  48/8
commit [5]  25/16 25/18 33/7 33/7 43/4
commits [1]  24/16
committing [2]  33/21 49/17
commonly [1]  15/2
communicating [1]  29/17
community [1]  47/10
comparison [3]  6/16 49/21 50/9
complete [1]  25/2
completed [1]  6/23
completely [4]  50/8 53/21 56/10 59/1
complicated [1]  16/22
concerning [1]  55/16
concerns [1]  4/13
concrete [2]  7/9 7/9
concurrent [2]  61/14 61/16
conditions [1]  51/5
conduct [15]  7/8 20/12 24/7 24/13 24/15 25/6 33/12 36/3 38/10 38/15 40/11 42/23 42/24 56/16 60/10
conference [2]  55/14 55/16
conferred [2]  51/20 51/21
connected [3]  7/4 10/17 10/17
consecutive [5]  23/3 23/9 23/13 36/24 61/18
consequences [1]  55/22
consider [6]  22/17 42/16 55/21 59/13 60/9 61/5

consistent [1]  60/21
consolidated [1]  62/25
conspiracy [16]  5/7 5/8 6/4 6/15 6/21 7/23 8/1 8/20 12/24 13/4 28/10 33/22 42/1 53/22 56/9 61/11
contained [2]  14/12 17/15
context [2]  20/12 43/14
continued [2]  34/14 34/15
contraband [1]  58/19
contradicting [1]  53/14
contrary [2]  36/1 49/12
contribute [1]  46/14
controlling [1]  61/4
conversation [3]  28/14 28/20 53/8
converted [1]  13/17
convicted [2]  7/8 63/15
conviction [9]  5/15 20/7 20/14 20/19 21/3 21/4 21/4 21/15 21/18
convictions [4]  5/6 62/22 63/4 63/23
cooperate [2]  44/3 44/4
cooperating [1]  55/17
cooperation [1]  52/23
correct [11]  16/6 20/16 21/1 21/25 22/6 22/7 37/25 43/24 56/5 62/16 64/15
correctly [4]  11/10 13/15 20/10 57/2
corroborate [2]  26/25 27/4
corroborated [1]  27/5
corroborates [1]  27/25
corroborative [1]  27/13
could [5]  21/15 26/9 35/11 47/14 58/4
couldn't [8]  25/21 25/23 27/14 27/14 38/1 51/16 51/17 56/12
counsel [8]  2/9 5/22 12/25 15/19 21/21 45/10 55/18 60/17
counsel's [1]  7/2
counseling [1]  48/17
count [27]  5/7 5/7 5/8 5/9 5/10 5/11 5/12 22/24 22/25 22/25 23/1 23/9 23/14 36/23 56/3 56/8 56/9 61/7 61/9 61/10 61/15 61/17 61/19 62/6 62/7 62/17 63/11
Count 1 [5]  5/7 22/25 56/8 61/7 61/9
Count 16 [1]  5/8
Count 2 [4]  5/7 22/25 56/9 61/10
Count 30 [1]  5/9
Count 31 [3]  5/10 62/6 62/17
Count 32 [9]  5/11 5/12 23/1 23/9 23/14 36/23 56/3 61/17 63/11
Count Number 31 [1]  61/15
counted [1]  20/13
counts [9]  2/24 5/14 5/14 36/23 54/8 63/1 63/1 63/8 63/10
Counts 1 [3]  5/14 63/1 63/1
Counts 16 [1]  63/8
coupe [1]  27/11
couple [2]  30/23 59/23

Case 1:16-cr-00267-LKG   Document 1469   Filed 05/18/20   Page 69 of 83

# C

course [17]  3/19 4/7 10/4
29/13 29/16 29/20 33/10 33/23
49/15 50/12 52/8 52/23 53/19
58/3 60/17 61/23 63/19
court [34]  1/1 1/24 3/5 5/2
9/12 17/20 17/23 18/11 18/14
21/1 21/10 33/3 34/4 36/16
36/22 36/23 40/25 42/5 43/11
44/2 44/2 44/22 45/4 46/19
47/18 55/15 58/17 60/2 60/9
62/25 63/1 64/7 64/13 64/21
Court's [2]  28/5 62/20
courthouse [2]  47/13 58/12
courtroom [4]  1/9 39/9 41/14
45/24
cover [1]  51/2
CR [1]  21/18
crack [3]  5/10 34/19 57/2
crack cocaine [2]  5/10 34/19
crazy [1]  46/12
creates [1]  56/19
credibility [1]  26/23
credit [1]  20/25
crime [2]  5/12 59/21
criminal [14]  1/4 19/11 19/24
20/21 22/10 34/13 41/24 42/7
42/8 42/23 42/23 43/4 53/5
59/1
cross [5]  5/19 17/21 26/15
38/3 47/1
cross-examination [1]  17/21
cross-examine [2]  26/15 38/3
cross-issue [1]  47/1
cross-reference [1]  5/19
crowded [1]  34/18
CRR [3]  1/23 64/14 64/19
crucial [1]  31/21
culpability [2]  33/4 60/9
culpable [1]  24/15
culture [2]  51/15 51/23
current [1]  20/4
currently [1]  54/23
custody [1]  61/8
customer [14]  14/14 14/17
15/1 15/3 15/4 15/7 15/8 16/2
16/19 16/20 16/24 16/25
customers [1]  14/13
cut [1]  39/22
cuts [1]  12/1

# D

D.G [2]  10/25 24/10
D.J [3]  10/24 24/10 24/25
danger [6]  35/1 35/19 41/21
47/20 47/20 49/25
Dante [5]  43/15 43/23 49/15
49/19 49/22
Dante Bailey [5]  43/15 43/23
49/15 49/19 49/22
DATE [1]  64/21
daughter [3]  47/11 47/17
52/15
daughter's [1]  54/15
DAVIS [95]  1/5 2/7 2/15 2/21
5/19 5/23 9/23 10/16 11/4
12/7 12/17 13/5 14/11 14/17
14/25 15/6 15/8 16/19 17/1

18/9 19/21 21/2 28/14 28/20
23/3 29/10 29/15 29/1 30/1
30/20 30/24 31/3 31/5 31/7
31/21 31/22 32/1 32/2 32/7
32/9 32/11 32/12 32/13 32/16
32/22 33/11 34/8 37/21 38/13
38/20 38/21 38/23 39/4 39/18
40/1 40/10 40/16 41/15 41/23
41/25 42/20 43/1 43/14 44/9
44/13 44/25 45/7 45/20 45/23
46/1 46/25 47/19 48/5 48/24
49/6 49/15 49/23 51/1 51/11
51/25 52/13 52/18 55/4 56/7
56/10 56/22 57/3 57/7 57/17
58/22 59/22 60/25 61/7 63/15
63/22
Davis's [11]  2/11 6/1 18/24
28/23 31/17 33/4 43/6 57/15
57/22 59/12 61/21
day [8]  14/16 29/20 30/13
30/16 30/19 31/14 35/24 40/17
daylight [1]  24/24
days [7]  15/6 16/18 28/13
29/13 29/16 64/1 64/8
deadly [1]  36/8
deaf [1]  29/15
deal [4]  2/22 10/6 34/14 47/4
dealer [3]  32/3 32/8 40/21
dealers [1]  32/17
dealing [2]  42/23 49/3
deals [1]  14/22
death [2]  25/7 33/13
decade [1]  54/3
decades [2]  52/21 54/3
decision [2]  52/1 62/20
decisions [2]  54/1 54/2
defendant [27]  1/6 1/17 6/13
6/20 7/19 7/20 7/21 8/5 24/15
25/13 25/16 27/7 27/10 27/18
28/6 28/14 33/20 34/2 35/1
35/18 36/8 36/14 49/25 50/3
55/17 60/1 63/3
defendant's [4]  24/7 24/12
24/14 28/2
defendants [1]  41/14
defense [3]  4/8 7/2 60/17
degree [11]  5/25 8/24 8/25
9/4 9/6 9/10 9/10 9/14 9/14
10/21 58/1
demonstrated [2]  36/14 38/2
deny [1]  4/4
depart [1]  19/7
departure [2]  17/12 18/17
deserve [1]  54/19
designated [2]  61/23 62/3
desire [1]  48/11
destroy [1]  57/4
detectable [1]  62/15
detectives [1]  53/7
Detention [2]  51/3 59/24
deter [2]  34/13 58/22
determined [1]  63/2
deterred [4]  34/3 35/5 36/15
59/8
deterring [1]  59/22
deters [1]  50/14
detox [4]  15/9 15/25 18/8
18/23
did [35]  3/9 6/9 6/9 6/13

6/22 7/11 7/11 7/13 7/23 8/4
8/5 8/49/5 9/12 9/12
23/20 25/2 25/18 25/25 27/11
34/22 34/23 35/11 38/25 44/18
44/24 47/11 49/13 50/1 51/18
57/24 58/15 60/14 62/11
didn't [19]  21/4 25/16 26/5
26/14 27/2 27/3 34/12 34/13
37/17 38/3 39/1 44/3 44/4
44/4 44/24 45/18 46/12 47/1
54/5
died [2]  38/16
difference [6]  24/12 38/10
38/15 38/16 39/2 57/21
different [8]  11/15 18/5
26/24 28/25 33/19 39/21 60/12
60/13
differently [3]  24/2 57/25
62/11
difficult [2]  54/24 55/20
diploma [1]  52/17
Diplomate [1]  64/20
direct [1]  26/2
directed [1]  13/6
directly [4]  6/10 29/10 29/11
43/17
disagree [1]  12/14
disagreement [1]  20/6
disagrees [1]  57/17
discussed [3]  14/10 35/13
35/14
discussing [1]  5/6
dismiss [1]  63/14
dismissed [1]  63/18
disorder [2]  46/24 47/1
disparities [1]  49/13
disposable [1]  41/10
disposable razor [1]  41/10
disproportionate [1]  44/11
dispute [1]  5/16
disputed [1]  56/18
disputes [1]  19/19
disregard [2]  50/10 50/17
distinct [1]  39/8
distribute [1]  5/10
distribution [1]  34/19
district [3]  1/1 1/1 6/16
DIVISION [1]  1/2
do [53]  2/5 4/22 5/15 6/3 6/5
8/10 8/20 13/19 13/25 14/3
15/13 17/13 19/10 19/11 20/22
21/1 21/17 23/24 24/3 31/19
34/3 37/7 38/13 38/25 41/17
42/24 47/11 47/15 48/11 48/17
49/22 49/23 50/20 50/22 50/23
52/2 52/6 54/8 54/24 55/24
56/5 56/23 58/7 58/23 59/13
59/18 60/3 60/11 60/23 61/21
64/2 64/4 64/14
document [3]  3/1 15/14 16/23
Document 1202 [1]  3/1
does [10]  12/7 12/15 18/6
21/2 21/3 40/21 43/14 44/14
44/14 62/14
doesn't [12]  29/10 29/11
29/18 33/3 35/22 39/18 39/22
40/21 42/9 43/23 46/1 54/19
doing [7]  6/9 30/22 40/20
46/15 51/11 56/22 59/19

## D

don't [46]   4/15 9/22 10/2
10/6 10/19 12/11 17/16 18/11
18/17 18/20 18/21 19/20 21/8
25/5 31/23 35/16 35/24 39/5
39/25 40/2 40/20 41/1 41/5
41/8 41/19 41/19 43/1 43/2
43/16 49/10 49/19 49/21 50/8
50/11 50/15 50/22 52/2 52/4
53/25 54/9 54/16 58/18 58/24
59/17 59/23 60/5
done [4]   10/5 10/14 35/25
59/16
Dontray [3]   44/1 44/1 50/1
Dontray Johnson [3]   44/1 44/1
50/1
doors [1]   32/18
doubt [8]   3/25 4/2 6/13 25/5
28/8 42/15 53/17 59/18
Douglas [3]   1/23 64/14 64/19
down [4]   30/23 33/18 35/21
37/14
drive [2]   30/4 51/16
driver's [1]   48/9
drug [21]   5/12 12/24 13/17
14/13 14/14 14/17 15/7 16/2
18/1 30/5 32/3 32/8 32/13
32/17 40/21 42/23 47/5 48/16
56/9 56/20 61/11
drug-trafficking [1]   5/12
drugs [24]   13/2 13/11 15/2
15/4 15/7 15/8 18/2 18/4 18/9
18/24 28/18 28/19 34/14 36/9
40/16 40/17 40/23 49/3 56/17
56/24 56/25 57/3 59/8 62/7
dub [1]   16/13
due [1]   53/23
dumb [2]   25/2 27/12
during [8]   12/3 37/21 38/2
42/13 44/23 52/23 53/19 59/6

## E

e-mail [3]   45/9 50/20 50/21
each [2]   26/25 61/19
earlier [2]   16/23 57/14
ears [1]   29/15
easily [1]   58/4
easy [2]   38/25 51/4
echelons [1]   44/10
education [1]   47/8
educational [1]   51/6
effect [1]   53/15
effort [1]   46/9
eight [1]   52/23
eight-week [1]   52/23
either [8]   8/19 8/23 13/5
38/24 42/24 48/8 49/17 50/9
elaborate [1]   30/10
elders [2]   39/9 49/1
electrical [1]   48/9
electrician [1]   55/2
electrician's [1]   48/10
elicited [1]   34/20
eligible [1]   62/1
Ellis [1]   26/8
else [4]   31/25 55/5 62/18
63/13
emphasis [1]   40/10

employee [1]   53/18
enable [1]   48/13
encouraging [1]   59/11
end [5]   3/11 18/3 23/3 23/4
23/4
endangered [1]   25/8
ended [4]   15/9 15/25 18/7
18/7
ending [1]   16/4
Enemy [1]   53/5
engaged [3]   40/10 42/22 57/7
engaging [1]   50/14
enhancement [4]   11/11 11/18
13/25 35/9
enough [2]   40/3 41/20
entails [1]   38/11
entered [1]   21/18
entire [1]   52/19
entitled [2]   63/3 64/16
equivalent [1]   19/1
especially [1]   44/18
Esquire [3]   1/15 1/15 1/18
essence [1]   9/16
essentially [8]   5/14 5/19
9/17 25/22 45/12 45/14 56/23
58/10
et [1]   53/7
et cetera [1]   53/7
evade [1]   46/8
evaluate [2]   18/21 19/3
even [12]   6/21 10/2 18/6
20/12 33/3 35/4 35/20 35/21
40/2 42/8 44/23 53/8
ever [2]   39/25 43/2
every [3]   24/15 55/15 60/1
everyone [3]   2/3 5/13 21/24
evidence [53]   3/6 3/10 3/17
3/23 4/1 4/2 5/24 6/22 6/24
7/3 8/7 9/13 9/21 9/22 9/25
10/17 10/19 12/7 12/15 12/16
14/7 17/10 17/11 18/14 19/5
27/17 28/1 28/6 28/11 32/5
32/21 35/1 35/16 35/18 37/4
37/6 37/10 38/6 38/12 39/22
39/5 41/1 41/20 43/1 43/3
43/17 45/18 45/19 49/4 51/13
53/13 57/15 58/14
evidentiary [1]   9/21
exactly [4]   26/1 31/11 57/22
62/2
examination [3]   17/20 17/21
44/23
examine [2]   26/15 38/3
examining [1]   37/11
exchange [1]   16/17
exchanged [1]   29/20
exchanges [1]   16/24
exchanging [1]   30/13
exerted [1]   46/10
exhibit [4]   15/11 21/18 21/23
30/17
Exhibit CR-2 [1]   21/18
existed [1]   27/14
expect [1]   37/17
expected [1]   37/17
experience [2]   18/1 25/12
explain [1]   55/24
explicitly [3]   35/13 35/13
62/25

extent [6]   19/3 19/5 25/19
39/15 49/13 56/18
extremely [8]   34/3 36/4 46/22
56/6 57/1 57/5 58/3 58/14
eyes [1]   54/7

