```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
 2                      NORTHERN DIVISION

 3     UNITED STATES OF AMERICA,)
                                )
 4          vs.                 )   CRIMINAL CASE NO. CCB-16-0267
                                )
 5     DWIGHT JENKINS,          )
              Defendant.        )
 6     _____)

 7
                           April 10, 2017
 8                         Courtroom 7D
                        Baltimore, Maryland
 9            Guilty Plea and Sentencing Hearing

10

11     BEFORE:  THE HONORABLE CATHERINE C. BLAKE, Judge

12

13

14     For the Plaintiff:

15     Christina Hoffman, Esquire
       Lauren Perry, Esquire
16     Assistant United States Attorney

17     For the Defendant:

18     Michael Montemarano, Esquire

19

20

21     ==========================================================

22                        Reported by:

23                   Nadine M. Gazic, RMR, CRR
                    Federal Official Court Reporter
24                 101 W. Lombard Street, 4th Floor
                    Baltimore, Maryland  21201
25                        410-962-4753
```

1                    **P R O C E E D I N G S**

2          **THE COURT:** Call the case.

3          **MS. HOFFMAN:**  This is United States versus Dwight

4    Jenkins.  Case number CCB-16-0267.  I'm Christina Hoffman on

5    behalf of the United States and with me at counsel table is

6    Lauren Perry, also on behalf of the United States.

7          **THE COURT:** All right, thank you.

8          **MR. MONTEMARANO:**  Good afternoon, Your Honor.

9    Michael Montemarano on behalf of Mr. Jenkins, who stands next

10   to me at trial table.

11         **THE COURT:** All right, thank you.  And so we're here

12   for -- just to be clear, we're here for both a guilty plea and

13   sentencing.  It is my understanding that Mr. Jenkins would

14   like to proceed directly to sentencing?

15         **MR. MONTEMARANO:**  Yes, Your Honor.

16         **THE COURT:** Okay, and I assume we will be able to do

17   that.  I should say that for the record, having had that

18   request, I also received -- obviously I'm familiar with the

19   case generally and have reviewed the pre-plea criminal history

20   that was done, so if we're ready to proceed with the plea, go

21   ahead.

22         **THE CLERK:** Mr. Jenkins, please stand, sir, and raise

23   your right hand.

24         **(Defendant sworn.)**

25         **THE CLERK:** Thank you, you may put your hand down.

1      Please state your full name for the Court.

2              **THE DEFENDANT:**  Dwight Jenkins.

3              **THE CLERK:** What is your age?

4              **THE DEFENDANT:**  48.

5              **THE CLERK:**  What is the year you were born?

6              **THE DEFENDANT:**  '68

7              **THE CLERK:**  Mr. Jenkins, on September the 27th of

8      2016, you appeared before the Court at that time.  You were

9      arraigned, you entered a plea of not guilty as to Counts One,

10     Two, Sixteen, Seventeen, Nineteen, Twenty-One, Twenty-Two,

11     Twenty-Three and Twenty-Four of the superseding indictment.

12     Do you wish to change you plea as to Counts One and Two of the

13     superseding indictment?

14             **THE DEFENDANT:**  Yes, ma'am.

15             **THE CLERK:** How do you wish to plead as to Counts One

16     and Two of the superseding indictment?

17             **THE DEFENDANT:**  Guilty.

18             **THE CLERK:** The plea is guilty as to Counts One and

19     Two of the superseding indictment and not guilty as to the

20     remaining counts; is that correct?

21             **THE DEFENDANT:**  Yes, ma'am.

22             **THE CLERK:** Thank you, if you'll just slide up to the

23     table, bring that microphone down in front of you, please.

24             **THE COURT:** Thank you.  And if you don't mind, Mr.

25     Montemarano, I think you can push that forward, that monitor a

1    bit.  I think it just sort of will fold.  Thank you.  Other

2    direction.  Thank you very much.  That's good, that's fine.

3    Okay.

4              So Mr. Jenkins, what I need to do is just to ask you

5    a series of questions to make sure that you know what you're

6    doing.  And at any point if you don't understand any of my

7    questions or you need a chance to talk to your attorney for

8    any reason, just let me know, all right?

9              **THE DEFENDANT:**  Yes, ma'am.

10             **THE COURT:**  All right, sir.  Do you understand you

11   are under oath, so if you knowingly give a false answer to any

12   of my questions, you could be prosecuted for false declaration

13   or perjury?

14             **THE DEFENDANT:**  Yes, ma'am.

15             **THE COURT:**  Okay.  How far did you go in school, sir?

16             **THE DEFENDANT:**  GED.

17             **THE COURT:**  I take it then that you were able to read

18   and understand the charges against you and the plea letter in

19   this case?

20             **THE DEFENDANT:**  Yes, ma'am.

21             **THE COURT:**  In the past 24 hours have you taken any

22   drugs or alcohol or medication of any kind?

23             **THE DEFENDANT:**  Medication for thyroid and high

24   blood pressure, that's it.

25             **THE COURT:**  Okay, all right.  Thyroid and high blood

1    pressure, great.  And you were taking medicine prescribed for

2    you by a doctor?

3                 THE DEFENDANT:  Yes, ma'am.

4                 THE COURT:  Okay. Are you having any difficulty

5    understanding what's going on here today?

6                 THE DEFENDANT:  No, ma'am.

7                 THE COURT:  Good. You're pleading guilty to two

8    charges, Counts One and Two of the superseding indictment.

9    And Count One is the racketeering conspiracy, Count Two is a

10   drug conspiracy.  Do you understand there are several things

11   that the Government would have to prove beyond a reasonable

12   doubt if the case went to trial?  Specifically, as far as

13   Count One, the racketeering conspiracy, they'd have to prove

14   that from approximately 2011 up through the date of the

15   superseding indictment and at least partly here in Maryland,

16   there was an enterprise that existed as charged in the

17   superseding indictment; that this enterprise affected

18   interstate or foreign commerce; that you were associated with

19   or employed by this enterprise and that you personally,

20   knowingly and willfully, you conspired, you agreed with at

21   least one other person to conduct and to participate in the

22   affairs of this enterprise through a pattern of racketeering

23   acts, racketeering conspiracy.  Do you understand that's what

24   the Government would have to prove as far as Count One?

25                 THE DEFENDANT:  Yes, ma'am.

1        **THE COURT:**  Okay. As far as Count Two on the drug

2    trafficking conspiracy, do you understand that the Government

3    would have to prove that from again, approximately 2011

4    through the date of the superseding indictment and at least

5    partly here in Maryland, that there was an agreement between

6    at least two people to violate the drug laws of the United

7    States by distributing or possessing with the intent to

8    distribute heroin and cocaine base, that you were part of that

9    agreement and you joined in it knowingly, voluntarily, you

10   knew what it was all about, you wanted to help make it succeed

11   and that it was foreseeable to you that this conspiracy, the

12   people involved in the conspiracy would distribute a kilo or

13   more of heroin and 280 grams or more of cocaine base.  Do you

14   understand that's what the Government would have to prove as

15   far as Count Two?

16        **THE DEFENDANT:**  Yes, ma'am.

17        **THE COURT:**  Okay.  In terms of the possible

18   penalties, do you understand that the maximum sentence under

19   the law for Count One is life in prison, a fine of as much as

20   $250,000 and a five-year term of supervised release.  For

21   Count Two the maximum is also life in prison.  There is a

22   mandatory minimum term of 10 years in prison.  The fine could

23   be as much as 10 million dollars and there is a five-year term

24   of supervised release.  There's also a $100 special assessment

25   for each count.  Do you understand those penalties?

1          **THE DEFENDANT:**  Yes, ma'am.

2          **THE COURT:**  All right, sir.  I mentioned supervised

3     release.  So that's a term of years that's imposed to follow

4     whatever prison term you get.  While you're on supervised

5     release, you have to obey the rules and regulations of

6     supervised release, not commit any new offense.  If you

7     violate any condition of supervised release, you can get put

8     back in prison for the full term of the supervised release

9     without getting any credit for the time you were out.  Even if

10    that somehow meant you spent more time in prison than would

11    otherwise be the maximum, that's how supervised release works.

12    If you violate it, you could go back to jail for the full

13    term.  Do you understand that?

14         **THE DEFENDANT:**  Yes, ma'am.

15         **THE COURT:**  All right, sir.  Do you understand that

16    you're subject to what are called the sentencing guidelines

17    that have been issued by the United States Sentencing

18    Commission.  They're advisory, but I have to calculate them to

19    the best I can and take them into account deciding on a

20    sentence in your case, specifically in this instance deciding

21    whether I agree with what you all are recommending.  The

22    guidelines depend on a variety of things:  The type of the

23    offense, your role in the offense, the quantity of drugs

24    involved, your criminal record, all those things go into

25    deciding what the advisory guideline range is going to be.  Do

1    you understand that?

2         **THE DEFENDANT:**  Yes, ma'am.

3         **THE COURT:**  Do you understand that under the law --

4    and this may be changed somewhat by your plea agreement, but

5    under the law if you think I make a mistake deciding on your

6    sentence, you have the right to appeal the sentence.  The same

7    is true for the Government under the law.  If the Government

8    thinks that I make a mistake deciding on the sentence, then

9    ordinarily the Government has the right to appeal the

10   sentence. Do you understand that?

11        **THE DEFENDANT:**  Yes, ma'am.

12        **THE COURT:**  All right, sir, when you plead guilty you

13   are giving up some very important rights.  I'm sure you've

14   been over that with counsel, but I need to go through some of

15   those with you and make sure you're giving them up

16   voluntarily.  Do you understand you have a right to continue

17   to plead not guilty to these charges?

18        **THE DEFENDANT:**  Yes, ma'am.

19        **THE COURT:**  Do you understand you have a right to a

20   trial by a jury?

21        **THE DEFENDANT:**  Yes, ma'am.

22        **THE COURT:**  Do you understand if you were willing to

23   give up your right to a trial by a jury and if the Government

24   also was willing to give up its right to a trial by a jury,

25   you could be tried just by a United States District judge.

1      You could have a judge trial without a jury.

2              **THE DEFENDANT:**  Yes, ma'am.

3              **THE COURT:**  All right, sir, do you understand that if

4      you did want to go to trial, you would continue to have the

5      right to be represented by counsel just as you are now.  He

6      would stick with you.  And so long as you cannot afford a

7      lawyer, one is appointed to represent you at the Government's

8      expense.

9              **THE DEFENDANT:**  Yes, ma'am.

10             **THE COURT:**  And do you understand that if you went to

11     trial you would be presumed innocent?  The burden would be on

12     the Government to prove your guilt beyond a reasonable doubt.

13             **THE DEFENDANT:**  Yes, ma'am.

14             **THE COURT:**  Sir, do you understand that if you went

15     to trial, you or your attorney would have the right to

16     cross-examine.  So he could ask questions of any witness who

17     testified against you.  And if you went to trial, you would

18     have the right to make people come in and testify on your

19     behalf.  In other words, if someone had some helpful

20     information, some evidence to give for you, you could have a

21     summons or subpoena issued to make them come in and testify.

