IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CRIMINAL NO. LKG-16-0267 |
| | * | |
| SHAKEEN DAVIS, | * | |
| | * | |
| Defendant | * | |
| | ******* | |

## STATUS REPORT

The United States of America and defendant Shakeen Davis, by and through undersigned counsel, file this Status Report in response to the Court's June 18, 2024 order (ECF 1868).

Defendant Davis intends to file a petition for writ of certiorari with the United States Supreme Court. Defendant Davis and the United States agree that the amended judgment required by the Fourth Circuit Court of Appeals' opinion and judgment in this case should be deferred until the Supreme Court acts on the petition.

Respectfully submitted,

/s/ Stuart A. Berman
Stuart A. Berman (Bar No. 08489)
Lerch Early & Brewer, Chtd.
7600 Wisconsin Avenue, Suite 700
Bethesda, MD 20814
301-657-0729
saberman@lerchearly.com
*Counsel for Shakeen Davis*

/s/ Christina A. Hoffman
Christina A. Hoffman
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, MD 21201
410-209-4800
christina.hoffman@usdoj.gov
*Counsel for United States of America*

Dated: July 19, 2024