MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY                  1:25-cv-03332-LKG

| **United States District Court** | District | District of Maryland (Baltimore) |
|---|---|---|

| Name *(under which you were convicted)*: | Docket or Case No.: |
|---|---|
| SHAKEEN DAVIS | 1:16-cr-00267-LKG-20 |

| Place of Confinement: | Prisoner No.: |
|---|---|
| FCI McDowell | REG. NO. 62918-037 |

| UNITED STATES OF AMERICA | Movant *(include name under which convicted)* |
|---|---|
| V. | SHAKEEN DAVIS |

## MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:

    U. S. District Court
    District of Maryland
    Baltimore Division

    FILED _____ ENTERED
    LODGED _____ RECEIVED

    OCT 0 3 2025

    (b) Criminal docket or case number (if you know):  1:16-cr-00267-LKG-20

    CLERK U.S. DISTRICT COURT
    DISTRICT OF MARYLAND

2.  (a) Date of the judgment of conviction (if you know):  6/12/2024

    (b) Date of sentencing:  10/11/2019

3.  Length of sentence:  360 months

4.  Nature of crime (all counts):

    Count 1ss: Conspiracy to Violate the RICO Act, in violation of 21 U.S.C. § 1962(d).; Count 2ss: Conspiracy to Distribute and Possess with Intent to Distribute  1 Kilogram or More of A Mixture or Substance Containing A Detectable Amount of Heroin; 280 Grams or More of Cocaine Base ("Crack Cocaine"); A Mixture or Substance Containing A Detectable Amount of Cocaine; and A Mixture or Substance Containing A Detectable Amount of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(C), and 846. Counts 16ss, 30ss, 31ss, and 32ss: Please See Memorandum of Law in Support.

5.  (a) What was your plea?  (Check one)

    (1) Not guilty ✔          (2) Guilty ☐          (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

    Guilty on Counts Count 1ss,2ss,16ss,30ss,31ss, and 32ss of the Second Superseding Indictment.

6.  If you went to trial, what kind of trial did you have? (Check one)     Jury ✔     Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ✔     No ☐

8.  Did you appeal from the judgment of conviction?     Yes ✔     No ☐

9.  If you did appeal, answer the following:

    (a) Name of court:   United States Court of Appeals for the Fourth Circuit

    (b) Docket or case number (if you know):   USCA Case Number 20-4250

    (c) Result:   reversed two felon-in-possession convictions;and remanded; all other were affirmed.

    (d) Date of result (if you know):   6/12/2024

    (e) Citation to the case (if you know):

    (f) Grounds raised:

  Sentences and convictions.

    (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ✔    No ☐

      If "Yes," answer the following:

      (1) Docket or case number (if you know):   USCA Case Number 20-4250; ROA 179.

      (2) Result: Denied

      (3) Date of result (if you know):   10/7/2024

      (4) Citation to the case (if you know):   Davis, et al. v. United States, ---S.Ct.---, Case No. 24-5300...

      (5) Grounds raised:

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐    No ✔

11.  If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court:

        (2) Docket or case number (if you know):

        (3) Date of filing (if you know):

        (4) Nature of the proceeding:

        (5) Grounds raised:

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

    Yes ☐        No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

(1)   Name of court: _____

(2)   Docket of case number (if you know): _____

(3)   Date of filing (if you know): _____

(4)   Nature of the proceeding: _____

(5)   Grounds raised:

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

    Yes ☐        No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)   First petition:        Yes ☐        No ☐

(2)   Second petition:    Yes ☐        No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12.   For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:**  Ineffective Assistance of Pretrial Counsel

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Pretrial counsel's failure to:
(1) Communicate with Davis and Inform Him of the Relevant Circumstances and Likely Consequences of Pleading Guilty As Opposed to Proceeding to Trial; and
(2) Conduct An Adequate and Independent Pretrial Investigation Deprived Davis of Effective Assistance of Pretrial Counsel Under the Sixth Amendment of the Constitution of the United States.

See Memorandum of Law in Support.

(b)  **Direct Appeal of Ground One:**

   (1)  If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐    No ☑

   (2)  If you did not raise this issue in your direct appeal, explain why:

   Claims of ineffective assistance of counsel are not generally raised on direct appeal.

