SHAKEEN DAVIS
REG. NO. 62918-037
FCI MCDOWELL
FEDERAL CORR. INSTITUTION
P.O. BOX 1009
WELCH, WV 24801

October 2, 2025

Ms. Catherine M. Stavlas
Clerk of Court
U. S. District Court
District of Maryland
Baltimore Division
101 West Lombard Street
Baltimore, MD 21201

FILED ENTERED
LOGGED RECEIVED
NOV 3 2025
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

RE: *Davis v. United States*
Civil No. 1:25-cv-03332-LKG
Crim No. 1:16-cr-00267-LKG-20

Dear Ms. Stavlas:

Enclosed please find and accept for filing Movant's Memorandum of Law in Support of Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. Please submit this document to the Court.

Thank you for your assistance in this matter.

Sincerely,

Shakeen Davis

SHAKEEN DAVIS
Appearing *Pro Se*

*Encl. as noted*