**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | |
| | * | |
| SHAKEEN DAVIS, | * | CRIMINAL NO. LKG-16-267 |
| | * | |
| Defendant. | * | |
| | * | |

**\*\*\*\*\*\*\***

**GOVERNMENT'S MOTION TO EXTEND DEADLINE FOR RESPONDING TO DEFENDANT'S PRO SE MOTION UNDER 28 U.S.C. § 2255 (ECF 1956, 1964, 1972)**

The United States of America, by and through its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and Christina A. Hoffman, Assistant United States Attorney for said District, hereby files this motion for an 30-day extension of the deadline for responding to the Defendant's *pro se* motion under 28 U.S.C. § 2255 (ECF 1956, 1964, 1972), and in support thereof states the following:

1. On October 3, 2025, the Defendant filed a *pro se* motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, spanning 12 pages and raising roughly eight distinct claims regarding the ineffectiveness of his trial and appellate counsel. *See* ECF 1956.

2. On November 3, 2025, the Defendant supplemented his original motion with a 49-page memorandum of law raising numerous additional issues. *See* ECF 1964.

3. On December 23, 2025, the Defendant again supplemented his original motion with a 42-page memorandum of law as well as 8 exhibits totaling 29 pages.

4. On February 10, 2026, the Court entered an order directing the United States Attorney's Office to respond to the Defendant's motion within 60 days of the Court's order, *i.e.*, by April 13, 2026. ECF 1980.

5.	The Defendant's § 2255 filings are unusually voluminous, spanning 132 pages and raising more than a dozen distinct issues.  In addition, undersigned counsel for the government has a number of other filing deadlines in the relevant time frame, including deadlines to respond to § 2255 motions filed by other defendants in the same case.  *See, e.g.*, ECF 1976 (January 7, 2026 order requiring the government to respond to Corloyd Anderson's § 2255 motion within 60 days); ECF 1981 (February 25, 2026 order requiring the government to respond to Dante Bailey's § 2255 motion within 60 days).

6.	As a result, undersigned counsel needs an extension of time to review the Defendant's voluminous filings, obtain access to relevant transcripts and sealed docket entries, and prepare a thorough response.

7.	The government has not previously requested an extension of the deadline to respond to the Defendant's motion.

8.	Accordingly, undersigned counsel respectfully requests a 30-day extension of the deadline to respond to the Defendant's *pro se* motion, *i.e.*, to May 13, 2026.  A proposed order is attached to this motion.

<div style="margin-left:40%">

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:____/s/_____
      Christina A. Hoffman
      Assistant United States Attorney
      36 South Charles Street, Fourth Floor
      Baltimore, Maryland 21201
      (410) 209-4800

</div>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this motion was filed with the Court via CM/ECF, and that a hard copy was served on the Defendant by U.S. Mail addressed as follows:

Shakeen Davis, # 62918-037
FCI McDowell
P.O. Box 1009
Welch, WV 24801

By:____/s/_____
         Christina A. Hoffman
         Assistant United States Attorney
         36 South Charles Street
         Fourth Floor
         Baltimore, Maryland 21201
         (410) 209-4800