## F

face [3]   20/13 35/15 35/15
faces [2]   7/6 7/7
facilities [1]   48/7
facility [4]   51/3 54/25 59/24
61/24
facing [2]   34/13 35/21
fact [21]   4/22 6/24 9/9 11/6
12/2 12/19 18/3 26/9 29/12
30/10 30/12 34/16 38/23 38/24
39/16 40/10 40/14 44/16 47/20
51/2 51/23
factor [6]   22/17 56/4 57/5
60/5 61/5 63/6
factors [3]   23/22 36/11 50/4
facts [6]   4/23 7/12 14/23
23/19 35/10 49/24
factual [1]   26/7
failed [2]   54/8 62/12
fair [4]   49/10 49/21 50/8
53/23
faith [3]   40/25 41/12 60/18
fall [1]   7/8
falling [1]   29/15
false [1]   53/3
familiar [1]   8/18
families [1]   57/4
family [11]   29/6 45/24 46/13
46/14 46/15 51/17 54/13 59/12
59/15 59/16 59/17
far [5]   19/12 53/25 56/8 59/3
59/11
father [4]   46/12 47/11 52/14
54/19
FCRR [1]   1/23 64/14 64/19
February [3]   34/17 42/3 51/3
February 24th [2]   42/3 51/3
federal [5]   1/24 35/20 40/14
53/24 64/21
feds [1]   34/10
feel [1]   53/21
feeling [1]   39/8
fellow [1]   24/19
few [2]   28/13 48/22
field [3]   25/24 26/4 26/10
fields [2]   26/3 26/11
file [2]   64/4 64/7
filing [1]   63/25 64/5 64/8
final [3]   35/24 52/1 62/19
finally [2]   22/9 27/16 34/16
financial [1]   61/21
find [7]   6/10 9/9 10/19 18/10
28/5 58/13 62/25
finding [9]   7/5 9/18 10/20
12/17 17/23 18/15 18/17 19/12
20/1
findings [1]   22/14
fine [2]   21/23 61/22
finger [1]   37/14
fire [5]   15/1 16/20 16/21
17/3 30/9
firearm [2]   5/9 5/9
firearms [5]   13/4 13/23 28/2

## F

firearms... [2]  33/15 61/12
fired [1]  24/22
first [18]  2/22 5/14 5/16
  5/25 6/17 8/24 9/4 9/10 9/14
  10/21 24/9 25/25 26/5 28/12
  29/3 34/5 56/8 58/1
first-degree [1]  58/1
first-degree murder [6]  5/25
  8/24 9/4 9/10 9/14 10/21
five [7]  5/14 20/20 23/3 36/6
  36/24 49/18 63/11
five-year [1]  36/24
flaunting [1]  33/15
fled [2]  34/8 34/8
floor [1]  1/24 32/19
focus [1]  23/22
folks [1]  57/23
follow [1]  37/22
followed [1]  63/10
force [1]  34/22
forced [1]  51/19
foregoing [1]  64/15
forensic [2]  38/19 38/22
foreseeability [5]  8/21 9/13
  9/24 28/21 39/20
foreseeable [13]  5/23 6/6 6/8
  6/12 6/20 8/14 9/5 10/15 28/9
  32/22 32/25 33/11 57/3
Forest [2]  42/11 52/20
Forest Park [1]  52/20
Forest Park Avenue [1]  42/11
formed [1]  24/17
forth [8]  4/25 16/7 17/11
  19/24 29/13 29/16 38/17 41/3
fortunately [1]  11/7
forward [1]  3/17
found [19]  6/6 6/7 6/12 6/19
  8/6 8/13 8/22 14/18 25/17
  29/24 38/21 39/20 41/2 41/6
  41/10 56/17 57/1 57/11 58/10
foundation [1]  17/22
Fourth [2]  6/10 63/2
Fourth Circuit [2]  6/10 63/2
FR [1]  31/5
frankly [11]  3/4 17/25 18/25
  37/16 37/20 37/24 39/10 39/21
  42/14 51/13 56/12
Frazier [25]  27/10 28/15
  28/16 28/23 29/4 29/5 29/14
  29/19 29/23 30/11 30/15 30/20
  30/21 30/23 31/3 31/7 31/9
  31/16 31/20 31/21 32/6 32/8
  32/11 39/5 39/17
Frazier's [3]  28/24 30/3 43/7
free [1]  56/10
free-choice [1]  56/10
Friday [1]  1/8
friend [1]  27/23
friends [4]  27/20 39/5 39/14
  59/17
FRL [1]  31/9
front [4]  6/18 8/1 39/9 59/3
Frye [1]  45/6
fugitive [7]  34/5 34/9 34/10
  34/12 35/4 40/11 59/7
full [1]  35/20
fully [1]  53/25

## G

G35 [1]  27/11
gang [11]  24/19 33/5 33/6
  33/20 33/24 36/5 40/22 42/24
  42/25 49/1 51/20
gang's [1]  33/12
gap [1]  40/7
Garner [3]  1/20 20/24 21/11
gas [2]  26/8 26/10
gave [1]  8/24
general [2]  3/16 9/21
generally [2]  26/22 56/21
Gerald [1]  9/7
get [19]  19/10 22/21 27/23
  30/5 30/24 31/3 37/1 46/23
  47/4 47/5 47/8 47/8 47/8 48/8
  48/12 48/19 51/6 53/25 54/18
gets [5]  15/6 24/8 32/14
  33/16 36/4
getting [3]  29/17 31/13 31/14
GGs [1]  30/22
give [5]  10/6 20/23 22/10
  31/10 55/9
given [6]  30/10 36/14 44/19
  46/9 46/25 48/18
gives [2]  27/17 46/23
Glock [1]  57/12
go [7]  18/8 41/16 45/21 47/14
  54/19 54/20 54/25
goal [1]  47/10
goes [7]  33/4 33/15 39/6
  40/20 44/20 48/12 58/21
going [20]  12/5 17/25 23/19
  23/19 27/2 27/3 29/12 29/18
  32/2 34/2 37/4 38/13 44/18
  45/23 52/3 55/8 55/24 60/15
  61/7 62/2
good [12]  2/3 2/13 2/14 30/20
  31/8 40/19 48/18 52/12 57/24
  59/16 60/18 60/18
got [9]  16/4 16/7 24/20 30/24
  31/3 31/10 41/6 42/19 46/6
gotta [1]  30/21
gotten [1]  37/23
Government [37]  3/14 4/14 6/2
  6/12 6/22 7/17 11/10 13/10
  17/11 17/18 20/9 20/16 21/14
  37/3 38/7 38/17 41/23 43/9
  43/11 45/4 45/8 45/17 45/19
  47/23 50/6 50/14 51/10 53/2
  53/10 53/15 54/7 54/11 57/14
  60/16 60/23 62/21 62/22
Government's [10]  3/10 4/7
  13/13 15/11 17/23 21/7 30/17
  41/3 42/21 44/19
Government's Exhibit [2]
  15/11 30/17
grab [2]  29/6 29/18
gradation [1]  8/25
grams [1]  57/2
graze [1]  12/1
grazed [1]  24/25
great [3]  10/6 40/9 47/4
greater [2]  61/3 63/12

## green [2]  16/13 17/2

greeted [1]  49/9
grew [5]  39/13 42/10 43/7
  43/8 59/14
gross [1]  44/14
grounds [3]  17/13 18/13 37/6
group [10]  5/15 12/24 19/13
  19/13 19/16 39/12 42/17 44/10
  46/9 51/14
Group 2 [1]  19/13
Group 3 [1]  19/13
Group 4 [2]  12/24 19/16
grouping [2]  21/25 22/4
groups [5]  10/23 10/24 11/1
  12/21 22/25
growing [1]  59/13
guess [2]  20/16 21/5
guideline [14]  6/5 6/11 7/12
  8/12 11/21 14/8 14/22 19/2
  19/11 19/18 22/17 23/10 35/8
  61/5
guidelines [18]  3/23 4/12
  4/21 5/13 13/20 20/10 22/22
  22/24 23/2 24/1 24/3 24/11
  33/4 43/10 56/1 60/22 61/4
  63/6
guilt [1]  54/7
guilty [8]  6/14 8/7 44/1 44/2
  44/5 50/1 50/3 55/15
gun [9]  5/11 13/14 20/7 20/7
  24/18 34/25 59/5 59/5 59/8
gun-related [1]  20/7
guns [4]  29/7 29/8 29/18
  56/18

## H

had [35]  4/18 11/15 14/15
  14/15 14/18 14/25 15/1 15/3
  15/3 17/19 21/3 24/18 26/19
  27/10 28/18 28/18 29/5 34/17
  38/23 39/11 40/2 41/7 41/15
  42/24 45/5 45/6 45/19 45/19
  51/14 53/15 54/20 59/5 59/9
  59/13 63/9
hadn't [1]  59/8
half [1]  31/18
hand [5]  7/25 10/23 31/1 58/3
  59/2
handgun [3]  20/2 20/8 20/18
Handing [1]  15/20
hands [1]  12/1
hanging [1]  25/13
happened [2]  7/4 29/4
happily [1]  49/6
happy [2]  15/18 22/18
hard [3]  20/25 59/13 60/11
hardened [3]  41/23 42/6 59/1
harm [1]  41/11
has [41]  4/18 8/21 8/22 10/2
  10/5 10/14 14/23 16/19 17/11
  17/18 20/6 20/9 21/14 24/2
  25/17 31/21 36/13 36/14 37/3
  42/21 45/24 46/6 46/19 47/4
  47/5 47/7 47/19 47/24 51/1
  51/2 51/10 52/18 54/20 55/22
  56/23 58/1 59/4 59/16 59/18
  59/19 60/24
hasn't [1]  45/20
hate [1]  20/23

**H**

have [73]   2/21 3/25 4/6 4/7
 4/8 4/10 5/6 10/8 14/16 15/13
 16/13 17/16 18/11 18/20 18/21
 19/4 19/6 19/10 19/11 20/2
 20/20 21/17 22/8 22/9 22/17
 25/11 25/23 26/20 27/9 27/14
 32/7 35/14 35/16 35/25 38/1
 38/20 38/21 39/24 41/1 41/19
 42/1 42/10 43/1 43/3 44/7
 44/18 46/12 47/3 50/20 52/2
 52/3 52/4 52/6 54/3 54/7
 54/16 55/25 57/17 58/5 58/10
 59/2 59/15 60/2 60/9 60/18
 62/4 63/5 63/23
haven't [1]   18/19
having [5]   10/7 18/1 18/8
 27/22 53/21
Hazlehurst [27]   1/18 2/15 3/3
 4/16 8/17 12/4 13/20 17/5
 18/16 20/22 25/21 25/22 26/6
 26/13 26/14 27/16 29/9 35/8
 36/20 48/2 50/18 51/19 54/20
 57/20 63/20 63/25 64/5
Hazlehurst's [3]   23/23 25/16
 58/23
he [170]   7/6 7/7 7/8 7/11
 7/13 7/22 8/6 10/8 10/20 12/8
 14/15 14/18 15/1 16/19 18/21
 20/20 21/3 21/4 24/17 24/20
 24/22 25/2 25/5 25/8 25/18
 25/23 26/1 26/2 26/2 26/2
 26/3 26/3 26/4 26/4 26/4 26/5
 26/5 26/15 26/16 26/19 26/22
 27/7 27/10 27/11 27/23 28/12
 28/13 28/16 28/18 28/18 29/4
 29/5 29/11 29/17 30/20 32/8
 32/12 32/13 32/14 32/14 32/16
 32/18 33/6 33/14 33/22 33/23
 34/5 34/8 34/8 34/9 34/12
 34/12 34/12 34/13 34/13 34/14
 34/14 34/16 34/17 34/17 34/24
 35/22 35/23 35/25 35/25 36/15
 37/14 37/18 38/1 38/1 38/4
 38/24 40/2 40/11 41/17 41/21
 42/1 42/3 42/4 43/7 43/8 44/3
 44/3 44/5 44/18 44/18 45/18
 46/3 46/6 46/7 46/11 46/11
 46/13 46/14 46/15 47/2 47/4
 47/5 47/7 47/20 47/24 48/8
 48/12 48/12 48/13 48/18 48/19
 48/25 49/2 49/3 49/9 49/11
 49/20 51/2 51/11 51/15 51/16
 51/17 51/19 56/11 56/16 56/17
 56/23 57/8 57/11 57/22 57/24
 58/11 58/15 58/16 58/19 58/25
 58/25 59/4 59/5 59/6 59/7
 59/10 59/13 59/14 59/15 59/16
 59/17 59/18 59/19 60/14 61/23
 62/1 62/3 63/15
he's [22]   27/19 27/20 27/22
 27/23 29/17 30/2 30/7 30/7
 31/22 31/23 32/1 32/1 32/3
 33/18 33/18 34/10 34/11 35/4
 35/21 46/15 58/24 59/24
hear [3]   10/5 17/16 22/18
heard [3]   14/3 20/22 42/12