22             **THE DEFENDANT:**  Yes, ma'am.

23             **THE COURT:**  All right, sir, do you understand that if

24     you went to trial, you personally would have the right to take

25     the witness stand and testify if you wanted to, but if you did

1    not want to testify for whatever reason, no one could force

2    you or make you testify.

3            **THE DEFENDANT:**  Yes, ma'am.

4            **THE COURT:** Do you also understand if you decided not

5    to testify for whatever reason, no one, including the jury,

6    could hold that against you in any way.  They could not decide

7    anything bad about your case or specifically that you were

8    guilty just because you decided not to testify.

9            **THE DEFENDANT:**  Yes, ma'am.

10           **THE COURT:** Do you understand if you did choose to be

11    tried by a jury, in order for you to be convicted, the jury's

12    verdict would have to be unanimous.  So there would be 12

13    jurors, they would all have to agree that you had been proven

14    guilty beyond a reasonable doubt.

15           **THE DEFENDANT:**  Yes, ma'am.

16           **THE COURT:**  Do you understand that when you plead

17    guilty, you are giving up each and every one of those rights?

18    There would be no further trial of any kind and you would be

19    sentenced based on your guilty plea?

20           **THE DEFENDANT:**  Yes, ma'am.

21           **THE COURT:** All right, sir, and finally, do you

22    understand that when you plead guilty you are giving up your

23    right to try to suppress any statements you might have made,

24    keep something out of evidence that might have been taken from

25    you, pretrial motions?  In other words, any defense that you

1    might have, you give it up when you plead guilty.  Do you

2    understand that?

3             **THE DEFENDANT:**  Yes, ma'am.

4             **THE COURT:**  All right, sir, I have a plea agreement

5    letter here dated January 31, 2017 addressed to Mr.

6    Montemarano.  It appears to have your signature at the end.

7    Did you read and sign this letter, Mr. Jenkins?

8             **THE DEFENDANT:**  Yes, that's my signature.

9             **THE COURT:**  Directly above your signature it says, *I*

10   *have read this agreement, including the sealed supplement and*

11   *I've carefully reviewed every part of it with my attorney.  I*

12   *understand it and I voluntarily agree to it.  Specifically, I*

13   *have reviewed the factual and advisory guidelines stipulation*

14   *with my attorney and I do not wish to change any part of it.*

15   *I am completely satisfied with the representation of my*

16   *attorney.*  Is that all correct, Mr. Jenkins?

17            **THE DEFENDANT:**  Yes, ma'am.

18            **THE COURT:**  All right, specifically regarding the

19   representation that Mr. Montemarano has been providing to you,

20   is there anything you think he should have done that he hasn't

21   done or anything else you need to ask him about right now?

22            **THE DEFENDANT:**  No, ma'am.

23            **THE COURT:**  All right.  I'm going to go through this

24   letter with you then, just a summary of the agreement, but let

25   me also ask whether anyone has used any force or made any

1    threats against you or against anyone else to get you to enter

2    into this agreement.

3           **THE DEFENDANT:**  No, ma'am.

4           **THE COURT:** All right.  The agreement says you're

5    pleading guilty to Counts One and Two, the racketeering

6    conspiracy and the drug distribution conspiracy.

7           Paragraph 2 tells you what the Government would have

8    to prove if the case went to trial.

9           Paragraph 3 tells you about the possible penalties.

10           Paragraph 4 tells you about the rights you're giving

11    up by pleading guilty, which may include certain valuable

12    civil rights and if you are not a US citizen, you might be

13    subject to deportation or other loss of immigration status.

14           Paragraph 5 says that you understand I have to

15    determine an advisory guideline range and take it into account

16    in establishing a sentence.  You do have a specific agreement

17    with the Government about what the sentence should be.

18           Paragraph 6 is a factual stipulation and it says

19    that you agree that the Government could prove these facts

20    beyond a reasonable doubt.  And that is that you, and also

21    known as "Huggie" and "Unc," were an associate of Mirtaland

22    Mafia Piru, MMP, during the dates of the racketeering

23    conspiracy and that you did agree with members of MMP to

24    conduct and participate in the gang's affairs -- and that's

25    the enterprise in this case -- the gang's affairs through a

1   pattern of racketeering activity that included offenses

2   involving drug distribution.  You're agreeing that the overt

3   acts in which you are named in the superseding indictment are

4   an accurate sample of your activities in furtherance of the

5   racketeering enterprise and there are specific dates listed.

6   The first one in particular says July 13, 2015 you agreed to

7   and did distribute heroin to two undercover officers in the

8   1900 block of N. Forest Park Avenue.

9           There's another distribution on May 10th of 2016,

10   another one on May 16th of 2016.  The May 10th was heroin, the

11   May 16th was crack cocaine.  May 26th, distribution of both

12   crack cocaine and heroin.  June 3rd, a distribution of both

13   crack cocaine and heroin.  On June 9th, a distribution of

14   crack cocaine.  On June 24, 2016 in the 1600 block of E. Pratt

15   Street it says you sold a Bersa .380 caliber firearm and 14

16   rounds of ammunition to a confidential informant.  That was

17   illegal for you at the time to possess a firearm and

18   ammunition.  Then on July 6th of 2016 there's distribution of

19   crack cocaine and heroin and an offer to sell a machine gun.

20   It says that in July and August of 2016 law enforcement

21   officers conducted a court-authorized wiretap of a cell phone

22   that belonged to you, as well as cell phones of co-defendants

23   and you were intercepted in a number of calls with a

24   co-defendant discussing drug distribution.  September 27th of

25   2016, law enforcement officers executed a federal search

1    warrant at your home in Baltimore and among other things, they

2    recovered items that belonged to you that included body armor,

3    an empty Glock pistol box, a container with 44 rounds of .357

4    caliber ammunition, a box with 30 rounds of .38 Special

5    caliber ammunition, another box with 15 rounds of .38 Special

6    caliber ammunition, a small amount of crack cocaine, two

7    digital scales and numerous plastic baggies.  So it says that

8    although you never officially joined MMP, you agree that you

9    did conspire with, you did agree with members of MMP to

10   distribute heroin and cocaine base in furtherance of the gang

11   and that it was reasonably foreseeable to you that between one

12   and three kilos of heroin and between 280 and 840 grams of

13   cocaine base would be distributed by members of the

14   conspiracy.

15          So my question, Mr. Jenkins, is whether you agree

16   that the statement of facts is correct and you did what it

17   says in there you did.

18          **THE DEFENDANT:**  Yes, ma'am.

19          **THE COURT:** You do agree you're guilty of these two

20   offenses?

21          **THE DEFENDANT:**  Yes, ma'am.

22          **THE COURT:** All right, sir, based on those facts you

23   also have an agreement with the Government about the

24   guidelines.  Considering the underlying -- the racketeering

25   conspiracy, but the underlying drug distribution activities

1    undertaken in furtherance of the criminal enterprise, we get

2    to a base offense level of 30 with regard to the conspiracy to

3    distribute and possess with the intent to distribute heroin

4    and cocaine base.  And then there's a two-level increase

5    because of your possession of a firearm.  The way the

6    groupings of Count One and Two work out is that there's an

7    offense level of 32.  Now, the Government is not opposing a

8    two-level downward adjustment in your offense level and, in

9    fact, will make a motion for the third level.  So three levels

10   down for acceptance of responsibility, provided there's no

11   violation of the plea agreement between now and sentencing

12   which is not likely.  Your adjusted offense level would be a

13   29.  It does say there's no agreement about your criminal

14   history or criminal history category.  I should indicate for

15   the record though just to be clear, I would assume that

16   counsel believed at least based on the pre-plea criminal

17   history report is that Mr. Jenkins is a Category I; is that

18   correct?

19            **MS. HOFFMAN:**  That's correct, Your Honor.

20            **MR. MONTEMARANO:**  Yes, Your Honor.

21            **THE COURT:** All right.  Now in any event, aside from

22   what the correct advisory guideline calculation may be, you

23   have an agreement with the Government that a sentence of 120

24   months of incarceration, that's the 10 years, that's actually

25   the mandatory minimum I believe I mentioned on Count Two, but

1    in any event, 10 years of incarceration followed by five years

2    of supervised release is the appropriate sentence in this

3    case.  I don't have to accept that, but if I don't, you would

4    have the chance to withdraw your guilty plea.

5         Paragraph 9 just says that you don't have any

6    disputes with the Government about the sentencing guidelines.

7    You can both give me whatever information would be helpful to

8    explain to me why the ten years is a reasonable sentence.

9         Paragraph 10 says that the Government will make that

10   recommendation at sentencing and assuming sentencing goes

11   forward, they would move to dismiss the other charges against

12   you in the indictment.

13        What it also says in paragraph 11 is that the US

14   Attorney will not prosecute you for any other violations of

15   federal criminal law that arise from the specific facts you

16   agree to in that paragraph 6.  It does say that you understand

17   the investigation into your conduct remains ongoing.  This

18   plea agreement does not cover other crimes, including murder,

19   attempted murder or conspiracy to commit murder committed in

20   furtherance of the racketeering conspiracy or drug conspiracy

21   to which you are now pleading guilty.

22        Do you understand that?

23        **THE DEFENDANT:**  Yes, ma'am.

24        **THE COURT:** All right.  Paragraph 12 says forfeiture.

25   You are agreeing to forfeit to the United States any interest

1    you have in property that's derived from or required as a

2    result of or used to facilitate illegal activities.

3    Specifically that includes the body armor and the ammunition

4    that I previously mentioned.

5            The next paragraph 13, 13 deals with appeal rights

6    and first of all what it says is that you're giving up your

7    right to appeal your conviction.  In other words, your guilty

8    plea is to Counts One and Two.  So after your conviction of

9    those two charges, you're giving up your right to appeal that.

10   Both you and the Government are also giving up that right that

11   I previously mentioned to appeal the sentence.  Except, what

12   you're keeping is your right to appeal if there was somehow a

13   sentence more than 120 months, you have the right to appeal

14   that.  The Government is seeking the right -- excuse me,

15   keeping the right to appeal any sentence of less than 120

16   months, but if it's 120 months, both sides are giving up their

17   right to appeal.  Now, you can still use what's called Rule

18   35, if necessary, to correct some technical error in the

19   judgment and then it says you're giving up your rights under

20   the Freedom of Information Act.  That just means you won't be

21   asking for more documents about the case.

22           Paragraph 14 says if you were to somehow commit a

23   new offense between now and sentencing or engage in

24   obstruction of justice or in some other way violate the plea

25   agreement, if the Government proved that to me, in that case

1    they would be free of their obligations to you.  They could

2    make a different sentencing recommendation, for example, and

3    you would not necessarily be allowed to withdraw your guilty

4    plea.