(c)  **Post-Conviction Proceedings:**

   (1)  Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐    No ☐

   (2)  If you answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed:

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available):

   _____

   (3)  Did you receive a hearing on your motion, petition, or application?

   Yes ☐    No ☐

   (4)  Did you appeal from the denial of your motion, petition, or application?

   Yes ☐    No ☐

   (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

   Yes ☐    No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know):   _____

Date of the court's decision:   _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND TWO:**   Ineffective Assistance of Trial Counsel

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Trial counsel's failure to:
(1) Inform Davis of His Strategy, Any Affirmative Defenses and His Theory of His Defense;
(2) Subpoena and Call Defense Witnesses on Davis' Behalf to Help Prove His Case.

See Memorandum of Law in Support.

(b)   **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐      No ☑

(2)   If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance of counsel are not generally raised on direct appeal.

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐      No ☑

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):



(3)   Did you receive a hearing on your motion, petition, or application?

   Yes ☐          No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

   Yes ☐          No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

   Yes ☐          No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):



(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:



**GROUND THREE:**   Ineffective Assistance of Sentencing Counsel

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Sentencing counsel's failure to:
(1) Correctly Discuss and Explain the PSR with Davis Prior to the Sentencing Hearing;
 (2) File Substantive Objections to the PSR;
(3) Argue for Mitigation of Punishment and Object to His Sentence Being Substantively Unreasonable Deprived Davis of Effective Assistance of Sentencing Counsel Under the Sixth Amendment, A Fair and Just Sentence.

See Memorandum of Law in support.

(b) **Direct Appeal of Ground Three:**

    (1)   If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☑

    (2)   If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance of counsel are not generally raised on direct appeal.

(c) **Post-Conviction Proceedings:**

    (1)   Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☑

    (2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

    (3)   Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☐

    (4)   Did you appeal from the denial of your motion, petition, or application?

        Yes ☐    No ☐

    (5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐    No ☐

    (6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**   Ineffective Assistance of Appellate Counsel

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Appellate Counsel Failure to Raise Severance and Prejudicial Spillover Claims

See Memorandum of Law in support.

(b)  **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ✔

(2)   If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance of counsel are not generally raised on direct appeal.

(c)  **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3)  Did you receive a hearing on your motion, petition, or application?

    Yes ☐     No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

    Yes ☐     No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

    Yes ☐     No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13.  Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

N/A

14.  Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐     No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing:

Anthony Douglas Martin, Lerch Early & Brewer LLC/ Harry D. McKnett, The Law Office of Harry D McKnett, LLC

(b) At the arraignment and plea:

Paul D. Hazlehurst,11350 McCormick Road,Executive Plaza II, Suite 750,Hunt Valley, MD 21031

(c) At the trial:

Paul D. Hazlehurst,11350 McCormick Road,Executive Plaza II, Suite 750,Hunt Valley, MD 21031

(d) At sentencing:

Paul D. Hazlehurst,11350 McCormick Road,Executive Plaza II, Suite 750,Hunt Valley, MD 21031

(e) On appeal:

Stuart A. Berman,Lerch Early & Brewer LLC,7600 Wisconsin Avenue,Suite 700,Bethesda, MD 20814

(f) In any post-conviction proceeding:

N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?      Yes ☐      No ✔

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ☐      No ✔

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?      Yes ☐      No ✔

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1)   the date on which the judgment of conviction became final;

(2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, Davis respectfully requests that the Court grant the following relief:

Vacate his conviction and sentence to start anew; alternatively, grant an Evidentiary hearing to further prove his grounds set forth above, resolve facts in dispute, expand an incomplete record or any other relief to which this Court deems that he may be entitled.

Respectfully submitted,

*Shakeen Davis*
SHAKEEN DAVIS
REG. NO. 62918-037
FCI MCDOWELL
FEDERAL CORR. INSTITUTION
P.O.BOX 1009
WELCH, WV 24801
Appearing *Pro Se*

<strong><u>DECLARATION OF SHAKEEN DAVIS</u></strong>

I, Shakeen Davis, declarant herein, declare and attest to the facts in the above and foregoing Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody to be true and correct to the best of my knowledge under the penalty of perjury pursuant to 28 U.S.C. § 1746. See *Houston v. Lack*, 487 U.S. 266, 270 (1988).

Dated: September 29, 2025                    *Shakeen Davis*
                                            SHAKEEN DAVIS