bearing [1]   17/8
hearsay [1]   1/18
heavy [1]   26/12
heinous [1]   33/8
held [3]   51/24 53/8 54/8
Hell [1]   30/21
help [4]   21/24 29/23 46/15
 55/1
helped [2]   32/8 47/4
her [7]   20/25 20/25 38/6
 54/16 54/16 54/17 54/19
here [15]   2/9 2/10 2/20 6/21
 7/16 11/25 15/13 16/12 18/20
 19/24 20/14 21/25 45/25 56/25
 60/11
hereby [1]   64/14
heroin [5]   16/21 17/1 17/3
 17/4 57/2
high [2]   23/4 52/17
highly [2]   27/13 53/11
him [28]   2/23 9/25 26/16
 26/19 28/9 30/1 30/1 30/5
 32/4 34/4 34/13 34/23 34/24
 34/24 35/21 36/16 41/17 41/18
 45/1 46/2 46/8 46/17 46/20
 47/4 47/9 47/10 47/11 48/13
himself [6]   33/23 36/8 43/19
 44/6 49/17 56/17
his [64]   7/9 7/11 20/19 24/14
 24/15 24/18 24/20 24/25 25/6
 25/6 25/24 26/16 27/8 27/10
 27/19 27/20 27/24 29/9 29/25
 30/5 32/4 32/16 32/24 33/4
 33/14 33/17 34/5 34/9 34/10
 34/12 34/17 34/18 34/19 34/25
 35/23 37/14 41/15 41/16 42/8
 44/14 44/15 44/17 45/24 46/6
 46/12 46/17 46/23 47/11 47/11
 47/16 48/11 49/6 51/17 56/12
 58/4 58/9 58/10 58/20 59/14
 59/15 59/16 59/17 59/17 60/25
history [5]   19/11 19/24 20/21
 22/10 42/8
Hoffman [9]   1/15 2/8 14/4
 23/10 36/19 38/5 40/9 45/12
 48/21
hold [2]   51/7 52/4
holding [1]   5/19
holes [1]   26/22
holla [1]   30/21
home [2]   29/25 54/18
homicide [7]   9/1 9/24 9/25
 10/1 39/8 39/16 39/19
homicides [2]   43/18 43/19
honest [1]   53/21
honestly [4]   37/16 45/16 46/3
 48/11
Honor [73]   2/14 2/19 3/4 3/19
 4/20 4/24 6/3 8/18 9/2 9/8
 9/11 9/16 9/20 11/14 12/5
 12/10 13/21 15/15 17/6 17/7
 17/13 17/24 17/25 18/13 19/22
 20/23 21/2 22/6 22/15 22/21
 23/1 23/18 23/20 23/24 24/2
 25/17 29/1 31/1 36/21 36/22
 37/4 37/9 37/20 38/12 39/4
 39/8 39/21 40/5 40/9 40/13
 40/24 41/13 41/22 44/20 45/2
 45/16 45/22 47/18 48/1 48/5

48/16 50/5 50/10 50/16 50/19
51/1 51/5 51/15 51/21 52/10
 55/6 62/6 63/21
HONORABLE [1]   1/11
hope [1]   59/10
hopefully [2]   48/14 48/19
hospital [4]   12/2 14/18 15/9
 15/25
hospitalization [3]   11/24
 12/20 19/1
hour [1]   31/18
hours [3]   46/2 46/2 46/2
housed [1]   54/23
how [8]   16/1 27/20 28/16
 34/10 41/7 56/23 62/8 64/4
However [2]   8/6 49/19
huge [6]   38/15 38/16 41/12
 43/17 46/6 48/22
human [2]   53/4 54/1
hunting [1]   33/18
hurt [2]   35/22 36/1
Hurtt [7]   6/17 6/22 6/25 7/3
 7/14 8/11 8/19
Hurtt's [1]   7/15
HVAC [1]   55/1
hypothetical [1]   21/6

**I**

I'd [2]   9/16 23/22
I'll [8]   4/12 5/21 11/2 15/10
 16/13 22/12 31/1 55/8
I'm [39]   2/8 3/21 5/17 5/24
 6/2 12/5 14/20 14/20 15/9
 15/18 15/25 16/6 16/12 19/16
 20/7 21/13 21/25 22/18 22/19
 23/19 29/5 29/18 31/7 38/13
 52/14 52/16 52/18 53/11 53/25
 54/9 54/23 55/8 55/24 59/16
 59/18 60/15 61/2 62/8 63/25
I've [6]   12/16 47/12 54/14
 55/20 59/6 59/25
i.e [1]   7/7
idea [2]   39/24 45/17
identified [1]   19/13
identity [1]   43/21
ignore [3]   44/14 44/15 59/23
ignores [3]   27/17 29/12 44/15
II [1]   20/21
III [3]   20/21 22/10 42/9
immediately [1]   34/24
importance [1]   36/12
important [11]   26/25 27/6
 28/10 33/1 34/3 35/7 37/8
 50/25 56/15 57/5 60/8
importantly [1]   24/5
impose [3]   36/23 46/19 47/18
imposed [1]   63/2
imposing [3]   36/17 61/20 63/1
impossible [1]   53/23
imprisoned [1]   48/6
imprisonment [1]   23/25
incarcerated [2]   54/3 54/14
inch [1]   41/9
inches [1]   25/4
incident [4]   11/3 11/18 35/6
 35/12
include [1]   55/16
includes [1]   11/23
including [2]   4/9 57/9

Case 1:16-cr-00267-LKG   Document 1497   Filed 05/18/20   Page 73 of 83

## I

incorporates [1]   3/5
incorrectly [1]   13/17
increase [2]   13/3 13/5
increases [1]   13/14
incredible [1]   46/7
incredibly [1]   33/8
inculcated [1]   46/11
inculcation [1]   51/15
independent [1]   63/2
independently [1]   28/1
indicate [3]   9/13 39/18 40/22
indicated [4]   20/9 23/8 37/19 57/14
indicates [1]   40/22
indicating [3]   37/15 41/14 45/25
indication [1]   8/22
indicia [1]   17/14
indicted [1]   34/7
indictment [5]   34/8 40/11 63/15 63/16 63/17
indisputable [1]   49/16
individual [3]   18/23 52/24 60/25
individually [1]   13/5
individuals [6]   11/5 12/18 25/3 33/24 53/19 57/19
inescapable [1]   45/1
Infiniti [2]   27/8 27/11
inflicting [1]   41/11
influence [1]   44/25
information [3]   19/6 30/3 50/11
informed [1]   15/13
initial [1]   11/16
initiation [1]   43/2
injured [2]   11/7 58/5
injuries [1]   12/3
injury [14]   11/12 11/22 11/23 12/11 12/13 12/19 13/11 14/9 17/13 19/2 19/3 19/5 19/8 19/15
innocence [1]   54/5
innocent [1]   43/20
Instagram [2]   33/14 49/6
instance [1]   12/16
instant [1]   20/15
instant offense [1]   20/15
institutional [1]   60/3
insufficient [4]   12/7 17/12 18/14 53/13
intelligence [2]   46/4 59/18
intended [2]   19/4 25/5
intent [4]   5/10 24/14 24/17 58/4
interested [1]   48/8
interesting [1]   10/5
interpret [1]   10/20
interpreting [2]   6/5 11/10
intersection [5]   24/23 25/9 25/10 26/17 42/12
intervention [3]   11/24 12/2 12/19
introduced [1]   15/12
introducing [1]   52/10
invaded [2]   42/14 42/15
investigate [1]   35/11

involved [9]   20/3 28/5 29/22 30/12 33/22 39/18 39/19 56/16 56/17
involvement [3]   32/24 39/20 40/22
involves [1]   40/18
involving [2]   13/4 59/4
is [223]   2/6 2/9 2/15 3/1 3/2 3/14 5/8 5/11 5/16 5/24 6/4 6/17 7/5 7/25 8/2 8/9 8/11 8/14 9/2 9/3 9/15 10/9 10/12 10/14 10/18 11/2 11/10 11/11 11/13 11/14 11/15 13/15 14/8 14/20 15/1 15/14 15/24 16/1 16/15 16/17 16/21 16/22 16/25 17/2 17/3 17/3 17/8 17/11 17/14 17/24 18/14 18/24 19/1 19/7 19/12 19/25 19/25 20/3 20/3 20/7 20/13 20/16 21/8 22/5 22/17 23/1 23/2 23/8 23/25 24/7 24/15 25/25 26/6 27/2 27/6 27/11 28/1 28/8 28/10 28/20 29/14 29/21 30/6 30/10 30/14 31/2 31/3 31/4 31/5 31/13 31/14 31/14 31/17 31/19 31/21 32/3 32/6 33/1 33/13 34/2 34/2 34/3 34/5 34/25 35/3 35/6 35/9 35/14 35/18 35/24 36/3 36/12 36/17 37/1 37/22 38/4 38/9 38/15 38/16 38/17 38/17 39/2 39/4 39/21 40/3 40/23 41/4 41/11 41/13 41/19 41/20 41/21 41/21 41/25 42/1 42/5 42/10 42/11 42/14 42/17 42/23 43/6 43/6 43/7 43/7 43/9 43/14 44/6 44/13 45/13 45/24 46/3 46/18 46/21 47/10 47/16 47/22 47/23 47/23 48/5 48/8 48/11 48/13 48/18 48/18 48/24 49/5 49/7 49/15 49/16 49/22 49/23 50/1 50/2 50/5 50/20 50/25 51/4 51/4 51/6 51/9 51/13 51/15 51/25 52/13 54/10 54/12 54/18 55/15 55/17 55/17 55/20 56/6 56/8 56/15 57/6 57/20 58/7 58/19 58/25 59/2 59/11 59/12 60/8 60/12 60/13 60/19 60/22 61/2 61/5 61/7 61/8 61/10 61/13 61/14 61/15 61/19 62/3 62/7 62/8 62/14 63/1 64/15 62/7 62/8 62/14 63/1 64/15 isn't [5]   24/12 26/16 36/2 40/8 54/23
issue [4]   6/11 8/21 47/1 47/6
issued [1]   60/10
issues [8]   3/22 3/23 4/12 4/13 4/22 4/23 19/11 62/24
issues/concerns/objections [1]   4/13
it [139]   4/17 6/5 6/18 7/11 8/13 8/22 8/23 9/18 9/18 10/6 10/18 11/1 11/8 12/21 13/3 13/24 14/12 14/18 14/20 15/9 15/13 15/25 16/14 16/22 19/4 19/7 20/9 20/12 21/18 22/2 24/8 25/2 25/3 25/9 25/11 25/19 26/17 27/25 28/1 28/8 29/2 29/12 29/23 30/18 32/23 32/23 33/3 33/4 33/12 33/14

23/17 33/19 34/3 34/4 34/13 34/20 34/3 35/4 35/12 35/14 35/18 36/4 37/16 37/25 38/13 38/25 38/25 39/4 39/8 39/22 39/25 39/25 40/1 40/8 40/21 40/22 41/13 42/1 42/8 42/15 42/16 42/24 43/14 43/24 44/9 44/11 44/14 44/14 44/16 44/18 44/20 44/24 44/25 44/25 45/9 45/16 45/19 45/20 45/20 46/23 46/24 46/25 47/1 47/3 47/13 47/14 47/15 49/1 49/2 49/11 50/1 50/14 50/22 50/24 51/22 51/22 51/23 52/4 53/22 54/4 54/6 54/22 55/15 55/21 55/22 56/12 57/11 58/4 58/14 58/19 60/8 60/19 62/10 62/14 62/15 63/5 64/1 64/7
it's [55]   3/1 3/9 9/16 9/17 10/4 10/11 12/9 16/2 17/19 19/3 21/22 23/13 23/25 24/3 24/4 24/5 26/24 29/14 29/15 31/11 31/11 31/20 31/20 32/24 34/25 35/3 35/4 35/6 36/4 36/10 36/10 37/5 40/3 40/18 40/19 43/24 43/25 44/21 47/12 47/12 49/10 49/21 50/11 50/22 50/23 54/24 56/13 56/22 57/8 58/3 58/5 58/24 59/25 60/5 60/11
its [5]   20/13 33/6 33/20 41/22 45/18

## J

J5 [1]   32/11
jail [10]   27/5 27/9 27/14 27/20 32/10 32/12 32/12 35/12 46/17 49/8
jail call [4]   27/5 27/9 27/14 32/10
jail calls [3]   27/20 35/12 49/8
January [1]   45/9
January 31st [1]   45/9
Jimmy [2]   29/6 29/7
Jimmy Macks [2]   29/6 29/7
JKB [4]   6/18 8/3 9/2 9/8
JKB-14-0479 [2]   6/18 9/2
JKB-16 [1]   9/8
JKB-16-0363 [1]   8/3
job [2]   47/8 51/7
Johnson [19]   5/20 6/7 9/7 10/1 10/18 10/21 28/4 28/17 28/18 29/25 31/18 31/22 32/22 39/7 44/1 44/1 50/1 50/5 60/13
JUDGE [11]   1/11 6/18 7/5 7/11 7/18 8/2 8/5 8/6 8/10 10/5 52/12
Judge Bredar [8]   6/18 7/5 7/11 7/18 8/2 8/5 8/6 10/5
Judge Bredar's [1]   8/10
judgment [5]   2/25 3/10 4/5 53/9 59/11
jumped [1]   43/2
jurors [1]   53/10
jury [15]   2/23 6/6 6/11 6/19 8/3 8/12 9/4 9/9 9/13 10/14 34/21 39/20 53/22 56/17 57/1

**J**

jury's [7]   3/18 4/1 8/22
  10/20 12/25 24/4 56/14
just [47]   5/21 7/23 9/20 10/2
  10/11 11/20 13/12 14/16 14/18
  15/7 22/17 22/22 23/13 23/24
  26/6 30/22 32/3 35/24 36/2
  36/15 37/2 40/22 41/7 42/17
  43/13 43/23 43/25 44/9 44/11
  48/3 48/22 49/10 49/14 50/10
  50/16 50/19 51/2 51/5 51/10
  51/23 52/22 54/13 56/4 56/7
  62/15 62/19 64/7
justice [7]   11/11 13/9 13/25
  35/9 35/17 35/20 58/8
juvenile [2]   20/1 59/4

**K**

keep [2]   46/20 52/24
kickin' [1]   32/18
kiddie [1]   39/10
kidnap [1]   28/17
kill [8]   12/17 24/17 25/3
  25/6 32/4 38/24 57/3 57/24
killed [2]   11/7 58/5
kilo [1]   57/2
kind [3]   35/13 50/14 58/19
knew [6]   34/8 34/12 34/13
  41/17 45/20 56/23
know [36]   8/20 10/6 16/2
  24/17 24/20 24/22 24/25 25/17
  27/2 27/3 29/7 31/9 31/23
  32/5 32/10 33/10 33/12 33/14
  33/17 33/19 38/19 39/25 40/2
  41/5 41/8 48/25 49/20 51/24
  53/8 54/12 56/1 57/3 57/22
  58/15 58/18 59/5
knowing [4]   33/6 33/7 33/20
  33/21
knowingly [1]   19/4
knowledge [3]   44/3 53/24
  53/24
known [2]   27/14 41/15
knows [5]   36/22 44/2 45/4
  46/15 50/5