5              Paragraph 15 says the Court is not a party to the

6    agreement.  In other words, I didn't sign the letter.  I do

7    have an independent responsibility to decide whether to accept

8    this or not, but again, if I don't, you have the opportunity

9    to withdraw your plea.  Then it says that's the complete plea

10   agreement in this case, together with the sealed supplement.

11   And we have a policy in this district of having a sealed

12   supplement in every case discussing cooperation, whether or

13   not a defendant is cooperating.

14              (**Conference at the bench.**)

15    **(It is the policy of this Court that every guilty**

16     **plea and sentencing proceeding include a bench**

17     **conference concerning whether the defendant is**

18     **or is not cooperating.)**

19              **THE COURT:** Anything else from counsel?

20              **MS. HOFFMAN:** Nothing further from the Government.

21              **MR. MONTEMARANO:**  Only relative to sentencing, Your

22   Honor.

23              **THE COURT:** Sure.  All right, well let me then before

24   we get to that, turn to you, Mr. Jenkins.  I didn't read this

25   word-for-word, but as far as you're concerned was that a

1    correct summary of what you think your agreement with the

2    Government is?

3              THE DEFENDANT:  Yes, ma'am.

4         THE COURT: All right, let me put it another way.  Is

5    there anything else that's been promised to you, any reward,

6    any benefit, anything you expect to get in exchange for your

7    guilty plea today, besides what's in this letter?

8              THE DEFENDANT:  No, ma'am.

9         THE COURT: Okay.  Any questions at all, Mr. Jenkins,

10   for me or for your counsel about your guilty plea or the terms

11   of your plea agreement?

12             THE DEFENDANT:  No, ma'am.  I'm fine.

13        THE COURT: Okay, all right, thank you.  Based on the

14   answers you have given me and my conversations with you and

15   counsel and reviewing the record, I'm going to find that

16   you're competent to enter these guilty pleas.  I believe you

17   understand the charges against you and the penalties you're

18   subject to and I find that you understand the rights you're

19   giving up by pleading guilty, that you're doing this

20   voluntarily and there's a factual basis for your entry of

21   these guilty pleas.  So I'm accepting your pleas of guilty to

22   Counts One and Two of the superseding indictment regarding

23   sentencing.  As indicated, counsel and Mr. Jenkins wanted to

24   proceed to sentencing.

25             The advisory guideline range calculation based on

1   the plea agreement and the pre-plea criminal history would

2   appear to put Mr. Jenkins at an offense level of 29 and a

3   Criminal History Category of I, which would be an 87 to 108

4   months, except that it is controlled by the mandatory minimum

5   in this case which is 120 months.  So that would be my

6   understanding of the advisory guidelines situation.  Does

7   Government counsel agree?

8           **MS. HOFFMAN:** Yes. That's correct, Your Honor.

9           **THE COURT:** Mr. Montemarano?

10          **MR. MONTEMARANO:**  Yes, Your Honor.

11          **THE COURT:** All right then, I would be happy to hear

12  from counsel.  Start with the Government about since the

13  guideline range is only one factor, why that is a sufficient,

14  without being greater than necessary, reasonable sentence.

15          **MS. HOFFMAN:**  Thank you, Your Honor.  Yes, the

16  Government does believe that a sentence of 120 months or 10

17  years is sufficient, but not greater than necessary to comply

18  with the purposes of sentencing set forth in 18 United States

19  Code 3553.  This is obviously a very serious offense.  The

20  defendant was associated with a violent set of the blood gang

21  called Mirtaland Mafia Piru or MMP which was responsible for

22  murders and shootings, in addition to large scale drug

23  trafficking.  The defendant was not an actual member of MMP,

24  but he was intimately involved in the gang's activities.  He

25  was repeatedly arrested in the gang's territory for drug

1    offenses.  He sold drugs in the gang's territory and benefited

2    from the gang's protection.

3         In the summer of 2016 the ATF did conduct a wiretap

4    on the defendant's cell phone and also conducted a series of

5    controlled purchases of heroin and crack cocaine from the

6    defendant totaling roughly 280 grams of crack cocaine and

7    roughly 75 grams of heroin.  They also conducted a controlled

8    purchase of a loaded firearm.

9         The defendant is a Criminal History Category I.  He

10   does have some convictions.  He has a 1990 conviction for

11   battery and malicious destruction of property; a 1992

12   conviction for CDS possession; a 1994 conviction for CDS

13   manufacture; a 1996 conviction for CDS unlawful possession; a

14   2005 conviction for CDS possession with intent to distribute

15   narcotics.  Many of those time out however.  There's more than

16   15 years or 10 years before the instant offense.

17        I think the parties agree with the calculation of

18   the guidelines that Your Honor just went over.  The guidelines

19   would be, as you said, 87 to 108 months, but because of the

20   statutory minimum, they effectively become 120 months which is

21   what both parties are recommending here.  Based on the

22   defendant's timely acceptance of responsibility and the fact

23   that he was not an actual member of the gang, we do feel that

24   ten years is a reasonable sentence and is sufficient, but not

25   greater than necessary.

1          **THE COURT:** Okay, thank you.  Mr. Montemarano?

2          **MR. MONTEMARANO:**  Thank you, Your Honor.  Initially

3     the defense as well asked the Court to impose the agreed upon

4     mandatory minimum sentence which the Court cannot go below at

5     this point.  My client is not eligible for the safety value

6     even though he is a Criminal History Category I because of the

7     firearm.  However, I would observe to the Court that every

8     single substantive offense charged in this indictment,

9     including that firearm, were the result of police action.  I

10    know the law and entrapment as well as anybody.  I don't know

11    that there's any way I can make a legitimate argument

12    suggesting entrapment with my client's criminal history and

13    the question of predisposition on which I have written far too

14    much in the last several years.  That being said, however, it

15    is difficult not to observe that, notwithstanding my client's

16    presence in the neighborhood for many years.  It was only by

17    way of controlled purchases and controlled conduct that the

18    narcotics were obtained from him in the substantive offenses.

19    That is not in any way, shape, or form to act or to suggest to

20    the Court that we delimit Mr. Jenkins's conduct, but I think

21    it does provide some dimension and degree of understanding to

22    it.

23          We have certain concerns relative to Mr. Jenkins's

24    health that I'd like to put on the record and this may affect

25    Your Honor's recommendations to the Bureau of Prisons.  My

```
1    client notwithstanding the fact that he's not that old a
2    fellow, certainly younger than I am, has or suffers as we
3    stand here the results of a difficult life.  And I guess a
4    loss in the genetic lottery.  For starters, he suffers from
5    Graves Disease, G-r-a-v-e-s.  It's a thyroid condition.  He's
6    on medication for it.  That limits his ability to heal.  He
7    has a sore behind his ear, for example, that just doesn't seem
8    to want to heal.  That is coupled with severe blood pressure
9    issues for which he's also on medication.  In addition to be
10   entirely candid, he was a long-term serious drug abuser and
11   that certainly tends to leave its results behind.  Beyond
12   that, he was a victim in 2002?  2, right?
13           THE DEFENDANT:  2009.
14           MR. MONTEMARANO:  Which one was the leg?
15           THE DEFENDANT:  '89.
16           MR. MONTEMARANO:  I got the years wrong, I apologize.
17   1989 he survived a severe gunshot wound to his lower right
18   leg.  I will not grace the Court with a view of it, but you
19   can take from my word and I've seen just a few orthopedic
20   injuries in my time and suffered a couple, he has a large
21   chunk missing from his lower right tibia.  And I'm not even
22   sure how the bone is structurally sound still.  Miracles of
23   modern medical science, I suppose.  Because of that his leg is
24   somewhat shorter on that side.  He requires lifts in his
25   shoes.  He requires the use of a cane, neither which
```

1    notwithstanding repeated requests by the defense and by Mr.

2    Jenkins have been afforded him at this point.

3         We would ask that he be at least proposed as being

4    eligible for Butner in the short term until his medical issues

5    are stabilized and treatment as necessary is obtained for him.

6    If that's not necessary, the BOP knows probably better than I

7    do.  I've never had a question about the medical treatment

8    that my clients have received at Butner.  I'm just not sure

9    that a quote/unquote line institution would necessarily be

10   able to afford him the necessary treatment, but he limps.  He

11   has back issues from the unevenness of his gait which is the

12   reason he needs the cane.

13        In addition he has developed -- I'm not even sure

14   that he quite understands why -- a problem with his ring

15   finger and it no longer quite works right.  And he has been

16   referred for surgery, however that may not take place before

17   he is transferred out of the district.  And I've made Ms.

18   McGuinness from US Probation whom we thank, aware of these

19   conditions.  She's ensured that these will all be set out in

20   detail for the BOP, by USPO so that the BOP has a record of it

21   and will be able to undertake it, et cetera.

22        **THE COURT:**  Great, I was going to ask you about that.

23   If it needs to be done, sure.

24        **MR. MONTEMARANO:**  Trying to do our job.  In any

25   event, those are the concerns we have.

1          In addition, my client has asked me specifically to

2     ask the Court to note that he has a desire for both drug

3     treatment -- because he believes that's, of course, a source

4     of many of his problems -- and vocational training.  In

5     particular because of his physical limitations he would be

6     interested in getting his CDL license.  His understanding from

7     what he's been able to obtain by way of information is that

8     that's possible at Monroeville or Petersburg.  And I would

9     simply ask that there be a recommendation that he be put in an

10    institution where he could obtain vocational training as suits

11    him.  Because unfortunately, there are things he can't do

12    because of his leg.  And CDL is something he thinks he can.

13    So he would like to be able to be employed when he gets out.

14          Mr. Jenkins, this is your opportunity to undertake

15    what's called allocution.  You can tell the Court anything you

16    want to tell the Court.  Because this is a C plea and Judge

17    Blake has indicated an inclination to impose the agreed upon

18    plea of ten years, you don't have to say anything and she

19    certainly would not hold it against you.  I've been in front

20    of the judge many times and she understands it's my job to

21    speak on your behalf, but this is your right.  Only you can

22    give it up.  So if you have an interest or desire to say

23    anything to the Court at this time, this is the opportunity.

24          **THE DEFENDANT:**  I'm fine.  I'm fine with everything

25    my lawyer said to you and thank you for the opportunity to be

1    here today.

2            **THE COURT:**  Okay.  All right, well thank you all.

3    You can be seated.  And I appreciate what counsel has told me

4    and as I said, from looking at the records before coming in it

5    seemed likely this would be reasonable and I do think it is

6    considering it's obviously an extremely serious offense.

7    There's no question about that.  It's a substantial quantity

8    of drugs and Mr. Jenkins appears to have been associated with

9    a violent group of individuals.  On the other hand, he is here

10   before me with most of the convictions being in the past. He's

11   a Criminal History Category One.  The guideline range is

12   actually below the mandatory minimum and he has accepted

13   responsibility.  So I agree that the sentence of ten years,

14   the mandatory minimum, 120 months in the custody of the Bureau

15   of Prisons is sufficient without being greater than necessary

16   to recognize both his individual circumstances and the

17   seriousness of the offense.  So that is a concurrent sentence

18   on both Count One and Count Two of 120 months.  It's going to

19   be followed by concurrent five-year terms of supervised

20   release on each count.  And I will impose special conditions

21   of supervised release to include any substance or alcohol

22   abuse counseling, testing, treatment that the probation

23   officer recommends and any vocational or educational programs

24   that the probation officer recommends.