**L**

labeled [1]   41/23
lack [5]   17/22 51/6 51/7
  53/23 53/24
Lafler [1]   45/6
language [2]   11/21 32/13
large [1]   54/15
Lashley [1]   25/21 25/23
  25/25 26/15 26/19 27/2 27/3
  28/14 37/11 37/12 38/1
Lashley's [2]   28/12 37/9
last [3]   20/15 45/22 51/9
late [1]   58/20
later [3]   11/19 15/6 22/13
Lauren [2]   1/15 2/9
Lauren Perry [2]   1/15 2/9
law [5]   6/5 10/9 36/17 53/24
  57/25
lawyer [1]   54/4
Laying [1]   32/19
leading [2]   15/22 30/13
leap [4]   40/7 40/25 41/12

**45/18**

leaps [1]   38/5
learn [1]   59/10
least [10]   8/21 11/6 18/1
  20/18 20/24 24/22 44/3 44/23
  57/2 58/13
led [1]   7/16
left [3]   30/7 30/22 62/4
legal [2]   21/6 62/4
lengthy [1]   61/2
leniency [1]   53/20
Lenity [2]   9/17 10/11
let [4]   4/6 13/12 48/3 53/1
let's [2]   5/5 19/10
letter [8]   3/5 4/25 5/1 21/10
  21/10 21/10 42/18 44/22
letters [1]   4/9 45/25
level [20]   5/17 5/18 5/25
  10/14 10/22 11/8 11/21 12/18
  12/22 13/1 13/13 13/16 14/6
  19/14 19/18 22/1 22/8 22/9
  43/23 46/9
Level 43 [2]   5/18 5/25
levels [3]   11/12 11/20 22/2
license [1]   48/9
life [20]   7/7 7/14 8/5 18/2
  23/25 36/17 43/9 44/13 45/21
  46/17 49/20 49/20 49/23 52/19
  54/2 54/3 54/15 58/2 60/23
  62/14
lifestyle [1]   46/8
lifetime [1]   52/16
light [2]   30/8 62/20
Light Rail [1]   30/8
like [16]   3/2 5/22 6/21 15/15
  22/18 23/16 23/22 31/10 37/2
  38/21 43/25 46/12 52/1 52/6
  52/10 53/5
likely [1]   13/3
limited [1]   59/14
line [1]   7/18
links [1]   38/20
listen [2]   11/2 42/17
literally [1]   25/3
little [6]   11/15 19/24 37/17
  37/18 56/13 60/11
lived [2]   42/13 51/17
lives [1]   25/8
living [1]   48/13
lo [1]   27/9
loaded [4]   34/17 34/18 57/9
  59/7
lockup [1]   58/18
logo [1]   27/23
Lombard [1]   1/24
long [6]   14/13 34/4 36/17
  41/7 45/23 46/22
look [4]   10/7 15/18 53/4 59/2
lookin' [1]   31/8
looking [5]   5/17 14/20 15/10
  37/12 45/14
lost [1]   14/16
lot [6]   28/18 33/10 33/19
  36/13 44/22 55/21
loved [1]   54/13
low [1]   23/4
lowering [1]   60/6
luck [1]   25/2
luckily [1]   11/25

**lyrics [1]   32/16**

**M**

M signs [1]   49/7
M's [1]   51/12
ma'am [1]   55/3
Macks [2]   29/6 29/7
made [17]   12/9 12/9 15/4 15/9
  15/24 25/15 27/15 37/3 37/7
  40/15 45/6 47/13 53/4 54/1
  54/2 54/10 55/25
Mafia [1]   49/7
mail [3]   45/9 50/20 50/21
major [1]   53/15
make [20]   3/9 10/22 12/12
  13/10 17/20 17/23 18/14 18/17
  21/5 32/18 42/19 43/24 45/18
  48/13 52/1 53/4 53/8 54/15
  56/25 63/5
makes [2]   38/5 53/22
making [3]   3/7 21/5 40/7
Malcolm [1]   37/9
mall [1]   34/18
man [5]   30/2 43/22 44/6 46/3
  47/16
mandated [1]   36/25
mandatory [1]   23/13
Manisha [1]   1/20
Manisha Garner [1]   1/20
manner [1]   52/11
many [8]   3/6 29/13 29/16 36/5
  36/9 39/11 44/17 47/13
map [1]   37/13
marijuana [5]   17/1 17/2 20/5
  47/2 47/2
mark [4]   9/3 9/4 9/5 30/20
Marquise [1]   8/2
marshal [1]   41/18
marshal's [1]   34/22
marshals [1]   34/22
MARYLAND [3]   1/1 1/9 1/25
mask [1]   57/13
matter [7]   10/12 12/15 25/3
  26/7 38/9 51/22 64/17
matters [2]   33/3 58/9
mature [1]   59/10
max [2]   62/6 62/8
maxims [1]   37/22
maximum [1]   61/13
may [12]   3/22 6/16 7/8 10/8
  11/3 21/1 22/2 38/20 38/21
  59/10 61/5 64/21
May 30th [1]   11/3
maybe [3]   23/12 46/6 46/6
McCants [2]   8/2 8/19
me [40]   2/9 4/6 5/24 6/2 11/1
  11/8 12/21 13/3 13/12 16/6
  19/2 20/9 21/8 21/24 21/25
  32/18 45/12 45/16 48/3 51/1
  51/13 52/19 53/1 53/2 53/4
  53/8 53/8 53/16 53/25 54/1
  54/3 54/4 54/5 54/8 54/13
  55/1 56/15 58/9 59/3 62/4
mean [5]   20/20 34/25 43/16
  49/5 54/9
media [2]   27/22 44/21
medical [3]   11/24 12/2 12/19
medication [1]   46/25
meet [1]   15/4

Case 1:16-cr-00267-LKG   Document 1327   Filed 05/18/20   Page 75 of 83

**M**

meetings [2]   35/15 49/8
Melvin [1]   28/14
Melvin Lashley [1]   28/14
member [1]   24/19
members [3]   33/6 33/20 34/22
memo [8]   11/16 14/10 14/21
  15/18 23/23 25/16 29/9 30/18
memorandum [3]   4/8 4/9 41/4
memos [2]   22/20 23/21
menace [1]   53/11
mental [2]   24/14 33/4
mentioned [5]   7/20 23/2 23/21
  59/6 63/22
mentioning [1]   23/6
mere [1]   39/16
merely [2]   45/17 53/22
message [6]   15/6 15/24 17/15
  18/6 29/9 29/11
messages [13]   14/12 15/16
  15/22 16/6 16/25 18/18 28/22
  29/12 29/17 30/23 33/17 34/9
  39/17
might [5]   4/11 19/4 20/12
  59/15 62/1
Mill [2]   42/12 52/21
mind [3]   38/23 47/7 57/22
minute [1]   55/8
minutes [1]   16/10
miscalculated [1]   63/6
miscalculation [1]   44/14
missed [1]   54/15
mistaken [1]   43/20
mitigating [1]   7/16
MMP [7]   39/9 42/16 44/16
  44/24 48/25 56/11 56/20
mob [3]   33/16 49/8 49/8
mobbing [1]   49/9
moment [1]   32/2
money [3]   31/2 31/4 31/14
monogamous [1]   18/3
month [1]   61/18
months [9]   22/11 23/4 23/9
  23/11 23/13 56/2 56/2 61/9
  61/11
more [7]   3/25 10/7 16/22
  22/22 24/5 32/23 56/15
morning [4]   30/1 31/17 31/24
  39/23
most [2]   10/14 35/21
mother [2]   45/24 54/16
mother's [1]   46/12
motion [5]   2/21 2/25 3/9 4/4
  4/4
moving [1]   63/14
Mr [1]   9/22
Mr. [146]   2/11 2/15 2/21 3/3
  4/16 5/19 5/23 6/1 8/17 8/19
  8/19 9/23 10/16 10/21 11/4
  12/4 12/7 12/17 13/5 13/20
  14/11 14/17 14/25 15/6 17/1
  17/5 18/9 18/16 18/24 19/21
  20/22 21/2 23/23 25/16 25/21
  25/21 25/22 25/23 25/25 26/6
  26/13 26/14 26/15 26/19 27/2
  27/2 27/3 27/3 27/7 27/13
  27/16 28/12 28/14 28/20 29/9
  29/14 29/15 29/19 29/19 30/23

30/24 31/3 31/16 31/17 31/22
  32/1 32/2 32/6 32/7 32/11
  32/16 34/8 35/8 36/20 37/9
  37/11 37/12 37/21 38/1 38/13
  38/20 38/21 38/23 39/4 39/5
  39/17 39/18 40/1 40/10 40/16
  41/15 41/23 41/25 42/20 43/1
  43/6 43/7 43/14 43/16 43/18
  43/19 44/9 44/13 44/25 45/7
  45/20 45/23 46/1 46/25 47/19
  48/2 48/5 48/24 49/6 49/16
  50/5 50/18 51/1 51/11 51/19
  51/25 54/20 55/4 56/7 56/10
  56/22 57/3 57/7 57/15 57/17
  57/20 57/22 58/22 58/23 59/12
  59/22 60/12 60/13 60/25 61/7
  61/21 63/15 63/20 63/22 63/25
  64/5
Mr. Bailey [5]   43/16 43/18
  43/19 49/16 60/12
Mr. Banks [4]   27/2 27/3 27/7
  27/13
Mr. Davis [74]   2/15 2/21 5/19
  5/23 9/23 10/16 11/4 12/7
  12/17 13/5 14/11 14/17 14/25
  15/6 17/1 18/9 19/21 21/2
  28/14 28/20 29/15 29/19 30/24
  31/3 31/22 32/1 32/2 32/7
  32/16 34/8 37/21 38/13 38/20
  38/21 38/23 39/4 39/18 40/1
  40/10 40/16 41/15 41/23 41/25
  42/20 43/1 43/14 44/9 44/13
  44/25 45/7 45/20 45/23 46/1
  46/25 47/19 48/5 48/24 49/6
  51/1 51/11 51/25 55/4 56/7
  56/10 56/22 57/3 57/7 57/17
  58/22 59/22 60/25 61/7 63/15
  63/22
Mr. Davis's [9]   2/11 6/1
  18/24 31/17 43/6 57/15 57/22
  59/12 61/21
Mr. Frazier [8]   29/14 29/19
  30/23 31/16 32/6 32/11 39/5
  39/17
Mr. Frazier's [1]   43/7
Mr. Hazlehurst [25]   3/3 4/16
  8/17 12/4 13/20 17/5 18/16
  20/22 25/21 25/22 26/6 26/13
  26/14 27/16 29/9 35/8 36/20
  48/2 50/18 51/19 54/20 57/20
  63/20 63/25 64/5
Mr. Hazlehurst's [3]   23/23
  25/16 58/23
Mr. Hurtt [1]   8/19
Mr. Johnson [3]   10/21 50/5
  60/13
Mr. Lashley [10]   25/21 25/23
  25/25 26/15 26/19 27/2 27/3
  37/11 37/12 38/1
Mr. Lashley's [1]   28/12
Mr. Malcolm Lashley's [1]
  37/9
Mr. McCants [1]   8/19
Mrs. [1]   52/18
Mrs. Davis [1]   52/18
Ms. [12]   14/4 20/24 21/11
  23/10 36/19 37/10 37/12 37/17
  38/5 40/9 45/12 48/21
Ms. Garner [2]   20/24 21/11

Ms. Hoffman [7]   21/11 23/10
  36/19 39/5 40/9 45/12 48/21
Ms. Perry [3]   37/10 37/12
  37/17
much [3]   23/19 39/12 62/8
multiple [2]   30/2 36/7
Murdaland [1]   49/7
Murdaland Mafia [1]   49/7
murder [61]   5/20 5/23 5/25
  6/6 6/7 6/11 6/12 6/14 6/19
  6/23 6/25 7/1 7/9 7/21 8/4
  8/4 8/8 8/13 8/13 8/21 8/24
  9/4 9/6 9/10 9/10 9/14 9/14
  10/15 10/16 10/21 10/24 19/14
  24/9 24/13 24/16 25/17 26/8
  28/4 28/7 28/9 28/13 29/2
  29/21 30/13 30/16 30/19 31/15
  32/15 32/22 33/7 33/8 33/9
  33/11 33/23 38/11 38/16 39/3
  57/18 57/21 57/21 58/1
murdered [1]   33/16
murders [7]   7/4 7/22 25/18
  33/21 36/6 36/7 49/18
must [2]   25/11 35/14
my [31]   2/15 4/2 14/16 18/1
  18/2 18/2 21/1 25/25 29/5
  29/6 35/14 40/4 42/18 44/3
  45/9 52/12 52/17 52/19 53/9
  54/2 54/3 54/4 54/5 54/6 54/7
  54/7 54/13 54/15 55/24 55/24
  63/7
myself [3]   10/8 52/11 54/22

**N**

N words [1]   32/19
name [1]   52/13
narcotics [1]   5/7
naturally [1]   4/22
nature [1]   38/21
near [1]   26/3
necessary [6]   7/5 18/20 21/9
  61/3 62/21 63/12
necessity [1]   49/2
need [7]   33/25 36/12 46/13
  54/18 58/21 59/20 64/7
needs [2]   55/5 64/1
negotiating [1]   60/18
negotiations [5]   50/11 50/12
  50/15 50/15 60/16
neighborhood [17]   39/13 42/11
  42/13 42/14 42/22 43/5 43/6
  43/7 44/17 46/10 49/1 49/2
  51/14 51/16 51/24 56/12 59/14
neither [1]   8/9
never [7]   26/4 26/16 26/16
  37/22 47/11 57/21 58/25
new [4]   2/21 3/1 4/4 63/3
next [2]   8/3 8/4
nine [1]   24/22
no [34]   1/4 3/15 3/17 3/25
  4/15 4/24 6/24 7/3 7/5 7/20
  7/21 7/22 9/15 17/14 19/6
  19/20 26/20 29/18 38/10 38/16
  38/19 38/22 39/24 40/15 41/16
  42/5 42/15 51/21 51/21 51/21
  53/16 55/6 56/7 63/21
nodding [1]   22/5
none [1]   19/21 54/2
nonetheless [1]   25/19