25            In terms of recommendation to the Bureau of Prisons

1 and I'm sure Mr. Montemarano has explained I can recommend, I

2 can't order them, but it seems to me there are two issues:

3 One is that he should be considered for designation to a

4 medical center so that his medical situation can be evaluated

5 and I appreciate that that's on the record and that the

6 probation officer will assist in getting that information to

7 the Bureau o Prisons.

8    I'll also recommend that Mr. Jenkins participate in

9 any substance abuse program he's eligible for at the Bureau of

10 Prisons.  It's up to him and the Bureau of Prisons whether he

11 would, for example, be eligible for the RDAP program.  I don't

12 know that, but I will recommend any substance abuse program he

13 is eligible for, as well as being able to participate in

14 vocational training suitable for him which might be a CDL

15 program.  Again, that's something that he'll have to work on

16 with the Bureau of Prisons.

17    Obviously Mr. Jenkins's financial circumstances

18 don't permit a fine.  There's not going to be a fine.  I am

19 required to impose a $100 special assessment on each count, so

20 I will do that.  And I think that is a reasonable sentence.

21 Have I left anything out?  Anything I have not addressed?

22    **MS. HOFFMAN:**  No, nothing from the Government, thank

23 you.

24    **THE COURT:** All right.

25    **MR. MONTEMARANO:**  I think Lauren has a motion for

1      the Court.

2              **THE COURT:** Yes, you want to move -- I should also

3      mention forfeiture.  I am imposing forfeiture as specified in

4      the plea agreement.  And the Government has some counts to

5      dismiss?

6              **MS. HOFFMAN:**  Yes, we are moving to dismiss the

7      counts in which the defendant is charged, with the exception

8      of Counts One and Two.  And I don't have the list of counts in

9      front of me, but the remaining counts we are moving to

10     dismiss.  Counts 16, 17, 19, 21, 22 and 24.

11             **THE COURT:** Okay.  All right, that will be

12     accomplished.  Mr. Jenkins, in light of the plea agreement and

13     the sentence, I don't think there's anything you probably have

14     a right to or would necessarily want to appeal from, but if

15     there were going to be an appeal, that would have to be within

16     14 days.  Do you understand that, sir?

17             **THE DEFENDANT:**  Yes, ma'am.

18             **THE COURT:** Okay, good luck.  Thank you all.

19             **THE CLERK:**  All rise  This Honorable Court stands

20     adjourned.

21             **(Proceeding was concluded at 2:59 p.m.)**

22

23

24

25

1                 **CERTIFICATE OF OFFICIAL REPORTER**

2

3

4

5         I, Nadine M. Gazic, Certified Realtime Reporter and

6 Registered Merit Reporter, in and for the United States

7 District Court for the District of Maryland, do hereby

8 certify, pursuant to 28 U.S.C. § 753, that the foregoing is a

9 true and correct transcript of the stenographically-reported

10 proceedings held in the above-entitled matter and that the

11 transcript page format is in conformance with the regulations

12 of the Judicial Conference of the United States.

13

14                 Dated this <u>15th</u> day of <u>March, 2021</u>.

15

16                         *-S-*

17         _____

                   **NADINE M. GAZIC, CRR, RMR**

18                    **FEDERAL OFFICIAL COURT REPORTER**

19

20

21

22

23

24

25

1

**$**

**$100** [2] - 6:24, 27:19
**$250,000** [1] - 6:20

**'**

**'68** [1] - 3:6
**'89** [1] - 23:15

**1**

**10** [8] - 1:7, 6:22, 6:23, 15:24, 16:1, 16:9, 20:16, 21:16
**101** [1] - 1:24
**108** [2] - 20:3, 21:19
**10th** [2] - 13:9, 13:10
**11** [1] - 16:13
**12** [2] - 10:12, 16:24
**120** [9] - 15:23, 17:13, 17:15, 17:16, 20:5, 20:16, 21:20, 26:14, 26:18
**13** [3] - 13:6, 17:5
**14** [3] - 13:15, 17:22, 28:16
**15** [3] - 14:5, 18:5, 21:16
**15th** [1] - 29:14
**16** [1] - 28:10
**1600** [1] - 13:14
**16th** [2] - 13:10, 13:11
**17** [1] - 28:10
**18** [1] - 20:18
**19** [1] - 28:10
**1900** [1] - 13:8
**1989** [1] - 23:17
**1990** [1] - 21:10
**1992** [1] - 21:11
**1994** [1] - 21:12
**1996** [1] - 21:13

**2**

**2** [2] - 12:7, 23:12
**2002** [1] - 23:12
**2005** [1] - 21:14
**2009** [1] - 23:13
**2011** [2] - 5:14, 6:3
**2015** [1] - 13:6
**2016** [8] - 3:8, 13:9, 13:10, 13:14, 13:18, 13:20, 13:25, 21:3
**2017** [2] - 1:7, 11:5
**2021** [1] - 29:14
**21** [1] - 28:10
**21201** [1] - 1:24
**22** [1] - 28:10
**24** [3] - 4:21, 13:14,

28:10
**26th** [1] - 13:11
**27th** [2] - 3:7, 13:24
**28** [1] - 29:8
**280** [3] - 6:13, 14:12, 21:6
**29** [2] - 15:13, 20:2
**2:59** [1] - 28:21

**3**

**3** [1] - 12:9
**30** [2] - 14:4, 15:2
**31** [1] - 11:5
**32** [1] - 15:7
**35** [1] - 17:18
**3553** [1] - 20:19
**357** [1] - 14:3
**38** [2] - 14:4, 14:5
**380** [1] - 13:15
**3rd** [1] - 13:12

**4**

**4** [1] - 12:10
**410-962-4753** [1] - 1:25
**44** [1] - 14:3
**48** [1] - 3:4
**4th** [1] - 1:24

**5**

**5** [1] - 12:14

**6**

**6** [2] - 12:18, 16:16
**6th** [1] - 13:18

**7**

**75** [1] - 21:7
**753** [1] - 29:8
**7D** [1] - 1:8

**8**

**840** [1] - 14:12
**87** [2] - 20:3, 21:19

**9**

**9** [1] - 16:5
**9th** [1] - 13:13

**A**

**ability** [1] - 23:6
**able** [7] - 2:16, 4:17,

24:10, 24:21, 25:7, 25:13, 27:13
**above-entitled** [1] - 29:10
**abuse** [3] - 26:22, 27:9, 27:12
**abuser** [1] - 23:10
**accept** [2] - 16:3, 18:7
**acceptance** [2] - 15:10, 21:22
**accepted** [1] - 26:12
**accepting** [1] - 19:21
**accomplished** [1] - 28:12
**account** [2] - 7:19, 12:15
**accurate** [1] - 13:4
**act** [1] - 22:19
**Act** [1] - 17:20
**action** [1] - 22:9
**activities** [4] - 13:4, 14:25, 17:2, 20:24
**activity** [1] - 13:1
**acts** [2] - 5:23, 13:3
**actual** [2] - 20:23, 21:23
**addition** [4] - 20:22, 23:9, 24:13, 25:1
**addressed** [1] - 11:5, 27:21
**adjourned** [1] - 28:20
**adjusted** [1] - 15:12
**adjustment** [1] - 15:8
**advisory** [7] - 7:18, 7:25, 11:13, 12:15, 15:22, 19:25, 20:6
**affairs** [3] - 5:22, 12:24, 12:25
**affect** [1] - 22:24
**affected** [1] - 5:17
**afford** [2] - 9:6, 24:10
**afforded** [1] - 24:2
**afternoon** [1] - 2:8
**age** [1] - 3:3
**agree** [13] - 7:21, 10:13, 11:12, 12:19, 12:23, 14:8, 14:9, 14:15, 14:19, 16:16, 20:7, 21:17, 26:13
**agreed** [4] - 5:20, 13:6, 22:3, 25:17
**agreeing** [2] - 13:2, 16:25
**agreement** [22] - 6:5, 6:9, 8:4, 11:4, 11:10, 11:24, 12:2, 12:4, 12:16, 14:23, 15:11, 15:13, 15:23, 16:18, 17:25, 18:6, 18:10, 19:1, 19:11, 20:1,

28:4, 28:12
**ahead** [1] - 2:21
**alcohol** [2] - 4:22, 26:21
**allocution** [1] - 25:15
**allowed** [1] - 18:3
**AMERICA** [1] - 1:3
**ammunition** [6] - 13:16, 13:18, 14:4, 14:5, 14:6, 17:3
**amount** [1] - 14:6
**answer** [1] - 4:11
**answers** [1] - 19:14
**apologize** [1] - 23:16
**appeal** [12] - 8:6, 8:9, 17:5, 17:7, 17:9, 17:11, 17:12, 17:13, 17:15, 17:17, 28:14, 28:15
**appear** [1] - 20:2
**appeared** [1] - 3:8
**appointed** [1] - 9:7
**appreciate** [2] - 26:3, 27:5
**appropriate** [1] - 16:2
**April** [1] - 1:7
**argument** [1] - 22:11
**arise** [1] - 16:15
**armor** [2] - 14:2, 17:3
**arraigned** [1] - 3:9
**arrested** [1] - 20:25
**aside** [1] - 15:21
**assessment** [2] - 6:24, 27:19
**assist** [1] - 27:6
**Assistant** [1] - 1:16
**associate** [1] - 12:21
**associated** [3] - 5:18, 20:20, 26:8
**assume** [2] - 2:16, 15:15
**assuming** [1] - 16:10
**ATF** [1] - 21:3
**attempted** [1] - 16:19
**attorney** [5] - 4:7, 9:15, 11:11, 11:14, 11:16
**Attorney** [2] - 1:16, 16:14
**August** [1] - 13:20
**authorized** [1] - 13:21
**Avenue** [1] - 13:8
**aware** [1] - 24:18