Case 1:16-cr-00267-LKG   Document 1497   Filed 05/18/20   Page 76 of 83

**N**

normal [1]  51/5
NORTHERN [1]  1/2
not [80]  4/22 5/24 6/10 6/13
6/22 7/13 7/16 7/25 8/4 8/18
9/5 9/21 10/9 11/7 11/11
11/17 12/5 12/22 13/8 14/1
15/14 18/3 18/6 18/19 19/7
21/3 21/3 23/6 23/12 23/19
25/2 26/1 26/12 27/25 29/14
29/18 34/2 35/4 35/9 35/12
35/17 36/15 37/4 38/13 38/13
39/11 39/12 40/3 40/18 40/19
42/6 43/10 43/24 44/7 45/13
47/22 49/5 50/22 50/23 51/4
51/18 51/22 53/6 53/18 54/4
54/12 54/13 55/17 56/18 57/24
58/7 58/15 59/11 59/25 60/15
60/23 61/4 61/21 62/11 63/7
note [6]  11/23 20/11 21/2
45/2 45/23 62/19
Note 4 [1]  20/11
noted [2]  11/9 41/25
notes [1]  34/9
now [13]  7/13 14/1 15/10 16/1
19/23 31/1 38/5 38/19 41/25
43/9 57/20 58/23 59/12
number [22]  2/7 2/24 4/9 7/15
8/3 16/1 16/4 16/7 16/12
16/13 16/19 28/23 31/17 40/1
43/18 43/18 53/3 53/5 57/9
57/15 60/13 61/15
numbers [1]  45/13
numerous [1]  53/3
Nutty [1]  24/19
Nutty B [1]  24/19

**O**

object [1]  13/25
objection [2]  34/21 62/5
objections [1]  4/13
observation [1]  4/2
obstructing [1]  26/12
obstruction [8]  11/11 11/17
12/22 13/9 13/25 35/9 35/16
58/8
obviously [27]  2/20 3/9 3/16
4/16 5/1 12/6 12/8 13/24
18/19 21/4 22/16 22/19 23/8
24/2 27/13 27/25 29/22 36/3
38/12 40/5 43/10 48/16 50/2
55/22 56/9 59/8 59/13
occur [1]  39/1
occurred [1]  39/3
October [1]  1/8
offense [12]  5/17 10/14 10/22
11/8 12/18 12/22 13/1 13/13
13/16 14/9 19/14 19/18 20/15
22/1 22/2 22/8 22/9 24/7 36/3
36/10 57/6 59/4
Offense Level 33 [1]  12/18
Offense Level 35 [1]  12/22
Offense Level 43 [3]  5/17
10/14 10/22
offense-level [1]  19/18
offenses [1]  56/6
offer [3]  12/5 45/6 45/13
Office [1]  21/14

officer [6]  1/20 5/1 30/17
22/5 22/12 55/19
Official [2]  1/24 64/21
often [1]  18/4
Oh [2]  21/20 22/23
okay [33]  2/17 3/21 4/16 4/21
5/3 8/16 10/4 12/4 12/14
13/19 14/2 14/20 14/24 15/3
15/21 16/3 16/11 16/20 17/5
19/10 19/23 21/12 21/20 22/12
22/16 22/23 23/6 23/15 48/15
48/21 55/4 62/22 64/11
old [5]  41/25 42/2 42/6 43/22
52/15
older [1]  42/17
once [2]  32/8 48/13
one [34]  3/1 6/17 10/15 10/18
14/14 17/7 17/14 17/22 19/1
22/17 22/22 27/4 27/19 36/11
37/9 37/21 38/9 38/16 38/24
39/16 40/8 43/19 44/7 48/6
48/24 49/20 52/15 53/6 53/18
56/4 58/25 61/4 62/19 63/6
ones [1]  54/13
only [7]  9/25 10/15 18/10
49/1 49/20 53/19 63/6
open [1]  41/21
operating [1]  17/9
opinions [1]  54/10
opportunities [1]  51/7
opportunity [3]  17/19 17/19
52/9
option [1]  8/24
ordering [1]  49/18
ordinarily [1]  25/7
organization [1]  56/20
other [26]  4/21 7/4 7/25 10/5
10/23 18/3 19/10 19/11 19/18
25/9 26/25 30/12 32/5 33/10
36/23 38/20 40/8 40/21 51/5
58/3 59/2 59/23 60/10 61/12
63/10 63/19
others [1]  49/9
otherwise [1]  3/8
our [7]  3/15 11/16 12/9 14/10
21/9 37/5 52/23
ours [1]  49/7
out [14]  7/13 11/4 12/23
16/10 18/10 21/24 25/13 27/12
30/11 32/14 37/5 40/4 40/12
62/4
outcome [1]  53/15
outgoing [1]  31/20
outside [1]  29/25
over [10]  14/13 23/19 29/13
29/16 30/7 36/5 36/9 49/1
51/14 51/24
overdose [1]  14/7
overdosed [1]  18/8
overheard [1]  28/13
overriding [1]  36/11
overt [1]  20/15
overturning [1]  3/18
own [2]  53/20 54/6

**P**

p.m [4]  2/2 55/10 55/12 64/13
page [8]  14/21 14/22 14/23
14/25 15/23 15/24 16/6 49/6

Page 10 [2]  14/23 14/25
Page 11 [2]  14/21 15/23
Page 19 [2]  14/21 14/22
Page 9 [2]  15/23 16/6
pages [2]  14/12 14/12
painted [1]  20/7
papers [6]  3/15 12/9 30/24
31/2 31/3 31/13
Paragraph [6]  5/17 11/9 20/1
20/4 20/7 21/15
Paragraph 42 [1]  5/17
Paragraph 48 [1]  11/9
Paragraph 74 [1]  20/1
Paragraph 76 [1]  20/7
Paragraph 77 [1]  21/15
Paragraph 78 [1]  20/4
paraphernalia [1]  20/4
Park [2]  42/11 52/20
part [11]  6/1 7/23 30/17
33/21 39/12 40/17 42/16 42/19
42/24 44/18 45/22
participant [3]  48/25 49/11
56/10
participate [1]  61/25
participated [7]  6/23 6/25
7/21 9/23 10/21 33/6 33/20
participating [1]  33/5
participation [1]  7/9
particular [8]  14/14 14/16
14/17 17/17 37/5 43/5 48/4
48/6
pass [1]  15/16
passenger [1]  25/13
past [1]  54/14
patient [1]  52/24
pattern [1]  29/16
Paul [2]  1/18 2/15
Paul Hazlehurst [2]  1/18 2/15
pay [1]  51/8
paying [1]  37/10
people [19]  12/12 15/10 18/2
25/9 25/12 30/2 30/12 33/18
35/22 38/24 39/11 42/17 42/19
43/3 43/25 44/7 45/25 57/4
60/10
people's [1]  57/4
per [1]  40/11
per se [1]  40/11
perfect [1]  54/1
perhaps [2]  21/12 36/11
period [6]  14/13 30/4 31/21
36/9 46/21 59/25
permanence [1]  19/6
permanent [1]  19/3
permit [1]  61/21
Perry [5]  1/15 2/9 37/10
37/12 37/17
person [11]  17/17 17/19 18/7
18/19 20/8 34/19 38/25 39/16
39/18 47/24 54/22
personally [1]  53/8
persuade [1]  6/2
persuasive [1]  8/11
phone [16]  14/11 16/1 16/4
16/7 16/12 16/13 16/19 28/23
29/20 30/4 30/13 32/15 32/16
34/9 34/10 40/2
phones [2]  28/24 29/1
photo [2]  49/5 49/6

Case 1:16-cr-00267-LKG Document 1497 Filed 05/18/20 Page 77 of 83

**P**

photographs [1]  51/10
photos [1]  12/3
physical [3]  14/8 19/2 19/8
picture [1]  53/2
pistol [2]  34/17 34/18
place [4]  12/22 14/17 45/5
  51/4
placed [1]  43/23
places [4]  31/16 40/9 43/14
  44/9
plain [1]  11/21
Plaintiff [1]  1/3 1/14
plane [1]  43/15
planning [3]  28/17 29/22
  30/11
plans [2]  15/4 50/6
plausible [1]  35/25
played [2]  26/8 32/10
plea [7]  44/2 45/3 45/14
  50/11 50/12 55/15 60/16
plead [1]  50/1
pleaded [1]  44/1
pleading [1]  50/3
please [2]  2/4 55/13
pled [1]  44/5
plot [4]  7/1 7/10 30/10 35/13
plus [3]  19/17 19/17 56/2
point [26]  3/12 6/9 7/13 7/25
  8/9 10/9 13/13 19/25 20/3
  20/18 21/12 22/22 25/24 26/15
  26/16 37/13 38/3 38/18 41/20
  47/11 50/9 55/5 56/13 56/15
  58/24 58/25
point-blank [1]  38/18
pointed [2]  37/14 40/4
points [9]  6/16 20/20 22/3
  32/24 37/2 37/7 48/22 59/5
  59/23
poke [1]  26/22
policy [1]  55/15
portion [1]  54/15
portrayed [1]  53/10
poses [3]  35/1 47/20 49/25
position [1]  21/9
positions [1]  22/19
positive [1]  40/19
possessed [1]  57/9
possessed/used [1]  57/9
possession [9]  5/8 5/9 5/10
  5/11 20/4 38/22 40/18 56/18
  57/15
possibility [1]  9/15
possible [4]  35/22 48/6 48/17
  52/25
possibly [2]  18/23 25/23
posted [1]  33/14
posting [1]  27/22
potent [2]  15/2 16/21
potential [6]  8/25 9/9 45/21
  46/5 46/18 47/24
power [1]  46/9
Precisely [1]  58/17
predicate [1]  7/6
prejudiced [1]  53/12
prejudicing [1]  34/21
preliminarily [1]  5/21
premeditated [1]  58/1

premeditation [1]  8/24
preparing [1]  58/11
preponderance [5]  8/7 10/3
  17/10 28/6 58/14
present [5]  1/19 6/22 7/16
  35/19 45/24
presentation [1]  45/22
presented [1]  49/4
presentence [7]  4/7 4/13 4/19
  5/18 11/9 22/13 62/11
presents [1]  35/19
preserved [1]  64/9
presumably [2]  30/5 32/1
presuming [1]  41/9
pretty [1]  30/2
previous [1]  20/12
principal [2]  6/14 28/7
prior [2]  8/20 20/14
prison [1]  48/14
Prisons [2]  61/8 62/2
prize [1]  47/9
probably [3]  26/14 46/1 46/8
probation [9]  1/20 4/25 11/16
  20/17 20/19 21/14 22/5 22/12
  55/19
Probation Office [1]  21/14
Probation Officer [1]  1/20
problems [1]  60/2
proceed [1]  23/16
proceeding [1]  55/16
proceedings [1]  64/16
proclivity [2]  28/2 28/3
proffer [2]  41/4 41/5
program [3]  48/18 48/20 62/1
programs [1]  54/23
promiscuous [1]  18/4
promise [1]  52/24
proof [5]  7/9 7/20 10/12
  39/15 53/16
proper [2]  17/22 52/11
proportional [1]  60/24
proportionality [2]  43/13
  45/3
propriety [1]  45/3
prosecution [1]  34/8
prosecutors [1]  53/7
protect [5]  33/25 34/4 36/12
  36/16 54/18
protecting [1]  59/20
protection [1]  58/18
proud [1]  52/14
prove [5]  6/13 54/5 54/7
  54/12 62/21
proved [4]  36/6 49/16 57/18
  60/25
proven [1]  57/25
provide [3]  23/2 45/12 54/18
PSR [4]  13/18 20/4 62/13
  62/14
public [8]  34/1 34/4 35/2
  36/12 36/16 46/21 53/5 59/21
pulled [2]  24/18 43/19
punishable [1]  33/13
purchase [1]  15/4
purchased [3]  15/7 15/8 17/1
pure [1]  38/10
purpose [1]  58/17
purposes [3]  24/11 28/11
  41/11

put [10]  3/17 11/15 12/2
  17/11 18/23 37/14 41/3 46/17
  47/7 49/5
putting [4]  13/8 24/11 38/17
  45/17

**Q**

quantities [1]  34/19
quantity [5]  13/1 56/25 62/7
  62/14 62/15
quarter [1]  41/9
question [6]  10/10 30/20
  37/23 41/21 56/7 60/15
quite [18]  3/4 7/25 8/9 17/25
  23/12 29/22 29/22 37/16 37/20
  37/24 39/9 39/21 42/14 45/16
  48/11 49/11 51/13 57/8
quote [3]  7/3 7/5 27/11
quoted [1]  15/17

**R**

racketeering [2]  6/21 9/5
Rail [1]  30/8
raise [2]  46/13 54/16
raised [2]  52/18 52/20
range [5]  7/6 22/10 22/17
  23/5 45/14
rap [1]  32/16
rather [2]  20/21 54/24
razor [9]  11/18 35/6 35/23
  40/24 41/5 41/10 41/10 58/10
  59/9
razor blade [4]  11/18 35/6
  40/24 41/10
razor blades [4]  35/23 41/5
  58/10 59/9
RDAP [1]  48/17
RDR [3]  1/23 64/14 64/19
reached [1]  34/24
read [2]  4/17 23/21
ready [1]  30/24
real [4]  31/6 31/10 35/1
  58/21
really [9]  7/22 18/25 24/12
  25/16 33/1 36/13 49/21 51/23
  54/22
Realtime [1]  64/20
reason [6]  35/25 54/5 54/25
  57/25 60/7 63/8
reasonable [7]  4/2 6/13 12/12
  28/8 28/21 53/16 63/11
reasonably [9]  6/6 6/8 6/12
  6/20 8/13 10/15 28/9 32/22
  32/24
reasons [4]  55/24 58/8 60/14
  60/18
recalled [1]  27/7
recalls [1]  29/1
recap [1]  28/11
receive [3]  51/8 53/23 61/24
received [3]  4/9 40/1 52/17
receives [1]  50/3
receiving [1]  54/10
recent [3]  6/15 8/1 62/20
recently [1]  15/8
recess [2]  55/8 55/11
recidivist [2]  41/23 42/7
recklessly [1]  25/8
recognize [1]  55/22