**B**

**bad** [1] - 10:7
**baggies** [1] - 14:7
**Baltimore** [3] - 1:8, 1:24, 14:1

**base** [6] - 6:8, 6:13, 14:10, 14:13, 15:2, 15:4
**based** [6] - 10:19, 14:22, 15:16, 19:13, 19:25, 21:21
**basis** [1] - 19:20
**battery** [1] - 21:11
**become** [1] - 21:20
**BEFORE** [1] - 1:11
**behalf** [5] - 2:5, 2:6, 2:9, 9:19, 25:21
**behind** [2] - 23:7, 23:11
**believes** [1] - 25:3
**belonged** [2] - 13:22, 14:2
**below** [2] - 22:4, 26:12
**bench** [2] - 18:14, 18:16
**benefit** [1] - 19:6
**benefited** [1] - 21:1
**Bersa** [1] - 13:15
**best** [1] - 7:19
**better** [1] - 24:6
**between** [5] - 6:5, 14:11, 14:12, 15:11, 17:23
**beyond** [5] - 5:11, 9:12, 10:14, 12:20, 23:11
**bit** [1] - 4:1
**BLAKE** [1] - 1:11
**Blake** [1] - 25:17
**block** [2] - 13:8, 13:14
**blood** [4] - 4:24, 4:25, 20:20, 23:8
**body** [2] - 14:2, 17:3
**bone** [1] - 23:22
**BOP** [3] - 24:6, 24:20
**born** [1] - 3:5
**box** [3] - 14:3, 14:4, 14:5
**bring** [1] - 3:23
**burden** [1] - 9:11
**Bureau** [7] - 22:25, 26:14, 26:25, 27:7, 27:9, 27:10, 27:16
**Butner** [2] - 24:4, 24:8

**C**

**calculate** [1] - 7:18
**calculation** [3] - 15:22, 19:25, 21:17
**caliber** [4] - 13:15, 14:4, 14:5, 14:6
**candid** [1] - 23:10
**cane** [2] - 23:25, 24:12
**cannot** [2] - 9:6, 22:4

carefully [1] - 11:11
case [15] - 2:2, 2:4, 2:19, 4:19, 5:12, 7:20, 10:7, 12:8, 12:25, 16:3, 17:21, 17:25, 18:10, 18:12, 20:5
CASE [1] - 1:4
category [1] - 15:14
Category [5] - 15:17, 20:3, 21:9, 22:6, 26:11
CATHERINE [1] - 1:11
CCB-16-0267 [2] - 1:4, 2:4
CDL [3] - 25:6, 25:12, 27:14
CDS [4] - 21:12, 21:13, 21:14
cell [3] - 13:21, 13:22, 21:4
center [1] - 27:4
certain [2] - 12:11, 22:23
certainly [3] - 23:2, 23:11, 25:19
CERTIFICATE [1] - 29:1
Certified [1] - 29:5
certify [1] - 29:8
cetera [1] - 24:21
chance [2] - 4:7, 16:4
change [2] - 3:12, 11:14
changed [1] - 8:4
charged [3] - 5:16, 22:8, 28:7
charges [6] - 4:18, 5:8, 8:17, 16:11, 17:9, 19:17
choose [1] - 10:10
Christina [2] - 1:15, 2:4
chunk [1] - 23:21
circumstances [2] - 26:16, 27:17
citizen [1] - 12:12
civil [1] - 12:12
clear [2] - 2:12, 15:15
CLERK [9] - 2:22, 2:25, 3:3, 3:5, 3:7, 3:15, 3:18, 3:22, 28:19
client [3] - 22:5, 23:1, 25:1
client's [2] - 22:12, 22:15
clients [1] - 24:8
co [2] - 13:22, 13:24
co-defendant [1] -

13:24
co-defendants [1] - 13:22
cocaine [13] - 6:8, 6:13, 13:11, 13:12, 13:13, 13:14, 13:19, 14:6, 14:10, 14:13, 15:4, 21:5, 21:6
Code [1] - 20:19
coming [1] - 26:4
commerce [1] - 5:18
Commission [1] - 7:18
commit [3] - 7:6, 16:19, 17:22
committed [1] - 16:19
competent [1] - 19:16
complete [1] - 18:9
completely [1] - 11:15
comply [1] - 20:17
concerned [1] - 18:25
concerning [1] - 18:17
concerns [2] - 22:23, 24:25
concluded [1] - 28:21
concurrent [2] - 26:17, 26:19
condition [2] - 7:7, 23:5
conditions [2] - 24:19, 26:20
conduct [6] - 5:21, 12:24, 16:17, 21:3, 22:17, 22:20
conducted [3] - 13:21, 21:4, 21:7
Conference [2] - 18:14, 29:12
conference [1] - 18:17
confidential [1] - 13:16
conformance [1] - 29:11
considered [1] - 27:3
considering [2] - 14:24, 26:6
conspiracy [16] - 5:9, 5:10, 5:13, 5:23, 6:2, 6:11, 6:12, 12:6, 12:23, 14:14, 14:25, 15:2, 16:19, 16:20
conspire [1] - 14:9
conspired [1] - 5:20
container [1] - 14:3
continue [2] - 8:16, 9:4
controlled [5] - 20:4, 21:5, 21:7, 22:17
conversations [1] - 19:14

convicted [1] - 10:11
conviction [7] - 17:7, 17:8, 21:10, 21:12, 21:13, 21:14
convictions [2] - 21:10, 26:10
cooperating [2] - 18:13, 18:18
cooperation [1] - 18:12
correct [10] - 3:20, 11:16, 14:16, 15:18, 15:19, 15:22, 17:18, 19:1, 20:8, 29:9
counsel [11] - 2:5, 8:14, 9:5, 15:16, 18:19, 19:10, 19:15, 19:23, 20:7, 20:12, 26:3
counseling [1] - 26:22
Count [12] - 5:9, 5:13, 5:24, 6:1, 6:15, 6:19, 6:21, 15:6, 15:25, 26:18
count [3] - 6:25, 26:20, 27:19
counts [6] - 3:20, 28:4, 28:7, 28:8, 28:9, 28:10
Counts [9] - 3:9, 3:12, 3:15, 3:18, 5:8, 12:5, 17:8, 19:22, 28:8
couple [1] - 23:20
coupled [1] - 23:8
course [1] - 25:3
COURT [53] - 1:1, 2:2, 2:7, 2:11, 2:16, 3:24, 4:10, 4:15, 4:17, 4:21, 4:25, 5:4, 5:7, 6:1, 6:17, 7:2, 7:15, 8:3, 8:12, 8:19, 8:22, 9:3, 9:10, 9:14, 9:23, 10:4, 10:10, 10:16, 10:21, 11:4, 11:9, 11:18, 11:23, 12:4, 14:19, 14:22, 15:21, 16:24, 18:19, 18:23, 19:4, 19:9, 19:13, 20:9, 20:11, 22:1, 24:22, 26:2, 27:24, 28:2, 28:11, 28:18, 29:18
court [1] - 13:21
Court [17] - 1:23, 3:1, 3:8, 18:5, 18:15, 22:3, 22:4, 22:7, 22:20, 23:18, 25:2, 25:15, 25:16, 25:23, 28:1, 28:19, 29:7
court-authorized [1] -

13:21
Courtroom [1] - 1:8
cover [1] - 16:18
crack [8] - 13:11, 13:12, 13:13, 13:14, 13:19, 14:6, 21:5, 21:6
credit [1] - 7:9
crimes [1] - 16:18
criminal [9] - 2:19, 7:24, 15:1, 15:13, 15:14, 15:16, 16:15, 20:1, 22:12
Criminal [4] - 20:3, 21:9, 22:6, 26:11
CRIMINAL [1] - 1:4
cross - 9:16
cross-examine [1] - 9:16
CRR [2] - 1:23, 29:17
custody [1] - 26:14

**D**

date [2] - 5:14, 6:4
Dated [1] - 29:14
dated [1] - 11:5
dates [2] - 12:22, 13:5
days [1] - 28:16
deals [1] - 17:5
decide [2] - 10:6, 18:7
decided [2] - 10:4, 10:8
deciding [5] - 7:19, 7:20, 7:25, 8:5, 8:8
declaration [1] - 4:12
defendant [8] - 13:24, 18:13, 18:17, 20:20, 20:23, 21:6, 21:9, 28:7
Defendant [3] - 1:5, 1:17, 2:24
DEFENDANT [44] - 3:2, 3:4, 3:6, 3:14, 3:17, 3:21, 4:9, 4:14, 4:16, 4:20, 4:23, 5:3, 5:6, 5:25, 6:16, 7:1, 7:14, 8:2, 8:11, 8:18, 8:21, 9:2, 9:9, 9:13, 9:22, 10:3, 10:9, 10:15, 10:20, 11:3, 11:8, 11:17, 11:22, 12:3, 14:18, 14:21, 16:23, 19:3, 19:8, 19:12, 23:13, 23:15, 25:24, 28:17
defendant's [2] - 21:4, 21:22
defendants [1] - 13:22
defense [3] - 10:25,

22:3, 24:1
degree [1] - 22:21
delimit [1] - 22:20
deportation [1] - 12:13
derived [1] - 17:1
designation [1] - 27:3
desire [2] - 25:2, 25:22
destruction [1] - 21:11
detail [1] - 24:20
determine [1] - 12:15
developed [1] - 24:13
different [1] - 18:2
difficult [2] - 22:15, 23:3
difficulty [1] - 5:4
digital [1] - 14:7
dimension [1] - 22:21
direction [1] - 4:2
directly [2] - 2:14, 11:9
discussing [2] - 13:24, 18:12
Disease [1] - 23:5
dismiss [4] - 16:11, 28:5, 28:6, 28:10
disputes [1] - 16:6
distribute [7] - 6:8, 6:12, 13:7, 14:10, 15:3, 21:14
distributed [1] - 14:13
distributing [1] - 6:7
distribution [9] - 12:6, 13:2, 13:9, 13:11, 13:12, 13:13, 13:18, 13:24, 14:25
DISTRICT [2] - 1:1, 1:1
District [3] - 8:25, 29:7
district [2] - 18:11, 24:17
DIVISION [1] - 1:2
doctor [1] - 5:2
documents [1] - 17:21
dollars [1] - 6:23
done [4] - 2:20, 11:20, 11:21, 24:23
doubt [4] - 5:12, 9:12, 10:14, 12:20
down [3] - 2:25, 3:23, 15:10
downward [1] - 15:8
drug [12] - 5:10, 6:1, 6:6, 12:6, 13:2, 13:24, 14:25, 16:20, 20:22, 20:25, 23:10, 25:2
drugs [4] - 4:22, 7:23, 21:1, 26:8

during [1] - 12:22
**Dwight** [2] - 2:3, 3:2
**DWIGHT** [1] - 1:5

## E

ear [1] - 23:7
**educational** [1] - 26:23
**effectively** [1] - 21:20
**eligible** [2] - 22:5, 24:4, 27:9, 27:11, 27:13
**employed** [2] - 5:19, 25:13
**empty** [1] - 14:3
**end** [1] - 11:6
**enforcement** [2] - 13:20, 13:25
**engage** [1] - 17:23
**ensured** [1] - 24:19
**enter** [2] - 12:1, 19:16
**entered** [1] - 3:9
**enterprise** [7] - 5:16, 5:17, 5:19, 5:22, 12:25, 13:5, 15:1
**entirely** [1] - 23:10
**entitled** [1] - 29:10
**entrapment** [2] - 22:10, 22:12
**entry** [1] - 19:20
**error** [1] - 17:18
**Esquire** [3] - 1:15, 1:15, 1:18
**establishing** [1] - 12:16
**et** [1] - 24:21
**evaluated** [1] - 27:4
**event** [3] - 15:21, 16:1, 24:25
**evidence** [2] - 9:20, 10:24
**examine** [1] - 9:16
**example** [3] - 18:2, 23:7, 27:11
**except** [2] - 17:11, 20:4
**exception** [1] - 28:7
**exchange** [1] - 19:6
**excuse** [1] - 17:14
**executed** [1] - 13:25
**existed** [1] - 5:16
**expect** [1] - 19:6
**expense** [1] - 9:8
**explain** [1] - 16:8
**explained** [1] - 27:1
**extremely** [1] - 26:6