**R**

recognizing [2]  12/14 59/21
recollection [1]  25/25
recommend [2]  7/17 61/23
recommendation [2]
 7/18 48/19
recommendations [2]  48/4
 60/19
record [15]  3/8 3/12 4/17 5/6
 21/13 21/14 21/15 21/22 41/1
 41/20 42/8 45/5 59/3 59/11
 64/16
recovered [2]  28/25 29/1
reference [7]  5/19 17/2 17/3
 17/4 31/2 31/4 31/13
references [1]  57/15
referred [1]  39/10
reflected [2]  50/16 62/10
regard [5]  8/22 10/1 12/6
 13/8 21/9 37/6 37/9 38/6 45/2
 50/19 51/11
regarding [2]  57/5 62/21
regards [2]  39/7 43/13
Registered [1]  64/20
rehab [1]  18/7
Rehaif [1]  62/21
rehash [1]  37/4
relate [2]  3/22 10/24
related [5]  13/14 19/18 20/7
 20/13 56/9
relates [1]  11/3
relating [1]  12/24
relationship [1]  32/6
relative [1]  60/9
relatively [1]  58/24
released [1]  48/13
relevant [4]  14/23 22/2 50/25
 58/19
reliability [1]  17/14
relied [1]  10/8
relocate [1]  51/17
reluctance [1]  28/5
relying [1]  20/11
remain [1]  12/21
remarkable [1]  46/24
remarked [1]  44/22
remember [1]  46/1
repaint [1]  27/10
repeated [2]  14/15 14/15
repetitive [1]  54/9
replied [1]  15/3
replies [3]  16/20 31/5 31/9
report [7]  4/7 4/13 4/19 5/18
 11/9 22/13 62/11
Reported [1]  1/22
Reporter [4]  1/24 64/20 64/20
 64/21
represented [1]  18/2
represents [1]  60/10
request [2]  45/3 45/9
requested [2]  46/20 47/19
requesting [1]  14/5
require [1]  12/1
required [2]  23/8 61/17
requiring [2]  11/23 12/19
research [1]  6/9
resided [1]  52/21
resident [1]  52/16
resist [1]  46/7

resolve [1]  45/11
respects [1]  37/11 44/17
respond [4]  29/10 29/11 37/2
 48/23
responds [2]  29/5 30/21
response [1]  7/2
responsibility [1]  60/14
responsible [6]  5/19 12/8
 36/6 36/8 38/14 49/17
rest [2]  3/15 46/17
result [2]  12/20 25/7
resulted [1]  14/9
resulting [1]  13/11
retain [1]  55/1
retaliation [1]  50/6
returned [1]  2/23
review [1]  4/18
reviewed [1]  4/10
revise [1]  22/12
Ricardo [12]  5/20 6/7 10/1
 10/18 28/4 28/17 28/18 29/25
 31/18 31/22 32/22 39/7
Ricardo Johnson [12]  5/20 6/7
 10/1 10/18 28/4 28/17 28/18
 29/25 31/18 31/22 32/22 39/7
Rick [1]  28/17
RICO [10]  5/7 6/4 6/15 8/1
 8/20 19/12 20/10 20/12 28/10
 56/8
riding [2]  27/19 27/20
rifle [3]  24/21 25/14 57/10
rifles [1]  27/18
right [35]  2/12 2/16 2/17
 2/20 3/13 3/21 5/5 10/4 11/13
 11/14 14/3 16/5 19/23 21/22
 21/24 22/8 22/16 23/12 23/16
 28/21 36/19 37/14 41/18 42/20
 51/25 52/2 52/6 55/7 55/18
 62/10 63/17 63/22 63/23 64/8
 64/11
rights [1]  63/19
ringed [1]  41/14
risk [2]  56/19 57/6
risked [1]  19/4
risky [1]  58/4
ritual [1]  43/2
Road [1]  42/12
rob [4]  24/18 28/17 32/4
 32/14
robbery [1]  20/2
robbing [2]  32/8 32/17
roll [1]  47/14
roll back [1]  47/14
roped [1]  49/2
rose [1]  46/11
roughly [1]  31/18
rounds [1]  24/22
routinely [1]  16/25
rule [3]  9/17 10/11 33/13
ruled [1]  7/5
rules [2]  22/4 33/12
ruling [2]  7/11 8/10
run [2]  23/14 34/11

**S**

safe [1]  32/20
said [16]  8/23 12/16 18/21
 19/14 26/2 26/3 26/4 26/16
 26/20 38/1 38/4 45/13 53/1

55/20 56/23 59/25
same [10]  7/12 9/8 16/1 16/2
 16/18 27/1 39/13 43/15 43/23
 61/10
sanctions [1]  43/3
sat [2]  3/19 24/23
saw [6]  37/14 38/1 38/1 44/21
 44/23 46/7
say [24]  3/14 4/6 5/21 9/16
 10/14 11/2 14/18 17/25 18/1
 22/19 26/1 26/5 29/18 34/23
 41/20 42/16 49/10 51/9 52/1
 52/5 55/5 58/25 60/8 62/14
saying [2]  4/12 23/10
says [12]  11/23 15/8 15/24
 16/19 25/21 25/23 27/7 29/5
 30/20 30/24 32/18 38/9
school [1]  52/17
Schuylkill [2]  48/6 61/24
screen [1]  37/13
se [1]  40/11
seated [4]  2/4 2/18 41/18
 55/13
second [11]  8/25 9/6 9/10
 9/14 17/24 26/5 31/1 37/15
 57/5 63/16 63/17
second-degree [3]  9/6 9/10
 9/14
security [1]  41/13
see [13]  5/5 10/8 15/15 17/16
 19/10 22/5 26/7 26/9 26/17
 26/20 45/10 47/13 52/24
seek [1]  50/6
seeking [2]  43/9 44/13
seem [2]  11/8 20/13
seems [4]  12/21 13/3 20/9
 44/11
seen [3]  18/19 25/23 38/1
sees [1]  46/13
seized [2]  14/11 32/15
sell [1]  56/24
selling [2]  40/17 56/17
sells [2]  40/16 40/23
send [1]  15/10
sender [1]  16/4
sends [1]  39/17
sense [1]  18/22
sentence [39]  7/13 7/17 8/5
 23/24 23/25 36/18 36/23 36/24
 36/25 43/9 44/5 44/12 44/13
 45/21 46/19 46/20 46/22 47/19
 47/23 49/21 49/23 52/2 53/20
 55/9 60/6 60/7 60/21 60/24
 61/2 61/6 61/7 61/10 61/13
 61/16 61/18 62/5 62/25 63/7
 63/24
sentenced [1]  7/18
sentences [3]  49/20 60/9 63/9
sentencing [25]  1/12 2/11
 2/21 3/5 4/6 4/8 4/8 5/1 7/2
 7/6 8/6 14/10 17/8 23/21
 30/18 40/4 41/4 41/22 42/18
 44/22 45/4 49/13 50/13 55/16
 55/20
separate [1]  50/5
September [2]  20/8 34/7
serious [16]  11/12 11/22
 12/19 17/12 19/15 24/7 34/14
 35/21 36/4 36/4 36/10 55/22

Case 1:16-cr-00267-LKG Document 1349 Filed 05/18/20 Page 79 of 83

**S**

serious... [4]  55/23 56/6
57/1 58/6
seriously [1]  11/6
seriousness [2]  57/6 59/21
serve [3]  6/16 49/20 49/20
set [5]  4/25 6/4 8/15 30/8
56/6
several [1]  38/5
severely [1]  11/6
shake [1]  32/19
SHAKEEN [10]  1/5 2/7 28/23
29/3 29/10 30/16 33/11 49/15
49/23 52/13
SHAKEEN DAVIS [9]  1/5 2/7
29/3 29/10 30/16 33/11 49/15
49/23 52/13
Shakeen Davis's [1]  28/23
she [6]  37/17 37/17 38/7 38/9
45/13 54/19
shit [2]  27/12 31/8
shoes [8]  35/23 41/6 41/6
41/15 41/16 58/10 58/15 58/20
shooting [9]  12/8 25/24 27/8
27/19 38/11 38/14 38/18 44/6
57/22
shootings [2]  7/22 36/7
shopping [1]  34/18
short [3]  7/8 27/17 31/5
short shrift [1]  27/17
shortly [1]  27/8
shot [2]  11/4 30/7
should [12]  3/8 3/20 7/13
8/12 9/18 13/16 21/13 54/2
54/19 60/17 60/18 63/5
shoulder [1]  27/21
show [1]  12/8
showed [3]  3/24 44/24 44/25
showing [1]  26/9
shows [4]  10/13 35/4 37/6
49/4
shrift [1]  27/17
sic [1]  53/22
side [1]  25/13
sides [1]  22/18
significance [2]  58/7 58/9
significant [10]  14/8 19/2
19/15 30/14 31/20 34/6 34/25
39/2 50/2 60/21
significantly [1]  31/16
signs [1]  49/7
similar [1]  40/10
simply [2]  29/14 51/22
since [1]  51/3
sincerely [1]  54/16
sir [1]  64/2
sit [1]  23/20
site [1]  30/3
sitting [5]  25/9 25/12 26/2
39/9 42/20
situation [2]  8/12 46/6
six [2]  3/19 23/20
smuggle [1]  35/23
snitching [1]  33/13
so [70]  4/4 4/10 4/15 5/13
7/11 8/9 8/25 10/23 11/16
12/13 12/21 14/22 14/25 16/4
16/6 16/24 17/22 18/13 19/7

19/12 19/20 19/24 20/22 21/5
23/2 23/7 23/12 26/12 27/13
28/20 28/25 29/14 30/2 30/10
31/2 31/10 31/11 31/21 32/18
32/21 33/19 34/3 34/7 35/6
35/16 36/3 36/16 39/2 40/3
41/19 43/22 44/9 45/23 46/11
47/14 47/18 49/21 50/8 50/16
50/20 52/12 52/24 53/15 54/23
54/24 58/5 59/3 59/10 59/11
63/18
social [2]  27/22 44/21
society [1]  53/11
solid [1]  17/22
some [28]  3/22 4/9 6/9 19/4
20/6 21/14 23/23 25/15 25/20
27/11 28/11 30/4 30/11 32/19
33/17 37/2 37/7 47/10 48/9
50/4 53/20 55/1 56/11 56/18
58/18 59/10 61/24 63/8
somehow [2]  45/17 48/24
someone [9]  24/16 36/1 40/13
40/23 41/9 42/10 43/20 46/6
58/5
someone's [1]  58/2
something [7]  10/12 31/24
40/15 41/15 50/23 51/15 59/19
sometimes [1]  40/18
somewhere [2]  18/23 28/19
sorry [3]  20/8 31/7 62/8
sort [9]  4/11 20/17 42/22
51/6 51/8 51/24 56/23 57/16
58/18
sound [1]  54/9
sources [1]  18/5
speak [2]  52/6 52/9
special [4]  1/20 2/10 50/4
61/19
Special Agent [2]  1/20 2/10
specific [5]  3/17 4/23 6/14
9/18 33/8
specifically [5]  39/7 51/1
58/22 60/6 60/15
specificity [1]  26/1
spectrum [1]  18/4
spend [1]  23/19
spent [2]  46/1 46/2
spot [1]  32/13
squarely [1]  8/9
squatted [1]  44/17
staked [1]  37/5
stand [2]  3/20 54/6
standard [2]  10/2 17/10
standing [2]  2/15 26/1 26/18
26/21
start [5]  4/11 4/12 13/1
13/12 52/10
startled [2]  37/16 37/18
stash [2]  28/19 30/6 32/4
32/13
state [4]  24/14 33/4 53/6
64/7
State's [1]  53/7
stated [3]  21/9 37/20 54/21
statement [3]  4/23 17/15
47/12
statements [1]  53/14
states [11]  1/1 1/3 1/16 2/6
2/8 6/17 8/2 8/11 9/1 9/7

station [2]  26/9 26/10
statute [4]  6/4 7/7 8/14
36/25
steal [1]  29/24
stenographic [1]  64/16
step [1]  29/21
still [5]  17/10 20/13 47/4
58/24 63/9
stipulate [1]  21/4
stolen [4]  29/24 30/8 57/12
59/8
stop [2]  34/12 35/22
storeowner [1]  53/18
story [2]  27/1 39/21
strap [1]  27/21
street [3]  1/24 26/3 26/10
strenuously [1]  38/12
strikes [1]  45/16
subject [1]  17/20
subjects [1]  26/10
submission [2]  40/4 41/22
submit [6]  3/8 3/11 12/7
12/13 13/23 42/5
submitted [3]  3/5 4/25 5/2
subpoena [1]  17/19
substance [1]  61/25
substantial [4]  46/4 46/4
46/4 46/21
successful [1]  7/1
such [5]  7/5 9/15 10/21 11/24
42/5
suffered [3]  11/25 12/13 43/3
sufficiency [2]  3/6 3/17
sufficient [5]  4/1 5/24 12/16
61/3 63/11
sufficiently [2]  10/17 18/22
suggest [1]  18/14
suggesting [1]  51/19
superhuman [1]  46/9
superseding [4]  63/15 63/16
63/17 63/18
superseding indictment [3]
63/15 63/16 63/17
supplement [2]  21/13 21/15
support [5]  4/1 12/17 38/7
42/9 46/14
Supreme [1]  62/20
Supreme Court's [1]  62/20
sure [8]  14/2 14/2 15/17
18/22 51/18 59/16 59/18 63/25
surprising [1]  58/14
sustained [1]  11/22
sway [2]  51/14 51/24
Syd [2]  32/17 32/18
Sydni [6]  27/10 28/15 28/16
28/23 30/3 30/15
Sydni Frazier [7]  27/10 28/15
28/16 28/23 30/15
Sydni Frazier's [1]  30/3
system [1]  35/21

**T**

table [3]  2/9 2/16 39/10
take [7]  16/13 22/3 29/6 47/1
54/5 55/8 60/5
taken [4]  12/23 22/20 55/11
58/1
takes [1]  30/2