## F

facilitate [1] - 17:2
**fact** [3] - 15:9, 21:22, 23:1
**factor** [1] - 20:13
**facts** [4] - 12:19, 14:16, 14:22, 16:15
**factual** [3] - 11:13, 12:18, 19:20
**false** [2] - 4:11, 4:12
**familiar** [1] - 2:18
**far** [7] - 4:15, 5:12, 5:24, 6:1, 6:15, 18:25, 22:13
**federal** [2] - 13:25, 16:15
**FEDERAL** [1] - 29:18
**Federal** [1] - 1:23
**fellow** [1] - 23:2
**few** [1] - 23:19
**finally** [1] - 10:21
**financial** [1] - 27:17
**fine** [8] - 4:2, 6:19, 6:22, 19:12, 25:24, 27:18
**finger** [1] - 24:15
**firearm** [6] - 13:15, 13:17, 15:5, 21:8, 22:7, 22:9
**first** [2] - 13:6, 17:6
**five** [4] - 6:20, 6:23, 16:1, 26:19
**five-year** [3] - 6:20, 6:23, 26:19
**Floor** [1] - 1:24
**fold** [1] - 4:1
**follow** [1] - 7:3
**followed** [2] - 16:1, 26:19
**FOR** [1] - 1:1
**force** [2] - 10:1, 11:25
**foregoing** [1] - 29:8
**foreign** [1] - 5:18
**foreseeable** [2] - 6:11, 14:11
**Forest** [1] - 13:8
**forfeit** [1] - 16:25
**forfeiture** [3] - 16:24, 28:3
**form** [1] - 22:19
**format** [1] - 29:11
**forth** [1] - 20:18
**forward** [2] - 3:25, 16:11
**Four** [1] - 3:11
**free** [1] - 18:1
**Freedom** [1] - 17:20
**front** [3] - 3:23, 25:19,

28:9
**full** [3] - 3:1, 7:8, 7:12
**furtherance** [4] - 13:4, 14:10, 15:1, 16:20

## G

G-r-a-v-e-s [1] - 23:5
**gait** [1] - 24:11
**gang** [3] - 14:10, 26:19
**gang's** [6] - 12:24, 12:25, 20:24, 20:25, 21:1, 21:2
**GAZIC** [1] - 29:17
**Gazic** [2] - 1:23, 29:5
**GED** [1] - 4:16
**generally** [1] - 2:19
**genetic** [1] - 23:4
**given** [1] - 19:14
**Glock** [1] - 14:3
**Government** [27] - 5:11, 5:24, 6:2, 6:14, 8:7, 8:9, 8:23, 9:12, 12:7, 12:17, 12:19, 14:23, 15:7, 15:23, 16:6, 16:9, 17:10, 17:14, 17:25, 18:20, 19:2, 20:7, 20:12, 20:16, 27:22, 28:4
**Government's** [1] - 9:7
**grace** [1] - 23:18
**grams** [4] - 6:13, 14:12, 21:6, 21:7
**Graves** [1] - 23:5
**great** [2] - 5:1, 24:22
**greater** [4] - 20:14, 20:17, 21:25, 26:15
**group** [1] - 26:9
**groupings** [1] - 15:6
**guess** [1] - 23:3
**guideline** [6] - 7:25, 12:15, 15:22, 19:25, 20:13, 26:11
**guidelines** [8] - 7:16, 7:22, 11:13, 14:24, 16:6, 20:6, 21:18
**guilt** [1] - 9:12
**guilty** [28] - 2:12, 3:9, 3:17, 3:18, 3:19, 5:7, 8:12, 8:17, 10:8, 10:14, 10:17, 10:19, 10:22, 11:1, 12:5, 12:11, 14:19, 16:4, 16:21, 17:7, 18:3, 18:15, 19:7, 19:10, 19:16, 19:19, 19:21
**Guilty** [1] - 1:9
**gun** [1] - 13:19

gunshot [1] - 23:17

## H

hand [3] - 2:23, 2:25, 26:9
**happy** [1] - 20:11
**heal** [2] - 23:6, 23:8
**health** [1] - 22:24
**hear** [1] - 20:11
**Hearing** [1] - 1:9
**held** [1] - 29:10
**help** [1] - 6:10
**helpful** [2] - 9:19, 16:7
**hereby** [1] - 29:7
**heroin** [12] - 6:8, 6:13, 13:7, 13:10, 13:12, 13:13, 13:19, 14:10, 14:12, 15:3, 21:5, 21:7
**high** [2] - 4:23, 4:25
**history** [6] - 2:19, 15:14, 15:17, 20:1, 22:12
**History** [4] - 20:3, 21:9, 22:6, 26:11
**Hoffman** [2] - 1:15, 2:4
**HOFFMAN** [7] - 2:3, 15:19, 18:20, 20:8, 20:15, 27:22, 28:6
**hold** [2] - 10:6, 25:19
**home** [1] - 14:1
**Honor** [10] - 2:8, 2:15, 15:19, 15:20, 18:22, 20:8, 20:10, 20:15, 21:18, 22:2
**Honor's** [1] - 22:25
**Honorable** [1] - 28:19
**HONORABLE** [1] - 1:11
**hours** [1] - 4:21
**Huggie** [1] - 12:21

## I

illegal [2] - 13:17, 17:2
**immigration** [1] - 12:13
**important** [1] - 8:13
**impose** [4] - 22:3, 25:17, 26:20, 27:19
**imposed** [1] - 7:3
**imposing** [1] - 28:3
**IN** [1] - 1:1
**incarceration** [2] - 15:24, 16:1
**inclination** [1] - 25:17
**include** [3] - 12:11, 18:16, 26:21

included [2] - 13:1, 14:2
**includes** [1] - 17:3
**including** [4] - 10:5, 11:10, 16:18, 22:9
**increase** [1] - 15:4
**independent** [1] - 18:7
**indicate** [1] - 15:14
**indicated** [2] - 19:23, 25:17
**indictment** [12] - 3:11, 3:13, 3:16, 3:19, 5:8, 5:15, 5:17, 6:4, 13:3, 16:12, 19:22, 22:8
**individual** [1] - 26:16
**individuals** [1] - 26:9
**informant** [1] - 13:16
**information** [4] - 9:20, 16:7, 25:7, 27:6
**Information** [1] - 17:20
**injuries** [1] - 23:20
**innocent** [1] - 9:11
**instance** [1] - 7:20
**instant** [1] - 21:16
**institution** [2] - 24:9, 25:10
**intent** [3] - 6:7, 15:3, 21:14
**intercepted** [1] - 13:23
**interest** [2] - 16:25, 25:22
**interested** [1] - 25:6
**interstate** [1] - 5:18
**intimately** [1] - 20:24
**investigation** [1] - 16:17
**involved** [3] - 6:12, 7:24, 20:24
**involving** [1] - 13:2
**issued** [2] - 7:17, 9:21
**issues** [4] - 23:9, 24:4, 24:11, 27:2
**items** [1] - 14:2

## J

jail [1] - 7:12
**January** [1] - 11:5
**Jenkins** [20] - 2:4, 2:9, 2:13, 2:22, 3:2, 3:7, 4:4, 11:7, 11:16, 14:15, 15:17, 18:24, 19:9, 19:23, 20:2, 24:2, 25:14, 26:8, 27:8, 28:12
**JENKINS** [1] - 1:5
**Jenkins's** [3] - 22:20, 22:23, 27:17
**job** [2] - 24:24, 25:20

joined [2] - 6:9, 14:8
Judge [2] - 1:11, 25:16
judge [3] - 8:25, 9:1, 25:20
judgment [1] - 17:19
Judicial [1] - 29:12
July [3] - 13:6, 13:18, 13:20
June [3] - 13:12, 13:13, 13:14
jurors [1] - 10:13
jury [6] - 8:20, 8:23, 8:24, 9:1, 10:5, 10:11
jury's [1] - 10:11
justice [1] - 17:24

**K**

keep [1] - 10:24
keeping [2] - 17:12, 17:15
kilo [1] - 6:12
kilos [1] - 14:12
kind [4] - 4:22, 10:18
knowingly [3] - 4:11, 5:20, 6:9
known [1] - 12:21
knows [1] - 24:6

**L**

large [2] - 20:22, 23:20
last [1] - 22:14
Lauren [3] - 1:15, 2:6, 27:25
law [8] - 6:19, 8:3, 8:5, 8:7, 13:20, 13:25, 16:15, 22:10
laws [1] - 6:6
lawyer [2] - 9:7, 25:25
least [6] - 5:15, 5:21, 6:4, 6:6, 15:16, 24:3
leave [1] - 23:11
left [1] - 27:21
leg [4] - 23:14, 23:18, 23:23, 25:12
legitimate [1] - 22:11
less [1] - 17:15
letter [6] - 4:18, 11:5, 11:7, 11:24, 18:6, 19:7
level [8] - 15:2, 15:4, 15:7, 15:8, 15:9, 15:12, 20:2
levels [1] - 15:9
license [1] - 25:6
life [2] - 6:19, 6:21,

23:3
lifts [1] - 23:24
light [1] - 28:12
likely [2] - 15:12, 26:5
limitations [1] - 25:5
limits [1] - 23:6
limps [1] - 24:10
line [1] - 24:9
list [1] - 28:8
listed [1] - 13:5
loaded [1] - 21:8
Lombard [1] - 1:24
long-term [1] - 23:10
looking [1] - 26:4
loss [2] - 12:13, 23:4
lottery [1] - 23:4
lower [2] - 23:17, 23:21
luck [1] - 28:18