Case 1:16-cr-00267-LKG  Document 1497  Filed 05/18/20  Page 80 of 83

**T**

taking [5]  20/25 29/21 42/8
 56/4 60/25
talk [6]  16/24 24/9 28/4
 31/24 32/2 33/25
talked [1]  40/15
talking [12]  16/16 18/9 27/20
 28/16 29/8 31/12 33/18 34/10
 39/15 43/22 43/25 49/8
talks [1]  32/9
tar [1]  43/16
task [1]  34/22
telephone [2]  39/23 39/24
tell [6]  4/6 18/25 27/1 30/5
 32/13 62/4
telling [1]  31/3
tells [2]  19/2 27/10
temporary [1]  20/24
ten [1]  36/24
tend [1]  10/11
tentatively [1]  11/2
term [2]  15/2 16/21
terms [14]  3/23 9/5 10/16
 18/4 19/23 24/14 38/6 40/7
 45/4 45/19 48/12 50/23 51/5
 60/6
territory [1]  42/19
test [1]  21/17
testified [3]  18/11 28/13
 53/19
testify [2]  27/3 27/4
testimony [5]  11/4 28/1 28/12
 34/20 53/13
text [15]  14/12 15/6 15/16
 15/22 15/24 16/23 16/25 17/15
 18/6 18/18 28/22 29/12 30/23
 33/17 39/17
text message [4]  15/6 15/24
 17/15 18/6
text messages [10]  14/12
 15/16 15/22 16/25 18/18 28/22
 29/12 30/23 33/17 39/17
texted [2]  14/17 14/25
texting [3]  27/23 29/14 29/15
texts [8]  16/19 28/24 29/3
 30/15 30/20 30/23 31/7 31/7
than [13]  3/25 4/21 16/22
 20/21 32/23 36/23 40/21 49/15
 49/22 59/19 61/3 63/12 63/19
thank [23]  2/12 2/17 2/19
 3/13 5/4 16/3 17/6 19/9 19/22
 23/18 36/19 36/21 48/1 48/2
 52/8 52/22 55/4 55/6 55/7
 55/18 62/16 63/21 64/12
that [452]  3/2 3/6 3/8 3/20
 3/22 3/25 4/22 4/25 5/1 5/6
 5/12 5/14 5/21 5/23 5/23 5/24
 5/25 6/3 6/5 6/6 6/7 6/7 6/10
 6/12 6/13 6/16 6/19 6/19 6/22
 6/24 6/24 7/3 7/3 7/4 7/6
 7/13 7/16 7/16 7/18 7/21 7/23
 8/5 8/6 8/10 8/11 8/13 8/14
 8/14 8/20 8/23 9/3 9/13 9/18
 9/18 9/20 9/21 9/22 9/22 10/2
 10/6 10/9 10/12 10/14 10/15
 10/15 10/16 10/20 10/22 10/24
 11/1 11/2 11/8 11/13 11/14
 11/15 11/19 12/6 12/6 12/7

12/8 12/8 12/12 12/13 12/14
 12/17 12/25 13/1 13/3 13/6
 13/8 13/15 13/15 13/19 13/22
 14/11 14/18 15/1 15/13 15/24
 16/2 16/7 16/15 16/17 16/18
 16/18 16/19 16/19 16/22 17/9
 17/10 17/11 17/13 17/15 17/18
 18/1 18/7 18/8 18/11 18/12
 18/15 18/17 18/20 18/22 19/1
 19/25 20/10 20/11 20/16 20/20
 20/22 20/25 21/2 21/3 21/3
 21/4 21/8 21/12 21/13 21/16
 21/17 22/2 22/17 22/21 22/24
 23/2 23/4 23/7 23/10 23/14
 23/24 24/17 24/20 24/22 24/25
 25/2 25/5 25/6 25/9 25/16
 25/18 25/21 25/22 25/23 25/25
 26/5 26/7 26/9 26/10 26/11
 26/15 26/17 26/19 27/7 27/10
 27/14 27/14 27/15 27/16 27/23
 28/6 28/8 28/10 28/10 28/11
 28/13 28/20 28/24 29/1 29/7
 29/9 29/10 29/11 29/12 29/20
 29/21 30/8 30/11 30/12 31/19
 31/19 32/2 32/3 32/6 32/6
 32/10 32/14 32/21 32/23 33/1
 33/6 33/7 33/10 33/13 33/15
 33/19 33/20 33/21 33/21 33/22
 34/3 34/23 35/1 35/4 35/8
 35/14 35/17 35/18 35/24 35/25
 36/5 36/6 36/11 36/13 36/13
 36/14 36/15 36/17 37/1 37/5
 37/7 37/7 37/13 37/16 37/17
 37/18 37/22 37/23 37/24 38/1
 38/2 38/3 38/5 38/6 38/9
 38/10 38/13 38/14 38/15 38/16
 38/16 38/18 38/19 38/20 38/21
 38/25 39/4 39/5 39/6 39/8
 39/11 39/11 39/12 39/15 39/16
 39/17 39/18 39/20 39/21 39/21
 39/24 40/2 40/4 40/7 40/7
 40/10 40/13 40/14 40/15 40/16
 40/20 40/20 40/22 41/4 41/9
 41/10 41/14 41/17 41/17 41/18
 41/19 41/19 41/20 41/20 41/21
 42/3 42/9 42/12 42/12 42/13
 42/14 42/15 42/22 42/22 43/1
 43/3 43/14 43/23 44/9 44/16
 44/21 44/22 44/24 45/17 45/18
 45/18 45/19 45/21 45/23 46/8
 46/8 46/9 46/9 46/10 46/11
 46/11 46/14 46/16 46/18 46/20
 46/20 46/24 47/5 47/7 47/12
 47/19 47/20 47/23 47/24 47/24
 48/13 48/18 48/18 48/18 48/19
 48/24 48/25 49/4 49/5 49/11
 49/14 49/16 49/19 49/19 49/22
 49/23 49/25 50/2 50/7 50/8
 50/15 50/17 50/19 50/20 50/20
 51/2 51/4 51/10 51/13 51/14
 51/14 51/15 51/15 51/19 51/23
 52/2 52/7 53/1 53/10 53/14
 53/25 54/14 54/15 54/18 54/25
 55/15 55/25 56/4 56/7 56/11
 56/11 56/16 56/17 56/22 57/3
 57/7 57/8 57/16 57/25 58/1
 58/7 58/13 58/15 58/16 58/19
 58/19 58/21 58/25 59/13 59/17
 59/18 59/20 59/23 59/25 60/2

60/4 60/7 60/8 60/9 60/16
 60/21 60/23 61/5 61/7 61/8
 61/13 61/15 61/19 61/23 62/7
 62/12 62/22 62/25 62/25 62/25
 63/3 63/7 63/10 63/25 64/2
 64/6 64/7 64/15
that's [29]  5/18 8/14 14/6
 18/19 21/23 22/7 23/12 26/14
 27/13 27/25 28/21 29/13 30/2
 32/15 38/3 40/25 46/8 47/3
 50/8 51/17 54/25 55/3 56/4
 56/5 56/15 56/18 61/12 62/2
 62/17
their [10]  12/1 12/3 24/23
 25/9 25/12 42/19 53/20 53/24
 60/10 60/19
them [10]  15/18 17/20 24/2
 25/14 28/3 29/13 30/5 33/17
 43/12 44/7
then [25]  12/18 13/14 14/23
 15/3 15/6 15/24 16/5 19/16
 21/12 21/23 22/1 22/8 27/9
 27/16 28/22 29/19 30/7 31/7
 31/7 31/16 32/15 36/24 50/10
 59/9 62/17
theory [3]  42/21 44/19 53/14
there [96]  2/23 3/2 3/14 3/22
 3/25 4/13 4/23 5/24 6/15 6/24
 7/3 7/12 7/15 7/20 8/22 8/25
 9/2 9/9 9/9 9/12 9/13 9/15
 9/21 9/22 9/25 10/9 10/12
 10/23 11/1 12/7 12/16 13/3
 14/1 14/10 14/14 16/23 17/14
 18/14 19/18 19/25 20/3 20/6
 20/18 23/2 23/8 24/12 25/5
 26/24 27/12 28/20 28/21 28/23
 28/25 29/12 30/15 31/13 32/16
 33/10 34/9 34/21 35/24 37/7
 38/15 38/20 38/22 39/2 40/3
 40/3 40/8 41/6 41/7 41/11
 41/16 42/5 42/14 43/2 45/11
 47/16 48/4 48/7 48/22 49/3
 50/2 50/4 51/6 51/23 51/25
 55/21 56/11 57/14 57/20 58/7
 60/2 61/17 61/19 62/24
there's [12]  3/16 11/21 12/11
 11/25 26/12 38/10 38/19 38/22
 40/25 51/7 56/7 58/9
these [13]  4/11 7/23 11/5
 12/17 18/17 20/10 22/13 25/18
 29/17 35/10 38/24 47/15 54/14
they [44]  4/24 6/7 11/6 11/25
 12/1 14/14 15/3 15/10 16/24
 18/3 18/4 18/11 24/18 24/23
 27/1 27/4 29/15 29/16 29/24
 29/25 30/1 30/1 30/4 30/8
 32/4 33/7 34/23 34/23 34/24
 39/12 39/13 39/13 40/14 41/5
 41/6 41/7 43/4 43/11 51/24
 54/7 54/11 54/12 61/4 63/6
they're [8]  15/17 16/1 18/9
 27/5 29/7 30/12 31/11 32/3
thing [9]  9/8 17/24 38/25
 40/19 40/19 42/5 46/24 47/9
 51/9
things [10]  7/24 17/7 33/14
 38/9 40/5 41/8 46/7 51/5
 55/21 59/16
think [106]  3/11 3/15 3/16

**T**

think... [103]   4/15 5/13 5/21
8/10 10/12 10/20 10/23 11/20
12/6 12/11 12/15 12/25 13/16
17/22 18/17 19/7 19/12 19/20
19/25 20/11 20/18 21/1 21/9
22/1 25/2 25/5 25/11 26/6
26/14 26/19 26/24 27/16 28/8
28/10 28/20 30/11 30/14 31/4
31/14 31/19 31/23 32/1 32/21
32/23 32/23 33/1 33/3 34/2
34/3 34/25 35/4 35/18 35/24
36/1 36/3 36/11 36/13 37/8
37/16 37/20 37/24 38/2 38/5
39/5 40/9 40/20 40/24 41/17
41/19 42/18 44/7 44/20 44/23
46/3 46/8 46/18 47/3 48/11
48/18 49/4 49/10 49/11 49/16
49/19 49/21 49/22 49/23 50/8
50/11 50/23 51/10 51/22 54/11
56/13 57/24 58/7 58/21 58/24
60/5 60/8 61/2 62/12 62/22
third [1]   45/10
this [121]   2/6 3/12 6/9 6/10
6/15 6/18 7/23 7/25 8/2 9/11
9/15 10/9 11/3 11/10 12/15
14/3 14/17 15/4 15/7 15/11
16/22 16/24 16/25 17/12 17/16
17/19 18/7 18/23 18/25 20/3
21/5 21/5 21/14 22/9 23/25
27/5 27/9 27/18 28/2 28/7
29/21 30/10 30/11 30/13 30/16
31/1 31/14 31/21 32/6 32/11
32/12 32/21 33/5 33/6 33/7
33/19 33/20 34/2 35/1 36/5
36/12 36/14 37/14 38/4 38/18
39/6 40/15 40/15 40/17 40/22
41/20 42/1 42/6 42/11 42/13
42/17 42/19 43/4 43/5 43/6
43/6 43/7 43/7 43/9 43/14
43/17 43/22 44/1 44/6 44/10
44/20 44/21 45/9 45/10 45/11
45/13 45/22 46/2 47/13 47/16
47/24 49/24 52/3 52/8 52/25
53/6 53/19 55/5 55/15 56/6
56/14 56/25 58/21 59/6 59/7
59/12 59/21 60/22 61/5 61/14
63/24
those [15]   4/10 11/1 15/16
16/15 18/13 25/3 25/20 40/5
41/5 41/8 42/19 45/25 57/23
58/15 63/9
though [6]   6/21 7/15 23/1
29/14 30/22 53/21
thought [4]   4/11 45/20 46/24
54/11
three [5]   15/6 22/3 29/6 41/9
54/14
three-quarter-inch [1]   41/9
through [7]   3/19 15/9 15/25
18/8 23/20 54/19 54/20
throughout [2]   29/20 54/2
throwing [2]   49/6 51/11
tie [1]   30/1
tied [1]   31/22
time [13]   14/13 23/19 27/18
30/5 30/11 46/21 47/14 47/15
50/7 52/22 54/9 59/13 59/25

times [3]   30/7 47/13 57/8
timing [1]   41/19
Timothy [5]   6/17 6/22 6/25
7/14 8/11
Timothy Hurtt [3]   6/22 6/25
7/14
today [7]   4/10 12/10 41/13
45/24 45/25 52/14 54/10
told [1]   54/4
tons [1]   44/21
too [3]   30/16 31/8 47/13
took [2]   44/2 49/1
top [1]   42/20
total [5]   12/22 13/7 19/13
20/20 36/25
touch [1]   11/19
towards [1]   53/20
trade [2]   48/12 55/1
trades [1]   54/23
trafficking [3]   5/12 36/8
56/20
tragedy [1]   59/12
training [3]   47/8 48/10 61/25
transaction [1]   15/23
transactions [1]   14/15
transcript [1]   64/15
traumatic [1]   25/11
treated [1]   46/25
treatment [5]   46/23 47/5 47/5
48/17 62/1
treats [1]   57/25
tremendous [1]   47/23
trial [34]   2/16 2/22 3/1 3/11
3/20 4/4 9/12 12/3 15/12
21/19 23/20 26/15 28/12 30/17
32/10 34/20 35/24 36/6 37/22
39/11 42/13 44/4 49/4 49/17
50/23 52/24 52/23 53/2 53/19
53/22 53/23 54/4 60/20 63/3
tried [1]   24/18
tries [1]   26/22
trigger [1]   43/19
troubling [1]   40/5
true [5]   21/17 26/17 29/11
37/25 50/1
true test [1]   21/17
trunk [1]   27/19
try [4]   6/9 30/8 46/12 46/13
trying [8]   30/5 32/3 32/18
35/22 36/1 43/4 48/8 60/3
turn [1]   48/3
two [30]   6/15 10/23 11/12
11/20 11/21 12/12 12/17 13/4
13/5 13/14 14/6 16/18 17/7
17/9 17/13 18/13 19/17 19/17
20/19 24/25 25/3 26/24 28/25
33/23 36/7 39/11 44/6 52/21
57/18 61/12
two-level [2]   11/21 14/6
tying [1]   27/17
type [5]   25/6 32/6 41/10
53/20 55/1

**U**

U.S [1]   1/20
U.S. [2]   9/3 53/7
U.S. State's [1]   53/7
U.S. versus Mark Bazemore [1]
9/3

ultimately [6]   17/14 18/10
30/7 39/4 41/1 47/9
unanswered [1]   39/17
uncharged [1]   8/8
Uncle [1]   28/17
Uncle Rick [1]   28/17
unclear [1]   31/11
under [9]   7/7 11/20 14/6
17/9 20/13 22/3 22/19 33/1
33/3 36/12 40/14 44/19 45/6
understand [9]   13/10 21/6
28/5 51/18 53/25 57/17 58/23
60/1 64/2
understanding [1]   17/7
understands [1]   60/2
unfair [1]   54/12
unfortunate [1]   47/3
unfortunately [3]   35/11 40/17
56/22
ungodly [1]   53/5
UNITED [9]   1/1 1/3 1/16 2/6
2/8 6/17 8/2 8/11 9/7
United States [2]   2/6 2/8
United States versus Gerald
Johnson [1]   9/7
United States versus Marquise
McCants [1]   8/2
United States versus Timothy
Hurtt [2]   6/17 8/11
unlawful [2]   5/8 5/9
unless [3]   10/12 18/25 35/25
unloading [1]   25/14
unnecessarily [1]   43/16
untruthful [1]   53/13
unwilling [2]   48/25 49/11
up [35]   6/4 8/15 13/24 14/18
15/9 15/16 15/22 15/25 18/7
18/7 20/23 22/3 23/3 27/15
30/1 30/13 31/1 31/22 32/22
32/23 34/23 35/12 36/6 39/13
42/10 43/7 43/8 49/6 50/12
51/11 54/16 59/13 59/14 60/1
62/2
upbringing [1]   44/15
upon [2]   11/19 44/4
upper [1]   44/10
upward [3]   11/21 14/6 19/8
us [1]   22/10
use [6]   13/6 13/24 18/2 28/3
47/7 56/24
used [3]   13/5 15/2 16/21
42/18 57/9
useful [1]   6/16
users [1]   18/1
uses [1]   32/13
usually [2]   16/21 31/2
utmost [1]   54/12