**M**

ma'am [34] - 3:14, 3:21, 4:9, 4:14, 4:20, 5:3, 5:6, 5:25, 6:16, 7:1, 7:14, 8:2, 8:11, 8:18, 8:21, 9:2, 9:9, 9:13, 9:22, 10:3, 10:9, 10:15, 10:20, 11:3, 11:17, 11:22, 12:3, 14:18, 14:21, 16:23, 19:3, 19:8, 19:12, 28:17
machine [1] - 13:19
Mafia [1] - 12:22, 
malicious [1] - 21:11
mandatory [6] - 6:22, 15:25, 20:4, 22:4, 26:12, 26:14
manufacture [1] - 21:13
March [1] - 29:14
MARYLAND [1] - 1:1
Maryland [5] - 1:8, 1:24, 5:15, 6:5, 29:7
matter [1] - 29:10
maximum [3] - 6:18, 6:21, 7:11
McGuinness [1] - 24:18
means [1] - 17:20
meant [1] - 7:10
medical [5] - 23:23, 24:4, 24:7, 27:4
medication [4] - 4:22, 4:23, 23:6, 23:9
medicine [1] - 5:1
member [2] - 20:23, 21:23

members [3] - 12:23, 14:9, 14:13
mention [1] - 28:3
mentioned [4] - 7:2, 15:25, 17:4, 17:11
Merit [1] - 29:6
Michael [2] - 1:18, 2:9
microphone [1] - 3:23
might [5] - 10:23, 10:24, 11:1, 12:12, 27:14
million [1] - 6:23
mind [1] - 3:24
minimum [7] - 6:22, 15:25, 20:4, 21:20, 22:4, 26:12, 26:14
miracles [1] - 23:22
Mirtaland [2] - 12:21, 20:21
missing [1] - 23:21
mistake [2] - 8:5, 8:8
MMP [6] - 12:22, 12:23, 14:8, 14:9, 20:21, 20:23
modern [1] - 23:23
monitor [1] - 3:25
Monroeville [1] - 25:8
Montemarano [8] - 1:18, 2:9, 3:25, 11:6, 11:19, 20:9, 22:1, 27:1
MONTEMARANO [10] - 2:8, 2:15, 15:20, 18:21, 20:10, 22:2, 23:14, 23:16, 24:24, 27:25
months [11] - 15:24, 17:13, 17:16, 20:4, 20:5, 20:16, 21:19, 21:20, 26:14, 26:18
most [1] - 26:10
motion [2] - 15:9, 27:25
motions [1] - 10:25
move [2] - 16:11, 28:2
moving [2] - 28:6, 28:9
MR [10] - 2:8, 2:15, 15:20, 18:21, 20:10, 22:2, 23:14, 23:16, 24:24, 27:25
MS [7] - 2:3, 15:19, 18:20, 20:8, 20:15, 27:22, 28:6
murder [3] - 16:18, 16:19
murders [1] - 20:22

**N**

NADINE [1] - 29:17
Nadine [2] - 1:23, 29:5
name [1] - 3:1
named [1] - 13:3
narcotics [2] - 21:15, 22:18
necessarily [3] - 18:3, 24:9, 28:14
necessary [6] - 17:18, 20:14, 20:17, 21:25, 24:5, 24:6, 24:10, 26:15
need [4] - 4:4, 4:7, 8:14, 11:21
needs [2] - 24:12, 24:23
neighborhood [1] - 22:16
never [2] - 14:8, 24:7
new [2] - 7:6, 17:23
next [2] - 2:9, 17:5
Nineteen [1] - 3:10
NO [1] - 1:4
NORTHERN [1] - 1:2
note [1] - 25:2
nothing [2] - 18:20, 27:22
notwithstanding [3] - 22:15, 23:1, 24:1
number [2] - 2:4, 13:23
numerous [1] - 14:7

**O**

oath [1] - 4:11
obey [1] - 7:5
obligations [1] - 18:1
observe [2] - 22:7, 22:15
obstruction [1] - 17:24
obtain [2] - 25:7, 25:10
obtained [2] - 22:18, 24:5
obviously [4] - 2:18, 20:19, 26:6, 27:17
OF [3] - 1:1, 1:3, 29:1
offense [14] - 7:6, 7:23, 15:2, 15:7, 15:8, 15:12, 17:23, 20:2, 20:19, 21:16, 22:8, 26:6, 26:17
offenses [4] - 13:1, 14:20, 21:1, 22:18
offer [1] - 13:19
officer [3] - 26:23,

26:24, 27:6
officers [3] - 13:7, 13:21, 13:25
Official [1] - 1:23
OFFICIAL [2] - 29:1, 29:18
officially [1] - 14:8
old [1] - 23:1
one [5] - 5:21, 9:7, 10:1, 10:5, 10:17, 13:6, 13:10, 14:11, 20:13, 23:14, 27:3
One [17] - 3:9, 3:10, 3:12, 3:15, 3:18, 5:8, 5:9, 5:13, 5:24, 6:19, 12:5, 15:6, 17:8, 19:22, 26:11, 26:18, 28:8
ongoing [1] - 16:17
opportunity [4] - 18:8, 25:14, 25:23, 25:25
opposing [1] - 15:7
order [2] - 10:11, 27:2
ordinarily [1] - 8:9
orthopedic [1] - 23:19
otherwise [1] - 7:11
overt [1] - 13:2

**P**

p.m [1] - 28:21
page [1] - 29:11
paragraph [13] - 12:7, 12:9, 12:10, 12:14, 12:18, 16:5, 16:9, 16:13, 16:16, 16:24, 17:5, 17:22, 18:5
Park [1] - 13:8
part [3] - 6:8, 11:11, 11:14
participate [4] - 5:21, 12:24, 27:8, 27:13
particular [2] - 13:6, 25:5
parties [2] - 21:17, 21:21
partly [2] - 5:15, 6:5
party [1] - 18:5
past [2] - 4:21, 26:10
pattern [2] - 5:22, 13:1
penalties [4] - 6:18, 6:25, 12:9, 19:17
people [3] - 6:6, 6:12, 9:18
perjury [1] - 4:13
permit [1] - 27:18
Perry [2] - 1:15, 2:6
person [1] - 5:21
personally [2] - 5:19, 9:24

**Petersburg** [1] - 25:8
**phone** [2] - 13:21, 21:4
**phones** [1] - 13:22
**physical** [1] - 25:5
**Piru** [2] - 12:22, 20:21
**pistol** [1] - 14:3
**place** [1] - 24:16
**Plaintiff** [1] - 1:14
**plastic** [1] - 14:7
**plea** [29] - 2:12, 2:19, 2:20, 3:9, 3:12, 3:18, 4:18, 8:4, 10:19, 11:4, 15:11, 15:16, 16:4, 16:18, 17:8, 17:24, 18:4, 18:9, 18:16, 19:7, 19:10, 19:11, 20:1, 25:16, 25:18, 28:4, 28:12
**Plea** [1] - 1:9
**plead** [6] - 3:15, 8:12, 8:17, 10:16, 10:22, 11:1
**pleading** [5] - 5:7, 12:5, 12:11, 16:21, 19:19
**pleas** [3] - 19:16, 19:21
**point** [3] - 4:6, 22:5, 24:2
**police** [1] - 22:9
**policy** [2] - 18:11, 18:15
**possess** [2] - 13:17, 15:3
**possessing** [1] - 6:7
**possession** [4] - 15:5, 21:12, 21:13, 21:14
**possible** [3] - 6:17, 12:9, 25:8
**Pratt** [1] - 13:14
**pre** [3] - 2:19, 15:16, 20:1
**pre-plea** [3] - 2:19, 15:16, 20:1
**predisposition** [1] - 22:13
**prescribed** [1] - 5:1
**presence** [1] - 22:16
**pressure** [3] - 4:24, 5:1, 23:8
**presumed** [1] - 9:11
**pretrial** [1] - 10:25
**previously** [2] - 17:4, 17:11
**prison** [6] - 6:19, 6:21, 6:22, 7:4, 7:8, 7:10
**Prisons** [7] - 22:25, 26:15, 26:25, 27:7, 27:10, 27:16

**Probation** [1] - 24:18
**probation** [3] - 26:22, 26:24, 27:6
**problem** [1] - 24:14
**problems** [1] - 25:4
**proceed** [5] - 2:14, 2:20, 19:24
**proceeding** [2] - 18:16, 28:21
**proceedings** [1] - 29:10
**program** [4] - 27:9, 27:11, 27:12, 27:15
**programs** [1] - 26:23
**promised** [1] - 19:5
**property** [2] - 17:1, 21:11
**proposed** [1] - 24:3
**prosecute** [1] - 16:14
**prosecuted** [1] - 4:12
**protection** [1] - 21:2
**prove** [8] - 5:11, 5:13, 5:24, 6:3, 6:14, 9:12, 12:8, 12:19
**proved** [1] - 17:25
**proven** [1] - 10:13
**provide** [1] - 22:21
**provided** [1] - 15:10
**providing** [1] - 11:19
**purchase** [1] - 21:8
**purchases** [2] - 21:5, 22:17
**purposes** [1] - 20:18
**pursuant** [1] - 29:8
**push** [1] - 3:25
**put** [6] - 2:25, 7:7, 19:4, 20:2, 22:24, 25:9

## Q

**quantity** [2] - 7:23, 26:7
**questions** [5] - 4:5, 4:7, 4:12, 9:16, 19:9
**quite** [2] - 24:14, 24:15
**quote/unquote** [1] - 24:9

## R

**racketeering** [10] - 5:9, 5:13, 5:22, 5:23, 12:5, 12:22, 13:1, 13:5, 14:24, 16:20
**raise** [1] - 2:22
**range** [5] - 7:25, 12:15, 19:25, 20:13, 26:11

**RDAP** [1] - 27:11
**read** [4] - 4:17, 11:7, 11:10, 18:24
**ready** [1] - 2:20
**Realtime** [1] - 29:5
**reason** [4] - 4:8, 10:1, 10:5, 24:12
**reasonable** [9] - 5:11, 9:12, 10:14, 12:20, 16:8, 20:14, 21:24, 26:5, 27:20
**reasonably** [1] - 14:11
**received** [2] - 2:18, 24:8
**recognize** [1] - 26:16
**recommend** [3] - 27:1, 27:8, 27:12
**recommendation** [4] - 16:10, 18:2, 25:9, 26:25
**recommendations** [1] - 22:25
**recommending** [2] - 7:21, 21:21
**recommends** [2] - 26:23, 26:24
**record** [7] - 2:17, 7:24, 15:15, 19:15, 22:24, 24:20, 27:5
**records** [1] - 26:4
**recovered** [1] - 14:2
**referred** [1] - 24:16
**regard** [1] - 15:2
**regarding** [2] - 11:18, 19:22
**Registered** [1] - 29:6
**regulations** [2] - 7:5, 29:11
**relative** [2] - 18:21, 22:23
**release** [11] - 6:20, 6:24, 7:3, 7:5, 7:6, 7:7, 7:8, 7:11, 16:2, 26:20, 26:21
**remaining** [2] - 3:20, 28:9
**remains** [1] - 16:17
**repeated** [1] - 24:1
**repeatedly** [1] - 20:25
**report** [1] - 15:17
**reported** [1] - 29:9
**Reported** [1] - 1:22
**REPORTER** [2] - 29:1, 29:18
**Reporter** [3] - 1:23, 29:5, 29:6
**represent** [1] - 9:7
**representation** [2] - 11:15, 11:19
**represented** [1] - 9:5