**V**

vacated [1]   63/9
vague [1]   31/11
van [2]   30/8 31/22
vantage [2]   25/24 26/16
various [4]   3/22 57/8 58/2
59/5
vegetation [1]   26/12
venture [1]   17/18
verbatim [1]   50/20
verdict [8]   2/23 3/13 3/20

Case 1:16-cr-00267-LKG   Document 1497   Filed 05/18/20   Page 82 of 83

**V**

verdict... [5]   4/1 10/20
  12/25 24/4 56/14
verdicts [1]   38/8
versus [6]   2/6 6/17 8/2 8/11
  9/3 9/7
very [27]   15/2 16/21 25/11
  26/9 26/20 26/24 26/25 27/6
  28/10 34/5 34/14 36/5 36/10
  37/5 39/4 39/8 40/5 44/23
  48/23 49/14 52/24 55/20 55/21
  55/22 56/16 58/6 60/21
victim [3]   11/22 30/4 43/20
victim's [1]   29/24
victims [4]   11/25 24/17 24/23
  25/6
victory [2]   20/24 20/24
video [3]   26/8 26/11 44/7
view [2]   13/13 26/12
violence [9]   7/22 13/6 13/6
  13/14 13/24 56/19 56/19 57/6
  57/7
violent [2]   36/5 58/3
virtually [1]   60/1
virtue [2]   7/7 50/3
vis [2]   50/24 50/24
vis-à-vis [1]   50/24
vocational [1]   61/24
voicemail [1]   39/25
volumes [1]   42/12
voluntary [1]   56/10
vs [1]   1/4

**W**

waist [2]   34/17 34/18
walking [1]   26/11
want [18]   2/5 11/19 13/19
  14/3 20/22 24/9 25/15 28/4
  33/25 37/23 44/16 46/1 49/13
  52/4 52/22 54/16 54/22 59/23
wanted [7]   25/20 28/11 37/25
  45/10 48/22 53/20 59/15
wants [6]   3/14 6/2 13/10
  27/23 32/14 47/16
warrant [1]   17/12
warranted [3]   49/24 60/22
  61/10
was [168]   2/23 3/25 4/25 5/1
  5/12 5/23 6/6 6/7 6/12 6/13
  6/18 6/18 6/19 6/24 7/3 7/3
  7/8 7/20 7/23 8/7 8/13 8/25
  9/9 9/12 9/13 9/21 9/22 9/25
  10/1 10/15 10/16 10/17 12/7
  12/8 12/16 13/17 14/10 14/11
  14/14 15/11 15/12 15/13 17/25
  19/4 21/18 25/2 25/3 25/6
  25/10 26/1 26/2 26/2 26/3
  26/4 26/4 26/5 26/20 27/3
  28/6 28/9 28/16 28/16 30/11
  30/16 31/18 32/11 32/12 32/22
  33/8 33/11 33/21 33/22 34/5
  34/7 34/9 34/12 34/13 34/16
  34/17 34/21 35/13 35/13 35/25
  36/5 36/5 36/8 36/11 37/10
  37/10 37/13 37/18 37/24 37/25
  37/25 38/4 38/7 38/13 38/18
  38/24 38/25 39/6 39/8 39/18
  39/24 39/25 40/10 40/11 40/15

  41/2 41/3 41/15 41/16 41/16
  41/18 42/1 42/1 42/3 42/3
  42/4 42/14 42/15 43/2 43/2
  43/20 44/18 44/25 45/9 45/10
  45/10 45/20 46/11 46/24 48/24
  48/25 49/1 49/2 49/3 49/11
  49/11 49/17 51/11 51/19 51/22
  51/22 51/23 51/24 52/20 54/4
  54/6 56/10 56/12 56/16 56/22
  57/11 57/11 57/18 57/22 57/22
  58/11 58/16 58/17 58/19 59/7
  59/7 62/10 62/15 63/3 63/15
wasn't [3]   29/23 30/18 34/20
waste [2]   46/18 47/24
watch [1]   25/12
way [8]   6/4 8/14 15/10 18/10
  20/10 21/6 21/25 29/5
ways [3]   26/25 33/10 33/19
we [123]   2/20 2/21 3/9 3/20
  4/11 5/6 5/6 6/3 6/5 8/10
  11/15 11/17 11/19 12/2 12/9
  13/8 13/12 13/15 13/21 13/24
  13/25 14/5 16/1 17/7 17/9
  17/16 17/22 18/6 18/10 18/11
  18/20 19/4 19/10 19/10 19/11
  21/12 21/15 22/2 22/7 22/8
  22/9 22/21 22/24 23/24 23/25
  24/3 24/3 24/5 24/17 24/20
  24/22 24/25 25/2 26/8 27/9
  28/12 28/20 28/22 29/3 29/7
  30/11 30/13 30/24 31/3 31/4
  31/14 31/19 32/5 32/10 32/10
  32/21 32/22 32/23 33/10 33/12
  33/14 33/17 33/19 35/11 35/11
  35/16 36/3 36/10 36/13 36/16
  36/22 37/1 37/22 38/2 38/19
  39/10 39/11 39/24 39/24 40/1
  40/15 40/15 40/16 41/1 41/5
  41/7 41/19 42/10 42/12 43/1
  43/2 44/7 44/21 45/5 45/13
  45/18 45/21 49/5 50/24 50/24
  56/1 57/3 57/17 57/21 59/5
  60/2 60/3 63/14
we'll [2]   3/15 12/13
we're [4]   2/10 35/17 39/15
  43/22
we've [4]   12/9 16/7 37/5
  46/20
weapon [3]   38/18 38/20 57/16
weapons [6]   29/2 34/15 38/21
  40/18 56/24 57/9
wearing [1]   58/16
week [1]   52/23
weeks [2]   3/19 23/20
weight [4]   10/6 13/17 35/20
  36/14
welfare [1]   46/15
well [15]   2/20 3/21 4/11 5/5
  6/3 10/4 18/16 19/25 22/7
  23/12 29/9 32/5 55/18 60/17
  61/25
went [7]   24/20 34/23 34/24
  39/25 40/1 43/17 54/4
were [30]   7/15 8/23 11/6
  12/12 18/11 20/11 26/11 26/17
  28/24 29/1 33/21 35/12 36/6
  37/7 37/13 39/11 39/12 39/13
  41/5 41/11 42/22 43/4 50/15
  50/24 56/11 57/3 57/14 58/15

  59/14 59/15
weren't [1]   47/14
what [57]   3/23 8/22 10/5 10/8
  11/2 11/15 16/15 19/12 24/1
  24/3 24/4 24/5 26/7 27/2 27/3
  29/4 30/10 30/22 31/11 35/11
  37/6 37/18 38/1 38/17 39/2
  39/10 39/24 40/21 41/1 41/3
  41/7 42/10 43/10 43/11 43/14
  44/22 45/6 45/20 46/15 47/11
  47/22 51/11 54/11 54/12 54/20
  56/1 56/23 57/18 57/22 58/17
  59/2 59/15 59/19 60/3 60/10
  60/24 62/4
what's [6]   19/12 20/6 32/2
  32/19 49/9 62/21
whatever [7]   18/22 22/18
  44/16 44/17 48/12 54/8 60/19
whatsoever [1]   53/9
when [23]   10/14 11/3 17/16
  26/2 31/21 32/8 32/14 34/16
  34/23 34/24 35/3 35/21 37/10
  37/13 37/23 40/11 41/5 41/6
  41/25 42/3 46/25 57/11 57/22
where [22]   8/12 8/20 13/12
  14/20 17/8 26/1 26/17 26/20
  30/5 37/13 38/4 43/7 43/8
  43/19 50/24 50/24 51/17 52/17
  54/23 58/25 59/14 62/3
wherever [1]   48/12
whether [12]   6/11 10/11 19/3
  19/4 39/25 39/25 42/16 55/17
  56/9 56/11 60/19 63/2
which [41]   5/8 5/11 7/8 7/8
  9/3 11/23 12/18 15/1 15/11
  16/1 16/24 20/7 20/14 20/20
  22/10 22/25 27/5 27/9 27/11
  30/17 31/4 31/5 31/13 31/17
  32/3 32/11 32/16 33/8 34/25
  35/12 36/7 49/9 51/15 52/16
  52/21 53/11 54/7 54/12 54/20
  56/8 56/19
while [2]   34/5 59/6
who [23]   1/25 12/12 14/14
  16/25 18/2 24/16 26/25 33/15
  33/18 34/2 34/22 38/25 40/23
  41/6 42/10 42/13 42/17 43/20
  44/6 45/25 47/16 52/18 53/20
who's [1]   15/7
why [8]   26/14 35/6 35/25 37/1
  38/3 54/5 54/18 54/25
will [18]   11/19 12/23 13/23
  23/14 36/15 45/8 46/20 48/13
  48/19 57/20 60/8 61/13 61/17
  61/23 62/22 63/25 64/5 64/8
window [1]   25/13
Windsor [2]   42/12 52/21
Windsor Mill [1]   52/21
Windsor Mill Road [1]   42/12
wish [2]   47/14 54/25
within [4]   43/13 61/5 64/1
  64/8
within-guideline [1]   61/5
without [4]   9/18 10/6 61/3
  63/12
witness [2]   50/6 53/13
witness's [2]   26/22 28/1
witness-retaliation [1]   50/6
witnesses [3]   4/3 25/22 26/25

**W**

won't [1]   52/4
word [1]   42/18
words [1]   32/19
work [2]   20/10 20/25
working [2]   15/14 46/12
works [1]   22/1
world [1]   49/7
worse [3]   35/4 49/15 49/22
would [60]   3/6 4/4 9/2 10/9
 11/1 11/8 11/9 12/18 12/21
 13/1 13/3 13/6 15/15 16/23
 17/18 17/25 18/10 18/13 19/7
 19/13 20/14 20/17 20/18 20/20
 20/20 21/2 22/10 22/18 23/16
 26/19 33/7 33/7 35/25 37/2
 38/12 42/5 43/11 45/2 45/13
 47/3 47/15 47/18 50/10 50/16
 51/9 52/1 52/10 53/4 53/11
 56/25 58/13 58/14 58/25 60/24
 62/24 63/1 63/7 63/9 63/11
 63/18
wound [1]   14/18
wounds [1]   12/1
wrong [8]   6/2 16/7 21/25 26/6
 31/10 45/17 53/11 53/25
wrote [1]   45/25

**Y**

yeah [2]   16/9 30/21
year [7]   36/24 42/6 43/22
 52/15 61/13 61/15 63/9
years [23]   7/17 7/19 23/3
 36/5 36/9 36/24 36/25 41/25
 42/2 44/6 45/15 46/21 50/2
 52/14 54/14 61/8 61/11 61/13
 62/7 62/9 62/17 63/10 63/11
yes [10]   3/21 4/20 11/17 14/5
 22/15 23/6 23/15 59/24 64/3
 64/10
yesterday [1]   31/10
yet [1]   45/21
you [82]   2/3 2/5 2/12 2/17
 2/17 2/19 3/13 4/6 4/19 4/22
 5/4 5/22 11/2 12/14 13/19
 14/3 16/3 16/7 16/13 17/6
 19/9 19/22 20/11 20/22 23/3
 23/10 23/16 23/18 23/21 26/7
 26/9 26/17 26/17 26/20 30/20
 30/22 30/22 31/23 36/19 36/21
 37/13 37/13 37/22 37/23 42/16
 42/22 42/22 42/24 44/16 44/24
 48/1 48/2 48/25 49/20 51/18
 51/24 52/1 52/2 52/2 52/4
 52/4 52/4 52/6 52/8 52/22
 53/10 55/4 55/6 55/7 55/9
 55/13 55/18 55/25 62/16 63/21
 63/22 63/23 63/25 64/2 64/5
 64/7 64/12
you'd [2]   3/2 52/6
you're [6]   16/15 35/3 52/3
 52/24 62/16 64/7
you've [7]   4/17 16/4 22/20
 23/8 23/21 37/23 42/19
young [2]   46/3 58/24
younger [1]   39/12
youngest [1]   52/18
your [85]   2/14 2/19 3/4 3/19

4/18 4/20 4/24 6/3 7/5 8/18
9/2 9/8 9/11 9/18 9/20 11/14
12/5 12/10 12/14 13/21 14/21
15/10 15/15 15/18 17/6 17/7
17/13 17/24 17/25 18/13 19/22
20/23 21/2 22/6 22/15 22/20
22/21 23/1 23/16 23/18 23/20
23/24 24/2 25/17 29/1 31/1
36/21 36/22 37/4 37/9 37/20
38/12 39/4 39/8 39/21 40/5
40/9 40/13 40/24 41/13 41/22
44/20 45/2 45/16 45/22 47/18
48/1 48/3 48/5 48/16 50/5
50/10 50/16 50/19 51/1 51/9
51/13 51/21 52/10 52/22 55/6
62/6 63/21 63/23 64/8
Your Honor [72]   2/14 2/19 3/4
 3/19 4/20 4/24 6/3 8/18 9/2
 9/8 9/11 9/16 9/20 11/14 12/5
 12/10 13/21 15/15 17/6 17/7
 17/13 17/24 17/25 18/13 19/22
 20/23 21/2 22/6 22/21 23/1
 23/18 23/20 23/24 24/2 25/17
 29/1 31/1 36/21 36/22 37/4
 37/9 37/20 38/12 39/4 39/8
 39/21 40/5 40/9 40/13 40/24
 41/13 41/22 44/20 45/2 45/16
 45/22 47/18 48/1 48/5 48/16
 50/5 50/10 50/16 50/19 51/1
 51/9 51/13 51/21 52/10 55/6
 62/6 63/21
youth [1]   44/14

**Z**

Zweizig [3]   1/23 64/14 64/19