**request** [1] - 2:18
**requests** [1] - 24:1
**required** [2] - 17:1, 27:19
**requires** [2] - 23:24, 23:25
**responsibility** [4] - 15:10, 18:7, 21:22, 26:13
**responsible** [1] - 20:21
**result** [2] - 17:2, 22:9
**results** [2] - 23:3, 23:11
**reviewed** [3] - 2:19, 11:11, 11:13
**reviewing** [1] - 19:15
**reward** [1] - 19:5
**rights** [7] - 8:13, 10:17, 12:10, 12:12, 17:5, 17:19, 19:18
**ring** [1] - 24:14
**rise** [1] - 28:19
**RMR** [2] - 1:23, 29:17
**role** [1] - 7:23
**roughly** [2] - 21:6, 21:7
**rounds** [4] - 13:16, 14:3, 14:4, 14:5
**Rule** [1] - 17:17
**rules** [1] - 7:5

## S

**safety** [1] - 22:5
**sample** [1] - 13:4
**satisfied** [1] - 11:15
**scale** [1] - 20:22
**scales** [1] - 14:7
**school** [1] - 4:15
**science** [1] - 23:23
**sealed** [3] - 11:10, 18:10, 18:11
**search** [1] - 13:25
**seated** [1] - 26:3
**seeking** [1] - 17:14
**seem** [1] - 23:7
**sell** [1] - 13:19
**sentence** [22] - 6:18, 7:20, 8:6, 8:8, 8:10, 12:16, 12:17, 15:23, 16:2, 16:8, 17:11, 17:13, 17:15, 20:14, 20:16, 21:24, 22:4, 26:13, 26:17, 27:20, 28:13
**sentenced** [1] - 10:19
**Sentencing** [2] - 1:9, 7:17
**sentencing** [14] - 2:13,

2:14, 7:16, 15:11, 16:6, 16:10, 17:23, 18:2, 18:16, 18:21, 19:23, 19:24, 20:18
**September** [2] - 3:7, 13:24
**series** [2] - 4:5, 21:4
**serious** [2] - 20:19, 23:10, 26:6
**seriousness** [1] - 26:17
**set** [3] - 20:18, 20:20, 24:19
**Seventeen** [1] - 3:10
**several** [2] - 5:10, 22:14
**severe** [2] - 23:8, 23:17
**shape** [1] - 22:19
**shoes** [1] - 23:25
**shootings** [1] - 20:22
**short** [1] - 24:4
**shorter** [1] - 23:24
**side** [1] - 23:24
**sides** [1] - 17:16
**sign** [2] - 11:7, 18:6
**signature** [3] - 11:6, 11:8, 11:9
**simply** [1] - 25:9
**single** [1] - 22:8
**situation** [2] - 20:6, 27:4
**Sixteen** [1] - 3:10
**slide** [1] - 3:22
**small** [1] - 14:6
**sold** [2] - 13:15, 21:1
**someone** [1] - 9:19
**somewhat** [2] - 8:4, 23:24
**sore** [1] - 23:7
**sort** [1] - 4:1
**sound** [1] - 23:22
**source** [1] - 25:3
**Special** [2] - 14:4, 14:5
**special** [3] - 6:24, 26:20, 27:19
**specific** [3] - 12:16, 13:5, 16:15
**specifically** [7] - 5:12, 7:20, 10:7, 11:12, 11:18, 17:3, 25:1
**specified** [1] - 28:3
**spent** [1] - 7:10
**stabilized** [1] - 24:5
**stand** [3] - 2:22, 9:25, 23:3
**stands** [2] - 2:9, 28:19
**start** [1] - 20:12

starters [1] - 23:4
state [1] - 3:1
statement [1] - 14:16
statements [1] - 10:23
STATES [2] - 1:1, 1:3
States [11] - 1:16, 2:3,
  2:5, 2:6, 6:7, 7:17,
  8:25, 16:25, 20:18,
  29:6, 29:12
status [1] - 12:13
statutory [1] - 21:20
stenographically [1] -
  29:9
stenographically-
  reported [1] - 29:9
stick [1] - 9:6
still [2] - 17:17, 23:22
stipulation [2] - 11:13,
  12:18
Street [2] - 1:24, 13:15
structurally [1] - 23:22
subject [3] - 7:16,
  12:13, 19:18
subpoena [1] - 9:21
substance [3] - 26:21,
  27:9, 27:12
substantial [1] - 26:7
substantive [2] - 22:8,
  22:18
succeed [1] - 6:10
suffered [1] - 23:20
suffers [2] - 23:2, 23:4
sufficient [4] - 20:13,
  20:17, 21:24, 26:15
suggest [1] - 22:19
suggesting [1] - 22:12
suitable [1] - 27:14
suits [1] - 25:10
summary [2] - 11:24,
  19:1
summer [1] - 21:3
summons [1] - 9:21
superseding [10] -
  3:11, 3:13, 3:16,
  3:19, 5:8, 5:15, 5:17,
  6:4, 13:3, 19:22
supervised [11] - 6:20,
  6:24, 7:2, 7:4, 7:6,
  7:7, 7:8, 7:11, 16:2,
  26:19, 26:21
supplement [3] -
  11:10, 18:10, 18:12
suppose [1] - 23:23
suppress [1] - 10:23
surgery [1] - 24:16
survived [1] - 23:17
sworn [1] - 2:24

## T

table [3] - 2:5, 2:10,
  3:23
technical [1] - 17:18
ten [4] - 16:8, 21:24,
  25:18, 26:13
tends [1] - 23:11
term [9] - 6:20, 6:22,
  6:23, 7:3, 7:4, 7:8,
  7:13, 23:10, 24:4
terms [4] - 6:17,
  19:10, 26:19, 26:25
territory [1] - 20:25,
  21:1
testified [1] - 9:17
testify [7] - 9:18, 9:21,
  9:25, 10:1, 10:2,
  10:5, 10:8
testing [1] - 26:22
THE [107] - 1:1, 1:1,
  1:11, 2:2, 2:7, 2:11,
  2:16, 2:22, 2:25, 3:2,
  3:3, 3:4, 3:5, 3:6,
  3:7, 3:14, 3:15, 3:17,
  3:18, 3:21, 3:22,
  3:24, 4:9, 4:10, 4:14,
  4:15, 4:16, 4:17,
  4:20, 4:21, 4:23,
  4:25, 5:3, 5:4, 5:6,
  5:7, 5:25, 6:1, 6:16,
  6:17, 7:1, 7:2, 7:14,
  7:15, 8:2, 8:3, 8:11,
  8:12, 8:18, 8:19,
  8:21, 8:22, 9:2, 9:3,
  9:9, 9:10, 9:13, 9:14,
  9:22, 9:23, 10:3,
  10:4, 10:9, 10:10,
  10:15, 10:16, 10:20,
  10:21, 11:3, 11:4,
  11:8, 11:9, 11:17,
  11:18, 11:22, 11:23,
  12:3, 12:4, 14:18,
  14:19, 14:21, 14:22,
  15:21, 16:23, 16:24,
  18:19, 18:23, 19:3,
  19:4, 19:8, 19:9,
  19:12, 19:13, 20:9,
  20:11, 22:1, 23:13,
  23:15, 24:22, 25:24,
  26:2, 27:24, 28:2,
  28:11, 28:17, 28:18,
  28:19
thinks [2] - 8:8, 25:12
third [1] - 15:9
threats [1] - 12:1
Three [1] - 3:11
three [2] - 14:12, 15:9
thyroid [3] - 4:23,
  4:25, 23:5

tibia [1] - 23:21
timely [1] - 21:22
today [3] - 5:5, 19:7,
  26:1
together [1] - 18:10
totaling [1] - 21:6
trafficking [2] - 6:2,
  20:23
training [3] - 25:4,
  25:10, 27:14
transcript [2] - 29:9,
  29:11
transferred [1] - 24:17
treatment [5] - 24:5,
  24:7, 24:10, 25:3,
  26:22
trial [13] - 2:10, 5:12,
  8:20, 8:23, 8:24, 9:1,
  9:4, 9:11, 9:15, 9:17,
  9:24, 10:18, 12:8
tried [2] - 8:25, 10:11
true [2] - 8:7, 29:9
try [1] - 10:23
trying [1] - 24:24
turn [1] - 18:24
Twenty [4] - 3:10, 3:11
Twenty-Four [1] - 3:11
Twenty-One [1] - 3:10
Twenty-Three [1] -
  3:11
Twenty-Two [1] - 3:10
Two [17] - 3:10, 3:12,
  3:16, 3:19, 5:8, 5:9,
  6:1, 6:15, 6:21, 12:5,
  15:6, 15:25, 17:8,
  19:22, 26:18, 28:8
two [9] - 5:7, 6:6, 13:7,
  14:6, 14:19, 15:4,
  15:8, 17:9, 27:2
two-level [2] - 15:4,
  15:8
type [1] - 7:22

## U

U.S.C [1] - 29:8
unanimous [1] - 10:12
Unc [1] - 12:21
under [6] - 4:11, 6:18,
  8:3, 8:5, 8:7, 17:19
undercover [1] - 13:7
underlying [2] - 14:24,
  14:25
undertake [2] - 24:21,
  25:14
undertaken [1] - 15:1
unevenness [1] -
  24:11
unfortunately [1] -
  25:11

UNITED [2] - 1:1, 1:3
United [11] - 1:16, 2:3,
  2:5, 2:6, 6:6, 7:17,
  8:25, 16:25, 20:18,
  29:6, 29:12
unlawful [1] - 21:13
up [18] - 3:22, 5:14,
  8:13, 8:15, 8:23,
  8:24, 10:17, 10:22,
  11:1, 12:11, 17:6,
  17:9, 17:10, 17:16,
  17:19, 19:19, 25:22,
  27:10
US [3] - 12:12, 16:13,
  24:18
USPO [1] - 24:20

## V

valuable [1] - 12:11
value [1] - 22:5
variety [1] - 7:22
verdict [1] - 10:12
versus [1] - 2:3
victim [1] - 23:12
view [1] - 23:18
violate [4] - 6:6, 7:7,
  7:12, 17:24
violation [1] - 15:11
violations [1] - 16:14
violent [2] - 20:20,
  26:9
vocational [4] - 25:4,
  25:10, 26:23, 27:14
voluntarily [4] - 6:9,
  8:16, 11:12, 19:20
vs [1] - 1:4

## W

warrant [1] - 14:1
willfully [1] - 5:20
willing [2] - 8:22, 8:24
wiretap [2] - 13:21,
  21:3
wish [3] - 3:12, 3:15,
  11:14
withdraw [3] - 16:4,
  18:3, 18:9
witness [2] - 9:16,
  9:25
word [3] - 18:25,
  23:19
word-for-word [1] -
  18:25
words [4] - 9:19,
  10:25, 17:7, 18:6
works [2] - 7:11, 24:15
wound [1] - 23:17
written [1] - 22:13

## Y

year [4] - 3:5, 6:20,
  6:23, 26:19
years [15] - 6:22, 7:3,
  15:24, 16:1, 16:8,
  20:17, 21:16, 21:24,
  22:14, 22:16, 23:16,
  25:18, 26:13
younger [1] - 23:2

## §

§ [1] - 29:8